Civil Action No. 7:15-cv-00665-GEC

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Botetourt County Sheriff's Office on *(date)* 3/17/2016.

☒ I served the subpoena by delivering a copy to the named person as follows: Seth Markham, Lead Dispatcher Botetourt County Sheriff's Office, 20 E. Back Street Fincastle, VA 24090 @ 5:47 PM on *(date)* 3/18/2016 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/2016

_____
*Server's signature*

Nathan L. Osburn
*Printed name and title*

4860 Warrior Drive Salem, VA 24153
*Server's address*

Additional information regarding attempted service, etc.: