IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON LESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 7:15-CV-00665-GEC |
| SMC TRANSPORT, LLC, ) | |
| ISRAEL MARTINEZ, JR., ) | |
| and ) | |
| SALINAS EXPRESS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT ISRAEL MARTINEZ, JR.'S MOTION TO COMPEL

Defendant Israel Martinez, Jr., by counsel and in accordance with Federal Rule of Civil Procedure 37(a)(3)(B), requests that the Court order the Plaintiff to provide full and complete responses to the portions of the Defendant's pending discovery requesting information related to the Plaintiff's psychiatric, psychological and emotional conditions and treatment before and after the accident underlying the Plaintiff's lawsuit. Defendant's supporting memorandum is filed with and accompanies this motion.

ISRAEL MARTINEZ, JR.

/s/ David W. Hearn
David W. Hearn (VSB. No. 37347)
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23219-1998
DHearn@sandsanderson.com
804-648-1636 – phone
804-783-7291 – fax

## Certificate of Service

I hereby certify that on this 20th day of May, 2016, I filed the foregoing Notice of Appearance electronically with the Clerk of Court using the CM/ECF system.

/s/ David W. Hearn
David W. Hearn
