# Exhibit  A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BRANDON LESTER                §
                              §
vs.                           §        CIVIL ACTION NO.
                              §        7:15-CV-665
SMC TRANSPORT, LLC AND ISRAEL §
MARTINEZ, JR. AND SALINAS     §
EXPRESS, LLC                  §
                              §

ORAL AND VIDEOTAPED DEPOSITION
RUDY SALINAS
April 19, 2016

ORAL AND VIDEOTAPED DEPOSITION OF RUDY

SALINAS, produced as a witness at the instance of the

Plaintiff and duly sworn, was taken in the above-styled

and numbered cause on April 19, 2016, from 12:58 a.m. to

4:05 p.m., before Annette E. Escobar, Certified Shorthand

Reporter in and for the State of Texas, reported by

computerized stenotype machine at the offices of La Posada

Hotel, La Posada Hotel, 1000 Zaragoza Street Laredo, The

Blue Bonnet Conference Room, Texas, pursuant to the

Federal Rules of Civil Procedure and the provisions stated

on the record or attached hereto.



```
 1                      APPEARANCES

 2    ATTORNEY FOR PLAINTIFF:

 3            Johneal M. White
              Victor Skaff
 4            GLENN ROBINSON & CATHEY, PLC
              400 Salem Avenue, Suite 100
 5            Roanoke, VA  24016
              Telephone: 540.757.2200
 6            Fax:  540.767.2220
              E-mail: jwhite@glennrob.com

 7

 8    ATTORNEY FOR DEFENDANT:

 9            Lawrence A. Dunn
              MORRIS & MORRIS, P.C.
10            11 South 12th Street, 5th Floor
              Richmond, VA  23219-1998
11            Telephone: (804) 344-8300
              Fax:   (804) 344-8359
12            E-mail: ldunn@morrismorris.com

13    ATTORNEY FOR DEFENDANT:

14            David W. Hearn
              SANDS ANDERSON PC
15            1111 East Main Street, Suite 2400
              Richmond, VA  23219-1998
16            Telephone: (804) 783-7285
              E-mail: DHearn@SandsAnderson.com
17
      ATTORNEY FOR DEFENDANT, SALINAS EXPRESS, LLC:
18
              Daniel P. Frankl
19            FRANKL, MILLER & WEBB, LLP
              1711 Grandin Road
20            P. O. Box 4126
              Roanoke, VA  24215
21            Telephone: 540.527.3515
              Fax:  540.527.3520
22            E-mail: dfrankl@franklmillerwebb.com

23    ALSO PRESENT:

24            Frank Estrada, Videographer

25
```

1                              INDEX

2   WITNESS:                                        PAGE

3           RUDY SALINAS

4           Examination by Ms. White          4,96

5           Examination by Mr. Dunn           83

6           Examination by Mr. Hearn          95

7   Witness Signature                         99

8   Court Reporters Certification             100

9

10

11                            EXHIBITS

12  NO.              DESCRIPTION                PAGE

13  9                Aerial Photograph          40

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  P-R-O-C-E-E-D-I-N-G-S
 2    Whereupon,
 3    9:23 a.m.
 4                  THE VIDEOGRAPHER:  We're on the record.
 5    Today's date is April the 19th of the year 2016.  The time
 6    is approximately 12:58 at noon, and you may proceed with
 7    the deposition, please.
 8                         RUDY SALINAS,
 9    having been first duly sworn, testified as follows:
10                         EXAMINATION
11    BY MS. WHITE:
12         Q    Hi, Mr. Salinas.  My name is Johneal White and I
13    represent a young man named Brandon Lester who was injured
14    in a car accident on October 26th, 2015 and this lawsuit
15    is as a result of that, involving Salinas Express, SMC
16    Transport and Israel Martinez.
17                  Can you just state your full name for the
18    record?
19         A    Rudy Salinas.
20         Q    Mr. Salinas, this deposition today has been
21    noticed under Rule 30(b)(6) of the Federal Rules of Civil
22    Procedure which, do you understand it's to be the
23    deposition of Salinas Express?
24         A    Yes, ma'am.
25         Q    And have you consented to be the representative
```

1    for Salinas Express?

2         A    Yes, ma'am.

3         Q    Have you had a chance to look at the deposition

4    notice with all the categories?

5         A    Yes, briefly.  Yes.

6         Q    And so my goal today is just to ask you what

7    knowledge Salinas Express has about those categories, if

8    any, and see what knowledge Salinas Express has.

9              If you don't understand one of my

10   questions, feel free to tell me and I'll try to rephrase

11   it, all right?

12        A    Okay.

13        Q    Have you ever given a deposition before?

14        A    No, ma'am.

15        Q    What is your current address?

16        A    Physical or mailing?

17        Q    Physical.

18        A    It's 3327 South U.S. Highway 83, Zapata, Texas

19   78076.

20        Q    And how long have you lived there?

21        A    All my life.

22        Q    Who lives there with you?

23        A    My parents.

24        Q    What are their names?

25        A    Ruben Salinas and Celia Salinas.

```
 1       Q     Sylvia Salinas?

 2       A     Celia.

 3       Q     C-E-L-I-A?

 4       A     Yes, ma'am.

 5       Q     Is that Ruben Salinas, Sr.?

 6       A     Yes.

 7       Q     Is there a Ruben Salinas, Jr.?

 8       A     Yes, ma'am, my brother.

 9       Q     Does Salinas Express have a facility that is

10  separate from that address?

11       A     Yes.

12       Q     What is the address for the Salinas Express?

13       A     My sister's house.  She does all the paperwork.

14  It's 240 Adela, Adela E1, Zapata, Texas.

15       Q     So that's her house?

16       A     That's where she has all the paperwork.  She has

17  everything.

18       Q     And is there a yard where Salinas Express keeps

19  its vehicles?

20       A     Yes, right next to my parent's house.  It's one

21  of my aunt's lots.

