1      Q      Did you ever see the SMC vehicle after the

2   accident?

3      A      No, ma'am.

4      Q      And was there any damage done to the Salinas

5   tractor?

6      A      Nothing.

7      Q      Did Israel Martinez turn in any logs for that

8   trip?

9      A      No, ma'am.

10     Q      Do you know how Israel returned to Texas?

11     A      No, ma'am.

12     Q      Did Roy call you from the accident scene?

13     A      No.

14     Q      Have you ever issued a 1099 to Israel Martinez?

15     A      No, ma'am.

16     Q      Why not?

17     A      Because he only worked with me three, four

18   times.  I never --

19     Q      How many times does it take to work for you

20   before you issue someone a 1099?

21     A      It all depends.  I don't know.

22     Q      What does it depend on?

23     A      Depends how much money they make.

24     Q      Is there a certain cutoff?

25     A      No.  I mean, I don't know.

```
 1      Q    I mean, does Salinas Express have a policy about
 2   when it issues 1099s and when it doesn't?
 3      A    Anybody that works for the company.
 4      Q    So is there a reason why Israel Martinez was not
 5   issued one?
 6      A    Because I paid him out of my pocket.
 7      Q    Was he paid for this trip to Virginia?
 8      A    No, ma'am.
 9      Q    Was anyone paid for the trip to Virginia?
10      A    Not that I'm aware of.
11      Q    Was Eddie paid?
12      A    The trip, I paid him the miles coming down to
13   deliver the load.
14      Q    And do you have a record of that?
15      A    I have a 1099.
16      Q    Anything else besides a 1099?
17      A    No.
18      Q    Is it not recorded in Sylvia's book?
19      A    Yes, she writes everything down, like, how much
20   they would pay every week.
21      Q    So she just records things by the week?
22      A    Yes.
23      Q    Are there any records that show what someone is
24   paid for a specific job?
25      A    No.
```

1      Q    How does Salinas Express keep track of whether

2  someone has been paid for a particular job or not?

3      A    I just put the confirmation number and the miles

4  and that's it.

5      Q    So there would be a certain payment associated

6  with a confirmation number?

7      A    Yes.

8      Q    And is that recorded in her book?

9      A    Yes.

10     Q    So in her book somewhere there should be an

11  entry for the confirmation number that's on top of

12  exhibit, what exhibit is that?

13     A    Nine.

14     Q    Exhibit 9?

15     A    Yes.

16     Q    Attached to Eddie Lozano?

17     A    Yes.

18     Q    What about Roy, he delivered?

19     A    Well, I don't know exactly if it would be paid

20  under Eddie or Roy, and Roy paid Eddie.  I don't know

21  exactly how that worked.

22     Q    But somewhere there should be a record of that

23  payment?

24     A    Yes.

25             MR. DUNN:  You are talking about Exhibit 9,

1    counsel?

2                    MS. WHITE:   Yes.

3         Q    (By Ms. White) That book Sylvia keeps, is that

4    the information supplied to your accountant to create your

5    tax returns?

6         A    Yes.

7         Q    Has Salinas Express ever borrowed vehicles from

8    SMC Transport before?

9         A    No, ma'am.

10        Q    Has Salinas Express and SMC Transport ever

11   shared drivers?

12        A    No, ma'am.

13        Q    Has Salinas Express and SMC Transport ever done

14   favors for each other?

15        A    No, ma'am.

16        Q    The AT&T account for your cell phone, is that an

17   individual account or is that a Salinas Express account?

18        A    Individual.

19        Q    Does Salinas Express have any cell phones in its

20   name?

21        A    No, ma'am.

22        Q    Do you pay for the cell phones of any of your

23   drivers?

24        A    No, ma'am.

25        Q    Did Salinas Express administer any tests to

1     Israel Martinez before you let him out three, four times?

2     A    I took him out on a driving test.

3     Q    Just the one around Zapata?

4     A    Yes.

5     Q    That was the only one?

6     A    Yes.

7     Q    What did you guys do?

8     A    Just drove, like, for about 30 minutes, doing

9 turns, how he shifted, and stuff like that, backing up,

10 how he pre-tripped the truck.

11     Q    Pre-tripped?

12     A    Yeah.

13     Q    What does that mean?

14     A    Check tires, check the belts, checking

15 everything, brakes, everything.

16     Q    Is that a requirement that a driver do everyday?

17     A    Everyday.

18     Q    And is that required to be recorded somewhere?

19     A    In the logs.

20     Q    And are you required to keep a copy of that?

21     A    A copy of the logs.

22     Q    So does Salinas Express have a copy of any

23 pre-trip inspections that Israel Martinez did in the three

24 to four times he helped you out?

25     A    I don't have none of his logs.

1          MR. HEARN:  I'm sorry, what was that

2    answer?

3          THE WITNESS:  I don't have any of his logs.

4          MR. DUNN:  I'm sorry?

5          MR. FRANKL:  I don't have any of his logs.

6          MR. DUNN:  I got this thing buzzing in my

7    ear over here, so I apologize.

8      Q    (By Ms. White) So -- and that's something that he

9    would have done out on the road when he was away from your

10   facility?

11     A    Every morning, every time -- before he takes

12   off.

13     Q    So do you know for a fact that he did it?

14     A    He would do it there at the yard before he would

15   take off.

16     Q    So you have no way to verify that he did it when

17   he was out of your site?

18     A    No.

19     Q    Did Roy tell you what was wrong with his tractor

20   when it broke down?

21     A    Yes.

22     Q    What did he say?

23     A    He said he thought his rear ends had gone out on

24   his truck.

