1     A    Yes, ma'am.

2     Q    What lane was it in?

3     A    In the left lane.

4     Q    And then what happened?

5     A    Well, tried to avoid hitting the car that was

6  parked, so I guess he tried to go around it and he just

7  lost control of the truck and went all the way to the

8  shoulder side sideways.

9     Q    Did you hear his brakes screeching?

10    A    Yes, ma'am.

11    Q    And he swerved into the right lane?

12    A    He tried to avoid him, yes, ma'am.

13    Q    And then did his truck start skidding or

14  sliding?

15    A    Sliding, it went sideways. When it hit the

16  truck it was going, like, sideways like that.

17    Q    And then it made impact with the SMC tractor?

18    A    With the SMC truck.

19    Q    On the passenger side?

20    A    The driver's.

21    Q    The passenger side of the Toyota and the

22  driver's side of the SMC truck?

23    A    Yes, ma'am.

24    Q    Did it bounce off?

25    A    Yes, ma'am.

1    Q    And was Israel's vehicle stopped when the impact

2  happened?

3    A    Yes, ma'am.

4    Q    Do you know exactly where the impact happened?

5         MR. HEARN:  Object to form.

6         MR. FRANKL:  Object to form.

7         MS. WHITE:  Okay.

8    Q    (By Ms. White) You can answer.

9    A    I'm not sure, ma'am.

10    Q    Did it happen in the -- did the impact between

11  the Toyota truck and the SM -- for the little pickup truck

12  and the SMC tractor happened in the southbound right lane

13  of Interstate 81?

14    A    I'm not sure.

15    Q    So you just can't say?

16    A    I can't say.

17    Q    And then what happened after that?

18    A    After that when the truck hit the truck, I ran

19  back over here because started, like, a bunch of them

20  started coming and I guess a little bread truck or

21  something, whatever it was, came and hit the pickup, and

22  man, like, everybody started getting off the trucks, like,

23  all the truck drivers, like, everybody was moving out of

24  the way.

25    Q    So did you go check on Israel after the first

```
1    impact?

2         A    No, ma'am.

3         Q    What did he do after the first impact?

4         A    I'm not sure, ma'am.

5         Q    Did you see him start backing up at all?

6         A    I'm not sure.

7         Q    He eventually did back up?

8         A    Yes, ma'am.

9         Q    When -- do you know -- did you observe him at

10   any time start backing up?

11        A    No, ma'am, like I said, I ran back because there

12   was a lot of debris flying inside the rest area.

13        Q    So you ran back further southbound inside the

14   rest area?

15        A    Yeah.

16        Q    And did you observe the accident with the bread

17   truck?

18        A    I heard the noise.

19        Q    You just heard it?

20        A    Yes, I heard it.  I just saw it coming like from

21   the hill down and then I just heard the impact and all

22   that.

23        Q    Do you know what Art did after the first impact?

24        A    Art, he ran, he ran to try to get the guy off

25   the little truck.
```

1   Q    Do you know what lane the little truck ended up

2   in?

3   A    It was between both lanes.

4   Q    Between the --

5   A    Sideways, yes, ma'am.

6   Q    -- right and left lane of southbound Interstate

7   81?

8        Let me ask the question and clarify for the

9   record.

10       So you observed the little Toyota, the

11  little pickup truck, between, after the first impact,

12  between the left and right lane of Interstate 81 South?

13  A    Yes, ma'am.

14  Q    Do you know which way it was facing?  Was it

15  facing towards the median or towards the rest area?

16  A    I'm not sure.

17  Q    Did you -- did you see Art run out to the pickup

18  truck?

19  A    No, ma'am, I saw him running back inside the

20  rest area.

21  Q    Do you know how much time elapsed between the

22  two impacts with --

23  A    I'm not sure, ma'am.  Pretty fast.

24  Q    Very fast?

25  A    (Nods head.)

1    Q    Thirty seconds?

2    A    No, probably longer than that.

3    Q    Longer than 30 seconds, less than a minute?

4    A    I'm not sure, ma'am.

5    Q    Did you ever observe the young man in the pickup

6 truck get out of his pickup truck?

7    A    I saw him when Art pull him off the truck and

8 that's all I saw.  After that I just saw running back

9 inside the rest area.

10    Q    Did you see what the young man did?

11    A    I'm not sure, ma'am, because I think he ran,

12 like, to the opposite side.

13    Q    As Art was running back across Interstate 81, is

14 that when the bread truck was coming?

15    A    Yes.

16    Q    Did Art just narrowly miss getting hit by the

17 bread truck?

18    A    Yes, ma'am.

19    Q    Do you know if Art had any conversation with the

20 young man in the pickup truck?

21    A    I'm not sure, ma'am.

22    Q    Did he ever tell you anything the young man

23 said?

24    A    No, ma'am.

25    Q    And at the same time, were there cars trying to

1    come in the entrance to the rest area?

2        A    Yes, ma'am, there was a lot of traffic.

3        Q    And then did you see -- did you see where the

4    little pickup truck eventually ended up?

5        A    The grass area.

6        Q    The grass area closest to the rest area?

7        A    Yes, ma'am.

8        Q    And did it end up against one of those trees?

9        A    I'm not sure.

10       Q    Just to be clear, we're talking about the grassy

11   area that's between Interstate 81 and the rest area?

12       A    Yes, ma'am.

13       Q    And did you see where the bread truck eventually

14   ended up?

15       A    Sideways where the trees are.

16       Q    In that same grassy area?

17       A    Yes, ma'am.

18       Q    Did you ever have any conversation with the

19   young man in the pickup truck?

20       A    No, ma'am.

21       Q    Did you ever have conversation with the driver

22   of the bread truck?

23       A    No, ma'am.

24       Q    So what did you do after the second accident?

25       A    I just stayed there, like, standing there.

1    Q    Where were you standing?

2    A    Where cars are parked.  Like, where my truck was

3  broke down, next to it.

