Attorney Work Product



Write a comment...

Add to Timeline    Hide

Attorney Work Product

**Israel Martinez** with
September 23, 2015 ·

Here at rest area at Tuscaloosa Alabama





Like        Comment        Share

Maria Lilia Lily Moncivais and 12 others

1 share



DEPOSITION
EXHIBIT
3

Ace Court Reporting Service





https://www.facebook.com/photo.php?fbid=1113491872014020&set=a.628216087108270    4/14/2016



Previous                                                                                                    Next


Like

📃
Comment


Share

**Maria Lilia Lily Moncivais**

Bonding time ...aver como nos va ..quidanos Dios...en tus manos vamos

See Translation

Aug 18, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Maria Lilia Lily Moncivais** and **73 others** like this.

💬 View previous comments...

**Monica Carrera**
Be safe enjoy! 😊
Like · 👍 1 · Reply · Report · Aug 18, 2015

**Maria Lilia Lily Moncivais**

Ty
Like · 👍 1 · Reply · Report · Aug 18, 2015
1 reply

**Maria Davila**
Safe travels sis..love you
Like · 👍 1 · Reply · Report · Aug 18, 2015

**Maria Lilia Lily Moncivais**
Ty sis
Like · Reply · Report · Aug 18, 2015

**Otoniel Marquez**
Saludos suerte Dios los bendiga
Like · 👍 1 · Reply · Report · Aug 18, 2015

**Maria Lilia Lily Moncivais**
Gracias Toni
Like · Reply · Report · Aug 18, 2015

**Elaine De Leon**
Nice very nice
Like · 👍 1 · Reply · Report · Aug 19, 2015

**Maria Lilia Lily Moncivais**
Ty cuz
Like · Reply · Report · Aug 19, 2015

**Israel Martinez**
Thanks tony
Like · Reply · Report · Aug 19, 2015

**Gloria Roberts**
Safe travels prima....God bless the both of you. Take plenty of photos and post
them. Love you beautiful.
Like · Reply · Report · 9 hours ago

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                          Next


Like                              Comment                          Tag                          Share

**Maria Lilia Lily Moncivais**

I love you mis barbas blancas...

See Translation

Aug 18, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Maria Lilia Lily Moncivais** and **23 others** like this.

**Grace Munoz**
C what you did to him.....he's already gray
Like · Reply · Report · Aug 18, 2015

**Maria Lilia Lily Moncivais**

https://m.facebook.com/photo.php?fbid=1217660684025778&id=100000482740317&set=    4/14/2016



Like · Reply · Report · Aug 18, 2015

### Maria Lilia Lily Moncivais



Like · Reply · Report · Aug 18, 2015

### Grace Munoz
Lol
Like · Reply · Report · Aug 18, 2015

### Maria Lilia Lily Moncivais
Dice que se ve maduro. ..yo le digo te estas callendo de maduro. .lol
Like · Reply · Report · Aug 18, 2015

### Maria Lilia Lily Moncivais



Like · Reply · Report · Aug 18, 2015

### Grace Munoz
Tell him I said he looks good with gray
Like · 👍 1 · Reply · Report · Aug 18, 2015

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                      Next

👍              💬              🏷              ➤
Like          Comment          Tag          Share

**Maria Lilia Lily Moncivais**

At Beevile Texas

Aug 18, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

|                                                      | Comment |

Attach a Photo · Mention Friends



Previous                                                                                    Next



| 👍 Like | 💬 Comment | 🏷️ Tag | ➤ Share |

**Maria Lilia Lily Moncivais**

At Beevile Texas

Aug 18, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

[                                                                          ] Comment

Attach a Photo · Mention Friends



Previous                                                                                      Next

👍                                   💬                          ➤
Like                              Comment                      Share

**Maria Lilia Lily Moncivais**
Aug 18, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

| | Comment |

Attach a Photo · Mention Friends



Previous                                                          Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**
Aug 18, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                           Next

                                            
   Like                              Comment                      Share

**Maria Lilia Lily Moncivais**
Aug 18, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                 Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

|  | Comment |
| --- | --- |

Attach a Photo · Mention Friends



Previous                                                                                    Next

                                                  
Like                                           Comment                                    Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends





Previous                                                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| |
|---|
| Comment |

Attach a Photo · Mention Friends



Previous                                                                                          Next

                                              
Like                                    Comment                          Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

|                                                                                    | Comment |

Attach a Photo · Mention Friends



Previous                                                                                    Next


Like                                  
                                      Comment                          
                                                                       Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

                                                                              Comment

Attach a Photo · Mention Friends



Previous


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                        Next

👍                    🗨                    🏷                    ↗
Like                  Comment                Tag                   Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

[                                                                    ] Comment

Attach a Photo · Mention Friends



Previous                                                                    Next

👍           💬           🏷           ➤
Like        Comment      Tag          Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| Comment |

