1  Salinas about Israel Martinez --

2      A    No.

3      Q    -- about his status or non-status as an employee

4  with the company?

5      A    No.  No.

6      Q    Have you ever had any conversation with Roy

7  Salinas about Israel's Martinez status or non-status as an

8  employee with the company?

9      A    I mean, I've talked to him like in December,

10  somewhere there.  He said that they don't talk to him no

11  more.

12      Q    December 2015?

13      A    If I'm correct, yes.

14      Q    Had Salinas -- or has Salinas Express ever

15  borrowed any equipment from SMC Transport?

16      A    No.

17      Q    Has SMC Transport ever borrowed any equipment

18  from Salinas Express?

19      A    No.

20      Q    Do you know Art Gutierrez?

21      A    I know who he is.

22      Q    A mechanic from Houston?

23      A    If I'm correct, he's like Rudy's or Roy's

24  cousin.  I don't know.

25      Q    Have you ever met him?

```
 1       A     Yes, I've met him before in Zapata.

 2       Q     Do you know whether he went on this trip or not?

 3       A     No.

 4       Q     Have you ever talked to him about the accident?

 5       A     No.

 6       Q     Has Israel Martinez ever worked for SMC

 7  Transport?

 8       A     No.

 9       Q     Has he ever done any sort of -- any favors or

10  anything for SMC Transport?

11       A     No, ma'am.

12             MR. DUNN:  I'm just going to object to the

13  form.

14       Q     (By Ms. White) Did anyone from the Virginia state

15  police contact SMC Transport after the accident?

16       A     I know there was an officer that called.  I

17  don't know if Keesha called him or how he came across but

18  I never spoke with nobody.

19       Q     Did Keesha ever tell you that a Virginia state

20  police officer called?

21       A     If I'm correct, yes, he did, she told me she

22  spoke to somebody.

23       Q     And what did she tell you they spoke about?

24       A     She just wanted a copy of the police, I mean,

25  the accident report.  That's all I know that she asked
```

1    for.

2        Q    She asked for a copy of the accident report?

3        A    Yes.

4        Q    Did she say whether they had any other

5    conversation?

6        A    No.

7        Q    Does SMC Transport have its own phone line?

8        A    Yes, we have a phone line.

9        Q    But is it your cell phone or does it have its

10   own independent number?

11       A    Well, I have my cell phone for SMC Transport and

12   I have a fax machine at home.

13       Q    So if someone is looking for a number for SMC

14   Transport, would that be your cell phone number.

15       A    Yes.

16       Q    What is that number?

17       A    It's (956)684-8580.

18       Q    And what's the fax number?

19       A    (956)375-2007.

20       Q    Do you have to show proof of insurance to the

21   Texas DMV in order to get a registration?

22       A    It's the registration of the vehicle, and if I'm

23   correct, yes, a copy of the insurance or something.

24       Q    And do you have to physically go to the DMV to

25   get the registration or do you do that online?

1      A      You can do it online.

2      Q      Is that how you generally do things?

3      A      Yes.

4      Q      Is that how you got the registration for the

5  vehicle involved in this case?

6      A      Yes.

7      Q      And what is the proof of insurance form that you

8  have to provide to get the registration look like?

9      A      Well, if I'm correct it's just an insurance

10  paper, you know.  I mean, I have insurance paper for the

11  vehicles that I have.

12      Q      And is it just --

13      A      It just says SMC Transport and the date of

14  policy and expiration of policy.

15      Q      And does it have the VIN number for the

16  particular?

17      A      No.

18      Q      No.  Did you provide such a paper to the DMV in

19  order to register the vehicle involved in this case?

20      A      Yes.

21      Q      Is SMC Transport a federally authorized motor

22  carrier?

23      A      Yes.

24      Q      And the SMC tractor involved in this case

25  displays or at the time of the accident displayed the U.S.

1     DOT certificate number for SMC Transport?

2        A     Yes.

3        Q     And the tractor involved in the accident was

4     owned by SMC Transport at the time of the accident?

5        A     Yes.

6        Q     And you were aware that Roy Salinas was a

7     Salinas Express driver at the time of the accident?

8        A     Yes.

9        Q     And did you make any attempt to remove the SMC

10    Transport logo and DOT number from the vehicle before

11    lending it to Roy?

12       A     No.

13       Q     I would assume you and Roy didn't sign any

14    written lease agreement there when he borrowed your, the

15    SMC tractor?

16       A     No.

17       Q     Do you know who paid for the fuel on the trip up

18    to Virginia?

