# Exhibit F



**National Court Order Compliance**

Three AT&T Plaza
308 S. Akard Street, 14th Floor-M
Dallas, TX  75202
1-800-635-6840
1-888-938-4715 (Fax)

VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF TEXAS
DALLAS COUNTY

BEFORE ME, the undersigned authority, personally appeared Rosetta Hicks, who being duly sworn, deposes and says:

My name is Rosetta Hicks. I am over the age of 18 and qualified to process this affidavit. I am employed by AT&T as a Billing Ops Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since **10/10/1977**. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s): (956) 282-9835  (956) 999- 6537

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Billing Ops Analyst.

_Rosetta Hicks_
Rosetta Hicks
June 7, 2016

The foregoing affidavit was sworn to and subscribed before me by Rosetta Hicks, who is personally known to me.

June 7, 2016

_[signature]_
Notary Public, State of Texas

Printed Name

Serial Number (if any)

JENNETTE JOHNSON-SMITH
Notary Public, State of Texas
Comm. Expires 11-04-2016
Notary ID 12671469-8

AT&T Subpoena Compliance Center

2007947
05/14/2016
SCAMP

MOBILITY USAGE
(with cell location)

AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/06/2016
Run Time: 15:33:30
Voice Usage For: (956)282-9835
Account Number: 254000261047

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMSI | CT | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 10/24/15 | 15:12:14 | 0:02 | 0:02 | 19569995537 | 19562829835 | | ST | [] | |
| 29 | 10/24/15 | 15:12:14 | 0:02 | 0:02 | 19569995537 | 19562829835 | | MO | [VCORR] | |
| 30 | 10/24/15 | 17:03:36 | 0:02 | 0:03 | 19565002086 | 19562829835 | | ST | [] | |
| 31 | 10/24/15 | 17:03:36 | 0:02 | 0:03 | 19565002086 A672829835(D) | 19562829835 | | MO | [NIOR] | |
| 32 | 10/24/15 | 20:52:14 | 0:02 | 0:04 | 19564629913 | 19562829835 | | ST | [] | |
| 33 | 10/24/15 | 20:52:14 | 0:02 | 0:04 | 19564629913 | 19562829835 | | MO | [NIOR] | |
| 34 | 10/25/15 | 13:50:38 | 0:03 | 0:05 | 19562697555 | 19562829835 | | ST | [] | |
| 35 | 10/25/15 | 13:52:13 | 0:02 | 0:03 | 19562654517 | 19562829835 | | MO | [NIOR] | |
| 36 | 10/25/15 | 13:52:14 | 0:02 | 0:03 | 19562654517 | 19562829835 | | ST | [] | |
| 37 | 10/26/15 | 00:50:00 | 0:02 | 0:04 | 19562654517 | 19562829835 | | ST | [] | |
| 38 | 10/26/15 | 00:50:00 | 0:04 | 0:04 | 19562654517 | 19562829835 | | MO | [NIOR] | |
| 39 | 10/26/15 | 13:15:17 | 0:03 | 0:07 | 19564727066 | 19562829835 | | ST | [] | |
| 40 | 10/26/15 | 13:15:41 | 0:03 | 0:03 | 19564727066 | 19562829835 | | ST | [] | |
| 41 | 10/26/15 | 13:16:15 | 0:03 | 0:04 | 19566848580 | 19562829835 | | ST | [] | |
| 42 | 10/26/15 | 13:34:36 | 0:03 | 0:03 | 19566848580 | 19562829835 | | ST | [] | |
| 43 | 10/26/15 | 15:05:00 | 0:03 | 0:05 | 19567655858 | 19562829835 | | ST | [] | |
| 44 | 10/26/15 | 16:53:36 | 0:02 | 0:03 | 19565002086 | 19562829835 | | ST | [] | |
| 45 | 10/26/15 | 16:53:36 | 0:02 | 0:03 | 19565002086 A679562829835(D) | 19562829835 | | MO | [NIOR] | |
| 46 | 10/26/15 | 17:09:03 | 0:03 | 0:07 | 19566024601 | 19562829835 | | ST | [] | |
| 47 | 10/26/15 | 17:10:22 | 0:02 | 0:07 | 19566024601 | 19562829835 | | ST | [] | |
| 48 | 10/26/15 | 20:47:05 | 0:03 | 0:05 | 19566024601 | 19562829835 | | ST | [] | |

RH

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 2