1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF VIRGINIA

3                    ROANOKE DIVISION

4

5    ----------------------------
     BRANDON LESTER,              )
6                                 )
                    Plaintiff     )
7    -vs-                         ) CIVIL ACTION
                                  ) NO. 7:15-cv-00665-GEC
8    SMC TRANSPORT, LLC,          )
     ISRAEL MARTINEZ, JR.,        )
9    and                          )
     SALINAS EXPRESS, LLC,        )
10                                )
                    Defendants    )
11   ----------------------------

12

13            DEPOSITION OF MICHAEL T. ATKINS

14

15   DATE:          April 11, 2016

16   TIME:          1:00 p.m.

17   LOCATION:      Glenn Robinson & Cathey
                    Fulton Motor Lofts
18                  400 Salem Avenue, S.W.
                    Suite 100
19                  Roanoke, Virginia

20

     REPORTED BY:   Mary J. Butenschoen, RPR,  #4952
21                  Team Trial
                    (540)204-3918
22                  butema@gmail.com

23

24

1  APPEARANCES:

2  ON BEHALF OF THE PLAINTIFF:

3          GLENN ROBINSON & CATHEY
           Fulton Motor Lofts
4          400 Salem Avenue, S.W.
           Roanoke, Virginia  24016
5          (540)767-2200

6          BY:  JOHNEAL M. WHITE, ESQ.
                jwhite@glennrob.com
7
   ON BEHALF OF DEFENDANT SMC TRANSPORT, LLC:
8
           MORRIS & MORRIS, P.C.
9          11 South 12th Street
           Richmond, Virginia  23219
10         (804)344-8300

11         BY:  LAWRENCE A. DUNN, ESQ.
                ldunn@morrismorris.com
12
   ON BEHALF OF DEFENDANT ISRAEL MARTINEZ, JR.:
13
           SANDS ANDERSON PC
14         1111 East Main Street
           Suite 2400
15         Richmond, Virginia  23219-1998
           (804)648-1636
16
           BY:  DAVID W. HEARN, ESQ.
17              dhearn@sandsanderson.com

18 ON BEHALF OF DEFENDANT SALINAS EXPRESS, LLC:

19         FRANKL MILLER & WEBB, LLP
           1711 Grandin Road
20         Roanoke, Virginia  24015
           (540)527-3515
21
           BY:  DANIEL P. FRANKL, ESQ.
22              dfrankl@franklmillerwebb.com

23 ALSO PRESENT:  Gwen Johnson

24

```
                        I N D E X

EXAMINATION OF MICHAEL T. ATKINS                    PAGE

By Mr. Frankl                                          4

By Ms. White                                          61

By Mr. Hearn                                          68

By Mr. Dunn                                           83

By Mr. Frankl                                         90




                      *  *  *  *  *


                     E X H I B I T S

                 (Retained by Counsel.)

EXHIBIT        DESCRIPTION                          PAGE

   1           Police Crash Report                     4

   2           Aerial of Accident Scene                4

   3           Photos (A-K)                            31

   4           Photo                                   61

   5           Photo                                   65
```

1                    P R O C E E D I N G S

2    Whereupon at 1:11 p.m.,

3                         MICHAEL T. ATKINS

4    after having first been duly sworn to tell the truth, the

5    whole truth, and nothing but the truth, was examined and

6    testified as follows:

7                         (Deposition Exhibit Nos. 1 and 2 were

8            marked for identification.)

9    (1:11 p.m.)

10                            EXAMINATION

11   BY MR. FRANKL:

12           Q       Can you state your full name for the

13   record?

14           A       Michael T. Atkins.

15           Q       Michael, my name is Dan Frankl and I

16   represent Salinas Express, LLC, and I'm going to ask you

17   about your background and your investigation of the

18   accident that took place on October 26 of 2015 at the rest

19   area at approximately the 158.1 mile marker.

20                   If you don't hear a question or

21   understand a question, if you ask me to repeat it or

22   rephrase it, I will be glad to do so.  If you answer a

23   question, it will be assumed that you heard it and that

24   you understood it.

```
 1              A       Yes, sir.

 2              Q       Because this is being taken down by a

 3     court reporter, if you would answer verbally rather than

 4     with a nod of the head and if you could say yes or no as

 5     compared to uh-huh and huh-uh, it will make her job a lot

 6     easier.

 7              A       Yes, sir.

 8              Q       Can you please tell me with whom you are

 9     currently employed.

10              A       Virginia State Police.

11              Q       And how long have you been so employed?

12              A       Three years.

13              Q       And when did you first start with them as

14     a sworn officer?

15              A       April 25, 2013.  So when I said three

16     years, it will be three years in 14 days.

17              Q       Gotcha.

18                      When did you graduate from high school?

19              A       June 7, 2009.

20              Q       And between 2009 and -- well, once you

21     graduated from high school, were you employed?

22              A       I was.

23              Q       And what were you employed doing?

24              A       I worked at Best Buy for two years.
```

| | |
|---|---|
| 1 | Q       All right.  And did there -- did you go |
| 2 | on and get any additional education? |
| 3 | A       Yes, sir. |
| 4 | Q       And where was that? |
| 5 | A       New River Community College. |
| 6 | Q       And what was your area of study? |
| 7 | A       Police science. |
| 8 | Q       And did you get any type of degree? |
| 9 | A       I did.  I got a associate's degree. |
| 10 | Q       And when did you get the associate's |
| 11 | degree? |
| 12 | A       In 2011. |
| 13 | Q       And once you got the associate's degree, |
| 14 | what did you do at that point in time? |
| 15 | A       I attended Cardinal Criminal Justice |
| 16 | Academy in Salem, Virginia, for 19 weeks. |
| 17 | Q       Was that the full program? |
| 18 | A       It was. |
| 19 | Q       And when you went into the Cardinal |
| 20 | Criminal Justice Academy, did you already have secured a |
| 21 | position with the police department? |
| 22 | A       No, sir. |
| 23 | Q       So you went on your own? |
| 24 | A       I did, pre-employment. |

1          Q       And do you recall, did you have any

2    special training in accident reconstruction in the

3    Cardinal Criminal Justice Academy?

4          A       Yes, sir.

5          Q       And was it just a basic course?

6          A       It was.

7          Q       And at some point in time while you were

8    in the academy, did you get an offer to take a position

9    with the Virginia State Police?

10         A       Yes, sir.

11         Q       And once you graduated, what did you do

12   then from the Cardinal?

13         A       Graduated Cardinal and two months later I

14   attended Virginia State Police.

