

CERTIFIED MAIL/RETURN RECEIPT REQUESTED
#
AND REGULAR U.S. MAIL

November 17, 2015

Falls Lake National Insurance Company
6131 Falls Of Neuse Road, Suite 306
Raleigh, NC 27609

RE: **Claim Number:** WTUS15100028
Policy Holder: SMC Transport, LLC
Policy Number: MAT000340030889
Insurance Company: United Specialty Insurance Company
Date of Loss: 10/26/2015
Claimant: Several
Your Insured: Salinas Express LLC
Your Policy #: ST44000306

To Whom It May Concern:

We are acting on behalf of United Specialty Insurance Company, which issued Policy Number MAT000340030889 to SMC Transport, LLC.

Our investigation reveals that the driver of the 2003 Freightliner Israel Martinez was towing your insureds truck at the time of the accident and was working under your insureds authority at the time of the accident.

The 2003 Freightliner with VIN# 1FUJA6CG63LL12106 is noted to be owed by our insured SMS Transport LLC on the police report. Please be advised that the 2003 Freightliner is not a scheduled vehicle on our policy.

The facts that we have to date is that your insured Roy Salinas contact Israel Martinez to pick him up and tow his truck because it had broken down. Mr. Martinez without permission of SMS Transport took the 20003 Freightliner to pick your insured up and tow his truck back to his business location.

Mr. Martinez is not an employee of our insured and the truck in questions was going to purchase by your insured who had being working on the truck prior to this accident.

With the above being stated we are tendering this claim to you for handling.

Please contact the undersigned to verify that you will be accepting coverage on this matter.

Offices Nationwide
Mail – P.O. Box 166002 • Altamonte Springs, FL 32716-6002 • Toll Free (800) 315-6090 • Fax (866) 261-8507
www.narisk.com

Attachments:
1. WTUS15100028 [Thomas Wanser]