


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

|  | Comment |

Attach a Photo · Mention Friends




Like


Comment


Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| Comment |

Attach a Photo · Mention Friends



Previous                                                                                                    Next


Like                                    
                                        Comment                                    
                                                                                   Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

|                                                                        | Comment |

Attach a Photo · Mention Friends



Previous                                                                          Next


Like                                                  
                                 Comment                                  Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| | Comment |

Attach a Photo · Mention Friends




Like

Comment


Tag

Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                                  Next

👍              💬              🏷              ↗
Like          Comment         Tag           Share

**Maria Lilia Lily Moncivais**

At I 10 Exit 36 Lake Charles, Louisiana

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

                                                                                    [ Comment ]

Attach a Photo · Mention Friends



Previous Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela likes this.**

Write a comment...

Comment

Attach a Photo · Mention Friends




Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

| | Comment |

Attach a Photo · Mention Friends

Case 7:15-cv-00665-GEC Document 71-20 Filed 06/24/16 Page 9 of 25 Pageid#: 1884



Previous Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela** likes this.

Write a comment...

Comment

Attach a Photo · Mention Friends



                            
Like                        Comment                      Share

**Maria Lilia Lily Moncivais**

At Mississippi "New" Bridge...Baton Rouge

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela likes this.**

Write a comment...

| | Comment |

Attach a Photo · Mention Friends




Like


Comment


Share

**Maria Lilia Lily Moncivais**

Following the Bacon truck... Betty Moncivais Lopez Maria Davila.. — at Pelahatchie, MS

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**19 people like this.**

**Maria Davila**
Yummy
Like · 👍 1 · Reply · Report · Aug 19, 2015

Write a comment...

Comment

Attach a Photo · Mention Friends

Case 7:15-cv-00665-GEC   Document 71-20   Filed 06/24/16   Page 12 of 25   Pageid#: 1887



Previous                                                                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

My baby posing..con la patita..

See Translation
— at Forest MS Rest Area

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**27 people** like this.

💬 View previous comments...

**Maria Lilia Lily Moncivais**
Lol
Like · Reply · Report · Aug 19, 2015

**Rene Guerrero**
dile ke se ponga a trabajar!! ya ba tarde y apenas va ay!!!
Like · Reply · Report · Aug 19, 2015

**Juan Garza**
Yes amen jesus amen jng
Like · 👍 1 · Reply · Report · Aug 19, 2015

**Maria Lilia Lily Moncivais**
Lmao. ..dice taweno jefe..pero el mucho pose la cuerdita
Like · Reply · Report · Aug 19, 2015

**Rene Guerrero**
siiiii
Like · Reply · Report · Aug 19, 2015

**Maria Lilia Lily Moncivais**



Like · Reply · Report · Aug 19, 2015

**Maria Lilia Lily Moncivais**
Nombre te digo
Like · Reply · Report · Aug 19, 2015

**Rene Guerrero**



Like · 👍 1 · Reply · Report · Aug 19, 2015

**Rene Guerrero**



Like · 👍 1 · Reply · Report · Aug 19, 2015

**Betty Proctor**
Lol....
Like · Reply · Report · Aug 20, 2015

Write a comment...

Comment

Attach a Photo · Mention Friends



Like

Comment

Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela likes this.**

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                                      Next



Like                    Comment                    Tag                    Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                                 Next

👍                                    💬                                ➦
Like                                Comment                          Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                                    Next

👍          💬          🏷          ➤
Like        Comment      Tag        Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**Rita Ramirez** likes this.

Write a comment...

|  | Comment |

Attach a Photo · Mention Friends



Previous <span></span> Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

With Attorney Work Product at Forest MS Rest Area

Aug 19, 2015 · Friends · In Mobile Uploads

View Full Size · Make Profile Picture · Share on your Timeline · Send as Message · Report · Remove Tag

Write a comment...

Comment

Attach a Photo · Mention Friends

Who can see this?



Maria Lilia Lily Moncivais added a new photo — with Attorney
Attorney Work Product at Forest MS Rest Area.
August 19, 2015 · Forest, MS ·

Like    Comment    Share



Maria Lilia l
August 19, 20
Hidden f



With Attorney Work Product

Like    Comment

Write a comme

Friend Requests
Attorney Work Product





Forest MS R
Parking
Forest, Miss
Save · Like





Previous                                                                Next

👍
Like                      Comment                    Tag              Share

**Maria Lilia Lily Moncivais**

At Forest MS Rest Area

Aug 19, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

2 people like this.

**Maria Lilia Lily Moncivais**
Mucho facebookiar
Like · 👍1 · Reply · Report · Aug 19, 2015

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                                     Next


Like                                          Comment                                          Share

**Maria Lilia Lily Moncivais**

Almost there —  feeling restless.

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**25 people like this.**

**Andres Serna**
Pretty country out there
Like · 👍 1 · Reply · Report · Aug 20, 2015

**Maria Lilia Lily Moncivais**
Yes it is..
Like · Reply · Report · Aug 20, 2015

**Rene Guerrero**
ya era tiempo
Like · 👍 1 · Reply · Report · Aug 20, 2015

**Maria Lilia Lily Moncivais**



Like · Reply · Report · Aug 20, 2015

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                                                  Next


Like


Comment

Share

### Maria Lilia Lily Moncivais

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| Comment |

Attach a Photo · Mention Friends