

Previous                                                                    Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| | Comment |

Attach a Photo · Mention Friends



Previous Next


Like


Comment

Share

**Maria Lilia Lily Moncivais**

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous Next


Like


Comment


Share

**Marla Lilia Lily Moncivais**

At Buchanan

Aug 20, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| Comment |

Attach a Photo · Mention Friends



Previous


Like


Comment


Tag


Share

**Maria Lilia Lily Moncivais**

At City Of Marion Va

Aug 21, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous <span>Next</span>



Like     Comment     Tag     Share

**Maria Lilia Lily Moncivais**

At City Of Marion Va

Aug 21, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                        Next

Like          Comment          Tag          Share

**Maria Lilia Lily Moncivais**

At Pilot Truck Stop, Toms Brook, Va.

Aug 21, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Nilda Vela likes this.**

Write a comment...

                                                       Comment

Attach a Photo · Mention Friends



Previous                                                      Next

Like                               Comment                             Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**2 people** like this.

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                 Next

👍
Like                            💬
Comment                        ➤
Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**2 people like this.**

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous Next



Like    Comment    Tag    Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**2 people like this.**

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous                                                                    Next

👍                            💬                        ➤
Like                      Comment                  Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**Rene Guerrero** likes this.

Write a comment...

[                                                                    ]  [ Comment ]

Attach a Photo · Mention Friends



Previous

Next

👍 Like        💬 Comment        🏷️ Tag        ➤ Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**2 people like this.**

Write a comment...

|  | Comment |

Attach a Photo · Mention Friends



Previous                                                                                      Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Rest Area I-59N

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Rene Guerrero likes this.**

Write a comment...

| Comment |

Attach a Photo · Mention Friends



Previous                                                                                      Next



👍,
Like                              💬                              🏷                          ➤
                              Comment                          Tag                        Share

**Maria Lilia Lily Moncivais**

At Rest Area I-59N

Aug 22, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Rene Guerrero likes this.

Write a comment...

                                                                                    [ Comment ]

Attach a Photo · Mention Friends



Previous                                                                                    Next

👍          💬          🏷️          ➤
Like        Comment       Tag        Share

**Maria Lilia Lily Moncivais**
Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Jose Luis Rodriguez** likes this.

Write a comment...

                                                                              | Comment |

Attach a Photo · Mention Friends



Previous                                                       Next

👍                                    💬                              ➤
Like                                   Comment                         Share

**Maria Lilia Lily Moncivais**
Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

**Jose Luis Rodriguez** likes this.

Write a comment...

                                                               Comment

Attach a Photo · Mention Friends



Previous                                                                                   Next



 Like         Comment         Share

**Maria Lilia Lily Moncivais**
Aug 22, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

**Jose Luis Rodriguez** likes this.

Write a comment...

|                                                          | Comment |

Attach a Photo · Mention Friends



Previous                                                                                          Next


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Louisiana State Line

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| Comment |

Attach a Photo · Mention Friends



Previous                                                                                                              Next


Like                                      Comment                                   
                                                                                                   Share

**Maria Lilia Lily Moncivais**

At Louisiana State Line

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

| | Comment |
| --- | --- |

Attach a Photo · Mention Friends



Previous

Next

👍
Like

💬
Comment

➤
Share

**Maria Lilia Lily Moncivais**

At I-75 in Cleveland, Tennessee

Aug 22, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

3 people like this.

Write a comment...

| Comment |

Attach a Photo · Mention Friends

Insert ... a preview



Previous


Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Beumont, Texas

Aug 23, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



Previous Next


Like


Comment


Share

### Maria Lilia Lily Moncivais

At Beumont, Texas

Aug 23, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

[ Comment ]

Attach a Photo · Mention Friends




Like


Comment


Share

**Maria Lilia Lily Moncivais**

At Beumont, Texas

Aug 23, 2015 · Friends · in Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends



👍
Like

💬
Comment

🏷
Tag

➡
Share

**Maria Lilia Lily Moncivais**

At Beumont, Texas

Aug 23, 2015 · Friends · In Mobile Uploads
View Full Size · Send as Message · Report

Write a comment...

Comment

Attach a Photo · Mention Friends