

# ille Safety Rest Area



© SPOT IMAGE
© 2016 Google
© 2016 Europa Technologies

Case 7:15-cv-00665-GEC   Document 71-23   Filed 06/24/16   Page 2 of 10   Pageid#: 1925





...e Safety Rest Area

# DRIVER'S APPLICATION FOR EMPLOYMENT



Applicant Name (print): Roy Salinas   Date of Application: 9-02-15

Company: Salinas Express, LLC
Address: P.O. Box 1284
City: Zapata   State: TX   Zip: 78076

In compliance with Federal and State equal employment opportunity laws, qualified applicants are considered for all positions without regard to race, color, religion, sex, national origin, age, marital status, veteran status, non-job related disability, or any other protected group status.

## TO BE READ AND SIGNED BY APPLICANT

I authorize you to make such investigations and inquiries of my personal, employment, financial or medical history and other related matters as may be necessary in arriving at an employment decision. (Generally, inquiries regarding medical history will be made only if and after a conditional offer of employment has been extended.) I hereby release employers, schools, health care providers and other persons from all liability in responding to inquiries and releasing information in connection with my application.

In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in discharge. I understand, also, that I am required to abide by all rules and regulations of the Company.

I understand that information I provide regarding current and/or previous employers may be used, and those employer(s) will be contacted, for the purpose of investigating my safety performance history as required by 49 CFR 391.23(d) and (e). I understand that I have the right to:

- Review information provided by previous employers;
- Have errors in the information corrected by previous employers and for those previous employers to re-send the corrected information to the prospective employer; and
- Have a rebuttal statement attached to the alleged erroneous information, if the previous employer(s) and I cannot agree on the accuracy of the information.

Signature: Roy Salinas   Date: 8/05/15

## FOR COMPANY USE

### PROCESS RECORD

APPLICANT HIRED: Yes   REJECTED: ___
DATE EMPLOYED: ___   POINT EMPLOYED: ___
DEPARTMENT: Driver   CLASSIFICATION: ___
(IF REJECTED, SUMMARY REPORT OF REASONS SHOULD BE PLACED IN FILE)
SIGNATURE OF INTERVIEWING OFFICER: X

### TERMINATION OF EMPLOYMENT

TERMINATED: ___   DEPARTMENT RELEASED FROM: ___
___   VOLUNTARILY QUIT: ___   OTHER: ___
...TION REPORT PLACED IN FILE: ___   SUPERVISOR: ___

...made available with the understanding that J. J. Keller & Associates, Inc.® is not engaged in rendering legal, accounting, or other professional services. ...ssociates, Inc.® assumes no responsibility for the use of this form, or any decision made by an employer which may violate local, state, or federal law.

J. J. Keller & Associates, Inc.® All rights reserved.
691 (Rev. 6/13)

# REQUEST FOR CHECK OF DRIVING RECORD

NOTE TO MOTOR CARRIER: SEE BACK SIDE FOR STATES THAT ACCEPT THIS FORM.

I hereby authorize you to release the following information to _____
(Prospective Employer)

for purposes of investigation as required by Sections 391.23 and 391.25 of the Federal Motor Carrier Safety Regulations. You are released from any and all liability which may result from furnishing such information.

_____  9-9-15
(Applicant's Signature)            (Date)

In accordance with the provisions of Sections 604 and 607 of the Fair Credit Reporting Act, Public Law 91-508, as amended by the Consumer Credit Reporting Reform 10/2/12 Act of 1996 (Title II, Subtitle D, Chapter 1, of Public Law 104-208), I hereby certify the following:

1. The consumer (applicant) has authorized in writing the procurement of this report;
2. The consumer (applicant) has been informed in a separate written disclosure that a consumer report may be obtained for employment purposes;
3. The information requested below will be used for a "permissible purpose" (i.e., information for employment purposes) and will be used for no other purpose;
4. The information being obtained will not be used in violation of any federal or state equal opportunity law or regulation; and
5. Before taking an adverse action based in whole or in part on the report the consumer (applicant) will receive a copy of the requested report and the summary of consumer rights as provided with the report by the consumer reporting agency.

I also hereby certify that this report request and the above applicant's release notice meet the definition of "permissible uses" of state motor vehicle records under the provisions of the Driver's Privacy Protection Act of 1994 (Public Law 103-322, Title XXX, Section 300002(a)).

_____  _____
(Signature of Requester)          (Date)

TO: _____

DEAR SIR/MADAM:

☐ The following named person has made application with our company for the position of _____. In accordance with Section 391.23, Federal Department of Transportation Regulations, please furnish the undersigned with the applicant's driving record for the past three years.

☐ The following named person is employed with our company in the position of _____. In accordance with Section 391.25, Federal Department of Transportation Regulations, please furnish the undersigned with the employee's driving record for the past year.

