# PREVIOUS PRE-EMPLOYMENT EMPLOYEE ALCOHOL AND DRUG TEST STATEMENT

Sec. 40.25(j) As the employer, you must also ask the employee whether he or she has tested positive, or refused to test, on any pre-employment drug or alcohol test administered by an employer to which the employee applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules during the past two years. If the employee admits that he or she had a positive test or a refusal to test, you must not use the employee to perform safety-sensitive functions for you, until and unless the employee documents successful completion of the return-to-duty process. (see Sec. 40.25(b)(5) and (e))

Prospective Employee Name: _Roy Salinas_ ID Number: _____
(print)

The prospective employee is required by Sec. 40.25(j) to respond to the following questions.

1) Have you tested positive, or refused to test, on any pre-employment drug or alcohol test administered by an employer to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules during the past two years?

   Check one: ☐ Yes ☒ No

2) If you answered yes, can you provide/obtain proof that you've successfully completed the DOT return-to-duty requirements?

   Check one: ☐ Yes ☐ No

I certify that the information provided on this document is true and correct.

Prospective Employee Signature: _[signature]_ Date: _5-9-15_

Witnessed By: _____ Date: _____
(signature)

© Copyright 2003
Published by J.J. KELLER & ASSOCIATES, INC.
Neenah, WI 54957-0368
1-800-327-6868 • www.jjkeller.com

ORIGINAL - EMPLOYER

886-FS-C2 6801
(Rev. 7/03)

**ECIPIENT EMPLOYER:** The individual identified in SECTION 1 below has indicated that you employ(ed) or use(d) him/her ithin the last 3 years in a position that involved the operation of a commercial motor vehicle and/or that was subject to U.S. epartment of Transportation (DOT)-regulated drug and alcohol testing.

accordance with 49 CFR §§40.25 and 391.23, we are hereby requesting that you supply us with the Safety Performance History this individual. Under DOT rule §391.23(g), you *must* respond to this inquiry within 30 days of receipt.

lease complete SECTIONS 2 through 4 (as applicable) and return to the prospective employer shown in SECTION 1.

**PPLICANT:** Complete SECTION 1 and submit to prospective employer.

**ROSPECTIVE EMPLOYER:** Remove Ply 3 and adjacent carbon, complete SECTION 5a on Ply 3, and send Ply 1 and 2 to urrent / previous employer. Upon receipt of completed form, complete SECTION 5b and retain.

---

### TO BE COMPLETED BY PROSPECTIVE EMPLOYEE

I, (Print Name) _Paul Soliven_   hereby authorize:
First, M.I., Last

Social Security Number: ___-__-___

Date of Birth: _____

Email: _____

Previous Employer: _____   Telephone: _____

Street: _____   Fax No.: _____

City, State, Zip: _____

to release and forward the information requested by section 4 of this document concerning my Alcohol and Controlled Substances Testing records within the previous 3 years from _____ (date of employment application)

To:

Prospective Employer: _____   Telephone: _____

Attention: _____

Street: _____

City, State, Zip: _____

In compliance with §40.25(g) and 391.23(h), release of this information must be made in a written form that ensures confidentiality, such as fax, email, or letter.

Prospective employer's confidential fax number: _____

Prospective employer's confidential email address: _____

Applicant's Signature: _[signed]_   Date: _____

---

### TO BE COMPLETED BY PREVIOUS EMPLOYER
### EMPLOYMENT VERIFICATION

The applicant named above was or is employed or used by us. Yes ☐ No ☐   from (m/y) _____ to (m/y) _____

Employed as (job title) _____

Did he/she drive a motor vehicle for you? Yes ☐ No ☐   If yes, what type?   Straight Truck ☐   Tractor-Semitrailer ☐   Bus ☐

Cargo Tank ☐   Doubles/Triples ☐   Other (Specify) _____

Completed by: _____

Company: _____

Street: _____   Telephone: _____

City, State, Zip: _____   Date: _____

Signature: _____

Complete Sections 3 and 4 on SIDE 2 before returning.

