



EXHIBIT
TR MEENS 30
4/19/16





EXHIBIT 3F





EXHIBIT 3F
PR. ATKINS
4/12/16
mrb





EXHIBIT 36
TR-ATKINS
4/1/16
mgB











EXHIBIT

TPR ATKINS 35
4/12/16
mjg









EXHIBIT

TR. Atkins
4/14/16
8/12/18





