








Case 7:15-cv-00665-GEC Document 71-26 Filed 06/24/16 Page 5 of 14 Pageid#: 1973







Case 7:15-cv-00665-GEC   Document 71-26   Filed 06/24/16   Page 8 of 14   Pageid#: 1976


Case 7:15-cv-00665-GEC   Document 71-26   Filed 06/24/16   Page 9 of 14   Pageid#: 1977




Case 7:15-cv-00665-GEC   Document 71-26   Filed 06/24/16   Page 11 of 14   Pageid#: 1979



Case 7:15-cv-00665-GEC   Document 71-26   Filed 06/24/16   Page 12 of 14   Pageid#: 1980



