

Case 7:15-cv-00665-GEC   Document 71-27   Filed 06/24/16   Page 1 of 11   Pageid#: 1983





Case 7:15-cv-00665-GEC   Document 71-27   Filed 06/24/16   Page 3 of 11   Pageid#: 1985





Case 7:15-cv-00665-GEC   Document 71-27   Filed 06/24/16   Page 5 of 11   Pageid#: 1987









