








Case 7:15-cv-00665-GEC   Document 71-28   Filed 06/24/16   Page 5 of 15   Pageid#: 1998











S.M.C. TRANSPORT

USDOT 2485879
MC 859955
TX 006875585C
KYU 335149
VIN 3L112106

FIRE EXTINGUISHER








Case 7:15-cv-00665-GEC   Document 71-28   Filed 06/24/16   Page 14 of 15   Pageid#: 2007

