
























Case 7:15-cv-00665-GEC   Document 71-29   Filed 06/24/16   Page 15 of 24   Pageid#: 2023









Case 7:15-cv-00665-GEC Document 71-29 Filed 06/24/16 Page 19 of 24 Pageid#: 2027







Case 7:15-cv-00665-GEC   Document 71-29   Filed 06/24/16   Page 22 of 24   Pageid#: 2020



