**CreaFill Fibers Corp.**
10200 Worton Road
Chestertown, MD 21620
410.810.0779 / 800.832.4662
410.810.0793 fax / fiber@creafill.com

# Bill of Lading
NOT NEGOTIABLE

Shipper No: 17900
Date: 10/20/2015
PO No.: 15187

CARRIER NAME: CH ROBINSON

| TO: | FROM: |
|---|---|
| Mocayco C/O S.G. Forwarding Inc. | CREAFILL FIBERS CORP |
| 13599 N. Lamar Drive | 10200 WORTON ROAD |
| Laredo, TX 78045 | CHESTERTOWN, MD 21620 |
| 956-725-9169 | 410-810-0779 |

| NO. OF SHIPPING UNITS | KIND OF PACKAGING, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT (Subject to Correction) | CHARGES |
|---|---|---|---|
| 20 PLTS | Cellulose Fibers - SC 90 - 960/ 44 LB BAGS = 42,240 | 43,240 | Prepaid |

*Pablo Esparza*
*10-21-15*

SEAL NO: UL-2091630

THIRD PARTY BILL TO ADDRESS:

CLASS: 55
NMFC: 41910.02

SHIPPING INSTRUCTIONS:
THREE LOAD LOCKS AND/OR STRAPS REQUIRED

For Shipping Use Only
Total Charges: $
Payment
Shipper/ Prepaid  X
Recipient/ Collect
Third Party

SHIPPER: CreaFill Fibers Corp.
PER: REBECCA L. SPRAY
DATE: 10/20/2015

CARRIER: CH Robinson
PER: Roy Salinas
DATE: 10-20-15

The shipper certifies that the above named materials are properly classified, described, marked, labeled and packaged, and are in proper condition for transportation, according to the applicable regulations of the Department Of Transportation.

RECEIVED Subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

NOTICE Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to accept to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

## DRIVER'S DAILY LOG (24 HOURS)

**Log 1:**
- Month: 10, Day: 18, Year: 15
- Name of Carrier: Salinas Express
- Main Office Address: 340 Ladera E-1 Zapata, Tx
- Total Miles Driving Today: (blank)
- Total Mileage Today: (blank)
- Truck/Tractor: 110

| Status | Total Hours |
|---|---|
| 1. OFF DUTY | 0 |
| 2. SLEEPER BERTH | 24 |
| 3. DRIVING | 0 |
| 4. ON DUTY (NOT DRIVING) | 0 |
| REMARKS | 24 |

Remarks: Off-Duty

Shipping Documents: (blank)
B/L or Manifest No.: (blank)
Shipper & Commodity: (blank)
From: _____ To: _____

---

**Log 2:**
- Month: 10, Day: 19, Year: 15
- Name of Carrier: Salinas Express
- Main Office Address: 340 Ladera E-1 Zapata, Tx
- Total Miles Driving Today: 540
- Truck/Tractor: 110 / 360563

| Status | Total Hours |
|---|---|
| 1. OFF DUTY | .50 |
| 2. SLEEPER BERTH | 14.25 |
| 3. DRIVING | 8 |
| 4. ON DUTY (NOT DRIVING) | 1.25 |
| REMARKS | 24 |

Shipping Documents:
B/L or Manifest No.: 14774
Shipper & Commodity: CSM Bakery Prod
From: Van Buren, AR  To: Elysia, OK / Mt Rawlins, MO

DEPOSITION EXHIBIT
Ace Court Reporting Service

# DRIVER'S DAILY LOG (24 HOURS)

**Date:** 10 / 20 / 15 (Month/Day/Year)

**Total Miles Driving Today:** 270
**Total Mileage Today:** (blank)

**Truck/Tractor and Trailer Numbers or License Plate(s) / State:** 111 — 360913

**Name of Carrier or Carriers:** Salinas Express
**Main Office Address:** 240 Lodera St, Zapata, TX
**Home Terminal Address:** (same)

**Totals:**
- Off Duty: .75
- Sleeper Berth: 18.50
- Driving: 4
- On Duty (not driving): .75
- Total: 24

**Remarks / Shipping Documents:**
B/L or Manifest No.: 15187
Shipper & Commodity: Crestfill Fibers Corp.
From: Monrovia, MD
To: Chestertown, MD / Laredo, TX

---

# DRIVER'S DAILY LOG (24 HOURS)

**Date:** 10 / 21 / 15

**Total Miles Driving Today:** 155
**Total Mileage Today:** (blank)

**Truck/Tractor and Trailer Numbers:** 110 — 360913

**Name of Carrier or Carriers:** Salinas Express
**Main Office Address:** 240 Lodera St, Zapata, TX

**Totals:**
- Off Duty: 1.50
- Sleeper Berth: 19
- Driving: 2.25
- On Duty (not driving): 2.25
- Total: 24

**Remarks / Shipping Documents:**
B/L or Manifest No.: 15157
Shipper & Commodity: Crestfill Fibers
From: Tarus Brook, VA
To: Laredo, TX

# DRIVER'S DAILY LOG
(24 HOURS)

Original - File at home terminal
Duplicate - Driver retains in his/her possession for eight days

**RECAP** Complete at end of workday.

(Month) 1 / (Day) 1 / (Year)

Name of Carrier or Carriers: Salinas Express

Main Office Address: 240 Ladera St Zapata, TC

Total Miles Driving Today: ___  Total Mileage Today: ___

Home Terminal Address: ___

I certify these entries are true and correct:

Driver's Full Signature: [signed]

Co-Driver's Name: ___

Truck/Tractor and Trailer Numbers or License Plate(s) / State:

| | Total Hours |
|---|---|
| 1. OFF DUTY | 24 |
| 2. SLEEPER BERTH | 0 |
| 3. DRIVING | 0 |
| 4. ON DUTY (NOT DRIVING) | 0 |

REMARKS: 24

10-22-15 To 10-31-15

Off-Duty

SHIPPING DOCUMENTS:
B/L or Manifest No. or Shipper & Commodity

From: ___ To: ___

USE TIME STANDARD AT HOME TERMINAL

19361 (545-MP)





