# CRASH

| Field | Value |
|---|---|
| GPS Lat. | 37.469450 |
| GPS Long. | -79.810615 |
| Crash Date MM/DD/YYYY | 10/26/2015 |
| Day of Week | Monday |
| MILITARY Time (24 hr clock) | 05:15 |
| County of Crash | BOTETOURT COUNTY |
| Official DMV Use | 153055221 |
| City of / Town of | |
| City or Town Name | |
| Landmarks at Scene | |
| Location of Crash (route/street) | INTERSTATE 81 |
| Railroad Crossing ID no. (if within 150 ft.) | |
| Local Case Number | DIV615129246 |
| At Intersection With or | 0.80 Miles ☒ Feet ☐, N S E W of ROUTE 606 |
| Mile Marker Number | 158.10 |
| Number of Vehicles | 3 |

## VEHICLE # 1

**DRIVER**
- Driver's Name (Last, First, Middle): MARTINEZ JR, ISRAEL
- Gender: M
- Address: PO BOX 1211
- City: ZAPATA  State: TX  ZIP: 78076
- Birth Date: 01/26/1975
- Driver's License Number: 02443786
- State: TX  DL: Y  CDL: Y
- Safety Equip. Used: 3
- Air Bag: 2
- Ejected: 1
- Date of Death: 
- Injury Type: 6
- EMS Transport: Y
- Summons Issued As Result of Crash: 1
- Offenses Charged to Driver: 46.2-852

**VEHICLE**
- Vehicle Owner's Name: SMC, TRANSPORT, LLC
- Address: 2309 LARGO STREET
- City: WESLACO  State: TX  ZIP: 78596
- Vehicle Year: 2003
- Make: FREIGHTLIN  Model: COLUMBIA
- Disabled: ☐  CMV: ☒  Towed: ☐
- Vehicle Plate Number: R199631  State: TX
- Approximate Repair Cost: 2000
- VIN: 1FUJA6CG63LL12106
- Name of Insurance Company: UNITED SPECIALTY
- Speed Before Crash: 5
- Speed Limit: 70
- Maximum Safe Speed: 0
- ALL Passengers Age Count — Under 8: 0, 8-17: 0, 18-21: 0, Over 21: 0

## VEHICLE # 2

**DRIVER**
- Driver's Name (Last, First, Middle): LESTER, BRANDON, CLARK
- Gender: M
- Address: 177 KESSLER LANE
- City: BUCHANAN  State: VA  ZIP: 24066
- Birth Date: 07/02/1992
- Driver's License Number: T64341935
- State: VA  DL: Y  CDL: N
- Safety Equip. Used: 8
- Air Bag: 2
- Ejected: 3
- Date of Death:
- Injury Type: 2
- EMS Transport: Y
- Summons Issued As Result of Crash: 2
- Offenses Charged to Driver: 

**VEHICLE**
- Vehicle Owner's Name: LESTER, BRANDON, CLARK (Same as Driver)
- Address: 177 KESSLER LANE
- City: BUCHANAN  State: VA  ZIP: 24066
- Vehicle Year: 1995
- Make: TOYOTA  Model: TACOMA
- Disabled: ☒  CMV: ☐  Towed: ☒
- Vehicle Plate Number: VGA 1541  State: VA
- Approximate Repair Cost: 5000
- VIN: 4TAUN61C9SZ035791
- Name of Insurance Company: GEICO
- Speed Before Crash: 70
- Speed Limit: 70
- Maximum Safe Speed: 70
- ALL Passengers Age Count — Under 8: 0, 8-17: 0, 18-21: 0, Over 21: 0

## PASSENGER (only if injured or killed)

(No passenger entries listed for either vehicle.)

## Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
6. No Injury (driver only)

EXHIBIT TPR Atkins #1

| Investigating Officer | Badge/Code Number | Agency/Department Name and Code | Reviewing Officer | Report File Date |
|---|---|---|---|---|
| MICHAEL ATKINS | 8363 | VIRGINIA STATE POLICE | Timothy Knight | 10/26/2015 |

## CRASH

- GPS Lat.: 37.469450
- GPS Long.: -79.81061 5
- Crash Date: 10/26/2015
- Day of Week: Monday
- Military Time: 05:15
- County of Crash: BOTETOURT COUNTY
- Official DMV Use: 153055221
- City of / Town of: (blank)
- City or Town Name: (blank)
- Landmarks at Scene: (blank)
- Location of Crash (route/street): INTERSTATE 81
- Railroad Crossing ID no.: (blank)
- Local Case Number: DIV615129246
- At Intersection With or 0.80 ☒ Miles ☐ Feet — N☐ S☒ E☐ W☐ of ROUTE 606
- Mile Marker Number: 158.10
- Number of Vehicles: 3

### VEHICLE # 3

**DRIVER** — Driver Fled Scene: ☐
- Driver's Name: SHIFFLETT, ANTHONY, RAY
- Gender: M
- Address: 527 ROSSER ROAD
- City: DILLWYN
- State: VA
- ZIP: 23936
- Birth Date: 12/13/1972
- Driver's License Number: T61245184
- State: VA
- DL: Y
- CDL: Y
- Safety Equip. Used: 3
- Air Bag: 2
- Ejected: 1
- Date of Death: (blank)
- Injury Type: 2
- EMS Transport: Y
- Summons Issued As Result of Crash: 2
- Offenses Charged to Driver: (blank)

**VEHICLE**
- Vehicle Owner's Name: CT, WWM, INC
- Same as Driver: ☐
- Address: PO BOX 174
- City: IVY
- State: VA
- ZIP: 22945
- Vehicle Year: 2007
- Vehicle Make: HINO
- Vehicle Model: 165
- Disabled: ☒
- CMV: ☒
- Towed: ☒
- Vehicle Plate Number: TX157469
- State: VA
- Approximate Repair Cost: 15000
- VIN: 5PVNE8JV372S50623
- Oversize: ☐
- Cargo Spill: ☐
- Override: ☐
- Underride: ☐
- Name of Insurance Company: FCCI INSURANCE
- Speed Before Crash: 60
- Speed Limit: 70
- Maximum Safe Speed: 0
- ALL Passengers Age Count: Under 8: 0, 8-17: 0, 18-21: 0, Over 21: 0

**PASSENGER** (only if injured or killed): (none listed)

### VEHICLE #: (blank)

**DRIVER** — Driver Fled Scene: ☐
(all fields blank)

**VEHICLE** (all fields blank)

**PASSENGER** (only if injured or killed): (none listed)

### Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
5. No Injury (driver only)

- Investigating Officer: MICHAEL ATKINS
- Badge/Code Number: 8363
- Agency/Department: VIRGINIA STATE POLICE
- Reviewing Officer: Timothy Knight
- Report File Date: 10/26/2015

# CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | | DIV615129246 |

## DRIVER INFORMATION

### Driver's Action — P1 (Veh 1 / Veh 2)
- 1. No Improper Action — Veh 2
- 2. Exceeded Speed Limit
- 3. Exceeded Safe Speed But Not Speed Limit
- 4. Overtaking On Hill
- 5. Overtaking On Curve
- 6. Overtaking at Intersection
- 7. Improper Passing of School Bus
- 8. Cutting In
- 9. Other Improper Passing
- 10. Wrong Side of Road — Not Overtaking
- 11. Did Not Have Right-of-Way
- 12. Following Too Close
- 13. Fail to Signal or Improper Signal
- 14. Improper Turn — Wide Right Turn
- 15. Improper Turn — Cut Corner on Left Turn
- 16. Improper Turn From Wrong Lane
- 17. Other Improper Turn
- 18. Improper Backing
- 19. Improper Start From Parked Position
- 20. Disregarded Officer or Flagger
- 21. Disregarded Traffic Signal
- 22. Disregarded Stop or Yield Sign
- 23. Driver Distraction
- 24. Fail to Stop at Through Highway — No Sign
- 25. Drive Through Work Zone
- 26. Fail to Set Out Flares or Flags
- 27. Fail to Dim Headlights
- 28. Driving Without Lights
- 29. Improper Parking Location
- 30. Avoiding Pedestrian
- 31. Avoiding Other Vehicle
- 32. Avoiding Animal
- 33. Crowded Off Highway
- 34. Hit and Run
- 35. Car Ran Away — No Driver
- 36. Blinded by Headlights
- 37. Other — Veh 1
- 38. Avoiding Object in Roadway
- 39. Eluding Police
- 40. Fail to Maintain Proper Control
- 41. Improper Passing
- 42. Improper or Unsafe Lane Change
- 43. Over Correction

### Condition of Driver Contributing to the Crash — P2
- 1. No Defects — Veh 1, Veh 2
- 2. Eyesight Defective
- 3. Hearing Defective
- 4. Other Body Defects
- 5. Illness
- 6. Fatigued
- 7. Apparently Asleep
- 8. Other
- 9. Unknown

### Driver Vision Obscured — P3
- 1. Not Obscured — Veh 1, Veh 2
- 2. Rain, Snow, etc. on Windshield
- 3. Windshield Otherwise Obscured
- 4. Vision Obscured by Load on Vehicle
- 5. Trees, Crops, etc.
- 6. Building
- 7. Embankment
- 8. Sign or Signboard
- 9. Hillcrest
- 10. Parked Vehicle(s)
- 11. Moving Vehicle(s)
- 12. Sun or Headlight Glare
- 13. Other
- 14. Blind Spot
- 15. Smoke/Dust
- 16. Stopped Vehicle(s)

### Type of Driver Distractions — P4
- 1. Looking at Roadside Incident
- 2. Driver Fatigue
- 3. Looking at Scenery
- 4. Passenger(s)
- 5. Radio/CD, etc.
- 6. Cell Phone
- 7. Eyes Not on Road
- 8. Daydreaming
- 9. Eating/Drinking
- 10. Adjusting Vehicle Controls
- 11. Other
- 12. Navigation Device
- 13. Texting
- 14. No Driver Distraction — Veh 1, Veh 2

### Drinking — P5
- 1. Had Not Been Drinking — Veh 1, Veh 2
- 2. Drinking — Obviously Drunk
- 3. Drinking — Ability Impaired
- 4. Drinking — Ability Not Impaired
- 5. Drinking — Not Known Whether Impaired
- 6. Unknown

### Method of Alcohol Determination (by police) — P6
- (N/A checked for Veh 1 and Veh 2)
- 1. Blood
- 2. Breath
- 3. Refused
- 4. No Test

### Drug Use — P7
- 1. Yes
- 2. No — Veh 1, Veh 2
- 3. Unknown

## VEHICLE INFORMATION

### Vehicle Maneuver — V1 (Veh 1 / Veh 2)
- 1. Going Straight Ahead — Veh 2
- 2. Making Right Turn
- 3. Making Left Turn
- 4. Making U-Turn
- 5. Slowing or Stopping
- 6. Merging Into Traffic Lane
- 7. Starting From Parked Position
- 8. Stopped In Traffic Lane
- 9. Ran Off Road — Right
- 10. Ran Off Road — Left
- 11. Parked
- 12. Backing
- 13. Passing
- 14. Changing Lanes
- 15. Other — Veh 1
- 16. Entering Street From Parking Lot

### Skidding Tire/Mark — V2
- 1. Before Application of Brakes
- 2. After Application of Brakes — Veh 2
- 3. Before and After Application of Brakes
- 4. No Visible Skid Mark/Tire Mark — Veh 1

### Vehicle Body Type — V3
- 1. Passenger car
- 2. Truck — Pick-up/Passenger Truck — Veh 2
- 3. Van
- 4. Truck — Single Unit Truck (2-Axles)
- 7. Motor Home, Recreational Vehicle
- 8. Special Vehicle — Oversized Vehicle/Earthmover/Road Equipment
- 9. Bicycle
- 10. Moped
- 11. Motorcycle
- 12. Emergency Vehicle (Regardless of Vehicle Type)
- 13. Bus — School Bus
- 14. Bus — City Transit Bus/Privately Owned Church Bus
- 15. Bus — Commercial Bus
- 16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.)
- 18. Special Vehicle — Farm Machinery
- 19. Special Vehicle — ATV
- 21. Special Vehicle — Low-Speed Vehicle
- 22. Truck — Sport Utility Vehicle (SUV)
- 23. Truck — Single Unit Truck (3 Axles or More) — Veh 1
- 25. Truck — Truck Tractor (Bobtail-No Trailer)

### Vehicle Damage — V4
- 1. Unknown
- 2. No damage
- 3. Overturned
- 4. Motor
- 5. Undercarriage
- 6. Totaled — Veh 2
- 7. Fire
- 8. Other — Veh 1

### Vehicle Condition — V5
- 1. No Defects — Veh 1, Veh 2
- 2. Lights Defective
- 3. Brakes Defective
- 4. Steering Defective
- 5. Puncture/Blowout
- 6. Worn or Slick Tires
- 7. Motor Trouble
- 8. Chains In Use
- 9. Other
- 10. Vehicle Altered
- 11. Mirrors Defective
- 12. Power Train Defective
- 13. Suspension Defective
- 14. Windows/Windshield Defective
- 15. Wipers Defective
- 16. Wheels Defective
- 17. Exhaust System

### Special Function Motor Vehicle — V6
- 1. No Special Function — Veh 1, Veh 2
- 2. Taxi
- 3. School Bus (Public or Private)
- 4. Transit Bus
- 5. Intercity Bus
- 6. Charter Bus
- 7. Other Bus
- 8. Military
- 9. Police
- 10. Ambulance
- 11. Fire Truck
- 12. Tow Truck
- 13. Maintenance
- 14. Unknown

