## CRASH

| CRASH Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|

## CRASH DIAGRAM

**VEHICLE #**

Fill in Impact Area(s).
Initial Impact.

12
11 ○ ━ ○ 1
10 ○      ○ 2
9 ○  13   ○ 3
8 ○      ○ 4
7 ○ ━━ ○ 5
6

Veh Dir of Travel–N/S/E/W

**VEHICLE #**

Fill in Impact Area(s).
Initial Impact.

12
11 ○ ━ ○ 1
10 ○      ○ 2
9 ○  13   ○ 3
8 ○      ○ 4
7 ○ ━━ ○ 5
6

Veh Dir of Travel–N/S/E/W

N/A

**VEHICLE #**

Fill in Impact Area(s).
Initial Impact.

12
11 ○ ━ ○ 1
10 ○      ○ 2
9 ○  13   ○ 3
8 ○      ○ 4
7 ○ ━━ ○ 5
6

Veh Dir of Travel–N/S/E/W

**VEHICLE #**

Fill in Impact Area(s).
Initial Impact.

12
11 ○ ━ ○ 1
10 ○      ○ 2
9 ○  13   ○ 3
8 ○      ○ 4
7 ○ ━━ ○ 5
6

Indicate North by Arrow

Veh Dir of Travel–N/S/E/W

## DAMAGE TO PROPERTY OTHER THAN VEHICLES

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property |
|---|---|---|---|---|

## CRASH DESCRIPTION

## CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **First Harmful Event of Entire Crash that Results in First Injury or Damage.** | **COLLISION WITH FIXED OBJECT**<br>1. Bank Or Ledge<br>2. Trees<br>3. Utility Pole<br>4. Fence Or Post<br>5. Guard Rail<br>6. Parked Vehicle<br>7. Tunnel, Bridge, Underpass, Culvert, etc.<br>8. Sign, Traffic Signal<br>9. Impact Cushioning Device | 10. Other<br>11. Jersey Wall<br>12. Building/Structure<br>13. Curb<br>14. Ditch<br>15. Other Fixed Object<br>16. Other Traffic Barrier<br>17. Traffic Sign Support<br>18. Mailbox |
| **COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**<br>19. Pedestrian<br>20. Motor Vehicle In Transport<br>21. Train<br>22. Bicycle<br>23. Animal | 24. Work Zone<br>   Maintenance Equipment<br>25. Other Movable Object<br>26. Unknown Movable Object<br>27. Other | |
| **NON-COLLISION**<br>28. Ran Off Road<br>29. Jack Knife<br>30. Overturn (Rollover)<br>31. Downhill Runaway<br>32. Cargo Loss or Shift<br>33. Explosion or Fire<br>34. Separation of Units | 35. Cross Median<br>36. Cross Centerline<br>37. Equipment Failure (Tire, etc)<br>38. Immersion<br>39. Fell/Jumped From Vehicle<br>40. Thrown or Falling Object<br>41. Non-Collision Unknown<br>42. Other Non-Collision | |

FIRM _____

DATE CALLED: _____ TIME CALLED: _____

REQUEST OWNER/OPERATOR: _____

NEAREST: YES _____ NO _____

WITNESS NAME: _____    WITNESS NAME: _____

ADDRESS: _____    ADDRESS: _____

LOCATION: _____    LOCATION: _____

STATEMENT: MARTINEL CELL #

(956) 489-9036 (Cell).

STATEMENT: _____

STATEMENT OF OPERATOR NUMBER _____ _____    STATEMENT OF OPERATOR NUMBER _____ _____

(1.)

Karen Bingaman
540-759-1906
Roanoke Va.

Coming South 81 -
Approaching Rest stop,
Saw blue truck in highway
disabled,
Truck comes by me
in left lane
Doesn't see truck
& slams into

Noticed truck
inside Restop coming out
wrong way!
Stopped to check on
blue truck when noticed
man in Right side of



Road. Got over to him
with shoes. He was standing
+ screaming. Said he
got thrown from truck.

Debara Day Brown
1221 Country Club Court
Harrisonburg, VA
22802
540-578-1584

Heard crash
observed blue truck
tumble to the Right side
of highway. The trailor
truck proceeded
to flip cab around
& fall over. 8:10
My daughter Ran to truck
to check on driver.
No one there. She said sh
heard a man yell across
the highway. She proceeded
w/ the guy to help.
Beginning
As we was driving into the
Rest Stop a tractor trailor
was come out the WRong
way.                    Debbie Brown

Witness
Christine Zampini - Harrisonburg VA

Our car was pulling into
the rest stop when we observed
from the left tire
Sparks and a pop coming from 4t.
that time I had assumed
it to be a blown tire.
Aprox 3 sec after the
Sparks and Pop I observed
the blue pick-up truck
land in front of us.
I left our car checked the
truck which had no passengers
I heard screaming across
the road. I observed a
man, latey Identified as
Brandon Lester yelling "hey"
When I was able to cross
the road Mr Lester stated
he way trown from his car
He was confused but able
to take direction.
——>

2.

he reported his name,
DOB, girlfriend, + dogs to
myself. I instructed him to lay down
be and held his neck for
support. Mr Lester refused to
state where he was going
but several times asked to
have someone call his girlfriend
Additionally, he reported prior injury
to his lower back

Christine
Zampini

Monday
10-26-15

As I was about to exit to
the VA Rest Area, I slowed
from the exit ramp to a
complete stop, as I was about
to enter the entrance of the
Rest Area itself.

I had big rig type,
headlights facing me in my
rental vehicle.
VA Plates — VHC4257.
As there was no pathway
to immediately enter the
Rest Stop, and no other
exiting traffic behind me,
I waited to the left
shoulder of the exit, and
observed a Truck & Trailer
that was parked on the
right shoulder (not far
enough in to be in Big Rig Parking

2.

There was a truck driver
behind that Big Rig (on
his cell phone) behind the
truck & trailer. My passenger
side window was blown
Then, and as the headlights
facing me backed up, I
realized that they were
from SMC Transport's
Big Rig Towing. The tow
driver was already hooked
up and nearly ready to
back up the disabled
rig — cab only into the
Trucker's Parking area. Then
he started backing the tow up.
When opportunity & space
was available, I went
left through the trucker's
parking, as the vehicle
entrance was blocked by him

3.

and the disabled rig. When
I got to the end of the
truckers' parking, I waited
for exiting vehicle traffic
(one car) and I doubled
back into the VA Rest
Stop vehicle parking. I
was only back as far as
the North side of the
Rest Stop building as
the VA Rest Stop attendant
and I heard the impact
of what sounded like
one-two vehicles and a
big rig. It sounded
like a rig hitting a
sand barrel barrier,
and I knew someone
else must have gotten
clipped by a trucker
that didn't have room
to exit the off ramp.

4.

I stayed. Brandon was
in the blue vehicle that
got clipped by the truck.

Christie Burdette Mortensen
18185 Carriage Dr
Morgan Hill, CA 95037
408-778-4321 Home
408-710-0118 Cell
304-536-1212
Headed to WSS, WV



N

Google earth

500

100

feet
meters

EXHIBIT
Lester
4/11/16
MfB

Google earth







EXHIBIT
DR. ATKINS #3
4/14/16
1234



Case 7:15-cv-00665-GEC   Document 71-33   Filed 06/24/16   Page 16 of 21   Pageid#: 2063



EXHIBIT 3A
TPD ATKINS
4/11/16
mlб





EXHIBIT
Dr. Atkins 3B





Case 7:15-cv-00665-GEC   Document 71-33   Filed 06/24/16   Page 21 of 21   Pageid#: 2093