April 18, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BRANDON LESTER §
§
vs. § CIVIL ACTION NO.
§ 7:15-CV-665
SMC TRANSPORT, LLC AND ISRAEL §
MARTINEZ, JR. AND SALINAS §
EXPRESS, LLC §
§

ORAL AND VIDEOTAPED DEPOSITION
ISRAEL MARTINEZ, JR.
April 18, 2016

ORAL AND VIDEOTAPED DEPOSITION OF ISRAEL
MARTINEZ, JR., produced as a witness at the instance of
the Plaintiff and duly sworn, was taken in the
above-styled and numbered cause on April 18, 2016, from
12:41 p.m. to 5:19 p.m., before Annette E. Escobar,
Certified Shorthand Reporter in and for the State of
Texas, reported by computerized stenotype machine at the
offices of La Posada Hotel, La Posada Hotel, 1000 Zaragoza
Street Laredo, The Blue Bonnet Conference Room, Texas,
pursuant to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.


EXHIBIT
D

```
1                    P-R-O-C-E-E-D-I-N-G-S

2    Whereupon,

3    12:41 P.M.

4                    THE VIDEOGRAPHER:  We are on the record.

5    Today's date is April 18th of the year 2016.  The time is

6    approximately 12:41 at noon, and you may proceed with the

7    deposition, please.

8                    ISRAEL MARTINEZ, JR.,

9    having been first duly sworn, testified as follows:

10                   EXAMINATION

11   BY MS. WHITE:

12        Q    Mr. Martinez, my name is Johneal White and I

13   represent Brandon Lester in this lawsuit that we're here

14   about today.

15                   Can you state your full name for the

16   record.

17        A    Israel Martinez, Jr.

18        Q    And what's your current address?

19        A    [Redacted] .

20        Q    And you live there with your wife Lilly?

21        A    Yes, ma'am.

22        Q    And that's in Zapata?

23        A    Yes, ma'am.

24        Q    Does anyone else live there with you?

25        A    No, ma'am.
```

1     Q    (By Ms. White) How long did you work there?

2     A    I worked for them almost like three years.

3     Q    What caused you to leave that job?

4     A    I got another job on the, on trucking with

5  Movac.

6     Q    How do you spell that?

7     A    M-O, M-O-V-A-C.  It would be the same thing as

8  Key Energy, just hauling wastewater.

9     Q    Do you know how long you worked there?

10     A    For -- I worked for them almost like, I would

11  say almost three years.

12     Q    What caused you to leave that job?

13     A    Same thing, just laid off, slow on job.

14     Q    Where did you work after that?

15     A    After that I went back to gauging with Sundance.

16     Q    How long did you work there?

17     A    A year and a half.

18     Q    What caused you to leave that job?

19     A    What happened, they sold the wells to another

20  company that was Linn Energy and I got a contract with

21  C&D -- C&D.

22     Q    What caused you to leave that job?

23     A    That job what happened, they just had to let us

24  go because they was trying to sell more wells and it was

25  just like, there was not enough work for us.

1      Q      And is that when you started working for Salinas

2  Express?

3      A      No, I went for another job, La-Lomas.  L-A --

4  L-A-M-O-S.

5      Q      What did you do there?

6      A      Caliche, hauling caliche on the belly dumps.

7             MR. FRANKL:  I'm sorry, hauling what?

8      A      Caliche.  It will be like gravel for the

9  location when they're building up the location.

10     Q      (By Ms. White) And that was a driving job?

11     A      Yes, ma'am, it was.

12     Q      How long did you work there?

13     A      For them I worked like eight months.

14     Q      What caused you to leave that job?

15     A      I got a job with Salinas.  That's when I got my

16  job with Salinas.

17             MR. FRANKL:  Did you say a month or eight

18  months?

19             THE WITNESS:  Eight months.

20     Q      And who initially asked you to drive a truck for

21  Salinas Express?

22     A      Rudy.

23     Q      Rudy Salinas?

24     A      Yes, ma'am.

25     Q      Is he your cousin?

Error

1    A    No, it was already installed on the truck, they

2    bought it.

3    Q    Do you know how many tractors Salinas Express

4    owns?

5              MR. HEARN:  To clarify, owns now?

6    Q    (By Ms. White) Currently.

7    A    Okay.  Because I really don't know.  Right now

8    each, let's say brothers and sisters, they got one.  I

9    don't know which one belongs which one.

10    Q    They each have one?

11    A    Yes, ma'am, and they all like Salinas Express.

12              MR. DUNN:  I'm sorry, they're all what?

13              THE WITNESS:  They're on the same company,

14    they all have the same label.  So that's why we don't know

15    which one, which one.  The only time that I find out is

16    when I use Roy's because he was the one paying me when I

17    had to use his truck.  But after that, I don't know how

18    many trucks they got or what.

19    Q    (By Ms. White) Do you know how many trucks there

20    are currently that have Salinas Express written on the

21    side?

22    A    There's five that Salinas Express property and

23    they're two that they lease with Salinas Express.  About

24    seven trucks in total, more or less.

