```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA
                  ROANOKE DIVISION


BRANDON LESTER,                  )
                                 )
      Plaintiff,                 )
                                 )
v.                               )Case No.
                                 )7:15-cv-00665-GEC
SMC TRANSPORT, LLC,              )
                                 )
ISRAEL MARTINEX, JR.,            )
                                 )
and                              )
                                 )
Salinas EXPRESS, LLC,            )
                                 )
      Defendants.                )



            DEPOSITION OF ARTURO GUTIERREZ


               Friday, September 23, 2016
                       9:30 a.m.
```



```
                  RAY REPORTING
                 P.O. BOX 12133
              ROANOKE, VIRGINIA 24023
                  (540) 397-9603
              raycourtreporting@gmail.com


          Reported by:  Roxane M. Ray, RPR
```

```
 1              The deposition of ARTURO GUTIERREZ was
 2    taken at the Zapata County Jail, Zapata, TX, on
 3    Friday, September 23, 2016, in the presence of
 4    counsel for the parties.
 5              All formalities as to caption,
 6    certificate and notice of filing were waived.  It was
 7    agreed that Roxane M. Ray, RPR, Notary Public in and
 8    for the Commonwealth of Virginia, at Large, would
 9    take said deposition in machine shorthand, transcribe
10    the same to typewriting by means of computer-aided
11    transcription and sign the name of the witness
12    hereto.
13              Said deposition was taken subject alone
14    to objections that are required to be made by the
15    Federal Rules of Civil Procedure at the time the
16    deposition is taken.  All other objections were
17    reserved until the trial.
18
19
20                   ART GUTIERREZ
21    was called as a witness, and after having first been
22    duly sworn to tell the truth, the whole truth and
23    nothing but the truth, was examined and testified as
24    follows:
```

4

 1                    EXAMINATION

 2

 3   BY MR. FRANKL:

 4        Q     Can you state your full name for the
 5   record, please?
 6        A     Arturo Gutierrez.
 7        Q     Mr. Gutierrez, can we call you Art?
 8        A     Yes, you can.
 9        Q     My name is Dan Frankl and I represent
10   Salinas Express with regard to an accident that took
11   place on October the 26th of 2015.
12        A     Yes.
13        Q     I'm going ask you some questions about
14   your arriving, getting to the accident scene, and
15   what happened at the accident scene, and a little bit
16   of background information.
17              If you don't hear a question or
18   understand a question, ask me to repeat it or
19   rephrase it and I'll be glad to do so.
20        A     Okay.
21              MR. FRANKL:  As far as for the record,
22        all objections except to the form of the
23        question will be reserved.
24

