```
1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF VIRGINIA

3                     ROANOKE DIVISION

4

5    ------------------------------
     BRANDON LESTER,                )
6                                   )
               Plaintiff            )
7    -vs-                           ) CIVIL ACTION
                                    ) NO. 7:15-cv-00665-GEC
8    SMC TRANSPORT, LLC,            )
     ISRAEL MARTINEZ, JR.,          )
9    and                            )
     SALINAS EXPRESS, LLC,          )
10                                  )
               Defendants           )
11   ------------------------------

12

13            DEPOSITION OF BRANDON C. LESTER

14

15   DATE:          April 11, 2016 (Wednesday)

16   TIME:          10:00 a.m.

17   LOCATION:      Glenn Robinson & Cathey
                    Fulton Motor Lofts
18                  400 Salem Avenue, S.W.
                    Suite 100
19                  Roanoke, Virginia

20
     REPORTED BY:   Mary J. Butenschoen, RPR,  #4952
21                  Team Trial
                    (540)204-3918
22                  butema@gmail.com

23

24
```

EXHIBIT
G

Case 7:15-cv-00665-GEC   Document 141-7   Filed 11/01/16   Page 1 of 11   Pageid#: 2535

```
 1                 P R O C E E D I N G S
 2    Whereupon,
 3                 THE VIDEOGRAPHER:  I am Danielle Dillon,
 4           your videographer, and I represent A+ Court
 5           Reporter & Video in Roanoke, Virginia.  The date
 6           is April 7 -- sorry, April 11, 2016.  The time
 7           is 9:59 a.m.
 8                 This deposition is taking place at Glenn
 9           Robinson & Cathey.  This is Case Number
10           715-CV-00665-GEC entitled Brandon Lester versus
11           MSC [sic] Transport LLC, Israel Martinez, Jr.,
12           and Salinas Express, LLC.  The deponent is
13           Brandon Clark Lester.
14                 This deposition is being taken on behalf
15           of the plaintiff.  Your court reporter is Mary
16           Butenschoen from A+ Court Reporting and Video.
17           Will the attorneys please introduce themselves.
18                 MS. ROBINSON:  Melissa Robinson here for
19           Brandon Lester.
20                 MS. WHITE:  Johneal White here for
21           Brandon Lester.
22                 MR. FRANKL:  Dan Frankl here for Salinas
23           Express.
24                 MR. HEARN:  David Hearn.  I represent
```

1           Isreal Martinez, Jr.

2                   MR. DUNN:  Lawrence Dunn.  I represent

3           SMC Transport, LLC.

4                   THE VIDEOGRAPHER:  The witness may be

5           sworn in now.

6                   BRANDON C. LESTER

7    after having first been duly sworn to tell the truth, the

8    whole truth, and nothing but the truth, was examined and

9    testified as follows:

10                  THE VIDEOGRAPHER:  On the record at

11          10:01.

12                  EXAMINATION

13   BY MR. FRANKL:

14          Q       Brandon, my name is Dan Frankl, and as

15   you just heard I represent Salinas Express, LLC, and I'm

16   going to ask you some questions about your background and

17   history and employment and the accident that took place

18   back on October 26 of 2015.

19                  If you don't hear a question or

20   understand a question, please ask me to repeat it or

21   rephrase it, and I'll be glad to do so.  If you answer a

22   question it will be assumed that you both heard it and

23   that you understood it.

24                  Because this is being taken down by a

1          A      Like clean up, just turn the radio on and

2     stay busy.

3          Q      I mean, are you working on --

4          A      Not much out there.  I mean, it wasn't

5     much out there.  I used to just go out there and clean the

6     lawn mower up, you know, sharpen lawn mower blades, stuff

7     like that, but that weekend I didn't really do nothing.

8          Q      Do you drink alcoholic beverages?

9          A      Yes and no.  Like I might drink one or

10    two here and there, but do I drink on a regular basis, no.

11         Q      And when you say you drink, are you

12    talking about beer or are you talking about --

13         A      Yeah.  If I drink it might be like one

14    beer or something.

