```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF VIRGINIA
                   ROANOKE DIVISION




-----------------------------
                            :
 BRANDON LESTER,            :
                            :
          Plaintiff         :
                            :
 v.                         :  Case No.
                            :  7:15-cv-00665-GEC
 SMC TRANSPORT, LLC,        :
 ISRAEL MARTINEZ, JR., and  :
 SALINAS EXPRESS, LLC       :
                            :
          Defendants        :
-----------------------------


      TELEPHONIC DEPOSITION OF:  CHRISTY MORTENSEN




DATE:        October 17, 2016 (Monday)

TIME:        1:30 p.m.

LOCATION:    Frankl, Miller & Webb
             1711 Grandin Rd. S.W.
             Roanoke, Virginia 24015

REPORTER:    Katherine P. Ford, RPR #19867
             (540) 520-0113
```

Exhibit A

```
 1              A P P E A R A N C E S

 2     FOR THE PLAINTIFF:

 3          JOHNEAL M. WHITE, ESQ.
            GLENN, ROBINSON & CATHEY
 4          400 Salem Ave. S.W.
            Roanoke, Virginia 24016
 5          (540) 767-2200
            (540) 767-2220
 6          Jwhite@glennrob.com
            (Present telephonically)
 7

 8     FOR THE DEFENDANT SALINAS EXPRESS, LLC.

 9          DANIEL P. FRANKL, ESQ.
            FRANKL, MILLER & WEBB
10          1711 Grandin Road
            Roanoke, Virginia 24015
11          (540) 527-3500
            (540) 527-3520
12          Dfrankl@franklmillerwebb.com

13     FOR THE DEFENDANT ISRAEL MARTINEZ, JR.

14          DAVID W. HEARN, ESQ.
            SANDSANDERSON
15          1111 E. Main Street
            Richmond, Virginia 24011
16          (804) 783-7285
            (804) 783-7291
17          DHearn@SandsAnderson.com
            (Present telephonically)
18

19     FOR THE DEFENDANT SMC TRANSPORT, LLC

20          LAWRENCE A. "LEX" DUNN, ESQ.
            MORRIS & MORRIS
21          11th South 12th Street
            Richmond, Virginia 23219
22          (804) 344-6307
            (804) 344-8359
23          1dunn@morrismorris.com
            (Present telephonically)
24
```

I N D E X

EXAMINATION BY:                                                    PAGE

Daniel P. Frankl, Esq.........................4, 55

David W. Hearn, Esq...........................  50

Johneal M. White, Esq.........................  53

E X H I B I T S

EXHIBIT NO.                                                        PAGE

Exhibit 1   Google Earth Photo...............  60

```
 1   (1:31 p.m.)

 2                    P R O C E E D I N G S

 3

 4             MR. FRANKL:  I want to make an

 5        agreement or make sure everyone is in

 6        agreement that Ms. Ford can swear the witness

 7        who is currently in California and then we

 8        will go forward with the deposition.  Is

 9        everybody in agreement with that?

10             MR. HEARN:  Yes.

11             MR. DUNN:  Yes, that is fine.  Can Ms.

12        Ford give her phone number to me?

13             (Court reporter complies.)

14             MR. HEARN:  This is David Hearn, I am

15        in agreement.

16             MR. DUNN:  This is Lex Dunn and I agree

17        to those details just delineated by Mr.

18        Frankl.

19             MS. WHITE:  And this is Johneal White,

20        yes, and we agree to that.

21             MR. FRANKL:  With that agreement,

22        Kathy, will you please ask Ms. Mortensen to

23        raise her right hand and administer the oath.

24   ///
```

1    Whereupon,

2                        CHRISTY MORTENSEN

3    After having first been duly sworn or affirmed to

4    testify to the truth, the whole truth, and nothing

5    but the truth, was examined and testified under oath

6    as follows:

7         EXAMINATION BY COUNSEL FOR DEFENDANT SALINAS

8    BY MR. FRANKL:

9         Q.    Ms. Mortensen, my name is Dan Frankl

10   and I represent Salinas Express and I'm going to ask

11   you some questions about the accident that took

12   place on October 26 of 2015.  If you don't hear a

13   question or understand a question, if you would ask

14   me to please repeat it or rephrase it, I will be

15   glad to do so.  If you answer a question, it will be

16   assumed that you heard it and that you understood

17   it.

18                   Because this is being taken down by a

19   court reporter, obviously we won't be able to see a

20   nod of the head, so if you could answer verbally and

21   if you could use the terms "yes" or "no" rather than

22   "uh-hmm" or "un-hun," that will make her job a lot

23   easier.  Do you understand?

24        A.    Yes.

 1          Q.      All right.  Could you give us your full
 2    name, please?
 3          A.      Christy Mortensen.
 4          Q.      And what is your date of birth?
 5          A.      <span style="color:red">Confidential</span>
 6          Q.      All right.  And what is your current
 7    mailing address?
 8          A.      <span style="color:red">Confidential</span>
 9    ████████████████████.
10          Q.      And how long have you lived at that
11    address?
12          A.      13 years.
13          Q.      And are you planning on moving any time
14    in the near future?
15          A.      No.
16          Q.      And are you married?
17          A.      Yes.
18          Q.      And what is your husband's name?
19          A.      Dane, D-A-N-E.
20          Q.      And do you have any children?
21          A.      I have five children.
22          Q.      Do any of your children reside in the
23    Roanoke, Virginia area?
24          A.      No.

```
 1            Q.    My understanding is that you were

 2     coming to the Roanoke area to see relatives.  Do you

 3     have any relatives that live in the Roanoke

 4     City/Roanoke County area?

 5            A.    I have several relatives that live in

 6     Roanoke.

 7            Q.    All right.  And what are the -- well,

 8     and what relation are they to you?

 9            A.    I have an aunt and several cousins who

10     live there.

11            Q.    And are these on your side of the

12     family?

13            A.    Yes.

14            Q.    What is your aunt's last name?

15            A.    Booth.

16            Q.    Okay.  And her first name?

17            A.    Phyllis.

18            Q.    Phyllis, okay.  Is she married?

19            A.    She is not.

20            Q.    No.  All right.  And now the cousins,

21     how many, approximately, cousins do you have in the

22     area?

23            A.    Four.

24            Q.    All right.  What are their last names,
```

1   well, first and last names?

2          A.    Eddie Lawrence, Denny Lawrence, Debbie

3   Coley, and Christina Neal.

4          Q.    All right.  And if you could tell me,

5   where does Phyllis, where does she live?

6          A.    Her physical address?  I don't think I

7   have it in front of me, now.

8          Q.    No, just what county or city does she

9   live in.

10         A.    Roanoke.

11         Q.    What about Eddie?

12         A.    Eddie and Denny live in the same

13  residence with Phyllis.

14         Q.    So those three are in Roanoke?

15         A.    Yes.

16         Q.    What about Ms. Coley?

17         A.    Debbie Coley and Christina Neal live

18  next door to Phyllis.

19         Q.    So all five of them live in Roanoke?

20         A.    Yes.

21         Q.    Okay, great.  Now, on the date of this

22  occurrence or potentially I guess the night before,

23  it is my understanding that you flew into Roanoke

24  from California?

1          A.     I did.

2          Q.     So when did you arrive in Roanoke?

3          A.     I arrived probably about an hour and a

4    half before this incident.

5          Q.     So you would have -- you flew into the

6    Roanoke airport?

7          A.     I did.

8          Q.     And so if this -- do you recall

9    approximately what time this incident took place?

10         A.     It seems like it was between 6 and 7 in

11   the morning.

12         Q.     Okay.  So if it -- let's just assume

13   for the purposes of this question that it occurred

14   at 6 a.m., you would have flown in and arrived on a

15   flight at 5 a.m.?

16         A.     Yes, sir.

17         Q.     Where was that flight coming from?

18         A.     It was coming from California,

19   connecting flight I think went through Chicago.

20         Q.     So you flew from California to Chicago

21   and then Chicago to Roanoke, arriving very early in

22   the morning on the 26th of October?

23         A.     Yes.

24         Q.     And what airline was that?

1          A.     I do not recall.

2          Q.     Okay.  And is this one of these that

3     you would consider a red-eye, you leave in the

4     evening in California and arrive early morning on

5     the East Coast?

6          A.     Yes.

7          Q.     When you arrived, what was your plan as

8     to what you were going to do once you arrived in

9     Roanoke?

10         A.     I was going to pick up a rental car,

11    which I did, and proceed to my relatives' address.

12         Q.     Which relative or relatives were you

13    going to go see initially?

14         A.     Phyllis.

15         Q.     And it's my understanding, well, let me

16    do it this way:  What is the highest level of

17    education that you have attained?

18         A.     I have two years of college.

19         Q.     Okay.  Was that in any particular

20    specialty?

21         A.     In managerial accounting.

22         Q.     And were you employed at the time of

23    this incident?

24         A.     I'm a writer, so part of my trip in

TEAMTRIALS.COM

1    October was to come back to a writers conference

2    that was being held in Roanoke, Virginia as well.

3         Q.    Were you employed in any capacity other

4    than as a writer?

5         A.    No.

6         Q.    And what type of work do you write?

7         A.    I am writing children's novels.

8         Q.    Okay.  Now, it was my understanding

9    that when you made this trip you were injured?

10        A.    I was, I was on crutches.  I had

11   injuries on my left leg.  My left ankle, left knee,

12   and left hip were injured.

13        Q.    All right.  And if you don't mind, how

14   did you injure your left knee, hip, and ankle?

15        A.    I was tripped by or knocked down by a

16   dog near my neighborhood at night and sprained all

17   three joints.

18        Q.    Now, were you -- did you have any type

19   of, other than crutches, did you have any other type

20   of braces or supports?

21        A.    I did have a leg brace on my left leg,

22   which kept me from bending at the knee.

23        Q.    All right.  So that brace would have

24   run from maybe your mid thigh down to your mid calf?

```
 1          A.     Right.

 2          Q.     And it's my understanding that

 3   initially after you left the airport you may have

 4   gotten onto 81 heading north?

 5          A.     Yes.

 6          Q.     And was that just an error on your part

 7   or...

 8          A.     Initially I was considering going on to

 9   Covington, Virginia first and seeing a relative

10   there first and decided against it and decided to go

11   ahead and see Phyllis first.

12          Q.     So there's another relative in

13   Covington?

14          A.     Yes.

15          Q.     And who is that?

16          A.     Wayne Samson.

17          Q.     And when you were heading to Covington,

18   do you know what route you were going to take to get

19   there?

20          A.     I guess I -- other than heading the

21   direction that I was, I don't know that I had

22   specifics in mind as I was traveling.

23          Q.     So ultimately at some point in time

24   after you were traveling north on 81 you decided to
```

1    turn around?

2         A.    Yes.

3         Q.    And do you know where you turned around

4    on the roadway?

5         A.    I do not.  I don't recall.

6         Q.    All right.  Do you recall how long you

7    were traveling on the southbound side of Interstate

8    81 after you turned around before you arrived at the

9    rest area?

10        A.    I would say probably, maybe 30 minutes.

11        Q.    Okay.  And during that 30 minutes, was

12   it still dark outside?

13        A.    It was.

14        Q.    And were there -- was there any other,

15   other than being dark, was there any other

16   weather-related activity going on?

17        A.    No.

18        Q.    So it was clear and dry?

19        A.    It was clear and dry.

20        Q.    As you were driving south on 81, how

21   would you describe the other traffic on the roadway

22   at that time in the morning?

23        A.    It was -- it was really light traffic.

24   There was not -- there were not a lot of cars on the

1    interstate at the time.

2         Q.    Were there any other vehicles traveling

3    with you in a, like a small pack or something as you

4    proceeded down the roadway?

5         A.    No.

6         Q.    Do you recall seeing any other cars?

7         A.    I do.  Ahead of me I could see some

8    cars and back of me quite some distance.

9         Q.    But during your 30-minute drive, did

10   you catch any of the vehicles that were in front of

11   you or did any of the vehicles that were behind you

12   catch and pass you?

13        A.    I did catch and pass a couple of cars

14   as I was proceeding, yes.

15        Q.    Okay.  And just in general, could you

16   tell me approximately how many vehicles you saw out

17   on the roadway during, heading south on 81 during

18   that period of time after you turned around?

19        A.    I would guess that there were probably

20   less than 15 or 20 going the same direction as me.

21        Q.    Now, as you were proceeding south on

22   81, did you see signage indicating that there was a

23   rest area coming up?