22       Q     When was Salinas Express LLC formed?

23       A     It was around April or May of 2014.

24       Q     And who are the owners of it?

25       A     Me and my sister, Sylvia Ramirez.
```

1  Q  Are you guys 50-50?

2  A  Yes.

3     MR. DUNN:  I'm sorry.  Would you spell your

4 sister's first name?

5     THE WITNESS:  S-Y-L-V-I-A.

6  Q (By Ms. White) Did you have any companies before

7 that?

8  A  Yes, ma'am.

9  Q  What would that be?

10  A  Salinas Trucking.

11  Q  Was that a Texas company?

12  A  Yeah, just Texas.  It was for farming.

13  Q  Is that still in existence?

14  A  No.  It's been more than, like, more than ten

15 years ceased existence.

16  Q  Before 2014 were you in the trucking business at

17 all?

18  A  Yes, ma'am.

19  Q  And when I say you, I mean you personally?

20  A  No, I mean I was a driver, that's what I used to

21 do.

22  Q  So you did not have any sort of trucking company

23 before 2014?

24  A  No.

25     MR. FRANKL:  I know you want to get a lot

1   of background information, but that has nothing to do with

2   what you've noticed him under the 30(b)(6).  So if you

3   would it relate to the Salinas Express entity, that would

4   be greatly appreciated.

5                   MS. WHITE:  Okay.  I just -- well, just for

6   note:  Category one was history of the company and

7   predecessors or related organizations?

8                   MR. FRANKL:  You didn't ask that.  You

9   asked him what he did.  You didn't ask if, if there is a

10  corporate structure predecessor to Salinas Express in the

11  trucking business; and that would be an appropriate

12  question.  But asking his personal history is outside the

13  30(b)(6).

14                  MR. SKAFF:  Can we go off the record?

15                  MR. DUNN:  It's okay with me.

16                  MR. FRANKL:  Off the record.

17                  THE VIDEOGRAPHER:  The time is 1:04 in the

18  afternoon and we are off the record.

19                  THE VIDEOGRAPHER:  We are back on the

20  record.  The time is 1:07 in the afternoon and you may

21  continue with the deposition, please.

22      Q    (By Ms. White) So you and your sister Sylvia are

23  50-50 owners --

24      A    Yes.

25      Q    -- of Salinas Express?

1      A      Yes, ma'am.

2      Q      Did you have any involvement in any trucking

3    companies prior to forming Salinas Express?

4      A      Just the one I just told you about, like, more

5    than ten years ago.

6      Q      But that was farming?

7      A      Yeah, that was farming.

8      Q      I'm talking about any trucking companies?

9      A      No.

10      Q      What -- and Sylvia, does she have any experience

11    with any trucking companies prior to forming Salinas

12    Express?

13      A      None.  She's always been working as payroll.

14    That's it.

15      Q      And is that her role with the company currently?

16      A      Yes, ma'am.

17      Q      What is your role with the company?

18      A      Dispatcher, safety.

19      Q      Do you have an official title?

20      A      Just manager.

21      Q      Does she have a title?

22      A      Manager also.

23      Q      Do you currently -- does Salinas Express

24    currently have any employees?

25      A      We don't have no employees.  Just contractors.

1     Q    Has Salinas Express ever had any employees?

2     A    No.

3     Q    What about a young woman named Keesha Guerrero,

4  has she ever worked --

5     A    She was helping my sister out with some

6  paperwork, just road taxes.  That's about it.  She doesn't

7  work for us.

8     Q    Do you know when that was that she helped your

9  sister out?

10    A    Every quarterly.

11        MR. DUNN:  I'm sorry.  What was the

12  question, I didn't hear it?  We got this noise in the

13  background.

14        MS. WHITE:  I believe the answer was --

15        MR. DUNN:  No, what was the question?

16        MS. WHITE:  The answer was, has Keesha

17  Guerrero ever been an employee to Salinas Express?

18        MR. DUNN:  Answer was no?

19        THE WITNESS:  No.

20        MS. WHITE:  Correct.

21        MR. FRANKL:  I think the question was then

22  she helps out with the paperwork and how often and he said

23  quarterly.

24        MS. WHITE:  Yes.

25     Q   (By Ms. White) Does Salinas Express give all of

```
 1   its drivers 1099s?

 2        A    Yes, ma'am.

 3        Q    Does Salinas Express currently own any tractors?

 4        A    One.

 5        Q    Which tractor is that?

 6        A    It's a 2008 Peterbilt.

 7        Q    And when did Salinas Express acquire that one?

 8        A    Probably three, four months ago, like four

 9   months more or less.

10        Q    Who drives that one?

11        A    Any of the contractors that I have.  Right now

12   it's broke down, so.

13        Q    And it is titled in the name of Salinas Express?

14        A    Yes, ma'am.

15        Q    Did you have to finance it?

16        A    Yes, ma'am.

17        Q    Who's it financed with?

18        A    IBC Bank.

19        Q    Does Salinas Express have any trailers that it

20   owns?