25     Q    Thought his rear ends had gone out?

```
 1      A    Yes.

 2      Q    What does that mean?

 3      A    That the truck was making a noise when he was

 4   driving.

 5      Q    And did you have any suggestions on how to fix

 6   that?

 7      A    You can't fix it on the road.

 8      Q    Did you have any suggestions on where he takes

 9   it to get it fixed?

10      A    No, ma'am.

11      Q    Are you aware of whether Roy had driven this

12   particular SMC tractor before?

13      A    I'm not aware of it.

14      Q    Are you aware of any work that Roy did for SMC?

15      A    When he was leased on to them, but that was

16   about it.

17                  MR. FRANKL:  I'm sorry, when he what?

18                  THE WITNESS:  When he was leased on to

19   them.

20      Q    (By Ms. White) When did he stop working for

21   them?

22      A    September.

23      Q    Of 2015?

24      A    Yes.

25      Q    Did he do any work for them after that?
```

1     A     I wouldn't be aware of it.

2     Q     Was Israel Martinez disciplined in any way after

3     the accident?

4               MR. HEARN:  Objection.

5     Q     (By Ms. White) You can answer.

6               MR. HEARN:  You can answer.

7     A     No, ma'am.

8     Q     Was he sanctioned in any way?

9     A     No, ma'am.

10              MR. HEARN:  Same objection.

11              MS. WHITE:  What's the objection?

12              MR. HEARN:  He can answer.

13              MS. WHITE:  No, I just -- I just want to

14    know if I should correct it.

15              MR. HEARN:  It's a relevancy objection, but

16    go ahead.

17    A     No, ma'am.

18    Q     And you didn't talk to him in any way about the

19    accident?

20    A     I didn't see him for a couple of weeks or

21    months.

22    Q     Did he do any work for you after the accident

23    but before January 2016?

24    A     Not before.

25    Q     Did he go -- he didn't go to Ohio for you in

1    November or December 2015?

2        A    No, ma'am.

3        Q    And he did not go to Winchester for you

4    August 18th through 23rd, 2015?

5        A    No, ma'am.

6                    MR. FRANKL:  Let's go off the record.

7    We've been going an hour and a half.

8                    THE VIDEOGRAPHER:  The time is 2:33 in the

9    afternoon, and we're off the record.

10                   THE VIDEOGRAPHER:  We are back on the

11   record.  The time is 2:46 in the afternoon and you may

12   continue with the deposition, please.

13                   MR. FRANKL:  When we left you were just

14   asking him if Israel Martinez had ever been to Ohio or to

15   Winchester.

16                   I discussed with Mr. Salinas, he recalls a

17   trip to Alabama and a trip to Georgia, but I think he says

18   it's possible that he took a trip up to Winchester but he

19   does not recall a trip to Ohio.  So, if that prompts any

20   additional questions.

21       Q    (By Ms. White) All right.  So we've just had a

22   clarifying statement from your counsel, so I guess I'm

23   just going to go over and ask the same question again.

24                   Did Israel Martinez take a trip to Ohio on

25   behalf of Salinas Express in November or December 2015?

1      A     No, ma'am.

2      Q     And did Israel Martinez take a trip to

3 Winchester on behalf of Salinas Express in August?

4      A     It's possible.

5      Q     Did you review any records prior to the

6 deposition to ascertain whether he did that or not?

7      A     No, ma'am.

8      Q     Do you in fact have any records to look at that

9 that would show whether he took those trips?

10     A     Yes, ma'am.

11     Q     You do?

12     A     I should have them.

13     Q     What kind of records do you have?

14     A     Well, I would only have the confirmation sheet,

15 that's it, but it wouldn't say who did it or who took it.

16     Q     So you'd have a confirmation sheet of the trip?

17     A     Yes.

18     Q     Exhibit Number 9, is that an example of a

19 confirmation sheet?

20     A     Yes, ma'am.

21     Q     Do you have one of those?

22     A     Well, they're different for Warner.  That's a

23 Warner load, they're different.

24     Q     So for C.H. Robinson, that's what a confirmation

25 sheet looks like?

1    A    Yes.

2    Q    And up at the top of Exhibit Number 9 it says --

3  does it say Roy?

4    A    Yeah, I write down who takes the load.

5    Q    You do?

6    A    Yes.

7    Q    So are there any confirmation sheets that would

8  bear Israel Martinez's name?

9    A    I would need to look through them.

10    Q    So you have not done that?

11    A    No.

12              MS. WHITE:  I would ask that that be done.

13              MR. FRANKL:  I'm sorry.  What are you

14  asking?

15              MS. WHITE:  To look through the

16  confirmation sheets to see if any of them bear Israel

17  Martinez's name.

18              MR. FRANKL:  Can you provide me a request

19  for that and I will be glad to provide at the appropriate

20  time.

21              MS. WHITE:  Sure.  If we have not already

22  done so, we will do so.

23              I think it would be responsive to request

24  for production 13 in plaintiff's first interrogatories and

25  request for production to Salinas Express which says, any

1    and all records reflecting any work, paid or unpaid,

2    performed by Israel Martinez Jr. for Salinas Express in

3    the previous five years.

4                    MR. FRANKL:  I'll look to see if we have

5    it.  You said Request 13?

6                    MS. WHITE:  Yes.

7                    MR. FRANKL:  Thank you.

8        Q    (By Ms. White) Is there any other driver besides

9    Israel Martinez that has performed work for Salinas

10   Express that you did not provide a 1099 to?

11       A    No, ma'am.

12       Q    So why treat Israel differently?

13       A    Because he only worked like maybe once in a

14   while with me.  He never worked steady with me.

15       Q    Can you estimate how often he worked for you?

16       A    He only did, like, three, four loads right

17   before the accident.

18       Q    Was his rate the same, 40 cents and 25 cents a

19   mile?

20       A    Yes, ma'am.

21       Q    And did you keep the seven percent from him as

22   well?

23       A    Yes, ma'am.

24       Q    Just to be clear, Israel Martinez did not own

25   any of the tractors that he drove for you?

1      A      No.

2      Q      And you do not have any written lease agreements

3  with Israel Martinez?

4      A      No.

5      Q      And Israel Martinez did not lease from anyone

6  else the tractors that he drove on behalf of Salinas

7  Express?

8      A      I don't understand the question.

9      Q      Well, since he would drive, he drove Number 110?

10     A      And he drove also another truck, Number 109.

11     Q      Yes.  He did not lease those from the owners of

12  those trucks?