4    Q    And Israel eventually did back down, come back

5  down the entrance ramp, right?

6    A    Yes, ma'am.

7    Q    And where did he park?

8    A    He parked back in the same area over here where

9  it broke down.

10    Q    It had been previously parked?

11    A    Yes, ma'am.

12    Q    Do you know, did he move his vehicle at all

13  before the police arrived?

14    A    I'm not sure.

15    Q    Do you know how long it took for the police to

16  arrive?

17    A    I'm not sure.  I couldn't say.

18    Q    Did you ever talk to either of the state

19  troopers?

20    A    No, ma'am.

21    Q    Did you ever talk to a lady who worked in the

22  rest area?

23    A    No, ma'am.

24    Q    Did you ever observe a car have to drive through

25  the truck area and turn around to go into the car area on

1   the south side because Israel was blocking the way?

2        A    No, ma'am.

3        Q    Did -- as Israel is -- when you come out of the

4   bathroom and Israel is already pulled up the entrance

5   ramp, did he have any sort of flashers on?

6        A    I'm not sure, ma'am.

7        Q    Had he put out any flares?

8        A    No.

9        Q    Did you guys have any flares?

10       A    The triangles.  We don't carry flares.

11       Q    Did Eddie have any flares in his vehicle?

12       A    No, ma'am.

13       Q    It was dark outside?

14       A    Yes, ma'am.

15       Q    Did anyone ever suggest that you guys wait until

16   it was light out to move the vehicle?

17       A    No, ma'am.

18       Q    No one set out any of the triangles before

19   Israel moved the truck?

20       A    The triangles for what?

21       Q    As sort of a warning he was going to be going

22   out the entrance.

23            MR. HEARN:  Object to form.

24       A    Why would you set up triangles?

25       Q    I'm just saying, no one set out any triangles?

1    A    I don't understand the question.  Like, why

2  would you set out triangles for?  Like you're trying to

3  pull out or whatever you try to do, then you got to go

4  walk, like, back to get the triangle, or what?  I don't

5  understand the question.

6    Q    I'm just saying, no one set out any triangles?

7    A    No.

8    Q    Did -- was the SMC tractor and the, your Salinas

9  tractor, was it connected by any electrical wire?

10    A    No, ma'am.

11    Q    Was there any sort of, like, flasher system that

12  was put on the back?

13    A    On the front part of the truck, yes.

14    Q    Yeah.  And was that connected to the SMC

15  tractor?

16    A    I'm not sure, ma'am.

17    Q    So eventually the police did arrive?

18    A    Yes, ma'am.

19    Q    And you didn't talk to them.

20         What were you doing while they were doing

21  the whole investigation?

22    A    I was just standing there.

23    Q    By the two connected tractors?

24    A    No, ma'am, I was standing on top of the hill

25  with some other drivers, on top of the hill.

1      Q    On top of the hill?

2      A    In the left-hand side, on the left-hand side

3 where the trees are.

4      Q    So where the trees are between the Interstate

5 and the rest area?

6      A    Yes, ma'am.

7      Q    Just sort of watching everything going on?

8      A    Yes, ma'am.

9      Q    Did you have any conversation with Israel about

10 what he was doing --

11     A    No, ma'am.

12     Q    -- at the time?

13     A    (Nods head.)

14     Q    Have you ever had any conversation with Israel

15 about what he was doing at the time?

16     A    No, ma'am.

17     Q    Do you know what Art did after he ran back

18 across the highway?

19     A    No, I'm not sure.

20     Q    Did he ever talk to the police?

21     A    I'm not sure.

22     Q    Was he standing with you on the hill?

23     A    No, ma'am.

24     Q    Did you guys, did you watch the helicopter land?

25     A    I saw the helicopter when it landed.

```
 1      Q    And where did it land?

 2      A    On top of the highway the middle two lanes.

 3      Q    Of the southbound lane?

 4      A    Southbound.

 5      Q    And where was Eddie as the helicopter was

 6   landing?

 7      A    I'm not sure.

 8      Q    To your knowledge, did Eddie witness the

 9   accident at all?

10      A    No, ma'am.

11      Q    I mean, do you know whether he did?

12      A    I don't know.

13      Q    Have you ever had any conversation with him

14   about it?

15      A    No, ma'am.

16      Q    Did you have any conversation with Art while all

17   the emergency work was going on?

18      A    No, ma'am.

19      Q    Have you had any conversation with Art since,

20   since then about what happened?

21      A    No.

22      Q    No?

23      A    No.

24      Q    So eventually you guys leave the rest area after

25   everything gets all cleared up?
```

1    A    Yes, ma'am.

2    Q    And how did you guys leave?

3    A    We got to unhook my truck again that morning

4    because we couldn't turn the truck around and so we had to

5    unhook it and pull it down, like, four or five miles to a

6    new truck stop in Roanoke.

7    Q    Before you unhooked it did Israel again try to

8    back his truck up?

9    A    He was trying to back up in the same area where

10   the cars parked.

11   Q    And did you watch him do that?

12   A    Yes, ma'am, we were helping him.

13   Q    And did the trooper come over to you at that

14   time?

15   A    Yes, ma'am.

16   Q    And was he upset that Israel was trying to do

17   that?

18   A    Yes, ma'am.

19   Q    So, and then so did you unhook it right where it

20   was when the trooper said stop?

21   A    No, ma'am, we parked it back same area.

22   Q    And so then you unhooked the two of them and

23   hooked it up, and then how did you hook it up?

24   A    Pulled it with a chain.

25   Q    Pulled it with a chain to a truck stop a few

1    miles down the road?

2        A    Yes, ma'am.

3        Q    And then you guys were able to hook him up

4    properly?

5        A    Yes, ma'am.

6        Q    Was there any mechanical difficulty with the SMC

7    tractor as you guys were leaving the rest area?