Attach a Photo · Mention Friends



Previous Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                          Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous

Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends

Case 7:15-cv-00665-GEC Document 71-10 Filed 06/24/16 Page 22 of 61 Pageid#: 1059

https://m.facebook.com/photo.php?fbid=12182282148590158&id=100000482740317&set=    4/14/2016



Previous

Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

| Comment |

Attach a Photo · Mention Friends



Previous Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends

Case 7:15-cv-00665-GEC Document 71-10 Filed 06/24/16 Page 24 of 61 Pageid#: 1061

https://m.facebook.com/photo.php?fbid=1218328528103227&id=100000482740317&set=    4/14/2016



Previous                                                                                                    Next

                                                      
Like                                        Comment                              Share

**Maria Lilia Lily Moncivais**

Following the Bacon truck... Betty Moncivais Lopez Maria Davila.. — at Pelahatchie, MS

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**19 people** like this.

**Maria Davila**
Yummy
Like · 👍 1 · Reply · Report · Aug 19, 2015

Write a comment...

| | Comment |

Attach a Photo · Mention Friends



Previous                                                                                          Next

                                     
Like                                   Comment                          Share

**Maria Lilia Lily Moncivais**

My baby posing..con la patita..

See Translation
— at Forest MS Rest Area

Aug 19. 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**27 people** like this.

💬 View previous comments…

**Maria Lilia Lily Moncivais**
Lol
Like · Reply · Report · Aug 19, 2015

**Rene Guerrero**
dile ke se ponga a trabajar!! ya ba tarde y apenas va ay!!!
Like · Reply · Report · Aug 19, 2015

**Juan Garza**
Yes amen jesus amen jng
Like · 👍 1 · Reply · Report · Aug 19, 2015

**Maria Lilia Lily Moncivais**
Lmao. ..dice taweno jefe..pero el mucho pose la cuerdita
Like · Reply · Report · Aug 19, 2015

**Rene Guerrero**
siiiii
Like · Reply · Report · Aug 19, 2015

**Maria Lilia Lily Moncivais**



Like · Reply · Report · Aug 19, 2015

**Maria Lilia Lily Moncivais**
Nombre te digo
Like · Reply · Report · Aug 19, 2015

**Rene Guerrero**



Like · 👍 1 · Reply · Report · Aug 19, 2015

**Rene Guerrero**



Like · 👍 1 · Reply · Report · Aug 19, 2015

**Betty Proctor**
Lol....
Like · Reply · Report · Aug 20, 2015

Write a comment...

Comment

Attach a Photo · Mention Friends

https://m.facebook.com/photo.php?fbid=1218472861512127&id=100000482740317&set=... 4/14/2016



Previous                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                                      Next

👍               🗩                    🏷                    ➤
Like           Comment             Tag                 Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

|                                                                    | Comment |

Attach a Photo · Mention Friends



Previous                                                                                                    Next

👍          💬          ➤
Like        Comment       Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

Write a comment...

                                                                                    Comment

Attach a Photo · Mention Friends

https://m.facebook.com/photo.php?fbid=1218472644845382&id=100000482740317&set=   4/14/2016



Previous Next

👍 Like     🗩 Comment     🏷 Tag     ➤ Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Rita Ramirez** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

With Attorney Work Product at Forest MS Rest Area

Aug 19, 2015 · Friends · in Mobile Uploads

View Full Size · Make Profile Picture · Share on your Timeline · Send as Message · Report · Remove Tag

Write a comment...

Comment

Attach a Photo · Mention Friends

Who can see this?



Maria Lilia Lily Moncivals added a new photo — with Attorney
Attorney Work Produ at Forest MS Rest Area.
August 19, 2015 · Forest, MS

Like     Comment     Share



Maria Lilia I
August 19, 20
Hidden f
With Attorney Work Product
Like     Comme
Attorney    Write a comme



Friend Requests
Attorney Work Product



Forest MS R
Parking
Forest, Miss
Save · Like



Previous                                                                                    Next


Like


Comment


Tag


Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

**Maria Lilia Lily Moncivais**
Mucho facebookiar
Like · 👍 1 · Reply · Report · Aug 19, 2015

Write a comment...

Comment

https://m.facebook.com/photo.php?fbid=1218474011512012&id=100000482740317&set=    4/14/2016

Attach a Photo · Mention Friends



Previous                                                     Next

👍 Like                   💬 Comment           ➤ Share

**Maria Lilia Lily Moncivais**

Almost there —  feeling restless.

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**25 people** like this.