19       A     Roy, I know he paid for the fuel.

20       Q     Do you know why they wanted to hook up the SMC

21    Transport truck with the Salinas Express truck there in

22    Texas?

23       A     Because Roy had to pick up his trailer.

24       Q     But that -- that Salinas Express truck that they

25    were hooking up at the truck stop here in Texas was

1    drivable?

2        A    Correct.

3        Q    Do you know why they wanted to hook them up here

4    in Texas?

5        A    I guess to save fuel.

6        Q    You guys didn't have any conversation about

7    that?

8        A    No.

9        Q    Do you know if Roy Salinas kept a log for his

10    trip up to Virginia?

11        A    No.

12        Q    Do you know if Israel Martinez kept a log for

13    his trip up to Virginia?

14        A    No.

15        Q    Did you ever ask Roy for any logs?

16        A    No.

17        Q    Did you ever ask Israel Martinez for any logs?

18        A    No.

19        Q    Did you ask any driver for any logs for this

20    trip?

21        A    No.

22        Q    Did you find any logs in the vehicle after the

23    accident?

24        A    No.

25        Q    Did you find any paperwork in the vehicle after

1    the accident?

2        A    No.

3        Q    So you've never seen any log for Israel

4    Martinez?

5        A    No.

6        Q    What kind of paperwork was kept in the SMC

7    Transport truck?

8        A    Paperwork in which?

9        Q    I mean, did you keep a registration card?

10       A    Yes.

11       Q    Was there anything else kept of that nature in

12   the SMC Transport truck?

13       A    The license plate.

14       Q    License plate, registration card, insurance

15   card?

16       A    If I'm correct just the registration and

17   registration, inspection of the vehicle.

18       Q    Anything else?

19       A    Not that I remember.

20       Q    Had the vehicle involved in this accident in the

21   one month prior to the accident received any sort of

22   citations for violation of DOT regulations?

23       A    I'm not correct.  I don't think so.  I don't

24   know.

25       Q    It may have?

```
 1       A     I don't know.

 2       Q     Do you keep a copy of those anywhere?

 3       A     I'd say no.

 4       Q     Are you required to keep a copy of them

 5   anywhere?

 6       A     Not that I know of.

 7       Q     Do you -- when Roy Salinas worked for SMC, did

 8   you pull his driving record?

 9       A     Yes.

10       Q     And did he have to fill out an employment

11   application?

12       A     Yes.

13       Q     Do you still have those?

14       A     Yes.

15       Q     How does SMC obtain business?  Do you use

16   certain brokers?

17       A     Yes.

18       Q     What brokers do you use?

19       A     I use C.H.~Robinson.  They they usually keep me

20   busy.

21       Q     Any others?

22       A     If I have -- if I don't have a load with

23   C.H.~Robinson, I get on the Internet Truck Stop and I find

24   loads.

25       Q     Internet Truck Stop?
```

1      A    Yes.

2      Q    Is that a site?

3      A    Yes.

4      Q    Do -- did the vehicle involved in this accident

5  have any sort of tracking device installed in it?

6      A    No.

7      Q    Did it have a GPS system?

8      A    No.

9      Q    And how does SMC keep track of who's assigned

10  what work?

11     A    I give them the load, I tell them you're going

12  to hitch to this place, this place and I assign them.

13     Q    And do you keep -- do you have paperwork that

14  keeps track of that in any way?

15   .  A    I have a board that I, it's an erasable board

16  and I ride the load from place to destination and then the

17  destination to the place coming back on a weekly basis.

18     Q    And then you erase it when the job is done?

19     A    Yes.

20     Q    And do you keep any sort of physical paper

21  record of, or electronic record of the, who's assigned to

22  do what load?

23     A    I have something, some papers that I write the

24  amount and the places that they went, how much I get paid

25  on each load so I can keep track.

1    Q    And how long do you keep that for?

2    A    About three months.

3    Q    Where is that stored?

4    A    In my office.

5    Q    How does SMC generally pay for fuel for its

6    drivers?

7    A    An advance, cash advance.

8    Q    And does it send -- do you send your drivers a

9    1099 every year?

10    A    Yes.

11    Q    So at some point they'll be a 1099 for Roy

12    Salinas?

13    A    Yes.

14    Q    Besides your personal cell phone does SMC have

15    any company cell phones?

16    A    No.

17    Q    Are there any written agreements anywhere

18    between Salinas Express and SMC Transport for anything?