15         Q       So what did you do during that two-month

16   period of time?

17         A       I worked for my dad.

18         Q       And so when you went to the Virginia

19   State Police, did you have to go through another academy?

20         A       Yes, sir, 26 weeks.

21         Q       And where was that academy?

22         A       In Richmond, Virginia.

23                 MR. DUNN:  How many weeks?  I'm sorry.

24                 MR. FRANKL:  26.

```
 1                    THE WITNESS:  26.
 2    BY MR. FRANKL:
 3            Q      And during the 26 weeks, was --
 4    did you go again through a basic accident
 5    reconstruction --
 6            A      Yes, sir.
 7            Q      -- course?
 8            A      Yes, sir.
 9            Q      And when did you graduate from the
10    academy?
11            A      Graduated December 20, 2013.
12            Q      And were you given a specific designation
13    as to what type of trooper you would be at that time?
14            A      When I graduated, I was a Trooper 1.
15            Q      Have you had any additional training in
16    accident reconstruction?
17            A      Not since graduation.
18            Q      And since being designated a Trooper 1,
19    what does that mean?  What does a Trooper 1 --
20            A      Trooper 1 is just you are on probationary
21    period for one year.  After that one year, you become a
22    Trooper 2 and you're off a probationary period.
23            Q      So would December of 2014 you would have
24    become a Trooper 2?
```

```
 1              A       I did become a Trooper 2.

 2              Q       Did you have any specific job assignment

 3    as a Trooper 1 or were you just on patrol?

 4              A       I was just a regular trooper, just put on

 5    probationary period in case you do something wrong,

 6    something of that sort.

 7              Q       But as far as when you say you were a

 8    regular trooper, is the regular trooper a patrol trooper?

 9              A       Yes, sir.

10              Q       And where were you assigned?

11              A       Botetourt County.

12              Q       So you have been in Botetourt since you

13    started patrol in December of '13?

14              A       Yes, sir.  When we graduate from the

15    academy, we go to field training for six weeks, which I

16    did.  I went to field training for six weeks riding with

17    another officer learning how to be a trooper.  I was, for

18    that six weeks, in Rockbridge County.  But once I got off

19    of FTO, I came to Botetourt.  So same area, just a

20    different duty post.

21              Q       And during the course of either your

22    field training or Trooper 1 and Trooper 2, how many

23    accidents have you investigated, approximately?

24              A       Reportable or just complete every kind of
```

1   crash investigation?

2          Q       Just reportable accidents.

3          A       50, approximately.

4          Q       And how many I'll say large or serious

5   accidents with injuries like the one we're here for today

6   have you investigated during that same period of time?

7          A       Five, approximately.

8          Q       And on any of the accidents that you have

9   investigated, have there been any fatalities?

10         A       That I investigated, no.

11         Q       So have you ever been in charge of an

12  investigation where they have had to call in the state

13  police's accident reconstruction unit?

14         A       I have not been involved in any.

15         Q       Okay.  I have previously marked as

16  Trooper Atkins Exhibit Number 1 a police crash report that

17  is the final one, the one you filled out in the field and

18  the witness statements.  Is that a -- Exhibit 1, a

19  complete set of your investigative file and file notes

20  with regard to this accident?

21         A       Yes, sir.

22                 MS. WHITE:  Can I see it?

23  BY MR. FRANKL:

24         Q       I've also -- I'm going to show you what's

1   been previously marked as Trooper Atkins Exhibit 2.  Is

2   this a overhead view of the rest area that encompasses the

3   accident scene and the place of rest for the vehicles that

4   were involved in this accident?

5           A       Yes, sir, it looks to be.

6           Q       Okay.  Now, we've also got a stack of

7   photographs here.  I didn't count them, but I ask you to

8   look through.  Do these appear to be the photographs that

9   were taken by the state police associated with this

10  accident?

11          A       Based on the first 20 I went through, it

12  looks to be my pictures I took on the side of the --

13  another trooper took with my camera on the side of the

14  road.

15          Q       Okay.  And it's my understanding there

16  were two other troopers at this scene, Trooper Flowers?

17          A       Yes, sir.

18          Q       And is he in fact the one that took the

19  majority of the photographs?

20          A       Yes, sir, I believe so.

21          Q       And the ones at the end taken of the

22  white box truck were -- you took those?

23          A       Yes, sir.

24          Q       Trooper Flowers had already left by that

1   time?

2              A      I believe so.

3              Q      And the other trooper was Trooper Taylor?

4              A      Yes, sir.

5              Q      And what role did Trooper Taylor have at

6   the scene?

7              A      I don't recall.

8              Q      Okay.  Now, it's also my understanding

9   that you met with -- in attached -- strike that.

10                    Attached to Exhibit 1, there are four

11  witness statements?  The four handwritten witness

12  statements from the four ladies?

13             A      Yes.  Yes, sir.

14             Q      Okay.  And it's my understanding that you

15  were involved in obtaining three of those witness

16  statements and that Trooper Flowers was -- handed you the

17  fourth from Ms. Mortensen?

18             A      I believe so.

19             Q      All right.  Prior to today have you ever

20  given a deposition?

21             A      No, sir.

22             Q      Prior to today have you ever been called

23  in a civil matter to testify in court?

24             A      No, sir.

1          Q       In looking at -- and anytime you need to

2     refer to Exhibit 1, please feel free to do so.

3                  Do you know what time you were first

4     notified of the fact that there was an accident out on 81

5     near the rest area on October 26?

6          A       I believe I was notified at 5:40 a.m.

7          Q       Notified or arrived at 5:40?

8          A       Notified.  Notified at 5:40 a.m.  I mean,

9     a.m., yes.

10         Q       And what time did you arrive?

11         A       5:52 a.m., 12 minutes later.

12         Q       And it's my understanding you were at the

13    Salem headquarters putting gas in your vehicle when you

14    were notified?

15         A       Yes, sir, I was.

16         Q       In looking at -- well, what were the

17    weather conditions that day?

18         A       At the time of accident where I was, it

19    was misting.

20         Q       Where you were in --

21         A       Salem.

22         Q       -- Salem?

23         A       Salem.

24         Q       And did those weather conditions change

1   as you came north on 81?

2          A     It stopped.

3          Q     Where did it stop to the best of your

4   recollection?

5          A     Around the 150 mile marker.

6          Q     When you arrived at the scene, was it

7   still misting there?

8          A     No, sir, not that I recall.

9          Q     Was the roadway surface wet or dry?

10         A     It was wet.

11         Q     Roadway surface was wet, all right.

12         A     I put dry.  Okay, then it was dry.

13         Q     So in Exhibit 1, looks like Page 5 of 7

14  you indicated that the roadway surface was dry?