NAME OF APPLICANT/DRIVER _____

ADDRESS _____ _____ _____ _____
         (Number & Street)  (City) (State) (Zip Code)

FORMER ADDRESS _____ _____ _____ _____
               (Number & Street)  (City) (State) (Zip Code)

DATE OF BIRTH _____ SSN _____ LICENSE NO. _____

REQUESTED BY

_____  _____
(Name of Company)                 (Typed Name)

_____  _____
(Address)                         (Title)

_____  _____
(City)        (State)             (Signature)

Copyright 2012 J. J. KELLER & ASSOCIATES, INC.® Neenah, WI • USA • (800) 327-6868 • jjkeller.com • Printed in the United States     729 (Rev. 10/12)

Case 7:15-cv-00665-GEC   Document 71-23   Filed 06/24/16   Page 6 of 10   Pageid#: 1929

# DRIVER STATEMENT OF ON-DUTY HOURS
## (For Newly Hired Drivers)

**INSTRUCTIONS:** Motor carriers, when using a driver for the first time, must obtain from the driver a signed statement giving the total time on-duty during the immediately preceding 7 days and the time at which the driver was last relieved from duty prior to beginning work for the carrier, as required by section 395.8(j)(2) of the Federal Motor Carrier Safety Regulations. **NOTE:** Hours for any work during the preceding 7 days, including any compensated work for a non-motor carrier, must be recorded on this form.

This form should be completed on the day the driver is scheduled to begin driving a commercial motor vehicle, and must be kept on file for at least 6 months.

Driver Name (Print) _[signature]_

Employee ID No. _____

| DAY | 1 (yesterday) | 2 | 3 | 4 | 5 | 6 | 7 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | |
| HOURS WORKED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

I hereby certify that the information given above is correct to the best of my knowledge and belief, and that I was last relieved from work at

_____ A.M./P.M. On _____ Day _____ Month _____ Year

_____  _____
Driver's Signature           Date

# DRIVER CERTIFICATION FOR OTHER COMPENSATED WORK

**INSTRUCTIONS:** When employed by a motor carrier, a driver must report to the carrier all on-duty time including time working for other employers. The definition of on-duty time found in Section 395.2 paragraphs (8) and (9) of the Federal Motor Carrier Safety Regulations includes time performing any other work in the capacity of, or in the employ or service of, a common, contract or private motor carrier, and performing any compensated work for any non-motor carrier entity.

(check one)

Are you currently working for another employer?  ☐ Yes  ☑ No

At this time do you intend to work for another employer while still employed by this company?  ☐ Yes  ☑ No

I hereby certify that the information given above is true and I understand that once I become employed with this company, if I begin working for any additional employer(s) for compensation that I must inform this company immediately of such employment activity.

_[signature]_                                     9-9-15
Driver's Signature                                Date

Witness: _____     _____
         Company Representative      Date

644-F 3687 (Rev. 3/09)

© Copyright 2009 J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868 • jjkeller.com

# MOTOR VEHICLE DRIVER'S
## Certification of Violations/Annual Review of Driving Record

MOTOR CARRIER INSTRUCTIONS: Each motor carrier shall at least once every 12 months, require each driver it employs to prepare and furnish it with a list of all violations of motor vehicle traffic laws and ordinances (other than violations involving only parking) of which the driver has been convicted, or on account of which he/she has forfeited bond or collateral during the preceding 12 months (Section 391.27). Drivers who have provided information required by Section 383.31 need not repeat that information on this form.

DRIVER REQUIREMENTS: Each driver shall furnish the list as required by the motor carrier above. If the driver has not been convicted of, or forfeited bond or collateral on account of any violation which must be listed, he/she shall so certify (Section 391.27).

### COMPLETED BY DRIVER - CERTIFICATION OF VIOLATIONS

| NAME OF DRIVER: (PRINT) | ID NUMBER | DATE OF EMPLOYMENT |
|---|---|---|
| [illegible] Salinas | | 9-9-15 |

| HOME TERMINAL (CITY AND STATE) | DRIVER'S LICENSE NUMBER | STATE | EXPIRATION DATE |
|---|---|---|---|
| [illegible], TX | 16925/6 | | 10-22-2020 |

I certify that the following is a true and complete list of traffic violations required to be listed (other than those I have provided under Part 383) for which I have been convicted or forfeited bond or collateral during the past 12 months.

(If you have had no violations, check the following box – ☐ None.)

| DATE | OFFENSE | LOCATION | TYPE OF VEHICLE OPERATED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation (other than those I have provided under Part 383) required to be listed during the past 12 months.

Date _____  Driver's Signature _____

### COMPLETED BY MOTOR CARRIER - ANNUAL REVIEW OF DRIVING RECORD

MOTOR CARRIER INSTRUCTIONS: Review the Certification of Violations listed above and other information described in Section 391.25 of the Federal Motor Carrier Safety Regulations. Complete the information requested below.