**PREVIOUS EMPLOYER: REMOVE CARBON BEFORE COMPLETING SIDE 2**

ORIGINAL PROSPECTIVE EMPLOYER    9620 (Rev. 9/13)

Copyright 2013 J. J. Keller & Associates, Inc.® All rights reserved.
Neenah, WI • USA • 800-327-6868
jjkeller.com • Printed in the United States

_Safety Performance History Records Request_

**RECIPIENT EMPLOYER:** The individual identified in SECTION 1 below has indicated that you employ(ed) or use(d) him/her within the last 3 years in a position that involved the operation of a commercial motor vehicle and/or that was subject to U.S. Department of Transportation (DOT)-regulated drug and alcohol testing.

In accordance with 49 CFR §§40.25 and 391.23, we are hereby requesting that you supply us with the Safety Performance History of this individual. Under DOT rule §391.23(g), you *must* respond to this inquiry within 30 days of receipt.

Please complete SECTIONS 2 through 4 (as applicable) and return to the prospective employer shown in SECTION 1.

**APPLICANT:** Complete SECTION 1 and submit to prospective employer.

**PROSPECTIVE EMPLOYER:** Remove Ply 3 and adjacent carbon, complete SECTION 5a on Ply 3, and send Ply 1 and 2 to current / previous employer. Upon receipt of completed form, complete SECTION 5b and retain.

## SECTION 1 — TO BE COMPLETED BY PROSPECTIVE EMPLOYEE

I, (Print Name) _Roy Salinas_
First, M.I., Last

hereby authorize:

Social Security Number: 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 (approx.)
Date of Birth: ____
Email: ____
Telephone: ____
Fax No.: ____

Previous Employer: ____
Street: ____
City, State, Zip: ____

to release and forward the information requested by section 4 of this document concerning my Alcohol and Controlled Substances Testing records within the previous 3 years from _____ (date of employment application).

To: ____
Prospective Employer: ____
Telephone: ____
Attention: ____
Street: ____
City, State, Zip: ____

In compliance with §40.25(g) and 391.23(h), release of this information must be made in a written form that ensures confidentiality, such as fax, email, or letter.

Prospective employer's confidential fax number: ____
Prospective employer's confidential email address: ____

Applicant's Signature _____  Date _____

## SECTION 2 — TO BE COMPLETED BY PREVIOUS EMPLOYER

**EMPLOYMENT VERIFICATION**

The applicant named above was or is employed or used by us. Yes ☐ No ☐
from (m/y) _____ to (m/y) _____
Employed as (job title) ____
Did he/she drive a motor vehicle for you? Yes ☐ No ☐ If yes, what type? Straight Truck ☐ Tractor-Semitrailer ☐ Bus ☐
Cargo Tank ☐ Doubles/Triples ☐ Other (Specify) ____

Completed by: ____
Company: ____
Street: ____
City, State, Zip: ____
Telephone: ____
Date: ____
Signature: ____

Complete Sections 3 and 4 on SIDE 2 before returning.

**PREVIOUS EMPLOYER: REMOVE CARBON BEFORE COMPLETING SIDE 2**

Copyright 2013 J. J. Keller & Associates, Inc.® All rights reserved.
Neenah, WI • USA • 800-327-6868
jjkeller.com • Printed in the United States

ORIGINAL PROSPECTIVE EMPLOYER    9620 (Rev. 9/13)

# Motor Vehicle Driver's Certification of Violations

## MOTOR VEHICLE DRIVER'S CERTIFICATION OF VIOLATIONS
### Under 49 C.F.R. 391.27

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months.

| Date | Offense | Location | Type of Vehicle Operated |
|------|---------|----------|--------------------------|
|      | NONE    |          |                          |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

_[signature]_
Driver's Signature

9-9-15
Date of Certification

_Salinas Express, LLC_
Motor Carrier's Name

_[address illegible]_
Motor Carrier's Address

_____
Reviewed by (Signature)

_____
Reviewed by (Title)

_____
Reviewed by (Printed Name)

_____
Date of Review

Note: This form is provided as a suggested format for a commercial motor vehicle driver's certification of violations. A motor carrier may use any format which complies with 49 CFR 391.21.