### EMV in service — V7
- 1. Yes
- 2. No — Veh 1, Veh 2

### Truck Cover — V8
- 1. Yes
- 2. No — Veh 1 (N/A for Veh 2)

## CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | | DIV615129246 |

## DRIVER INFORMATION

**Veh 3**

### Driver's Action (P1)
- [x] 1. No Improper Action
- 2. Exceeded Speed Limit
- 3. Exceeded Safe Speed But Not Speed Limit
- 4. Overtaking On Hill
- 5. Overtaking On Curve
- 6. Overtaking at Intersection
- 7. Improper Passing of School Bus
- 8. Cutting In
- 9. Other Improper Passing
- 10. Wrong Side of Road — Not Overtaking
- 11. Did Not Have Right-of-Way
- 12. Following Too Close
- 13. Fail to Signal or Improper Signal
- 14. Improper Turn — Wide Right Turn
- 15. Improper Turn — Cut Corner on Left Turn
- 16. Improper Turn From Wrong Lane
- 17. Other Improper Turn
- 18. Improper Backing
- 19. Improper Start From Parked Position
- 20. Disregarded Officer or Flagger
- 21. Disregarded Traffic Signal
- 22. Disregarded Stop or Yield Sign
- 23. Driver Distraction
- 24. Fail to Stop at Through Highway — No Sign
- 25. Drive Through Work Zone
- 26. Fail to Set Out Flares or Flags
- 27. Fail to Dim Headlights
- 28. Driving Without Lights
- 29. Improper Parking Location
- 30. Avoiding Pedestrian
- 31. Avoiding Other Vehicle
- 32. Avoiding Animal
- 33. Crowded Off Highway
- 34. Hit and Run
- 35. Car Ran Away — No Driver
- 36. Blinded by Headlights
- 37. Other
- 38. Avoiding Object in Roadway
- 39. Eluding Police
- 40. Fail to Maintain Proper Control
- 41. Improper Passing
- 42. Improper or Unsafe Lane Change
- 43. Over Correction

### Condition of Driver Contributing to the Crash (P2)
- [x] 1. No Defects
- 2. Eyesight Defective
- 3. Hearing Defective
- 4. Other Body Defects
- 5. Illness
- 6. Fatigued
- 7. Apparently Asleep
- 8. Other
- 9. Unknown

### Driver Vision Obscured (P3)
- [x] 1. Not Obscured
- 2. Rain, Snow, etc. on Windshield
- 3. Windshield Otherwise Obscured
- 4. Vision Obscured by Load on Vehicle
- 5. Trees, Crops, etc.
- 6. Building
- 7. Embankment
- 8. Sign or Signboard
- 9. Hillcrest
- 10. Parked Vehicle(s)
- 11. Moving Vehicle(s)
- 12. Sun or Headlight Glare
- 13. Other
- 14. Blind Spot
- 15. Smoke/Dust
- 16. Stopped Vehicle(s)

### Type of Driver Distractions (P4)
- 1. Looking at Roadside Incident
- 2. Driver Fatigue
- 3. Looking at Scenery
- 4. Passenger(s)
- 5. Radio/CD, etc.
- 6. Cell Phone
- 7. Eyes Not on Road
- 8. Daydreaming
- 9. Eating/Drinking
- 10. Adjusting Vehicle Controls
- 11. Other
- 12. Navigation Device
- 13. Texting
- [x] 14. No Driver Distraction

### Drinking (P5)
- [x] 1. Had Not Been Drinking
- 2. Drinking — Obviously Drunk
- 3. Drinking — Ability Impaired
- 4. Drinking — Ability Not Impaired
- 5. Drinking — Not Known Whether Impaired
- 6. Unknown

### Method of Alcohol Determination (by police) (P6)
- 1. Blood
- 2. Breath
- 3. Refused
- 4. No Test

### Drug Use (P7)
- 1. Yes
- [x] 2. No
- 3. Unknown

## VEHICLE INFORMATION

**Veh 3**

### Vehicle Maneuver (V1)
- [x] 1. Going Straight Ahead
- 2. Making Right Turn
- 3. Making Left Turn
- 4. Making U-Turn
- 5. Slowing or Stopping
- 6. Merging Into Traffic Lane
- 7. Starting From Parked Position
- 8. Stopped in Traffic Lane
- 9. Ran Off Road — Right
- 10. Ran Off Road — Left
- 11. Parked
- 12. Backing
- 13. Passing
- 14. Changing Lanes
- 15. Other
- 16. Entering Street From Parking Lot

### Skidding Tire/Mark (V2)
- 1. Before Application of Brakes
- [x] 2. After Application of Brakes
- 3. Before and After Application of Brakes
- 4. No Visible Skid Mark/Tire Mark

### Vehicle Body Type (V3)
- 1. Passenger car
- 2. Truck — Pick-up/Passenger Truck
- 3. Van
- [x] 4. Truck — Single Unit Truck (2-Axles)
- 7. Motor Home, Recreational Vehicle
- 8. Special Vehicle — Oversized Vehicle/Earthmover/Road Equipment
- 9. Bicycle
- 10. Moped
- 11. Motorcycle
- 12. Emergency Vehicle (Regardless of Vehicle Type)
- 13. Bus — School Bus
- 14. Bus — City Transit Bus/ Privately Owned Church Bus
- 15. Bus — Commercial Bus
- 16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.)
- 18. Special Vehicle — Farm Machinery
- 19. Special Vehicle — ATV
- 21. Special Vehicle — Low-Speed Vehicle
- 22. Truck — Sport Utility Vehicle (SUV)
- 23. Truck — Single Unit Truck (3 Axles or More)
- 25. Truck — Truck Tractor (Bobtail-No Trailer)

### Vehicle Damage (V4)
- 1. Unknown
- 2. No damage
- 3. Overturned
- 4. Motor
- 5. Undercarriage
- [x] 6. Totaled
- 7. Fire
- 8. Other

### Vehicle Condition (V5)
- [x] 1. No Defects
- 2. Lights Defective
- 3. Brakes Defective
- 4. Steering Defective
- 5. Puncture/Blowout
- 6. Worn or Slick Tires
- 7. Motor Trouble
- 8. Chains In Use
- 9. Other
- 10. Vehicle Altered
- 11. Mirrors Defective
- 12. Power Train Defective
- 13. Suspension Defective
- 14. Windows/Windshield Defective
- 15. Wipers Defective
- 16. Wheels Defective
- 17. Exhaust System

### Special Function Motor Vehicle (V6)
- [x] 1. No Special Function
- 2. Taxi
- 3. School Bus (Public or Private)
- 4. Transit Bus
- 5. Intercity Bus
- 6. Charter Bus
- 7. Other Bus
- 8. Military
- 9. Police
- 10. Ambulance
- 11. Fire Truck
- 12. Tow Truck
- 13. Maintenance
- 14. Unknown

### EMV in service (V7)
- 1. Yes
- 2. No
- [x] N/A

### Truck Cover (V8)
- [x] 1. Yes
- 2. No

## CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | | DIV615129246 |

## CRASH INFORMATION

### Location of First Harmful Event in Relation to Roadway (C1)
- ✓ 1. On Roadway
- 2. Shoulder
- 3. Median
- 4. Roadside
- 5. Gore
- 6. Separator
- 7. In Parking Lane or Zone
- 8. Off Roadway, Location Unknown
- 9. Outside Right-of-Way

### Weather Condition (C2)
- ✓ 1. No Adverse Condition (Clear/Cloudy)
- 3. Fog
- 4. Mist
- 5. Rain
- 6. Snow
- 7. Sleet/Hail
- 8. Smoke/Dust
- 9. Other
- 10. Blowing Sand, Soil, Dirt, or Snow
- 11. Severe Crosswinds

### Light Conditions (C3)
- 1. Dawn
- 2. Daylight
- 3. Dusk
- 4. Darkness – Road Lighted
- ✓ 5. Darkness – Road Not Lighted
- 6. Darkness – Unknown Road Lighting
- 7. Unknown

### Traffic Control Device (C4)
- ✓ 1. Yes – Working
- 2. Yes – Working and Obscured
- 3. Yes – Not Working
- 4. Yes – Not Working and Obscured
- 5. Yes – Missing
- 6. No Traffic Control Device Present