25              MR. FRANKL:  I'm sorry, you said there's

April 18, 2016

Page 19

1    five with what?

2                    THE WITNESS:  They're -- there's Salinas

3    property, let's say they own five trucks from all the

4    brothers, and there are two trucks that got leased with

5    somebody, somebody else truck.

6                    MR. FRANKL:  But it says Salinas Express?

7                    THE WITNESS:  It says Salinas Express, yes,

8    sir.

9         Q    (By Ms. White) When did you stop working for

10   them?

11        A    I stopped working with them, maybe it was, I

12   would say like three months ago.

13        Q    We're here in April, so maybe in January?

14        A    Yeah, I think so it was in January, something

15   like that.

16        Q    What caused you to stop working for Salinas

17   Express?

18        A    What happened is because I was checking because

19   it was -- I just went over and asked them that I need my

20   logbooks because they needed me for another trip and I was

21   looking for my book.  And when I went -- when I called

22   them and asked them, they told me they didn't know where

23   it was at.  That's when I just like, I didn't -- I just

24   back up.  I didn't want to go.

25        Q    You felt uncomfortable working there?

1      A    Yes, because I was looking for my own stuff and

2    I couldn't find my papers.

3      Q    So from June 2015 until you stopped working

4    there in about January 2016, did they also have seven

5    trucks during that time that they either owned or leased?

6      A    I think they only had, because they just barely

7    bought like two of them.  I think they had five.

8      Q    Okay.  During the time you worked there they

9    might have acquired two additional trucks?

10     A    Yes, ma'am.  I think.  I'm not sure.

11     Q    When you were given a job to do were you told

12   like how long you had to accomplish, like when your

13   delivery date was?

14     A    Yes, ma'am.

15     Q    Was there any rule about passengers in the truck

16   with you?

17     A    They never told me nothing about that.

18     Q    And just to clarify, you did not own any of the

19   tractors used by Salinas Express?

20     A    No, I didn't.

21     Q    Have you ever owned your own tractor?

22     A    No, ma'am, I didn't, I don't.

23     Q    You were paid by Salinas Express in cash?

24     A    Yes, ma'am, I was.

25     Q    And would your wife Lilly pick that up for you

1    most of the time?

2        A    She did like two or three times because I wasn't

3    here and she, let's say she needed money, and she would

4    ask me, I would just tell her to go pick them up.

5        Q    And that would be at the Salinas Express yard?

6        A    Yes, ma'am.

7        Q    Mostly from Rudy?

8        A    Yes, ma'am.

9        Q    How was it determined what your rate of pay

10   would be?

11       A    The pay that she would get, it only would be

12   only the trip I took, the fist trip that I made.  That

13   would be the only, the only pay that she would get.

14       Q    But who, who set the rate?  Like determined

15   you're going to get paid X for this trip?

16       A    Oh, Rudy.

17       Q    Rudy.

18       A    Yes, ma'am.

19       Q    And was it based upon a certain rate or the

20   miles you traveled or --

21       A    It goes by the mile.

22       Q    And do you know what that rate was?

23       A    No, ma'am, I sure don't.

24       Q    Did you, you did not negotiate the rate with him

25   at all?

1    A    You're saying like the mile, by the mileage?

2    Q    Yeah.

3    A    Oh, yeah, it was 40 cents a mile.

4    Q    Forty cents a mile?

5    A    I thought you were talking about the whole

6    amounts.

7    Q    So he paid you mileage?

8    A    Yes, ma'am.

9    Q    And would he pay you for extra things on top of

10    the mileage?

11    A    No, ma'am.

12    Q    Okay.  And is that, is that something he just

13    sort of dictated to you, said, I'll pay you 40 cents a

14    mile?

15    A    Yeah.

16    Q    Were there any expenses for the tractor that you

17    had to pay for yourself?

18    A    No, ma'am.

19    Q    And did you ever use any of the Salinas Express

20    tractors to haul a load for a different company?

21    A    No, ma'am.

22    Q    During the time you worked for Salinas Express

23    did you have any other jobs?

24    A    No, ma'am.

25    Q    And fair to say that Salinas Express is in the

1    business of hauling, you know, carrying loads?

2       A    Uh-huh.

3       Q    They're a truck driving company?

4       A    Yeah, it is a truck driving company.

5       Q    Do they do anything else?

6       A    No, ma'am.

7       Q    Did they say why they were paying you in cash?

8       A    No, ma'am.

9       Q    Do you know how they paid other drivers?

10      A    I cannot say that I saw it but I just saw one,

11   we were two of us that were paid in cash.  We got there at

12   the same time, that's why.

13      Q    And who would that be?

14      A    The other driver was Richer, I think.  It was

15   Richer Vela.

16      Q    How do you spell that?

17      A    Richer is R-I-C-H-E-R.  Vela is V-E-L-A.

18      Q    Do you know where he lives?

19      A    Oh, he lives in San Antonio.

20      Q    And did you ever drive like with him, two trucks

21   going to same place?