RAY REPORTING
Case 7:15-cv-00665-GEC   Document 141-6   Filed 11/01/16   Page 3 of 9   Pageid#: 2528

```
 1    Rudy Salinas?
 2         A      Yes.
 3         Q      Are you related to him?
 4         A      Yes.
 5         Q      How are you related?
 6         A      First cousin.
 7         Q      So you're also the first cousin of Roy
 8    Salinas?
 9         A      Yes.  Mom and dad are brothers.
10         Q      Your mother and his father are --
11         A      Yes, are brothers.
12         Q      -- brother and sister?
13         A      Yes.
14         Q      Do you know Israel Martinez?
15         A      Yes.
16         Q      Are you related to --
17         A      No.
18         Q      How do you know Mr. Martinez?
19         A      Since I was going on the trip.
20         Q      Did you know him before the trip?
21         A      Yes, I've seen him.  He lives here in
22    Zapata.
23         Q      But didn't have any interaction with
24    him?
```

```
 1      A      No.
 2      Q      Do you know Sergio Cuellar?
 3      A      I've heard of him and I think I saw him
 4   once maybe in the summer of '86.  We went fishing
 5   together under a bridge, the Zapata Bridge.
 6      Q      Have you ever done any work for SMC
 7   Transport?
 8      A      No.
 9      Q      Have you ever done any work for Salinas
10   Express?
11      A      Yes.
12      Q      All right.  What work have you done for
13   Salinas?
14      A      I recall going to --
15      Q      Before the accident --
16      A      Before the accident --
17      Q      -- did you ever work for Salinas
18   Express?
19      A      Yes, I did.
20      Q      And when did you work for Salinas
21   Express?
22      A      Pretty close dates.  2004, maybe on
23   May, and maybe on 2007 I rebuilt a head on one of the
24   trucks, 525 Caterpillar engine.
```

```
1      Q     So what is your -- what was your
2   occupation?  What were you trained to do?
3      A     I'm a master tech mechanic or diesel
4   mechanic.
5      Q     So in 2004 and 2007 you did some
6   mechanic work for Salinas Express?
7      A     Yes.
8      Q     And in 2015 were you employed by
9   Salinas Express?
10     A     No.
11     Q     And you were living with your sister
12  outside of Houston?
13     A     Yes.
14     Q     Were you employed at all at that time?
15     A     No.
16     Q     What were you up there doing?
17     A     Looking for work.
18     Q     And did Rudy Salinas ever call you and
19  ask you to go on this trip?
20     A     Yes.  He asked me to help them out.
21     Q     I'm saying did Rudy do it or did Roy do
22  it?  Do you remember who called you and asked you to
23  help them out?
24     A     I think it was both.
```

```
 1   two trucks together?
 2        A    Same place.
 3        Q    Same place?
 4        A    Yes.
 5        Q    My question is:  If you hooked the two
 6   trucks together at that location, do you know how the
 7   two trucks that were back to back, how it got all the
 8   way to the entrance ramp?
 9        A    No.  I went to the rest room.
10             MR. FRANKL:  I don't have any further
11        questions.  Thank you.
12
13                      EXAMINATION
14
15   BY MS. WHITE:
16        Q    I just have a quick follow-up.
17             You don't know what conversation that
18   Roy may have had with Sergio Cuellar?
19        A    No.
20        Q    And you don't know what conversations
21   that Israel Martinez may have had with Sergio
22   Cuellar?
23        A    No.
24             MR. DUNN:  Let me object.  You're
```

RAY REPORTING
Case 7:15-cv-00665-GEC   Document 141-65   Filed 11/01/16   Page 7 of 9   Pageid#: 2532

```
 1              assuming that there was conversations
 2              between them.  So the foundation has not
 3              been laid.
 4
 5  BY MS. WHITE:
 6        Q     With that, you can answer.  You don't
 7  know what conversation Israel Martinez --
 8        A     I don't know because --
 9              MS. WHITE:  That's fine.
10              MR. FRANKL:  Last thing, you have the
11        right --
12              MR. DUNN:  Wait a minute.
13
14                      EXAMINATION
15
16  MR. DUNN:
17        Q     Mr. Gutierrez, for this trip to
18  Virginia, you were not hired by SMC Transport, were
19  you?
20        A     No.
21        Q     For this trip to Virginia, you had no
22  communication with anybody from SMC Transport, did
23  you?
24        A     No.
```

1    MR. DUNN:  Thank you very much.

2    MR. FRANKL:  Mr. Gutierrez, you have

3    the right when the court reporter types up

4    this transcript to read it and make sure she

5    took down your testimony correctly or you can

6    waive that right and let the court reporter

7    sign your name for you.  It's up to you.

8    THE WITNESS:  What do you mean "waive"?

9    MR. FRANKL:  Basically say I'll allow

10   her to sign it for you.  Answer the question

11   about whether you want to review this

12   deposition --

13   THE WITNESS:  If I tell you to review

14   it they have to come back again.

15   MR. FRANKL:  No.  We'll send it to you

16   in the mail and then you'll read it and if you

17   have any corrections you'll make those

18   recollections or you can say no, I'll let

19   you --

20   THE WITNESS:  Am I doing right right

21   now?

22   MR. DUNN:  It's your choice.  If you

23   trust that the court reporter typed it up

24   correctly and you think that it's going to be