15         Q      You might --

16         A      I have never drank over like three or

17    four at a time.

18         Q      Have you ever had anything to drink other

19    than beer?

20         A      Not to my knowledge.

21         Q      No moonshine or anything of that nature?

22         A      I had like a mixed drink one time.  I

23    didn't like it -- I was at Applebee's -- and I didn't

24    drink nothing after that, no.

Case 7:15-cv-00665-GEC   Document 141-7   Filed 11/01/16   Page 4 of 11   Pageid#: 2538

1        Q      So do you know as you sit here today what

2   time you went to bed on Sunday night the 25th of October

3   before you woke up the next morning to go into work at

4   Allegheny?

5        A      Probably around 9 or 10 o'clock, time I

6   usually go to bed.

7        Q      At what time would you normally wake up?

8        A      About 4:30.

9        Q      And so you indicated you left around

10  5:15.  What would you have done between --

11       A      I usually get up, take a shower, get

12  ready for work.

13       Q      And were you taking any medication at the

14  time of the -- on the date of the accident?

15       A      Lithium.

16       Q      And how long had you been taking Lithium?

17       A      For a good while.  Year and something, I

18  think.

19       Q      Over a year?

20       A      Yes, sir.

21       Q      And did Lithium have any effect on you?

22  I mean, did you know -- did it make you drowsy?

23       A      No, sir.

24       Q      Did it have any side effects at all that

Case 7:15-cv-00665-GEC   Document 141-7   Filed 11/01/16   Page 5 of 11   Pageid#: 2539

1    you were aware of?

2              A       No, sir.

3              Q       Okay.  Was there anything -- do you

4    normally eat breakfast?

5              A       I usually get up, take a shower, eat a

6    bowl of oatmeal and put my clothes on and leave.

7              Q       And to the best of your recollection, is

8    that what you did that Monday morning?

9              A       Yes, sir.

10             Q       Okay.  And what was the weather like that

11   day?

12             A       It was drizzling rain.  It was kind of, I

13   would call it, more or less a heavy fog.

14             Q       Did the fog have an effect on your

15   visibility down the roadway?

16             A       Not really.  It was enough to make the

17   road damp.

18             Q       So it wasn't really like a thick fog and

19   you couldn't see through.  It was just like a mist?

20             A       It was like enough when you get outside

21   and your vehicle is -- the windshield is wet, but it

22   wasn't raining.  It was just like dew, I guess you would

23   call it.

24             Q       But the roadway surface was wet?

Case 7:15-cv-00665-GEC   Document 141-7   Filed 11/01/16   Page 6 of 11   Pageid#: 2540

1          A       Yes.   Damp, I guess you would call it.

2          Q       And when you travel down the roadway,

3    where do you keep your phone?

4          A       Usually just laying in the seat.

5          Q       And you -- but you do have it on?

6          A       Yeah.

7          Q       And you weren't using it at any time

8    prior to this accident?

9          A       No.   I don't text and drive.

10         Q       Tell me in your own words, starting with

11   when you got on the Interstate 81 South at approximately

12   the 162 mile marker, what you remember on the date of this

13   accident.

14         A       I'm pretty sure I'm the only vehicle that

15   I passed, that I come encountered with, until I come up to

16   this wreck.

17         Q       I'm sorry.   You believe you were the only

18   vehicle --

19         A       Like I wasn't -- you know how you go down

20   the interstate now it would be a bunch of vehicles?   When

21   I got on the interstate I didn't pass any vehicles.

22         Q       You don't remember any other traffic

23   being out on the interstate from the 162 to --

24         A       Not until I come to this truck in the

Case 7:15-cv-00665-GEC   Document 141-7   Filed 11/01/16   Page 7 of 11   Pageid#: 2541

 1    road, no, sir.

 2          Q      Okay.  Would you agree -- well, did you

 3    talk to the trooper at the accident scene after the

 4    accident?