24        A.    Yes.

TEAM TRIAL USA.COM
@TEAMTRIALUSA

1          Q.     And had you made a decision to pull

2     into that rest area when you saw those signs?

3          A.     I did.

4          Q.     And was there any other traffic around

5     you as you approached the rest area?

6          A.     No.

7          Q.     Okay.  Now, earlier we emailed you a

8     copy of a diagram from Google Earth.  To the best of

9     your recollection, is that an overhead image of the

10    Troutville rest area where this incident took place?

11         A.     Yes.

12         Q.     Now, I put on this exhibit letters A

13    through G.  Do you see those?

14         A.     I do.

15         Q.     And A starts at the north most point of

16    the off ramp to the rest area?

17         A.     Yes.

18         Q.     When you approached the beginning of

19    the off ramp, what lane were you traveling in?

20         A.     I was in the far right-hand lane.

21         Q.     And approximately how fast were you

22    going?

23         A.     I was going about, probably about 50

24    miles, 55 miles an hour.

1          Q.     So do you know what the speed limit was

2     before you -- well, let me ask this:  Did you start

3     to slow down before you actually started onto the

4     off ramp?

5          A.     I did, yes.

6          Q.     And so do you know what the speed limit

7     was and how fast you were traveling before you

8     started to slow down?

9          A.     I was probably going between 65 and 60

10    before I started to slow down.

11         Q.     And do you know what the speed limit is

12    in that part of the roadway?

13         A.     I believe it is 65.

14         Q.     Okay.  So did you put your right-hand

15    turn signal on?

16         A.     Yes, sir.

17         Q.     When you got to point A on this map,

18    did you then, as the off ramp started, did you turn

19    to the right to travel down the off ramp?

20         A.     I -- yes.

21         Q.     Okay.  Now, as you made that right-hand

22    turn onto the off ramp, at that point in time did

23    you see any vehicles parked along the right shoulder

24    of the roadway?

1        A.     Yes, I did, at the top of the off ramp.

2        Q.     Okay.  And was there a whole line of

3    vehicles along that shoulder?

4        A.     No, there was one big rig parked on the

5    right shoulder.

6        Q.     And approximately where was this one

7    big rig on the shoulder that you're talking about?

8        A.     It was approximately where you have the

9    letter C in the photograph.

10       Q.     Okay.  So it's your testimony that from

11   point A at the beginning of the off ramp until you

12   reached point C, there were -- approximately point

13   C -- there were no other vehicles parked along that

14   right shoulder?

15       A.     There were no other vehicles parked

16   along the right shoulder.  There was a vehicle in

17   the actual off ramp lane.

18       Q.     Okay.

19       A.     But nothing else on the shoulder.

20       Q.     And you said there was one large rig.

21   Are you saying it was a tractor-trailer, an 18-wheel

22   tractor-trailer?

23       A.     Yes.

24       Q.     And it was parked on approximately the

1    right shoulder of the off ramp where the letter C

2    is?

3           A.     Yes.

4           Q.     Did it have its lights on?

5           A.     Yes, it did.

6           Q.     Now, did it have its headlights on or

7    its running lights or do you know?

8           A.     From behind all I could see was the

9    brake lights as I came off, so...

10          Q.     Were the brake lights lit up or just

11   like the running lights that just --

12          A.     They appeared to be just the running

13   lights.

14          Q.     Okay.  And you indicated that as you

15   were going down the exit ramp you observed another

16   vehicle?

17          A.     Yes.

18          Q.     Before you tell me about that vehicle,

19   on the left side of the exit ramp, were there any

20   vehicles parked along the left side of the exit ramp

21   toward that grassy little area?

22          A.     No.

23          Q.     All right.  When you first saw this

24   other vehicle, where along that entrance ramp was

1    it?

2          A.    It was before -- before the letter C in

3    your drawing, between B and C.  It was in the middle

4    of the off ramp lane and it was facing me, so I had

5    headlights facing me.

6          Q.    Okay.  Now, you can see if you look to

7    the left of the off ramp, there's like a grassy

8    area?

9          A.    Yes.

10          Q.    And it comes to -- it's not really a

11    point, but it comes to us what looks like a small

12    straight line where it then reaches all pavement.

13    In relation to that point, was the tractor-trailer

14    or the vehicle that was facing you, was it further

15    closer toward B or closer toward C or right about

16    that location?

17          A.    It was closer to C.  In your photograph

18    there's a shadow where the grassy area is on the, on

19    what would have been my left approaching the exit.

20          Q.    All right.

21          A.    And the tractor-trailer that was facing

22    the -- the vehicle that was facing me with

23    headlights was between that shadow mark there and

24    the letter C.

1          Q.    All right.  Now, did you ultimately

2    observe what type of vehicle that was?

3          A.    I did, because it didn't make sense

4    that headlights were facing me, so I pulled to the

5    left-hand shoulder to get out of the way.  It wasn't

6    until I pulled to the left-hand shoulder that I

7    could see what the vehicle was.

8          Q.    All right.  When you pulled to the

9    left-hand shoulder, did you pull to the north of

10   that shadow closer to B or to the south of that

11   shadow closer to C?

12         A.    To the south of the shadow close to C.

13         Q.    What did you observe when you pulled

14   over at that location?

15         A.    I could see that it was a tow truck

16   that was facing me and it was hooked to a big rig

17   behind it.

18         Q.    And which way was the big rig that it

19   was towing facing?

20         A.    Which -- I am sorry, say the question

21   again.

22         Q.    When you observed the vehicle that was

23   being towed, which way was the vehicle being towed

24   facing?

1          A.      It was facing towards the letter D.

2          Q.      So it was facing south?

3          A.      Yes.

4          Q.      All right.  So did you pull off onto

5     the left shoulder and come to a complete stop?

6          A.      I did.

7          Q.      And when you came to a complete stop,

8     what movement was the towing vehicle making?

9          A.      It was beginning to back up.

10         Q.      When you first saw it, was it stopped?

11         A.      No, it was already moving as I realized

12    it was there.

13         Q.      Okay.  So you just indicated it was

14    beginning to back up, so did it change direction or

15    did it just continue to back up?

16         A.      It just continued to back up.

17         Q.      Now, you indicated that the front of

18    that vehicle was approximately where the shadow was

19    on this exhibit.

20         A.      No, it was closer to the letter C.

21         Q.      Okay.  All right.  From where you first

22    saw it, somewhere between the shadow and the letter

23    C, did you ever see it proceed further north toward

24    the letter B?

1          A.     No, I did not.

2          Q.     When you came to a stop on that left

3     side of the entrance ramp, how long did you observe

4     this towing vehicle that was towing another tractor?

5          A.     How long was I observing it as I was

6     stopped?

7          Q.     Yes.

8          A.     Probably for about a minute.

9          Q.     All right.  And what did you observe

10    that towing vehicle do during that period of time?

11         A.     It kept backing up, and as it backed

12    up, there were a lot of tractor-trailers that were

13    parked in the tractor-trailer area.  As it backed

14    up, it began to block the pathway there into the

15    passenger side of the rest area where vehicles would

16    have pulled into the car, the vehicle parking.

17         Q.     So when you say "the vehicle," you're

18    talking about the, if you look at the letter D where

19    it splits, if you go to the right it's for cars and

20    to the left is for trucks?

21         A.     Yes.

22         Q.     So at that juncture you observed the

23    towing vehicle do what?

24         A.     It was -- it was backing up slowly.  It

1    was about blocking that pathway for me to get into

2    the passenger area, so as I waited, he looked like

3    he was waiting for a rig to move out of the way so

4    that he had a place to park the vehicle or to back

5    to.  So I waited long enough for him to be out of

6    the lane and proceeded with my car between the

7    tractor-trailer where the letter B is, I drove

8    through that area to get to the parking area.

9              At the letter E I did a U-turn to get

10   back into the other area.

11        Q.    When you got to the letter E, did you

12   make a stop?

13        A.    I did make a stop.  There was one

14   vehicle with headlights on that was ready to leave

15   the passenger area and I waited for them to exit.

16        Q.    You indicated earlier that you were

17   stopped approximately a minute while you waited for

18   this towing vehicle to back up before you could

19   proceed through the truck parking area.

20             How much time did it take you then to

21   get to where the letter E is where you stopped to

22   await the car that was leaving the passenger car

23   area?

24        A.    Probably half a minute.

1      Q.    All right.  And when you got to that
2  position, you waited until that passenger car left
3  and you pulled a U-turn?
4      A.    I did.
5      Q.    All right.  And when you pulled a
6  U-turn, what happened then?
7      A.    I could hear, as I was pulling a U-turn
8  into the rest area to the parking, I could hear an
9  impact behind me.
10     Q.    And how would you describe the impact
11 that you heard?
12     A.    It was -- it was very loud.  It almost
13 sounded like someone had hit sand barrels in a
14 barrier or something.
15     Q.    And at that point in time, did you know
16 what had happened?
17     A.    I did not, although I really thought as
18 I came off the exit and saw the headlights facing
19 me, I thought, Well, if somebody is not driving slow
20 enough this is an accident waiting to happen.
21           So I did not know at that time what had
22 happened, but I was wondering if it was because of
23 the vehicles that were in the roadway.
24     Q.    When you are saying "in the roadway,"

1    you are talking about the towing vehicle that was in

2    the area of the letter D at that point in time?

3         A.    Yes, sir.

4         Q.    Okay.  Now, after you heard that

5    impact, you completed making your U-turn?

6         A.    I did.  There was -- there was a rest

7    area attendant standing on the sidewalk.  My

8    passenger window was already down because I spoke to

9    a driver or spoke to a gentleman that was standing

10   on the right-hand shoulder back at the letter C

11   where there was a big rig there.  I was asking if he

12   was okay.  And he pointed to the truck that was

13   being towed as though it was his.

14              So my window was down and I could hear

15   that the attendant was calling 911.

16        Q.    And did you see the attendant leave the

17   building that's where the little red dot is that

18   says "Troutville Safety Rest Area" when you came

19   around the corner or was she already down at the

20   bottom near the parking lot when you first saw her?

21        A.    She was already on the sidewalk next to

22   the parking spaces.

23        Q.    Okay.  And you indicated that you at

24   some point in time when you were stopped on the left

1    shoulder of the entrance ramp before you went

2    through the truck area, you saw a gentleman

3    positioned near the tractor-trailer that was parked

4    where the letter C is?

5         A.    Yes.

6         Q.    And you rolled your window down on the

7    passenger side?

8         A.    I did.

9         Q.    And what was that individual doing?

10        A.    That individual was on their cell

11   phone.  I didn't realize at first when I spoke to

12   them, but as I was saying "Are you okay?" he

13   indicated that he had his phone in his hand and

14   pointed it towards the truck that was being towed.

15        Q.    Did he ever say anything or was all of

16   his communication to you like pointing at his phone

17   and then pointing at the towing vehicle?

18        A.    He never spoke to me.  He was only

19   pointing.

20        Q.    And can you recall any specifics about

21   that individual?

22        A.    I don't remember much about the person.

23   I know it was a male.

24        Q.    Do you know whether he was black or

1    white?

2            A.      I don't recall.

3            Q.      Okay.  And did you hear him speaking on

4    the telephone?

5            A.      No.

6            Q.      So you don't know if he was foreign or

7    an American-born individual?

8            A.      I do not know.

9            Q.      After this whole accident, did you ever

10   see that individual again?

11           A.      I do not recall seeing him again.

12           Q.      Okay.  So you pulled the U-turn, and

13   you indicated that you ran into a rest area

14   employee?

15           A.      Yes, the rest area employee was already

16   standing on the sidewalk.

17           Q.      Approximately where in the photograph?

18           A.      In your photograph between E and F

19   there is a white vehicle in the photo.  The employee

20   was standing about there.

21           Q.      Were they actually out into the parking

22   area or were they on the sidewalk?

23           A.      They were on the sidewalk.

24           Q.      So you pulled up -- were there any cars

1    at that location where this employee was standing?

2          A.    There was maybe one there and some

3    further down in the lot.

4          Q.    Did you pull into, as if you were

5    parallel parking to the sidewalk to get to this rest

6    area employee or did you stay out in the, what would

7    be the traffic lane, if you will?

8          A.    I stayed in the traffic lane.  I

9    actually proceeded through the parking lot since

10   there was not traffic at the time and parked closer

11   to where the letter G is in your photograph.

12         Q.    Now, when you stopped where that white

13   car is in the photograph south of the letter F, did

14   you have a conversation with this rest area

15   employee?