21        A    Three trailers.

22        Q    Three?

23        A    Yes.

24        Q    And when did it acquire those three trailers?

25        A    It was about a year and a half ago.
```

1     Q     Does Salinas Express have other tractors that it

2   leases or borrows to complete its work?

3     A     Yes.

4     Q     How many?

5     A     There are, like, right now it's, like, nine

6   trucks.

7     Q     Does that -- is that in addition to the one it

8   owns?

9     A     Yes, it's addition.

10    Q     So ten trucks total?

11    A     Yes.

12    Q     Who are the owners of those?

13    A     The owner operators.

14    Q     Of the nine trucks?

15    A     Yeah.

16    Q     So the driver owns them?

17    A     Some of them.  I have guys that own two, three

18  trucks and they have drivers on them.  That's about it.

19    Q     Do you understand that -- well, your brother is

20  Roy Salinas?

21    A     Yes.

22    Q     And do you understand that we're here about an

23  accident that happened October 26, 2015 in -- near

24  Roanoke, Virginia?

25    A     Yes, ma'am.

1      Q    And do you understand that Roy's, I guess

2  tractor Number 110 was broken down at the time?

3      A    Yes, ma'am.

4      Q    Who owns tractor 110?

5      A    It's under my name, but it belongs to my dad.

6  He's selling it to my brother.

7      Q    So it's titled to you personally?

8      A    Yeah, because I gave it to my dad as a gift but

9  then he gave it to my brother, or he's selling it to my

10  brother.

11      Q    And when I say you personally, to Rudy Salinas?

12      A    Yes.

13      Q    Is it jointly titled with another company?

14      A    No.

15      Q    Suarez Brothers Towing?

16      A    No.

17      Q    Who is Suarez Brothers Towing?

18      A    A company we used to work for probably, like,

19  four years ago.

20      Q    And Roy is in the process of paying you for

21  the --

22      A    Paying my dad.

23      Q    Paying your dad.  Is there any written lease

24  governing --

25      A    No, ma'am.

1     Q    -- the use of that tractor?

2     A    No.

3              MR. FRANKL:  Let her finish her question

4  before you answer.

5              THE WITNESS:  Okay.

6     Q    (By Ms. White) Is there any written purchase

7  agreement governing that tractor?

8     A    No.

9     Q    How much did Roy agree to pay for it?

10    A    That's between him and my dad.  I don't know.

11    Q    But he hasn't paid it off?

12    A    No.

13    Q    When did -- so you personally purchased the

14  tractor 110?

15    A    Yes.

16    Q    When was that?

17    A    I'd say more than 15 years ago.

18    Q    And when did you give it to your dad?

19    A    The exact date I wouldn't be able to tell you.

20    Q    Do you know approximately?

21    A    Like seven years ago, seven, eight years.

22    Q    And you gave it to him as a gift?

23    A    Yes.

24    Q    And was that the tractor that you used between

25  when you first purchased it and when you gave it to your

1    dad?

2          A       I don't understand the question; what do you

3    mean?

4          Q       Who used the tractor when you first purchased

5    it?

6          A       I did.

7          Q       And then did you use it consistently?

8          A       No, it was parked like for two, three years.

9    Didn't have a motor.  I fixed it and then I gave it to my

10   dad after that.

11         Q       Then did he use it?

12         A       Just there in farming.

13         Q       Did you ever transfer the title to him?

14         A       No.

15         Q       What's the reason why not?

16         A       He's my dad.  I just didn't.

17         Q       Who maintained insurance on the tractor after

18   you gave it to your dad?

19         A       Whoever he had it leased on to.

20         Q       So he would lease on to different companies?

21         A       Yes, ma'am.

22         Q       Do you know when he agreed to sell it to Roy?

23         A       Close to, I don't know, probably over a year

24   ago.  I don't know exactly the date.

25         Q       And has Roy been consistently using it since

1    that time?

2          A     Yes, ma'am.

3          Q     And he only uses it for Salinas Express?

4          A     He was leased on with other companies.

5          Q     Oh, he used it for SMC?

6          A     Yes.

7          Q     When did Roy start working for Salinas Express?

8          A     I don't know exactly the date.  It was around

9    September, somewhere around there.

10         Q     2015?

11         A     Yes.

12         Q     Did he ever do any work for Salinas Express

13   before September 2015?

14         A     No, ma'am.

15         Q     Prior to that he worked for SMC?

16         A     I wouldn't be able to tell you.

17         Q     Since Roy started working for Salinas Express,

18   he has not used the tractor in the business of any other

19   company?

20         A     No.

21         Q     And you added him to your insurance policy in

22   September 2014 -- 2015?

23         A     Yes.

24         Q     Was there a requirement -- have you always used

25   the same insurance company for Salinas Express?

1    A    Whoever gives me a better rate, I just change

2  insurance.

3    Q    When you first went into business as Salinas

4  Express the insurance policy that you had at that time,

5  was there a restriction that you could only insure up to

6  five tractors in the first year?

7    A    Yes, ma'am.

8    Q    And after that first year, is that when Roy

9  started coming to work for Salinas Express?

10    A    Yes, ma'am.

11    Q    And what is Roy's role with Salinas Express?

12    A    Just a contractor.

13    Q    Just a driver?

14    A    Yes, ma'am, owner operator.

15    Q    How does -- and the business of Salinas Express

16  is shipping?

17    A    Yes, ma'am.

18    Q    Does the company do anything else?

19    A    No.

20    Q    So drivers are an integral part of Salinas

21  Express business?

22    A    Yes.

23    Q    And without them there is no business?

24    A    Yes.

25    Q    How does Salinas Express pay its drivers?

1  A  Depends.  If they're, they're in town, I give

2 them cash or I give them direct deposit to their accounts.

3  Q  Cash, direct deposit to their bank account?

4  A  Yes.

5  Q  What about a physical check?

6  A  No, ma'am.

7  Q  Has Salinas Express ever paid a driver for work

8 through, by physical check?

9  A  I don't know if my sister has done that or not

10 at the beginning.  I don't know.