13     A      No.

14     Q      Does Salinas Express have any sort of safety

15  guidelines?

16              MR. FRANKL:  Written safety guidelines?

17     Q      (By Ms. White) Written safety guidelines?

18     A      Just whatever the DOT requires.

19     Q      Do you have any that you give to drivers?

20     A      Yes, ma'am, I'm pretty sure there is.

21     Q      Does Salinas Express ever undertake any training

22  for drivers on DOT guidelines?

23     A      No, ma'am.

24     Q      Does Salinas Express ever undertake any reviews

25  to make sure that their drivers are complying with DOT

1  guidelines?

2      A     We just check their logs.  I mean, that's about

3  it.

4      Q     How often?

5      A     Every month.

6      Q     For every driver?

7      A     Yes, ma'am.

8      Q     Who's responsible for that?

9      A     Me or my sister.

10     Q     And what do you check their logs for?

11     A     The hours that they drive, what they need to

12  drive and that they don't go over, none of that.

13     Q     And what happens if someone goes over?

14     A     I give them two weeks off.

15     Q     So that would be a form of discipline?

16     A     Yes.

17     Q     How often have you had to do that?

18     A     I think only once.

19     Q     Who was that employee?

20     A     Angel Lopez.  He does not work for me anymore.

21     Q     But you never had any logs from Israel to check?

22     A     No.

23     Q     And is that a DOT requirement, that you review

24  your driver's logs?

25     A     Yes, ma'am.

1      Q    Did you seek any drug tests for Israel Martinez

2  after the accident?

3      A    No, ma'am.

4      Q    Why not?

5      A    He wasn't driving my truck.

6      Q    Did you seek any drug test for Eddie Lozano

7  after the accident?

8      A    No, ma'am, he was involved in no accident.

9      Q    How did you know that?

10     A    Because I found out two, three days later when I

11  talked to him.

12     Q    So you did talk to Eddie after the accident?

13     A    After the accident, yeah, but two, three days

14  after.

15     Q    What did you and Eddie talk about?

16     A    Well, I just asked him what happened.  He just

17  told me Israel got into an accident and that was it.  I

18  didn't want to go into details.

19     Q    Well, is it a DOT requirement that you drug test

20  your driver if they're involved in an accident?

21     A    He wasn't my driver at that time.

22     Q    But Eddie was your driver?

23     A    Yes, but he wasn't involved in the accident.

24     Q    So you at least had enough conversation with

25  Eddie that you knew he was not involved in the accident?

1    A    Two, three days later when I got home is when I

2  found out.

3    Q    So what did Eddie describe to you had happened

4  in the accident?

5    A    Just that Israel was driving the truck or he was

6  there parked, they hit him and that was about it.

7    Q    So Eddie's description of the accident was that

8  Israel was parked and he got hit?

9    A    That's what I got -- that's what I got out of

10  him.  That's what he thought.

11    Q    Did he tell you where Israel was parked?

12    A    No, ma'am.

13    Q    Had Eddie delivered his load when you, before

14  this conversation took place or after?

15    A    After.

16    Q    Do you know where he was?

17    A    No.  Before or after are you asking?

18    Q    Yeah, but Eddie was finishing the trip that Roy

19  started.

20    A    Okay.

21    Q    Is that correct?

22    A    I saw him there in Zapata so it was after he

23  delivered the load.

24    Q    So you talked to Eddie after he finished

25  completing the trip that Roy had started?

1      A     Yes.

2      Q     And that's when he informed you that there had

3  been an accident?

4      A     Yes.

5      Q     Was that the first time you learned of the

6  accident?

7      A     Yes, ma'am.

8      Q     Did you call Roy at all?

9      A     He was there at my house, too, when I got there.

10     Q     So Roy and Eddie came together?

11     A     Yes.

12     Q     And did Roy say anything about how the accident

13  happened?

14     A     He just said the same thing, that they hit

15  Israel, and that was about it.

16     Q     Were you aware that Israel was towing Roy's

17  Salinas Express tractor at the time?

18     A     When they told me there at the house, yes,

19  that's when I found out.

20     Q     And did you ask them how it was that Israel came

21  to be doing that?

22     A     No, I didn't ask them.

23     Q     I mean, did you have any concern for the tractor

24  that you owned how Israel came to be towing it?

25     A     He told me about it, that they went to go pick

1    it up, that's what he told me.

2         Q    Who told you?

3         A    Roy.

4         Q    Did you have any thought at that time to

5    undertake an investigation to find out how your tractor

6    had been involved in this accident?

7         A    No, because my truck, like I said, my truck

8    wasn't damaged so I didn't think there was any reason to

9    do it.

10         Q    Was Roy asked to take a drug test after the

11    accident?

12         A    No, ma'am.

13         Q    Why not?

14         A    He wasn't involved in the accident.

15         Q    How did you know that?

16         A    Because he told me when he got to the house.

17         Q    What did he tell you?

18         A    That Israel was involved in an accident.

19         Q    Did you ask Roy if he was in the truck at the

20    time with Israel?

21         A    No, I didn't ask him.

22         Q    Do you know whether he was in the truck at the

23    time?