8        A    No, ma'am.

9        Q    Where was the damage on it?

10       A    On the bumper.

11       Q    On, like, all across the bumper or just on one

12   particular side?

13       A    The whole bumper.

14       Q    The whole bumper?

15       A    Yes, ma'am.

16       Q    Was there any damage to the Salinas tractor?

17       A    No, ma'am.

18       Q    Did Israel have to come and get any

19   documentation from either of the tractors?

20       A    I'm not sure, ma'am.

21       Q    As you guys were driving up to Virginia from

22   Houston, did Israel keep any sort of log of his driving?

23       A    He was making logs, yes, ma'am.

24       Q    And was that a log on a Salinas form or in an

25   SMC form?

1    A    I'm not sure, ma'am.

2    Q    Was there a notebook that the logs were kept in?

3    A    I'm not sure.

4    Q    Do you have any idea what he did with the logs

5    he was keeping?

6    A    I'm not sure.

7    Q    Did you keep a log?

8    A    I threw mine away.  Yes, ma'am.

9    Q    For the trip to Virginia?

10   A    Yes, ma'am.  When I came back I threw mine away

11   because I don't need them, so I threw them away.

12   Q    Are you aware of what the requirements are for

13   keeping logs?

14   A    What do you mean?

15   Q    Well, you're a long haul truck driver?

16   A    Uh-huh.

17   Q    Yes?

18   A    Yes, ma'am.

19   Q    How long have you been doing that?

20   A    Since 1990.

21   Q    And so you're aware that you're required to keep

22   a log?

23   A    Yes, ma'am, but I wasn't working for none of the

24   companies so I don't need to keep a log.

25   Q    So it's your understanding that you don't need

```
 1   to keep it?

 2          A    Yes, ma'am.

 3          Q    Did you throw it away immediately?

 4          A    I'm not sure.

 5          Q    So you don't know when you threw it away?

 6          A    Yes, ma'am.

 7          Q    Do you know when you became aware that there had

 8   been a lawsuit filed in this case?

 9          A    I'm not sure.

10          Q    Did Rudy ever ask for your logs --

11          A    No, ma'am.

12          Q    -- for this trip?

13               So you have no idea what happened to

14   Israel's logs?

15          A    No, ma'am.

16          Q    Were they included in the group you threw away?

17          A    No, ma'am.

18          Q    Are you aware of whether Israel kept logs for

19   other trips he had done for Salinas Express?

20          A    I'm not sure, ma'am.

21          Q    Did you and Israel as you're there at the rest

22   area after the accident have any conversation about what

23   paperwork was needed to give to the state trooper?

24          A    No, ma'am.

25          Q    Did you observe him ever retrieving any
```

1    paperwork from either vehicle?

2         A    No, ma'am.

3         Q    When did you notify Rudy that there had been an

4    accident?

5         A    I'm not sure.

6         Q    You did eventually do that?

7         A    I'm not sure, ma'am.  I don't remember.

8         Q    The -- so eventually when you guys get to the,

9    you leave the rest area, go to the truck stop and properly

10   hook up the trucks -- well, who drove away the SMC tractor

11   from the rest area?

12        A    From the rest area, Israel.

13        Q    Israel.  Did he seem okay to drive?

14        A    Yes, ma'am.

15        Q    Do you know what time you guys left the rest

16   area?

17        A    I'm not sure.

18        Q    Was it light out?

19        A    I think so, yes, ma'am.

20        Q    And was Eddie following you guys when you left

21   the rest area?

22        A    I'm not sure, ma'am, whether he was already

23   there or behind us.

24        Q    Did you ever see Eddie again at the rest area

25   after the load was hooked up to his tractor?

1      A      No, ma'am.

2      Q      When was the next time you saw Eddie?

3      A      At the truck stop.

4      Q      And then did you guys develop a plan there at

5  the truck stop what the rest of the trip was going to be

6  like?

7      A      No, ma'am.

8      Q      Well, I guess Eddie had to return the load?

9      A      Yes, ma'am.

10     Q      And that was your originally assigned load?

11     A      Yes, ma'am.

12     Q      Who assigns work at Salinas Express?

13     A      My brother Rudy.

14     Q      So Rudy had originally assigned you that load

15  that Eddie returned?

16     A      Yes, ma'am.

17     Q      And did Israel ride with Eddie to make that

18  final delivery?

19     A      Yes, ma'am.

20     Q      And that was delivered to Laredo?

21     A      I'm not sure.  I think, I guess it was Laredo

22  load.  Yes, ma'am, Laredo.

23     Q      Do you know who drove on that return leg of the

24  trip?

25     A      I'm not sure, ma'am.

```
1      Q     Do you know how long it took them?

2      A     I'm not sure.  I didn't see them again later.

3  They left.

4      Q     After the truck stop, is that the last time you

5  saw them?

6      A     Yes, ma'am.

7      Q     And then you and Art drove the SMC tractor,

8  hauling your broken down tractor?

9      A     Yes, ma'am.

10     Q     But Art didn't drive the SMC tractor?

11     A     No.

12     Q     He doesn't have a CDL?

13     A     He doesn't have a CDL.

14     Q     And so did you drive, did you drop him back off

15 in Houston?

16     A     Yes, ma'am.

17     Q     And then did you come back to Zapata?

18     A     To Zapata, drop off my truck and went and left

19 the SMC truck in Weslaco.

20     Q     Did you see any logs for Israel Martinez in that

21 truck when you dropped it off?

22     A     No, ma'am.

23     Q     Did you talk to Rudy at all on your return trip

24 to Texas?

25     A     I don't remember.
```

1      Q    Do you know, have you ever talked to Rudy about

2  the accident?

3      A    No.

4      Q    Do you know how he found out that there was an

5  accident?

6      A    I'm not sure, ma'am.

7      Q    So I just want to be clear.  Is it your

8  testimony today that you never ever had a conversation

9  with your brother Rudy about this accident?