**Andres Serna**
Pretty country out there
Like · 👍 1 · Reply · Report · Aug 20, 2015

**Maria Lilia Lily Moncivais**
Yes it is..
Like · Reply · Report · Aug 20, 2015

**Rene Guerrero**
ya era tiempo
Like · 👍 1 · Reply · Report · Aug 20, 2015

**Maria Lilia Lily Moncivais**



Like · Reply · Report · Aug 20, 2015

Write a comment...

                                                        Comment

Attach a Photo · Mention Friends



Previous                                                                                           Next


Like


Comment


Share

## Maria Lilia Lily Moncivais

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends

![photo]

Previous                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                    Next


Like


Comment


Share

### Maria Lilia Lily Moncivais

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                         Next


Like


Comment


Share

### Maria Lilia Lily Moncivais

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous Next

👍
Like

💬
Comment

🏷️
Tag

➤
Share

**Maria Lilia Lily Moncivais**

At City Of Marion Va

Aug 21, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends

https://m.facebook.com/photo.php?fbid=1219012084701538&id=100000482740317&set=    4/14/2016



Previous                                                                      Next

👍               💬                    🏷️                   ➤
Like            Comment                Tag                 Share

**Maria Lilia Lily Moncivais**

At City Of Marion Va

Aug 21, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

|                                                              | Comment |

Attach a Photo · Mention Friends

https://m.facebook.com/photo.php?fbid=1210012344701512&id=100000482740317&set=   4/14/2016



Previous                                                                                          Next

👍          💬          🏷️          ➤
Like      Comment      Tag      Share

**Maria Lilia Lily Moncivais**

At Pilot Truck Stop,Toms Brook,Va.

Aug 21, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                          Next

👍 Like                                    💬 Comment                                    ➤ Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

Write a comment...

[                                                                                                    ]    Comment

Attach a Photo · Mention Friends



Previous                                                                              Next

👍                              💬                          ➤
Like                          Comment                      Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

Write a comment...

                                                                                [ Comment ]

Attach a Photo · Mention Friends

https://m.facebook.com/photo.php?fbid=1220360227080157&id=100000482740317&set=   4/14/2016



Previous                                                                                      Next

👍              📷              🏷️              ➤
Like          Comment          Tag          Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

Write a comment...

|                                           | Comment |

Attach a Photo · Mention Friends



Previous                                                                 Next

👍
Like                              💬
                              Comment                         ➡
                                                          Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Rene Guerrero** likes this.

Write a comment...

|                                                      | Comment |

Attach a Photo · Mention Friends



Previous                                                                                                    Next

| 👍 Like | 💬 Comment | 🏷️ Tag | ➤ Share |

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

Write a comment...

[                                                                    Comment    ]

Attach a Photo · Mention Friends



Previous                                                                                          Next


Like


Comment


Share

### Maria Lilia Lily Moncivais

At Rest Area I-59N

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Rene Guerrero** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                          Next

👍
Like                    💬 Comment              🏷 Tag              ➡ Share

**Maria Lilia Lily Moncivais**

At Rest Area I-59N

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Rene Guerrero** likes this.

Write a comment...

| | Comment |

Attach a Photo · Mention Friends



Previous                                                                                    Next



👍
Like                    Comment                    Tag                    Share

**Maria Lilia Lily Moncivais**
Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Jose Luis Rodriguez** likes this.

Write a comment...

| | Comment |

Attach a Photo · Mention Friends



Previous                                                                                      Next

👍                                    💬                                    ➤
Like                                 Comment                               Share

**Maria Lilia Lily Moncivais**
Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Jose Luis Rodriguez** likes this.

Write a comment...

[                                                                          ]    Comment

Attach a Photo · Mention Friends



Previous                                                                                        Next

👍                                    💬                                    ➤
Like                                 Comment                              Share

**Maria Lilia Lily Moncivais**
Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Jose Luis Rodriguez** likes this.

Write a comment...

                                                                                        Comment

Attach a Photo · Mention Friends



Previous                                                                              Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Louisiana State Line

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends

https://m.facebook.com/photo.php?fbid=1220672747058705&id=100000482740317&set=   4/14/2016



Previous                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Louisiana State Line

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                           Next

👍
Like                                          💬                                          ➤
                                          Comment                                        Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**3 people** like this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                   Next


Like


Comment


Share

### Maria Lilia Lily Moncivais

At Beumont, Texas

Aug 23, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                    Next


Like


Comment


Share

### Maria Lilia Lily Moncivais

At Beumont, Texas

Aug 23, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                    Next


Like


Comment


Share

### Maria Lilia Lily Moncivais

At Beumont, Texas

Aug 23, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

[                                                                    ]  Comment

Attach a Photo · Mention Friends





Previous                                                                                    Next

👍                          💬                    🏷️                   ↪
Like                    Comment                Tag                  Share

**Maria Lilia Lily Moncivais**

At Beumont, Texas

Aug 23, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

[                                                                              ]   Comment

Attach a Photo · Mention Friends