19    A    No.

20    Q    When was SMC Transport formed?

21    A    It was in September of 2013.

22    Q    And did it have --

23         MR. DUNN:  I'm sorry.  I didn't understand

24    what you said.  What year?

25         THE WITNESS:  September of 2013.

1    Q    And did -- did it have any predecessor

2   companies?  Were you a part of any companies before that?

3    A    No.

4    Q    What did you do before that?

5    A    I used to be a driver.

6    Q    Did you ever drive for Salinas Express?

7    A    No.

8              MR. DUNN:  Are you going to go much longer

9   the reason why is time sake break, maybe?

10             MS. WHITE:  Yeah, now would be a good time.

11             THE VIDEOGRAPHER:  The time is 10:41 in the

12  morning, and we are off the record.

13             THE VIDEOGRAPHER:  The time is 10:48 in the

14  morning, and we are back on the record.  You may continue

15  with the deposition, please.

16   Q    (By Ms. White) I just want to clarify.  Roy

17  initially picked up, picked up the SMC truck involved in

18  this accident at your yard in Weslaco?

19   A    Yes.

20   Q    And you met him there?

21   A    Not at my yard; at the truck stop.

22   Q    Oh.  So you just told him to go pick it up at

23  your yard and you weren't present when he picked it up?

24   A    Correct.

25   Q    And the keys were already in it?

1     A    Yes.

2     Q    Do you receive any payment for the use of your

3 truck on this trip?

4     A    No.

5     Q    Did you receive any in-kind benefit from anyone

6 for use of your truck for this trip?

7     A    No.

8     Q    Did Roy call to check in with you at all during

9 this trip up to or back from Virginia?

10         MR. DUNN:  Objection, asked and answered,

11 but go ahead answer best you can.

12    Q    Well, I think you described he called you after

13 the accident?

14    A    Correct.

15    Q    Twice?

16    A    Once.

17    Q    Once?

18    A    (Nods head.)

19    Q    But did he -- he didn't call you at all on the

20 way up?

21    A    No.

22    Q    At the truck stop in Weslaco when you went to go

23 help, hook up the two tractors, what physically did you

24 have to do?

25    A    I was just showing them how to do it.  I just

1    showed them put the chain through here through the side

2    hold tires up and hook it up to the frame.

3        Q    So you have to attach a frame to the truck being

4    hauled?

5        A    Correct.

6        Q    And did you physically how to do that?

7        A    I showed him how to do it.  I didn't do it.  Roy

8    was doing it.

9        Q    Roy did, it but you were directing him?

10       A    Correct.

11       Q    And then, and then did you physically operate

12   the wench or did Roy?

13       A    No, Roy did.

14       Q    But you directed him how to do it?

15       A    Correct.

16       Q    So did you physically have to do anything?

17       A    No.

18             MS. WHITE:  I just want to mark these as

19   the next exhibit.  It's the black and white photos of

20   damage of the SMC tractor.

21             MR. HEARN:  Are you marking those

22   collectively?

23             MS. WHITE:  Yes.

24             MR. HEARN:  What would be the next exhibit

25   number?

1          MS. WHITE:   That's a good question.

2          THE COURT REPORTER:   The next Exhibit

3     Number is 12.

4          MR. HEARN:   Twelve.   Thank you.

5          (Exhibit marked for identification as

6          Deposition Exhibit Number 12.)

7     Q    (By Ms. White) I just want to show you what's

8     been marked for identification purposes as Exhibit 12.

9          Are those photographs of your SMC Transport

10    truck involved in the accident after the accident?

11    A    Yes.

12    Q    Who took those?

13    A    I did.

14    Q    When?

15    A    When it got back to my house I don't know.

16    Q    The same day?

17    A    Yes, I repaired it the next day, took out the

18    bumper with four screws and put it back on.

19    Q    And why did you take the photographs?

20    A    Just to keep a picture of it, you know.

21    Q    Did anyone request that you take the

22    photographs?

23    A    No.

24    Q    Did, what camera did you use to take them?

25    A    My cell phone.

1     Q    And do you still have those pictures on your

2    cell phone?

3     A    Yes.

4     Q    What kind of phone do you have?

5     A    A Note, a Galaxy Note.

6     Q    Please don't delete those.

7              MS. WHITE:  Those are all the questions I

8    have.

9              MR. HEARN:  I have no questions.

10                      EXAMINATION

11   BY MR. FRANKL:

12    Q    Sergio, my name is Dan Frankl.  I represent

13   Salinas Express.  What is your family relationship with

14   Rudy Salinas?

15    A    Rudy is my cousin.

16    Q    Okay.  And how is it -- are you first cousins?

17    A    Yes, we are first cousins.  Rudy's mom and my

18   dad are brothers and sisters.