15         A     Yes, sir.

16         Q     Was there any fog on the roadway that

17  morning?

18         A     Not at the scene.

19         Q     Did you see any fog between Salem and

20  getting to the scene?

21         A     I do not recall.

22         Q     Tell me -- well, it was still dark?

23         A     It was.

24         Q     And was the scene of the accident lighted

1    or not?

2              A       It was not.

3              Q       There might have been some --

4              A       The rest area was lit, but the roadway

5    where the accident occurred was not.

6              Q       Would the rest area lights have

7    illuminated the area where the ramp and the initial

8    collision took place?

9              A       I do not recall.

10             Q       All right.  Tell me when -- what do you

11   do when you start an investigation of an accident like

12   this one?  I mean, tell me what you go through and how you

13   complete your investigation.

14             A       Try to figure out what occurred prior to

15   the accident and at the time of the accident.  So when I

16   arrived on scene, based on the two individuals being hurt

17   in the crash on Vehicle 1 and Vehicle 2 -- I mean, Vehicle

18   2 and Vehicle 3, excuse me -- I had to ask for witness

19   statements, who witnessed it, and went from there.

20             Q       In this particular accident, did you or

21   any of the other troopers with you take any measurements

22   of any kind?

23             A       No, sir.  Not that I recall.  I didn't.

24   I don't know about the other troopers.

1           Q       So other than photographs depicting skid

2    marks and the location of collision marks in the roadway

3    or gouge marks or debris in the roadway, there has been no

4    other documentation as far as measuring or placement of

5    those items?

6           A       There is not.

7           Q       Other than the three women -- I'm sorry.

8    Well, the three women that you may have talked to and

9    gotten their written statements and the other woman that

10   Trooper Flowers talked to and got her statement, did you

11   obtain a written statement from anyone else?

12          A       Just from those witnesses.

13          Q       Okay.  Did you -- you also spoke to

14   Israel Martinez?

15          A       Yes, sir.

16          Q       And did you get a written statement from

17   him?

18          A       I did not get a written statement, no.

19          Q       You had your cruiser's recording camera

20   and, I guess, verbal recording mechanism on for the

21   majority of your time at the scene?

22          A       Yes, sir.

23          Q       After just, say, approximately two hours,

24   it went off.  Is that something that you had to physically

1    turn off?

2            A       No.

3            Q       How does that --

4            A       I don't recall it turning off.

5            Q       Okay.

6            A       If it did, it did it on its own.

7            Q       So you didn't -- when you -- because it

8    doesn't have on there -- like you're talking to

9    Mr. Martinez when you handed him his tickets and, you

10   know, got him to sign and things of that nature, so you

11   didn't intentionally turn it off for that part of it?

12           A       Not that I recall.  That's not something

13   I do.

14           Q       In looking at Exhibit 1, you've got the

15   information for Vehicle 1 which was being driven by Israel

16   Martinez?

17           A       Yes, sir.

18           Q       And specifically it shows that his speed

19   before the crash was five miles per hour?

20           A       Yes, sir.

21           Q       Let me -- did he -- do you ask the driver

22   if that was his speed or do you estimate that or how do

23   you come about getting that number?

24           A       I don't recall if I asked him his speed.

1          Q      Okay.  The speed limit at this location

2    was what?

3          A      70 miles per hour.

4          Q      For Brandon Lester, again, there is a

5    determination of speed before crash at 70.  Do you know

6    how you got that speed?

7          A      When I spoke to him -- what I recall is,

8    when I spoke to him, I asked him how fast he was going,

9    and I believe he said that he was going the speed limit.

10         Q      Okay.  And looking up above in the driver

11   information, it indicates under Safety Equipment Used

12   Number 8 which would be no restraint?

13         A      Yes, sir.

14         Q      And Airbag 2 which is not deployed?

15         A      Yes, sir.

16         Q      And then No. 3 for ejected is totally

17   ejected?

18         A      Yes, sir.

19         Q      As we sit here today, based on your

20   investigation, do you know definitively that Mr. Brandon

21   Lester was ejected from his vehicle?

22         A      No.

23         Q      Was that an assumption on your part?

24         A      Based on witness statement and what I

1    believe could have happened, what possibly happened, yes.

2             Q      And for Injury Type 2 is just serious

3    injury?

4             A      Yes.

5             Q      And then you have similar designations

6    for Mr. Shifflett.  Safety equipment, he was using a

7    lap-and-shoulder belt?

8             A      Yes.

9             Q      Airbag not deployed?

10            A      Yes.

11            Q      Not ejected?

12            A      Yes.

13            Q      Injury type, serious?

14            A      Yes, sir.

15            Q      Now, as for Mr. Shifflett's speed, speed

16   before crash, you have 70?

17            A      I have 60.

18            Q      I'm sorry, 60.

19            A      Yes, sir.

20            Q      In a speed limit of 70?

21            A      Yes, sir.

22            Q      Now, did you ask Mr. Shifflett how fast

23   he was traveling?

24            A      I don't recall if I asked him.

1        Q        And do you know where you would have

2   gotten that number if you did not get it directly from

3   Mr. Shifflett?

4        A        I got it based off of a witness statement

5   from Bingaman.

6        Q        So Ms. Bingaman --

7        A        I believe it's Bingaman.  One of the

8   witness statements told me she was in the right lane.  I

9   believe it was Bingaman.  I'm not sure.

10       Q        And that she was slowing down to turn

11  into the rest area, and that's when he changed lanes from

12  the right lane to the left lane --

13       A        Yes, sir.

14       Q        -- to pass her?

15       A        Yes, sir.

16       Q        And did he also indicate he wasn't

17  exceeding the speed limit?

18       A        Yes, sir.

19       Q        And so you just estimated that it was 60?

20       A        Yes, sir.

21       Q        Now, on Page 3 of 7, you indicated that

22  Vehicle 2 had skidding after the application of his

23  brakes?

24       A        Yes, sir.

1          Q       And that would have been the Brandon

2    Lester vehicle?

3          A       I'm looking at Vehicle No. 3 here.

4          Q       I'm saying on Page 3 of 7.

5          A       Okay, sorry.  3 of 7, after application

6    of brakes, yes, sir.

7          Q       And that would have been Brandon Lester?

8          A       Yes, sir.

9          Q       And as far as Vehicle 3, again there

10   would have been skidding after application of brakes?

11         A       Yes, sir.

12         Q       When you arrived at the scene, was there

13   any emergency EMS, fire, or rescue already at the scene?