I have hereby reviewed the driving record of the above named driver in accordance with Section 391.25 and find that he/she (check one):

☐ Meets minimum requirements for safe driving          ☐ Is disqualified to drive a motor vehicle pursuant to Section 391.15

☐ Does not adequately meet satisfactory safe driving performance

Action taken with driver: _____

Reviewed by: _____   Date _____
Signature

Printed Name   Title

Motor Carrier Name   Motor Carrier Address

MAINTAIN THIS DOCUMENT IN THE DRIVER'S QUALIFICATION FILE. THIS DOCUMENT MAY BE PURGED AFTER 3 YEARS FROM DATE OF EXECUTION.

Copyright 2008 J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868 • jjkeller.com          643-F 3685 (11/08)

Case 7:15-cv-00665-GEC   Document 71-23   Filed 06/24/16   Page 8 of 10   Pageid#: 1931

# Motor Vehicle Driver's

# CERTIFICATION OF COMPLIANCE WITH DRIVER LICENSE REQUIREMENTS

**MOTOR CARRIER INSTRUCTIONS:** The requirements in Part 383 apply to every driver who operates in intrastate, interstate, or foreign commerce and operates a vehicle weighing or rated at 26,001 pounds or more, can transport more than 15 people, or transports hazardous materials that require placarding.

The requirements in Part 391 apply to every driver who operates in interstate commerce and operates a vehicle weighing or rated at 10,001 pounds or more, can transport more than 15 people (or more than 8 people when there is direct compensation), or transports hazardous materials that require placarding.

**DRIVER REQUIREMENTS:** Parts 383 and 391 of the Federal Motor Carrier Safety Regulations contain certain driver licensing requirements that you as a driver must comply with, including the following:

1) **POSSESS ONLY ONE LICENSE:** You, as a commercial vehicle driver, may not possess more than one motor vehicle operator's license.

2) **NOTIFICATION OF LICENSE SUSPENSION, REVOCATION OR CANCELLATION:** Sections 391.15(b)(2) and 383.33 of the Federal Motor Carrier Safety Regulations require that you notify your employer the NEXT BUSINESS DAY of any revocation, suspension, cancellation, or disqualification of your driver's license or driving privilege. In addition, Section 383.31 requires that any time you are convicted of violating a state or local traffic law (other than parking), you must report it within 30 days to your employing motor carrier. The notification must be in writing.

3) **CDL DOMICILE REQUIREMENT:** Section 383.23(a)(2) requires that your commercial driver's license be issued by your legal state of domicile, where you have your true, fixed, and permanent home and principal residence and to which you have the intention of returning whenever you are absent. If you establish a new domicile in another state, you must apply to transfer your CDL within 30 days.

The following license is the only one I possess:

Driver's License No. _____ State __TX__ Exp. Date _____

DRIVER CERTIFICATION: I certify that I have read and understood the above requirements.

Driver's Name (Printed): _Roy Salinas_

Driver's Signature: _____ Date: _____

Notes: _____

(This form is not required for DOT compliance.)

1617 (Rev. 5/13)

**Section 2. Employer or Authorized Representative Review and Verification**
(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR examine a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents" on the next page of this form. For each document you review, record the following information: document title, issuing authority, document number, and expiration date, if any.)

Employee Last Name, First Name and Middle Initial from Section 1: _____

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|
| Document Title: Driver's License<br>Issuing Authority: State of Texas<br>Document Number: 16471516<br>Expiration Date (if any)(mm/dd/yyyy): 10-05-20__ | | Document Title: Social Security<br>Issuing Authority: Dept of Health & Human Res.<br>Document Number: 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<br>Expiration Date (if any)(mm/dd/yyyy): | | Document Title:<br>Issuing Authority:<br>Document Number:<br>Expiration Date (if any)(mm/dd/yyyy): |
| Document Title:<br>Issuing Authority:<br>Document Number:<br>Expiration Date (if any)(mm/dd/yyyy): | | | | |
| Document Title:<br>Issuing Authority:<br>Document Number:<br>Expiration Date (if any)(mm/dd/yyyy): | | | | 3-D Barcode<br>Do Not Write In This Space |

**Certification**

I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment (mm/dd/yyyy): _____ (See Instructions for exemptions.)

| Signature of Employer or Authorized Representative | Date (mm/dd/yyyy) | Title of Employer or Authorized Representative |
| Last Name (Family Name) | First Name (Given Name) | Employer's Business or Organization Name |
| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | Zip Code |

**Section 3. Reverification and Rehires** (To be completed and signed by employer or authorized representative.)

| A. New Name (if applicable) Last Name (Family Name) First Name (Given Name) | Middle Initial | B. Date of Rehire (if applicable) (mm/dd/yyyy) |

C. If employee's previous grant of employment authorization has expired, provide the information for the document from List A or List C the employee presented that establishes current employment authorization in the space provided below.

| Document Title: | Document Number: | Expiration Date (if any)(mm/dd/yyyy): |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative: | Date (mm/dd/yyyy): | Print Name of Employer or Authorized Representative: |

Form I-9 03/08/13 N

Page 8 of 9

Case 7:15-cv-00665-GEC   Document 71-23   Filed 06/24/16   Page 10 of 10   Pageid#: 1933