*unit #110*
*Roy*
Page 1 of 3

# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #183835011

ATTENTION: Ruben Salinas Jr at Salinas Express LLC - T5247565
Phone: (956) 763-7347 and Fax:

Carrier is required to check in with and obtain load requirements from C.H. Robinson, prior to arriving at Shipper, by calling (866) 581-0813 and asking for Load #183835011

| C.H. Robinson Communication |
|---|
| **Customer-Specified Equipment Requirements** |

| Equipment: | Van - Exact L=53 |
|---|---|
| Temp Control: | N |

C.H. Robinson's Customer requires that the Carrier arrives at Shipper with the following specific equipment to properly transport this shipment:
2 load bars are required to secure this shipment.

**SHIPPER #1:**
Address: CreaFill Fibers Corp. CFF
10200 Worton Rd.
Chestertown, MD 21620

Phone: (410) 810-0779

Pick Up Date: 10/20/15
*Scheduled to Pick*
Pick Up Time: Contact CHR for scheduling information
Pickup#: Becky
Appointment#:

Please ask for and confirm receipt of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| Creafill Fibers | 43,500 | Pallet(s) | | 20 | | |

*Shipper Instructions*

**RECEIVER #1:**
Address: Braniff Transport Cargo
13599 N Lamar Dr
LAREDO, TX 78045-1801

Phone: (956) 717-3115

Delivery#:
Appointment#:

Please confirm delivery of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| Creafill Fibers | 43,500 | Pallet(s) | | 20 | | |

*Receiver Instructions*

*Sent on 10/28/15*



DEPOSITION EXHIBIT
Ace Court Reporting Service



# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #183835011

## Rate Details

| Service for Load #183835011 | Amount | Rate | Extended |
|---|---|---|---|
| Line Haul - FLAT RATE | 1 | $2,300.00 | $2,300.00 |
| Total: | | | $2,300.00 |

**SUBMIT FREIGHT BILL TO:**
CHRW Quick Pay Billing
P.O. Box 3474
Chicago, IL 60654
LoadDocs@CHRobinson.com

To insure prompt payment, all billing must be accompanied by an invoice with the Carrier Name and C.H. Robinson Load Number

## Fuel Surcharge Information

Please note that C.H. Robinson has included a $371.70 fuel surcharge within the listed transportation rate on this confirmation. The fuel surcharge is an estimate based off of a weekly national average fuel price from the U.S. Department of Energy.

## QUICK PAY and CASH ADVANCE

QUICK PAY - If you are a Carrier who utilizes C.H. Robinson's Quick Pay Program, you may email your invoice and required paperwork to LoadDocs@chrobinson.com or visit CHRWTrucks.com for other scanning options. Funds will be released from C.H. Robinson, minus the fixed discount, within two business days from receipt of complete and legible paperwork. Paperwork received by 12:00 noon (CST) will be counted as same day; paperwork received after 12:00 noon (CST) will count as the next business day. Carriers enrolled in Quick Pay are no longer required to submit original paperwork for payment in addition to using one of our billing methods unless otherwise instructed by C.H. Robinson. Carrier shall retain custody of the original paperwork and provide it to C.H. Robinson upon Request.

C.H. Robinson also recommends that Carrier only submit "receipt" for payment once, regardless of billing method to avoid additional fees. If you would like more information about becoming enrolled in Quick Pay, please contact the Quick Pay Department at (800) 326-9977. For a list of our billing options, please visit CHRWTrucks.com.