### Traffic Control Type (C5)
- 1. No Traffic Control
- 2. Officer or Flagger
- 3. Traffic Signal
- 4. Stop Sign
- 5. Slow or Warning Sign
- ✓ 6. Traffic Lanes Marked
- 7. No Passing Lines
- 8. Yield Sign
- 9. One Way Road or Street
- 10. Railroad Crossing With Markings and Signs
- 11. Railroad Crossing With Signals
- 12. Railroad Crossing With Gate and Signals
- 13. Other
- 14. Pedestrian Crosswalk
- 15. Reduced Speed – School Zone
- 16. Reduced Speed – Work Zone
- 17. Highway Safety Corridor

### Roadway Alignment (C6)
- ✓ 1. Straight – Level
- 2. Curve – Level
- 3. Grade – Straight
- 4. Grade – Curve
- 5. Hillcrest – Straight
- 6. Hillcrest – Curve
- 7. Dip – Straight
- 8. Dip – Curve
- 9. Other
- 10. On/Off Ramp

### Roadway Surface Condition (C7)
- ✓ 1. Dry
- 2. Wet
- 3. Snowy
- 4. Icy
- 5. Muddy
- 6. Oil/Other Fluids
- 7. Other
- 8. Natural Debris
- 9. Water (Standing, Moving)
- 10. Slush
- 11. Sand, Dirt, Gravel

### Roadway Surface Type (C8)
- 1. Concrete
- ✓ 2. Blacktop, Asphalt, Bituminous
- 3. Brick or Block
- 4. Slag, Gravel, Stone
- 5. Dirt
- 6. Other

### Roadway Description (C9)
- 1. Two-Way, Not Divided
- 2. Two-Way, Divided, Unprotected Median
- ✓ 3. Two-Way, Divided, Positive Median Barrier
- 4. One-Way, Not Divided
- 5. Unknown

### Roadway Defects (C10)
- ✓ 1. No Defects
- 2. Holes, Ruts, Bumps
- 3. Soft or Low Shoulder
- 4. Under Repair
- 5. Loose Material
- 6. Restricted Width
- 7. Slick Pavement
- 8. Roadway Obstructed
- 9. Other
- 10. Edge Pavement Drop Off

### Relation to Roadway (C11)
**Interchange Area:**
- 1. Main-Line Roadway
- 2. Acceleration/Deceleration Lanes
- 3. Gore Area (Between Ramp and Highway Edgelines)
- 4. Collector/Distributor Road
- 5. On Entrance/Exit Ramp
- 6. Intersection at end of Ramp
- 7. Other location not listed above within an interchange area (median, shoulder and roadside)

**Intersection Area:**
- ✓ 8. Non-Intersection
- 9. Within Intersection
- 10. Intersection-Related - Within 150'
- 11. Intersection-Related - Outside 150'

**Other Location:**
- 12. Crossover Related
- 13. Driveway, Alley-Access - Related
- 14. Railway Grade Crossing
- 15. Other Crossing (Crossings for Bikes, School, etc.)

### Intersection Type (C12)
- ✓ 1. Not at Intersection
- 2. Two Approaches
- 3. Three Approaches
- 4. Four Approaches
- 5. Five-Point, or more
- 6. Roundabout

### Work Zone (C13)
- 1. Yes
- ✓ 2. No

### Work Zone Workers Present (C14)
- 1. With Law Enforcement
- 2. With No Law Enforcement
- 3. No Workers Present

### Work Zone Location (C15)
- 1. Advance Warning Area
- 2. Transition Area
- 3. Activity Area
- 4. Termination Area

### Work Zone Type (C16)
- 1. Lane Closure
- 2. Lane Shift/Crossover
- 3. Work on Shoulder or Median
- 4. Intermittent or Moving Work
- 5. Other

### School Zone (C17)
- 1. Yes
- 2. Yes - With School Activity
- ✓ 3. No

### Type of Collision (C18)
- 1. Rear End
- ✓ 2. Angle
- 3. Head On
- 4. Sideswipe – Same Direction
- 5. Sideswipe – Opposite Direction
- 6. Fixed Object in Road
- 7. Train
- 8. Non-Collision
- 9. Fixed Object – Off Road
- 10. Deer
- 11. Other Animal
- 12. Pedestrian
- 13. Bicyclist
- 14. Motorcyclist
- 15. Backed Into
- 16. Other

**CRASH**

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | | DIV615129246 |

## CRASH DIAGRAM

**VEHICLE # 1** — Fill In Impact Area(s). Initial Impact: 11. Veh Dir of Travel—N
**VEHICLE # 2** — Fill In Impact Area(s). Initial Impact: 12. Veh Dir of Travel—S
**VEHICLE # 3** — Fill In Impact Area(s). Initial Impact: 12. Veh Dir of Travel—S
**VEHICLE #** (blank) — Fill In Impact Area(s). Initial Impact: (blank).

INTERSTATE 81

### DAMAGE TO PROPERTY OTHER THAN VEHICLES

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property Yes / No |
|---|---|---|---|---|
| | | | | |

### CRASH DESCRIPTION

VEHICLE 1 WAS IN THE REST AREA. VEHICLE 2 AND VEHICLE 3 WAS TRAVELING SOUTH ON INTERSTATE 81. VEHICLE 1 EXITED THE REST AREA IN THE WRONG DIRECTION. VEHICLE 1 STRUCK VEHICLE 2. VEHICLE 3 THEN STRUCK VEHICLE 2.

### CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|
| 1 | 20 | | | | 20 |
| 2 | 20 | 20 | 30 | | 20 |
| 3 | 20 | 30 | 2 | | 20 |

**First Harmful Event of Entire Crash that Results in First Injury or Damage: 20**

**COLLISION WITH FIXED OBJECT**
1. Bank Or Lodge
2. Trees
3. Utility Pole
4. Fence Or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass, Culvert, etc.
8. Sign, Traffic Signal
9. Impact Cushion/Crash
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support
18. Mailbox

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle In Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision

**CRASH**

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | | DIV615129246 |

## COMMERCIAL MOTOR VEHICLE SECTION
### This form is being completed because the vehicle is:

- ☒ A Truck or Truck Combination Rating Greater Than 10,000 lbs. (GVWR/GCWR)
- ☐ Any Motor Vehicle That Seats 9 or More People, Including the Driver
- ☐ A Vehicle of Any Type with a Hazardous Materials Placard Regardless of Weight

**AND** The crash resulted in:

- A fatality: any person(s) killed in or outside of any vehicle (truck, bus, car, etc.) involved in the crash or who dies within 30 days of the crash as a result of an injury sustained in the crash **OR**
- An injury: any person(s) injured as a result of the crash who immediately receives medical treatment away from the crash scene **OR**
- A tow-away: any motor vehicle (truck, bus, car, etc.) disabled as a result of the crash and transported away from the scene by a tow truck or other vehicle

### VEHICLE # 1

**Vehicle Configuration** V10
- ☐ 1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 3. Bus (Seats 9-15 People, Including Driver)
- ☐ 4. Bus (Seats for 16 People or More, Including Driver)
- ☐ 5. Single Unit Truck (2 Axles, 6 Tires)
- ☐ 6. Single Unit Truck (3 or More Axles)
- ☒ 7. Truck Trailer(s) (Single-Unit Truck Pulling Trailer(s))
- ☐ 8. Truck Tractor (Bobtail)
- ☐ 9. Tractor/Semi-trailer (One Trailer)
- ☐ 10. Tractor/Doubles (Two Trailers)
- ☐ 11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