22      A    With that same guy?

23      Q    Yeah.

24      A    Yeah, we did.

25      Q    How many times did you do that with him?

1    A    No, ma'am.

2    Q    Do you know what they were hauling?

3    A    No, ma'am.

4    Q    And so what did you do when Rudy called you?

5    A    He just asked me if I would be able to go and

6    help him out because they were kind of tired, they were

7    barely coming down from a trip and they needed somebody

8    else help them drive.

9    Q    So Eddie and Roy had come back to Zapata?

10   A    They got back to Laredo to make, to deliver one

11   of the loads.

12   Q    So they delivered a load to Laredo.

13   A    Yes, ma'am.

14   Q    And did they come back in Eddie's tractor?

15   A    The -- Roy came over to my house and picked me

16   up on the personal truck.

17   Q    Okay.  Do you know how Eddie and Roy had gotten

18   back to Laredo?

19   A    On their truck, on Eddie's truck.

20   Q    On Eddie's truck?

21   A    Yes, ma'am.

22   Q    Okay.  And so then Roy came over to your house?

23   A    Rudy told me that Roy was going to call me to

24   see where I was at and he was going to pick me up.

25   Q    All these calls, are they taking place on your

1   cell phone?

2        A    Yes, ma'am.

3        Q    What was that phone number?

4        A    I used to have 489-3162.

5        Q    What was the area code?

6        A    956.

7        Q    Is that AT&T?

8        A    Yes, ma'am.

9        Q    So Rudy tells you Roy is going to go pick you

10  up, and does Roy go pick you up?

11       A    Yes, ma'am.

12       Q    In his personal truck?

13       A    In his personal truck.

14       Q    And where did you guys go from there?

15       A    We just took off to the Salinas yard.  We waited

16  there for almost -- for a couple of minutes until Eddie

17  arrived.  From there I just took off with Eddie to the

18  Valley.  We went to McAllen.

19       Q    So you and Eddie went to McAllen?

20       A    Yes, ma'am.

21       Q    Where did you guys go?

22       A    We were supposed to go to SMC yard to go and

23  pick up another truck that, that they were going to lend

24  us to bring the other truck over.

25       Q    Had you ever been to the SMC yard before?

1      A      No, ma'am.

2      Q      Who told you that -- where you guys were going?

3      A      I think Eddie, he already knew where we were

4   going to be going to.

5      Q      And did Eddie say, SMC is going to lend us the

6   truck?

7      A      No.  The person who say that, told me that I

8   think -- well, it was Roy, that we were going to pick up a

9   truck but they didn't say nothing they were going to lend

10  us a truck.  Nothing like that.  Just going to pick up a

11  truck.

12     Q      So Roy said that SMC was going to lend you a

13  truck?

14                  MR. DUNN:  Object to the form.

15     Q      (By Mr. State-Plaintiff) Did Roy say SMC was

16  going to lend you a truck?

17     A      He just told us there was some, they were going

18  to lend us a truck, but didn't know who was it until we

19  got there.

20     Q      And do you know Sergio Cuellar?

21     A      We met him there in McAllen.

22     Q      Had you ever met him before?

23     A      No, ma'am.

24     Q      Is he Roy and Rudy's cousin?

25     A      Yes, ma'am.

1     Q    But he's not your cousin?

2     A    No, ma'am.

3     Q    So you met him in McAllen?

4     A    Yes, ma'am.

5     Q    Where did you guys meet?

6     A    We were going, supposed to go to his yard but

7 like that day it was kind of heavy raining, it was

8 flooded. We couldn't be able to exit. We just had to

9 call him. I think Eddie called Roy and told him that we

10 were going to go straight to the truck stop, that we were

11 going to meet over there.

12    Q    Do you know what day this was?

13    A    (Nods head.)

14    Q    And did you in fact meet Mr. Cuellar?

15    A    What happened, he wasn't there. We were having

16 trouble hooking up Eddie truck down to the SMC truck

17 because we didn't have no experience using the wench that

18 they had.

19    Q    Okay. So but how did -- where did you pick up

20 the SMC truck?

21    A    On the truck stop.

22    Q    And how did it get there?

23    A    Roy took it. He was already -- what happened,

24 he left from his own truck down to the Weslaco and I took

25 off with Eddie. He got there faster than we did. Well,

1          (Exhibit marked for identification as

2          Deposition Exhibit Number 4.)

3          THE WITNESS:  Do I pass it over?

4          MR. DUNN:  Is that the color?

5          MS. WHITE:  Yeah, that is the color of the

6   family photo.

7          MR. HEARN:  Has this been produced in

8   discovery?

9          MS. WHITE:  I don't think so.  I think we

10  just downloaded it.

11          MR. HEARN:  Okay.  Well, I'll object to the

12  extent you ask him about a document that's never been

13  produced in discovery, but subject to that objection, go

14  ahead.

15     Q    (By Ms. White) Do you recognize any of the people

16  in that photo as Sergio Cuellar?