 5          A      I remember talking to somebody, I don't

 6    quite know who it was.  I was kind of in and out of it at

 7    that point.  I remember them putting me in the rescue

 8    squad and somebody got in there and talked to me.  I don't

 9    quite know who it was, but I was coming in and out of it.

10          Q      Okay.  Would you agree that if you did

11    talk to individuals at the scene about what had happened

12    that what you told them immediately after the accident

13    would probably be more accurate than your memory today?

14          A      Should be the same.

15          Q      Should be the same.

16          A      Yes, sir.

17          Q      But if there are any differences,

18    which -- which story or which set of circumstances would

19    be more accurate?

20          A      I know it was being said that I seen a

21    white van in the wreck.  Come to find out a white box

22    truck hit me.  I remember seeing something white.  That

23    could be what I could have said was a white van.

24          Q      Okay.  But you're not answering my

Case 7:15-cv-00665-GEC  Document 141-7  Filed 11/01/16  Page 8 of 11  Pageid#: 2542

1   lane?

2            A       I'm almost positive it stayed in the

3   right lane, best of my knowledge.

4            Q       Okay.  Now, after the first impact --

5            A       Yes, sir.

6            Q       -- was your vehicle still I'll say on the

7   northbound or the northbound side of where the truck was

8   across the roadway?

9            A       I don't know.  I seen grass, is all I can

10  tell you.  That's why I said I can't say it was here,

11  because I see grass right here, and I don't see no grass

12  here.  But I know that once I wrecked the first time I

13  seen grass and I seen truck.

14           Q       Okay.  So in what position was your

15  pickup truck after the first collision?

16           A       I guess I would have to say kind of

17  angled, because, like I said, I seen grass.

18           Q       Okay.  And if it was angled --

19           A       Had to be towards grass.

20           Q       Okay.  But where is the closest grass?

21           A       I would have to say there.  That's why I

22  said I kind of hesitate on jumping saying it was there,

23  you know --

24           Q       I understand that.  But were you closer

1  to the guardrail or closer to the grass?

2       A     I'm pretty sure it was grassy median,

3  because I thought I was out of the road.

4       Q     Okay.  So you would have had to have been

5  down to the south of this location?

6       A     Yes.

7       Q     South of where the --

8       A     That's why I am actually wondering if

9  this guy wasn't pulling out of here, if he was pulling out

10 right here.  Because once I hit, I looked out the

11 windshield.  I could see some grass, and I could see his

12 truck.

13            MS. ROBINSON:  So let the record reflect

14       that when he says makes me question whether he

15       was here, it's the spot marked as A.

16 BY MR. FRANKL:

17       Q     Well, okay.  You've got the spot marked

18 as A is where you thought initially that the truck was.

19       A     Yes.

20       Q     But go ahead and write or put a line

21 where you think the truck may have been.

22       A     (Witness complies.)

23       Q     Okay, and so --

24       A     The reason I say it may have been here is

```
 1   because --
 2            Q        Go ahead and put a B there.
 3            A        (Witness complies.)  It just don't want
 4   to write.
 5            Q        All right.  And ultimately you ended up
 6   in the -- well, which lane do you think your car ended up
 7   when it was disabled?
 8            A        I would have to say I was probably
 9   setting right here.  I thought I was out of the road --
10            Q        All right.
11            A        -- and in a safe spot.
12            Q        And how would you describe the impact
13   between your pickup truck and the initial collision?
14            A        As in?
15            Q        Was it a severe impact?  Was it a minor
16   bump?  How would you describe --
17            A        I remember when I seen grass I tried to
18   get out of the vehicle.  I couldn't get out of the
19   vehicle, so I just kind of -- it was very few seconds in
20   between.  I remember hearing something.  I could look up
21   in my rearview mirror and see this truck coming.  That's
22   all that I can tell you happened within the impact.  I
23   don't remember much of the impact.
24            Q        I am talking about the first one when
```

Case 7:15-cv-00665-GEC   Document 141-7   Filed 11/01/16   Page 11 of 11   Pageid#: 2545