16         A.    Not at that time.

17         Q.    Was there any conversation at all

18   between the two of you?

19         A.    Not at that time.

20         Q.    Did you hear -- well, did you see what

21   the rest area employee was doing?

22         A.    I could see that they were on the phone

23   and I could hear them.

24         Q.    And do you recall hearing what they

 1   said?

 2        A.    I recall hearing "Send help, there's

 3   been an accident."  While that -- I was stopped

 4   there briefly in the passenger lane, as I was

 5   hearing them, it was -- it was probably a few

 6   seconds later that we could hear another impact, and

 7   she had just hung up the phone.  She redialed, I

 8   believe she redialed 911 to say there's been another

 9   accident, please send help.

10        Q.    So just so I'm clear, when you started

11   your U-turn from the letter E toward the letter F is

12   when you heard the first impact?

13        A.    As I was making the U-turn.

14        Q.    Okay.  And then you stopped around

15   where that white car is, and did you roll down the

16   driver's window at that point in time?

17        A.    Yes, they were both down.

18        Q.    And you heard her on the phone, and

19   from the time you heard the first collision until

20   the time you heard the second collision or impact

21   noise, how much time passed?

22        A.    I would say probably, I don't know,

23   maybe 15 seconds.  It wasn't very long.

24        Q.    And then you pulled up and where did

1  you park?

2           A.     I parked in the passenger area close to

3  where you have the letter G marked on the

4  photograph.

5           Q.     And did you pull into a slot?

6           A.     I did.

7           Q.     All right.  At that point in time, what

8  did you do then?

9           A.     I got out and the rest area employee

10  had walked toward me on the sidewalk and, you know,

11  she asked if I had heard everything she did.  And I

12  said, "It sounds bad."

13           Q.     Okay.  Where did she end up going?

14           A.     She crossed the parking lot area with

15  me towards where the rigs are parked.  And we looked

16  down into the area where the off ramp comes off into

17  the rest area to try and see what was happening.

18           Q.     Now, you say "where the rigs are

19  parked."  There's one tractor-trailer just below the

20  letter G that's got a white tractor and like a gray

21  trailer.  You walked across that area?

22           A.     We actually went down to the end of

23  that median where the passenger area starts in.

24           Q.     Okay.  Just to the left and above the

1    D?

2            A.      Yes.

3            Q.      Okay.  So you walked up there together?

4            A.      We were together, yes.

5            Q.      And was there any conversation?

6            A.      She just looked really anxious.  I

7    don't know that we were talking, but she looked

8    really anxious like she was trying to figure out

9    what was happening.

10           Q.      What is the farthest that you walked at

11   that point in time -- well, let me ask you this:

12   Did you continue to go what would be further north

13   up the entrance ramp?

14           A.      Yes, I did.

15           Q.      And was she with you?

16           A.      No, she stayed -- she stayed at the

17   lot.

18           Q.      And when you continued walking, you

19   were walking in essence up north toward the ramp

20   that you had just come down?

21           A.      Yes.

22           Q.      And what did you see when -- where were

23   you when you first saw something?

24           A.      I was probably between the letter C and

1   D on the opposite shoulder when I could see

2   something.

3          Q.     When you say "the opposite shoulder,"

4   are you saying you were on the side of the road

5   toward the C or closer toward the median where the,

6   I guess the grass and trees are?

7          A.     Towards where the grass and trees are.

8          Q.     And when you got to that position, what

9   could you see?

10         A.     I could see that there was a vehicle in

11  the roadway on 81 and I could see that there was a

12  truck that was in that grassy area near where the

13  trees were.  It looked to be flipped on its side up

14  under those trees.

15         Q.     Now, you said there was a vehicle in

16  the roadway on 81.  What type of vehicle was that?

17         A.     It was an SUV.

18         Q.     Do you recall what color?

19         A.     I want to say it was green.

20         Q.     Okay.  And as far as where it was, was

21  it actually on the travel portions of the roadway or

22  was it on the shoulder, to the right of the traffic

23  lanes or in the grass area?

24         A.     I think it was in the travel lanes.

1          Q.     Okay.  And you said there was another

2     truck.  What type of truck did you also see?

3          A.     It looked to be a box truck maybe,

4     smaller than a big rig.

5          Q.     Where was it located?

6          A.     It was in that grassy area at the base

7     of the trees.  It looked like it had flipped and dug

8     into the dirt there.

9          Q.     Which way was it facing?

10          A.     It was facing in the same direction as

11     say the red trailer on the interstate in your photo.

12          Q.     It would have been facing still

13     southbound?

14          A.     Yes.

15          Q.     And you said it was on its side?

16          A.     Yes.

17          Q.     From that point on, did you hear any

18     other collisions?

19          A.     No.

20          Q.     Okay.  What did you do then?

21          A.     I walked down to the edge of the

22     interstate, a couple of other cars had pulled over

23     and stopped.

24          Q.     Okay.  Now, before you go too far,

1   where did these other cars pull over and stop?

2          A.    They were on the right-hand shoulder of

3   the interstate.

4          Q.    Okay.  The right-hand shoulder, not on

5   the ramp but go on past the entrance to the

6   Troutville rest area and parked on the shoulder?

7          A.    Yes.

8          Q.    Okay.  And you walked -- did you walk

9   through the grass to get to where their vehicles

10  were?

11         A.    I was probably in the dirt area below

12  where the grass is in your photograph.

13         Q.    Did you go up, you know, up around to

14  where the shadow is and cross there or did you go

15  through the grass to get down to that side of the

16  road?

17         A.    I was not walking through the grassy

18  area.  I was more where the dirt and the shadow is

19  there, there's a small area there that's not grass

20  and I was probably there.

21         Q.    So you went from approximately where

22  the letter D is up to the area just in front of the

23  little arrow below the letter C, kind of continued

24  up to where the shadow was and crossed over onto the

 1    shoulder of the roadway at that location?

 2          A.    Yes.

 3          Q.    And when you got there, what did you

 4    observe?

 5          A.    I could see that there were people in

 6    the median where the trees are off of the highway

 7    looking like they were helping someone.

 8          Q.    All right.  Now, if you look at those

 9    trees, some of them appear to be casting shadows

10    across the two lanes of the interstate and then the

11    ones just south of those you can see the shadows but

12    they don't go actually all the way in across the

13    left-hand lane.  What set of trees are you talking

14    about?

15          A.    Those trees there are probably the ones

16    where you are not seeing the shadows go all the way

17    across the roadway in your photograph is where there

18    was someone on that side.

19          Q.    It appears that there's -- really it

20    looks like three, two larger groups and one real

21    small tree in the middle of the two.  Do you recall

22    approximately where along those three you're talking

23    about?

24          A.    Okay.  There's one large tree all the

1    way down in the grassy area to the south.  There's

2    one tree that is by itself and then there's a

3    grouping of trees there, probably the first one to

4    the north there that's appears to be casting a

5    shadow toward the roadway, it was probably near that

6    point that there was someone there.

7              Q.    So before you get to the big shadow

8    that goes across both lanes?

9              A.    Yes.

10             Q.    And how many people were in that group

11   at that location?

12             A.    There were three, I believe.

13             Q.    And do you know who those three people

14   were?

15             A.    I do not.

16             Q.    And did you then cross over the

17   interstate at that point?

18             A.    I did.

19             Q.    Now, to your knowledge, was anybody

20   further up the interstate at location B or A warning

21   vehicles coming southbound about this accident?

22             A.    Not to my knowledge.

23             Q.    So when you got to initially just below

24   position C and were walking up toward the shadow,

1    did you see any other vehicles go by southbound?

2         A.    No.

3         Q.    Then when you ultimately got to the

4    shoulder and then crossed over, did you have to wait

5    for any traffic at that point in time?

6         A.    No.

7         Q.    When you got over there, you said there

8    were three vehicles -- I am sorry, three

9    individuals.  What were they doing?

10        A.    They were helping a gentleman that was

11   on the ground.  On the other side there was a

12   metal --

13        Q.    Guardrail?

14        A.    -- guardrail there, he was on the other

15   side of the guardrail.  They were trying to help

16   him.

17        Q.    And which way was he lying down, if you

18   recall?

19        A.    His head was toward the roadway, toward

20   81, and his feet were downhill toward the trees.

21        Q.    And were all three of these other

22   individuals, were they on the same side of the

23   guardrail as the individual who was laying down?

24        A.    Yes.

1          Q.      Did you ever cross over the guardrail?

2          A.      Yes, I did.

3          Q.      And this whole time you were

4    traversing, you were using your crutches?

5          A.      When I got to the guardrail, I left the

6    crutches on that side and crossed the rail without

7    them.

8          Q.      Did you ever hear the individual who

9    was laying down who was hurt make any statements?

10         A.      He said that he felt like his arm was

11   broken, his right arm.

12         Q.      Okay.

13         A.      And he was breathing heavily.  I'm a

14   first responder in California, as a volunteer, so I

15   was familiar, you know, with the shock that he may

16   have been in because of an accident and went toward

17   him to see what I could do to help.

18         Q.      Other than indicating that he felt his

19   right arm was broken, did you hear him make any

20   other statements?

21         A.      He said he felt like his back was

22   hurting.

23         Q.      As far as his conversation was

24   concerned, were you having a hard time understanding

TEAMTRIALLUSSOGMAR.COM

1   him?

2         A.     No, he was speaking clearly.

3         Q.     Did he seem to be dazed or in shock in

4   any way?

5         A.     He was in shock, but he seemed fairly

6   collected enough that he seemed to have normal

7   conversation.

8         Q.     Okay.  Did you hear anyone else talking

9   to him or asking him questions?

10        A.     The two -- the two women that were

11  closest to him were asking what they could do to

12  help.  One of them had him by the hand and was

13  trying to comfort him.

14        Q.     And other than indicating that his back

15  was hurting and that he felt his right arm was

16  broken, did you hear any other conversation from

17  him?

18        A.     No.

19        Q.     Now, you indicated that you're a first

20  responder in California?

21        A.     Yes, as a volunteer.

22        Q.     And how long ago did you start to do

23  that?

24        A.     Probably 12 or 13 years ago.

1          Q.     And did you have any specific training

2     in being a first responder?

3          A.     I had volunteer training through the

4     City of Morgan Hill.

5          Q.     And what does that entail?

6          A.     It involves going to six different

7     classes with the city and practicing different

8     emergency scenarios and how to handle the situations

9     that might come up in an emergency.

10          Q.     And during your 12 to 13 years, did you

11     respond to any emergencies?

12          A.     No.

13          Q.     So you've got all the training, but had

14     not actually had firsthand experience?

15          A.     That's correct.

16          Q.     Other than an individual holding his

17     hand, were those three individuals, were they all

18     women?

19          A.     One of them was male.

20          Q.     Were they doing any medical treatment

21     or work on the injured individual?

22          A.     No.

23          Q.     So they were comforting him, holding

24     his hand, but other than that there was no other

1  activity going on on their part?

2         A.     Right.

3         Q.     Was the injured individual, was he

4  moving around at all?

5         A.     He was not moving around.  He was

6  staying fairly still on the ground.  Well, at one

7  point he did move his legs like he was trying to get

8  more comfortable and I encouraged him to stay as

9  still as he could until help arrived.

10        Q.     Now, how long from when you heard, I

11 will say that second impact, did it take before

12 emergency medical technicians or EMS individuals to

13 respond?

14        A.     I believe it was less than 10 minutes

15 before they were there.

16        Q.     And once they arrived, what did you do?

17        A.     I stayed with him until EMS was coming

18 over the guardrails to help.  The two women that

19 were with him, Virginia state troopers showed up and

20 wanted to talk to the people that were with him, so

21 as one of the women let go of his hand, he held onto

22 me as they went to talk to the state trooper, and

23 the EMS were there.

24        Q.     And did you ultimately talk to a state

TEAM TRIAL US@GMAIL.COM

1    trooper?

2           A.    I did.

3           Q.    And did you give a written summary of

4    the events?

5           A.    Yes, I did.

6           Q.    Now, when you pulled in and parked at

7    approximately the location of the letter G on this

8    diagram, where was the towing vehicle at that point

9    in time?

10          A.    It had continued to back up and park

11   along the trucking route where that last

12   tractor-trailer is parked there with the lights.

13          Q.    The one just to the left of D and just

14   below G?

15          A.    Yes.

16          Q.    All right.  And between the time you

17   went from the letter E to F and then ultimately to

18   G, did that vehicle move further what would be north

19   toward letter C, B, or A?