11  Q  Did you talk with her about how she pays drivers

12 in preparation for this deposition?

13  A  She always just transferred from one account

14 to --.from our account to their account.

15  Q  So did you talk to her about how she pays

16 drivers in preparation for this deposition?

17  A  No, ma'am, I didn't ask her.

18  Q  Does she keep or Salinas Express keep records of

19 all its payments to drivers?

20  A  Yes, ma'am.

21  Q  How does it maintain those records?

22  A  She just writes down everything she pays

23 everybody.

24  Q  Does she keep it in, like, a physical book or in

25 a computer software program?

1     A    A physical book.

2     Q    And where is that located?

3     A    240 Adela E1.

4     Q    Do you know how far it goes back?

5     A    Since the company started.

6     Q    And so would that physical book contain every

7  payment to every driver?

8     A    No.  Sometimes I pay in cash with my own money.

9     Q    Your own personal money?

10    A    Yes.

11    Q    Is that recorded anywhere?

12    A    No, ma'am.

13    Q    How is it determined the amount you will pay to

14  a driver?

15    A    By mile.

16    Q    Is there a set rate?

17    A    Yes, ma'am, 40 cents loaded, 25 empty.

18    Q    Is that the same for every driver?

19    A    Yes, ma'am.

20    Q    So they don't negotiate that rate at all?

21    A    No.

22    Q    Who is currently driving for Salinas Express?

23    A    There are, like, nine drivers, ten drivers, more

24  or less.

25    Q    Do you know the names?

1      A      Not off the top of my head.

2      Q      Do you know any of their names?

3      A      Yeah.  Myself, Roy, Ricky Lopez, Ruben Salinas

4  Jr., Tony Sanchez, Roel Lozano, Eduardo Lozano, Leobardo

5  Garza.

6      Q      What was the first name?

7      A      Leobardo.  That's Leo.  We call him Leo.

8      Q      Garza?

9      A      Yes.  Carlos Flores, Luis Garza.  Those are the

10  ones I can think about right now.

11     Q      Who generally drives the tractor that Salinas

12  Express owns?

13     A      My brother Ruben Salinas, Jr.

14     Q      Does Eddie Lozano drive a 2000 Peterbilt?

15     A      Yes.

16     Q      Who drives the 2005 Volvo?

17     A      That's Roy Lozano.

18     Q      Is he related to Eduardo?

19     A      Brothers.

20     Q      And who drives the 2001 Peterbilt?

21     A      I'm sorry.  Eduardo drives a 2001.  A 2000,

22  that's like a owner operator.

23     Q      Who's that?

24     A      That's my brother Ruben Salinas, Jr., but it's

25  without a motor right now.

1     Q     And who drives the 1997 Peterbilt?

2     A     1997, that was Ruben Hernandez, but he just quit

3  last week, so nobody right now.

4     Q     Did he own that one?

5     A     No, my sister.

6     Q     Sylvia?

7     A     Yes.

8     Q     How does Salinas Express pay for fuel?

9     A     T-checks.  Sometimes I deposit into their

10  accounts money for fuel.

11     Q     How does the T-check work?

12     A     The broker company gives me an express code, I

13  just give them to the drivers, and that's it.

14     Q     So the brokerage company gives you a code and

15  you just send it to the drivers?

16     A     Yes, ma'am.

17     Q     And then whose account does it go on, the

18  brokerage company?

19     A     I guess, I don't really know.

20     Q     Does Salinas Express pay a bill for the fuel

21  when you get a T-check?

22     A     They just -- they just subtract it from the

23  confirmation sheet what they're paying for the load.

24     Q     And is there a certain company that provides

25  this service?

1     A    C.H. Robinson.

2     Q    C.H. Robinson is the broker?

3     A    Yes.

4     Q    And they transmit the T-check code to you?

5     A    Yes.

6     Q    Do you use any other brokers?

7     A    Warner Enterprises.

8     Q    Do they do the T-check also?

9     A    No, they deposit within 24 hours to my account,

10   and that's when I transfer from -- my sister transfers

11   from company account to the owner operator.

12     Q    And is there another kind of check, a Comcheck?

13     A    I don't use those.

14     Q    Have you ever used those?

15     A    No, ma'am.

16     Q    Besides C.H. Robinson and Warner, are there any

17   other brokers that you use?

18     A    Not right now.

19     Q    Are there any that you used in the past?

20     A    No, ma'am.

21     Q    Who's the point of contact within Salinas

22   Express for C.H. Robinson?

23     A    I am.

24     Q    Are you also the point of contact for Warner?

25     A    Yes, ma'am.

1      Q    Are you the person in Salinas Express who

2  assigns work?

3      A    Yes, ma'am.

4      Q    How does that work, do you have a system?

5      A    Whoever wants to go out I look for a load for

6  them and I give them a load.

7      Q    So there's no priority or anything?

8      A    No.

9      Q    Does Salinas Express have any company credit

10  cards?

11      A    Just a debit card.

12      Q    And do you know what bank that is with?

13      A    IBC.

14      Q    And is that where all the Salinas Express

15  accounts are held?

16      A    Yes, ma'am.

17      Q    But that's IBC Bank?

18      A    It's International Bank of Commerce, IBC.

19      Q    When a driver is hauling a load for Salinas

20  Express, do they have to meet certain deadlines?

21      A    Depends if they have an appointment where

22  they're going, I mean.

23      Q    So generally, do you get the deadlines from the

24  brokerage company?

25      A    Yes, ma'am.

1    Q    And the brokerage company pays Salinas Express

2  after the load is delivered?

3    A    Within 48 hours after it's delivered.

4    Q    And then do you, in turn, pay the driver?

5    A    Yes, I pay the owner operators.

6    Q    I'm sorry?

7    A    Yes, I pay the owner operators or the drivers.

8    Q    Does Salinas Express keep a certain percentage?

9    A    Seven percent.

10    Q    Seven.  Is that the same for every load?

11    A    Yes.

12    Q    Does Salinas Express expect that its drivers

13  will deliver the loads on time?

14    A    Yes, ma'am.

15    Q    Is there ever any disciplinary action if they do

16  not?

17    A    I mean, it's usually when a truck breaks down,

18  so I mean, but they're always on time.

19    Q    Has Salinas Express ever taken any disciplinary

20  action against a driver if they didn't deliver the load on

21  time?

22    A    No, ma'am.

23    Q    Who sets the route to be taken?

24    A    Whatever route they want to take.

25    Q    So you leave it up to the driver?