24         A    No, I didn't know.

25         Q    Did you ask Roy what he was doing?

```
 1        A     I didn't ask him.

 2        Q     So how did you know that he wasn't involved in

 3    the accident?

 4        A     Because he said they hit Israel and he was on

 5    top of SMC's truck.  That's all he told me.

 6        Q     How did you -- well, there were two Salinas

 7    Express tractors at the rest area at the time, correct?

 8        A     Yes.

 9        Q     How did you determine that neither of them were

10    involved in the accident?

11        A     Because Eddie and Roy told me when they got home

12    that no truck was involved in the accident, the truck

13    didn't get damaged.

14        Q     Did they tell you what those trucks were doing

15    at the time of the accident?

16        A     No, ma'am.

17        Q     They just said, don't worry, our trucks weren't

18    involved?

19        A     They weren't involved, they weren't hit or

20    anything.

21        Q     And you just took their word for that?

22        A     Yes.

23        Q     Had the SMC tractor ever been parked at the

24    Salinas yard?

25        A     Not overnight.
```

1    Q    Had it ever been parked there?

2    A    Just when they stopped by to visit my mother.

3    Q    Who is they?

4    A    Huh?

5    Q    Who is they?

6    A    Like, my cousins.

7    Q    Sergio?

8    A    Sergio, his dad.

9    Q    In the two weeks prior to this accident, had the

10   SMC tractor ever been parked at the Salinas yard?

11   A    No, ma'am.

12   Q    Do you recall answering written interrogatories

13   in this case?

14   A    Yes, ma'am.

15   Q    Written questions.  And do you recall --

16        MR. FRANKL:  As we've already stated for

17   the record, we're going to make some changes to those and

18   Mr. Roy Salinas has not signed those answers, and so

19   deposition interrogatory answers will be amended.

20        MS. WHITE:  I understand.

21   Q    (By Ms. White) But do you recall answering

22   previously that the SMC tractor had been parked at the

23   Salinas yard?

24   A    No, ma'am.

25   Q    You don't?

1       A       No.

2       Q       So you didn't supply any information to that

3   affect?

4       A       That the truck was parked at the yard, no.

5                   MR. DUNN:  I'm sorry, what did you say?

6                   THE WITNESS:  That the truck was parked at

7   my yard, no, I didn't know that.

8       Q       (By Ms. White) You didn't know that or you

9   didn't answer that?

10      A       No, I didn't know it was parked there.

11      Q       And you've never contended that?

12      A       No.

13                  MR. FRANKL:  I guess I should explain.  For

14  the record, I was speaking to various parties and put

15  together, based on the information I was provided those

16  answers.  When I sent them to Mr. Rudy Salinas, there are

17  corrections that need to be made.

18                  MS. WHITE:  I totally understand that.  I'm

19  just trying to figure out --

20      Q       (By Ms. White) Do you know where that information

21  that the SMC tractor was parked at the Salinas yard came

22  from?

23      A       I guess from the other, from my brother or

24  Eddie.  I don't know.

25      Q       But in any case, that's not a true statement?

1      A    No, ma'am.

2      Q    Roy's tractor 110 says Salinas Express on the

3  side of it?

4      A    Yes, ma'am.

5      Q    And your testimony has been that he just started

6  driving that for Salinas Express in September 2015?

7      A    Yes.

8      Q    When did you all put the Salinas Express logo on

9  the side of his tractor?

10     A    September, when he started working.

11     Q    Where did you have that done?

12     A    There at my house.

13     Q    So you have the ability to do that?

14     A    I bought them and I just paste it there at my

15  house.

16     Q    When did Israel drive tractor 110?

17     A    When he went with me on a run going to Georgia.

18     Q    Do you know when that was?

19     A    I don't know the exact dates.

20     Q    Do you know what month it was?

21     A    I think it was -- I don't know if it was the

22  ending or the beginning -- the ending of August or

23  beginning of October.

24     Q    End of August or beginning of October?

25     A    Yeah, I think so.  I'm not exactly -- I don't

1    know the dates exactly.

2          Q     Will you have a confirmation sheet of that?

3          A     I would need to look for it, yes, ma'am.

4          Q     Do you know where you went in Georgia?

5          A     I think it was Lake Park, Georgia.

6          Q     Has Israel driven tractor 110 any time besides

7    that?

8          A     I'm not sure.  I would need to check my records.

9          Q     Is there, have you ever had to send any driver

10   qualification information to any insurer for any of your

11   drivers?

12         A     No, ma'am.

13         Q     You never had to fill out any sort of

14   information other than maybe providing their name to any

15   insurance company that Salinas Express has used?

16         A     Yes, I mean, the drivers I have they have to be

17   on my insurance.

18         Q     Okay.  And when -- what kind of information do

19   you have to supply?

20         A     Just their name and license and birth date.

21         Q     And they don't have to fill out any additional

22   form or information?

23         A     No, ma'am.

24         Q     Does Salinas Express have an official written

25   policy with regard to retention of driver logs?

1      A      I'm not sure, ma'am.

2      Q      Are you aware whether the SMC tractor and the

3  Salinas Express tractor Number 110 were physically

4  connected at the time of the accident?

5      A      I'm not aware of it.

6      Q      Did Roy Salinas maintain any separate insurance

7  for tractor 110?

8      A      No, ma'am.

9      Q      Did anyone at Salinas Express besides yourself

10  have any communication with Roy on his way up to Virginia?

11      A      I'm not aware of it.

12      Q      The only other person would be your sister

13  probably?

14      A      Probably.  I don't think so.

15      Q      Does she regularly communicate with drivers?

16      A      No, ma'am.

17      Q      How often did you see Sergio Cuellar?

18      A      Probably, like, once a month or twice a month,

19  it depends.

20      Q      And is it just for, like, family?

21      A      Just family.

22      Q      Have you ever borrowed any equipment from SMC,

23  has Salinas Express ever borrowed any equipment from SMC?

24      A      No, ma'am.

25      Q      Has SMC ever borrowed any equipment from Salinas

1    Express?

2         A    No, ma'am.

3         Q    Have you ever helped -- has Salinas Express ever

4    helped do any repairs or maintenance on any SMC tractors?

5         A    No, ma'am.

6         Q    Has SMC or anyone or any of their employees

7    helped do any maintenance on any Salinas Express tractors?

8         A    No, ma'am.

9         Q    Exhibit 8 is a driver application for employment

10   form.

11                  MS. WHITE:   Dan, do you have the other

12   exhibits?

13                  MR. HEARN:   Court reporter does.

14                  MS. WHITE:   And the same form, Exhibit 2.

15    .   Q    (By Ms. White) Have you had a chance to look at

16   both of those?