10     A    Yes, ma'am, like, I never told him.  We don't

11  talk like that, like, get into details like that.  He just

12  knows about it, that we had the accident but we haven't

13  talked about it.

14     Q    And do you know how he found out that there even

15  was an accident?

16     A    I don't remember.

17     Q    Do you know whether Israel called and told him

18  there was an accident?

19     A    I can't say.

20     Q    Did -- did you ever have any conversation with

21  Sergio Cuellar about the accident?

22     A    Yes, ma'am.

23     Q    When did you notify him that there had been an

24  accident?

25     A    That night.

1      Q    The night of the accident?

2      A    Yes, ma'am.

3      Q    And what did you tell him?

4      A    Just told him there was an accident.

5      Q    Involving his truck?

6      A    Yes, ma'am.

7      Q    And what was his response?

8      A    We just told him what happened and, I said,

9 like, I just told him that he got hit, like Israel was

10 trying to pull out and he got hit there on the shoulder.

11 He just told me send me pictures of the truck about what

12 happened and that was it.  That's the only time I talked

13 to him.

14      Q    So you haven't had any conversation with him

15 other than that?

16      A    No.

17      Q    Have you ever had any conversation with him

18 about whether the truck was insured or not?

19      A    No, ma'am.

20      Q    So did he ever express concerns to you that the

21 truck wasn't on his insurance?

22      A    No, ma'am.

23      Q    And he was not surprised that the truck was in

24 Virginia?

25      A    No, ma'am.

1      Q    He knew where it was going?

2      A    Yes, ma'am.

3      Q    Your tractor, Salinas Express tractor 110,

4  there's no formal written lease governing its use or

5  ownership, is there?

6      A    How do you mean?

7      Q    Well, the title is in your brother Rudy's name?

8      A    Yes, ma'am.

9      Q    And there's no written lease or anything

10  releasing it to you or anything?

11      A    No, ma'am.

12      Q    It's just sort of a verbal understanding that

13  you're going to pay him for it --

14      A    Yes, ma'am.

15      Q    -- and use it for his business?

16      A    Yes, ma'am.

17      Q    Do you know who paid for the fuel for the SMC

18  tractor on the way up to Virginia?

19      A    I did.

20      Q    Personally?

21      A    Yes, ma'am.

22      Q    Were you reimbursed at all for it?

23      A    No.

24               MR. DUNN:  What was that, he said no?

25               THE WITNESS:  What was that, sir?

1          MR. DUNN:  What was the answer to the

2    question?  I didn't hear.

3          THE WITNESS:  No, sir.

4          MR. DUNN:  Okay.

5    Q    (By Ms. White) Does Salinas Express have certain,

6    like, fuel stations that it generally uses?

7    A    No.

8    Q    Like Loves or Flying J?

9    A    No.

10   Q    How is fuel -- aside from this trip, how is fuel

11   generally paid for when you take a trip for Salinas

12   Express?

13   A    Cash, t-check, Comcheck.

14   Q    So they'll give you cash, sometimes they'll give

15   you cash in advance just to pay for fuel?

16   A    Yes, ma'am.

17   Q    Or sometimes they'll use a T-check.  My

18   understanding that's an electronic code that they send

19   you, correct?

20   A    Yes, ma'am.

21   Q    And you just give that to the person at the fuel

22   station and it goes on the Salinas Express account?

23   A    I don't how know it works.  They just give a

24   T-check.  I don't know.

25   Q    What was the third way?

1     A     Comcheck.

2     Q     What's that?

3     A     The same as T-check.

4     Q     Different company?

5     A     Different, I guess different company or
6  something.

7     Q     That also involves electronic code that they
8  send you?

9     A     Yes, ma'am.

10    Q     In general, when you deliver a load it's
11 assigned by Rudy?

12    A     Yes, ma'am.

13    Q     And does he tell you what route to take?

14    A     No, ma'am.

15    Q     Are you aware of any electronic devices within
16 the tractor that monitor, in any of the Salinas Express
17 tractors, that monitor its whereabouts?

18    A     No, ma'am.

19    Q     Do all the tractors have a GPS?

20    A     No, ma'am.

21    Q     Do any of them?

22    A     No, ma'am.

23    Q     Do you know, was Israel Martinez disciplined in
24 any way by Salinas Express after this accident?

25              MR. HEARN:  Objection.

1    A    I'm not sure.

2    Q    Do you know, was he given any warnings?

3    A    I don't know, ma'am.

4    Q    When you arrived at the rest area was Israel

5  awake or asleep at the time?

6    A    I'm not sure, ma'am.

7    Q    Other than stops for fuel, did you guys make any

8  stops on the way from Houston to Virginia?

9    A    No.

10              MS. WHITE:  We'll take a break.

11              THE VIDEOGRAPHER:  The time is 11:17 in the

12  morning and we are off the record.

13              THE VIDEOGRAPHER:  We are back on the

14  record.  The time is 11:26 in the morning, and you may

15  continue with the deposition, please.

16    Q    (By Ms. White) I just wanted to clarify,

17  Mr. Salinas, did you actually see the young man from the

18  pickup truck go towards the median?

19    A    Yes, ma'am.

20    Q    You did?

21    A    Yes.

22    Q    Okay.

23    A    He ran, like, the opposite side, like to the

24  median.

25              MS. WHITE:  All right.  Those are all the

1    questions I have.

2                    MR. HEARN:  Go ahead.

3                          EXAMINATION

4    BY MR. DUNN:

5        Q    Mr. Salinas, since you started working for

6    Salinas Express you haven't worked for any other

7    businesses, have you?