19    Q    Okay.  And so you're also first cousins with

20   Roy?

21    A    Correct.

22    Q    All right.  And Roy worked with -- was he

23   driving his truck that was leased to SMC from either, I

24   think you said August of '14 or January of '15 through

25   September of '15?

1      A      Correct.

2      Q      Okay.  And during that period of time, did he

3  have any accidents?

4      A      No.

5      Q      And as a result of that relationship of having

6  worked for you, at some point in time he called and said

7  my truck broke down?

8              MR. DUNN:  Let me object to the form of the

9  question.

10     Q    (By Mr. Frankl) Did Roy Salinas call you and

11  inform you that his truck had broken down?

12     A      Yes.

13     Q      And did he tell you where it had broken down?

14     A      No.

15     Q      And did he ask to borrow a truck?

16     A      Yes.

17     Q      And you directed him to the 2003 Peterbilt that

18  I understand was parked behind in the church parking lot?

19              MR. DUNN:  Object to the form of the

20  question.  Go ahead and answer.

21     Q    (By Mr. Frankl) Did you --

22              MR. DUNN:  I guess not -- object to the

23  form of the question.

24     Q      Did you direct Roy where he could pick up the

25  2003 Freightliner?

1    A    I just told him it was at my yard.

2    Q    And the yard you're talking about is the one

3  near the church parking lot?

4    A    Correct.

5    Q    And you kept the key in it?

6    A    Yes.

7    Q    And you told him he could use it?

8    A    Yes.

9    Q    And at that time, it -- was it your

10  understanding that the reason he was borrowing your truck

11  with the wench on it was to go and pick up his truck?

12    A    Correct.

13    Q    And you had no other understanding of what he

14  was going to do with your truck other than that at that

15  time?

16    A    Correct.

17    Q    Ultimately, I believe you said within about an

18  hour he called and said, I don't know how to use the

19  wench.

20    A    Yes.

21    Q    All right.  And you made arrangements to meet

22  him, I believe you said at a Valero fuel station?

23    A    Yes.

24    Q    At that time they were attempting to hook on a

25  Salinas tractor to the SMC tractor?

1    A    Correct.

2    Q    Did you know at that time why they were putting

3    the Salinas tractor on the SMC tractor?

4    A    Yes.

5    Q    And what was the reason?

6    A    To pick up his trailer.

7    Q    Okay.  And the reason they were hooking it on

8    rather than drive separately was for what purpose?

9    A    To save on the fuel.

10    Q    All right.  And you showed Roy how to hook them

11    up on the wench?

12    A    Correct.

13    Q    Did you hook it up so that the front of the

14    Salinas tractor was hooked to the back of the SMC so

15    they're both facing in the same direction, or did you hook

16    it so that the rear of the Salinas tractor was lifted up

17    and the tractors are facing in opposite directions?

18    A    They were facing the opposite direction.

19    Q    Okay.  And that's the way you haul -- that's the

20    way the SMC truck was configured when it left the fuel

21    stop to head off wherever it was going?

22    A    Correct.

23    Q    And it wasn't until after the accident that you

24    found out that they came to Virginia?

25    A    Yes.

1    Q    Okay.  So when you agreed to lend Roy the truck

2    you didn't know any purpose of the load, or of him

3    borrowing it other than to pick up his tractor?

4    A    Correct.

5    Q    And you said SMC owns two trucks, one it's owned

6    by your father?

7    A    Correct.

8    Q    But it's titled in the name of SMC?

9    A    Correct.

10   Q    And one is owned by you and it's titled this

11   one, the 2003 Freightliner, and that's titled, it's owned

12   by you but titled with SMC?

13   A    Correct.

14   Q    And then the other seven or eight vehicles are

15   all owned by --

16   A    Individuals.

17   Q    -- individuals that are leased to SMC?

18   A    Correct.

19   Q    And what was the total purchase price of this

20   vehicle from Rick Morales?

21   A    10,000.

22   Q    Okay.  And you gave him 3,000 down and then you

23   made payments until you made the other 7,000?

24   A    Correct.

25   Q    And if I understand you registered it in August

1    of 2015?

2         A    Correct.

3         Q    And at that point in time was it inspected?

4    Does it have to pass a state inspection?

5         A    No.

6         Q    Okay.  So there's no requirement that your

7    vehicle is inspected and that it operates properly when

8    you register your vehicle here in Texas?