14         A       No, sir.

15         Q       So you were the first --

16         A       Well, there was, I believe, right before

17   I got there, I believe there was a fire truck.  I believe.

18   I can't say for sure, thinking about it.  I believe I was

19   the first person to speak to Brandon Lester giving me

20   reason to believe I was the first person on the scene.

21         Q       And you did speak to Mr. Lester at the

22   scene?

23         A       Yes, sir, I did.

24         Q       Okay.  And tell me what his condition was

1    at that time.

2           A       He was in a lot of pain and he was

3    screaming for help.  Seemed to be a serious injury.

4           Q       Where did you have the conversation with

5    Mr. Lester?

6           A       Over the guardrail on an embankment on

7    the left side of the road.

8           Q       Did you also speak to him in the

9    ambulance?

10          A       I do not recall.

11          Q       Did you go to speak to him after you left

12   the scene in the hospital?

13          A       Yes, sir.

14          Q       Did he give you a statement at the scene

15   when you spoke to him when he was on the other side of the

16   guardrail?

17          A       Not a written statement, but he did give

18   me a statement.

19          Q       All right.  And do you recall what he

20   told you?

21          A       I asked him what happened.  He says he

22   doesn't remember.  He just remembers a white van.

23          Q       And you were recording -- even -- I guess

24   it was on your radio mic --

1          A       Yes, sir.

2          Q       -- will then record into your police

3    vehicle?

4          A       Yes, sir.

5          Q       And so if the recording -- well, I guess,

6    have you reviewed that recording since that morning?

7          A       One day it was like when I made a copy of

8    it, which is a week after that.  So based on me saying

9    what Brandon Lester told me is what I believe he said.  If

10   you have something to --

11         Q       Well, it appears that initially that he

12   said that tractor-trailer was across the road, he wanted

13   to stop, didn't see it in time, smacked it, and another

14   car hit him, and knocked him over the guardrail.

15         A       Okay.

16         Q       That he was ejected out of the truck

17   somehow, but he was not wearing his seat belt; that he was

18   in the fast lane, and the tractor-trailer was all across

19   the roadway backing up.  And another car wrecked, too, and

20   it ran, a white van.  A big van.  Do you remember him

21   making those statements?

22         A       I do not recall him making those

23   statements.

24         Q       So that doesn't refresh your

1    recollection?

2              A       Not at this time.

3              Q       All right.  And another part he indicated

4    a tractor-trailer was across the roadway like backing up

5    in the middle of the road.  I went to stop.  The car going

6    in front hit his brakes so fast that the truck slid into

7    him and another car hit me real hard and I seen a white

8    van bumping up on the hood, a big van.

9                      Does that refresh your recollection?

10             A       I recall him saying something about the

11   white van, but other than that I don't -- doesn't refresh

12   my memory.

13             Q       Was it your understanding that there was

14   another vehicle in front of Mr. Lester as he proceeded to

15   see the tractor-trailer across the roadway in front of

16   him?

17             A       No, sir.

18             Q       When you arrived, Mr. Martinez's vehicle

19   was on the right shoulder of the roadway on its hood, or

20   on the roof?

21             A       No, sir, not Martinez.

22             Q       I'm sorry.  Thank you.

23                     When you arrived, Mr. Lester's pickup

24   truck was off on the right shoulder of the roadway rolled

1    over onto its hood?

2              A      Yes, sir.

3              Q      Okay.  And where was the box truck

4    located?

5              A      It was just in front of the pickup truck

6    on its side against a tree.

7              Q      And the box truck would have been facing

8    north?

9              A      Yes, sir.

10             Q      And it was on its driver's side?

11             A      Yes, sir.

12             Q      Okay.  When you arrived, do you know

13   where the SMC tractor was that Mr. Martinez had been

14   driving?

15             A      When I arrived, I do not know where it

16   was.

17             Q      Can you draw on Trooper Exhibit 2 where

18   Mr. Martinez said he was when the initial impact took

19   place?

20             A      While speaking to Mr. Martinez, he puts

21   it in -- right in through here.  Somewhere in through here

22   is where he was, he said he was.  He says he was making a

23   right turn.

24             Q      Well, before you -- well, okay, I just --

1    that's fine, go ahead.  Where did -- this is a concrete --

2    not concrete, a paved, I'll say, triangle --

3            A       Yes, sir.

4            Q       -- in-between the travel portions and the

5    right entrance ramp to the rest area?

6            A       Yes, sir.

7            Q       And then, I guess, this shadow, I

8    believe, is of a sign, big blue sign says Rest Area?

9            A       Yes, sir.

10           Q       And this is a grassy portion?

11           A       Yes, sir.

12           Q       When you arrived, where was Mr. Lester's

13   vehicle?  Go ahead and put that in.

14           A       It was right in here.

15           Q       All right.  And where was the box van?

16           A       The box van I believe is right here.  I'm

17   not sure.  I don't want to mark it because I'm not a

18   hundred percent sure.  Looking at this, I can't tell for

19   sure.

20           Q       Okay.  Well, if you were to look at --

21           A       It was faced there so --

22           Q       So in that first set of -- it would have

23   been in that first set of bushes or...

24           A       I can't say for sure because of that tree

1  right there.  If you have another picture possibly it

2  could help me.

3          Q       I think -- is that the tree --

4          A       Those are the two trees that you are

5  looking at right here.

6          Q       Right.

7          A       There's two trees by itself, which I

8  can't see on here, gives me reason I'm not sure.  If I had

9  to guess --

10         Q       I don't want you to guess.

11         A       Yeah.

12         Q       In looking at this photograph --

13         A       Two trees here with the truck --

14         Q       And is that the beginning --

15         A       -- so I would say he was right here.

16         Q       All right.  Do you want to go ahead and

17 draw just your best recollection?  And he was on his side?

18         A       I believe he was there on his driver's

19 side facing north.

20         Q       Okay.  And the truck, the pickup truck,

21 when you arrived would have been angled with the front of

22 it facing where?

23         A       Towards the rest area, so this way.

24         Q       All right.  And go ahead and draw the

1    front of where the box truck was facing.

2            A       (Witness complies.)

3            Q       And you -- where did you -- when you

4    arrived, where did you park your vehicle?

5            A       Somewhere right in here.

6            Q       All right.  And go ahead and mark where

7    Mr. Martinez indicated that he was cutting across -- well,

8    what did Mr. Martinez tell you he -- what maneuver he was

9    making when this incident took place?