CASH ADVANCE - Carriers may request a cash advance from C.H. Robinson to be issued at C.H. Robinson's discretion as a partial settlement to the agreed upon rate. All cash advances will be deducted from final settlement, including a $15 transaction fee for each individual advance.

## Directions

Any directions given by C.H. Robinson or its Customers, whether orally and/or electronically, are for informational purposes only. It is the Carrier's sole responsibility to confirm that it may lawfully and safely operate its vehicle and its contents over any road, highway, bridge and/or route. Carrier shall be solely responsible for any fines, penalties, or citations that may be levied as a result of operating its vehicle equipment and its contents in any way that may be found to be in violation of any regulation, law or ordinance.

## Shipper's Driving Directions

SHIPPER 1 - CreaFill Fibers Corp. CFF: FROM THE NORTH (PHILY/NEW JERSEY)-- Follow I-95 south to rte 1 south. (a toll road). Take rte 1 to route 896/301. (To avoid the toll, exit immediately after the c&d canal bridge on Rte 13 South and follow it to 896/301) Follow 301 S to exit for rte 290 and proceed South to Galena, MD. At the intersection in Galena go straight on to rte 213 south to rte 297. (suds n soda on the right) Turn rig

### C.H. Robinson Contract Addendum and Carrier Load Confirmation Conditions

THIS LOAD CONFIRMATION IS SUBJECT TO THE TERMS OF THE AGREEMENT FOR MOTOR CONTRACT CARRIER SERVICES ("AGREEMENT") PREVIOUSLY EXECUTED BETWEEN OUR COMPANIES AND THIS CONSTITUTES AN ADDENDUM TO THE TERMS OF THAT AGREEMENT. WE AGREE TO PAY THE RATES AND CHARGES SHOWN ABOVE AND NO DIFFERENT TARIFF RATE OR SCHEDULE OF RATES APPLY. THIS LOAD CONFIRMATION IS INCLUSIVE OF ALL CHARGES. UNLESS ORAL AND WRITTEN FAX OBJECTIONS ARE MADE TO ITS TERMS, AT THE EARLIER OF WITHIN TWENTY-FOURS (24) HOURS OF RECEIPT OR PRIOR TO WORK BEING INITIATED, YOU HAVE AGREED TO THESE TERMS.

**Additional Terms**

**1.**
Unless C.H. Robinson provides written notice herein that this term does not apply to this shipment, Carrier's motor vehicle equipment shall be dedicated to Broker's exclusive use while transporting freight tendered by Broker (C.H. Robinson Worldwide, Inc. and affiliates) pursuant to this Load Confirmation and Carrier's Agreement with C.H. Robinson. Carrier's violation of this exclusive use requirement shall result in Carrier's forfeiting its right to be paid for the transportation services contemplated by this Load Confirmation, not as penalty, but as liquidated damages.

**2.**
T-Chek requests made outside of the C.H. Robinson branch's regular business hours may not be authorized. If carrier requires T-Chek advance, carrier must make arrangements with the C.H. Robinson booking branch during their normal business hours and/or upon booking this shipment.

**3.**
This rate is contingent upon successful and on-time completion of all load terms as orally stipulated or written on this addendum and rate may be subject to reduction if carrier fails to complete any shipment terms and conditions. Rate may be reduced if load picks up or delivers after originally scheduled time and date. Carrier acknowledges that failure to complete any terms and conditions on this shipment may jeopardize or result in loss of future business opportunities with C.H. Robinson and/or cancelation of C.H. Robinson carrier contract.

**4.**
Accessorial charges (including but not limited to labor, detention, and/or layover charges) must be authorized and approved prior to or at time of occurrence. C.H. Robinson will not provide any reimbursement of any non, prior-approved accessorial charges. Carrier shall ensure the bill of lading is notated either when handling is required or when detention occurs, that a lumper receipt is provided when a lumper is hired, and/or that both are included as supporting documents with the Carrier's invoice. All overage, shortage, and damage must be reported to C.H. Robinson immediately, at time of occurrence, and noted on the bill of lading.