**Cargo Body Type** V11
- ☐ 1. Bus (Seats 9-15 People, Including Driver)
- ☐ 2. Bus (Seats For 16 People or More, Including Driver)
- ☐ 3. Van/Enclosed Box
- ☐ 4. Cargo Tank
- ☐ 5. Flatbed
- ☐ 6. Dump
- ☐ 7. Concrete Mixer
- ☐ 8. Auto Transporter
- ☐ 9. Garbage/Refuse
- ☐ 10. Grain/Chips/Gravel
- ☐ 11. Pole-Trailer
- ☒ 12. Vehicle Towing Another Motor Vehicle
- ☐ 13. Intermodal Container Chassis
- ☐ 14. Logging
- ☐ 15. Other Cargo Body (Not Listed Above)
- ☐ 16. Not Applicable/No Cargo Body

**License Class** P8
- ☒ Class A
- ☐ Class B
- ☐ Class C
- ☐ Class DRL (regular drivers license)
- ☐ Class M

**Commercial Endorsement** P9
- ☐ T–Double Trailer
- ☐ P–Passenger Vehicle
- ☐ N–Tank Vehicle
- ☐ H–Required To Be Placarded for Hazardous Materials
- ☐ X–Combined Tank/HAZMAT
- ☒ O–Other

**GVWR/GCWR** V12
- ☐ 1. 10,000 lbs. or Less
- ☐ 2. 10,001-26,000 lbs.
- ☒ 3. Greater Than 26,000 lbs.

**Hazardous Material**
Hazardous Material Placard: ☐ Y  ☒ N
HM 4-Digit: [ ][ ][ ][ ]    HM Placard Name: _____    HM Class: [ ][ ]    HM Cargo Present: ☐ Y ☒ N    HM Cargo Released: ☐ Y ☒ N

**Carrier Identification**
Commercial Motor Carrier Name: S.M.C. TRANSPORT
Address: 2309 LARGO STREET
City: WESLACO    State: TX    Zip: 78596
Carrier's ID Number: USDOT# 2 4 3 5 8 7 9 0     State (Intrastate Only): __

**Commercial/Non-Commercial** V13
- ☒ 1. Interstate Carrier
- ☐ 2. Intrastate Carrier
- ☐ 3. Not in Commerce–Government (Trucks and Buses)
- ☐ 4. Not in Commerce–Other Truck (Over 10,000 lbs.)

### VEHICLE # 3

**Vehicle Configuration** V10
- ☐ 1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 3. Bus (Seats 9-15 People, Including Driver)
- ☐ 4. Bus (Seats for 16 People or More, Including Driver)
- ☒ 5. Single Unit Truck (2 Axles, 6 Tires)
- ☐ 6. Single Unit Truck (3 or More Axles)
- ☐ 7. Truck Trailer(s) (Single-Unit Truck Pulling Trailer(s))
- ☐ 8. Truck Tractor (Bobtail)
- ☐ 9. Tractor/Semi-trailer (One Trailer)
- ☐ 10. Tractor/Doubles (Two Trailers)
- ☐ 11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

**Cargo Body Type** V11
- ☐ 1. Bus (Seats 9-15 People, Including Driver)
- ☐ 2. Bus (Seats For 16 People or More, Including Driver)
- ☒ 3. Van/Enclosed Box
- ☐ 4. Cargo Tank
- ☐ 5. Flatbed
- ☐ 6. Dump
- ☐ 7. Concrete Mixer
- ☐ 8. Auto Transporter
- ☐ 9. Garbage/Refuse
- ☐ 10. Grain/Chips/Gravel
- ☐ 11. Pole-Trailer
- ☐ 12. Vehicle Towing Another Motor Vehicle
- ☐ 13. Intermodal Container Chassis
- ☐ 14. Logging
- ☐ 15. Other Cargo Body (Not Listed Above)
- ☐ 16. Not Applicable/No Cargo Body

**License Class** P8
- ☐ Class A
- ☒ Class B
- ☐ Class C
- ☐ Class DRL (regular drivers license)
- ☐ Class M

**Commercial Endorsement** P9
- ☐ T–Double Trailer
- ☐ P–Passenger Vehicle
- ☐ N–Tank Vehicle
- ☐ H–Required To Be Placarded for Hazardous Materials
- ☐ X–Combined Tank/HAZMAT
- ☒ O–Other

**GVWR/GCWR** V12
- ☐ 1. 10,000 lbs. or Less
- ☒ 2. 10,001-26,000 lbs.
- ☐ 3. Greater Than 26,000 lbs.

**Hazardous Material**
Hazardous Material Placard: ☐ Y  ☒ N
HM 4-Digit: [ ][ ][ ][ ]    HM Placard Name: _____    HM Class: [ ][ ]    HM Cargo Present: ☐ Y ☒ N    HM Cargo Released: ☐ Y ☒ N

**Carrier Identification**
Commercial Motor Carrier Name: CT WWM INC
Address: PO BOX 174
City: IVY    State: VA    Zip: 22945
Carrier's ID Number: USDOT# 3 8 5 0 0 7 0 0     State (Intrastate Only): __

**Commercial/Non-Commercial** V13
- ☒ 1. Interstate Carrier
- ☐ 2. Intrastate Carrier
- ☐ 3. Not in Commerce–Government (Trucks and Buses)
- ☐ 4. Not in Commerce–Other Truck (Over 10,000 lbs.)

# Commonwealth of Virginia • Department of Motor Vehicles
## Police Crash Report

**CRASH**
- GPS Lat: 37 46 94 50
- GPS Long: 79 81 10 61 15
- Crash Date: 10/26/2015  Day of Week: MON  Military Time: 0515
- County of Crash: BOTETOURT
- Official DMV Use: 1550552d1"
- City/Town of: (blank)
- Location of Crash (route/street): I-81
- Local Case Number: D1U615129246
- At Intersection With or .8 Miles N/S/E/W of: ROUTE 606
- Mile Marker Number: 158.10
- Number of Vehicles: 2

### VEHICLE # 1
**DRIVER**
- Driver's Name: MARTINEZ, ISRAEL JR
- Gender: M
- Address: PO BOX 1211
- City: ZAPATA  State: TX  ZIP: 78076
- Birth Date: 01/08/1975
- Drivers License Number: 02443786  State: TX
- Safety Equip. Used: 3  Air Bag: 2  Ejected: 1
- Injury Type: 6
- Summons Issued As Result of Crash: 1
- Offenses Charged to Driver: 46.2.852

**VEHICLE**
- Vehicle Owner's Name: SMC TRANSPORT LLC
- Address: 2309 LARGO ST
- City: WESLACO  State: TX  ZIP: 78596
- Vehicle Year: 2003  Make: FRHTLINER  Model: COLUMBIA
- Vehicle Plate Number: R199631  State: TX
- Approximate Repair Cost: 2,000
- VIN: 1FUJA6CS63LL12206
- Name of Insurance Company: UNITED SPECIALTY INSURANCE
- Speed Before Crash: 5  Speed Limit: 70  Maximum Safe Speed: 0