17     A    Yes, ma'am.

18     Q    Starting from left to right, which one is he?

19     A    The first one.

20     Q    He's -- so, the first person?

21     A    No, no, no.  The last one.  From left to right,

22  right?

23     Q    Yeah, from left to right?

24     A    Yeah, it would be the first one on the

25  right-hand side.

1    Q    Okay.  Wearing the glasses?

2    A    Yes, ma'am.

3              MR. DUNN:  When you are facing the exhibit

4    here, you are talking about the right-hand side?

5              MS. WHITE:  Yes.

6              MR. HEARN:  Since we're on video, just have

7    him point.

8              MS. WHITE:  Oh, that's true.  If you want

9    to flip it around.

10             MR. DUNN:  That's too simple.

11   Q    (By Ms. White) Can you point to which one is

12   Sergio Cuellar?

13   A    (Indicating).

14   Q    So before he arrived at the truck stop, do you

15   know -- do you know what truck stop it was you guys were

16   at?

17   A    It was a small one.  I don't know which one was

18   it.

19   Q    Before he arrived at the truck stop, had you

20   attempted to hook a vehicle up to the SMC tractor?

21   A    Before getting to the truck stop?

22   Q    Before he arrived at the truck stop?

23   A    They were doing it.  It was Roy and Eddie trying

24   to hook up the Salinas Express truck.

25   Q    And they weren't having much luck?

1    A    No, they were having a lot of trouble as well.

2    Q    And so did Roy make a phone call?

3    A    I think Roy was the one who called them.  I'm

4  not sure because I didn't see.  He just got there.

5    Q    And then Mr. Cuellar showed up?

6    A    Yeah.  Suddenly he just showed up.  That's why

7  I'm saying they might have called him.

8    Q    Did he proceed to operate the wench?

9    A    Cuellar?

10    Q    Yeah, Mr. Cuellar?

11    A    Yeah.

12    Q    And he's the one who in fact, did he assist in

13  hooking up the Salinas Express truck?

14    A    Yes, ma'am.

15    Q    To?

16    A    The SMC truck.

17    Q    To the SMC truck?

18    A    Yes, ma'am.

19    Q    And then what happened?

20    A    After that we just got everything hook up and we

21  got all three of us, got on to the SMC truck and took off

22  to Houston.

23    Q    When you say three that would be you, Roy and

24  Eddie?

25    A    Eddie, yes, ma'am.

1     Q     And Mr. Cuellar just left?

2     A     He just left.

3     Q     And where did you guys -- who drove to Houston?

4     A     Roy.

5     Q     And what did you guys do in Houston?

6     A     We were going to pick up Art, Arturo.

7     Q     Arturo Gutierrez?

8     A     Gutierrez, yes, ma'am.

9     Q     And why were you picking him up?

10    A     He was going to try to fix the truck.

11    Q     Is it your understanding he's a mechanic?

12    A     Yeah, he's a mechanic.

13    Q     Do you know him?

14    A     Yes, I know him.

15    Q     How do you know him?

16    A     I seen him before.  He used to be living in

17    Zapata a couple of years.

18    Q     Does he operate his own company or?

19    A     I don't know.  I don't think so.

20    Q     As you guys were going to Houston was there any

21    communication back with Rudy?

22    A     No, ma'am.

23    Q     So you pick up Art in Houston?

24    A     Houston, yes, ma'am.

25    Q     Do you know what day that was?

1      A    I would say like, it took us almost a day to get

2    to Virginia.  I don't know, to be exact.  I don't know the

3    date, what date was it.

4      Q    And do you know what time of day it was?

5      A    I would say it was already at night.  I would

6    say it was almost like 11:00 at night.  When we arrived to

7    the store we were going pick him up.

8      Q    Had someone called Art ahead of time to let him

9    know what was happening?

10     A    Yeah, I think it was Roy the one who called him

11   and asked him for a favor to see if he can be able to go

12   with us and try to fix the truck.

13     Q    Did you at that time know what was wrong with

14   the truck?

15     A    No, ma'am.

16     Q    And so then you guys proceeded to drive to

17   Virginia?

18     A    Yes, ma'am.

19     Q    So there are four of you in the truck at that

20   time?

21     A    Yes, ma'am.

22     Q    And did you guys take turns driving?

23     A    Yes, ma'am.

24          MR. FRANKL:  I'm going to object to the

25   form of the question.  Not specific enough.

1      Q    (By Ms. White) Did you drive the SMC truck at any

2    point on the way to Virginia?

3      A    Yes, ma'am, I did.

4      Q    And did Eddie drive the SMC truck?

5      A    No, ma'am.

6      Q    Did Art drive the SMC truck?

7      A    No, ma'am.

8      Q    Did Roy?

9      A    Yes, ma'am.

10     Q    So you and Roy took turns?

11     A    Uh-huh.

12          MR. HEARN:  Is that a yes?

13     A    Yes, ma'am.

14          MR. HEARN:  Everybody does it, but try to

15   remember say yes or no because uh-huh and unh-unh sound

16   the same sometimes.