20          A.    No.

21          Q.    Did you ever have any conversation with

22   the driver of that vehicle?

23          A.    No.

24          Q.    Did you ever have any conversation with

1    the driver of the box truck?

2         A.    No.

3         Q.    Were there other people that you

4    observed helping the driver of the box truck?

5         A.    Yes.

6         Q.    And do you know who they are?

7         A.    No, they were just people that stopped.

8         Q.    Did you ever have any conversation with

9    the people that helped the driver of the box truck?

10         A.    No.

11         Q.    So after the EMS started taking care of

12    the injured individual, did you then go back over

13    the guardrail and collect your crutches?

14         A.    Yes.

15         Q.    And where did you go then?

16         A.    I crossed Interstate 81 and went back

17    up the off ramp toward my vehicle.

18         Q.    So you went back around, across that

19    dirt area, if you will, and then back down the

20    entrance ramp to your vehicle?

21         A.    Yes.

22         Q.    And had you already given your

23    statement to the state police at that time?

24         A.    I had not.  They were in the shoulder

1    near where the box truck was and asked if I would go

2    back to my vehicle to write the statement for them

3    and that they would come and talk to me.

4            Q.    After you wrote your statement, did

5    they talk to you?

6            A.    Yes, they did.

7            Q.    Do you recall what the gist of that

8    conversation was?

9            A.    They just asked me what I had observed

10   and took my statement in writing.

11           Q.    Was there anything that you talked to

12   that trooper about or that you included in your

13   statement that we haven't spoken about?

14           A.    No.

15           Q.    Did you ever hear the driver of the

16   towing vehicle talking to the police?

17           A.    No, I did not.

18           Q.    How long were you at the rest area from

19   when you ultimately pulled in until you left the

20   scene?

21           A.    I was probably there an hour and a

22   half.

23           Q.    Do you recall the name of the trooper

24   you gave your written statement to?

TEAM TRIAL US@GMAIL.COM

```
 1              A.      I do not.

 2              Q.      Was he a young trooper or an older

 3      trooper?

 4              A.      He was an older trooper.

 5              Q.      Did you ever have any follow-up

 6      conversation with the rest area attendant that you

 7      initially saw when you had completed your U-turn?

 8              A.      Yes, I did speak with her again.

 9              Q.      And what was the gist of that

10      conversation?

11              A.      She was amazed that there had been an

12      accident there, that traffic was backing up on 81

13      that wasn't able to get towards the rest area or

14      further down the interstate.  And she just hoped

15      that everybody was going to be okay.

16              Q.      Was there more than one rest area

17      attendant?

18              A.      There were two rest area attendants

19      that I saw there.

20              Q.      One female and two male?

21              A.      No, two females.

22              Q.      And did you learn anything from either

23      of those rest area attendants about how the accident

24      took place or what happened in the accident?
```

1          A.     No.   The only indication that I had was

2     that the rest area attendant had been down near the

3     parking lot because she knew that there was a tow

4     rig connecting to a rig, she was aware that there

5     was already a towed vehicle there.

6          Q.     Did she indicate that she saw what

7     happened in the accident?

8          A.     No.

9          Q.     Other than the rest area attendant and

10    the trooper, the older trooper, is that the one that

11    you gave your written statement to?

12         A.     Yes.

13         Q.     Did you talk to anyone else at the

14    scene?

15         A.     No.

16         Q.     Other than the individual who was

17    injured?

18         A.     No, I did not.

19         Q.     So if I understand your testimony, the

20    furthest north on the overhead diagram that you saw

21    the towing vehicle was between the C and the shadow?

22         A.     When I first saw that there was a

23    vehicle -- that there was a vehicle facing me on the

24    exit?  I am trying to understand your question.

1          Q.    Yes, when you first saw that vehicle,

2    that was the farthest north up the ramp you ever

3    saw.  Is that your -- is that correct?

4          A.    I'm sorry, I still don't understand

5    your question.

6          Q.    All right.  When you first saw the

7    towing vehicle, if I understand your testimony, you

8    said it was somewhere north of the letter C, but not

9    as far as the shadow?

10          A.    Right.

11          Q.    And is that the farthest north that you

12    ever saw that vehicle?

13          A.    Yes.

14          Q.    And when you saw it, was it completely

15    within that entrance ramp lane?

16          A.    Yes.

17          Q.    Did you ever see that vehicle anywhere

18    near the travel lanes of Interstate 81?

19          A.    No.

20          Q.    Where the individual was lying in the

21    median on the other side of the guardrail, did the

22    light from the rest area, did that help light up the

23    area where this individual was?

24          A.    No.  The only light we had was just the

1    daylight that was beginning to come.

2          Q.    Did anyone have like flashlights or

3    cell phones with their lights on or anything of that

4    nature?

5          A.    No.

6          Q.    And just so I'm clear, other than to

7    say that his -- he thought his arm was broken and

8    that his back hurt, you're not aware of hearing the

9    injured individual make any other statements?

10         A.    I did hear him ask the two women that

11   were there before I came down to them if they saw

12   his cell phone, and one of them indicated that she

13   thought she saw it on the roadway.  He asked if she

14   would retrieve it from there.

15         Q.    To your knowledge, did he ultimately

16   get his cell phone?

17         A.    I believe that he did.

18         Q.    Do you know whether or not he made any

19   phone calls?

20         A.    He did not make any calls that I'm

21   aware of.  He did speak to the EMS people that

22   showed up and indicated that he recognized a couple

23   of them from the area.

24         Q.    So other than the injuries that he

TEAM TRIAL USA@GMAIL.COM

1   indicated, he asked for his cell phone, asked one of

2   the women there to get it for him, and then

3   ultimately it appeared to you that he recognized

4   some of the first responders that were there to help

5   him?

6           A.    Yes.

7           Q.    Did you hear anything else come from

8   him?

9           A.    No.

10          Q.    Was there anything unusual about the

11  injured individual other than you indicated you

12  thought that he was in shock, but he was fairly

13  collected?

14          A.    He was fairly collected.  Like I say, I

15  was encouraging him not to move because I didn't

16  want him to do any damage to himself that he wasn't

17  aware of being that he had pain in his lower back.

18  The cousin that lives with my -- Eddie Lawrence that

19  lives with my Aunt Phyllis was actually paralyzed

20  when he was teenager, so I'm aware of the

21  possibility that he could have injured his back in

22  moving around after such an injury.

23          Q.    Did you ever see the individual that

24  was standing talking on the phone by the big rig

1    when you first drove in?  Did you ever see him

2    again?

3         A.    No.

4         Q.    Thank you, Ms. Mortensen.  Answer any

5    questions that the other attorneys may ask you.

6         A.    Okay.

7       EXAMINATION BY COUNSEL FOR DEFENDANT MARTINEZ

8    BY MR. HEARN:

9         Q.    Ms. Mortensen, this is David Hearn.

10   Can you hear me okay?

11        A.    Yes.

12        Q.    I just have one quick question.  As you

13   were pulling into the rest area, I think you said

14   that you -- this vehicle that was facing you, its

15   headlights were on.  Is that correct?

16        A.    Yes.

17        Q.    Were those lights shining in your face

18   so to speak?

19        A.    Yes.

20        Q.    Okay.  Did that make it difficult for

21   you to see the interior of that vehicle and who was

22   driving it?

23        A.    Yes.

24        Q.    Were you able to see anything about the

1    operator of that vehicle as you pulled into the rest

2    area?

3          A.    Once I was on the left-hand shoulder I

4    could see that there was a male driver in the tow

5    vehicle.

6          Q.    Could -- meaning the vehicle that was

7    doing the towing?

8          A.    Yes.

9          Q.    Could you see whether or not there was

10   anyone in the other vehicle that was being towed?

11         A.    I could not.

12         Q.    Could you tell anything about what the

13   person driving the towing vehicle was doing?

14         A.    He was watching his mirrors to see

15   where he was backing to.

16         Q.    Okay.  Did you observe anything else

17   about what that individual was doing in the

18   operation of that vehicle?

19         A.    No.  The only thing that I thought was

20   him backing his vehicle up.

21         Q.    Okay.  But other than observing that he

22   was watching his mirrors as he was backing up, did

23   you observe anything else that he was physically

24   doing inside the vehicle?

1          A.     No.

2          Q.     Other than him looking in his mirrors,

3    could you tell anything else about where he was

4    looking or what he was observing?

5          A.     No.

6          Q.     Did you ever see that individual at any

7    other time?

8          A.     He was on the shoulder and was speaking

9    to a trooper after I came back up into the passenger

10   area.

11         Q.     Okay.  Do you recall what that

12   gentleman looks like?

13         A.     I do not.

14         Q.     Other than seeing him on the shoulder

15   of the road and inside the vehicle briefly, did you

16   ever see him at any other time?

17         A.     No.

18         Q.     You didn't overhear anything he said to

19   anybody?

20         A.     No.

21         Q.     Do you remember what he looked like?

22         A.     No.

23         Q.     All right.  That's all my questions.

24   Thank you, ma'am.

1          A.     You are welcome.

2                 MS. WHITE:  Lex, do you have anything?

3                 MR. DUNN:  Not right now.

4          EXAMINATION BY COUNSEL FOR THE PLAINTIFF

5     BY MS. WHITE:

6          Q.     Ms. Mortensen, I am Johneal White and I

7     represent Brandon Lester, the young man who was in

8     the median.  I just have a few follow-up questions

9     for you.

10                Starting with what Mr. Hearn asked you

11    about, did you notice whether the window of the

12    tractor-trailer that was towing the other

13    tractor-trailer was down or up?

14         A.     I do -- I do not recall.

15         Q.     The man that you saw standing, that you

16    described standing there with the cell phone that

17    gestured toward the tractor-trailer, were there any

18    other gentlemen standing with him?

19         A.     No.

20         Q.     Do you recall if you told the trooper

21    that you thought he was Hispanic?

22         A.     I may have said that.  I don't recall.

23         Q.     And do you recall if you told the

24    trooper that he was speaking but it didn't sound

1    like he was speaking Portuguese?

2           A.    I don't recall that.

3           Q.    Are you -- do you know Portuguese?

4           A.    I do not.

5           Q.    Okay.  So is there any reason that you

6    would have to associate it with Portuguese or rule

7    out that he was speaking Portuguese?

8           A.    No.

9           Q.    Did you notice the man with the cell

10   phone, did he say anything to the man driving the

11   towing truck?

12          A.    No.

13          Q.    You did not witness any vehicle

14   impacting the other vehicle?

15          A.    I did not.

16          Q.    And so you do not know where any of

17   those impacts may have taken place?

18          A.    No.

19          Q.    Is it correct that the towing truck was

20   blocking your entrance to the rest area?

21          A.    Yes.

22          Q.    Was there anyone behind you, do you

23   know?

24          A.    There was not.

TEAM TRIAL USDCMA.COM

1        Q.      Those are all the questions I have.

2                MR. FRANKL:  Lex, do you have anything?

3                MR. DUNN:  Not at this time.

4                MR. FRANKL:  I'm going to ask Ms.

5        Mortensen just a few more questions.

6          EXAMINATION BY COUNSEL FOR DEFENDANT SALINAS

7    BY MR. FRANKL:

8        Q.      You indicated that the headlights were

9    on the towing truck when you approached?

10       A.      Yes.

11       Q.      Were there any lights other than

12   headlights on the towing truck, like flashers or

13   anything of that nature that you recall?

14       A.      The flashers were on as well.

15       Q.      All right.  And with regard to the

16   truck being towed, did it have any lights on?

17       A.      I believe the lights were on it as

18   well.

19       Q.      All right.  And did you at any time

20   observe the name of the -- on the side of the door

21   or anywhere on the vehicle of the towing truck?

22       A.      I did notice when it was on the

23   shoulder.  I don't at this point recall what it

24   said, but that's how I initially realized what the

1    vehicle was.

2         Q.    And did you ever see the name on the

3    door or on any part of the truck of the vehicle

4    being towed?

5         A.    I don't recall seeing anything there.

6         Q.    And were the flashers on the vehicle

7    being towed also or only on the towing vehicle?

8         A.    I believe only on the towing vehicle.

9         Q.    The vehicle that you saw when you first

10   got out to the roadway and you said, you indicated

11   you thought it was a green SUV in the traffic lanes,

12   did it have any lights on?

13        A.    It had headlights on.

14        Q.    They were still operating?

15        A.    I believe so, yes.

16        Q.    What about the box truck?  Did it have

17   any lights on or were they operating?