```
 1       A     Yes.

 2       Q     Does Salinas Express pay for any other expenses

 3   for the tractors besides fuel?

 4       A     Maybe repairs, sometimes.  Depends.

 5       Q     Who does the repairs?

 6       A     Several mechanics.  I mean, whoever the owner

 7   operator wants to take them to.

 8       Q     And sometimes Salinas Express will pay for that?

 9       A     Well, we lend them the money to fix it and then

10   we'll take it off of their paycheck.

11       Q     Where do you generally send them, do you have

12   certain shops?

13       A     Wherever they want to go.

14       Q     Is there a place in the Valley?

15       A     Where I take my truck I take it to the Valley.

16       Q     And when you say your truck --

17       A     Yes.

18       Q     -- what do you mean?

19       A     The one Eddie drives.

20       Q     So that's owned by you personally?

21       A     Yes.  Yes.

22       Q     And so do you pay for the maintenance on that?

23       A     Yes.

24       Q     Does Salinas Express pay for the maintenance on

25   any other trucks?
```

1    A    Just the 2008 Peterbilt.

2    Q    The one that it owns directly?

3    A    Yes.

4    Q    So besides the one that Eddie drives and the one

5    that Roy drives that is titled to you, are there any other

6    vehicles titled to you personally that Salinas Express

7    uses?

8    A    No, that's it.

9    Q    And then one is titled personally to Sylvia?

10    A    Yes.

11    Q    Is that just one that's titled to her

12    personally?

13    A    Yes.

14    Q    Do you call your drivers everyday to check in

15    with them to see where they're at?

16    A    They call me.

17    Q    Is that a requirement they call you everyday?

18    A    Yes.

19        MR. DUNN:  Just for clarification, only

20    when they're under dispatch, is that what you're asking?

21    Q    (By Ms. White) Well, what is the requirement of

22    Salinas Express?

23    A    Whenever they're on a load they call me between

24    8:00 and 10:00.

25    Q    A.m.?

1      A    Yes.

2      Q    And is that a written policy anywhere?

3      A    I just let them know.

4      Q    Does Salinas Express have a written employment

5  manual?

6      A    Yes, ma'am.

7      Q    It does?  Is that something every driver is

8  given?

9      A    I don't know.  That's my sister's work, job.

10     Q    And so is that something you would possess a

11  copy of or your sister would possess a copy of?

12     A    Yes.

13     Q    Do you know when that was created?

14     A    I don't know the exact date.

15     Q    Do you know, was it created in the beginning

16  when you first formed Salinas Express?

17     A    Probably a few months after.

18     Q    After you created Salinas Express?

19     A    Yes.

20     Q    So besides having them call you everyday between

21  8:00 and 10:00 a.m., is there any other way you keep track

22  of drivers?

23     A    Sometimes they text me when they're parked for

24  the night.

25     Q    Any other way that you keep track of them?

1      A      No.

2      Q      Who within Salinas Express is responsible for

3   obtaining insurance on vehicles?

4      A      I am.

5      Q      And has Salinas Express filed tax returns since

6   it's been in existence?

7      A      Yes, ma'am.

8      Q      Who's responsible for preparing the taxes?

9      A      CPA.

10      Q      Who is that?

11      A      It's Danny Flores.

12      Q      Where is he located?

13      A      But he works under Eddie Martinez.

14      Q      Where are they located?

15      A      Zapata, Texas.

16      Q      And have you always used them?

17      A      Yes, ma'am.

18             MR. FRANKL:   What was Danny's last name?

19             THE WITNESS:   Flores.

20      Q      (By Ms. White) Do you know Israel Martinez?

21      A      Yes.

22      Q      Is he currently an employee of Salinas Express?

23      A      No, ma'am.

24      Q      Has he ever been?

25      A      Yes, in January.

1      Q     January 2016?

2      A     Yes.

3      Q     Before January 2016 did he ever do any driving

4  for Salinas Express?

5      A     He helped me out probably like three, four times

6  when I was in a bind.

7      Q     No more than four times?

8      A     No.

9      Q     When you say -- what did he do when he helped

10  you out three, four times?

11     A     Whenever a driver, like, didn't come to work he

12  would help me out and go deliver a load and come back.

13  Stuff like that.

14     Q     Where were places Israel Martinez delivered a

15  load?

16     A     One time he went with me to Georgia.

17     Q     When was that?

18     A     I don't know the exact date.

19     Q     Was it before October?

20     A     It was a month before the accident, probably

21  like a month before.

22     Q     Anywhere else?

23     A     He went to Tennessee.  That's all I can remember

24  right now.

25     Q     Did he ever go to Winchester?

1  A  He was going on a load when I hired him in

2  January.

3  Q  Before that had he ever been to Winchester?

4  A  No.

5  Q  Had he ever been to Winchester for anyone else?

6  A  I don't know.

7  Q  Did you have him fill out an employment

8  application?

9  A  Yes, ma'am.

10  Q  When did he fill that out?

11  A  In January.

12  Q  2015?

13  A  Yes.

14  Q  If he says it was June or July 2015, is he

15  mistaken?

16  A  I sent him to a drug test in June or July.

17  Q  Of 2015?

18  A  Yes, ma'am.

19  Q  What was the purpose of that?

20  A  Because I was fixing a truck and left it with

21  the mechanic and I was waiting for it to be ready so he

22  could drive it.  They took longer than what I thought.

23  Q  What truck?

24  A  It was a '96 Peterbilt.

25  Q  Did it get repaired?

1    A    In January it was repaired.

2    Q    Who repaired it?

3    A    Mechanic in the Valley.

4    Q    Who?

5    A    Adrian Quintanilla.

6    Q    You have to spell that one.

7    A    Adrian, Adrian.

8    Q    Adrian?

9    A    Last name Quintanilla, Q-U-I-N-T-A-N-I-L-L-A.

10    Q    Does he have a particular business or just he

11  does --

12    A    He's a mechanic.

13    Q    And is he associated with a particular company

14  or --

15    A    No, he just does mechanic for everybody.

16    Q    Does he have his own shop?

17    A    Yes.

18    Q    And when you say in the Valley, is it in the

19  McAllen or?

20    A    Donna, Texas.

21    Q    Donna?

22    A    Yes.

23    Q    And is his shop just at a house?

24    A    No, I think he has a shop outside the house.

25    Q    Do you know the address?

1    A    No, ma'am.

2    Q    And the three or four times that Israel helped

3  you out before he became an official employee in

4  January 2016 (sic) was that all before this accident in

5  October?

6              MR. HEARN:  Object to form.

7              MR. FRANKL:  I was going to say form too.

8  He was owner operator, not an official employee.

9              MR. HEARN:  Also, I don't know what an

10  official employee is, so to that extent I'll object, but

11  go ahead.

12    Q    (By Ms. White) The three or four times that

13  Israel helped you out as you've testified, was that all

14  before October 2015?

15    A    Yes.

16    Q    And was he paid --

17    A    Yes.

18    Q    -- for that?  How was he paid?

19    A    Cash.

20    Q    Are those payments recorded anywhere?

21    A    No, ma'am.

22    Q    Did he keep logs for those trips?

23    A    He never turned them in.

24    Q    Has Israel Martinez ever turned any logs in to

25  you?