17        A    Yes, ma'am.

18        Q    And are those documents you've seen before?

19        A    No, ma'am.

20        Q    You never seen them before?

21        A    My sister takes care of the driver applications.

22        Q    So as a representative of Salinas Express though

23   do you agree that these are Salinas Express employment

24   application forms?

25        A    Yes, ma'am.

1     Q     Does Salinas Express have a independent

2 contractor form?

3     A     Just a lease agreement.

4     Q     Just a lease agreement?

5     A     Yes.

6               MR. DUNN:  Can I interrupt you?  Can I see

7 that exhibit you're looking at?

8               THE WITNESS:  Yes.  Both of them or what?

9               MR. DUNN:  No, just that one.

10              MS. WHITE:  I have an extra copy if you

11 need.  Do you want an extra copy?

12              MR. DUNN:  Yeah.

13              MS. WHITE:  That's Roy's.

14              MR. SKAFF:  Which one are you referencing?

15              MS. WHITE:  They're both the same form.  I

16 was just talking generally about the form.

17     Q     (By Ms. White) Do all drivers have to fill out

18 the forms as in Exhibit 2 and --

19     A     Eight.

20     Q     And Exhibit 8?

21     A     Yes, ma'am.

22     Q     And when are they supposed to do that?

23     A     Before we hire them.

24     Q     And these forms, they say employee, employment

25 application?

1      A      Yes, sir.  Yes, ma'am.  Sorry.

2      Q      Is that how generally your drivers are

3  considered to be your employees?

4      A      They're just, I mean I pay them with a 1099 so.

5      Q      Is there a reason why you do that?

6      A      That's just the way that I always done it.

7      Q      Have you ever undertaken any consideration as to

8  whether that's the proper thing to do?

9      A      I worked for other companies I have leased on my

10  truck out to and that's the way they do it too.

11     Q      But that's been when you owned the truck?

12     A      I was driving other people's truck and that's

13  the same thing.  They pay me with a 1099.

14     Q      What paperwork are Salinas Express drivers

15  required to keep besides logbooks?  Is there any other?

16     A      A trip sheet.

17     Q      A trip sheet and is that the confirmation sheet,

18  sheet that --

19     A      No, you need a trip sheet where they put all the

20  miles of every state in each load.

21     Q      And are those things that you keep?

22     A      Yes, ma'am.

23     Q      Do you have any trip sheets for Israel Martinez?

24     A      No, ma'am.

25     Q      What's the reason why not?

1    A    He never turned them in.

2    Q    He never turned in any paperwork to you?

3    A    No, ma'am.

4    Q    Then why did you have him fill out an

5    application?

6    A    Because I was going to hire him when the truck

7    was ready.  And the first load he did.  I had already

8    talked to him about what he needed to turn in.  He said he

9    was going to do it but that's when he got pulled over and

10   they arrested him.

11   Q    Has he done any work for you since he was

12   arrested?

13   A    No, ma'am.

14   Q    Why not?

15   A    His lawyer told him not to.

16   Q    Would you still give him work if he asked for

17   it?

18   A    Not with his driving record now.

19   Q    So besides the trip sheets, is there any other

20   paperwork that they're required to keep?

21   A    No, ma'am.

22   Q    And the logs.

23        When there is a -- periodically trucks have

24   to go through weigh stations, correct?

25   A    Yes, ma'am.

1     Q     And are they inspected when, when they go

2  through there?

3     A     Not all the time.

4     Q     Are they periodically inspected?

5     A     Sometimes you can go on a trip up and come back

6  down and they don't inspect you.  If you have a light

7  load, they don't inspect you.  They let you bypass.

8     Q     But periodically they are inspected?

9     A     I don't know, probably once a month or something

10  like that.  I don't know to be honest.

11     Q     And does the Department of Transportation keep a

12  record under the Salinas Express file on Salinas Express

13  about any violations that were noticed on any of these

14  inspections?

15     A     I wouldn't know. I don't work for them.

16     Q     Have you ever inquired or looked to see if

17  there's a folder for Salinas Express violations?

18     A     No, ma'am.

19     Q     You don't keep track of any violations for any

20  inspections?

21     A     Sometimes they pull over a driver for a little

22  light bulb or something.  They'll put in a paper that I

23  have fix it and sign it over and send it to Austin but

24  that's about it.

25     Q     Do you keep those?

1  A  I keep a copy.

2  Q  When repairs have to be made because of one of

3  those violations who pays for those?

4  A  The owner operator.

5  Q  Are those violations, do they -- is there any

6  fine that's associated with that?

7  A  Usually just warnings.

8  Q  Have you ever gotten fines, Salinas Express ever

9  been fined?

10  A  I mean I think so but I don't know exactly for

11  what for.

12  Q  And who pays the fines?

13  A  It depends.  If it was on the driver, I mean on

14  the owner operator, they pay for it.  If it's something

15  that one of the company trailers, there was something

16  wrong with it, we pay for it.

17  Q  Is that policy written down anywhere?

18  A  I couldn't tell you right now.

19  Q  Are there any requirements for emergency

20  equipment that is required to be kept on a tractor?

21  A  Yes, ma'am.

22  Q  And what is that requirement?

23  A  They have to have a fire extinguisher in the

24  truck, triangles, extra fuses and light bulbs.

25  Q  What about road flares?

1    A    No, ma'am as long as you have your triangles.

2    Q    Do any of the Salinas Express drivers keep road

3    flares?

4    A    No, ma'am.

5    Q    It is not a requirement of Salinas Express to

6    carry road flares?

7    A    It's either/or, like, the triangles or the

8    flares, but we usually just have the reflectors.

9    Q    The triangles?

10    A    Yes.

11    Q    Are the drivers ever responsible for loading the

12    vehicles?

13    A    No, ma'am.

14    Q    That's done where you pick it up?

15    A    Yes, ma'am.

16    Q    Even when you use your own trailer?

17    A    Yes, ma'am.

18    Q    Do you know whether Israel Martinez had ever had

19    his driver's license suspended?