8        A    No, sir.

9        Q    So you agree with me on that?

10       A    Yes, sir.

11       Q    And when did you start working for Salinas

12   Express?

13       A    On -- it was September 9th, '15.

14       Q    September 9th, 2015?

15       A    Yes, sir.

16       Q    And before that you worked for SMC Transport?

17       A    That's correct, sir.

18       Q    How long did -- when did you start working for

19   SMC Transport?

20       A    I'm not sure.  I know I was working for a whole

21   year with them.

22       Q    And why did you switch over from SMC Transport

23   to working for Salinas Express?

24       A    It's -- I was trying -- well, at the beginning I

25   was trying to get in with Salinas Express but the

```
 1    insurance only allows five trucks the first year.  So my

 2    cousin Sergio gave me a chance to start with him that year

 3    and once the year was up I could go with our company.

 4         Q    That's Salinas Express?

 5         A    Yes, sir, that's correct.

 6         Q    All right.  And you said earlier that you drove

 7    that SMC Transport truck that you had driven up to

 8    Virginia to pick up your disabled Salinas Express truck,

 9    you had driven it before?

10         A    Yes, sir, that's correct.

11         Q    Okay.  Do you know how many other times you've

12    driven it?

13         A    I'm not sure, like twice.

14         Q    Okay.  Was that long haul, short, local trips or

15    what?

16         A    Local, local haul.

17         Q    And that's when you were working for SMC

18    Transport?

19         A    That's correct, sir.

20         Q    After you started working for Salinas Express,

21    did you ever use a SMC vehicle other than this trip up to

22    Virginia?

23         A    No, sir.

24         Q    Now, that trip up to Virginia around October 26,

25    2015 that was not for SMC Transport, was it?
```

```
 1       A     No, sir.

 2       Q     That was for?

 3       A     My personal self, yes, sir.

 4       Q     Personal, to get your disabled vehicle up there

 5  at the rest stop?

 6       A     That's correct, sir.

 7       Q     No one from SMC Transport was on that trip with

 8  you when you went up there October 26th, 2015?

 9       A     No, sir.

10       Q     No, you agree with me?

11       A     I agree; yes, sir.

12       Q     No one from SMC Transport was telling you what

13  to do on that trip up to Virginia to pick up your truck,

14  correct?

15       A.    No, sir; that's correct..

16       Q     In fact, the only connection you had with SMC

17  Transport is that you were driving an SMC Transport

18  tractor up to Virginia, correct?

19       A     That's correct, sir.

20       Q     SMC Transport didn't receive any type of benefit

21  for your using that truck to go up to Virginia, correct?

22       A     Yes, sir; that's correct.

23       Q     Now, before you went up on that trip up to

24  Virginia you talked to Sergio Cuellar about using the SMC

25  Transport vehicle; is that right?
```

1    A    That's correct, sir.

2    Q    Did you call him on the phone or did you talk to

3    him in person or how did that --

4    A    Called him on the phone.

5    Q    And what did he tell you?

6    A    Well, he asked me -- I told him I was broke down

7    and he asked me if we had any trucks available to go pick

8    up mine.  I told him no.  He said he had the black truck

9    available.  He could lend it to me.

10    Q    All right.  And did he tell you anything else as

11    far as who was to drive it or what you were supposed to do

12    with that?

13    A    No, sir.

14    Q    But he did tell you that you could drive it,

15    correct?

16    A    That's correct, sir.

17    Q    Did he tell you that somebody else could drive

18    it as well?

19    A    No, sir.

20    Q    And he was loaning that SMC Transport vehicle to

21    you as a favor?

22    A    That's correct, sir.

23    Q    All right.

24              MR. DUNN:  Thank you.

25              THE WITNESS:  Thank you, sir.

1        MR. HEARN:  Is that it?

2                    EXAMINATION

3   BY MR. HEARN:

4        Q    Mr. Salinas, we met earlier.  I'm David Hearn

5   and I represent Israel Martinez.  I got a couple of

6   questions for you, all right?

7        A    Okay.

8        Q    I believe you testified earlier that you really

9   didn't know Israel socially, correct?

10       A    That's correct, sir.

11       Q    You only knew him through Salinas?

12       A    That's correct.

13       Q    You only met him three times?

14       A    Yes, sir; that's correct.

15       Q    So you weren't friends?.

16       A    No, sir.

17       Q    All right.  I think you testified you're not

18   related, correct?

19       A    That's correct.

20       Q    All right.  You also testified that when you

21   went to pick him up to go up to the trip up to Virginia,

22   you called him first, correct?

23       A    That's correct.

24       Q    All right.  How did you get the phone number for

25   a person you didn't know?

```
 1      A     Through the company.

 2      Q     How did you get the phone number?

 3      A     My brother Rudy.

 4      Q     Rudy gave you Israel's phone number?

 5      A     Yes, sir.

 6      Q     When did he do that?

 7      A     When I called him that I was broke down.

 8      Q     Okay.  And so Rudy gave you Israel's phone

 9   number and told you what?

10      A     What do you mean?

11      Q     Did Rudy tell you to call Israel?

12      A     No, I asked him for the number so I could,

13   because he was out of town.  So I told him, like -- I knew

14   that Israel had done a drug test for us, for the company,

15   right, he was going to start working for us already and so

16   I asked him for the number so he could help me.

17      Q     Why did you pick Israel instead of another

18   driver for Salinas?

19      A     Because we didn't have nobody else.

20      Q     Okay.  You asked Rudy specifically for Israel's

21   phone number?

22      A     Yes, sir.

23      Q     And Rudy gave you the phone number?

24      A     Yes, sir.

25      Q     And you told Rudy that you wanted Israel's phone
```

1    number because you wanted him to go up to Virginia with

2    you?

3        A    To help me.

4        Q    And Rudy understood that, correct?

5        A    Yes, sir.

6        Q    And Rudy didn't tell you, no, Israel can't do

7    that, did he?

8        A    No, sir.

9        Q    He didn't say he can't do that because he

10   doesn't work for us, correct?