9         A    Yes, it was inspected.  If I'm correct, it does

10   have an inspection, it did have an inspection.  The

11   inspection is to make sure your lights work, your brakes

12   work, your -- and tell you you have good tires, that's

13   what they check.

14        Q    Based on the turbo and the turbo sensors you

15   weren't able to pull a heavy, a full load?

16        A    Correct.

17             MR. DUNN:  I'm going to object to the

18   question.  What time are you talking about?

19        Q    (By Mr. Frankl) When you purchased the vehicle

20   and after you made even initial repairs on the turbo and

21   the turbo sensor was it still having problems pulling a

22   full 80,000-pound load?

23        A    Yes.

24        Q    Did there come a point in time when that problem

25   was corrected?

```
 1        A     I never pulled a full load .I never pulled a

 2   load with it.

 3        Q     Okay.  Prior to the accident you hadn't pulled a

 4   full load with it?

 5        A     No.

 6        Q     Have you pulled a full load with it since then.

 7        A     Yes.

 8        Q     After this accident did you have to make any

 9   additional repairs to allow the vehicle to pull a full

10   load?

11        A     No.

12        Q     Okay.  So by October 15th of 2015, in fact, it

13   was a fully functional and operational tractor?

14        A     Correct.

15        Q     And you indicated -- well, at any time prior to

16   lending giving or lending this vehicle to Roy Salinas had

17   you taken the tractor out of state?

18        A     No.

19        Q     Had the tractor been driven around town?

20        A     Yes, when I was trying to test drive it.

21        Q     You indicated that you purchased the wench

22   around, sometime in 2014?

23        A     Correct.

24        Q     What was the purpose that you had, you bought

25   that wench?
```

1      A    To pick up broken down trucks.

2      Q    Okay.  And you -- SMC owned that wench at the

3  time period that Roy Salinas worked there?

4      A    Correct.

5      Q    And so he -- he knew you owned that?

6      A    Yes.

7      Q    And if I understood your testimony that wench

8  normally was on the 1997 Classic?

9      A    1999.

10     Q    1999 Classic, your father's vehicle?

11     A    That one is mine.

12     Q    That one is yours?

13     A    Yeah.

14     Q    So who's is this 2003?

15     A    Mine, SMC Transport.

16     Q    Okay.  All right.  So the wench was normally on

17  the 1999 Classic?

18     A    Yes.

19     Q    All right.  And at some point in time you needed

20  to use that vehicle to run some loads?

21     A    Correct.

22     Q    And so you transferred it over to the 2003

23  Peterbilt?

24     A    It's a 2003 Freightliner.

25     Q    Freightliner.  I'm sorry.

1           And at any point in time, did you just have

2    the wench somewhere on your yard not collect, not

3    connected to any vehicle?

4          A    Yes, at a time.

5          Q    Okay.  But at the time Roy asked to borrow your

6    2003 Freightliner it was already attached?

7          A    Correct.

8          Q    Do you know how Roy got to the yard where you

9    stored your vehicle on the day he picked it up?

10         A    No.

11         Q    And do you personally, and as a representative

12   of SMC, know whether or not Rudy Salinas was aware of any

13   of the activities with regard to Roy borrowing your truck

14   or taking it up to Virginia?

15              MS. WHITE::  I'm going object to the form of

16   the question.

17         A    I guess Rudy knew.  I mean, it was Roy's

18   brother, you know.  I didn't talk to Rudy.

19         Q    So you're assuming Rudy may have known, but you

20   don't have any direct knowledge yourself that Rudy knew

21   Roy was borrowing your vehicle or taking it to Virginia?

22         A    I never spoke with Rudy.

23         Q    Okay.  And so the same would be true, you don't

24   have any knowledge that Rudy knew that Roy was connecting

25   another Salinas vehicle to the back of the SMC tractor to

1  travel to Virginia?

2      A    I'm not sure, sir.

3      Q    You have no way of knowing?

4      A    Pos, of course not.

5      Q    Okay.  Now, when you registered your vehicle,

6  it's my understanding you had to have proof insurance for

7  that vehicle to have it properly be registered?

8      A    Correct.

9      Q    And so when you registered it in August, did you

10  have insurance on that vehicle?

11      A    I have -- I have a form that says SMC Transport

12  the policy with it just says the policy.

13      Q    But my question is:  Did you tell your agent

14  that you wanted that particular truck listed on your

15  policy?