10           A       A right turn.

11           Q       And a right turn for what purpose?

12           A       To head south on Interstate 81.

13           Q       And what vehicle was Mr. Martinez

14   driving?

15           A       Tractor-trailer.

16           Q       The SMC tractor-trailer?

17           A       I believe so.

18           Q       And was he pulling another

19   tractor-trailer?

20           A       Yes, sir.

21           Q       And how was that other tractor-trailer

22   hooked onto the SMC tractor?

23           A       With a tow-haul package, I guess.

24           Q       Some sort of a towing hitch?

1          A       Towing hitch, yes, sir.

2          Q       And in which direction was the towed

3    tractor facing in relation to the front of the SMC

4    tractor?

5          A       Opposite direction.

6          Q       Okay.  And when you spoke to

7    Mr. Martinez, he indicated that he was attempting to go up

8    north on the southbound entrance ramp to make a U turn to

9    head southbound on 81?

10         A       Yes, sir.

11         Q       And was he cutting across the paved

12   triangle between the entrance ramp and the travel portion

13   of the roadway, of the interstate?

14         A       He didn't make a statement to that.  He

15   just showed me where it was at that time.

16         Q       Okay.  Can you mark on the diagram where

17   you indicate he was -- or he told you he was?

18         A       I believe he said he was here, based on

19   speaking to him, facing this way.

20         Q       Did he indicate to you whether or not he

21   was in the travel lanes of Interstate 81?

22         A       Yes, he did.

23         Q       And did he say he was blocking both

24   right- and left-hand lanes or how far out he was?

|    |   |                                                        |
|----|---|--------------------------------------------------------|
| 1  | A | I don't recall him making that statement. |
| 2  | Q | Do you recall seeing some debris as a |

result of the impact between -- the initial impact between

Mr. Lester's pickup truck and Mr. Martinez's tractor?

| 5  | A | I believe so. |
| 6  | Q | And where was that debris? |
| 7  | A | Where he said he was. |
| 8  | Q | All right.  Was it in the roadway, was it |

on the shoulder, was it --

| 10 | A | He was in the roadway. |
| 11 | Q | In the right-hand lane, left-hand lane? |
| 12 | A | I can't recall.  I remember -- I recall |

there being stuff in the roadway.  I just don't recall

which lane it was in.

| 15 | Q | Okay.  And did you observe where on the |

tractor that was towing the other tractor the damage was?

| 17 | A | Which tractor are we talking about?  Are |

we talking about the SMC tractor-trailer?

| 19 | Q | They were hauling -- the SMC was hauling |

the Salinas --

| 21 | A | Yes. |
| 22 | Q | Do you know where the damage was on that |

vehicle from the impact by Mr. Lester's pickup truck?

| 24 | A | The front left bumper. |

1          Q      All right.  And if I understand, as we

2     sit here today, what you've marked as -- well, let's do

3     this:  Will you take the Sharpie and draw a line to the

4     box truck, just a line down here to the white area and put

5     the letter A.

6               A      (Witness complies).

7               Q      Do another line from the Lester's vehicle

8     and put the letter B.

9               A      (Witness complies).

10               Q      Put the line from your vehicle, and it

11     will be the letter C.  And the line from Mr. Lester's

12     tractor -- I'm sorry, Mr. Martinez's tractor as letter D.

13               A      (Witness complies).

14               (Deposition Exhibit No. 3 marked for

15               identification.)

16     BY MR. FRANKL:

17               Q      Okay.  Now, in looking at the

18     photographs, I'm going to collectively mark the entire

19     pile as Trooper Atkins No. 3.  But then specifically I'm

20     going to mark this one as 3-A.  Can you tell us what that

21     photograph depicts?

22               A      Depicts a scuff -- scuff mark indentions

23     in the roadway from a collision.

24               Q      And were you able to determine from what

1    collision those scuff marks were created?

2             A       Yes, sir.

3             Q       Was that the first collision when the

4    Lester vehicle hit the SMC tractor or the second collision

5    when the box truck hit the Lester vehicle?

6             A       The second collision.

7             Q       Okay.  And does 3-B show those same scuff

8    marks just from a different, closer perspective?

9             A       Yes, sir.

10            Q       All right.  And 3-B shows that your

11   trooper's vehicle actually wasn't all the way into the

12   grass area.  It was actually stopped on the paved area

13   before the grass area started?

14            A       Yes, sir.

15            Q       All right.  And it also gives us

16   reference -- because right to the right of the yellow legs

17   is the post that holds the sign that says "rest area"?

18            A       Yes, sir.

19            Q       And so that allows us to say which one of

20   these -- which one of these markings on Exhibit 2 shows

21   the -- where the scuff marks would have been?

22            A       Yes, sir.

23            Q       All right.

24            A       Seems I put my -- position of my car --

```
 1            Q       Too far south.

 2            A       Just a car length too far south, maybe

 3     two car lengths.  So it would really be right in here.  Do

 4     you want me to mark it again?

 5            Q       No, that's fine.

 6            A       Okay.  So...

 7            Q       And the white line --

 8            A       Yes.

 9            Q       -- would have been --

10            A       Right where the collision occurred.

11            Q       Okay.  Can you put a big X in a circle?

12            A       (Witness complies.)

13            Q       Okay, now put a circle around that.  And

14     then why don't you draw it up and put the letter E.

15            A       (Witness complies.)

16            Q       Okay.  So that was the resting place of

17     Mr. Lester's pickup truck before the second collision?

18            A       Yes, sir.

19            Q       All right.  Now, in looking at these --

20     in looking at what's been marked as Exhibit 3-C, you see

21     one set of skid marks?

22            A       Yes, sir.

23            Q       And those skid marks would have been from

24     what vehicle?
```

```
 1            A       That, I do not recall.  I do not know.

 2            Q       Okay.  If you look at these other

 3   photographs that shows there is a second set of skid

 4   marks --

 5            A       Uh-huh.

 6            Q       --  starting later --

 7            A       Yes, sir.

 8            Q       -- does that help you to determine --

 9                    MS. WHITE:  Can we mark the other

10            photographs you are showing him for reference?

11                    MR. FRANKL:  I will, absolutely.

12   BY MR. FRANKL:

13            Q       I'm showing you photographs 3-D and 3-E.

14   Do those help you determine from which vehicle the

15   photographs in 3-C came from?

16                    MR. DUNN:  Skid marks.

17                    THE WITNESS:  The skid marks.  No, I

18            can -- I can sit here and say what I think they

19            could possibly be --

20   BY MR. FRANKL:

21            Q       That's what I'm asking.  Which ones do

22   you think these skid marks are from that are on Exhibit

23   3-C?

24                    MS. WHITE:  I, of course, object to any
```

```
 1            speculation.  But go ahead and answer.
 2                 THE WITNESS:  I think they come from
 3            Brandon Lester's truck, but I can't say for sure
 4            because these tire marks look to be the same.
 5            And I don't know if it's from the box truck, the
 6            front tires being slammed on the brakes, skid
 7            mark, and then when it goes sideways, the rear
 8            ones put these skid marks here.  I don't want to
 9            sit here and say they are for sure Brandon
10            Lester's because I don't know.
11    BY MR. FRANKL:
12            Q     So is it fair to say as we sit here today
13    that you can't definitively identify from what vehicle the
14    skid marks came from or how long those skid marks were?
15            A     Looking at the pictures, no.
16            Q     Well, do you have any independent
17    recollection of where the skid marks were that were left
18    by Brandon Lester's vehicle prior to the initial collision
19    with the SMC tractor?
20            A     I don't have any recollection of --
21            Q     Do you even know that he left skid marks
22    before that initial collision?
23            A     Based on my report, he did.
24            Q     Do you know whether -- and based on your
```