**5.**
C.H. Robinson's Customer requires that Carrier provide tracking updates, for this shipment, through C.H. Robinson, around the following events via EDI or via chrwtrucks.com (unless otherwise specified on this confirmation):
- Arrival at and departure from Shipper(s) within thirty (30) minutes of occurrence
- A minimum of one check call per day, prior to 10:00am, each day that Carrier is in possession of this shipment
- Arrival at and departure from Receiver(s) within thirty (30) minutes of occurrence

**6.**
For any problems or issues after regular business hours or over the weekends, please contact C.H. Robinson at (800) 443-4010.

**7.**
Pursuant to C.H. Robinson carrier contract, carrier will provide an amount of cargo insurance coverage sufficient to cover the loss or damage of any commodities and cargo carried. Carrier's cargo insurance policy must not exclude from coverage any commodities or cargo carried on this order. If carrier's cargo insurance policy contains a schedule of covered vehicles, carrier will not transport any cargo on this shipment using a vehicle that is not listed as a scheduled vehicle on carrier's cargo insurance policy.



**CreaFill Fibers Corp.**
10200 Worton Road
Chestertown, MD 21620
410.810.0779/ 800.832.4662
410.810.0793 fax / fiber@creafill.com

# Bill of Lading
NOT NEGOTIABLE

Shipper No: 17900
Date: 10/20/2015
PO No.: 15187

**CARRIER NAME:** CH ROBINSON

| TO: | FROM: |
|---|---|
| Mocayco C/O S.G. Forwarding Inc. | CREAFILL FIBERS CORP |
| 13599 N. Lamar Drive | 10200 WORTON ROAD |
| Laredo, TX 78045 | CHESTERTOWN, MD 21620 |
| 956-725-9159 | 410-810-0779 |

| NO. OF SHIPPING UNITS | KIND OF PACKAGING, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT (Subject to Correction) | CHARGES |
|---|---|---|---|
| 20 PLTS | Cellulose Fibers - SC 90 - 960/ 44 LB BAGS = 42,240 | 43,240 | Prepaid |

*Pablo Esparza*
*10-21-15*

SEAL NO: UL-2091630

CLASS: 55
NMFC: 41910.02

THIRD PARTY BILL TO ADDRESS:

**SHIPPING INSTRUCTIONS:**
THREE LOAD LOCKS AND/OR STRAPS REQUIRED

For Shipping Use Only
Total Charges: $
Payment
Shipper/ Prepaid  X
Recipient/ Collect
Third Party

SHIPPER: CreaFill Fibers Corp.
PER: REBECCA L. SPRAY
DATE: 10/20/2015

CARRIER: CH Robinson
PER: Ray Sig. Nai
DATE: 10-20-15

The shipper certifies that the above named materials are properly classified, described, marked, labeled and packaged, and are in proper condition for transportation, according to the applicable regulations of the Department Of Transportation.

RECEIVED Subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

NOTICE Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

# DRIVER'S DAILY LOG (24 HOURS)

Original - File at home terminal
Duplicate - Driver retains in his/her possession for eight days

**Date:** 10 / 18 / 15 (Month / Day / Year)

**Name of Carrier or Carriers:** Salinas Express
**Main Office Address:** 340 Lodero E-1 Zapata, TX
**Home Terminal Address:** _____

**Total Miles Driving Today:** _____
**Total Mileage Today:** _____
**Truck/Tractor and Trailer Numbers:** 110

| Status | Total Hours |
|---|---|
| 1. OFF DUTY | 0 |
| 2. SLEEPER BERTH | 24 |
| 3. DRIVING | 0 |
| 4. ON DUTY (NOT DRIVING) | 0 |
| **TOTAL** | 24 |