### VEHICLE # 2
**DRIVER**
- Driver's Name: LESTER, BRANDON CLARK
- Gender: M
- Address: 177 KESSLER LN
- City: BUCHANAN  State: VA  ZIP: 24066
- Birth Date: 07/02/1912
- Drivers License Number: T64341935  State: VA
- Safety Equip. Used: 8  Air Bag: 2  Ejected: 3
- Injury Type: 2
- Summons Issued As Result of Crash: 2

**VEHICLE**
- Vehicle Year: 1995  Make: TOYOTA  Model: TACOMA
- Vehicle Plate Number: VGA 1541  State: VA
- Approximate Repair Cost: 5,000
- VIN: 4TAUN61C95Z035791
- Name of Insurance Company: GEICO
- Speed Before Crash: 70  Speed Limit: 70  Maximum Safe Speed: 70

### PASSENGER (only if injured or killed)
(blank entries)

### Codes
**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
0-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed - Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed - Side
7. Deployed (Knee, Air Belt, etc.)
8. Deployed Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
5. No Injury (driver only)

# CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 0515 | BOTETOURT | | D1U61512924 |

## DRIVER INFORMATION

### Driver's Action — P1
Veh 1: 37. Other
Veh 2: 1. No Improper Action

### Driver Vision Obscured — P3
Veh 1: 1. Not Obscured
Veh 2: 1. Not Obscured

### Type of Driver Distractions — P4
Veh 1: 14. No Driver Distraction
Veh 2: 14. No Driver Distraction

### Drinking — P5
Veh 1: 1. Had Not Been Drinking
Veh 2: 1. Had Not Been Drinking

### Method of Alcohol Determination (by police) — P6
Veh 1: (marked)
Veh 2: (marked)

### Drug Use — P7
Veh 1: 2. No
Veh 2: 2. No

### Condition of Driver Contributing to the Crash — P2
Veh 1: 1. No Defects
Veh 2: 1. No Defects

## VEHICLE INFORMATION

### Vehicle Maneuver — V1
Veh 1: 6. Merging Into Traffic Lane
Veh 2: 1. Going Straight Ahead

### Skidding Tire/Mark — V2
Veh 1: 4. No Visible Skid Mark/Tire Mark
Veh 2: 4. No Visible Skid Mark/Tire Mark

### Vehicle Body Type — V3
Veh 1: 2. Truck — Pick-up/Passenger Truck
Veh 2: 22. Truck — Sport Utility Vehicle (SUV)

### Vehicle Damage — V4
(marked)

### Vehicle Condition — V5
Veh 1: 1. No Defects
Veh 2: 1. No Defects

### Special Function Motor Vehicle — V6
Veh 1: 1. No Special Function
Veh 2: 1. No Special Function

### EMV in service — V7
Veh 1: 2. No
Veh 2: 2. No

### Truck Cover — V8
Veh 2: 2. No

# CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 0515 | BOTETOURT | | 01V61520246 |

## CRASH INFORMATION

### C1 — Location of First Harmful Event in Relation to Roadway
- [X] 1. On Roadway
- [ ] 2. Shoulder
- [ ] 3. Median
- [ ] 4. Roadside
- [ ] 5. Gore
- [ ] 6. Separator
- [ ] 7. In Parking Lane or Zone
- [ ] 8. Off Roadway, Location Unknown
- [ ] 9. Outside Right-of-Way

### C2 — Weather Condition
- [X] 1. No Adverse Condition (Clear/Cloudy)
- [ ] 3. Fog
- [ ] 4. Mist
- [ ] 5. Rain
- [ ] 6. Snow
- [ ] 7. Sleet/Hail
- [ ] 8. Smoke/Dust
- [ ] 9. Other
- [ ] 10. Blowing Sand, Soil, Dirt, or Snow
- [ ] 11. Severe Crosswinds

### C3 — Light Conditions
- [ ] 1. Dawn
- [ ] 2. Daylight
- [ ] 3. Dusk
- [ ] 4. Darkness—Road Lighted
- [X] 5. Darkness—Road Not Lighted
- [ ] 6. Darkness—Unknown Road Lighting
- [ ] 7. Unknown

### C4 — Traffic Control Device
- [X] 1. Yes – Working
- [ ] 2. Yes – Working and Obscured
- [ ] 3. Yes – Not Working
- [ ] 4. Yes – Not Working and Obscured
- [ ] 5. Yes – Missing
- [ ] 6. No Traffic Control Device Present

### C5 — Traffic Control Type
- [ ] 1. No Traffic Control
- [ ] 2. Officer or Flagger
- [ ] 3. Traffic Signal
- [ ] 4. Stop Sign
- [ ] 5. Slow or Warning Sign
- [X] 6. Traffic Lanes Marked
- [ ] 7. No Passing Lines
- [ ] 8. Yield Sign
- [ ] 9. One Way Road or Street
- [ ] 10. Railroad Crossing With Markings and Signs
- [ ] 11. Railroad Crossing With Signals
- [ ] 12. Railroad Crossing With Gate and Signals
- [ ] 13. Other
- [ ] 14. Pedestrian Crosswalk
- [ ] 15. Reduced Speed – School Zone
- [ ] 16. Reduced Speed – Work Zone
- [ ] 17. Highway Safety Corridor

### C6 — Roadway Alignment
- [X] 1. Straight – Level
- [ ] 2. Curve – Level
- [ ] 3. Grade – Straight
- [ ] 4. Grade – Curve
- [ ] 5. Hillcrest – Straight
- [ ] 6. Hillcrest – Curve
- [ ] 7. Dip – Straight
- [ ] 8. Dip – Curve
- [ ] 9. Other
- [ ] 10. On/Off Ramp

### C7 — Roadway Surface Condition
- [X] 1. Dry
- [ ] 2. Wet
- [ ] 3. Snowy
- [ ] 4. Icy
- [ ] 5. Muddy
- [ ] 6. Oil/Other Fluids
- [ ] 7. Other
- [ ] 8. Natural Debris
- [ ] 9. Water (Standing, Moving)
- [ ] 10. Slush
- [ ] 11. Sand, Dirt, Gravel

### C8 — Roadway Surface Type
- [ ] 1. Concrete
- [X] 2. Blacktop, Asphalt, Bituminous
- [ ] 3. Brick or Block
- [ ] 4. Slag, Gravel, Stone
- [ ] 5. Dirt
- [ ] 6. Other

### C9 — Roadway Description
- [ ] 1. Two-Way, Not Divided
- [ ] 2. Two-Way, Divided, Unprotected Median
- [X] 3. Two-Way, Divided, Positive Median Barrier
- [ ] 4. One-Way, Not Divided
- [ ] 5. Unknown

### C10 — Roadway Defects
- [X] 1. No Defects
- [ ] 2. Holes, Ruts, Bumps
- [ ] 3. Soft or Low Shoulder
- [ ] 4. Under Repair
- [ ] 5. Loose Material
- [ ] 6. Restricted Width
- [ ] 7. Slick Pavement
- [ ] 8. Roadway Obstructed
- [ ] 9. Other
- [ ] 10. Edge Pavement Drop Off

### C11 — Relation to Roadway
**Interchange Area:**
- [ ] 1. Main-Line Roadway
- [ ] 2. Acceleration/Deceleration Lanes
- [ ] 3. Gore Area (Between Ramp and Highway Edgelines)
- [ ] 4. Collector/Distributor Road
- [X] 5. On Entrance/Exit Ramp
- [ ] 6. Intersection at end of Ramp
- [ ] 7. Other location not listed above within an interchange area (median, shoulder and roadside)

**Intersection Area:**
- [ ] 8. Non-Intersection
- [ ] 9. Within Intersection
- [ ] 10. Intersection-Related – Within 150'
- [ ] 11. Intersection-Related – Outside 150'

**Other Location:**
- [ ] 12. Crossover Related
- [ ] 13. Driveway, Alley-Access – Related
- [ ] 14. Railway Grade Crossing
- [ ] 15. Other Crossing (Crossings for Bikes, School, etc.)