17          THE WITNESS:  I'm sorry.

18          MR. HEARN:  That's fine.  You're doing

19   fine.

20     Q    (By Ms. White) And at that point from Houston to

21   Virginia you were still hauling Eddie's tractor?

22     A    Yes, ma'am.

23     Q    Why were you guys hauling Eddie's tractor?

24     A    Because he was going, he was going to get, get

25   the trailer from Roy and deliver that load that Roy was

1   supposed to deliver a couple of days back.

2       Q    And do you know where he had to deliver that to?

3       A    Laredo.

4       Q    Where in Laredo?

5       A    I went with him.  I don't remember, it was on

6   Mines Road, but I don't remember what place was it.

7       Q    It was where?

8       A    Mines Road, but to be exact, I don't remember

9   the exact name of the place.

10      Q    Do you know what he was hauling?

11      A    No, ma'am.

12      Q    And do you know what time did you get to

13  Virginia, to the rest area?

14      A    It was, like, around 4:00, 4:30.

15      Q    In the?

16      A    In the morning.

17      Q    In the morning?

18      A    Yes, ma'am.

19      Q    On October 26th?

20      A    Yes, ma'am, I think.

21      Q    When you arrived in Virginia at the rest area,

22  who was driving?

23      A    It was Roy.

24      Q    Were you awake or asleep when you arrived at the

25  rest area?

1      A      I was asleep, I think.

2      Q      So who initially parked the SMC tractor at the

3   rest area?

4      A      It was Roy.

5              MS. WHITE:  It's just an overhead view

6   of -- I made multiple copies because there's multiple

7   witnesses.

8              MR. FRANKL:  Let me see.

9              MS. WHITE:  I might need it back at some

10   point for other people to draw on.

11              MR. DUNN:  I definitely want to take a look

12   at it.

13              (Exhibit marked for identification as

14              Deposition Exhibit Number 5.)

15      Q    (By Ms. White) I want you to take a look at

16   what's been marked as Exhibit 5, Cumulative Deposition

17   Exhibit 5.

18              Do you recognize that as an overhead view

19   of the rest area?

20      A      Yes, ma'am, I do.

21      Q      Is the area where the SM -- where Roy parked the

22   SMC tractor, is it shown on here?

23      A      The area, yes, ma'am, it is.

24      Q      Can you just -- can I borrow your red pen?

25              MR. HEARN:  I don't know how it will show

1  Q  He made a u-turn within the rest area?

2  A  Yes, ma'am, inside.

3  Q  And then so at some point you hooked the SMC

4 tractor up to the Salinas, disabled Salinas tractor?

5  A  Yes, ma'am.

6  Q  And was that on the side you had denoted with an

7 X or on the side where there was the rectangle?

8  A  On the rectangle.

9  Q  Okay.  And who assisted in -- let me strike

10 that.

11     Who operated the wench to get the disabled

12 Salinas tractor hooked up to the SMC tractor?

13  A  Roy.

14  Q  Did you help at all in doing that?

15  A  Yes, ma'am.

16  Q  What did you do?

17  A  We were putting chains on the differential, the

18 disabled truck.  That was the only part that would he be

19 able to work with the, when the wench -- we were trying to

20 hook up with the wench on the disabled truck, it would

21 pick up the whole thing with the differential and the

22 wheels and everything.

23  Q  And what was Eddie doing during that time?

24  A  He was there helping us.

25  Q  Do you know what he did specifically?

1      A     No, ma'am, I don't remember where he was, to be

2   honest.

3      Q     And what about Art, what was he doing?

4      A     He was checking the differential, try to see

5   what was wrong with it or...

6      Q     So at some point you all were successful in

7   getting the broken down Salinas tractor hooked up to the

8   SMC tractor?

9      A     Correct.

10     Q     And then what did you all do?

11     A     When we got down, we were trying to back it up

12  that way -- we were trying to -- I don't know how to say

13  those words exactly the way you all talk, but we were

14  trying to straighten the other truck to be able to turn

15  SMC truck to the south side so we can be able to take off.

16  But we couldn't because all the rest area, even the ramp,

17  was full of trucks.  It was super packed that we couldn't

18  be able to, to turn that little piece where is that right

19  now I don't know.

20              The only way we could be able to do it, to

21  try, was just going straight to the exit, to the entrance

22  side, try to break that truck disabled and turn it back

23  on.  And that's what I was trying to do because I was the

24  one driving.

25              MR. FRANKL:  Let's go off the record a

1    minute.

2                    THE VIDEOGRAPHER:  The time is 3:01 in the

3    afternoon and we are going off the record.

4                    THE VIDEOGRAPHER:  We are back on the

5    record.  The time is 3:05, and we are back on the record.

6    You may continue.

7        Q    (By Ms. White) So we have the Salinas disabled,

8    disabled tractor.  Does that tractor have a number that

9    you know of?