18        A.    The only portion of that vehicle that

19   would have had visible lights would have been just

20   the brake lights on the vehicle.  The rest of the

21   vehicle was covered up by the dirt and trees that it

22   had impacted.

23        Q.    Did you see the brake lights and were

24   they operating?

1          A.     It looked like running lights were on.

2          Q.     Now, you indicated earlier that the

3    vehicles that stopped on the shoulder of the road

4    actually pulled onto the shoulder off of the travel

5    portion of 81.

6          A.     Yes.

7          Q.     Were there any vehicles parked on the

8    left side of the entrance ramp that you recall,

9    which would have been, you know, along the opposite

10   side of the entrance ramp where the letter C is?

11         A.     No.

12         Q.     And other than the one tractor-trailer

13   that was parked where the letter C was, were there

14   any other vehicles along that right-hand shoulder?

15         A.     No.  The vehicle that was, the

16   tractor-trailer that was parked where the letter C

17   is, I didn't realize, but there must have been a

18   driver in that vehicle.  That tractor-trailer pulled

19   off of that right-hand shoulder and followed me

20   through the truckers area as I proceeded through

21   trying to get to the passenger area.  It looked like

22   he was trying to leave.

23         Q.     Well, when you made the U-turn, do you

24   know where he went?

1          A.     He waited behind me until I made my

2     U-turn and then he proceeded out of the rest area to

3     get back to the interstate.

4          Q.     And did you ever talk to any of those

5     other men, the man or the other two women that were

6     helping the injured individual after you left the

7     EMS individuals in charge?

8          A.     No.  No, I didn't see them again.

9          Q.     And when you observed that vehicle

10    backing down the roadway, was there anyone that you

11    observed helping him move his vehicle safely down

12    that ramp?

13         A.     I am sorry, if you could ask the

14    question again?

15         Q.     Well, you observed the towing vehicle

16    backing down the ramp.  Did you observe any

17    individuals that appeared to be directing him so

18    that he could safely back his vehicle or maneuver it

19    in that area of the rest area?

20         A.     No, I didn't see anyone.

21         Q.     But you didn't see anyone in front of

22    him saying, "Okay, you can pull forward," or, "Yeah,

23    you're okay to back up," or anything of that nature?

24         A.     No.

1          Q.     Thank you very much.  I have no more

2    questions.

3               MS. WHITE:  Nothing further.

4               MR. FRANKL:  Ms. Mortensen, thank you

5          for giving this deposition.  You have the

6          right to, we're going to have the court

7          reporter type up your testimony, and it is

8          going to come in a format of question/answer

9          question/answer.  You have the right to get a

10         copy of that to make sure that the court

11         reporter took down your testimony correctly,

12         or you can waive that right and allow the

13         court reporter to sign for you.

14              THE WITNESS:  I would like to see a

15         copy of that.

16              MR. FRANKL:  We will see to that, and

17         the best address to send that to you would be

18         the Confidential                    ?

19              THE WITNESS:  Yes.

20              MR. FRANKL:  Thank you.  She will get

21         that to you in probably about a week or so.

22         Thank you, you have a great day.

23              On the record, we are going to have

24         that -- everybody still there, we are going

1    to have that as Exhibit 1 to Ms. Mortensen's

2    deposition.  And other than that, I think

3    that's it.

4           (Deposition Exhibit 1 was marked.)

5           THE COURT REPORTER:  Would you like

6    this transcribed?

7           MR. FRANKL:  Yes, the original and copy

8    and appearance fee will all be split between

9    the three defendants.

10          THE COURT REPORTER:  Ms. White, did you

11   want a copy?

12          MS. WHITE:  Yes, ma'am.

13          THE COURT REPORTER:  Is electronic all

14   right with everyone?

15          MS. WHITE:  Perfect.

16          MR. HEARN:  That's fine.

17          (The deposition concluded at 2:41 p.m.)

18

19

20

21

22

23

24

```
1                    WITNESS SIGNATURE PAGE

2

3         I hereby certify that I have read my

4    deposition, and made those changes and/or

5    corrections I deem necessary, and approve the same

6    as now written.

7              Executed this _____ day of _____, 2016.

8

9

10   By:

11   _____

12   CHRISTY MORTENSEN

13

14

15

16

17

18

19

20

21

22

23

24
```

1                    C E R T I F I C A T E

2   COMMONWEALTH OF VIRGINIA

3   COUNTY OF ROANOKE

4             I, Katherine P. Ford, Notary Public in and

5   for the Commonwealth of Virginia, at Large, do

6   hereby certify that the Deposition of CHRISTY

7   MORTENSEN was by me reduced to machine shorthand in

8   the presence of the witness, afterwards transcribed

9   under my direction by means of computer, and that to

10  the best of my ability the foregoing is a true and

11  correct transcript of the Deposition as aforesaid.

12            I further certify that this Deposition was

13  taken at the time and place in the foregoing caption

14  specified.

15            I further certify that I am not a

16  relative, counsel or attorney for either party or

17  otherwise interested in the outcome of this action.

18            IN WITNESS WHEREOF, I have hereunto set my

19  hand at Roanoke, Virginia, on this the 21st day of

20  October, 2016.

21

    _____

22  Katherine P. Ford, RPR
    Notary Public No. 166385

23
    My commission expires February 28, 2019.

24

**#19867** - 1:22
**1** - 3:10; 60:1, 4
**10** - 41:14
**1111** - 2:15
**11th** - 2:21
**12** - 39:24; 40:10
**12th** - 2:21
**13** - 6:12; 39:24; 40:10
**15** - 14:20; 29:23
**16** - 6:5
**166385** - 62:22
**17** - 1:18
**1711** - 1:20; 2:10
**18-wheel** - 17:21
**18185** - 6:8; 59:18
**1968** - 6:5
**1:30** - 1:19
**1:31** - 4:1
**1dunn@ morrismorris.com** - 2:23
**20** - 14:20
**2015** - 5:12
**2016** - 1:18; 61:7; 62:20
**2019** - 62:23
**21st** - 62:19
**23219** - 2:21
**24011** - 2:13
**24015** - 1:21; 2:10
**24016** - 2:4
**26** - 5:12
**26th** - 9:22
**28** - 62:23
**2:41** - 60:17
**30** - 13:10
**30-minute** - 14:9
**344-6307** - 2:22
**344-8359** - 2:22
**400** - 2:4
**5** - 9:15
**50** - 3:4; 15:23
**520-0113** - 1:22
**527-3500** - 2:11
**527-3520** - 2:11
**53** - 3:5
**540** - 1:22; 2:5, 11
**55** - 3:3; 15:24
**6** - 9:10, 14
**60** - 3:10; 16:9
**65** - 16:9, 13
**7** - 9:10
**767-2200** - 2:5
**767-2220** - 2:5
**783-7285** - 2:16
**783-7291** - 2:16
**7:15-cv-00665-GEC** - 1:9
**804** - 2:16, 22

**81** - 12:4, 24; 13:8, 20; 14:17, 22; 32:11, 16; 37:20; 43:16; 45:12; 47:18; 57:5
**911** - 25:15; 29:8
**95037** - 6:9
**a.m** - 9:14
**ability** - 62:10
**able** - 5:19; 45:13; 50:24
**accident** - 5:11; 24:20; 27:9; 29:3, 9; 36:21; 38:16; 45:12, 23-24; 46:7
**accounting** - 10:21
**action** - 62:17
**activity** - 13:16; 41:1
**actual** - 17:17
**address** - 6:7, 11; 8:6; 10:11; 59:17
**administer** - 4:23
**affirmed** - 5:3
**aforesaid** - 62:11
**afterwards** - 62:8
**ago** - 39:22, 24
**agree** - 4:16, 20
**agreement** - 4:5, 9, 15, 21
**ahead** - 12:11; 14:7
**airline** - 5:1
**airport** - 9:6; 12:3
**allow** - 59:12
**almost** - 24:12
**amazed** - 45:11
**American** - 27:7
**American-born** - 27:7
**ankle** - 11:11, 14
**answer** - 5:15, 20; 50:4
**anxious** - 31:6, 8
**appear** - 35:9
**appearance** - 60:8
**appeared** - 18:12; 49:3; 58:17
**approached** - 15:5, 18; 55:9
**approaching** - 19:19
**approve** - 61:5
**Area** - 25:18
**area** - 6:23; 7:2, 4, 22; 13:9; 14:23; 15:2, 5, 10, 16; 18:21; 19:8, 18; 22:13, 15; 23:2, 8, 10, 15, 19, 23; 24:8; 25:2, 7; 26:2; 27:13, 15, 22; 28:6, 14, 21; 30:2, 9, 14, 16-17, 21, 23; 32:12, 23; 33:6; 34:6, 11,

18-19, 22; 36:1; 43:19; 44:18; 45:6, 13, 16, 18, 23; 46:2, 9; 47:22; 48:23; 50:13; 51:2; 52:10; 54:20; 57:20; 58:2, 19
**arm** - 38:10, 19; 39:15; 48:7
**arrive** - 9:2; 10:4
**arrived** - 9:3, 14; 10:7; 13:8; 41:9, 16
**arriving** - 9:21
**arrow** - 34:23
**associate** - 54:6
**assume** - 9:12
**assumed** - 5:16
**attained** - 10:17
**attendant** - 25:7, 15-16; 45:6, 17; 46:2, 9
**attendants** - 45:18, 23
**attorney** - 62:16
**attorneys** - 50:5
**aunt** - 7:9
**Aunt** - 49:19
**aunt's** - 7:14
**Ave** - 2:4
**await** - 23:22
**aware** - 46:4; 48:8, 21; 49:17, 20
**backed** - 22:11, 13
**backing** - 22:11, 24; 45:12; 51:15, 20, 22; 58:10, 16
**bad** - 30:12
**barrels** - 24:13
**barrier** - 24:14
**base** - 33:6
**began** - 22:14
**beginning** - 15:18; 17:11; 21:9, 14; 48:1
**behind** - 14:11; 18:8; 20:17; 24:9; 54:22; 58:1
**below** - 30:19; 34:11, 23; 36:23; 42:14
**bending** - 11:22
**best** - 15:8; 59:17; 62:10
**between** - 9:10; 16:9; 19:3, 23; 21:22; 23:6; 27:18; 28:18; 31:24; 42:16; 46:21; 60:8
**big** - 17:4, 7; 20:16, 18; 25:11; 33:4; 36:7; 49:24
**birth** - 6:4
**black** - 26:24

**block** - 22:14
**blocking** - 23:1; 54:20
**booth** - 7:15
**born** - 27:7
**bottom** - 25:20
**box** - 33:3; 43:1, 4, 9; 44:1; 56:16
**brace** - 11:21, 23
**braces** - 11:20
**brake** - 18:9; 56:20, 23
**Brandon** - 53:7
**BRANDON** - 1:7
**breathing** - 38:13
**briefly** - 29:4; 52:15
**broken** - 38:11, 19; 39:16; 48:7
**building** - 25:17
**BY** - 3:2; 5:7; 50:7; 53:4; 55:6
**calf** - 11:24
**California** - 4:7; 6:9; 8:24; 9:18, 20; 10:4; 38:14; 39:20
**capacity** - 11:3
**caption** - 62:13
**car** - 10:10; 22:16; 23:6, 22; 24:2; 28:13; 29:15
**care** - 43:11
**Carriage** - 6:8; 59:18
**cars** - 13:24; 14:6, 8, 13; 22:19; 27:24; 33:22; 34:1
**Case** - 1:9
**casting** - 35:9; 36:4
**catch** - 14:10, 12
**CATHEY** - 2:3
**cell** - 26:10; 48:3, 12, 16; 49:1; 53:16; 54:9
**certify** - 61:3; 62:6, 12, 15
**change** - 21:14
**changes** - 61:4
**charge** - 58:7
**Chicago** - 9:19
**children** - 6:20
**children's** - 11:7
**Christina** - 8:3, 17
**CHRISTY** - 1:14; 5:2; 61:12; 62:6
**Christy** - 6:3
**City** - 40:4
**city** - 8:8; 40:7
**City/Roanoke** - 7:4
**classes** - 40:7
**clear** - 13:18; 29:10; 48:6
**clearly** - 39:2
**close** - 20:12; 30:2