```
 1      A     No, ma'am.

 2      Q     Have you ever seen any logs that Israel Martinez

 3   has ever filled out?

 4      A     No, ma'am.

 5      Q     Has he ever asked you for any logs?

 6      A     I give him logs.

 7      Q     When did you give him logs?

 8      A     In January.

 9      Q     Has he ever asked you for any logs that he may

10   have completed?

11      A     No.

12      Q     Like copies of them back?

13      A     No.

14      Q     Did you give him logs for the three to four

15   times that he helped you out before the accident?

16      A     No, ma'am.  He provided his own logs.

17      Q     Had he ever been a long haul trucker before he

18   started helping you out?

19      A     Not that I'm aware of.

20      Q     The three to four times that he helped you out,

21   did he drive by himself?

22      A     One of the times he did when we were going to

23   Georgia.  He was following -- I was in one truck and he

24   was following me in the other one.

25      Q     Which truck did he drive?
```

1     A     I think it was 110.

2     Q     Had you pulled his driving record before that?

3     A     Yes, ma'am.

4     Q     Do you have a copy of his driving record

5  anywhere?

6     A     Yes, ma'am.

7     Q     Did you talk to him about his experience in

8  truck driving before those three or four times that he

9  helped you out?

10    A     Yes, ma'am.

11    Q     What did he tell you his experience in truck

12 driving was?

13    A     He had been driving for more than three years.

14    Q     But did he ever drive over the road long haul

15 trucking?

16    A     No.

17    Q     Was he familiar with the requirements of keeping

18 a log?

19    A     Yes.

20    Q     No one had to explain it, how to fill them out?

21    A     No.

22    Q     You did not explain to him how to fill them out?

23    A     I mean, I explained it but he already knew.

24    Q     What did you tell him the requirements were?

25    A     That's what DOT regulation, you can't drive more

1    than eight hours and you need half an hour break, and you

2    can't drive more than eleven hours a day.

3         Q    And did you tell him that he needed to keep

4    copies of his own logs?

5         A    Yes, ma'am.

6         Q    Does Salinas Express keep copies of any driver's

7    logs?

8         A    Yes, ma'am.

9         Q    What is Salinas Express's policy with regard to

10   retention of logs?

11       A    After six months we throw them away.

12       Q    So you keep all of them for all drivers?

13       A    Yes.

14       Q    And then you throw them away after six months?

15       A    Yes.

16       Q    So at any time did Salinas Express possess any

17   logs filled out by Israel Martinez?

18       A    No, ma'am.

19       Q    Did you ever ask him to turn in his logs?

20       A    Yes, he always says I'll turn them in next time.

21       Q    So do you know for a fact that he was keeping

22   them?

23       A    I mean, we would pick him up from the house.  I

24   would see him do it when we start driving.

25       Q    But you -- did Salinas Express ever check to

1   verify that he was doing it correctly?

2        A    He never turned them in.

3        Q    So --

4        A    I never checked.  I never saw them.

5        Q    Besides tractor 110, what other tractors did

6   Israel Martinez drive?

7        A    He drove a 2005 Volvo.

8        Q    Is that the one owned by --

9        A    It's owned by my sister-in-law.

10       Q    What's her name?

11       A    Monica Mendoza.

12       Q    Any others?

13       A    No, ma'am.

14       Q    Does Salinas Express ever pay for any lodging or

15   anything like that for its drivers?

16       A    No, ma'am.

17       Q    Did Israel Martinez ever drive with you as a

18   codriver?

19       A    No.

20       Q    You never drove with him to check out his

21   ability to drive a truck?

22       A    Before, yeah, took him for a little road test.

23       Q    Where did you guys go?

24       A    Just around Zapata.

25       Q    Did you ever drive -- so you never drove to

1    Winchester with Israel Martinez?

2         A    No, ma'am.

3         Q    And did you ever drive to Colorado with Israel

4    Martinez?

5         A    No, ma'am.

6         Q    Does Salinas Express have a policy with regard

7    to accidents?

8         A    Yes, like, I'm not aware -- I mean, I don't know

9    to be honest.

10        Q    Do you guys have any sort of forms you fill out

11   with regards to accidents?

12        A    I don't know, ma'am.

13        Q    Have you ever seen such a form?

14        A    No.

15        Q    Have you ever requested a driver fill out such a

16   form?

17        A    No.

18        Q    When did you request Israel's driving record?

19        A    I don't remember the exact date.

20        Q    How did you request it?

21        A    The MVR online.

22        Q    So you filled out an online form?

23        A    My sister did it.

24        Q    The Texas DMV sent you a copy?

25        A    Yes.

1    Q    Is that something you retain in your files?

2    A    Yes, ma'am.

3    Q    Why did you send him for a drug test in July?

4    A    So he can be ready when the truck was ready.

5    Q    But the truck wasn't ready until January?

6    A    Yes, ma'am.

7    Q    Did he do any work for you around the Salinas

8 yard before the accident?

9    A    He helped me, like, once or twice, wash the

10 trucks, stuff like that.

11    Q    Did you pay for that?

12    A    Yes.

13    Q    Besides the preemployment drug testing, does

14 Salinas Express have any policy for drug testing?

15    A    Yes, we do random drug testing.

16    Q    And where do you have those done?

17    A    Laredo Examiners.

18    Q    There was no written lease for tractor 110?

19    A    No, ma'am.

20    Q    Why not?

21    A    Because it's under my name.

22    Q    So you understood that the tractor 110 was

23 titled to you personally?

24    A    Yes.

25    Q    Therefore, you didn't see a need for a written

1    lease?

2        A    Yes.

3        Q    Salinas Express does have other written leases

4    filed with the Texas DMV?

5        A    Yes.

6        Q    Do you know what Roy Salinas was doing when his

7    truck broke down?

8        A    He was pulling a load from, I think it was

9    Maryland, going to Laredo.

10       Q    And do you know what he was pulling?

11       A    I don't know exactly the contents of it.

12       Q    Do you know where he picked it up?

13       A    I know it was Maryland, but I don't know exactly

14   the town.

15       Q    Chester Town?

16       A    Probably somewhere around there.

17       Q    Do you know where he had been prior to that?

18       A    I need to check my records.  Not off the top of

19   my head.

20       Q    Do you think you have records of it?

21       A    Yeah, I should.

22       Q    And I think he dropped, or he picked up his load

23   in Chester Town on October 20th?

24       A    I don't know the exact date.

25                  (Exhibit marked for identification as

1    Deposition Exhibit Number 9.)

2    Q    Take a look at Exhibit 9.

3    A    Yes.

4    Q    And is that the load that Roy was hauling back

5    to Laredo?

6    A    Yes, ma'am.

7    Q    And so he picked it up on October 20th?

8    A    Yes, ma'am.

9    Q    And then he started heading back to Texas going

10   through Virginia?

11   A    Yes, ma'am.

12   Q    When did you learn that he had been having

13   problems with tractor 110?

14   A    I don't know the exact date, but he called me

15   that he had broken down.

16   Q    And do you know where he was when he called you?

17   A    Virginia, that's all I knew at the time.

18   Q    Do you know if Eddie was with him at the time or

19   not?

20   A    He was behind him, I don't know if following

21   close by or couple of miles back.  I don't know.  I know

22   if he picked him up on the way down.

23   Q    Do you know, had he already left his truck at

24   the rest area when he called you?

25   A    I don't know.  I don't remember.