20    A    No, ma'am.

21    Q    You don't know?

22    A    No.

23    Q    Did you ever check?

24    A    I just ran his license before, I mean, we hired

25    him and everything was clear, so.

1     Q    Did he have any previous driving violations

2  before you hired him?

3     A    I wouldn't be able to tell you right off the top

4  of my head right now.

5     Q    Who was it who reviewed his actual driving

6  record?

7     A    My sister.  She told me he had two violations

8  but it was failure to appear, but didn't show what they

9  were for.

10     Q    When did she tell you that?

11     A    Right after, like, probably a day or two after

12  she checked his license.

13     Q    And do you know when that was?

14     A    I don't know the exact date.

15     Q    So was it you or your sister who checked

16  Israel's driving record?

17     A    She's the one that does it online.

18            MS. WHITE:  Let's take a break.

19            THE VIDEOGRAPHER:  The time is 3:32 in the

20  afternoon and we are off the record.

21            THE VIDEOGRAPHER:  We are back on the

22  record.  The time is 3:49 in the afternoon and you may

23  proceed with the deposition, please.

24            MS. WHITE:  Thank you.

25     Q    (By Ms. White) Does Salinas Express have anywhere

1   in any file a record of what Israel Martinez was charged

2   with as a result of this accident?

3       A    No, ma'am.

4       Q    Have you ever seen any record reflecting any

5   charge that resulted from this accident?

6       A    No, ma'am.

7            MS. WHITE:   Those are all the questions I

8   have.

9                        EXAMINATION

10  BY MR. HEARN:

11      Q    Mr. Salinas, I'm David Hearn.   I represent

12  Israel Martinez.   Do you have any family relationship to

13  Israel Martinez?

14      A    I don't know, I need to ask my dad.   Probably

15  the last branch of the tree or something, but I don't know

16  exact.

17      Q    So it's possible?

18      A    It's possible.

19      Q    Okay.   You've got that in front of you as a

20  document previously marked as an exhibit in this case, I

21  can't remember the number?

22      A    Two.

23      Q    Thank you.   This is document Exhibit Number 2

24  which was introduced during Israel Martinez's deposition

25  yesterday, and you are familiar with that document,

1  correct?

2      A    Yes, sir.

3      Q    All right.  That's the application that Israel

4  Martinez filled out for Salinas Express, correct?

5      A    Yes, sir.

6      Q    And he filled out that application at the

7  request of Salinas Express?

8      A    Yes, sir.

9      Q    All right.  And he filled it out in conjunction

10  with taking a drug test, correct?

11      A    No, after taking the drug test and application

12  he barely did it in January.

13      Q    So the company's testimony is that that document

14  wasn't filled out until January?

15      A    Yes, sir.

16      Q    Okay.  And if Israel Martinez testified that he

17  filled that document out at the same time he took the drug

18  test, he's either lying or mistaken.

19      A    He's probably mistaken.

20      Q    Okay.  Who -- do you see there's a hire date on

21  there; do you see that?

22      A    Yes, sir.

23      Q    And who wrote that hire date on there?

24      A    That's my sister's handwriting.

25      Q    Okay.  And what is the normal process that

1    Salinas used at the time that document was completed in

2    terms of how it was filled out and processed?

3        A    First, I mean, usually we send them to a drug

4    test and then we run the MVR, and if the MVR comes out

5    clean, then they do the application.

6        Q    Does Salinas Express have in its possession a

7    similar document that is exactly the same except it does

8    not have the hire date on it?

9        A    No, sir.

10        Q    Okay.  If a document like that has been produced

11    in discovery, do you have any idea where it came from?

12        A    No, sir.

13        Q    Do you have any reason that the company would

14    maintain an application filled out by Mr. Martinez that

15    did not have a hire date on it?

16        A    No, sir.

17        Q    Okay.  Who maintains those documents at Salinas

18    Express?

19        A    My sister.

20        Q    The applications?

21        A    Yes, sir.

22        Q    Do you review them before they are finalized?

23        A    Yes, sir.

24        Q    Do you recall reviewing this application for

25    Mr. Martinez?

1    A    I usually just check the, like, their driving,

2    who they work for, that's about it.

3    Q    Now you testified that Mr. Martinez did some

4    work for Salinas Express before January of 2016.

5    A    Yes, sir.

6    Q    Is that true?

7    A    Yes, sir.

8    Q    And you sent him for a drug test I believe in

9    July of 2015?

10    A    I don't know exact date but somewhere around

11    there.

12    Q    Does the end of July sound about right?

13    A    Yeah.  More or less, yes.

14    Q    And the reason you sent him for a drug test is

15    because you intended or the company intended that he do

16    work for Salinas Express?

17    A    That's right.

18    Q    And part of being able to do work for the

19    company is passing a drug test?

20    A    Yes, sir.

21    Q    All right.  And you intended that he do work for

22    Salinas Express as soon as possible, correct?

23    A    As soon as the truck was ready.

24    Q    Right.

25    A    I thought it was going to be done faster than

1   what it took.

2        Q      But the point is you intended or anticipated

3   that the truck would be ready about the same time he did

4   the drug test?

5        A      Yeah, like a week or two later.  Yes.

6        Q      Right.  In other words, you weren't anticipating

7   at the time you sent him for a drug test that there would

8   be a long delay before he started working for the company?

9        A      Yes, sir.

10       Q      And in fact, he did start doing some work for

11  the company before January?

12       A      Yes, sir.

13       Q      And when he did that, you called him up and told

14  him that you had a load for him to deliver, correct?

15       A      Yes, sir.

16       Q      And then he reported to work at Salinas,

17  correct?

18       A      Yes, sir.

19       Q      And he got into a Salinas vehicle and

20  transported a load for Salinas, correct?

21       A      Yes, sir.

22       Q      And he was paid for doing that, correct?

23       A      Yes, sir.

24       Q      And then after January he also received calls

25  from you in which he was assigned to deliver loads,

1    correct?