11       A    No, sir.

12       Q    When you were on the phone asking for Israel's

13   phone number because you wanted him to do something, did

14   you explain to Rudy what you wanted Israel to do?

15       A    Well, I just told him that I needed him to help

16   me.

17       Q    Okay.  Did you explain what you wanted Israel to

18   help you do?

19       A    No, sir, we didn't get into detail.

20       Q    And Rudy didn't ask any questions about that?

21       A    No, sir.

22       Q    You testified earlier that when you were driving

23   from Houston up to Virginia that you and Israel switched

24   off the driving responsibilities, correct?

25       A    That's correct.

1      Q      So you would take turns as you drove from

2   Houston to Virginia?

3      A      Yes, sir.

4      Q      And you testified that you observed Israel

5   filling out logs for his portion of the drive?

6      A      That's correct.

7      Q      Where did Israel get those log sheets?

8      A      I'm not sure, we bought them at the truck stop

9   or I can't remember.

10     Q      Where did you get your log sheets?

11     A      I got mine at the truck stop.

12     Q      You bought them?

13     A      Yeah, the ones you buy.

14     Q      Which truck stop?  Was it the truck stop in

15  McAllen where you were hooking up the SMC vehicle?

16     A      No, I got mine, like, I got stack of them with

17  my logbooks, I got my note thing.

18     Q      Okay.

19     A      Like, I already had mine.

20     Q      You already had yours?

21     A      Yes, sir.

22     Q      So how did they get into the SMC truck?

23     A      I got them, they were mine.

24     Q      Did you take them with you in your personal

25  vehicle?

1    A    Yes, sir.

2    Q    Where were they before they were in your

3    personal vehicle?

4    A    In my truck.

5    Q    In your Salinas truck?

6    A    Yes.

7    Q    So you took them out of the Salinas truck when

8    you left the rest stop in Virginia?

9    A    Yes, sir.

10    Q    You put them in Eddie's truck, took them back

11    with you to Zapata, correct?

12    A    That's correct, sir.

13    Q    All right.  Then put them in your personal

14    vehicle, correct?

15    A    That's correct.

16    Q    And then took those over and put them in the SMC

17    truck?

18    A    That's correct.

19    Q    But Israel had some log sheets.  Did he bring

20    those with him or did you give them to him?

21    A    I'm not sure.

22    Q    The log sheets you had, were they loose or were

23    they in a --

24    A    No, I had them in a black blinder.

25    Q    Were they loose so you could take some out and

1   give some to someone if you wanted to?

2          A     Yeah, you could.

3          Q     Okay.  You testified that you threw your logs

4   away for the trip up to Virginia to get your truck, your

5   disabled truck; is that correct?

6          A     That's correct.

7          Q     All right.  And at the time you discarded them

8   they were in the SMC vehicle, correct?

9          A     No, sir.

10         Q     Where were they when you discarded them?

11         A     I can't remember.  At the house already, I don't

12  remember.

13         Q     When you got the disabled Salinas truck and SMC

14  truck back to Zapata, did you take your logs out of the

15  SMC truck or did you leave them in the SMC truck?

16         A     I went from there to Weslaco to drop off the SMC

17  truck and when I got picked up I got everything off when I

18  got Weslaco.

19         Q     Okay.  So you got to Weslaco and you left the

20  SMC truck there, correct?

21         A     That's correct.

22         Q     So you took your personal belongings out of the

23  truck at that point?

24         A     That's correct.

25         Q     And that included your logs, correct?

```
1       A    Yes, sir.

2       Q    Did you grab all the paperwork?

3       A    No, sir, I grabbed my binder, folder.

4       Q    Did you see Israel's logs at that point?

5       A    No, sir.

6       Q    Does that mean they weren't there or you just

7  didn't look and you don't know one way or another?

8       A    I just didn't look.  I wasn't looking for them

9  so.

10      Q    So you took your personal logs, put them away in

11 your truck?

12      A    Yes, sir.

13      Q    Personal vehicle?

14      A    Yes, sir.

15      Q    Drove back to Zapata?

16      A    That's correct.

17      Q    And when you got back to Zapata, did you go to

18 your house?

19      A    Went to the office.

20      Q    Did you discard your logs when you got to your

21 house?

22      A    I can't remember, sir.

23      Q    Okay.  Is there any chance you scooped up

24 Israel's logs by accident and threw them away?

25      A    No, sir.
```

1    Q    How do you know that?

2    A    Because I didn't see them with my belongings.

3    Q    Did you look through your paperwork before you

4  threw it away?

5    A    Yes, sir.

6    Q    Why did you do that?

7    A    Because I got my logs for my trip and logs that

8  I went up to Virginia, those I don't need them.

9    Q    All right.  And just so I'm clear, after you

10  hooked up the -- at the rest stop after you hooked up the

11  SMC and Salinas units, you went into the rest room?

12    A    That's correct.

13    Q    Before you went into the rest room you didn't

14  have any discussions with Israel about what he was going

15  to do?

16    A    No, sir, I just told him when I got out we were

17  going to try to turn the truck around.

18    Q    All right.  But he didn't tell you how he was

19  going to do that at that point, correct?

20    A    No, sir.

21    Q    You didn't tell him how he to do it?

22    A    No, sir.

23    Q    So you go to the rest room and you're in the

24  rest room, correct?

25    A    That's correct.

1     Q   And you come out and you see Israel and his

2  vehicle is in a different position, correct?

3     A   Correct, sir.

4     Q   And it's somewhere in the entrance way to the

5  rest stop, correct?

6     A   That's correct.

7     Q   You didn't see how it got there?

8     A   No, sir.

9     Q   You don't know what he did to get there?

10    A   No, sir.

11    Q   And when you saw, it was stopped?

12    A   That's correct.

13    Q   It wasn't moving?

14    A   It wasn't moving.

15    Q   And after the accident happens you have no

16  discussions with Martinez, Israel Martinez about what he

17  was doing before the accident happened, correct?