16      A    I'm not correct -- I'm not sure on that, sir.

17      Q    You don't know whether you told them?

18      A    I don't remember that day.

19      Q    At any point in time after this accident, did

20  you tell Roy Salinas or Rudy Salinas or Eddie Lozano or

21  Art Gutierrez that you did not have insurance on your

22  tractor that they had, were using or had been in?

23      A    I don't remember that, no.

24      Q    So you may have told them you didn't have

25  insurance?

1    A    I don't know.  I'm not sure, sir.

2    Q    Do you -- is it your understanding that you did

3    have insurance on the date of this accident on that

4    tractor?

5    A    Yes.

6    Q    And did -- at the time you lent Roy the tractor,

7    did you think you had insurance on it?

8    A    I knew if Roy would use my tractor, I knew that

9    Roy's or I thought Roy's insurance would cover because it

10   was for their purpose; it wasn't for mine.  They have

11   insurance on their truck.

12   Q    I understand that.  But my question is:  Did you

13   think that SMC had insurance on their own tractor on the

14   day you lent the tractor to Roy?

15   A    I'm not sure, sir.

16   Q    Either you did or you didn't?

17   A    Like I said, I don't know if we had insurance or

18   did not on the day.  I don't know.

19   Q    Have you after this accident added that tractor

20   to your insurance policy?

21   A    I called them and found out -- I did add -- it

22   is, I do have insurance on the vehicle.

23   Q    Did you call them after this accident and add

24   insurance to that tractor?

25   A    Yes.

1    Q    Okay.  So at the time of this accident that

2    tractor was not on your insurance policy?

3              MR. DUNN:  Objection.  Object to the form.

4    Q    (By Mr. Frankl) At the time of this accident was

5    your 2003 Freightliner specifically listed on your policy?

6              MR. DUNN:  Objection, asked and answered.

7    Answer the best you can.

8    A    If I'm correct, like I said, I don't know if it

9    was already added, but I know prior to -- I mean, like in

10   October I added.  I mean, I called them and I told them

11   that I needed an insurance cashed for the vehicle and they

12   gave me an insurance card.

13   Q    And that was after this accident?

14   A    Correct.

15   Q    If you had added the tractor to the insurance

16   policy before the accident, why would you have to call and

17   add it after the accident?

18   A    Because I was updating all my, my binders in

19   each truck and that truck did not have a binder, so I

20   needed a copy of all my tractors, make sure everything was

21   on file for all my tractors, leased on to me and everybody

22   make sure they have all their paperwork.

23   Q    You indicated in your earlier testimony that you

24   had a conversation with Roy Salinas about Israel Martinez

25   in December of 2015.

1          What was said in that conversation?

2     A     It was not with Roy Salinas on that.  I said I

3  met with Ruben Salinas at a truck stop and we just said

4  hello to each other.

5     Q     You indicated in your testimony that you were

6  aware that your employee Keesha -- what's her last name?

7     A     Guerrero.

8     Q     -- Guerrero, do you know whether she called the

9  police to initiate that call or if the police called her

10  first?

11     A     I'm not sure, sir.

12     Q     Okay.  How did you find out about the

13  conversation between the Virginia state police and, and

14  Keesha?

15     A     Keesha told me that she requested a police

16  accident report because we had to show it to our

17  insurance.

18     Q     Have you been told by SMC's insurance that your

19  vehicle was not covered in this accident?

20          MR. DUNN:  I'm going to object to that.  I

21  mean, we're going far field of what's the issues in this

22  case.

23          MR. FRANKL:  I think that the insurance on

24  the vehicle was on the notice so I'm just saying.

25          MR. DUNN:  What notice?

1          MR. FRANKL:  Pardon?

2          MR. DUNN:  What notice?

3          MR. FRANKL:  The issue of insurance is on

4    the notice.

5          MR. DUNN:  And I objected to that.

6          MR. FRANKL:  Well, he can answer while

7    we're here unless you're going to direct him not to answer

8    and then potentially have to take that up later.

9     Q    (By Mr. Frankl) But have you been told --

10         MR. DUNN:  I'm not going to direct him not

11    to answer, but the objection stands.

12         MR. FRANKL:  I understand.

13    Q    Have you been told by your insurance that the

14    vehicle was not covered under the policy SMC had at the

15    time of this accident happened?

16    A    I'm not sure.

17    Q    Are you aware that the state trooper that spoke

18    with Keesha indicated that she informed him that Israel

19    Martinez was a regular driver for SMC?

20    A    No, he was never a driver for SMC.

21    Q    And SMC authorized Roy Salinas to use the 2003

22    tractor that he took up to Virginia?