1    report, the box truck driven by Mr. Shifflett also left

2    skid marks after he applied his brakes?

3            A       Yes, sir.

4            Q       Do you know whether he applied -- well,

5    starting with Mr. Lester, do you know whether Mr. Lester

6    applied his brakes before or after the initial impact with

7    SMC?

8            A       Say that one more time.

9            Q       Do you know if Mr. Lester driving the

10   pickup truck applied his brakes before the initial impact

11   with the tractor, the SMC tractor?

12           A       After he pressed his brakes, he left skid

13   marks.

14           Q       I understand that, but do you know

15   whether or not he hit his brakes before impact or after

16   impact?

17           A       I do not know for sure.

18           Q       Okay.  Would the same hold true for

19   Mr. Shifflett; you don't know whether or not Mr. Shifflett

20   left skid marks before or after he collided with

21   Mr. Lester's vehicle?

22           A       Yes, sir, I do not know.

23           Q       And it's my understanding that since

24   there was no fatality the state police crash team was not

1   called to this stop?

2          A     Yes, sir.

3          Q     Now, Mr. -- in looking at Exhibit 2, you

4   do indicate that there was some debris from the initial

5   impact further north than the collision point that you've

6   marked as letter E?

7          A     Yes, sir.

8          Q     Okay.  You just don't remember where it

9   was?

10         A     No, sir.

11         Q     When you arrived -- in looking at Exhibit

12  3-F, there's a wooden pickup truck bed cover.  When you

13  arrived, was that where it was?

14         A     Is where -- when I arrived, that's where

15  it was, yes, sir, in that picture.

16         Q     Okay.  And Mr. Lester, where was he on

17  Exhibit 2?

18         A     I can't say for certain, but it was right

19  in here --

20         Q     Well, was he --

21         A     -- from looking at this picture.

22         Q     Okay.

23         A     He was -- where I parked, he was directly

24  below me so --

1          Q      When you say below you, it would have

2    been --

3          A      -- left of me.

4          Q      -- little bit to the south and at a

5    slight angle?

6          A      Just directly to the left -- I get out of

7    my car and I hear him directly to the left of me.

8          Q      Okay.  So go ahead --

9          A      My car, I put here maybe a car length

10   back so I'm going to say he was right in here.

11         Q      All right.  Go ahead and just put a

12   circle around that and then bring a line over here and

13   make that F.

14         A      (Witness complies.)

15         Q      When you arrived, were there individuals

16   helping Mr. Lester?

17         A      I believe there was one woman out with

18   him.

19         Q      Okay.  And when you went over and spoke

20   to him at the scene, was he laying down?

21         A      He was.

22         Q      Were you informed by any of the witnesses

23   that when they initially saw him or realized he was over

24   there that he was already standing?

```
 1              A      I don't recall.

 2              Q      There was a worker at the rest area,

 3     Wendy Montgomery.  Did you ever speak to her?

 4              A      I don't believe so.

 5              Q      Okay.

 6              A      I'm not sure.

 7              Q      It's my understanding that after they

 8     moved the bread truck that Mr. Shifflett was driving they

 9     found a toolbox and some tools and a backpack and some

10     personal items.  Do you recall that?

11              A      That's the first time I've heard of it.

12              Q      So if on the -- if on the video you say,

13     "Okay, I'll take care of that," you don't remember?

14              A      I definitely don't recall that.

15              Q      I think I was up to letter F, but I'm

16     going to go ahead and mark this as 3-G.  Is that the

17     inspection sticker for Mr. Lester's vehicle?

18              A      Yes, sir.

19              Q      So May -- it would have expired May of

20     this year?

21              A      Yes, sir.

22              Q      And the point of impact for the second

23     crash, the one between the white box truck and

24     Mr. Lester's vehicle, took place in the left-hand lane?
```

1        A       Yes, sir.

2                MS. WHITE:  I'm just going to object to

3        foundation.  But go ahead.

4                MR. FRANKL:  Well, he's already said that

5        those marks in the road were from the second

6        collision.

7                MS. WHITE:  I understand.

8                MR. FRANKL:  Well, I'm trying to

9        understand what your objection is.

10               MS. WHITE:  Oh, I'm just not sure he can

11       determine that, but...

12  BY MR. FRANKL:

13       Q       In looking at what's been marked 3-H,

14  does that give you a better indication that it in fact was

15  that first set of bushes?

16       A       Yes, sir.

17       Q       Okay.  So you did mark it correctly on

18  your diagram?

19       A       Yes, sir, I did.

20       Q       Did you mark the location of the white

21  box truck correctly on your diagram and mark it as Point

22  A?

23       A       Yes, sir.

24       Q       When you were at the scene, did

1    Mr. Lester, was he going in and out of consciousness?

2            A       No.

3            Q       Was he answering your questions

4    appropriately?

5            A       Other than he didn't remember anything,

6    yes.

7            Q       Okay.  But if in fact he did say he

8    remembered things and gave you that information on the

9    video that you took, that would have been correct in the

10   information that he gave you?

11           A       Yes.

12           Q       Okay.  But did he appear that he was, you

13   know, dazed or not cognizant of what was going on around

14   him?

15           A       Yes, sir.

16           Q       I'm going to show you what's been marked

17   as 3-I.  Is that a photograph of the front of the SMC

18   tractor?

19           A       Yes, sir.

20           Q       And the damage would have been on the

21   driver's side front?