**REMARKS:** Off-Duty

**SHIPPING DOCUMENTS:**
B/L or Manifest No. or Shipper & Commodity: _____

From: _____ To: _____

---

# DRIVER'S DAILY LOG (24 HOURS)

**Date:** 10 / 19 / 15

**Name of Carrier or Carriers:** Salinas Express
**Main Office Address:** 340 Lodero E-1 Zapata, TX

**Total Miles Driving Today:** 540
**Total Mileage Today:** 360968
**Truck/Tractor and Trailer Numbers:** 110

| Status | Total Hours |
|---|---|
| 1. OFF DUTY | .50 |
| 2. SLEEPER BERTH | 14.25 |
| 3. DRIVING | 8 |
| 4. ON DUTY (NOT DRIVING) | 1.25 |
| **TOTAL** | 24 |

**SHIPPING DOCUMENTS:**
B/L or Manifest No.: JM 774
Shipper & Commodity: CSM Bakery Ind

From: Van Buren, AR To: Elyria, OH / Lorain, MO

DEPOSITION EXHIBIT
Aco Court Reporting Service
Case 7:15-cv-00665-GEC   Document 71-24   Filed 06/24/16   Page 9 of 14   Pageid#: 1942

# DRIVER'S DAILY LOG (24 HOURS)

**Date:** 10 / 20 / 15

**Name of Carrier:** Salinas Express
**Main Office Address:** 240 Laredo St, Zapata, TX

**Total Miles Driving Today:** 270
**Truck/Tractor and Trailer Numbers:** 111 / 36093

**I certify these entries are true and correct.**

| Duty Status | Total Hours |
|---|---|
| 1. Off Duty | .75 |
| 2. Sleeper Berth | 18.50 |
| 3. Driving | 4 |
| 4. On Duty (Not Driving) | .75 |
| **Total** | 24 |

**Shipping Documents:**
B/L or Manifest No: 15187
Shipper & Commodity: Creafill Fibers Corp.

**From:** Monrovia, MD
**To:** Chestertown, MD / Laredo, TX

---

# DRIVER'S DAILY LOG (24 HOURS)

**Date:** 10 / 21 / 15

**Name of Carrier:** Salinas Express
**Main Office Address:** 240 Laredo St, Zapata, TX

**Total Miles Driving Today:** 155
**Truck/Tractor and Trailer Numbers:** 110 / 36093

| Duty Status | Total Hours |
|---|---|
| 1. Off Duty | 1.50 |
| 2. Sleeper Berth | 19 |
| 3. Driving | 2.25 |
| 4. On Duty (Not Driving) | 2.25 |
| **Total** | 24 |

**Shipping Documents:**
B/L or Manifest No: 15157
Shipper & Commodity: Creafill Fibers

**From:** Tours Brook, VA
**To:** Laredo, TX

Case 7:15-cv-00665-GEC   Document 71-24   Filed 06/24/16   Page 10 of 14   Pageid#: 1943

# DRIVER'S DAILY LOG
(24 HOURS)

Original - File at home terminal
Duplicate - Driver retains in his/her possession for eight days

**RECAP** Complete at end of workday.

(Month) / (Day) / (Year)

Name of Carrier or Carriers: Salinas Express

Main Office Address: 240 Linden St Zapata, TC

Total Miles Driving Today / Total Mileage Today

Home Terminal Address:

I certify these entries are true and correct:
Driver's Full Signature: Roy Salinas

Co-Driver's Name:

| | TOTAL HOURS |
|---|---|
| 1. OFF DUTY | 24 |
| 2. SLEEPER BERTH | 0 |
| 3. DRIVING | 0 |
| 4. ON DUTY (NOT DRIVING) | 0 |
| | 24 |

REMARKS:

SHIPPING DOCUMENTS:

10-29-15 To 10-31-15
Off Duty

B/L or Manifest No. or
Shipper & Commodity

From: _____ To: _____

USE TIME STANDARD AT HOME TERMINAL

19361 (545-MP)