### C12 — Intersection Type
- [ ] 1. Not at Intersection
- [ ] 2. Two Approaches
- [ ] 3. Three Approaches
- [ ] 4. Four Approaches
- [ ] 5. Five-Point, or more
- [ ] 6. Roundabout

### C13 — Work Zone
- [ ] 1. Yes
- [X] 2. No

### C14 — Work Zone Workers Present
- [ ] 1. With Law Enforcement
- [ ] 2. With No Law Enforcement
- [ ] 3. No Workers Present

### C15 — Work Zone Location
- [ ] 1. Advance Warning Area
- [ ] 2. Transition Area
- [ ] 3. Activity Area
- [ ] 4. Termination Area

### C16 — Work Zone Type
- [ ] 1. Lane Closure
- [ ] 2. Lane Shift/Crossover
- [ ] 3. Work on Shoulder or Median
- [ ] 4. Intermittent or Moving Work
- [ ] 5. Other

### C17 — School Zone
- [ ] 1. Yes
- [ ] 2. Yes – With School Activity
- [X] 3. No

### C18 — Type of Collision
- [ ] 1. Rear End
- [X] 2. Angle
- [ ] 3. Head On
- [ ] 4. Sideswipe – Same Direction
- [ ] 5. Sideswipe – Opposite Direction
- [ ] 6. Fixed Object in Road
- [ ] 7. Train
- [ ] 8. Non-Collision
- [ ] 9. Fixed Object – Off Road
- [ ] 10. Deer
- [ ] 11. Other Animal
- [ ] 12. Pedestrian
- [ ] 15. Backed Into
- [ ] 16. Other

# CRASH

| Crash Date | Military Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 0515 | BOTETOURT | | D1465129246 |

## CRASH DIAGRAM

**VEHICLE # 1** — Fill In Impact Area(s). Initial Impact: 11
Veh Dir of Travel – N/S/E/W: N

**VEHICLE # 2** — Fill In Impact Area(s). Initial Impact: 1
Veh Dir of Travel – N/S/E/W: S

**VEHICLE # 3** — Fill In Impact Area(s). Initial Impact: 12
Veh Dir of Travel – N/S/E/W: S

Diagram labels: V2, V3, V1, DRIVER 2, DO NOT ENTER, I-81, Rollover, On its side into a tree, Indicate North by Arrow

### DAMAGE TO PROPERTY OTHER THAN VEHICLES
Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property

### CRASH DESCRIPTION
V1 WAS IN THE REST AREA. V2 & V3 WAS TRAVELING SOUTH ON I-81. V1 EXITED THE REST AREA THE WRONG WAY. V1 STRUCK V2. V3 THEN STRUCK V2.

### CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|
| 1 | 20 | | | | 20 |
| 2 | 20 | 20 | 30 | | 20 |
| 3 | 20 | 2 | | | 20 |

First Harmful Event of Entire Crash that Results in First Injury or Damage: 20

**COLLISION WITH FIXED OBJECT**
1. Bank Or Lodge
2. Trees
3. Utility Pole
4. Fence Or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass, Culvert, etc.
8. Sign, Traffic Signal
9. Impact Cushioning Device
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support
18. Mailbox

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle in Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision

Case 7:15-cv-00665-GEC   Document 71-32   Filed 06/24/16   Page 11 of 16   Pageid#: 2067

| WRECKER CALLED | VEHICLE STORED |
|---|---|
| FIRM | |
| DATE CALLED: ___ TIME CALLED: ___ | |
| REQUEST OWNER/OPERATOR: | |
| NEAREST: YES ___ NO ___ | |
| WITNESS NAME: WITNESS STATEMENTS ON | WITNESS NAME: |
| ADDRESS: SEPERATE PAPER. | ADDRESS: |
| LOCATION: | LOCATION: |
| STATEMENT: ~~VISTA~~ | STATEMENT: UNABLE TO GET STATEMENT DUE TO INJURY. |
| STATEMENT OF OPERATOR NUMBER | STATEMENT OF OPERATOR NUMBER |



**INVESTIGATION DETAILS**

DATE: 10/26/15   TIME NOTIFIED: 0540   TIME OF ARRIVAL: 0552

DRIVER 2 TAKEN TOO RMH AS SOON AS I ARRIVED.
DRIVER 3. UNCONCIOUS. FLOWN TO RMH.

MARTINEZ STATEMENT IS ON MY VIDEO.

# Commonwealth of Virginia • Department of Motor Vehicles
## Police Crash Report

(Rev 4/9/12) Page 5 of 9

Revised Report ○

### CRASH
- Crash Date MM/DD/YYYY: N/A
- Day of Week: 
- Military Time: 
- GPS Lat.: 
- County of Crash: 
- GPS Long.: 
- Official DMV Use: 
- City of / Town of: ○
- Landmarks at Scene: 
- Location of Crash (route/street): 
- Railroad Crossing ID no. (if within 150 ft.): 
- Local Case Number: 
- At Intersection With or ___ Miles ___ Feet N/S/E/W of
- Location of Crash (route/street): 
- Mile Marker Number: 
- Number of Vehicles: 

---

### VEHICLE # 3

**DRIVER** — Driver Fled Scene ○

- Driver's Name (Last, First, Middle): SHIFFLETT, ANTHONY RAY — Gender: M
- Address: 527 ROSSER RD
- City: DILLWYN — State: VA — ZIP: 23936
- Birth Date: 10/13/1972
- Driver's License Number: T61245184 — State: VA — DL: (Y) — CDL: (N)
- Safety Equip. Used: 3
- Air Bag: 2
- Ejected: 1
- Date of Death: 
- Injury Type: 2
- EMS Transport: (N)
- Summons Issued As Result of Crash: 2
- Offenses Charged to Driver: 

**VEHICLE**

- Vehicle Owner's Name: CJ WWM INC — Same as Driver: ○
- Address: PO BOX 174
- City: IVY — State: VA — ZIP: 22945
- Vehicle Year: 2007
- Vehicle Make: 
- Vehicle Model: 
- Disabled: ○
- CMV: (Y)
- Towed: ○
- Vehicle Plate Number: TX 157469 — State: VA
- Approximate Repair Cost: 15,000
- VIN: 5PVNE8JV372S50623
- Name of Insurance Company: FCCI INSURANCE
- Speed Before Crash: 60
- Speed Limit: 70
- Maximum Safe Speed: 70
- All Passengers Age Count: 