10       A    Yeah, they do, but I don't know the number.

11       Q    So the disabled Salinas tractor is facing south

12   and SMC tractor is facing north, and I think you described

13   the rest area was very crowded.

14       A    Yes, ma'am.

15       Q    So there was no opportunity to do a u-turn

16   within the rest area?

17       A    Yes, ma'am, correct.

18       Q    Were there trucks sort of parked along the

19   entrance ramp there?

20       A    Yes, ma'am.

21       Q    Do you know how many?

22       A    It was packed.

23       Q    So one after the other?

24       A    Yes, ma'am.  It was like about --

25       Q    And what did you guys do?

1       A    Well, we were trying to make the u-turn, but I

2    couldn't because what happened when you have two tractor

3    it's kind of hard to make that, to back it up.  The only

4    thing that we did, we were trying to straighten that

5    thing, the tractor with the trailer -- with the other

6    tractor hook up, tried to, tried to straighten it out

7    straight so I could be able to back it up without hitting

8    both sides -- because on both sides there were tractors

9    with trailers.

10                  The only thing I thought about doing was

11   making my turn to get the other tractor straight out so I

12   can be able to back it out slowly.  Tried to get to this

13   side and try to break the disabled tractor so I could be

14   able to turn the other way around so I can be able to get

15   the exit side the way it's supposed to be.

16       Q    So you thought about trying to go out and go

17   through where the cars are?

18       A    Exactly.  Yeah, I was going to make my -- I made

19   my turn right over here, like around this area.

20       Q    Where the triangle is?

21       A    Yeah, more or less where the triangle is at.

22   That was the only way that I could have the other truck

23   facing straight out without hitting both on the side

24   because it was full of trucks.  And that's what I did.  I

25   was just like -- I don't know how to say those words but I

1  was, how do I -- I was just like moving both of the trucks

2  and try to straight it out so I can be able to back it up.

3     Q    So was it your intention to make a u-turn to go

4  south on 81?

5     A    No, my intention was making that little turn so

6  I can be able to have the other disabled truck straight

7  out so I can be able to back it up on the way back and

8  make my u-turn right over here on this space because that

9  was the only space I had to make my U-turn.

10     Q    So to back up the tractor straight to where the

11  cars go and then be able to turn south?

12     A    On the exit side.

13     Q    On the exit side.

14          So you were driving the SMC tractor?

15     A    Yes, ma'am, I was.

16     Q    Was anyone spotting for you?

17     A    Yeah, there were two.  It was Art and Roy.  They

18  were like a couple of foot away where I was.  Like one was

19  far away from the another one.  They both were watching

20  because like I was facing the entrance, facing the

21  entrance side, I had -- there was, like Roy was standing

22  like around this area.

23     Q    Can you put an R where Roy was standing?

24     A    More or less.

25     Q    And E where Eddie was?

1   A    No, it wasn't Eddie.

2   Q    Art.  Roy and Art.

3        Where was Eddie when you were doing this?

4   A    I never saw him.  He was there when I was barely

5   trying to pull out the other truck but I never saw him

6   when all this happened.  I never saw him.  I don't know if

7   he was there with him or not because he was there but I

8   never saw him again.  I don't know what happened to him.

9   Q    So what were Eddie -- strike that.

10       What were Art and Roy doing as you were

11  pulling out the entrance?

12  A    He was, they were checking, checking for vehicle

13  that was approaching where I was exiting, that I was

14  pulling, right, because I was pulling the wrong side.

15  They thought like if I was pulling this way, they thought

16  there was some other vehicle coming in and it was going to

17  be like accident or something.  And they were watching

18  there for me.

19  Q    And did they have any -- did you guys have any

20  agreed upon signal or anything?

21  A    I had my window down.  They were screaming at

22  me, telling me slow down.  Because we weren't that far

23  from each other.

24  Q    So you could hear what they were saying?

25  A    Yes, ma'am.

1    Q    And they would give you direction?

2    A    Yes, ma'am.

3    Q    Both of them?

4    A    Yeah.

5    Q    And so what is the furthest point along the

6    entrance ramp that you got pulled forward?

7    A    It was around this area.  It was this corner.  I

8    made my turn because like on this area right here, they

9    had like a sign and I just, I was just straighten out the

10   other truck.  I just made my turn like that so I could

11   have the other one breakdown to be on the safe side, on

12   the side, and I was going to break down this truck, break

13   down slowly and try to back it out of the way.

14   Q    So where you just put a mark, sort of a curve

15   that is the furthest point that you got forward?

16   A    (Indicating).

17   Q    At any point did you have any flashers?

18   A    I had my lights on.

19   Q    Headlights?

20   A    Yeah, headlights.

21   Q    Any emergency --

22   A    I had my flashers on.

23   Q    Emergency flashers?

24   A    Yes, ma'am, from the truck.

25   Q    Had you set out any sort of --

1    A    Triangle?

2    Q    -- triangle or anything.

3    A    No, because I was moving.  I was pulling the

4    other truck out, that's why.