**closer** - 19:15, 17; 20:10; 21:20; 28:10; 32:5
**closest** - 39:11
**Coast** - 10:5
**Coley** - 8:3, 16
**collect** - 43:13
**collected** - 39:6; 49:13
**college** - 10:18
**collision** - 29:19
**collisions** - 33:18
**color** - 32:18
**comfort** - 39:13
**comfortable** - 41:8
**comforting** - 40:23
**coming** - 7:2; 9:17; 14:23; 36:21; 41:17
**commission** - 62:23
**COMMONWEALTH** - 62:2
**Commonwealth** - 62:5
**communication** - 26:16
**complete** - 21:5, 7
**completed** - 25:5; 45:7
**completely** - 47:14
**complies** - 4:13
**computer** - 62:9
**concerned** - 38:24
**concluded** - 60:17
**conference** - 11:1
**connecting** - 9:19; 46:4
**consider** - 10:3
**considering** - 12:8
**continue** - 21:15; 31:12
**continued** - 21:16; 31:18; 34:23; 42:10
**conversation** - 28:14, 17; 31:5; 38:23; 39:7, 16; 42:21, 24; 43:8; 44:8; 45:6, 10
**copy** - 15:8; 59:10, 15; 60:7, 11
**corner** - 25:19
**correct** - 40:15; 47:3; 50:15; 54:19; 62:11
**corrections** - 61:5
**correctly** - 59:11
**COUNSEL** - 5:7; 50:7; 53:4; 55:6
**counsel** - 62:16
**County** - 7:4
**COUNTY** - 62:3
**county** - 8:8
**couple** - 14:13;

33:22; 48:22
**COURT** - 1:2; 60:5, 10, 13
**Court** - 4:13
**court** - 5:19; 59:6, 10, 13
**cousin** - 49:18
**cousins** - 7:9, 20
**covered** - 56:21
**Covington** - 12:9, 13, 17
**cross** - 34:14; 36:16; 38:1
**crossed** - 30:14; 34:24; 37:4; 38:6; 43:16
**crutches** - 11:10, 19; 38:4, 6
**current** - 6:6
**D-A-N-E** - 6:19
**damage** - 49:16
**Dan** - 5:9
**Dane** - 6:19
**DANIEL** - 2:9
**Daniel** - 3:3
**dark** - 13:12, 15
**DATE** - 1:18
**date** - 6:4; 8:21
**DAVID** - 2:14
**David** - 3:4; 4:14; 50:9
**daylight** - 48:1
**dazed** - 39:3
**Debbie** - 8:2, 17
**decided** - 12:10, 24
**decision** - 15:1
**deem** - 61:5
**DEFENDANT** - 2:8, 13, 19; 5:7; 50:7; 55:6
**Defendants** - 1:12
**defendants** - 60:9
**delineated** - 4:17
**Denny** - 8:2, 12
**DEPOSITION** - 1:14
**deposition** - 4:8; 59:5; 60:2, 17; 61:4
**Deposition** - 60:4; 62:6, 11
**describe** - 13:21; 24:10
**described** - 53:16
**details** - 4:17
**dfrankl@ franklmillerwebb. com** - 2:12
**DHearn@ SandsAnderson. com** - 2:17
**diagram** - 15:8; 42:8; 46:20

**different** - 40:6
**difficult** - 50:20
**directing** - 58:17
**direction** - 12:21; 14:20; 21:14; 33:10; 62:9
**dirt** - 33:8; 34:11, 18; 43:19; 56:21
**distance** - 14:8
**DISTRICT** - 1:2
**DIVISION** - 1:3
**dog** - 11:16
**door** - 8:18; 55:20; 56:3
**dot** - 25:17
**down** - 5:18; 11:15, 24; 14:4; 16:3, 8, 10, 19; 18:15; 25:8, 14, 19; 26:6; 28:3; 29:15, 17; 30:16, 22; 31:20; 33:21; 34:15; 36:1; 37:17, 23; 38:9; 43:19; 45:14; 46:2; 48:11; 53:13; 58:10, 16; 59:11
**downhill** - 37:20
**drawing** - 19:3
**drive** - 14:9
**Drive** - 6:8
**driver** - 25:9; 42:22; 43:1, 4, 9; 44:15; 51:4; 57:18
**driver's** - 29:16
**driving** - 13:20; 24:19; 50:22; 51:13; 54:10
**drove** - 23:7; 50:1
**dry** - 13:18
**dug** - 33:7
**duly** - 5:3
**DUNN** - 2:20; 4:11, 16; 53:3; 55:3
**Dunn** - 4:16
**during** - 13:11; 14:9, 17; 22:10; 40:10
**early** - 9:21; 10:4
**Earth** - 3:10; 15:8
**easier** - 5:23
**East** - 10:5
**Eddie** - 8:2, 11-12; 49:18
**edge** - 33:21
**education** - 10:17
**either** - 45:22; 62:16
**electronic** - 60:13
**emailed** - 15:7
**emergencies** - 40:11
**emergency** - 40:8; 41:12
**employed** - 10:22; 11:3

**employee** - 27:14, 19; 28:1, 6, 15, 21; 30:9
**EMS** - 41:12, 17, 23; 43:11; 48:21; 58:7
**encouraged** - 41:8
**encouraging** - 49:15
**end** - 30:13, 22
**entail** - 40:5
**entrance** - 18:24; 22:3; 26:1; 31:13; 34:5; 43:20; 47:15; 54:20; 57:8, 10
**error** - 12:6
**ESQ** - 2:3, 9, 14, 20
**Esq**.......................- 3:5
**Esq**.......................- 3:4
**Esq**.......................4 - 3:3
**essence** - 31:19
**evening** - 10:4
**events** - 42:4
**EXAMINATION** - 3:2; 5:7; 50:7; 53:4; 55:6
**examined** - 5:5
**Executed** - 61:7
**exhibit** - 15:12; 21:19
**EXHIBIT** - 3:9
**Exhibit** - 3:10; 60:1, 4
**exit** - 18:15, 19-20; 19:19; 23:15; 24:18; 46:24
**experience** - 40:14
**expires** - 62:23
**EXPRESS** - 1:11; 2:8
**Express** - 5:10
**eye** - 10:3
**face** - 50:17
**facing** - 19:4, 14, 21-22; 20:4, 16, 19, 24; 21:1; 24:18; 33:9, 12; 46:23; 50:14
**fairly** - 39:5; 41:6; 49:12, 14
**familiar** - 38:15
**family** - 7:12
**far** - 15:20; 32:20; 33:24; 38:23; 47:9
**farthest** - 31:10; 47:2, 11
**fast** - 15:21; 16:7
**February** - 6:5; 62:23
**fee** - 60:8
**feet** - 37:20
**felt** - 38:10, 18, 21; 39:15
**female** - 45:20
**females** - 45:21

**few** - 29:5; 53:8; 55:5
**figure** - 31:8
**fine** - 4:11; 60:16
**first** - 5:3; 7:16; 8:1; 12:9-11; 18:23; 21:10, 21; 25:20; 26:11; 29:12, 19; 31:23; 36:3; 38:14; 39:19; 40:2; 46:22; 47:1, 6; 49:4; 50:1; 56:9
**firsthand** - 40:14
**five** - 6:21; 8:19
**flashers** - 55:12, 14; 56:6
**flashlights** - 48:2
**flew** - 8:23; 9:5, 20
**flight** - 9:15, 17, 19
**flipped** - 32:13; 33:7
**flown** - 9:14
**follow** - 45:5; 53:8
**follow-up** - 45:5; 53:8
**followed** - 57:19
**follows** - 5:6
**FOR** - 1:2; 2:2, 8, 13, 19; 5:7; 50:7; 53:4; 55:6
**Ford** - 1:22; 4:6, 12; 62:4, 22
**foregoing** - 62:10, 13
**foreign** - 27:6
**format** - 59:8
**forward** - 4:8; 58:22
**four** - 7:23
**FRANKL** - 2:9; 4:4, 21; 5:8; 55:2, 4, 7; 59:4, 16, 20; 60:7
**Frankl** - 1:20; 3:3; 4:18; 5:9
**front** - 8:7; 14:10; 21:17; 34:22; 58:21
**full** - 6:1
**furthest** - 46:20
**future** - 6:14
**general** - 14:15
**gentleman** - 25:9; 26:2; 37:10; 52:12
**gentlemen** - 53:18
**gestured** - 53:17
**gist** - 44:7; 45:9
**given** - 43:22
**glad** - 5:15
**GLENN** - 2:3
**Google** - 3:10; 15:8
**Grandin** - 1:20; 2:10
**grass** - 32:6, 23; 34:9, 12, 15, 19
**grassy** - 18:2; 19:7, 18; 32:12; 33:6; 34:17; 36:1
**gray** - 30:20

**great** - 8:21; 59:22
**green** - 32:19; 56:11
**ground** - 37:11; 41:6
**group** - 36:10
**grouping** - 36:3
**groups** - 35:20
**guardrail** - 37:13-15, 23; 38:1, 5; 43:13; 47:21
**guardrails** - 41:18
**guess** - 8:22; 12:20; 14:19; 32:6
**half** - 9:4; 23:24; 44:22
**hand** - 4:23; 15:20; 16:14, 21; 20:5, 9; 25:10; 26:13; 34:2, 4; 35:13; 39:12; 40:17, 24; 41:21; 51:3; 57:14, 19; 62:19
**handle** - 40:8
**hard** - 38:24
**head** - 5:20; 37:19
**heading** - 12:4, 17, 20; 14:17
**headlights** - 18:6; 19:5, 23; 20:4; 23:14; 24:18; 50:15; 55:8, 12; 56:13
**hear** - 5:12; 24:7; 25:14; 27:3; 28:20, 23; 29:6; 33:17; 38:8, 19; 39:8, 16; 44:15; 48:10; 49:7; 50:10
**heard** - 5:16; 24:11; 25:4; 29:12, 18-20; 30:11; 41:10
**hearing** - 28:24; 29:2, 5; 48:8
**hearn** - 53:10
**HEARN** - 2:14; 4:10, 14; 50:8; 60:16
**Hearn** - 3:4; 4:14; 50:9
**heavily** - 38:13
**held** - 11:2; 41:21
**help** - 29:2, 9; 37:15; 38:17; 39:12; 41:9, 18; 47:22; 49:4
**helped** - 43:9
**helping** - 35:7; 37:10; 43:4; 58:6, 11
**hereby** - 61:3; 62:6
**hereunto** - 62:18
**highest** - 10:16
**highway** - 35:6
**Hill** - 6:8; 40:4
**himself** - 49:16
**hip** - 11:12, 14

**Hispanic** - 53:21
**hit** - 24:13
**hmm** - 5:22
**holding** - 40:16, 23
**hooked** - 20:16
**hoped** - 45:14
**hour** - 9:3; 15:24; 44:21
**hun** - 5:22
**hung** - 29:7
**hurt** - 38:9; 48:8
**hurting** - 38:22; 39:15
**husband's** - 6:18
**image** - 15:9
**impact** - 24:9; 25:5; 29:6, 12, 20; 41:11
**impacted** - 56:22
**impacting** - 54:14
**impacts** - 54:17
**IN** - 1:2; 62:18
**incident** - 9:4, 9; 10:23; 15:10
**included** - 44:12
**indicate** - 46:6
**indicated** - 18:14; 21:13, 17; 23:16; 25:23; 26:13; 27:13; 39:19; 48:12, 22; 49:1, 11; 55:8; 56:10; 57:2
**indicating** - 14:22; 38:18; 39:14
**indication** - 46:1
**individual** - 26:9, 21; 27:7, 10; 37:23; 38:8; 40:16, 21; 41:3; 43:12; 46:16; 47:20, 23; 48:9; 49:11, 23; 51:17; 52:6; 58:6
**individuals** - 37:9, 22; 40:17; 41:12; 58:7, 17
**injure** - 11:14
**injured** - 11:9, 12; 40:21; 41:3; 43:12; 46:17; 48:9; 49:11, 21; 58:6
**injuries** - 11:11; 48:24
**injury** - 49:22
**inside** - 51:24; 52:15
**interested** - 62:17
**interior** - 50:21
**interstate** - 14:1; 33:11, 22; 34:3; 35:10; 36:17, 20; 45:14; 58:3
**Interstate** - 13:7; 43:16; 47:18