```
 1      Q    And did he call you on your cell phone?

 2      A    Yes.

 3      Q    Where were you at the time?

 4      A    I was out of town.

 5      Q    Where were you?

 6      A    Corpus Christi.

 7      Q    What was the phone number that he called you on?

 8      A    My phone number?

 9      Q    Yes?

10      A    956-269-1420.

11      Q    269-1420, and is that AT&T?

12      A    Yes, ma'am.

13      Q    So he calls you and says he's broken down, and

14   did you guys talk about what to do next?

15           MR. FRANKL:   Objection to the form.

16      Q    (By Ms. White) Did he call you and tell you he

17   had been broken down?

18      A    Yes.

19      Q    Did you guys discuss what to do next?

20      A    No, ma'am.

21      Q    Did you have any other discussion besides him

22   informing you that he'd broken down?

23      A    No.

24      Q    Did you ask him what he was planning to do?

25      A    No.
```

1     Q     Were you concerned -- well, he was hauling a
2     load back to Laredo.

3     A     Yeah.

4     Q     Did you ask him what he was going to do to about
5     the load?

6     A     I told him that I going to send my driver to
7     go pick up the load.

8     Q     And who was your driver?

9     A     Eddie.

10     Q     Did you understand at the time that Eddie was
11     also headed back to Texas?

12     A     Yes.

13     Q     So your plan was for Eddie to go back to Texas
14     and then go back to Virginia?

15     A     Yes, that's why he picked up Roy to help him
16     drive down to Texas.

17     Q     And did you guys discuss any plan for what to do
18     with the broken down tractor?

19     A     No, ma'am.  That was his call, it was his truck.

20     Q     Do you know -- so they're driving back to Texas
21     in Eddie's truck?

22     A     Yes.

23     Q     And did they deliver the load?

24     A     Yes.

25     Q     Do you know where they delivered that to?

1    A    I think it was the same load as this one going

2  to Laredo.

3        Q    Do you know where in Laredo?

4        A    Not off the top of my head.

5        Q    Did -- was it just one phone call that you had

6  with him on his way back to Virginia?

7        A    Yes, ma'am.

8        Q    When was the next time you spoke to him?

9        A    I spoke with him on the way down coming to

10  Texas, not going to Virginia.

11        Q    Yeah.  Just one time?

12        A    Yes.

13        Q    When was the next time you talked to him?

14        A    Like two -- two, three days after the accident.

15        Q    So you didn't talk to him at all for two or

16  three days after he told you that his truck was broken

17  down?

18        A    No.  I was on vacation.  I told him I didn't

19  want to be bothered.

20        Q    Do you know what Roy's cell phone number is?

21        A    Not off the top of my head.

22        Q    Do you have that recorded somewhere?

23        A    My phone.

24        Q    Do you have your phone with you?

25        A    Yes.

Case 7:15-cv-00665-GEC   Document 71-1   Filed 06/24/16   Page 44 of 51   Pageid#: 648

1      Q    Can you look it up?

2      A    (956)999-6537.

3      Q    Did you suggest to Roy that he get Israel to

4 help him out?

5      A    No, he called me.  Asked me for his number.

6 That's about it.

7      Q    Was that the same phone call or a separate phone

8 call?

9      A    I  don't remember.  I think it was the same

10 phone call.

11      Q    Why was he asking for Israel's number?

12      A    I didn't even ask him.

13      Q    And you gave him Israel's number?

14      A    Yes.

15      Q    Did you ever call Israel?

16      A    No.

17      Q    You never spoke to Israel about making a trip to

18 Virginia to help out Roy?

19      A    No, ma'am.

20      Q    When did you become aware that Israel had gone

21 to Virginia to help out Roy?

22      A    After two, three days after the accident.

23      Q    Did you have any conversation with Roy about

24 borrowing Sergio Cuellar's truck?

25      A    No, ma'am.

1     Q    Did you have any conversation with Sergio about

2  borrowing his truck?

3     A    No, ma'am.

4     Q    When did you become aware that Roy had borrowed

5  Sergio's truck?

6     A    When they called me two, three days after the

7  accident.

8     Q    Where were they when they called you?

9     A    I didn't ask where they were at.  He just told

10  me about the accident.

11            MR. DUNN:  I'm going to object to the form

12  of the question.  He said they.

13            MS. WHITE:  Yeah, sorry.

14     Q  (By Ms. White) Roy, it was Roy that called you

15  two to three days after the accident?

16     A    Yes.

17     Q    Do you know where he was when he called you?

18     A    No, ma'am.

19     Q    What did he tell you?

20     A    That Israel got into an accident, that's what

21  all he told me.

22     Q    Anything else?

23     A    No, ma'am.

24     Q    Did you ask him any questions?

25     A    I asked him if my truck was involved, he said

1      no.  That's about it.

2          Q     Did you check in with Eddie at all during that