2        A    Only one time.

3        Q    Okay.  But he did that in the Salinas vehicle?

4        A    Yes, sir.

5        Q    He made the exact same kind of trip, correct?

6        A    Yes, sir.

7        Q    He delivered the same exact kind of load,

8    correct?

9        A    Yes, sir.

10       Q    He was paid in exactly the same way, correct?

11       A    Yes, sir.  He didn't get paid on this load, the

12   load he did for me.

13                  MR. FRANKL:  Just for clarity, did he make

14   the delivery of the load in January?

15                  THE WITNESS:  No, sir, he got arrested.

16       Q    (By Mr. Hearn) Okay.  And is it your testimony

17   that he -- well, back up.

18                  Did he do any work for Salinas between the

19   date of the accident and January?

20       A    Only the load he was going to Virginia.

21       Q    Okay.  So it's the company's testimony that the

22   only work he did after January was the one load where he

23   ended up being arrested?

24       A    Yes, sir.

25       Q    And you didn't pay him for that?

1    A    No, I had to pay for the wrecker.

2    Q    But when he left, your intent was to pay him,

3    correct?

4    A    Yes, sir.

5    Q    And your intent was to pay him exactly the same

6    way he did before January?

7    A    Yes, sir.

8    Q    So the only thing that was different is he got

9    arrested?

10    A    Yes, sir.

11    Q    All right.  So there was nothing different about

12    what he did for Salinas, how he did it or how he was paid

13    in the time period before January?

14    A    No, sir.

15    Q    He has to do pre-trip inspections before he

16    leaves with the truck?

17    A    Yes, sir.

18    Q    He picks the truck up at the Salinas yard?

19    A    Yes, sir.

20    Q    He does his pre-trip there?

21    A    Yes, sir.

22    Q    Does he turn them in before he leaves?

23    A    No, it's in his log, stays in his log.

24    Q    Stays with his logs?

25    A    Yes, sir.

1    Q    Does he have a logbook or does he have loose log

2  sheets?

3    A    They're loose leaves.

4    Q    Who gave them to him?

5    A    I did.

6    Q    Did you also give him the form for the pre-trip

7  or is it already printed on there?

8    A    No, you don't have a form.  You just have to

9  note it on the log that you did the pre-trip.

10    Q    Salinas does not have a preprinted pre-trip

11  form?

12    A    We do but the DOT only requires for you to fill

13  it out if there's something wrong with the truck.  If

14  there's nothing wrong you don't have to fill it out.

15    Q    Okay.  Did Israel Martinez ever call you and ask

16  you for copies of his logs?

17    A    No, sir.

18    Q    Okay.  And it's the company's position that

19  Israel never turned his logs in?

20    A    Yes, sir.

21    Q    And he was never disciplined for that?

22    A    No, sir.

23    Q    He was never suspended?

24    A    Pos, he was only working once -- let's say

25  worked this week, and then the next one he did was for

1    like three, four weeks later, so.

2        Q    He was never suspended?

3        A    No, sir.

4        Q    His pay was never docked?

5        A    No, sir.

6        Q    And you continued to give him work after the

7    first time he did it?

8        A    Yes, sir.

9        Q    And you gave him work again after the second

10   time he did it?

11       A    We have 30 days to turn them in so ,yes, sir.

12       Q    Is there any other driver that pulls for Salinas

13   and doesn't turn their logs in?

14       A    They turn them in 30 days.

15       Q    Is there any other driver that pulls for Salinas

16   that did not turn their logs in?

17       A    No.  There was one, but I disciplined for two

18   weeks and that was it.

19       Q    And you, as an owner of the company, acknowledge

20   that the company is required to maintain logs for drivers

21   that do work for the company.

22       A    Yes, sir.

23       Q    That is the company's responsibility?

24       A    Yes, sir.

25       Q    Your brother is Roy Salinas?

1      A     Yes, sir.

2      Q     Roy Salinas is an employee of Salinas Express?

3      A     He's -- he's not an employee.  I just pay him

4  with a 1099.

5      Q     You consider him, what, a contractor?

6      A     Contractor.

7      Q     He's a contractor for Salinas Express?

8      A     Yes, sir.

9      Q     If Roy Salinas testified that he called you to

10  talk about his disabled truck and you suggested calling

11  Israel Martinez, then Roy is either lying or mistaken?

12      A     He's mistaken.

13      Q     Have you ever driven that run to Winchester?

14      A     Yes, sir.

15      Q     All right.  How many times have you done that?

16      A     In the past two years probably more than 15

17  times.

18      Q     More than 15?

19      A     Yes, sir.

20      Q     Okay.  So you know the route pretty well?

21      A     Yes, sir.

22      Q     And in general terms, you would go from Texas to

23  Louisiana?

24      A     My route that I take, it's Texas, Arkansas and

25  then Tennessee.

1     Q    You end up in Tennessee?

2     A    Yes, sir.

3     Q    But you could go Texas to Louisiana?

4     A    You could go through there.

5     Q    And you could go Louisiana to Mississippi?

6     A    Yes, sir.

7     Q    And then you could go Mississippi to Tennessee?

8     A    Yes.

9     Q    And then you could go Tennessee to Virginia?

10    A    Yes.

11    Q    Did Israel Martinez ever accompany you or any

12 other Salinas driver on a trip to deliver a load for

13 Salinas before this accident happened?

14    A    Before, yes, he followed me to Georgia.

15    Q    Okay.  Did he ever follow anyone else?

16    A    I can't be exact.

17    Q    It's possible?

18    A    It's possible.

19    Q    Have you had any discussions with Art Gutierrez

20 about this accident?

21    A    No, sir.

22    Q    He's your -- is he your cousin?

23    A    Yes, sir.

24    Q    When was the last time you talked to him?

25    A    I don't remember.  When his dad passed away, a

 1    while back.

 2         Q    How long ago?

 3         A    I don't know the exact day, it's like a few

 4    months.