18    A   That's correct, sir.

19    Q   And you had no discussions with him about what

20  he intended to do had the accident not happened, correct?

21    A   That's correct.

22    Q   So as we sit here today under oath, you have no

23  idea how he was maneuvering or intended to maneuver that

24  vehicle?

25    A   That's correct, sir.

1       Q       After the accident happened, did you see the

2    troopers come to the scene?

3       A       Yes, sir.

4       Q       State police?

5       A       Yes, sir.

6       Q       All right.  And did you ever have an opportunity

7    to speak to any state trooper while you were there?

8       A       No, sir.

9       Q       Did you ever go up to a state trooper and

10   identify, not identify yourself, but say, this is my truck

11   here or words to that affect?

12      A       Well, I know Israel told them that I was there,

13   the owner.  They told him, I don't want to talk to him, I

14   want to talk to you because you're the guy involved in the

15   accident.

16      Q       Did that trooper ever come over and speak to

17   you, did any trooper come speak to you?

18      A       I was there standing all night and nobody came

19   to me.

20      Q       Did you ever seek out any of the troopers to

21   tell them what you saw?

22      A       No, sir.

23      Q       Why not?

24      A       They didn't want to talk to me.

25      Q       Did you feel like you had seen some events

1   related to the accident?

2        A    Yes, sir.

3        Q    Did you feel like that would be important for

4   the officers to know?

5        A    I didn't think about it at the time.

6        Q    Okay.  You indicated earlier that you had a

7   previous felony conviction?

8        A    Yes, sir.

9        Q    All right.  At the time of this accident were

10  you on probation?

11       A    Yes, sir.

12       Q    Did you have an assigned probation officer?

13       A    Yes, sir.

14       Q    Was a term of your probation restriction in your

15  ability to travel outside the state of Texas?

16       A    No, sir.

17       Q    Okay.  Were you permitted to travel outside the

18  state of Texas?

19       A    That's correct.

20       Q    Were you permitted to work?

21       A    That's correct.

22       Q    Okay.  At any time after the accident happened

23  did you get into Eddie's truck?

24       A    I don't remember, sir.

25       Q    Did you get into Eddie's truck and call Rudy on

1    the phone?

2         A    I don't remember.

3         Q    If Eddie has testified in this case that he

4    recalls you getting into the cab of his truck or the

5    sleeper and that you were on the phone with Rudy, then you

6    would not dispute that, correct?

7         A    No.  I don't remember if I did or not that

8    night.

9         Q    Okay.  Have you ever talked to anyone that works

10   for Salinas Express about the day of the accident or what

11   you observed or what happened?

12        A    No, sir.

13             MR. FRANKL:  Let me just say as a proviso,

14   when I met with him there was a representative of Salinas

15   Express there.  We were talking about the accident, so in

16   that respect --

17             MR. HEARN:  Fair enough.

18             MR. FRANKL:  -- there was some conversation

19   in that regard.

20             MR. HEARN:  Fair enough.

21        Q    (By Mr. Hearn) Before this accident happened,

22   did you ever observe Israel Martinez driving a Salinas

23   vehicle?

24        A    Yes, sir.

25        Q    Okay.  How many times do you think you saw him

```
 1   doing that?

 2        A    I'm not sure.

 3        Q    More than twice?

 4        A    Pretty much.

 5        Q    More than four times?

 6        A    I wouldn't say.  I don't know.

 7        Q    What was he, when you observed him driving a

 8   Salinas vehicle, what was he doing?  Was he pulling a

 9   load?

10        A    Yeah, he pulled a load, yes, sir.

11        Q    After the accident happened, I know you said

12   Israel did a load for you, correct?

13        A    It was after this year.

14        Q    Okay.  So that would be after the accident.  The

15   accident was October 20, 2013?

16        A    Yeah, it happened February or January, February.

17        Q    So he was helping you out by doing a load for

18   you?

19        A    He did a load for me, sir.

20        Q    Why couldn't you do the load?

21        A    I had -- I don't remember, I had to do

22   something.

23        Q    Okay.  Did Israel take your truck, your assigned

24   Salinas truck?

25        A    Yes, sir.
```

1    Q    Okay.

2              MR. HEARN:  All right, that's all my

3    questions.  Thank you, sir.

4              THE WITNESS:  Thank you, sir.

5              MS. WHITE:  Yeah, that brings up a few

6    things.

7                    REEXAMINATION

8    BY MS. WHITE:

9    Q    Why did you keep logs on the trip to Virginia if

10   you didn't think you were required to?

11   A    What do you mean?

12   Q    Well, were you required to keep the logs on the

13   trip to Virginia?

14   A    Driving up, yes, but not to keep them at home,

15   no.

16   Q    So to your understanding are there certain

17   categories of logs that you're just not required to keep?

18   A    Well, the ones you're not working for a company,

19   you don't need them.  Why are you going to keep them for.

20   You only keep the logs you pull loads for.  If I go in my

21   truck, bobtail, do something, I don't got to keep a log

22   for that.  I'm not working.

23   Q    So is it your understanding there's -- you have

24   to actually keep the log when you're driving, but you

25   don't have to keep it beyond that?

1    A    That's correct.

2    Q    Was -- were there any restrictions on your

3    ability to leave Texas?

4    A    No.

5    Q    Like it has to be for work only?

6    A    Work purpose, yeah.

7    Q    Yeah.  But for personal purposes can you leave

8    Texas?

9    A    I got permission to drive, so I can go much

10   wherever I want.

11   Q    All right.  So can you, right now, could we take

12   a trip to Florida without you asking your probation

13   officer?

14   A    If I'm in the truck, yeah.

15   Q    Just on a personal, though, if we got in my

16   rented Camaro and drove to Florida?