23         MR. DUNN:  I'm going to object to the form

24    of the question.  Authorization, I'm not sure what you

25    mean by that or authorize.  But go ahead answer as best

1    you can.

2        A    Roy was a driver for SMC Transport.  He had a

3    clean driving record and he had an application on file and

4    everything, so I did lend Roy the truck.

5        Q    Okay.  So you as the owner of SMC authorized him

6    to use the truck?

7        A    I loaned.  I said he could use it.

8        Q    Who's your cell phone provider?

9        A    T-Mobile.

10       Q    And was it T-Mobile at the time of this

11   incident?

12       A    I think it was.

13       Q    Whenever one of your trucks goes out of state is

14   SMC required to maintain logs for that vehicle?

15       A    Correct.

16       Q    And did you ever ask for the logs with regard to

17   this trip to Virginia and back?

18       A    No, because it was not used for SMC.

19       Q    Who informed you that Israel Martinez was

20   driving at the time of the accident?

21       A    Roy Salinas told me that the truck was in an

22   accident.  He didn't say Israel was driving but, of

23   course, now the accident.  I mean --

24       Q    Well, when were you first made aware that Israel

25   Martinez was the driver?

1    A    If I'm correct when the officer called or Keesha

2  called the officer or...

3    Q    Did you have Israel Martinez drug or alcohol

4  tested after this accident?

5    A    No, because he was not an employee of SMC

6  Transport.

7    Q    You said that this truck didn't have a binder

8  with insurance information in it?

9    A    No.

10         MR. DUNN:  Object to the form.  Go ahead

11  and answer.

12    Q    (By Mr. Frankl) You said that the 2003

13  Freightliner didn't have a binder with the insurance

14  information in it?

15         MR. DUNN:  Object to the form.  Go ahead

16  and answer.

17    A    When they came -- when they came when I put the

18  bumper on it and I was, I needed to make sure everything

19  was good to go on a load, I fixed the bumper and I said,

20  okay, let me make sure everything is there, logbooks,

21  everything, a binder and nothing was in the truck.

22    Q    Was there a binder with insurance information in

23  the truck when you lent it to Roy Salinas?

24    A    I'm not sure it was in there.

25    Q    If there wasn't a binder, do you know how the

```
 1    state police would have known who SMC's insurance was with

 2    at the time of the accident?

 3         A    Well, it does have SMC on the door.  I mean --

 4         Q    No, but how would they know who the insurance

 5    was for SMC who the company was if there wasn't a binder

 6    in the truck?

 7         A    I'm not sure.

 8         Q    You don't know?

 9         A    No, sir.

10         Q    Was there registration in the truck when they

11    brought it back to you?

12         A    Nothing was in the truck.

13         Q    Nothing, all the paperwork, registration,

14    insurance binder all of that was not in the truck when you

15    got it back?

16         A    Nothing was in the truck.  It was cleaned.

17    There was nothing in the truck.

18         Q    Did you ask anybody what happened to those

19    documents?

20         A    No, sir.

21         Q    Were those documents in the truck when you gave

22    it to Roy Salinas?

23         A    I'm not sure, sir.

24         Q    Did you know that the SMC truck was going to go

25    outside of Texas?
```

1      A    No.

2      Q    When your truck left and when Roy Salinas picked

3  it up, do you know how much fuel it had in it?

4      A    No.

5      Q    When he brought it back, do you know how much

6  fuel it had in it?

7      A    No.

8      Q    Was there any damage to the headlight on the

9  driver's side?

10     A    It just got loose.

11     Q    And if I understand your testimony, as far as

12  you are aware as owner of SMC, there was no cost for

13  repairing that vehicle?

14     A    No cost.

15     Q    And have you already sent Roy Salinas his 1099

16  for 2015?

17     A    Yes.

18            MR. FRANKL:  Thank you.

19            I don't have any other questions.

20            MR. HEARN:  I do have one.

21            Can I get that out real quick.

22            MS. WHITE:  Absolutely.

23                   EXAMINATION

24  BY MR. HEARN:

25     Q    You testified I believe earlier in response to

1    Ms. White's question that when Roy was communicating with

2    you about borrowing the SMC truck that you might have

3    spoken with Rudy Salinas but you didn't remember.  And

4    then in response to Mr. Frankl's question you said you did

5    not talk to Rudy Salinas.

6              So I need to know which is it?  Is it your

7    testimony here today that you might have spoken to Rudy or

8    you don't remember or that you are certain you did not

9    speak to Rudy in conjunction with Roy borrowing the

10   vehicle?