22           A       Front left.

23           Q       Front left?

24           A       Yes, sir.

```
 1              Q      And is there any damage past the middle
 2   of the -- of the front bumper?
 3              A      I can't tell if there's any damage to the
 4   right bumper.
 5              Q      Okay.  And to your knowledge -- okay.
 6   Well, here is 3-J.  That would have been some potential
 7   damage to the front right bumper?
 8              A      Yes, sir, on Page 6 of 7, I marked that
 9   the whole front end was damaged.  So that would be
10   correct.
11              Q      To your knowledge, was there -- well, in
12   looking at 3-K, was this the towing apparatus used between
13   the two vehicles?
14              A      Yes, sir.
15              Q      And to your knowledge, was there any
16   damage to the Salinas Express vehicle that was being towed
17   by the SMC tractor?
18              A      Not from this wreck from what I could
19   tell.
20              Q      Okay.  Other than speaking to Israel
21   Martinez, did you speak to any other Hispanic man at the
22   scene of the accident?
23              A      Spoke to the driver of Salinas but didn't
24   have a conversation with him.  He just said that he was
```

1    driving this vehicle but he wasn't in it.

2              Q       Do you know who that was?

3              A       No, I didn't get his name.

4              Q       He said he was then the driver of the one

5    that was being towed?

6              A       He said he was the driver of this

7    vehicle.  And I said I don't --

8              Q       When you indicate this vehicle, what

9    vehicle --

10             A       Salinas.

11             Q       That's what I'm asking.  So he indicated

12   he was the driver of the Salinas tractor that was being

13   towed?

14             A       From what I recall, I remember

15   speaking -- having an encounter with a Hispanic male that

16   stated he was the driver of Salinas, which wasn't being

17   driven; it was being towed.  So I didn't get any of his

18   information.

19             Q       Did you talk to any other Hispanic

20   drivers at the scene?

21             A       No, sir.

22             Q       Did you talk to Mr. Shifflett at the

23   scene?

24             A       I don't recall.  I believe I spoke to him

1  for a second, but like I said they were working on getting

2  him out of the car.  I'm not even sure -- maybe if I did

3  speak to him, I asked for a driver's license.  I can't say

4  for certain I spoke to him at the scene.

5          Q       Now, was he going in and out of

6  consciousness?

7          A       He was the one going in and out of

8  consciousness.

9          Q       When you asked Mr. Martinez to give you

10  his logs, license, and registration, did he ultimately

11  comply and provide you with all three of those?

12          A       Driver's license, vehicle registration

13  and insurance is what I asked him for.

14          Q       And did he ultimately give all three of

15  those to you?

16          A       Yes, sir.

17          Q       And did the registration and the

18  insurance match the SMC tractor that he was driving?

19          A       Yes, sir.

20          Q       Okay.  Now, do you know how to read DOT

21  log books?

22          A       We're not trained on DOT log books, so...

23          Q       Do you recall looking at the DOT log

24  books that Mr. Martinez gave you at the scene?

```
 1              MR. DUNN:  I'm going to object to the

 2         form.

 3   BY MR. FRANKL:

 4         Q      Do you remember seeing or reviewing or

 5   inspecting the log books that Mr. Martinez gave you at the

 6   scene?

 7         A      No, sir.

 8         Q      You do or don't?

 9         A      I did not review them or look through

10   them.  He handed it to me.  I threw it on my dash and said

11   "I do not need your logbook."

12         Q      Did you then give those back to

13   Mr. Martinez?

14         A      Yes, sir.

15         Q      But you didn't look at them at all?

16         A      No, sir.

17         Q      All right.

18              MS. WHITE:  Dan, can we take a break for

19         a second?  I need to run to the ladies' room.

20              MR. FRANKL:  Certainly.  Off the record.

21              (A recess was taken.)

22   BY MR. FRANKL:

23         Q      Trooper, you indicated just now that you

24   looked at what Mr. Martinez handed you, and you said they
```

1    were his logs.  Did you look at them to see that they were

2    in fact logs?

3            A       No.  It was a binder which I believe had

4    his logbook, and I can't recall if there was a logbook in

5    there.  I --

6            Q       So you -- as we sit here today, you

7    cannot say that he actually had filled out DOT logs

8    showing his duty status?

9            A       Yes, sir, I cannot.

10           Q       Okay.  Whatever documents Mr. Martinez

11   gave to you, you took the information off the registration

12   and the insurance certificate, and you ultimately gave him

13   all of those documents back?

14           A       Yes, sir.

15           Q       Did you review any documents other than

16   the registration and the insurance certificate?

17           A       No, sir.

18           Q       What was Mr. Martinez's physical

19   condition?  Was he alert and oriented?

20           A       Yes.

21           Q       Was his speech slurred?

22           A       No, sir.

23           Q       Did you suspect any alcohol or drugs?

24           A       No, sir.

1        Q        Was he cooperative with you?

2        A        Very cooperative.

3        Q        Was he open in explaining "this is where

4   I was" and walked you up there and showed you?

5        A        Yes, sir.

6        Q        And just to be clear, he did in fact

7   state to you that it was his intention going north on the

8   southbound ramp that he was going to pull a U turn onto

9   the travel portion of Interstate 81?

10       A        Yes, sir.  If you call it a U turn.

11       Q        Well, if he was going north up the ramp

12  and then he's going to be going the opposite direction, it

13  would be in fact a U turn?

14       A        Yes, sir.

15       Q        180-degree difference?

16       A        Yes, sir.

17       Q        Okay.  Assuming Mr. Lester made specific

18  statements while you talked to him at the scene that are

19  recorded on your police --

20       A        Camera.

21       Q        -- camera and audio disk, those were the

22  most specific statements that he gave you about how the

23  accident took place as compared to when you got to the

24  hospital?

```
 1              A      Repeat the beginning of it?

 2              Q      Assuming he gave you a detailed

 3   explanation of what lane he was in and what the other

 4   vehicles were doing and things of that nature on your

 5   video and audio recording --

 6              A      Yes, sir.

 7              Q      -- that would have been at the scene?

 8              A      Yes, sir.

 9              Q      And that would have been more specific

10   than what he ultimately told you later at the hospital

11   when he basically said "I don't have any recollection"?

12              A      Okay, you're referring to Brandon Lester.

13              Q      Lester.

14              A      Okay, you said Martinez.

15              Q      I'm sorry.

16              A      I know.  There's three different people

17   here.  That's why I was trying to --

18              Q      Let me strike those questions and start

19   over.

20              If Mr. Lester gave you a more detailed

21   explanation as to what was going on at the scene that was

22   picked up on your audio and visual video recording, that

23   would have been the most explicit he ever was as to what

24   happened in the accident as compared to what he told you
```

1    at the hospital?