---

### VEHICLE #

**DRIVER** — Driver Fled Scene ○

- Driver's Name: 
- Address: 
- City: 
- Birth Date: 
- Driver's License Number: 
- Safety Equip. Used: 
- Air Bag: 
- Ejected: 
- Date of Death: 
- Injury Type: 
- EMS Transport: 

**VEHICLE**

- Vehicle Owner's Name: 
- Address: BUCHS 4227
- City: ZAPATA — State: TX — ZIP: 70078
- Vehicle Year/Make/Model: 
- Vehicle Plate Number: 
- VIN: 
- Name of Insurance Company: 
- Speed Before Crash / Limit / Max Safe Speed: 

---

### PASSENGER (only if injured or killed)

(Both passenger sections blank)

---

### Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed - Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed - Side
7. Deployed - Other (Knee, Air Belt, etc.)
8. Deployed - Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
5. No Injury (driver only)

Investigating Officer: 
Badge/Coop Number: 
Agency/Department Name and Code: 

Case 7:15-cv-00665-GEC   Document 71-32   Filed 06/24/16   Page 14 of 16   Pageid#: 2070

# POLICE CRASH REPORT

SP-50 (Rev 9/21/11) — Page 6 of 9

## CRASH
- Crash Date: 10/26/2015
- Military Time: 0515
- County of Crash: BOTETOURT
- City of / Town of:
- Local Case Number: DIV615129246

## DRIVER INFORMATION

Veh: 3

### Driver's Action (P1)
1. No Improper Action ✓

### Driver Vision Obscured (P3)
1. Not Obscured ✓

### Type of Driver Distractions (P4)
(none marked)

### Drinking (P5)
1. Had Not Been Drinking ✓

### Method of Alcohol Determination (by police) (P6)
4. No Test ✓

### Condition of Driver Contributing to the Crash (P2)
1. No Defects ✓

### Drug Use (P7)
2. No

## VEHICLE INFORMATION

Veh: 3

### Vehicle Maneuver (V1)
1. Going Straight Ahead ✓

### Skidding Tire/Mark (V2)
2. After Application of Brakes ✓

### Vehicle Body Type (V3)
4. Truck – Single Unit Truck (2-Axles) ✓

### Vehicle Damage (V4)
(none marked clearly)

### Vehicle Condition (V5)
1. No Defects ✓

### Special Function Motor Vehicle (V6)
1. No Special Function ✓

### EMV in service (V7)
2. No ✓

### Truck Cover (V8)
2. No ✓

Case 7:15-cv-00665-GEC   Document 71-32   Filed 06/24/16   Page 15 of 16   Pageid#: 2071

# CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10 | | | | |

## CRASH INFORMATION

### Location of First Harmful Event in Relation to Roadway (C1)
1. On Roadway ✓
2. Shoulder
3. Median
4. Roadside
5. Gore
6. Separator
7. In Parking Lane or Zone
8. Off Roadway, Location Unknown
9. Outside Right-of-Way

### Weather Condition (C2)
1. No Adverse Condition (Clear/Cloudy)
3. Fog
4. Mist
5. Rain
6. Snow
7. Sleet/Hail
8. Smoke/Dust
9. Other
10. Blowing Sand, Soil, Dirt, or Snow
11. Severe Crosswinds

### Light Conditions (C3)
1. Dawn
2. Daylight
3. Dusk
4. Darkness – Road Lighted
5. Darkness – Road Not Lighted
6. Darkness – Unknown Road Lighting
7. Unknown

### Traffic Control Device (C4)
1. Yes – Working
2. Yes – Working and Obscured
3. Yes – Not Working
4. Yes – Not Working and Obscured
5. Yes – Missing
6. No Traffic Control Device Present

### Traffic Control Type (C5)
1. No Traffic Control
2. Officer or Flagger
3. Traffic Signal
4. Stop Sign
5. Slow or Warning Sign
6. Traffic Lanes Marked
7. No Passing Lines
8. Yield Sign
9. One Way Road or Street
10. Railroad Crossing With Markings and Signs
11. Railroad Crossing With Signals
12. Railroad Crossing With Gate and Signals
13. Other
14. Pedestrian Crosswalk
15. Reduced Speed – School Zone
16. Reduced Speed – Work Zone
17. Highway Safety Corridor

### Roadway Alignment (C6)
1. Straight – Level
2. Curve – Level
3. Grade – Straight
4. Grade – Curve
5. Hillcrest – Straight
6. Hillcrest – Curve
7. Dip – Straight
8. Dip – Curve
9. Other
10. On/Off Ramp

### Roadway Surface Condition (C7)
1. Dry
2. Wet
3. Snowy
4. Icy
5. Muddy
6. Oil/Other Fluids
7. Other
8. Natural Debris
9. Water (Standing, Moving)
10. Slush
11. Sand, Dirt, Gravel

### Roadway Surface Type (C8)
1. Concrete
2. Blacktop, Asphalt, Bituminous
3. Brick or Block
4. Slag, Gravel, Stone
5. Dirt
6. Other

### Roadway Description (C9)
1. Two-Way, Not Divided
2. Two-Way, Divided, Unprotected Median
3. Two-Way, Divided, Positive Median Barrier
4. One-Way, Not Divided
9. Unknown

### Roadway Defects (C10)
1. No Defects
2. Holes, Ruts, Bumps
3. Soft or Low Shoulder
4. Under Repair
5. Loose Material
6. Restricted Width
7. Slick Pavement
8. Roadway Obstructed
9. Other
10. Edge Pavement Drop Off

### Relation to Roadway (C11)
**Interchange Area:**
1. Main-Line Roadway
2. Acceleration/Deceleration Lanes
3. Gore Area (Between Ramp and Highway Edgelines)
4. Collector/Distributor Road
5. On Entrance/Exit Ramp
6. Intersection at end of Ramp
7. Other location not listed above within an Interchange area (median, shoulder and roadside)

**Intersection Area:**
8. Non-Intersection
9. Within Intersection
10. Intersection-Related – Within 150'
11. Intersection-Related – Outside 150'

**Other Location:**
12. Crossover Related
13. Driveway, Alley-Access – Related
14. Railway Grade Crossing
15. Other Crossing (Crossings for Bikes, School, etc.)

### Intersection Type (C12)
1. Not at Intersection
2. Two Approaches
3. Three Approaches
4. Four Approaches
5. Five-Point, or more
6. Roundabout

### Work Zone (C13)
1. Yes
2. No

### Work Zone Workers Present (C14)
1. With Law Enforcement
2. With No Law Enforcement
3. No Workers Present

### Work Zone Location (C15)
1. Advance Warning Area
2. Transition Area
3. Activity Area
4. Termination Area

### Work Zone Type (C16)
1. Lane Closure
2. Lane Shift/Crossover
3. Work on Shoulder or Median
4. Intermittent or Moving Work
5. Other

### School Zone (C17)
1. Yes
2. Yes – With School Activity
3. No

### Type of Collision (C18)
1. Rear End
2. Angle
3. Head On
4. Sideswipe – Same Direction
5. Sideswipe – Opposite Direction
6. Fixed Object in Road
7. Train
8. Non-Collision
9. Fixed Object – Off Road
10. Deer
11. Other Animal
12. Pedestrian
15. Backed Into
16. Other

Case 7:15-cv-00665-GEC Document 71-32 Filed 06/24/16 Page 16 of 16 Pageid#: 2072