5    Q    At any point did the -- part of the SMC tractor

6    that you were driving get into either of the lanes of

7    Interstate 81?

8    A    To be honest, I don't know.  I don't know

9    because the only thing that I heard, it was Roy, he

10   screamed at me and told me to stop.  And I just made -- I

11   just made a complete stop.  And that's why it was

12   approaching, like it was a white car that was approaching

13   on the, from the interstate but he was coming on the

14   left-hand side on the fast lane.

15   Q    So you saw a white car coming in the left hand

16   lane on Interstate 81?

17   A    Correct.

18   Q    And did it pass you by?

19   A    Yes, ma'am.

20   Q    So at some point do you know exactly what Roy

21   screamed?

22   A    Yeah, because like I was moving the truck, I was

23   trying to work it.  I never saw the light coming by.  Then

24   the only thing he told me just stop before, because he

25   thought I was trying to make like a u-turn something when

1    I was just trying to move the truck so I can able to back

2    it up.  He told me to stop and I just stopped just like

3    that.  And that's when I saw that white car.  It just

4    slowed drown.  It was slowing down.  That's when the

5    accident happened.

6         Q    All right.  And do you know when you stopped

7    where you were?

8         A    I was right here.

9         Q    Where you made the mark, the curve?

10        A    Exactly.

11        Q    Were you -- at any point were you in the right

12   lane of Interstate 81 south?

13             MR. HEARN:  Objection.  Asked and answered.

14   Go ahead.

15        A    I don't know.

16        Q    (By Ms. White) Do you know if you were in the

17   left lane at all?

18             MR. HEARN:  Same objection.

19        A    I don't know because I didn't went that far

20   inside the Interstate.

21        Q    But you do think you were in part of the

22   Interstate?

23        A    I thought I was because Roy screamed at me.

24   That's why I got all scared and just slammed the brakes.

25   Then that's why I saw that white car that was passing

1    through.  That's when the accident happened because what

2    happened is that that car, that white car was coming on

3    the fast lane.  I'm talking about the left-hand side, the

4    fast lane.

5              And then what happened, that car just

6    slowed down a little bit because they saw my headlights

7    and my flashers.  That's when the Toyota, I think he was,

8    I don't know, I don't want to say anything but I think he

9    was distracted that he just made that skip, like, he

10   thought he was going to hit that white car, he skip it to

11   the right-hand side, then tried to turn that truck back

12   inside to the left-hand side, that's why he hit me on the

13   headlights.

14       Q    Okay.  So at some point did you see headlights

15   from the Toyota truck?

16       A    What do you mean?

17       Q    Did you ever see headlights coming from the

18   Toyota truck?

19       A    I saw them, yes, I do.

20       Q    Do you know what lane he was in?

21       A    What was that?

22       Q    When you first saw him, the headlights from the

23   Toyota truck, do you know what lane he was in?

24       A    He was on the left-hand side on the fast lane.

25       Q    What did you do when you saw those lights?

1  up and I thought -- that's what I thought that I was in

2  the way, that's why the accident happened, but I wasn't.

3     Q    Okay.  And I just want to clarify that that's

4  you on the audio.

5     A    Yes, ma'am.

6     Q    And I just want to clarify exactly what your

7  statement was at the time.  Whether you disagree with it

8  now or not, that's not the point of the question.

9             Was your statement at the time "I know I

10  got in the way"?

11             MR. HEARN:  Let me just object.  I'm going

12  to object to that question to the extent you played an

13  audio and video clip that's span a certain amount of time,

14  that had multiple voices on it, some of which are not

15  Mr. Martinez and some of which are.  And in that segment

16  that you played for him, Mr. Martinez made multiple

17  statements.

18             So I object to the characterization and

19  form of the question to the extent you're trying to take

20  one piece of it and then characterize it as his statement.

21             So subject to that objection, you can

22  answer her question.

23     Q    (By Ms. White) So did you in fact state at the

24  time, I know I got in the way?

25     A    Yeah.

1                    (Video playing.)

2        Q     And did you state that you heard the truck press

3    its brakes and then you attempted to reverse?

4        A     Yes, ma'am.

5        Q     Okay.  After the impact with the bread truck,

6    did you ever see any other vehicles drive south on

7    Interstate 81?

8        A     No, ma'am, I never saw them.

9        Q     And when you were talking to the trooper, at

10   some point did you hand him your logbook?

11       A     Yes, ma'am, I did.

12       Q     And was that a logbook that was kept with the

13   SMC vehicle?

14       A     That was Salinas logbook.  That's one of the

15   logbook we use for Salinas.

16       Q     So that was a Salinas logbook?

17       A     Yes, ma'am.

18       Q     And do you know what happened to that logbook?

19       A     No, ma'am.

20       Q     Would you agree, as a professional truck driver,

21   that the maneuver you were attempting was extremely

22   dangerous?

23             MR. FRANKL:  I'm going to object to the

24   form of the question.

25             MR. HEARN:  Object to form.

1    Q    (By Ms. White) You can answer.

2    A    I know it was dangerous, pero, like I had some

3    help, that's why.