**involves** - 40:6
**ISRAEL** - 1:10; 2:13
**itself** - 36:2
**job** - 5:22
**JOHNEAL** - 2:3
**Johneal** - 3:5; 4:19; 53:6
**joints** - 11:17
**JR** - 1:10; 2:13
**juncture** - 22:22
**jwhite@glennrob. com** - 2:6
**Katherine** - 1:22; 62:4, 22
**Kathy** - 4:22
**kept** - 11:22; 22:11
**kind** - 34:23
**knee** - 11:11, 14, 22
**knocked** - 11:15
**knowledge** - 36:19, 22; 48:15
**lane** - 15:19; 17:17; 19:4; 23:6; 28:7; 29:4; 35:13; 47:15
**lanes** - 32:23; 35:10; 36:8; 47:18; 56:11
**large** - 17:20; 35:24
**Large** - 62:5
**larger** - 35:20
**last** - 7:14, 24; 8:1; 42:11
**LAWRENCE** - 2:20
**Lawrence** - 8:2; 49:18
**laying** - 37:23; 38:9
**learn** - 45:22
**leave** - 10:3; 23:14; 25:16; 57:22
**leaving** - 23:22
**left** - 11:11, 14, 21; 12:3; 18:19; 19:7, 19; 20:5, 9; 21:5; 22:2, 20; 24:2; 25:24; 30:24; 35:13; 38:5; 42:13; 44:19; 51:3; 57:8; 58:6
**left-hand** - 20:5, 9; 35:13; 51:3
**leg** - 11:11, 21
**legs** - 41:7
**less** - 14:20; 41:14
**LESTER** - 1:7
**Lester** - 53:7
**letter** - 17:9; 18:1; 19:2, 24; 21:1, 20, 22, 24; 22:18; 23:7, 9, 11, 21; 25:2, 10; 26:4; 28:11, 13; 29:11; 30:3, 20; 31:24; 34:22; 42:7, 17, 19; 47:8; 57:10,

13, 16
**letters** - 15:12
**level** - 10:16
**LEX** - 2:20
**Lex** - 4:16
**lex** - 53:2; 55:2
**light** - 13:23; 47:22, 24
**lights** - 18:4, 7, 9-11, 13; 42:12; 48:3; 50:17; 55:11, 16-17; 56:12, 17, 19-20, 23; 57:1
**limit** - 16:1, 6, 11
**line** - 17:2; 19:12
**lit** - 18:10
**live** - 7:3, 5, 10; 8:5, 9, 12, 17, 19
**lived** - 6:10
**lives** - 49:18
**LLC** - 1:10; 2:8, 19
**located** - 33:5
**location** - 1:20; 19:16; 20:14; 28:1; 35:1; 36:11, 20; 42:7
**look** - 19:6; 22:18; 35:8
**looked** - 23:2; 30:15; 31:6; 32:13; 33:3, 7; 52:21; 57:1, 21
**looking** - 35:7; 52:2, 4
**looks** - 19:11; 35:20; 52:12
**loud** - 24:12
**lower** - 49:17
**lying** - 37:17; 47:20
**ma'am** - 52:24; 60:12
**machine** - 62:7
**mailing** - 6:7
**Main** - 2:15
**male** - 26:23; 40:19; 45:20; 51:4
**man** - 53:7, 15; 54:9; 58:5
**managerial** - 10:21
**maneuver** - 58:18
**map** - 16:17
**mark** - 19:23
**marked** - 30:3; 60:4
**married** - 6:16; 7:18
**MARTINEZ** - 1:10; 2:13; 50:7
**meaning** - 51:6
**means** - 62:9
**median** - 30:23; 32:5; 35:6; 47:21; 53:8
**medical** - 40:20; 41:12
**men** - 58:5
**metal** - 37:12

**mid** - 11:24
**middle** - 19:3; 35:21
**might** - 40:9
**miles** - 15:24
**Miller** - 1:20
**MILLER** - 2:9
**mind** - 11:13; 12:22
**minute** - 22:8; 23:17, 24
**minutes** - 13:10; 41:14
**mirrors** - 51:14, 22; 52:2
**Monday** - 1:18
**Morgan** - 6:8; 40:4
**morning** - 9:11, 22; 10:4; 13:22
**MORRIS** - 2:20
**MORTENSEN** - 1:14; 5:2; 61:12; 62:7
**Mortensen** - 4:22; 5:9; 6:3; 50:4, 9; 53:6; 55:5; 59:4
**Mortensen's** - 60:1
**most** - 15:15
**move** - 23:3; 41:7; 42:18; 49:15; 58:11
**movement** - 21:8
**moving** - 6:13; 21:11; 41:4; 49:22
**MR** - 4:4, 10-11, 14, 16, 21; 5:8; 50:8; 53:3; 55:2-4, 7; 59:4, 16, 20; 60:7, 16
**MS** - 4:19; 53:2, 5; 59:3; 60:12, 15
**must** - 57:17
**name** - 5:9; 6:2, 18; 7:14, 16; 44:23; 55:20; 56:2
**names** - 7:24; 8:1
**nature** - 48:4; 55:13; 58:23
**Neal** - 8:3, 17
**near** - 6:14; 11:16; 25:20; 26:3; 32:12; 36:5; 44:1; 46:2; 47:18
**necessary** - 61:5
**neighborhood** - 11:16
**never** - 26:18
**next** - 8:18; 25:21
**night** - 8:22; 11:16
**NO** - 3:9
**noise** - 29:21
**normal** - 39:6
**north** - 12:4, 24; 15:15; 20:9; 21:23; 31:12, 19; 36:4;

42:18; 46:20; 47:2, 8, 11
**Notary** - 62:4, 22
**nothing** - 5:4; 17:19; 59:3
**notice** - 53:11; 54:9; 55:22
**novels** - 11:7
**number** - 4:12
**oath** - 4:23; 5:5
**observe** - 20:2, 13; 22:3, 9; 35:4; 51:16, 23; 55:20; 58:16
**observed** - 18:15; 20:22; 22:22; 43:4; 44:9; 58:9, 11, 15
**observing** - 22:5; 51:21; 52:4
**obviously** - 5:19
**occurred** - 9:13
**occurrence** - 8:22
**October** - 1:18; 5:12; 9:22; 11:1; 62:20
**OF** - 1:2, 14; 62:2
**older** - 45:2, 4; 46:10
**once** - 10:8; 41:16; 51:3
**one** - 10:2; 17:4, 6, 20; 23:13; 28:2; 30:19; 35:20, 24; 36:2; 39:12; 40:19; 41:6, 21; 42:13; 45:16, 20; 46:10; 48:12; 49:1; 50:12; 57:12
**ones** - 35:11, 15
**operating** - 56:14, 17, 24
**operation** - 51:18
**operator** - 51:1
**opposite** - 32:1, 3; 57:9
**or..** - 12:7
**original** - 60:7
**otherwise** - 62:17
**outcome** - 62:17
**outside** - 13:12
**overhead** - 15:9; 46:20
**overhear** - 52:18
**p.m** - 1:19; 4:1; 60:17
**pack** - 14:3
**PAGE** - 3:2, 9; 61:1
**pain** - 49:17
**parallel** - 25:5
**paralyzed** - 49:19
**park** - 23:4; 30:1; 42:10
**parked** - 16:23; 17:4, 13, 15, 24; 18:20; 22:13; 26:3; 28:10;

30:2, 15, 19; 34:6; 42:6, 12; 57:7, 13, 16
**parking** - 22:16; 23:8, 19; 24:8; 25:20, 22; 27:21; 28:5, 9; 30:14; 46:3
**part** - 10:24; 12:6; 16:12; 41:1; 56:3
**particular** - 10:19
**party** - 62:16
**pass** - 14:12
**passed** - 29:21
**passenger** - 22:15; 23:2, 15, 22; 24:2; 25:8; 26:7; 29:4; 30:2, 23; 52:9; 57:21
**past** - 34:5
**pathway** - 22:14; 23:1
**pavement** - 19:12
**people** - 35:5; 36:10, 13; 41:20; 43:3, 7, 9; 48:21
**perfect** - 60:15
**period** - 14:18; 22:10
**person** - 26:22; 51:13
**phone** - 4:12; 26:11, 13, 16; 28:22; 29:7, 18; 48:12, 16, 19; 49:1, 24; 53:16; 54:10
**phones** - 48:3
**photo** - 27:19; 33:11
**Photo.............** - 3:10
**photograph** - 17:9; 19:17; 27:17; 28:11, 13; 30:4; 34:12; 35:17
**Phyllis** - 7:17; 8:5, 13, 18; 10:14; 12:11; 49:19
**physical** - 8:6
**physically** - 51:23
**pick** - 10:10
**place** - 5:12; 9:9; 15:10; 23:4; 45:24; 54:17; 62:13
**plaintiff** - 1:8
**PLAINTIFF** - 2:2; 53:4
**plan** - 10:7
**planning** - 6:13
**point** - 12:23; 15:15; 16:17, 22; 17:11; 19:11, 13; 24:15; 25:2, 24; 29:16; 30:7; 31:11; 33:17; 36:6, 17; 37:5; 41:7; 42:8; 55:23
**pointed** - 25:12;

26:14
**pointing** - 26:16, 19
**police** - 43:23; 44:16
**portion** - 56:18; 57:5
**portions** - 32:21
**Portuguese** - 54:1, 3, 6
**position** - 24:2; 32:8; 36:24
**positioned** - 26:3
**possibility** - 49:21
**potentially** - 8:22
**practicing** - 40:7
**presence** - 62:8
**Present** - 2:6, 17, 23
**proceed** - 10:11; 21:23; 23:19
**proceeded** - 14:4; 23:6; 28:9; 57:20; 58:2
**proceeding** - 14:14, 21
**Public** - 62:4, 22
**pull** - 15:1; 20:9; 21:4; 28:4; 30:5; 34:1; 58:22
**pulled** - 20:4, 6, 8, 13; 22:16; 24:3, 5; 27:12, 24; 29:24; 33:22; 42:6; 44:19; 51:1; 57:4, 18
**pulling** - 24:7; 50:13
**purposes** - 9:13
**put** - 15:12; 16:14
**question/answer** - 59:8
**questions** - 5:11; 39:9; 50:5; 52:23; 53:8; 55:1, 5; 59:2
**quick** - 50:12
**quite** - 14:8
**rail** - 38:6
**raise** - 4:23
**ramp** - 15:16, 19; 16:4, 18-19, 22; 17:1, 11, 17; 18:1, 15, 19-20, 24; 19:4, 7; 22:3; 26:1; 30:16; 31:13, 19; 34:5; 43:17, 20; 47:2, 15; 57:8, 10; 58:12, 16
**ran** - 27:13
**rather** - 5:21
**Rd** - 1:20
**reached** - 17:12
**reaches** - 19:12
**read** - 61:3
**ready** - 23:14
**real** - 35:20
**realize** - 26:11; 57:17
**realized** - 21:11;

55:24
**really** - 13:23; 19:10; 24:17; 31:6, 8; 35:19
**reason** - 54:5
**recognized** - 48:22; 49:3
**recollection** - 15:9
**record** - 59:23
**red** - 10:3; 25:17; 33:11
**red-eye** - 10:3
**redialed** - 29:7
**reduced** - 62:7
**regard** - 55:15
**related** - 13:16
**relation** - 7:8; 19:13
**relative** - 10:12; 12:9, 12; 62:16
**relatives** - 7:2, 5; 10:12
**relatives'** - 10:11
**remember** - 26:22; 52:21
**rental** - 10:10
**repeat** - 5:14
**rephrase** - 5:14
**REPORTER** - 1:22; 60:5, 10, 13
**reporter** - 4:13; 5:19; 59:7, 11, 13
**represent** - 5:10; 53:7
**reside** - 6:22
**residence** - 8:13
**respond** - 40:11; 41:13
**responder** - 38:14; 39:20; 40:2
**responders** - 49:4
**rest** - 13:9; 14:23; 15:2, 5, 10, 16; 22:15; 24:8; 25:6; 27:13, 15; 28:5, 14, 21; 30:9, 17; 34:6; 44:18; 45:6, 13, 16, 18, 23; 46:2, 9; 47:22; 50:13; 51:1; 54:20; 56:20; 58:2, 19
**Rest** - 25:18
**retrieve** - 48:14
**Richmond** - 2:15, 21
**rig** - 17:4, 7, 20; 20:16, 18; 23:3; 25:11; 33:4; 46:4; 49:24
**right-hand** - 15:20; 16:14, 21; 25:10; 34:2, 4; 57:14, 19
**rigs** - 30:15, 18
**Road** - 2:10