3      two, three day period?

4          A     No, ma'am.

5          Q     Did you have -- so you didn't contact Eddie to

6      check to see if he was going to pick up that load?

7          A     No, ma'am.

8          Q     Did you -- how did you think Eddie was going to

9      get back from Virginia?

10         A     I thought Roy was going to drive back with him,

11     or something.

12                    MR. FRANKL:  I'm sorry, what did you say?

13                    THE WITNESS:  I thought Roy was going to

14     drive back with him.

15         Q     (By Ms. White) And why did you think that?

16         A     Because I needed that load delivered.  That's

17     all I told him when I hanged up with him, I told him, I

18     need you to go back and unload the trailer, and that's it.

19         Q     Did Roy know Israel?

20         A     I don't know.

21         Q     Well, how did he know to ask for his phone

22     number?

23         A     Probably met him once or twice there, I don't

24     know.

25         Q     Through his work at Salinas Express?

1     A     Yes.

2     Q     They weren't friends outside of work?

3     A     Not that I know of.

4     Q     Have you ever talked to Israel about how the

5 accident happened?

6     A     No, ma'am.

7     Q     Have you ever talked to Roy about how the

8 accident happened?

9     A     No, ma'am.

10    Q     Have you ever talked to Eddie about how the

11 accident happened?

12    A     No, ma'am.

13    Q     Have you ever talked -- do you know Art

14 Gutierrez?

15    A     Yes.

16    Q     Who is Art?

17    A     My cousin.

18    Q     Did you ever talk to him about making the trip

19 up to Virginia?

20    A     No, ma'am.

21    Q     Did you suggest to Roy that he contact Art?

22    A     No, ma'am.

23    Q     Have you ever talked to Art Gutierrez about how

24 the accident happened?

25    A     No, ma'am.

1    Q    Were you aware that Israel was charged with

2  reckless driving as a result of the accident?

3    A    No, ma'am.

4    Q    Were you aware that Israel was driving the SMC

5  tractor when the accident happened?

6    A    Yes, ma'am.

7            MR. DUNN:  I'm going to object to the form

8  of the question.  Aware at what point in time?

9    Q    (By Ms. White) When the actual impact happened?

10    A    I found out two, three days later.

11           MS. WHITE:  Oh, when.  I get it.

12    Q    (By Ms. White) Before January 2016, had you

13  become aware that Israel was driving the SMC tractor when

14  the accident happened?

15    A    Yes.

16    Q    Did you think to pull his driving record again?

17    A    No, ma'am.

18    Q    Did you think to ask him whether he had been

19  charged with anything?

20    A    I asked him but he told me he didn't get charged

21  with nothing.

22    Q    Did you ask Roy whether Israel had been charged

23  with anything?

24    A    No.

25    Q    Have you ever talked to Sergio Cuellar about the

1    accident?

2         A    No, ma'am.

3         Q    Have you ever talked to Sergio Cuellar about the

4    insurance on the SMC tractor?

5         A    No, ma'am.

6         Q    Ultimately, the trip that Roy and Eddie and

7    Israel and Art took up to Virginia allowed Salinas Express

8    to fulfill its contract to deliver the load?

9         A    Yes, ma'am.

10        Q    I just want to be clear.  Salinas Express has no

11   knowledge of how the accident happened?

12        A    No, ma'am.

13        Q    I just want to be clear.  Salinas Express has

14   never inquired of anyone about how the accident happened?

15        A    No, ma'am.

16        Q    Why or why not?

17        A    Because I didn't have to do an insurance claim.

18   My truck didn't get damaged, so I didn't get no

19   information.

20        Q    Do you know when you became aware that a lawsuit

21   had been filed in this case?

22        A    I don't know the exact date.

23        Q    After receiving a copy of the lawsuit did you

24   make any inquiry?

25        A    I just asked around, same story, everybody had

1  different stories.

2      Q    I feel you.

3           So who did you talk to -- well, what

4  different stories have you heard?

5           MR. FRANKL:  I'm going to object to that

6  because it gets into the attorney/client privilege and

7  I've been providing him documents about all of the stories

8  and all of my investigation and information he has in that

9  regard is protected.

10     Q   (By Ms. White) Before you ever talked to counsel

11 in this case, did you undertake, did Salinas Express

12 undertake any investigation?

13     A    No, ma'am.

14          MR. FRANKL:  Just to be clear for the

15 record, when you indicated you were aware of all the

16 different stories, was that based on communication with

17 counsel?

18          THE WITNESS:  Yes, sir.

19     Q   (By Ms. White) And why did you not undertake any

20 investigation?

21          MR. FRANKL:  Asked and answered.

22     Q    After you received a copy of the lawsuit but

23 before you talked to counsel.

24     A    I mean, everything was -- I don't know.  I don't

25 know why I didn't ask.