 5         Q    Two months ago?

 6         A    Like, it's been several months, he lives in

 7    Houston so I really don't see him.

 8         Q    Right.  Do you know Israel's wife, Lily

 9    Martinez?

10         A    I seen her probably like two, three times at the

11    yard.

12         Q    Okay.  But you don't know her from around

13    Zapata?

14         A    No, sir.

15         Q    Do you know where she works?

16         A    No, sir.  I don't know if she works or not.

17         Q    Excuse me.  Does Salinas, the company, have a

18    phone account?

19         A    No, sir.

20         Q    Has the company ever filled out any records for

21    the Texas DMV where it listed a phone number or phone

22    account?

23         A    My phone number, my cell phone.

24         Q    Okay.  That was my question.  So any documents

25    that have been filed with the Texas DMV would identify

1    your phone number?

2         A    Yes, sir.

3         Q    Your personal cell phone?

4         A    Yes, sir.

5         Q    And the company's position is that that's the

6    company's number?

7         A    Yes, sir.

8         Q    Okay.  And as we sit here today, the company

9    doesn't have any paperwork authored by Mr. Martinez other

10   than his application?

11        A    Yes, sir.

12        Q    And it's the company's position that the reason

13   it has absolutely no paperwork about his activities

14   driving a truck for Salinas is all Mr. Martinez's fault?

15        A    Can you repeat the question?

16        Q    Yeah.  The company's position is the reason it

17   has no paperwork written by Mr. Martinez for his work as a

18   truck driver is because Mr. Martinez did something wrong?

19        A    Yes, sir.

20        Q    Okay.

21             MR. HEARN:  All right, that's all the

22   questions I have right now.

23                          EXAMINATION

24   BY MR. DUNN:

25        Q    The trip to Virginia in October 26, 2015 where

1    Roy, Eddie, Art and Israel Martinez Jr. went to pick up

2    the disabled Salinas Express vehicle, that wasn't for SMC

3    Transport, was it?

4         A    No, sir.

5         Q    No one from SMC Transport went on that trip,

6    correct?

7         A    No, sir.

8         Q    You agree with me?

9         A    Not that I'm aware of.  I mean, no.

10        Q    Right.

11             In fact, no one from SMC Transport was

12   telling Roy, Eddie, Art or Israel Martinez Jr. any

13   instructions or telling them what to do in that trip,

14   correct?

15        A    No, sir.

16        Q    You agree with me?

17        A    Yes, sir.

18             MR. DUNN:  Thank you.

19                      REEXAMINATION

20   BY MS. WHITE:

21        Q    Did you ever give Israel Martinez's pay to his

22   wife Lily?

23        A    Maybe once I gave her cash for his work.

24        Q    Do you know if Sylvia ever gave her Israel's

25   pay?

1        A    I usually would pay him, it was usually me

2   paying him.

3                    MR. FRANKL:  Say that again?

4                    THE WITNESS:   It was just me paying him.

5                    MS. WHITE:  That's all.

6                    MR. FRANKL:  He'll read.

7                    THE VIDEOGRAPHER:   The time is 4:05 in the

8   afternoon, and we're off the record.

9

10                    (Signature having been requested, the

11                    deposition was concluded at 4:05 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          ERRATA SHEET -- CHANGES AND SIGNATURE

2    PAGE LINE   CHANGE                    REASON

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24                    _____

25                    RUDY SALINAS

1

2

3

4

5

6

7

8        I declare under penalty of perjury that the

9   foregoing is true and correct.

10

11                          _____

                                RUDY SALINAS
12

13

14        SUBSCRIBED AND SWORN TO BEFORE ME, the

15   undersigned authority, by the witness, RUDY SALINAS,

16   on this the _____ day of _____,

17   _____.

18

19                          _____

                                NOTARY PUBLIC IN AND FOR
20                              THE STATE OF _____

21

22   My Commission Expires: _____

23

24

25

 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF VIRGINIA
 2                       ROANOKE DIVISION

 3   BRANDON LESTER                  §
                                     §
 4   vs.                             §     CIVIL ACTION NO.
                                     §     7:15-CV-665
 5   SMC TRANSPORT, LLC AND ISRAEL   §
     MARTINEZ, JR. AND SALINAS       §
 6   EXPRESS, LLC                    §

 7                    REPORTERS CERTIFICATION
                       OF RUDY SALINAS
 8                      April 19, 2016

 9              I, Annette E. Escobar, Certified Shorthand

10   Reporter in and for the State of Texas, hereby certify to

11   the following:

12              That the witness, RUDY SALINAS was duly

13   sworn by the officer and that the transcript of the oral

14   deposition is a true record of the testimony given by the

15   witness;

16              That the deposition transcript was

17   submitted on _____, 2016, to the witness or

18   to the attorney for the witness for examination,

19   signature, and return to me by _____, 2016;

20              That the amount of time used by each party

21   at the deposition is as follows:

22              JOHNEAL  WHITE (2H51M) Attorney for
     Plaintiff.
23              LAWRENCE DUNN (0H14M) Attorney for
     Defendant;
24              DAVID HEARN (0H01M) Attorney for Defendant.

25              That pursuant to information given to the

1    deposition officer at the time said testimony was taken,

2    the following includes counsel for all parties of record:

3                    Johneal White, Attorney for Plaintiff(s)
                     Lawrence Dunn, Attorney for Defendant(s)
4                    David Hearn, Attorney for Defendant(s)
                     Daniel Frankl, Attorney for Defendant(s)
5

6                    I further certify that I am neither counsel

7    for, related to, nor employed by any of the parties in the

8    action in which this proceeding was taken, and further

9    that I am not financially or otherwise interested in the

10   outcome of this action.

11                   Certified to by me on this 8th day of May,

12   2016.

13

14                                 _____
                                   ANNETTE A. ESCOBAR
15                                 CSR#5475, Exp: 12/31/17

16

17

18

19

20

21

22

23

24

25