17   A    I wasn't in a car, I was in my truck.

18   Q    Huh?

19   A    I wasn't in my car.  I was in a truck.

20   Q    I understand.  It's a hypothetical question.  If

21   we just jumped in the Camaro that I rented outside and

22   drove to Florida, would you have to ask permission from --

23   A    Again, I was in my truck, not in a car.

24   Q    I understand.  It's a hypothetical question.

25        For personal reasons, can you leave Texas?

1     A     If I'm in my truck, I can go anywhere I want.

2     Q     Not in a truck.  In a regular car, can you leave

3  Texas without asking?

4     A     I've never -- I've always been in my truck.

5     Q     So is the answer, no, you cannot?

6     A     No, I don't know.

7     Q     Do you know what the conditions of your

8  probation are?

9     A     Not really.

10     Q     So if it's not work related, is it your feeling

11  that you can't leave Texas unless it's related to work?

12     A     I wouldn't know.

13     Q     Sergio didn't give you any restrictions on who

14  could drive the truck?

15     A     No.

16     Q     The ultimate consequence of this trip was that

17  Salinas Express was able to fulfill its contract to

18  deliver the load that had been attached to your truck?

19     A     What do you mean?

20     Q     The trip ultimately allowed Salinas Express to

21  deliver the load that it had contracted to deliver?

22     A     To deliver the load?

23     Q     Yeah.

24     A     Like, what do you mean, like?

25     Q     The load that had been attached to your broken

1    down --

2         A    Yes.

3         Q    -- this trip to Virginia ultimately allowed

4    Salinas Express to fulfill that contract to deliver that

5    load?

6         A    Yes, ma'am.

7         Q    Okay.

8              MS. WHITE:  That's all we have.

9                        REEXAMINATION

10   BY MR. DUNN:

11        Q    Mr. Salinas, when you talked to Sergio Cuellar

12   about using the SMC tractor, he told you that you could

13   use that tractor, correct?

14        A    That's correct, sir.

15        Q    And it was -- you didn't tell him that anybody

16   else was going to use the tractor, correct?

17        A    That's correct.

18        Q    So it's your intention to -- strike that

19   question.

20             So Mr. Cuellar did not know that anybody

21   else was going to use that tractor except you, correct?

22        A    That's correct.

23             MS. WHITE:  I'm sorry, what was the

24   question?  I didn't hear.

25             (Court reporter read the last question.)

1                MR. DUNN:  All right, thanks.

2                THE WITNESS:  Thank you.

3                MS. WHITE:  I was thinking for a second.

4  Hold on.

5                THE VIDEOGRAPHER:  Are we off the record?

6                MS. WHITE:  No.  No, I just want to think

7  for a second.  And I just had one other question I thought

8  of.

9                    FURTHER REEXAMINATION

10  BY MS. WHITE:

11     Q    Did you actually see the bread truck and whether

12  it hit the young man when he was outside of his vehicle?

13     A    No, ma'am.

14     Q    You didn't see that happen?

15     A   (Nods head.)

16                MS. WHITE:  That's all.

17                MR. FRANKL:  He'll read.

18                THE VIDEOGRAPHER:  The time is 11:48 in the

19  morning and we are off the record.

20

21                (Signature having been requested, the

22                deposition was concluded at 11:48 a.m.)

23

24

25

1          ERRATA SHEET -- CHANGES AND SIGNATURE

2     PAGE LINE   CHANGE                    REASON

3     _____

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23

24                    _____

25                    ROY SALINAS

1

2

3

4

5

6

7

8      I declare under penalty of perjury that the

9   foregoing is true and correct.

10

11                   _____

                    ROY SALINAS

12

13

14      SUBSCRIBED AND SWORN TO BEFORE ME, the

15   undersigned authority, by the witness, ROY SALINAS,

16   on this the _____ day of _____,

17   _____.

18

19                   _____

                    NOTARY PUBLIC IN AND FOR

20                    THE STATE OF _____

21

22   My Commission Expires: _____

23

24

25

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF VIRGINIA
2                      ROANOKE DIVISION

3   BRANDON LESTER                §
                                  §
4   vs.                           §    CIVIL ACTION NO.
                                  §    7:15-CV-665
5   SMC TRANSPORT, LLC AND ISRAEL §
    MARTINEZ, JR. AND SALINAS     §
6   EXPRESS, LLC                  §

7                  REPORTERS CERTIFICATION
                      OF ROY SALINAS
8                     April 19, 2016

9

10             I, Annette E. Escobar, Certified Shorthand

11   Reporter in and for the State of Texas, hereby certify to

12   the following:

13             That the witness, ROY SALINAS was duly

14   sworn by the officer and that the transcript of the oral

15   deposition is a true record of the testimony given by the

16   witness;

17             That the deposition transcript was

18   submitted on _____, 2016, to the witness or

19   to the attorney for the witness for examination,

20   signature, and return to me by _____, 2016;

21             That the amount of time used by each party

22   at the deposition is as follows:

23             JOHNEAL  WHITE (2H66M) Attorney for
     Plaintiff.
24             LAWRENCE DUNN (0H07M) Attorney for
     Defendant;
25             DAVID HEARN (0H12M) Attorney for Defendant.
```

1          That pursuant to information given to the

2   deposition officer at the time said testimony was taken,

3   the following includes counsel for all parties of record:

4                   Johneal White, Attorney for Plaintiff(s)
                    Lawrence Dunn, Attorney for Defendant(s)
5                   David Hearn, Attorney for Defendant(s)
                    Daniel Frankl, Attorney for Defendant(s)
6

7          I further certify that I am neither counsel

8   for, related to, nor employed by any of the parties in the

9   action in which this proceeding was taken, and further

10  that I am not financially or otherwise interested in the

11  outcome of this action.

12          Certified to by me on this 8th day of May,

13  2016.

14

15

16          ANNETTE T. ESCOBAR
            CSR#5475, Exp: 12/31/17

17

18

19

20

21

22

23

24

25