11        A    That I -- that I -- I don't remember I spoke

12   with Rudy.  I know I spoke with Roy.  I do not know like I

13   told I him, I don't know.

14                   MR. HEARN:  Okay.  Thank you.

15                       REEXAMINATION

16   BY MS. WHITE:

17        Q    When you went to go show Roy how to operate the

18   wench your instruction to him was to, to attach them back

19   to back?

20        A    That's what I -- I showed him how to do it back

21   to back.

22        Q    Okay.  Were they trying to do it the other way

23   around?

24        A    No, they just didn't know how to do it.

25        Q    Okay.

1  A They didn't know how to tie it.

2  Q Was there ever any suggestion of doing it the

3 other way around?

4  A I never suggested it, but it's a little bit more

5 complicated.

6  Q All right.  Did they explain to you what they

7 were going to do with Roy's truck once they reached it?

8  A Bring it to a mechanic.

9  Q Did they tell you what was wrong with Roy's

10 truck?

11  A No.

12  Q They didn't tell you the differential was messed

13 up?

14  A No.

15  Q Did they ask you if it was going to be towable

16 if they hooked it up that way because the differential was

17 messed up?

18  A No.

19  Q And did you ever speak to a Virginia state

20 trooper?

21  A No.

22  Q Did you ever get a message for you to call and

23 talk to a Virginia state trooper?

24  A No.

25  Q Did you personally ever attempt to call Virginia

1    state trooper?

2        A    No.

3                    MS. WHITE:  That's all I have.

4                    MR. FRANKL:  No, additional questions.

5                    MR. DUNN:  He'll read.  That's it.

6                    THE VIDEOGRAPHER:  The time is 11:24 in the

7    morning, and we are going off the record.

8

9                    (Signature having been requested, the

10                   deposition was concluded at 11:24 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              ERRATA SHEET -- CHANGES AND SIGNATURE

2   PAGE LINE   CHANGE                        REASON

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23

24              _____

25              SERGIO CUELLAR

1

2

3

4

5

6

7

8         I declare under penalty of perjury that the

9    foregoing is true and correct.

10

11                         _____

                              SERGIO CUELLAR

12

13

14         SUBSCRIBED AND SWORN TO BEFORE ME, the

15    undersigned authority, by the witness, SERGIO

16    CUELLAR, on this the _____ day of

17    _____, _____.

18

19                         _____

                              NOTARY PUBLIC IN AND FOR

20                            THE STATE OF _____

21

22    My Commission Expires: _____

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF VIRGINIA
 2                      ROANOKE DIVISION

 3   BRANDON LESTER                    §
                                       §
 4   vs.                               §      CIVIL ACTION NO.
                                       §      7:15-CV-665
 5   SMC TRANSPORT, LLC AND ISRAEL     §
     MARTINEZ, JR. AND SALINAS         §
 6   EXPRESS, LLC                      §

 7                   REPORTERS CERTIFICATION
                       OF SERGIO CUELLAR
 8                       April 20, 2016

 9                   I, Annette E. Escobar, Certified Shorthand

10   Reporter in and for the State of Texas, hereby certify to

11   the following:

12                   That the witness, SERGIO CUELLAR was duly

13   sworn by the officer and that the transcript of the oral

14   deposition is a true record of the testimony given by the

15   witness;

16                   That the deposition transcript was

17   submitted on _____, 2016, to the witness or

18   to the attorney for the witness for examination,

19   signature, and return to me by _____, 2016;

20                   That the amount of time used by each party

21   at the deposition is as follows:

22                   JOHNEAL   WHITE (2H51M) Attorney for
     Plaintiff.
23                   LAWRENCE DUNN (0H14M) Attorney for
     Defendant;
24                   DAVID HEARN (0H01M) Attorney for Defendant.

25                   That pursuant to information given to the
```

1  deposition officer at the time said testimony was taken,

2  the following includes counsel for all parties of record:

3           Johneal White, Attorney for Plaintiff(s)
           Lawrence Dunn, Attorney for Defendant(s)
4           David Hearn, Attorney for Defendant(s)
           Daniel Frankl, Attorney for Defendant(s)
5

6           I further certify that I am neither counsel

7  for, related to, nor employed by any of the parties in the

8  action in which this proceeding was taken, and further

9  that I am not financially or otherwise interested in the

10  outcome of this action.

11           Certified to by me on this 10th day of May,

12  2016.

13

14

15  ANNETTE L. ESCOBAR
    CSR#5475, Exp: 12/31/17

16

17

18

19

20

21

22

23

24

25