2              A     Yes, sir.

3              Q     And what he told you at the hospital was

4    "I really can't remember"?

5              A     Yes, sir.

6              Q     Between the time the audio and video was

7    taken and the time you copied it and produced it pursuant

8    to the subpoena, was there any alterations or deletions

9    made?

10             A     No, sir.

11             Q     When you approached the rest area as

12   you're heading south on Interstate 81, how far back is the

13   crest of the slight hill before you can look down and see

14   the entrance to the rest area and the rest area is spread

15   out in front of you?

16             A     Tenth or two-tenths of a mile.

17             Q     Did you actually go out and look or are

18   you estimating?

19             A     Estimating.

20             Q     Has the entrance changed at all from the

21   date of this accident to now?

22             A     No, sir.

23             Q     So it would be the same today as it was

24   back then?

1          A       Yes, sir, other than you'd have to go at

2    nighttime.

3          Q       I understand.  And is your call unit 533?

4          A       Yes, sir.

5          Q       To your knowledge, did anyone take down

6    the information from any of the other tractors or trailers

7    at the scene of this accident?

8          A       Not to my knowledge.

9          Q       Other than the four women that gave you

10   written statements, Mr. Martinez, Mr. Lester,

11   Mr. Shifflett, are you -- and I guess the one Salinas

12   driver that you didn't identify, are you aware of any

13   other witnesses to this accident?

14         A       That I am aware of?

15         Q       Are you aware of?

16         A       Not that I recall.

17         Q       Have you reviewed the 911 tapes from this

18   accident?

19         A       No, sir.

20         Q       As a result of this accident, you brought

21   a reckless driving charge and a failure to --

22         A       Obey a highway sign.

23         Q       -- obey a highway sign?

24         A       Yes, sir.

1          Q       All right.  And did Mr. Martinez show up

2    at court?

3          A       No, sir.

4          Q       So he was convicted in his absence?

5          A       Yes, sir.

6          Q       All right.  Now, in that -- in that

7    hearing, is it your understanding that Mr. Lester was

8    ejected as a result of the first collision between SMC and

9    his pickup truck?

10         A       Say the beginning of that one more time.

11         Q       Is it your understanding that Mr. Lester

12   was traveling down the road, his pickup truck hit the SMC

13   tractor, and that as a result of that initial collision he

14   was ejected?

15         A       That's what I believe happened.

16         Q       Now, after -- after this accident, were

17   you ever contacted at any time by Mr. Martinez?

18         A       No, sir.

19         Q       Were you present at court when

20   Mr. Martinez was brought in for his failure to appear?

21         A       No, sir.

22         Q       Have you talked to Mr. Martinez at any

23   time after the date of this accident?

24         A       No, sir.

1          Q       Has anybody from Salinas Express talked

2    to you after this accident?

3          A       No, sir.

4          Q       Has anyone from SMC talked to you after

5    this accident?

6          A       Yes, sir.

7          Q       How did that come about?  How did they

8    identify themselves and what did they say?

9                  MR. DUNN:  Let me note an objection here.

10          Foundation hasn't been laid as far as who made

11          the statement.

12   BY MR. FRANKL:

13          Q       You can go ahead and answer the question.

14          A       It was approximately three or four days

15   after the wreck, and I had a personal message to give a

16   woman a call with SMC Transport.

17          Q       When you -- you got that call through

18   dispatch?

19          A       Yes, sir.

20          Q       Did you return that call on your personal

21   phone?

22          A       Yes, sir.

23          Q       Would the phone log on your personal

24   phone still have that number?

```
 1              A       I want to stop you.  I just recalled I

 2     did it at the area office.  I remember sitting at the area

 3     office working on this crash report when I made the phone

 4     call.

 5              Q       Okay.  So you called from the area

 6     office?

 7              A       Yes, sir.  I usually make phone calls

 8     through my personal phone, but I just happened to be at

 9     the area office and made that phone call.

10              Q       That's fine.

11                      When you made that call from the area

12     office, when someone picked up, do you recall how they

13     answered the phone?

14              A       "Hello."

15              Q       So they didn't say "SMC"?

16              A       No, sir.

17              Q       Okay.  And what -- tell me about that

18     conversation to the best of your recollection.

19              A       I just acknowledged that I was Trooper

20     Atkins, Virginia State Police.  And I asked -- I said I

21     had a personal message to give this number a call.  She

22     stated that she was, I believe, the owner of SMC and --

23     that was involved in the crash that I worked.  And she

24     made statements from what I believe was Martinez was a
```

1  regular driver for them but they made an agreement for

2  Martinez to buy that truck.  But under the agreement was

3  it had some repairs that needed to be done.  And it was at

4  the shop.  And Martinez at that point did not have

5  permission to drive the vehicle.

6              And when they made that agreement for him

7  to buy the truck, they canceled their insurance, is what I

8  believe she told me.  And he took it upon himself,

9  Mr. Martinez, and went and picked up that truck and drove

10 it to Virginia.

11      Q      Did she ever identify who she was other

12 than the owner of SMC?

13      A      Not that I recall.

14      Q      Had you ever had any other contact with

15 any of the Martinez, SMC, or Salinas after that phone

16 call?

17      A      No, sir.

18      Q      In looking at the transcript from the

19 traffic hearing against Mr. Martinez, did Mr. Martinez

20 tell you why he was going out the entrance ramp of the

21 rest area to make the turn onto 81?

22      A      He couldn't make a U turn in the rest

23 area because he was hooked up with another

24 tractor-trailer.

1          Q        You indicated in your testimony that

2   Mr. Lester said that he saw the tractor-trailer in the

3   roadway.  Did he ever say what lane he was traveling in to

4   you?

5          A        Brandon Lester?

6          Q        Yes.

7          A        I do not recall.

8          Q        It indicated in your testimony that he

9   said he slammed on his brakes and started to fishtail.  Do

10  you recall that testimony?

11         A        In court?

12         Q        Yes.

13         A        I do not recall.

14         Q        Well, my question is:  Do you remember

15  seeing evidence that Brandon Lester was fishtailing before

16  the impact with the SMC tractor?

17         A        I do not recall.

18         Q        Do you have an understanding of what part

19  of Mr. Lester's pickup truck came into contact with the

20  SMC tractor?

21         A        Do I have an understanding of which part

22  of Brandon Lester's pickup truck made contact?

23         Q        Correct.

24         A        That, I do not.