4    Q    So as you're making the maneuver and your

5    headlights are pointed across 81, where were you directing

6    your attention?

7    A    What do you mean?

8    Q    Were you looking across 81 crosswise, were you

9    looking to your left up the Interstate, were you looking

10   backwards?

11   A    I was checking to my left-hand side because of

12   incoming cars.  I was checking if I don't see no vehicles,

13   I can be able to be playing with the truck so I can be

14   able to back it up all the way to the back.

15   Q    And you were in fact relying upon Roy and Art to

16   make sure your backing up was safe?

17              MR. FRANKL:  Object to form.

18              MR. HEARN:  Objection.

19   A    The interest?

20   Q    What about -- what were you relying upon them to

21   do?

22   A    They were going to check just in case some

23   vehicle was trying to get to where they were going to stop

24   them.  Try to avoid some accidents because I was in the

25   way.

1    Virginia, are they connected in any way electrically?

2         A    They were connect -- they were hook up but with

3    chains and they had a wire with some -- some -- with

4    some --lights in front.

5              MR. HEARN:  Please continue asking your

6    questions.

7         Q    (By Ms. White) So they were connected with a

8    wire?

9         A    They had to put like some lights in front the

10   Salinas trucks so we have some lights on the other end.

11        Q    And were those -- how were those controlled?

12        A    From the SMC truck on those, they had like a

13   little, I don't know to be honest -- got a little plug

14   they plug it in, and that was like a big old plate in

15   front they hook up in front of the truck, so we have the

16   stop and blinkers and everything on.

17        Q    And do you know was that functioning at the time

18   of the accident?

19        A    Yes, ma'am, it was.

20        Q    Did you guys test that out?

21        A    Yes, ma'am, we did.

22        Q    Whenever you did a job for Salinas Express, the

23   logbook that you would keep would always go with the truck

24   itself?

25        A    Yeah, because we were assigned for that truck.

```
 1      Q    All right.

 2      A    We left everything, all papers and logs and

 3  everything because there were -- like later on that day

 4  they were going to pick them up, they would get the

 5  logbooks and the paperwork so they can be able to keep it,

 6  I think.

 7      Q    And did you ever keep any copy of any logbook?

 8      A    I never did.

 9      Q    Had you recorded any time in any logbook for the

10  trip to Virginia when the accident happened?

11      A    No, ma'am.

12               MR. DUNN:  I'm sorry, what was the answer?

13               THE WITNESS:  No.

14               MS. WHITE:  Those are all the questions I

15  have.

16                         EXAMINATION

17  BY MR. DUNN:

18      Q    Mr. Martinez, you never worked for SMC

19  transport, correct?

20      A    Correct.

21      Q    On that date of October 25th, 20 --

22  October 26th, 2015, you were helping out Roy Salinas,

23  correct?

24      A    Correct.

25      Q    And helping out Salinas Express, correct?
```

1     A    Yes, sir.

2     Q    No one from SMC Transport went on the trip with

3  you on that day?

4     A    No, sir.

5     Q    Correct?

6     A    Correct.

7     Q    No one from SMC Transport paid you for that

8  particular trip, correct?

9     A    Correct.

10    Q    No one from SMC Transport was telling you what

11  to do that day, correct?

12    A    Correct.

13    Q    In fact, the only connection you have with SMC

14  Transport was that you happened to be in a vehicle that

15  was owned by SMC Transport, correct?

16    A    Correct.

17    Q    SMC Transport didn't receive any benefit from

18  the use of its vehicle, correct?

19    A    Correct.

20    Q    The Eddie gentleman that came along on the trip,

21  he never worked for SMC Transport, did he?

22    A    Correct.  No, he didn't.

23    Q    And you didn't -- you never overheard Sergio

24  Cuellar discuss anything about the use of that SMC truck?

25    A    Correct.

1     Q   As far as you know, no one from SMC Transport

2  made any phone calls to you guys when you were traveling

3  from McAllen up into Virginia, correct?

4     A   Yes, sir, correct.

5           MR. DUNN:  Thank you very much.

6                   EXAMINATION

7  BY MR. FRANKL:

8     Q   Mr. Martinez, my name is Dan Frankl.  I

9  represent Salinas Express.  In line with the questioning

10  that Mr. Dunn just asked you, do you know if Sergio

11  Cuellar is an owner of SMC?

12     A   I think it is.

13     Q   And he met you at a truck stop in McAllen,

14  Texas?

15     A   Correct.

16           MR. DUNN:  I'm going to object to the form

17  of the question.

18     Q   (By Mr. Frankl) Didn't he meet you in a truck

19  stop in McAllen, Texas before this accident?

20           MR. DUNN:  I'm going to object to the form

21  of the question.  It was not to meet Israel Martinez.

22     Q   Did he -- did Sergio Cuellar come to the truck

23  stop in McAllen, Texas where you, Roy and Eddie were

24  before this accident?

25     A   Correct.