**road** - 32:4; 34:16; 52:15; 57:3
**roadway** - 13:4, 21; 14:4, 17; 16:12, 24; 24:23; 32:11, 16, 21; 35:1, 17; 36:5; 37:19; 48:13; 56:10; 58:10
**ROANOKE** - 1:3; 62:3
**Roanoke** - 1:21; 2:4, 10; 6:23; 7:2, 6; 8:10, 14, 19, 23; 9:2, 6, 21; 10:9; 11:2; 62:19
**ROBINSON** - 2:3
**roll** - 29:15
**rolled** - 26:6
**route** - 12:18; 42:11
**RPR** - 1:22; 62:22
**rule** - 54:6
**run** - 11:24
**running** - 18:7, 11-12; 57:1
**S.W** - 1:20; 2:4
**safely** - 58:11, 18
**Safety** - 25:18
**Salem** - 2:4
**Salinas** - 5:10
**SALINAS** - 1:11; 2:8; 5:7; 55:6
**Samson** - 12:16
**sand** - 24:13
**SANDSANDERSON** - 2:14
**saw** - 14:16; 15:2; 18:23; 21:10, 22; 24:18; 25:20; 26:2; 31:23; 45:7, 19; 46:6, 20, 22; 47:1, 3, 6, 12, 14; 48:11, 13; 53:15; 56:9
**scenarios** - 40:8
**scene** - 44:20; 46:14
**second** - 29:20; 41:11
**seconds** - 29:6, 23
**see** - 5:19; 7:2; 10:13; 12:11; 14:7, 22; 15:13; 16:23; 18:8; 19:6; 20:7, 15; 21:23; 25:16; 27:10; 28:20, 22; 30:17; 31:22; 32:1, 9-11; 33:2; 35:5, 11; 37:1, 3; 38:17; 47:17; 49:23; 50:1, 21, 24; 51:4, 9, 14; 52:6, 16; 56:2, 23; 58:8, 20-21; 59:14, 16
**seeing** - 12:9; 14:6;

27:11; 35:16; 52:14; 56:5
**seem** - 39:3
**Send** - 29:2
**send** - 29:9; 59:17
**sense** - 20:3
**set** - 35:13; 62:18
**several** - 7:5, 9
**shadow** - 19:18, 23; 20:10-12; 21:18, 22; 34:14, 18, 24; 36:5, 7, 24; 46:21; 47:9
**shadows** - 35:9, 11, 16
**shining** - 50:17
**shock** - 38:15; 39:3, 5; 49:12
**shorthand** - 62:7
**shoulder** - 16:23; 17:3, 5, 7, 14, 16, 19; 18:1; 20:5, 9; 21:5; 25:10; 26:1; 32:1, 3, 22; 34:2, 4, 6; 35:1; 37:4; 43:24; 51:3; 52:8, 14; 55:23; 57:3, 14, 19
**showed** - 41:19; 48:22
**side** - 7:11; 13:7; 18:19; 22:3, 15; 26:7; 32:4, 13; 33:15; 34:15; 35:18; 37:11, 15, 22; 38:6; 47:21; 55:20; 57:8, 10
**sidewalk** - 25:7, 21; 27:16, 22-23; 28:5; 30:10
**sign** - 59:13
**signage** - 14:22
**signal** - 16:15
**SIGNATURE** - 61:1
**signs** - 15:2
**situations** - 40:8
**six** - 40:6
**slot** - 30:5
**slow** - 16:3, 8, 10; 24:19
**slowly** - 22:24
**small** - 14:3; 19:11; 34:19; 35:21
**smaller** - 33:4
**SMC** - 1:10; 2:19
**so..** - 18:9
**someone** - 24:13; 35:7, 18; 36:6
**somewhere** - 21:22; 47:8
**sorry** - 20:20; 37:8; 47:4; 58:13
**sound** - 53:24

**sounded** - 24:13
**sounds** - 30:12
**south** - 13:20; 14:17, 21; 20:10, 12; 21:2; 28:13; 35:11; 36:1
**South** - 2:21
**southbound** - 13:7; 33:13; 36:21; 37:1
**spaces** - 25:22
**speaking** - 27:3; 39:2; 52:8; 53:24; 54:1, 7
**specialty** - 10:20
**specific** - 40:1
**specifics** - 12:22; 26:20
**specified** - 62:14
**speed** - 16:1, 6, 11
**split** - 60:8
**splits** - 22:19
**spoken** - 44:13
**sprained** - 11:16
**standing** - 25:7, 9; 27:16, 20; 28:1; 49:24; 53:15, 18
**start** - 16:2; 39:22
**started** - 16:3, 8, 10, 18; 29:10; 43:11
**starting** - 53:10
**starts** - 15:15; 30:23
**state** - 41:19, 22, 24; 43:23
**statement** - 43:23; 44:2, 4, 10, 13, 24; 46:11
**statements** - 38:9, 20; 48:9
**STATES** - 1:2
**stay** - 28:6; 41:8
**stayed** - 28:8; 31:16; 41:17
**staying** - 41:6
**still** - 13:12; 33:12; 41:6, 9; 47:4; 56:14; 59:24
**stop** - 21:5, 7; 22:2; 23:12; 34:1
**stopped** - 21:10; 22:6; 23:17, 21; 25:24; 28:12; 29:3, 14; 33:23; 43:7; 57:3
**straight** - 19:12
**Street** - 2:15, 21
**summary** - 42:3
**supports** - 11:20
**SUV** - 32:17; 56:11
**swear** - 4:6
**sworn** - 5:3
**technicians** - 41:12
**teenager** - 49:20
**telephone** - 27:4

**TELEPHONIC** - 1:14
**telephonically** - 2:6, 17, 23
**terms** - 5:21
**testified** - 5:5
**testify** - 5:4
**testimony** - 17:10; 46:19; 47:7; 59:7, 11
**THE** - 1:2; 2:2, 8, 13, 19; 53:4; 59:14, 19; 60:5, 10, 13
**thigh** - 11:24
**three** - 8:14; 11:17; 35:20, 22; 36:12; 37:8, 21; 40:17; 60:9
**together** - 31:3
**took** - 5:11; 9:9; 15:10; 44:10; 45:24; 59:11
**top** - 17:1
**tow** - 20:15; 46:3; 51:4
**toward** - 18:21; 19:15; 21:23; 29:11; 30:10; 31:19; 32:5; 36:5, 24; 37:19; 38:16; 42:19; 43:17; 53:17
**towards** - 21:1; 26:14; 30:15; 32:7; 45:13
**towed** - 20:23; 25:13; 26:14; 46:5; 51:10; 55:16; 56:4, 7
**towing** - 20:19; 21:8; 22:4, 10, 23; 23:18; 25:1; 26:17; 42:8; 44:16; 46:21; 47:7; 51:7, 13; 53:12; 54:11, 19; 55:9, 12, 21; 56:7; 58:15
**tractor** - 17:21; 19:13, 21; 22:4, 12-13; 23:7; 26:3; 30:19; 42:12; 53:12, 17; 57:12, 16, 18
**tractor-trailer** - 17:21; 19:13, 21; 22:13; 23:7; 26:3; 30:19; 42:12; 53:12, 17; 57:12, 16, 18
**tractor-trailers** - 22:12
**traffic** - 13:21, 23; 15:4; 28:7, 10; 32:22; 37:5; 45:12; 56:11
**trailer** - 17:21; 19:13, 21; 22:13; 23:7; 26:3; 30:19, 21; 33:11; 42:12; 53:12,

17; 57:12, 16, 18
**trailers** - 22:12
**training** - 40:1, 3, 13
**transcribed** - 60:6; 62:8
**transcript** - 62:11
**TRANSPORT** - 1:10; 2:19
**travel** - 16:19; 32:21, 24; 47:18; 57:4
**traveling** - 12:22, 24; 13:7; 14:2; 15:19; 16:7
**traversing** - 38:4
**treatment** - 40:20
**tree** - 35:21, 24; 36:2
**trees** - 32:6, 13-14; 33:7; 35:6, 9, 13, 15; 36:3; 37:20; 56:21
**trip** - 10:24; 11:9
**tripped** - 11:15
**trooper** - 41:22; 42:1; 44:12, 23; 45:2-4; 46:10; 52:9; 53:20, 24
**troopers** - 41:19
**Troutville** - 15:10; 25:18; 34:6
**truck** - 20:15; 23:19; 25:12; 26:2, 14; 32:12; 33:2; 43:1, 4, 9; 44:1; 54:11, 19; 55:9, 12, 16, 21; 56:3, 16
**truckers** - 57:20
**trucking** - 42:11
**trucks** - 22:20
**true** - 62:10
**truth** - 5:4
**try** - 30:17
**trying** - 31:8; 37:15; 39:13; 41:7; 46:24; 57:21
**turn** - 13:1; 16:15, 18, 22; 23:9; 24:3, 6-7; 25:5; 27:12; 29:11, 13; 45:7; 57:23; 58:2
**turned** - 13:3, 8; 14:18
**two** - 10:18; 28:18; 35:10, 20-21; 39:10; 41:18; 45:18, 20-21; 48:10; 58:5
**type** - 11:6, 18-19; 20:2; 32:16; 33:2; 59:7
**U-turn** - 23:9; 24:3, 6-7; 25:5; 27:12; 29:11, 13; 45:7; 57:23; 58:2
**uh-hmm** - 5:22

**ultimately** - 12:23; 20:1; 37:3; 41:24; 42:17; 44:19; 48:15; 49:3
**un-hun** - 5:22
**under** - 5:5; 32:14; 62:9
**understood** - 5:16
**UNITED** - 1:2
**unusual** - 49:10
**up** - 10:10; 14:23; 18:10; 21:9, 14-16; 22:11, 14, 24; 23:18; 27:24; 29:7, 24; 30:13; 31:3, 13, 19; 32:13; 34:13, 22, 24; 36:20, 24; 40:9; 41:19; 42:10; 43:17; 45:5, 12; 47:2, 22; 48:22; 51:20, 22; 52:9; 53:8, 13; 56:21; 58:23; 59:7
**vehicle** - 17:16; 18:16, 18, 24; 19:14, 22; 20:2, 7, 22-23; 21:8, 18; 22:4, 10, 16-17, 23; 23:4, 14, 18; 25:1; 26:17; 27:19; 32:10, 15-16; 42:8, 18, 22; 43:17, 20; 44:2, 16; 46:5, 21, 23; 47:1, 7, 12, 17; 50:14, 21; 51:1, 5-6, 10, 13, 18, 20, 24; 52:15; 54:13; 55:21; 56:1, 3, 6-9, 18, 20-21; 57:15, 18; 58:9, 11, 15, 18
**vehicles** - 14:2, 10-11, 16; 16:23; 17:3, 13, 15; 18:20; 22:15; 24:23; 34:9; 36:21; 37:1, 8; 57:3, 7, 14
**verbally** - 5:20
**VIRGINIA** - 1:2; 62:2
**Virginia** - 1:21; 2:4, 10, 15, 21; 6:23; 11:2; 12:9; 41:19; 62:5, 19
**visible** - 56:19
**volunteer** - 38:14; 39:21; 40:3
**wait** - 37:4
**waited** - 23:2, 5, 15, 17; 24:2; 58:1
**waiting** - 23:3; 24:20
**waive** - 59:12
**walk** - 34:8
**walked** - 30:10, 21; 31:3, 10; 33:21; 34:8

**walking** - 31:18; 34:17; 36:24
**warning** - 36:20
**watching** - 51:14, 22
**Wayne** - 12:16
**weather** - 13:16
**weather-related** - 13:16
**Webb** - 1:20
**WEBB** - 2:9
**week** - 59:21
**welcome** - 53:1
**WESTERN** - 1:2
**WHEREOF** - 62:18
**White** - 3:5; 4:19; 53:6; 60:10
**white** - 27:1, 19; 28:12; 29:15; 30:20
**WHITE** - 2:3; 4:19; 53:2, 5; 59:3; 60:12, 15
**whole** - 5:4; 17:2; 27:9; 38:3
**window** - 25:8, 14; 26:6; 29:16; 53:11
**WITNESS** - 59:14, 19; 61:1; 62:18
**witness** - 4:6; 54:13; 62:8
**women** - 39:10; 40:18; 41:18, 21; 48:10; 49:2; 58:5
**wondering** - 24:22
**write** - 11:6; 44:2
**writer** - 10:24; 11:4
**writers** - 11:1
**writing** - 11:7; 44:10
**written** - 42:3; 44:24; 46:11; 61:6
**wrote** - 44:4
**years** - 6:12; 10:18; 39:24; 40:10
**young** - 45:2; 53:7