```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF VIRGINIA

 3                    ROANOKE DIVISION

 4

 5   ----------------------------
     BRANDON LESTER,                 )
 6                                    )
               Plaintiff             )
 7   -vs-                            ) CIVIL ACTION
                                     ) NO. 7:15-cv-00665-GEC
 8   SMC TRANSPORT, LLC,             )
     ISRAEL MARTINEZ, JR.,           )
 9   and                            )
     SALINAS EXPRESS, LLC,           )
10                                    )
               Defendants            )
11   ----------------------------

12

13           DEPOSITION OF BRANDON C. LESTER

14

15   DATE:          April 11, 2016 (Wednesday)

16   TIME:          10:00 a.m.

17   LOCATION:      Glenn Robinson & Cathey
                    Fulton Motor Lofts
18                  400 Salem Avenue, S.W.
                    Suite 100
19                  Roanoke, Virginia

20
     REPORTED BY:   Mary J. Butenschoen, RPR,  #4952
21                  Team Trial
                    (540)204-3918
22                  butema@gmail.com

23

24
```

TEAMTRIALUS@GMAIL.COM

Exhibit B

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFF:

 3           GLENN ROBINSON & CATHEY
             Fulton Motor Lofts
 4           400 Salem Avenue, S.W.
             Roanoke, Virginia  24016
 5           (540)767-2200

 6           BY:  MELISSA W. ROBINSON, ESQ.
                  mrobinson@glennrob.com
 7                JOHNEAL M. WHITE, ESQ.
                  jwhite@glennrob.com
 8
     ON BEHALF OF DEFENDANT SMC TRANSPORT, LLC:
 9
             MORRIS & MORRIS, P.C.
10           11 South 12th Street
             Richmond, Virginia  23219
11           (804)344-8300

12           BY:  LAWRENCE A. DUNN, ESQ.
                  ldunn@morrismorris.com
13
     ON BEHALF OF DEFENDANT ISRAEL MARTINEZ, JR.:
14
             SANDS ANDERSON PC
15           1111 East Main Street
             Suite 2400
16           Richmond, Virginia  23219-1998
             (804)648-1636
17
             BY:  DAVID W. HEARN, ESQ.
18                dhearn@sandsanderson.com

19   ON BEHALF OF DEFENDANT SALINAS EXPRESS, LLC:

20           FRANKL MILLER & WEBB, LLP
             1711 Grandin Road
21           Roanoke, Virginia  24015
             (540)527-3515
22
             BY:  DANIEL P. FRANKL, ESQ.
23                dfrankl@franklmillerwebb.com

24
```

TEAMTRIALUS@GMAIL.COM

1                 I N D E X

2   EXAMINATION OF BRANDON C. LESTER          PAGE

3   By Mr. Frankl                         5

4   By Mr. Hearn                      111

5   By Mr. Dunn                       117

6   By Mr. Frankl                      127

7

8

9                  * * * * *

10

11              E X H I B I T S

12            (Retained by Counsel.)

13   EXHIBIT       DESCRIPTION             PAGE

14    1           Photograph            76

15

16

17

18

19

20

21

22

23

24

```
 1                    P R O C E E D I N G S
 2  Whereupon,
 3                  THE VIDEOGRAPHER:  I am Danielle Dillon,
 4         your videographer, and I represent A+ Court
 5         Reporter & Video in Roanoke, Virginia.  The date
 6         is April 7 -- sorry, April 11, 2016.  The time
 7         is 9:59 a.m.
 8                  This deposition is taking place at Glenn
 9         Robinson & Cathey.  This is Case Number
10         715-CV-00665-GEC entitled Brandon Lester versus
11         MSC [sic] Transport LLC, Israel Martinez, Jr.,
12         and Salinas Express, LLC.  The deponent is
13         Brandon Clark Lester.
14                  This deposition is being taken on behalf
15         of the plaintiff.  Your court reporter is Mary
16         Butenschoen from A+ Court Reporting and Video.
17         Will the attorneys please introduce themselves.
18                  MS. ROBINSON:  Melissa Robinson here for
19         Brandon Lester.
20                  MS. WHITE:  Johneal White here for
21         Brandon Lester.
22                  MR. FRANKL:  Dan Frankl here for Salinas
23         Express.
24                  MR. HEARN:  David Hearn.  I represent
```

1          Isreal Martinez, Jr.

2                  MR. DUNN:  Lawrence Dunn.  I represent

3     SMC Transport, LLC.

4                  THE VIDEOGRAPHER:  The witness may be

5     sworn in now.

6                  BRANDON C. LESTER

7     after having first been duly sworn to tell the truth, the

8     whole truth, and nothing but the truth, was examined and

9     testified as follows:

10                  THE VIDEOGRAPHER:  On the record at

11          10:01.

12                  EXAMINATION

13    BY MR. FRANKL:

14          Q      Brandon, my name is Dan Frankl, and as

15    you just heard I represent Salinas Express, LLC, and I'm

16    going to ask you some questions about your background and

17    history and employment and the accident that took place

18    back on October 26 of 2015.

19                  If you don't hear a question or

20    understand a question, please ask me to repeat it or

21    rephrase it, and I'll be glad to do so.  If you answer a

22    question it will be assumed that you both heard it and

23    that you understood it.

24                  Because this is being taken down by a

1    court reporter, if you could answer verbally rather than

2    with a nod of the head.

3             A      Yes, sir.

4             Q      And if you could say yes or no rather

5    than uh-huh or huh-uh it will make their job a lot easier.

6             A      Yes.

7             Q      Do you understand?

8             A      Yes, sir.

9             Q      Okay.  Throughout the course of this

10   deposition if at any time you need to take a break for any

11   reason just let us know and we'll be glad to stop the

12   deposition and let you take a break.

13            A      Yes, sir.

14            Q      The only thing that we ask is that you

15   don't do that if a question is pending.  So if we ask you

16   a question, don't say I want to take a break at that point

17   in time.  Wait until you answer the question and then

18   we'll come back.

19            A      Yes, sir.

20            Q      Okay?

21            A      Yes, sir.

22            Q      All right.  And what is your full name?

23            A      Brandon Clark Lester.

24            Q      And your date of birth?

```
 1         A        Confidential

 2         Q        And what are the last four digits of your

 3    Social Security number?

 4         A        Confidential

 5         Q        Okay.  I believe in the answers to

 6    interrogatories it says  confidential , but -- so it is  confidential .

 7         A        Yes, sir.

 8         Q        Okay.  Brandon, let me ask you, are you

 9    currently taking any medications?

10         A        Yes, sir.

11         Q        What medications are you taking at this

12    time?

13         A        Prozac.

14         Q        Is that it?

15         A        Yes, sir.

16         Q        No other pain medications or anything

17    else?

18         A        No, sir.

19         Q        All right.  And when did you last take

20    the Prozac?

21         A        This morning.

22         Q        At what time, approximately?

23         A        8 o'clock.

24         Q        All right.  And does Prozac have any side
```

1    effect that it interferes with your ability to remember?

2            A       No, sir.

3            Q       Prior to today's deposition have you

4    reviewed any documents about the accident or this set of

5    circumstances?

6            A       Yes, sir.

7            Q       What documents did you review?

8            A       I looked at pictures.

9            Q       Pictures.  Just photographs?

10           A       Yes, sir.

11           Q       Okay.  And what is your current address?

12           A       Confidential ███████████.

13           Q       All right.  And who do you -- and that's

14   in Lexington?

15           A       Yes, sir.

16           Q       And what's the zip there?

17           A       I don't know, sir.

18           Q       All right.

19                   MR. DUNN:  I'm sorry to interrupt you.  I

20           didn't hear that.  ███ what?

21                   THE WITNESS:  Confidential ████████.

22   BY MR. FRANKL:

23           Q       Is it Confidential ███████?

24           A       Yeah, ███, sorry.

| | | |
|---|---|---|
| 1 | Q | Okay.  ███████████ Confidential ███████████, |
| 2 | ███████ Confidential . | |
| 3 | A | That's right. |
| 4 | Q | And who do you live with at that address? |
| 5 | A | Kenny Sloan. |
| 6 | Q | I'm sorry? |
| 7 | A | Kenny Sloan. |
| 8 | Q | Can you spell that for me? |
| 9 | A | K-E-N-N-Y.  S-L-O-A-N. |
| 10 | Q | All right.  And who is Kenny Sloan? |
| 11 | A | A friend. |
| 12 | Q | And how old is Kenny? |
| 13 | A | 42, I think. |
| 14 | Q | And does anyone else live at the |
| 15 | | residence? |
| 16 | A | His daughter, Tiffany Sloan, and his son, |
| 17 | | Christopher Sloan. |
| 18 | Q | And how old is Tiffany? |
| 19 | A | 15. |
| 20 | Q | And how old is Christopher? |
| 21 | A | 17. |
| 22 | Q | And do you have any blood or marriage |
| 23 | | relationship with Kenny Sloan? |
| 24 | A | No, sir. |

1     Q       And he just -- just as a friend.

2     A       A long-time friend.

3     Q       Okay.  How did you first meet him?

4     A       I've known him for years.

5     Q       Well, you are 23?

6     A       Yes, sir.

7     Q       Do you remember the first time you met

8  Kenny?

9     A       He was friends with my grandfather.  We

10 hunted with him for years.  He lives in the same town I

11 live in.

12    Q       So you had a lot of activity and contact

13 with him prior to this accident?

14    A       Yes, sir.

15    Q       Okay.  And I understand your grandfather

16 is no longer with us?

17    A       Yes, sir.

18    Q       And what was his name?

19    A       Junior Clark.

20    Q       And when did he pass?

21    A       March 28, 2010.

22    Q       Between the date of this accident and

23 today, have you lived anywhere else besides <mark>Confidential</mark>

███████████████████████████?

1        A       My grandmother's house.

2        Q       Okay.  At the time of the accident you

3   were living with your grandmother?

4        A       Yes.

5        Q       All right.  And that would have been

6   Junior Clark's wife?

7        A       Yes.

8        Q       All right.  And what is her name?

9        A       Elsie Clark.

10       Q       And is her address the Confidential

11   in Confidential ?

12       A       Yes, sir.

13       Q       All right.  And how long had you lived at

14   the Kessler Lane address prior to this accident?

15       A       They raised me, so all my life.

16       Q       Raised you --

17       A       From a kid up.

18       Q       Do you recall when you first went to live

19   with your grandmother?

20       A       Well, my mother used to live with them,

21   so I've always lived there.

22       Q       So that was the only address you lived

23   in, as far as you're aware of, from the time of your birth

24   until the time of this accident?

1          A       Yes, sir.

2          Q       And what is your mother's name?

3          A       Teresa Clark.

4          Q       And your father's name?

5          A       I don't know.  I have never met him.

6          Q       How is it that your last name is Lester?

7          A       A guy that she married adopted me.

8          Q       All right.  And so your mother never

9    married your father?

10         A       No.  She does not know who my father is.

11         Q       She doesn't know.

12         A       No.

13         Q       Okay.  With regard to your stepfather,

14   what is his name?

15         A       Ronnie Lester.

16         Q       Ronnie Lester?

17         A       We've never had a good relationship and

18   I've never wanted to be around him.

19         Q       Did he live with you and your mother at

20   your grandmother's house when you were --

21         A       No, he had his own house.  They tried to

22   take me up there and it didn't work, so my grandfather

23   took me back to his house.  I never even lived with him.

24   I was up there for a few days and it wasn't working, so my

1    grandfather took me back.

2              Q      Do you know when your mother --

3              A      I was like four years old when that took

4    place, when I was adopted.

5              Q      Do you know when your mother married

6    Ronnie Lester?

7              A      Approximately when I was about four years

8    old.

9              Q      Okay.  So you're thinking sometime in the

10   1996 time period?

11             A      Somewhere there.

12             Q      Okay.  And if I understand it, other than

13   maybe a few days when you went up to --

14             A      I never really lived there.  Like I

15   stayed there a couple days here and there but I never

16   really lived there.  I've always lived at my

17   grandmother's.

18             Q      Did your mother after she married Ronnie

19   go move in --

20             A      She lives there now, yeah.  She moved in

21   with him.  And then that's when my grandfather just

22   took -- just raised me.

23             Q      And do you know what the address of

24   Ronnie Lester's home is?

1    A      It's something [Confidential].

2    Q      [Confidential]?

3    A      [Confidential], but I

4  don't know the number.

5    Q      [Confidential]?

6    A      [Confidential] --

7    Q      [Confidential]

8    A      -- but I don't know the number.

9    Q      How much contact do you -- or did you

10  have with your mother during the years --

11    A      We haven't spoke in seven years up until

12  the accident, she spoke to me a couple times, and then she

13  didn't even speak to me much afterwards.

14    Q      I need you to slow down a little bit.

15  You said you haven't spoken to her in the last seven

16  years?

17    A      About seven years.

18    Q      Okay.  And seven years ago what contact

19  did you have?

20    A      Very little.

21    Q      But what precipitated the -- was there an

22  event that you two had, an argument or fight that --

23    A      Ronnie keeps her at the house.

24    Q      Okay.  Let me just stop you for just a

1    second.  You are going to have to let me complete my

2    question --

3             A       Okay.

4             Q       -- before you try to answer it.  And I

5    understand you're trying to be helpful, but let me get my

6    full question out, and it will allow the court reporter to

7    take down the question and then your answer.

8             A       Yes, sir.

9             Q       Okay.  Was there an event that happened

10   seven years ago that precipitated or caused the two of you

11   not to speak with one another in the last seven years?

12            A       I just quit talking to her.  Ronnie keeps

13   her at the house.  He won't let her go nowhere.  He won't

14   even let her go to her mom's -- her mom's house, and I

15   just kind of faded away.  He wouldn't even let her come to

16   the hospital when I was in the hospital for my wreck.

17                    MS. ROBINSON:  Again, just answer what he

18            asks.  Don't volunteer additional information.

19                    THE WITNESS:  Okay.

20   BY MR. FRANKL:

21            Q       What is your relationship with your

22   mother now, other than the fact that you haven't had

23   contact with her?

24            A       I don't have a relationship with her.

1      Q       Has she seen you since this accident?

2      A       No, sir.

3      Q       Has Ronnie Lester come to see you since

4  the accident?

5      A       No, sir.

6      Q       Why did you change living with your

7  grandmother to now living with Kenny Sloan after this

8  accident?

9      A       My grandmother is 88 years old.  After I

10  got out from my surgery I needed help taking showers and

11  stuff, and she wasn't able to take care of me, help me

12  with my back brace.  And Kenny Sloan is disabled, he

13  stayed at home, and he was able to help me.

14      Q       Kenny is disabled?

15      A       He was injured in a logging accident.

16      Q       And what type of disability does he have?

17      A       He has a back injury.  I don't know full

18  detail.  I just know that he does not work.

19      Q       Is he able to walk around on his own?

20      A       Yeah.

21      Q       Okay.  So he's not in a wheelchair --

22      A       No.

23      Q       -- or using a walker or cane or anything.

24      A       No.

1          Q       Okay.   Other than your mother and Ronnie

2    Lester and your grandmother, do you have any other family,

3    brothers, sisters, aunts, and uncles?

4          A       I have a brother I've never seen by

5    Ronnie.   I have a sister I've seen a couple times.

6          Q       And are they both Ronnie's children?

7          A       To my knowledge.

8          Q       Okay.   And what is your brother's name?

9          A       Chase.

10         Q       Chase Lester?

11         A       To my knowledge.

12         Q       And do you know where he lives?

13         A       He lives with them.

14         Q       At Eagle Rock?

15         A       Yes.

16         Q       Do you know what he does for a living?

17         A       He's like five years old.

18         Q       Okay.   What about your sister?   What's

19    her name?

20         A       Amber.

21         Q       And how old is Amber?

22         A       I believe 17.

23         Q       And is she in school?

24         A       I'm pretty sure she's in her senior year.

```
1              Q      At what school?
2              A      I think James River.  I've not spoke to
3   her in years.
4              Q      And what does Ronnie Lester do for work?
5              A      Nothing.
6              Q      Is he disabled?
7              A      All that I know is he does not work.
8              Q      Doesn't work.  What about your mother?
9   Does she work outside the home?
10             A      She works inside the home for HSN, to my
11  knowledge.
12             Q      Do you know what she does for Home
13  Shopping Network?
14             A      She works on the computer.  I think she
15  answers the phone or something.
16             Q      So are you related by blood or marriage
17  to anyone else, other than the individuals that we've
18  talked about?
19             A      Not to my knowledge.
20             Q      Growing up in Buchanan, where did you go
21  to grade school?
22             A      I went to school in Eagle Rock.
23             Q      At Eagle Rock?
24             A      Yeah.  My grandfather took me up there
```

1    because I started out there and that's where I continued.

2              Q      So what was the name?

3              A      Eagle Rock Elementary.

4              Q      Okay.  And is that like a first through

5    sixth or something?

6              A      It's like kindergarten through fifth, I

7    think.

8              Q      Okay.  K through 5.  And where did you go

9    to school after that?

10             A      Central Academy Middle School.

11             Q      I'm sorry?

12             A      Central Academy Middle School.

13             Q      And where is that located?

14             A      Fincastle.

15             MR. DUNN:  I'm sorry, I didn't catch

16        that.  What academy?  What was that?

17             THE WITNESS:  Central Academy.

18             MR. DUNN:  Central.

19   BY MR. FRANKL:

20             Q      And that was sixth through --

21             A      Eighth, I think.

22             Q      Sixth through eighth.  All right.  And

23   then where did you go to school after that?

24             A      James River.

1    Q      And you graduated in what year?

2    A      2010.

3    Q      2010.  Did you repeat any grades?

4    A      No, sir.

5    Q      And does James River have different

6    levels of diplomas for graduating?

7    A      I got a standard diploma.

8    Q      Standard diploma.  Were you ever

9    suspended from school for any reason?

10   A      Not to my knowledge.

11   Q      Who were your best friends in high

12   school?

13   A      Nobody.

14   Q      Didn't have any close friends?

15   A      No.

16   Q      Was there any specific reason why you

17   didn't have a group of friends?

18   A      Because my grandfather was all that I

19   needed.  I went to school and come home.

20   Q      What did your grandfather do for a

21   living?

22   A      He worked at Roanoke Cement plant.

23   Q      Roanoke Cement?

24   A      Yeah.

1    Q        And did he retire from that at some point

2    in time?

3    A        He was injured.  I think they have --

4    there was something.  He was injured and he got disabled

5    and he retired as well, I think, but that's the last place

6    I know he worked at.

7    Q        So did he take you to and from school all

8    the way from Eagle Rock Elementary until you were able to

9    get your driver's license?

10   A        Eagle Rock -- when I started Central

11   Academy Middle School, I rode the bus because Central

12   Academy Middle School is for -- everybody in Botetourt

13   County goes to that same school.

14   Q        All right.  And when did you get your

15   driver's license?

16   A        After I completed high school when I

17   turned 19.

18   Q        Did you take a driver -- driving course

19   while you were in school?

20   A        No, sir.  I just waited until I turned

21   19.

22   Q        And is there any specific reason why you

23   didn't take the driving course and get your license prior

24   to graduating?

```
 1              A      I just didn't take it.  I wasn't

 2   interested in driving at the time.

 3              Q      When you took the test at the DMV to get

 4   your driver's license, did you pass it the first time?

 5              A      I'm very sure I did.

 6              Q      What type of student were you in school?

 7              A      I mean, I went to school.

 8              Q      A student --

 9              A      No.

10              Q      -- B student, C student?

11              A      I passed.  I didn't make the best grades.

12   I passed.

13              Q      Okay.  Did you have any like one area in

14   school that was your best subject versus another?

15              A      Not really.  School wasn't really my

16   thing.

17              Q      What were you interested in rather than

18   school?

19              A      Going fishing.

20              Q      Since you've graduated from high school

21   in 2010 -- I assume it was around June --

22              A      Yes, sir.

23              Q      -- have you taken any additional

24   education, trade schools, or --
```

1        A        No, sir.

2        Q        Were you employed at all during the time

3   you were going to school?

4        A        No, sir.

5        Q        Okay.  After you graduated what was the

6   first job you got starting in 2010?

7        A        Mohawk.

8        Q        Were you working directly for Mohawk?

9        A        Yes.  I wasn't working with them in 2010.

10  I was working for them in like 2012.  I didn't go to work

11  right after high school.

12        Q        Okay.  So the first job you took after

13  high school was in 2012?

14        A        I'm pretty sure.

15        Q        All right.  And it was working directly

16  for Mohawk?

17        A        Yes, sir.

18        Q        And do you recall, did you start -- what

19  time of year you started with them?

20        A        I think September.

21        Q        And what were you -- what were you doing?

22        A        I was running a warper machine.

23        Q        I'm sorry, what type of machine?

24        A        A warper machine.

1      Q        Warper?

2      A        It made carpet.  It was like a gigantic

3  sewing machine.

4      Q        Okay.  Tell me what running the warper

5  machine -- what did that entail?  What did your job

6  entail?

7      A        You feed the thread through and you set

8  up a sewing machine, you put the blueprints in there, and

9  pretty much like that, you just watch it run.

10     Q        Was there any heavy lifting or --

11     A        No, sir.

12     Q        -- physical requirements in that regard?

13     A        You had to line the yarn up.  That's

14  about it.

15     Q        And do you recall who your supervisor was

16  at that time?

17     A        I do not remember.

18     Q        Do you remember how much you were getting

19  paid?

20     A        11.53, I think.

21     Q        And how long did you work for Mohawk?

22     A        About nine months.

23     Q        And what happened after the nine months?

24     A        I was on 11 to 7 and I just -- I put in

1    my two weeks' notice and left.

2              Q      Did you have another job lined up?

3              A      Yes, but it wasn't through employment.

4    Like I was just helping my grandmother do stuff at night

5    that I wouldn't call it job lined up, no.  11 to 7 was

6    very hard on me.

7              Q      Were you ever disciplined during that

8    nine months at Mohawk?

9              A      No, sir.

10             Q      Did you leave in good standing?

11             A      I put in my two weeks' notice.

12             Q      I understand, but did they tell you that

13   if you didn't leave you were going to be fired?

14             A      No.

15             Q      Okay.  So you left in good standing.

16             A      Yes, sir.

17             Q      Okay.  Did your -- when you were helping

18   your grandmother, what type of things were you helping her

19   do?

20             A      I was just still remained staying and

21   doing the yard stuff.  Just 11 to 7 wasn't good for me, so

22   I just kind of took some time off.

23             Q      Did she pay you for that?

24             A      I mean, she would give me gas money and

1   stuff.

2          Q      So basically just helping around the

3   house?

4          A      Yes.

5          Q      Is it a farm, your --

6          A      No.

7          Q      No, just regular house.

8          A      Yes.

9          Q      Okay.  And when were you -- well, let me

10  ask you this:  When did your grandfather pass?

11         A      March 28, 2010.

12         Q      Okay.  And so the first job you got was

13  after he had already passed?

14         A      Yes.

15         Q      And so then how long did you stay at home

16  helping your grandmother?

17         A      For a good while.  I got another job I

18  believe it was in 2014.  It may have been the end of 2013.

19         Q      Okay.

20         A      That was at Altec in Daleville.

21         Q      Altec, T-E-C-H?

22         A      A-L-T-E-C, I think.

23         Q      A-L-T-E-C.

24         A      Yes, sir.

```
 1          Q      And you said it was in Daleville?

 2          A      Yes, sir.

 3          Q      What does Altec do?

 4          A      They make cranes.

 5          Q      And what was your job?

 6          A      Assembly.

 7          Q      And do you recall who your supervisor

 8   was?

 9          A      His name is Mike.  I don't remember his

10   last name.

11          Q      Okay.  And what was your rate of pay?

12          A      14.50.

13          Q      And when you were in assembly, what did

14   that physically require you to do?

15          A      Bolting stuff up on truck beds.  Tool

16   boxes, stuff like that.

17          Q      You would bolt equipment onto --

18          A      Truck beds.  It's a flat truck bed.  You

19   get a blueprint and you bolt stuff on the truck beds.

20          Q      Did that require any physical heavy

21   labor?

22          A      It wasn't really heavy labor.  Most you

23   would pick up, maybe 50 pounds.

24          Q      And how long did you work for Altec?
```

1          A      I don't quite remember.  It was seven or

2   eight months.  I was working through a temp service.  I

3   missed two days, and I was laid off.

4          Q      Okay.  So technically you went to work

5   for the temp service.

6          A      Yeah, but I was working at Altec.

7          Q      I understand that, but --

8          A      Oh, I see what you are saying.

9          Q      The temp service hired you.

10         A      Yes, sir.

11         Q      And the first assignment they gave you

12  was at Altec.

13         A      Yes, sir.

14         Q      And would that have been Peoplelink?

15         A      It was Aerotek.

16         Q      I'm sorry?

17         A      Aerotek.

18         Q      Could you spell that for me?

19         A      A-R-E-T-E-C [sic], I think.

20         Q      And that was the name of the temporary

21  agency?

22         A      Yes, sir.

23         Q      Okay.  And where are they --

24         A      They are downtown here somewhere.

1          Q        In Roanoke?

2          A        I think they are like right down the

3    road.

4          Q        And so you say you worked there seven or

5    eight months, missed two days in a row, and they sent you

6    back to Aerotek?

7          A        Yes.

8          Q        And Aerotek sent you to somewhere else?

9          A        They did not have another assignment.

10         Q        And so what happened?

11         A        I went to Peoplelink.  And then from

12   Peoplelink I went back to Mohawk.

13         Q        Was there a period of time between going

14   back to Aerotek and they said we don't have another

15   assignment before you went to Peoplelink?

16         A        It was like a week or two.  I put in

17   applications at a couple temp services and people didn't

18   call me.

19         Q        And Peoplelink, the first assignment that

20   they sent you to was back to Mohawk?

21         A        Yes, sir.

22         Q        And what were your job responsibilities

23   at that time?

24         A        They put me back on the same machine.

1      Q       The warper?

2      A       Yes, sir.

3      Q       All right.  And what were your hours

4  then?

5      A       They put me on 3 to 11.

6      Q       And what was your rate of pay?

7      A       At that time I think it was 12.10.

8      Q       Okay.  And how long did you work for

9  Mohawk through Peoplelink that time?

10      A       I worked there about five months.  I was

11  getting ready to get hired on and then I came in contact

12  with Allegheny Construction.  They gave me a better rate

13  paying job so -- and it was a daylight job so I took that.

14  And again, I put in my two weeks notice and left.

15      Q       All right.  So just so I'm sure or

16  understand you, did people -- did Mohawk use Peoplelink

17  for temporary employment for a period of like six months

18  and then if you worked out then Mohawk would hire you

19  directly?

20      A       Yes.  You had to work there a total of I

21  think it was either six months, something like that, you

22  can't miss no days, and if you do and then they evaluate

23  you, go into the office, talk to you, and then you got to

24  work 30 more days, not miss, and they will hire you.

```
 1              Q       Okay.  So basically it was a way to get

 2   hired through Peoplelink back to Mohawk.

 3              A       Yes.

 4              Q       And you made it about five months, and

 5   you say you came into contact with Allegheny Construction.

 6   How did you come upon starting to -- or potentially get a

 7   job with them?

 8              A       Through a friend.

 9              Q       And what was the friend's name?

10              A       Tyler Nicely.

11              Q       I'm sorry?

12              A       Tyler Nicely.

13              Q       Tyler Nicely.

14              A       Yes, sir.

15              Q       Okay.  And so what did you -- when was it

16   that you started with Allegheny Construction?

17              A       I'm pretty sure it was in August.

18              Q       Of what year?

19              A       2015.

20              Q       Do you know when you started with

21   Peoplelink and then went back to work --

22              A       No, sir.

23              Q       -- with Mohawk?

24              A       I don't know the exact month.  It was
```

```
 1  earlier in the year.
 2        Q      So you think it was like, what did you
 3  say, August of '15 you started --
 4        A      It was more like May with Peoplelink, I'm
 5  pretty sure.
 6        Q      Okay.  But then it was August with
 7  Allegheny?
 8        A      Yes, sir.
 9        Q      Okay.  And they put you on day shift?
10        A      Yes, sir.
11        Q      And who was your supervisor at Allegheny?
12        A      Eddie Snuffer.
13        Q      And what was your job description working
14  for Allegheny?
15        A      A laborer.
16        Q      And what did that normally entail?
17        A      Anything from being down in a ditch to
18  holding a road sign on the road to operating equipment.
19        Q      Did they give you instruction on how to
20  operate the equipment?  Training?
21        A      Yes, sir.
22        Q      And what equipment did they train you on?
23        A      It was stuff like jackhammers and stuff
24  like that.  It wasn't like actual equipment equipment you
```

TEAMTRIALUS@GMAIL.COM

Case 7:15-cv-00665-GEC   Document 143-2   Filed 11/02/16   Page 32 of 148   Pageid#: 2655

1   would run.

2            Q        Wasn't like front end loaders --

3            A        No.

4            Q        -- or bulldozers or anything of that

5   nature.

6            A        No, sir, nothing like that.

7            Q        Okay.  And what was your rate of pay with

8   Allegheny Construction?

9            A        12.50.

10           Q        And what were your hours?

11           A        We used to start at 7 o'clock in the

12  morning.  You used to be he likes us there by 6, 6:15 and

13  get everything ready.  We'd go out on the road by 7, and

14  you would leave anywhere between 3 and 5.  Sometimes you

15  would stay as late as 7.  There wasn't no set hours

16  because you was working on the road.  Pretty much you left

17  when the job got done.

18           Q        He likes you -- when you say he, you are

19  talking about Eddie?

20           A        Yes.

21           Q        -- to be at the shop in the morning?

22           A        The road side.

23           Q        Okay.  Where would you meet to get

24  everything ready?

```
1          A      Garden City.  They had a lot they had all
2    the equipment on.
3          Q      And that's where they had the trucks
4    and --
5          A      All the equipment.
6          Q      -- jackhammers and all the tools that you
7    might need out on the road?
8          A      Yes, sir.
9          Q      Okay.  And so you would meet at Garden
10   City somewhere between 6 and 6:30?
11         A      Yes, sir.  There wasn't a set time you
12   had to be there.  He liked everybody there early to start
13   the machines, get everything ready, check everything.
14         Q      And what other employees were you working
15   with besides Eddie with Allegheny?
16         A      It was a couple Hispanics.  I didn't know
17   their name.  Tyler, a guy named Patrick, and a guy
18   named Duane.  There was like six of us.
19         Q      Patrick and who?
20         A      Duane.
21         Q      Duane.  And other than Tyler, did you
22   know any of the other individuals you worked with?
23         A      Not prior to my employment.
24         Q      Okay.  Did you -- after you started
```

1   working there did you socially hang out with Tyler,

2   Patrick, or Duane?

3          A       I went to work and came home.  I didn't

4   hang out with them other than at work.

5          Q       What did you do for your free time during

6   that period of time?

7          A       Well, I usually tried to work on

8   Saturdays so I really didn't have much free time.  I would

9   go to work, come back home at my grandmother's house and

10  take care of stuff there.  That's pretty much it.

11         Q       So you continued to look after your

12  grandmother's house?

13         A       Yes.

14         Q       When you were in high school were you

15  involved in any sports?

16         A       No, sir.

17         Q       Were you involved in any clubs or

18  activities through the school?

19         A       I was in FFA.

20         Q       And what was FFA?

21         A       Future Farmers of America.  Kind of

22  like -- I got into it through like shop class.  It was

23  like woodworking and stuff.

24         Q       Did you stay involved with them after you

1    graduated?

2              A        No.

3              Q        And you did take a shop class?

4              A        Yes.

5              Q        All right.  And did they teach you how to

6    use various tools in that class?

7              A        It was just like a six-week period.  It

8    was like some kind of alternative you could take like when

9    are at the end of your graduation, like if you had all

10   your credits or whatever, it's just something to kind of

11   fill in like.  Because like if you had your driver's

12   license you could leave school early for like work release

13   or whatever, and I didn't have a job and I didn't have a

14   driver's license, so it was just like something that fill

15   out your day kind of thing.

16             Q        Okay.  But did they teach you how to use

17   like table saws --

18             A        Yes.

19             Q        -- and welding equipment and things like

20   that?

21             A        It was more like a woodworking class.

22             Q        And did you have a project that you had

23   to make something?

24             A        You made like benches and stuff.

1    Q       Just nothing specifically for you.   They
2    just said just do this and that's what you did?
3    A       They made like benches and put outside on
4    the fields and stuff, the football fields and stuff.
5    Q       Were you involved in any other
6    school-related groups other than FFA?
7    A       No, sir.
8    Q       At the time of this accident were you
9    dating anyone?
10   A       No, sir.
11   Q       Are you dating anyone now?
12   A       Yes, sir.
13   Q       And who are you indicating?
14   A       Ashley Monroe.
15   Q       And how long have you been dating Ashley?
16   A       About a month and a half.
17   Q       And where does she live?
18   A       In Blue Ridge.
19   Q       Is she employed?
20   A       She's going to school to be a nurse.
21   Q       Have you ever been married?
22   A       No, sir.
23   Q       To your knowledge, has Ashley been
24   married?

1          A      She's going through a divorce.

2          Q      Does she have any kids?

3          A      Two.

4          Q      When you were with Peoplelink, did you

5    work at any locations other than Mohawk?

6          A      No.  When I contacted Peoplelink --

7    Mohawk told me to contact Peoplelink, because I called

8    them and asked them if I could come back, and they said at

9    that time they was using Peoplelink.  When I worked for

10   them the first time, they didn't use a temp service.  So I

11   contacted Peoplelink and told them Mohawk is where I was

12   wanting to go, so they sent me straight to Mohawk.

13         Q      Did you work for any other employers

14   through any temporary agency other than what we've talked

15   about specifically with Mohawk or Altec?

16         A      No, sir.  At Aerotek and Peoplelink is

17   the temp services.  I worked at other employments, but

18   they was through temp services.

19         Q      Okay.  Well, that's what I'm trying to

20   figure out.  What other -- what other companies did you

21   work at?

22         A      I worked at Virginia Forge one time, but

23   I don't remember what temp service I went through.

24         Q      Virginia Forge?

1       A       Yes.  It was for a very short period of

2  time.

3       Q       Okay.  Any other employers?

4       A       Not that I am aware of.

5       Q       And that was also through a temp agency.

6       A       Yes, but I don't remember.  It was some

7  off-the-wall temp agency.

8       Q       And you don't remember which one.

9       A       They had people come in for like five

10 weeks.  They had like some extra jobs they needed done,

11 and it was just a temporary job.  It wasn't a temp-to-hire

12 job.

13      Q       I understand.  When you were with

14 Peoplenet [sic] did they send you anywhere other than to

15 Mohawk?

16      A       No, sir.

17      Q       Do you wear glasses or contacts?

18      A       No, sir.

19      Q       Do you smoke cigarettes?

20      A       No, sir.

21      Q       Other than missing two days at the one

22 employer and they said -- and turned you back into the

23 temp agency, have you ever been released from any other

24 employer?

1          A        No, sir.

2          Q        Since you got your driver's license at

3     age 19, have you had any traffic infractions?

4          A        I've got a few tickets.

5          Q        And what were those for?

6          A        I believe two speeding tickets and one

7     seat belt ticket, to my knowledge.

8          Q        And do you remember what jurisdictions

9     you got those tickets in?

10         A        I'm pretty sure they was all in

11    Botetourt.

12         Q        All in Botetourt, okay.

13         A        Yeah.  One might have been in Rockbridge.

14    I believe the seat belt ticket was in Rockbridge.  It was

15    either a seat belt ticket or a speed ticket.

16         Q        Was your license ever suspended or

17    revoked as a result of those tickets?

18         A        No, sir, I just paid them and went on.

19         Q        Prior to the date of this accident had

20    you ever been involved in any other automobile accidents

21    as a driver?

22         A        Yes.

23         Q        When was that?

24         A        I don't remember dates.

1          Q       How old were you?

2          A       When I worked at Mohawk through

3   Peoplelink I worked a 16-hour shift, and I had a accident,

4   and I had one when I first got my driver's license.

5          Q       All right.  Tell me about the one when

6   you first got your driver's license.  So you were 19 --

7          A       Yes.

8          Q       -- and you had an accident.  What

9   happened?

10         A       I don't quite remember how it happened.

11  It was like three or four vehicles involved.  It was kind

12  of everybody collided.

13         Q       It was kind of like what?

14         A       Everybody just collided.  It was raining

15  real hard and everybody just collided.

16         Q       Where were you in the line of things?

17  First, second, third --

18         A       I was second.

19         Q       Second.  And did the vehicle in front of

20  you come to a stop?

21         A       I think we all come to a stop.  I don't

22  remember quite how it happened, sir.

23         Q       You rear-ended the vehicle in front of

24  you?

1         A      Yes.

2         Q      And the vehicle behind you rear-ended

3    you?

4         A      Something like that.  I don't quite

5    remember how it happened.

6         Q      And you said that happened when you first

7    got your license when you were 19?

8         A      I believe that wreck happened in 2011.

9         Q      Okay.  And where were you when it

10   happened?  What -- in Botetourt, in --

11        A      Oh, Botetourt.

12        Q      Botetourt, okay.  And were you charged in

13   that accident?

14        A      I got a seat belt ticket and some kind of

15   failure to maintain.

16        Q      Failure to maintain proper control?

17        A      Something like that.  I don't quite know

18   what it was.  It was heavy raining.

19        Q      And did you just pay those tickets?

20        A      Yes, sir.

21        Q      Were you injured?

22        A      No, sir.

23        Q      Did anyone as a result of that accident

24   go to the -- seek medical attention?

```
 1            A       I went because they asked me to.  My
 2   grandmother came up there and asked me to go, but I was
 3   released that day.
 4            Q       And where did you go?
 5            A       I believe it was Roanoke Memorial.
 6                    MS. ROBINSON:  Where was it?
 7                    THE WITNESS:  Roanoke Memorial.
 8   BY MR. FRANKL:
 9            Q       And you indicated you were -- while you
10   were working for Mohawk through Peoplelink you had another
11   accident in your vehicle?
12            A       Yes.
13            Q       And where was that?
14            A       Like two minutes after I left Mohawk.
15            Q       Where is Mohawk located?
16            A       Glasgow.
17            Q       Okay.  So you were still in Glasgow?
18            A       Yes.
19            Q       And what county is that?
20            A       Rockbridge.
21            Q       Okay.  So you were in Rockbridge County.
22            A       Yes.
23            Q       Tell me what happened in that accident.
24            A       I worked a 16-hour shift, and I fell
```

1   asleep and ran off the road.

2          Q       Were you cited for reckless driving for

3   falling asleep?

4          A       No.   The judge -- I'm pretty sure I went

5   to the judge and the state trooper went to court, too, and

6   explained what was going on, and I got a ticket, but they

7   didn't give me a reckless driving ticket.

8          Q       They reduced it to maybe improper driving

9   or something like that?

10         A       They reduced it, but I don't know quite

11  what they call it.

12         Q       And you paid that ticket?

13         A       Yes.

14         Q       Did you plead guilty?

15         A       I told them I worked a 16-hour shift and

16  fell asleep.

17         Q       All right.   Did you seek any medical

18  attention after that accident?

19         A       No, sir.

20         Q       Were you injured?

21         A       No, sir.

22         Q       The first accident, whose car were you

23  driving when that happened when you were 19?

24         A       My vehicle.

1        Q       And what vehicle was that?

2        A       It was a -- I think it was a 2004 Chevy

3    Silverado.

4        Q       And how much damage was there to that

5    vehicle?

6        A       It wasn't totaled.  The insurance fixed

7    it.

8        Q       Okay.

9        A       It was front-end damage.

10       Q       And was that your first vehicle that you

11   owned?

12       A       That I owned, yes.

13       Q       And what vehicle were you driving when

14   you fell asleep and ran off the road?

15       A       I had a 2005 GMC and it was totaled.

16       Q       Did you own any vehicles in between the

17   Silverado and the GMC?

18       A       Yes.

19       Q       What other vehicles did you own?

20       A       I believe it was a Toyota.  I think it

21   was a 2001 and a Chevy S10.  I think it was like a 1999.

22       Q       And why did you get rid of the Silverado?

23       A       The one that I wrecked to start with?  I

24   traded it in on the four-door Toyota.

1      Q       Okay.  And then why did you get rid of

2  the Toyota?

3      A       It blew up.

4      Q       Engine blew up?

5      A       Uh-huh, blew up.

6      Q       And then you had the S10?

7      A       Yes, and it was two-wheel drive.

8      Q       Pardon?

9      A       The S10 was two-wheel drive.  I got it at

10 the time because it was tax time and it was something that

11 I could afford, but then it was two-wheel drive.

12     Q       So you traded that in for the GMC?

13     A       Well, my grandmother helped me get it.

14     Q       But you went to then to the GMC.

15     A       Yes.

16     Q       And then you totaled that.

17     A       Yes.

18     Q       So what vehicle did you get at that time?

19     A       Took the insurance money and got the

20 Toyota.  Then I had one at the time of this accident.

21     Q       All right.  And what vehicle were you

22 driving at the time of this accident?

23     A       A 1997 Toyota Tacoma.

24     Q       And did your grandmother help you get

1  that one, too?

2          A       The insurance money bought that.

3          Q       Okay.

4          A       Because that -- the GMC got totaled, I

5  got the insurance money, and I got that.

6          Q       All right.  How much did you pay for the

7  Tacoma?

8          A       I think it was 4800.

9          Q       And how many miles were on it?

10         A       Well over 200,000 I believe.

11         Q       When you bought it?

12         A       Yes.

13         Q       How many miles were on it when this

14 accident took place?

15         A       I don't quite know.  I had it for four or

16 five months.  I probably put 8- or 10,000 miles on it.

17         Q       Where were you -- what did you spend --

18 what was the -- your normal driving?  Where were you

19 driving from and to?

20         A       From Buchanan on to Garden City.

21         Q       Approximately how many miles is that?

22         A       40, 50, maybe.

23         Q       Each way?

24         A       I believe so.

```
1          Q       So you were putting about a hundred miles
2   a day?
3          A       Probably.
4          Q       All right.  And what was the route that
5   you would take from your grandmother's house to get to
6   Garden City?
7          A       I leave her house, get on 11, go to the
8   first interstate exit and drive the interstate all the way
9   until you get to Roanoke Memorial Hospital.  I think it's
10  581 you get on right there.  And then that takes you like
11  right to Garden City.  You go across that bridge and then
12  you go down there to Garden City.
13         Q       So you get off at Wonju Street?
14         A       You get off right there where Community
15  Hospital is.
16         Q       Oh, okay.  That's Elm Street.
17         A       You go across the bridge.
18         Q       Okay.
19         A       And go down and you turn right, and then
20  you just keep going straight and you end up going to
21  Garden City.  I don't quite remember street names.
22         Q       And on a normal day, what time would you
23  leave your grandmother's house to get to Garden City?
24         A       Between 5 and 5:30.
```

1          Q        And how long would it normally take you

2    to get there?

3          A        About 45 minutes.

4          Q        Now, you had a cell phone with you on the

5    date of this accident?

6          A        Yes, sir.

7          Q        And who was your cell phone provider?

8          A        U.S. Cellular.

9          Q        And was there anyone on the -- like did

10   you share a line with anyone else or --

11         A        I have got my own plan.

12         Q        Okay.  So U.S. Cellular.  And how long

13   had you been with U.S. Cellular?

14         A        I think I opened up that plan in like

15   March of 2015.  It was either the last week in February or

16   first week in March.

17         Q        And what was the phone number for your

18   cell phone?

19         A        I don't remember at that time.  I've

20   changed it since then.

21         Q        Okay.  The Toyota Tacoma, did it have any

22   electronic -- electronics in it like a GPS?  I mean --

23         A        Standard radio.

24         Q        Just standard radio.  AM/FM?

```
 1              A        Yes.

 2              Q        Did it have a cassette or a CD?

 3              A        CD player.

 4              Q        Did it have multiple changers for the CD

 5    or just the --

 6              A        Just the standard radio.

 7              Q        Okay.  Other than your phone and your

 8    AM/FM radio, was there any other electronics in the

 9    vehicle?

10              A        This was a CB radio in there that we used

11    for hunting.

12              Q        Did you have it on on the date of this

13    accident?

14              A        No, sir.

15              Q        We've talked briefly about the traffic

16    violations.  Have you ever been arrested for any other

17    crimes?

18              A        No, sir.

19              Q        Have you ever been in jail or kept

20    overnight in jail?

21              A        Not that -- no.  No, sir.

22              Q        You hesitated.  I just wondered --

23              A        When I was -- when my grandfather passed

24    away I was sent to a boy's home, but it wasn't really
```

1   jail.  It was like the cops come pick me up and they sent

2   me to a boy's home.  I was going through a rough time when

3   my grandfather was sick, but it wasn't really jail.  I

4   didn't quite know what you was saying there.

5           Q       Okay.

6           A       But I wasn't really arrested and taken to

7   jail.  It was like a group home kind of deal.

8           Q       And what was the name of that group home?

9           A       I think it was Hallmark.

10          Q.      Hallmark.  And where was it located?

11          A       Richmond.  But it wasn't jail.  But the

12  deputies picked me up.

13          Q       And you said your grandfather was sick --

14          A       Yes.

15          Q       -- and that's when they picked you up

16  and --

17          A       I was just going through a rough time

18  with it.

19          Q       In what way?

20          A       Like my grandfather was my everything,

21  and it was just -- they wasn't able to take care of me at

22  the time, like I was going through a rough time.

23          Q       I understand that maybe your grandfather

24  was sick and he wasn't able to take care of you.

1      A      He was in the house in hospice care.

2      Q      Okay.  But what about your grandmother?

3  She wasn't able to take care of you at that time?

4      A      She was having a hard time dealing with

5  it.  She was sitting by his bedside as well.

6      Q      How long were you in the boy's home?

7      A      Until the day I turned 18, and then I

8  returned back to my grandmother's.

9      Q      How old were you when you were taken to

10  the boy's home?

11      A      17.  It was a little time period.

12      Q      How many months?

13      A      Like three months, I think.

14      Q      Three months, okay.  So you were like

15  approximately 17 and nine months old, put into the boy's

16  home.  Three months later they let you out when you were

17  18.

18      A      I was in the Hallmark when I graduated

19  high school, but I still got my diploma and I still went

20  back for graduation.  Like went I went down they helped me

21  finish school, and then I come back home.

22      Q      How did you get along in the boy's home?

23      A      I stayed to myself.  It was crazy.

24      MS. ROBINSON:  And Dan, I'm going to

1          object to any more questions.  You know, a child

2          in need, the DSS statute is pretty explicit

3          about all this stuff is confidential, and

4          totally irrelevant to this case.

5     BY MR. FRANKL:

6          Q      Did you, when you were in school, get

7     into any fights?

8          A      No, sir.

9          Q      Were you accidentally injured that

10    required medical treatment while you were in school?

11         A      Not to my knowledge.

12         Q      Prior to this accident did you ever use

13    any illegal drugs?

14         A      No, sir.

15         Q      Marijuana, cocaine?

16         A      No, sir.

17         Q      Nothing?

18         A      No, sir.

19         Q      Never have?

20         A      No, sir.

21         Q      Are you a member of any club,

22    organization, or church?

23         A      No, sir.

24         Q      Did your grandparents take you to church?

```
 1            A      Every now and again.

 2            Q      And which church would you go to?

 3            A      Buchanan Baptist.

 4            Q      Are you planning on moving anytime in the

 5    near future?

 6            A      I'm pretty content where I'm at.

 7            Q      What type of vehicle are you driving now?

 8            A      I do not have a vehicle.

 9            Q      Is someone allowing you to use their

10    vehicle?

11            A      Pretty much either Kenny or Ashley takes

12    me where I need to go.

13            Q      How did you get down here today?

14            A      Ashley.

15            Q      Did you know any of the rescue workers at

16    the scene of this accident?

17            A      Yes, sir.

18            Q      What rescue workers did you know?

19            A      I knew pretty much all of them.  They're

20    all from Botetourt County.  I mean, at the time I didn't

21    know them because of everything going on but we'll come

22    back I know all of them.

23            Q      Which individuals do you recall?

24            A      The two that transported me was Krista
```

1    and Doug.  Krista and Doug.

2              Q        Krista and Doug?

3              A        Like I said, I don't know their last

4    names and I don't know them personally, but it's a small

5    town we live in, and they all run fire and EMS, and you

6    see them on a day-and-day basis and stuff, so I know them

7    all by names.

8              Q        Okay.  So Krista and Doug transported

9    you?

10             A        Yes.

11             Q        Did you recognize anybody else?

12             A        No.

13             Q        Just those two?

14             A        Yes.

15             Q        Did you know any other of the individuals

16   at the scene of the accident?

17             A        I know of the ones that was there on the

18   fire department, but -- because I've talked to them since

19   then.  I know which ones was there.

20             Q        All right.  Which members of the fire

21   department did you know were at the scene?

22             A        I know a guy named Evan was there.

23   That's the only one I know directly was there, and I know

24   a few people that -- that's the one I talked to.  I know a

1    few people that was -- I think was there, but I don't

2    quite know the names.  Like I said, I know -- you see them

3    here and there, you know, throughout the county and

4    everything, but I just know their names.

5            Q        So you recognize them, but you don't

6    really have any knowledge of what their name is or --

7            A        Yes.  Like I see them and I know like,

8    hey, they work for them, you know.

9            Q        Okay.  Did you talk to Krista or Doug

10   about the accident?

11           A        No.

12           Q        All right.  But you did talk to Evan.

13           A        Not about the accident.  He just said,

14   Hey, I remember you was in the wreck.  He did call and

15   check on me in the hospital.

16           Q        Evan called?

17           A        Yes.  Him and his girlfriend did.

18           Q        Okay.  But you didn't talk about the

19   wreck.  He just asked you how you were doing?

20           A        They were just checking on me.

21           Q        Okay.  How many people came to visit you

22   at the hospital?

23           A        I don't remember everybody.  Few of my

24   friends.

1       Q       What -- that's what I'm asking.  What

2   friends do you remember that came to visit?

3       A       All my coworkers came.  Kenny came up

4   there every day.

5       Q       I'm sorry?

6       A       Kenny came up there every day.

7       Q       Kenny, okay.  And then what coworkers?

8       A       All of them came but the Hispanics.

9   Tyler, Patrick, Duane, and Eddie came up there.

10      Q       Anybody else come that you can recall?

11      A       My grandmother came up there from time to

12  time, but it was hard on her so -- she came three or four

13  times I bet.

14      Q       Anyone else?

15      A       Not to my knowledge.

16      Q       Did Wendy Montgomery from the -- worked

17  at the rescue --

18      A       I believe she did.

19      Q       -- rest area?

20      A       I believe she did.

21      Q       Okay.

22      A       Like I said, a few people would stop by

23  here and there, you know, but I was in so much pain, you

24  know, they would stay a minute or two and they would

1    leave.

2            Q       Did you -- do you know how many times

3    Wendy came to see you?

4            A       I believe it was twice.

5            Q       Anyone else that you can recall?

6            A       No, sir.

7            Q       With either Kenny -- well, did you talk

8    to Kenny about how this accident took place?

9            A       I have not discussed it with anybody but

10   her.

11           Q       And you are indicating your attorneys.

12           A       Yes.

13           Q       Okay.  So you have not discussed

14   specifically how this accident took place with anyone

15   other than your attorneys?

16           A       No, sir.

17                   MR. FRANKL:  Okay.  We've been going on

18           for about an hour.  I suggest we take a

19           ten-minute break.  Go off the record.

20                   THE VIDEOGRAPHER:  Off the record at

21           10:57.

22                   (A recess was taken.)

23                   THE VIDEOGRAPHER:  On the record at

24           11:11.

1   BY MR. FRANKL:

2           Q       Mr. Lester, have you ever brought a

3   lawsuit before?

4           A       No, sir.

5           Q       Have you ever made a claim under

6   Workmen's Compensation?

7           A       No, sir.

8           Q       Been injured on the job and gotten paid

9   through the insurance that the employer had?

10          A       Not that I am aware of.

11          Q       Okay.  Have you ever been sued yourself

12  before?

13          A       Not that I am aware of.

14          Q       I saw in one of your answers there was a

15  loan or something that someone took you to court on?

16          A       Yes, sir.

17          Q       All right.  So they sued you for money?

18          A       Oh, is that what -- yeah.  I thought you

19  meant like a lawsuit.  Is that still a lawsuit?

20          Q       That's a lawsuit.

21          A       A judgment, but yeah.

22          Q       Okay.  So what did they get a judgment

23  against you for?

24          A       The GMC truck I had.

1          Q        Okay.  You had a loan out on the truck?

2          A        It was another vehicle I had.  It wasn't

3    the one in the wreck.

4          Q        Okay.

5          A        I took it back and parked it in their

6    yard.  I told them I didn't want it anymore, and now

7    they're trying to say that I had the vehicle like two

8    weeks, and my grandmother helped me get the Silverado, and

9    they tried to say that I owed them money for it.

10         Q        And they took you to court, or got a

11   judgment.

12         A        Yeah, they got a judgment against me.  I

13   haven't been to court about it.

14         Q        And is that judgment still outstanding?

15         A        To my knowledge, yes.

16         Q        Any other legal actions that you have

17   been involved in?

18         A        Not to my knowledge.

19         Q        Okay.  And you mentioned -- you said that

20   your girlfriend, Ashley Monroe, lives in **Confidential**.  Do

21   you know what her address is?

22         A        No, sir.

23         Q        And where is **Confidential**?

24         A        In **Confidential**.

1          Q      And what part?

2          A      Like the end towards Roanoke.  It's close

3    to Bonsack.  Like Bonsack and --

4          Q      In between -- well, is it on -- if you

5    use 81, would it be toward the 460 side of 81?

6          A      You get to her house from 460.

7          Q      Okay.  Then this accident took place on

8    Monday morning, the 26th of October of 2015.

9          A      Yes, sir.

10         Q      Do you know at approximately what time

11   you left your home that morning?

12         A      I believe around like 5:15.

13         Q      And from your grandmother's house, how

14   long does it take you driving to get from her house to

15   Interstate 81?

16         A      Couple minutes.

17         Q      All right.  And then what mile marker, if

18   you know, do you get on Interstate 81 from your

19   grandmother's house?

20         A      162.

21         Q      162, okay.  And so if this accident took

22   place about the 158, you would have only been on the

23   interstate --

24         A      Couple minutes.

```
 1          Q       -- four or five minutes?

 2          A       Yeah.

 3          Q       Okay.  Now, were you working for

 4  Allegheny Construction Monday through Friday?

 5          A       Yes, and some Saturdays.

 6          Q       All right.  Do you know whether or not

 7  you worked on Saturday the 24th --

 8          A       No, sir.

 9          Q       -- of --

10          A       No, sir, I did not.

11          Q       All right.  Let me finish my question,

12  but --

13          A       Sorry.

14          Q       So on the 24th of October, that Saturday

15  two days before this accident, you didn't work that day?

16          A       No, sir.

17          Q       And how is it that you remember you

18  didn't work that day?  Do you remember what you did that

19  weekend?

20          A       No, sir, I don't.

21          Q       Okay.  Were you dating someone at the

22  time of the accident?

23          A       No, sir.

24          Q       Do you recall whether or not you went
```

1    fishing or hunting?

2            A       I'm pretty sure I like stayed at my

3    grandma's and mowed grass, because I didn't work that

4    Friday either.  I had a hernia and I was off work a couple

5    days, and I was supposed to return back to work on that

6    Monday.

7            Q       So the best of your -- well, how many

8    days were you off work the week before this accident?

9            A       I believe it was like half of a

10   Wednesday, a Thursday, and a Friday.

11           Q       And so with this hernia, did you have to

12   take it easy over that weekend?

13           A       Yeah, just kind of stayed around the

14   house.

15           Q       And maybe cut grass, you said?

16           A       If I did anything, I done that.  I

17   don't -- I'm not even aware if I done that, but I didn't

18   really go nowhere.  I just kind of stayed around the

19   house.

20           Q       When you stay around the house, what type

21   of activities do you do?

22           A       Go out in my grandpa's garage, mess

23   around, just stay active.

24           Q       Mess around with what?

1          A       Like clean up, just turn the radio on and

2     stay busy.

3          Q       I mean, are you working on --

4          A       Not much out there.  I mean, it wasn't

5     much out there.  I used to just go out there and clean the

6     lawn mower up, you know, sharpen lawn mower blades, stuff

7     like that, but that weekend I didn't really do nothing.

8          Q       Do you drink alcoholic beverages?

9          A       Yes and no.  Like I might drink one or

10    two here and there, but do I drink on a regular basis, no.

11         Q       And when you say you drink, are you

12    talking about beer or are you talking about --

13         A       Yeah.  If I drink it might be like one

14    beer or something.

15         Q       You might --

16         A       I have never drank over like three or

17    four at a time.

18         Q       Have you ever had anything to drink other

19    than beer?

20         A       Not to my knowledge.

21         Q       No moonshine or anything of that nature?

22         A       I had like a mixed drink one time.  I

23    didn't like it -- I was at Applebee's -- and I didn't

24    drink nothing after that, no.

1       Q       So do you know as you sit here today what
2  time you went to bed on Sunday night the 25th of October
3  before you woke up the next morning to go into work at
4  Allegheny?
5       A       Probably around 9 or 10 o'clock, time I
6  usually go to bed.
7       Q       At what time would you normally wake up?
8       A       About 4:30.
9       Q       And so you indicated you left around
10 5:15.  What would you have done between --
11      A       I usually get up, take a shower, get
12 ready for work.
13      Q       And were you taking any medication at the
14 time of the -- on the date of the accident?
15      A       Lithium.
16      Q       And how long had you been taking Lithium?
17      A       For a good while.  Year and something, I
18 think.
19      Q       Over a year?
20      A       Yes, sir.
21      Q       And did Lithium have any effect on you?
22 I mean, did you know -- did it make you drowsy?
23      A       No, sir.
24      Q       Did it have any side effects at all that

1    you were aware of?

2            A       No, sir.

3            Q       Okay.  Was there anything -- do you

4    normally eat breakfast?

5            A       I usually get up, take a shower, eat a

6    bowl of oatmeal and put my clothes on and leave.

7            Q       And to the best of your recollection, is

8    that what you did that Monday morning?

9            A       Yes, sir.

10           Q       Okay.  And what was the weather like that

11   day?

12           A       It was drizzling rain.  It was kind of, I

13   would call it, more or less a heavy fog.

14           Q       Did the fog have an effect on your

15   visibility down the roadway?

16           A       Not really.  It was enough to make the

17   road damp.

18           Q       So it wasn't really like a thick fog and

19   you couldn't see through.  It was just like a mist?

20           A       It was like enough when you get outside

21   and your vehicle is -- the windshield is wet, but it

22   wasn't raining.  It was just like dew, I guess you would

23   call it.

24           Q       But the roadway surface was wet?

1          A       Yes.  Damp, I guess you would call it.

2          Q       And when you travel down the roadway,

3  where do you keep your phone?

4          A       Usually just laying in the seat.

5          Q       And you -- but you do have it on?

6          A       Yeah.

7          Q       And you weren't using it at any time

8  prior to this accident?

9          A       No.  I don't text and drive.

10         Q       Tell me in your own words, starting with

11 when you got on the Interstate 81 South at approximately

12 the 162 mile marker, what you remember on the date of this

13 accident.

14         A       I'm pretty sure I'm the only vehicle that

15 I passed, that I come encountered with, until I come up to

16 this wreck.

17         Q       I'm sorry.  You believe you were the only

18 vehicle --

19         A       Like I wasn't -- you know how you go down

20 the interstate now it would be a bunch of vehicles?  When

21 I got on the interstate I didn't pass any vehicles.

22         Q       You don't remember any other traffic

23 being out on the interstate from the 162 to --

24         A       Not until I come to this truck in the

1    road, no, sir.

2              Q     Okay.  Would you agree -- well, did you

3    talk to the trooper at the accident scene after the

4    accident?

5              A     I remember talking to somebody, I don't

6    quite know who it was.  I was kind of in and out of it at

7    that point.  I remember them putting me in the rescue

8    squad and somebody got in there and talked to me.  I don't

9    quite know who it was, but I was coming in and out of it.

10             Q     Okay.  Would you agree that if you did

11   talk to individuals at the scene about what had happened

12   that what you told them immediately after the accident

13   would probably be more accurate than your memory today?

14             A     Should be the same.

15             Q     Should be the same.

16             A     Yes, sir.

17             Q     But if there are any differences,

18   which -- which story or which set of circumstances would

19   be more accurate?

20             A     I know it was being said that I seen a

21   white van in the wreck.  Come to find out a white box

22   truck hit me.  I remember seeing something white.  That

23   could be what I could have said was a white van.

24             Q     Okay.  But you're not answering my

1    question.  I understand, and we'll get to that.

2            A       Sorry.  I was trying to answer it to the

3    best of my knowledge.

4            Q       What I'm asking you is:  If you said

5    something on the date of the accident and you are saying

6    something different now --

7            A       Should be the same.

8            Q       Should be the same.  But if it's

9    different, which one do you think would be more accurate?

10   The one closer in time to when the event took place or

11   now, months later?

12               MS. ROBINSON:  Let me object in that it

13           calls for an opinion and that the witness has

14           already testified that he was in and out.  So

15           under circumstances that were altered to a

16           degree.

17   BY MR. FRANKL:

18           Q       Okay.  You can still answer the question.

19               MS. ROBINSON:  Yeah, Brandon, you can

20           answer the question.

21               THE WITNESS:  I guess when I was in the

22           accident, like I said, I was in and out of it so

23           I don't quite know.

24   ///

1  BY MR. FRANKL:

2          Q       So as we sit here today it's your

3  recollection that you were the only vehicle on the

4  roadway?

5          A       Yes.

6          Q       And how fast were you going?

7          A       Before I seen the truck probably about

8  60.

9          Q       And what is the speed limit on that road?

10         A       When you get close to the rest area, you

11 are supposed to slow down about 60, I'm pretty sure, so I

12 usually run about 60 right through there.  Like I say, it

13 was through the fog and stuff, so I know I wasn't going

14 anything over 60.

15         Q       What was the speed limit on the

16 interstate?

17         A       The interstate speed limit is 70.  But

18 once you come close to the rest area, I'm pretty sure it

19 turns to 60.

20         Q       So you are saying even when you got on

21 before you got to the rest area you were only doing 60?

22         A       Yes, and I was driving in the right lane.

23         Q       And you were driving in the right-hand

24 lane.

1        A       Yes, sir.

2        Q       Okay.  So tell me in your own words, you

3  are proceeding down the right-hand lane, you are doing

4  approximately 60 miles an hour.  As you approach the rest

5  area what happened?  What did you see?

6        A       I see my headlights shine on this truck.

7  I see this truck in the road and it didn't have much of a

8  lighting on it at all.  I slammed on my brakes, and I come

9  down to probably 30 miles an hour and I slammed into it.

10  I mean, it was in the middle of the road.  I had no chance

11  of not hitting it.

12        Q       When you first saw, or your headlights

13  struck -- lit up the truck, where was it in the roadway?

14        A       It was all the way across the road.

15        Q       All right.  It crossed both the right

16  lane and the left lane?

17        A       Yes, sir.

18        Q       And did you see, was it hauling a trailer

19  or --

20        A       It was two trucks.

21        Q       It was two trucks.  And which way was the

22  second truck facing?

23        A       I do not remember.

24        Q       Well, how do you know it was two trucks?

1          A      I just remember it was two trucks.

2          Q      All right.  Well, sometimes you see

3   tractor-trailers going down the road and you have got the

4   cab of one and then you've got the cab of the second one

5   kind of piggybacked --

6          A      If the cab of the one --

7          Q      Excuse me.

8          A      Sorry.

9          Q      Let me finish the question.  Sometimes

10  you see a tractor-trailer going down the road, or just a

11  tractor, and then it's going forward, and then behind it

12  piggybacked facing in the same direction is another

13  tractor.  Have you seen that before?

14         A      Yes.

15         Q      Okay.  Was that the way these two

16  tractors were piggybacked on one another?

17                MS. ROBINSON:  Asked and answered, but

18         you can try and answer it.

19                THE WITNESS:  Do what?

20                MS. ROBINSON:  He has asked that question

21         and you have already answered it once.  That's

22         my objection, but you can go ahead and try

23         again.

24                THE WITNESS:  I'm pretty sure that he was

1            pulling him, so, therefore, he was facing away

2            from him.

3    BY MR. FRANKL:

4            Q      Okay.  So it's your recollection that one

5    tractor was facing forward and the other tractor was

6    facing the opposite direction?

7                    MS. ROBINSON:  Let me object to that

8            question in that he said, based upon the fact

9            that it was towing it, he thought -- thinks it

10           has to be that way.  You've asked him if he

11           recalls from looking at it and he said no.

12                   So Brandon, listen to the question and

13           answer it.

14   BY MR. FRANKL:

15           Q      Okay.  What is your best recollection of

16   which direction the tractor that was being towed was

17   facing?

18           A      The rest area.

19           Q      All right.  So the tractor that was out

20   in the roadway was facing which way when you first saw it?

21           A      The guardrail.

22           Q      Was it actually all the way out to the

23   guardrail?

24           A      Yes.  Both vehicles was in the road.

1      Q      Okay.  And so you had the one tractor was

2  out in the roadway, and then the tractor that was being

3  pulled was facing which direction?

4      A      The rest area.

5      Q      Okay.  And was it -- and was the vehicle

6  at an angle at all?

7      A      It was -- went straight across the road.

8      Q      Okay.  That was the -- the pulling

9  tractor was straight across the road?

10     A      They both was.

11     Q      Okay.  All right.  So your recollection

12 is that both vehicles were like in a straight line

13 perpendicular to the interstate?

14     A      It was like I had a roadblock.  I had to

15 hit it.

16     Q      Okay.  And you slammed on your brakes?

17     A      That was my first instinct.

18     Q      Did you swerve to the left?

19     A      I think my truck hit -- once I hit him, I

20 slammed on the brakes.  I'm pretty sure I hit him like

21 that and my truck --

22     Q      Okay.  Well, you are indicating.  So you

23 slammed on your brakes and your --

24     A      Yes, sir.

1        Q        -- did your truck slide?

2        A        I don't think it -- I think my brakes

3   locked up, but I don't think it slid like one way to the

4   other.

5        Q        All right.  So when you locked up your

6   brakes, was your pickup truck still going forward?

7        A        Yes, sir.

8        Q        Did it turn to either side, to your

9   knowledge?

10       A        No, sir.

11       Q        Where was the impact between your pickup

12  truck and the vehicle that you hit?  Where did you hit

13  him?

14       A        In the side of his vehicle, I'm pretty

15  sure.

16       Q        The front?  The middle?  In between the

17  two tractors?

18       A        After the wreck happened, like after it

19  went bam-bam and I looked up to see what happened, I could

20  just see truck and grass.

21       Q        I know, but when you -- you slammed on

22  your brakes and you're sliding towards this vehicle or

23  vehicles blocking the roadway.

24       A        Uh-huh.

1          Q      At what part of the vehicle is the front

2     of your truck aimed?  What is it going to hit?

3          A      Through middle of it.

4          Q      Right in the middle, okay.  And is that

5     in fact where you hit?

6          A      Once it all went bam-bam, it's like --

7     you know, I'm just like what just happened, you know.  I

8     looked up.  I seen grass and I seen truck.

9          Q      Okay.  So it's your best recollection

10    that your vehicle hit right in the middle of the two

11    tractors?

12         A      The best I could tell.

13         Q      All right.  And tell me what happened to

14    your vehicle after that impact.

15         A      I could see the hood buckled up a little

16    bit, and that's about all that I seen at that point.  And

17    then a few seconds later the other wreck happened.

18         Q      Okay.  I'm going to show you what we're

19    going to mark as Lester Exhibit Number 1.

20              (Deposition Exhibit Number 1 was marked

21         for identification.)

22    BY MR. FRANKL:

23         Q      Do you recognize the rest area and the

24    southbound lanes of Interstate 81?

1         A       Yes, sir.  I travelled that road daily.

2         Q       Okay.  Now, can you mark on this

3 photograph where the truck was that was across the

4 roadway?

5         A       Pretty sure it was like right along here,

6 but, like I said, I can't judge for sure.

7         Q       Okay.  Well, go ahead and put a -- put I

8 guess two squares indicating...

9         A       (Witness complies.)

10        Q       I'm not sure I can see that.

11        A       There's some trees right there that ain't

12 showing up.

13        Q       Here.  Try this pen and see if that will

14 help you.

15        A       I'm pretty sure like right around here,

16 but I can't --

17        Q       Okay.  So that's where the one tractor

18 was.  Where was the second tractor?

19        A       Everything was like right across the

20 road.

21        Q       Okay.

22        A       From my best knowledge.

23        Q       All right.  Go ahead and put a circle

24 around that and then around where you drew the truck -- I

1    think it was right there.

2             A        The exit -- like I said, I can't say if

3    it's here or there.  I can't really judge, but I know it's

4    right as you go to the entrance.

5             Q        Okay.  Well, go ahead and put a circle

6    around where you think it is.  All right.  And then just

7    put the letter A right -- yeah.

8             A        (Witness complies.)

9             Q        All right.  And it was -- was the truck

10   and the truck that it was hauling, did it go into the --

11   the ramp?

12            A        I don't know what happened after the

13   wreck.

14            Q        No, no.  I'm saying was -- you are saying

15   it was across both lanes of the interstate.

16            A        It was pulling out.

17            Q        But did it go into and -- was it also in

18   this part of the entrance ramp to the rest area?

19            A        The only thing I can tell you is I know

20   it was across the road.  My eyes was focused across the

21   road in my path of travel, and I was getting ready to hit

22   it.

23            Q        And did your vehicle change lanes when

24   you slammed on the brakes or did it stay in the right-hand

1   lane?

2          A      I'm almost positive it stayed in the

3   right lane, best of my knowledge.

4          Q      Okay.  Now, after the first impact --

5          A      Yes, sir.

6          Q      -- was your vehicle still I'll say on the

7   northbound or the northbound side of where the truck was

8   across the roadway?

9          A      I don't know.  I seen grass, is all I can

10  tell you.  That's why I said I can't say it was here,

11  because I see grass right here, and I don't see no grass

12  here.  But I know that once I wrecked the first time I

13  seen grass and I seen truck.

14         Q      Okay.  So in what position was your

15  pickup truck after the first collision?

16         A      I guess I would have to say kind of

17  angled, because, like I said, I seen grass.

18         Q      Okay.  And if it was angled --

19         A      Had to be towards grass.

20         Q      Okay.  But where is the closest grass?

21         A      I would have to say there.  That's why I

22  said I kind of hesitate on jumping saying it was there,

23  you know --

24         Q      I understand that.  But were you closer

1    to the guardrail or closer to the grass?

2          A      I'm pretty sure it was grassy median,

3    because I thought I was out of the road.

4          Q      Okay.  So you would have had to have been

5    down to the south of this location?

6          A      Yes.

7          Q      South of where the --

8          A      That's why I am actually wondering if

9    this guy wasn't pulling out of here, if he was pulling out

10   right here.  Because once I hit, I looked out the

11   windshield.  I could see some grass, and I could see his

12   truck.

13                MS. ROBINSON:  So let the record reflect

14             that when he says makes me question whether he

15             was here, it's the spot marked as A.

16   BY MR. FRANKL:

17         Q      Well, okay.  You've got the spot marked

18   as A is where you thought initially that the truck was.

19         A      Yes.

20         Q      But go ahead and write or put a line

21   where you think the truck may have been.

22         A      (Witness complies.)

23         Q      Okay, and so --

24         A      The reason I say it may have been here is

1   because --

2              Q       Go ahead and put a B there.

3              A       (Witness complies.)  It just don't want

4   to write.

5              Q       All right.  And ultimately you ended up

6   in the -- well, which lane do you think your car ended up

7   when it was disabled?

8              A       I would have to say I was probably

9   setting right here.  I thought I was out of the road --

10             Q       All right.

11             A       -- and in a safe spot.

12             Q       And how would you describe the impact

13  between your pickup truck and the initial collision?

14             A       As in?

15             Q       Was it a severe impact?  Was it a minor

16  bump?  How would you describe --

17             A       I remember when I seen grass I tried to

18  get out of the vehicle.  I couldn't get out of the

19  vehicle, so I just kind of -- it was very few seconds in

20  between.  I remember hearing something.  I could look up

21  in my rearview mirror and see this truck coming.  That's

22  all that I can tell you happened within the impact.  I

23  don't remember much of the impact.

24             Q       I am talking about the first one when

1   you hit --

2          A      When I hit this truck?

3          Q      When you hit that truck, how severe was

4   that impact?

5          A      My truck kind of hit it and bounced off.

6   Like I was okay at that point.

7          Q      Okay.  So the initial impact, you bounced

8   off.  So your vehicles would have been to the north --

9          A      -- of the truck --

10         Q      -- would have been to the north side of

11  where you have the truck at either A or B?

12         A      What do you mean the north side?  I don't

13  understand.

14                MS. ROBINSON:  He means that the truck is

15             still in front of you.

16                THE WITNESS:  Yes.  I'm still in the

17             vehicle at that point.

18  BY MR. FRANKL:

19         Q      You are still in the vehicle, but it

20  would have been on this side of the roadway or on this

21  side of the roadway, because the truck was still south of

22  you.

23         A      Yes.

24         Q      Okay.  And based on the fact that you saw

Case 7:15-cv-00665-GEC   Document 143-2   Filed 11/02/16   Page 82 of 148   Pageid#: 2705

1  grass, you think your vehicle would have been --

2          A      I took it I was in like -- I guess you

3  call that side of the road.  I could see grass, so I

4  thought I was in a safe spot.  I couldn't get out of the

5  vehicle.

6          Q      Okay.  So it would be fair to say if we

7  put a little box that, if this was where the

8  tractor-trailer was at location B, your car would have

9  been in the position of this little box?

10         A      Somewhere in there, yes.

11                MS. ROBINSON:  Objection.  His testimony

12                is unclear on that point, but that's fine.  Go

13                ahead.

14  BY MR. FRANKL:

15         Q      But it would have been to the north is

16  what I'm saying.  It would have -- if north is up here, it

17  would have been to the north --

18         A      Talking the opposite side of this, right?

19         Q      Yes, correct.

20         A      Okay, yes.

21         Q      So this would have been the south side,

22  and this is the north side as the interstate was going

23  south.

24         A      Yes.  As in the truck I hit was still in

1    front of me.  Yes.

2           Q      All right.  And at that point in time,

3    did you -- you saw grass and you were trying to get out of

4    your vehicle.

5           A      My door wouldn't open.

6           Q      Okay.  Was the engine still on?

7           A      Well, I had a five-speed, it was a manual

8    transmission, so once it hit the truck was kind of stalled

9    out.

10          Q      Did you attempt to restart it?

11          A      Yes.

12          Q      And would it restart?

13          A      It would not do nothing.

14          Q      Were your lights still on?

15          A      No, they busted.

16          Q      Your dash lights were --

17          A      They busted.  It was when I hit.  I

18   remember when I hit my lights went out.

19          Q      So the dash lights even went out?

20          A      Everything wouldn't work.  Nothing

21   worked.

22          Q      Okay.  And were you able to open the car

23   door?

24          A      No, it wouldn't open.

1          Q       All right.  Was the window up or down?

2          A       It was up.  It was cold that morning.

3          Q       Okay.  And it was a significant enough

4    impact that it buckled the hood?

5          A       Yes.

6          Q       And it knocked the front headlights out?

7          A       They went out.

8          Q       And your engine stopped?

9          A       Yeah.  Pretty much I guess you would say

10   stalled out since it was a five speed.

11         Q       All right.  And even the dash lights were

12   off.

13         A       Yeah, because I remember turning the

14   switch on and it wouldn't do nothing.

15         Q       Did you attempt to put your flashers on?

16         A       It wouldn't do nothing.

17         Q       Did you attempt to hit the flasher

18   button?

19         A       No, sir.

20         Q       Okay.  And you were trying to get out?

21         A       Yes, sir.

22         Q       And the windshield was cracked at that

23   point in time?

24         A       I guess you would call it spiderwebbed.

1          Q        Spiderwebbed, okay.  But it was still in

2    tact.

3          A        Yes.

4          Q        And the windows on either side were still

5    in tact?

6          A        Yes, sir.

7          Q        All right.  And so you were not ejected

8    as a result of that first impact?

9          A        No, sir.

10         Q        All right.  And you said how much time

11   elapsed from when you realized -- you have had the first

12   impact, you have realized, okay, I'm in the grass, I'm

13   trying to restart the car, my headlights are out, my

14   windshield is spidered, before you saw the headlights from

15   the other truck?

16         A        I don't think I could put a time period

17   on it.  I mean, I was all shooken up.  You know, a lot

18   just happened.  I mean, I don't think I could put a second

19   time period on it, you know.

20         Q        Okay.

21         A        I mean, it wasn't long at all, but I mean

22   me saying 30 seconds, 45 seconds, I don't think that I can

23   put a time period on it.

24         Q        That's fine.  Did anyone approach your

1   vehicle during that period of time before the white box

2   truck struck your vehicle?

3           A       I did not see anybody.

4           Q       Okay.  Do you know definitively, meaning

5   positively, that you were unable to get out of your

6   vehicle?

7           A       Yes.

8           Q       You do.

9           A       Yes, sir.

10          Q       Okay.  And so it's your testimony you

11  were still in your pickup truck when it was hit by the box

12  truck?

13          A       Yes, sir.  I remember seeing it coming.

14  Like I said, I heard something, I looked in the rearview

15  mirror, and it kind of freaked me out.  And I don't

16  remember much after that.

17          Q       Well, what was your -- was the front of

18  your vehicle -- which way was the front of your vehicle

19  facing?

20          A       He was kind of halfway in the road

21  since -- and like halfway there.  I seen grass, so it had

22  to be like right here.

23          Q       So you were still facing south.

24          A       I could still see the truck, yeah.

1          Q       So you were still facing this direction.

2          A       Yeah.  It wasn't like completely

3   crossways or completely straight.  It's kind of like --

4   like I said, I could see the truck and I could see grass.

5          Q       Okay.  So you were angled slightly

6   toward --

7          A       The rest area.

8          Q       -- the rest area?

9          A       Yeah.

10          Q       Is that correct?

11          A       Yeah.  But if I looked in my rearview

12   mirror, I could still see the road.

13          Q       Okay.  Could you see straight down the

14   road or was it --

15          A       No, sir.  I seen headlights coming.

16          Q       But could you see straight down the

17   road --

18          A       No, sir.

19          Q       -- or you could just see lights?

20          A       I could see lights.

21          Q       Okay.  And then after some period of time

22   when you saw those lights what did you do?

23          A       I don't quite remember what I did.  I

24   think I might have tried the brakes myself or something.

1  I don't quite know what I did.  I don't really remember
2  too much of it.
3          Q       Were you continuing to try to get out?
4          A       At that point I think I freaked out, to
5  be honest with you.
6          Q       But were you continuing to try to open
7  the door?
8          A       I mean, several times I was trying to
9  open the door.  At that point I seen the lights coming, I
10 think I freaked out and just kind of set there.
11         Q       And it's your testimony that no one else
12 was around?
13         A       I didn't see anybody.
14         Q       And you did not get out of your vehicle
15 before the second impact?
16         A       No, sir.
17         Q       What is the first thing you did after you
18 realized that you have been in this collision?
19         A       The first wreck?
20         Q       The first wreck.
21         A       I called my supervisor.
22         Q       All right.  So you tried to start the car
23 first?
24         A       Yeah.  And after I was over here --

1          Q       That's what I am asking.

2          A       All right.

3          Q       What is the first thing you did?

4          A       I tried to finish getting out of the

5   road.  And then it all hit, bam, and then I got flipped

6   around and I thought I was off the road.  I started to see

7   grass, so I called Eddie Snuffer.

8          Q       All right.  And what did you tell him?

9          A       I told him that I had been in a wreck,

10  and he said where.  I don't know why I didn't call -- I

11  don't know why I didn't call 911 first.  I was real good

12  friends with Eddie.  I just called him and told him I had

13  been in a wreck.

14         Q       Okay.  And so the first thing you did was

15  you tried to restart the car.

16         A       Yes, sir.

17         Q       And you looked around.

18         A       Yes.

19         Q       And you saw the truck was still in front

20  of you and you saw grass.

21         A       Yes.

22         Q       And so where was the phone?

23         A       Laying in my seat.

24         Q       It was still sitting on the front

1   passenger seat?

2           A       I usually tuck it in the seat.  Like you

3   know the seat is there and the seat comes up?  I usually

4   just tuck it in there so it don't slide around.  So it was

5   still in the seat.

6           Q       All right.  So the first collision --

7           A       It wasn't really that bad.

8           Q       It wasn't that bad?

9           A       No.  Like my truck probably wasn't

10  totaled at that point.  I would have been fine.

11          Q       So at that point in time you had the

12  phone in your hand?

13          A       Yes.

14          Q       And you looked up and you saw --

15          A       Grass.  It was dark.

16          Q       But you saw lights coming?

17          A       I was off the phone at that point.

18          Q       Okay.  So you had -- how many calls did

19  you make?

20          A       I made one phone call to him.  And I told

21  him I had been in a wreck, and said that he would call 911

22  for me -- at that point I wasn't injured -- to let someone

23  know that, you know, this collision had happened.  I was

24  just too shooken up to call.

```
 1              Q       And do you know where Eddie lived?
 2              A       I had never been to his house.  I become
 3     good friends with him from work.  I believe he lives in
 4     Rocky Mount.
 5              Q       Okay.  So if he called 911, he would have
 6     called 911 down in Rocky Mount?
 7              A       He got them up there somehow.
 8              Q       Okay.  So you have now -- you have called
 9     Eddie.  You have tried -- already had tried to start your
10     car.  You tried at least once or twice to get out.  After
11     the call what did you do?
12              A       I think that's when the other truck hit
13     me.
14              Q       Okay.
15              A       It all happened so fast.  I mean, I don't
16     think I can sit here and tell you everything that
17     happened.  I was just so shooken up at the time, you know,
18     I can't set here and tell you this happened, this
19     happened, and this happened, no.
20              Q       Do you remember the box truck hitting
21     your vehicle?
22              A       I remember something hitting the vehicle,
23     but I don't remember what happened after that.  I remember
24     seeing it coming and bam, but I can't tell you what
```

TEAMTRIALUS@GMAIL.COM

1    happened after that.

2              Q       Do you remember seeing the lights?

3              A       I remember seeing the lights.

4              Q       And you remember seeing it was white?

5              A       I remember seeing something white.

6              Q       And do you remember the actual impact

7    between the two vehicles?

8              A       No, sir.  I can kind of remember getting

9    hit, but that's about it.

10             Q       And it's my understanding you did not

11   have your seat belt on?

12             A       No, sir.

13             Q       Did you have it on to begin with and you

14   took it off once the first wreck took place, or you just

15   never had it on?

16             A       Just didn't have it on.

17             Q       Okay.  And do you have any idea how you

18   got out of your vehicle?

19             A       I couldn't tell you.  I got out of there

20   somehow.

21             Q       All right.  Well, I'm trying to -- was it

22   based on your trying to get out of the vehicle or did the

23   impact --

24             A       Pretty sure the impact put me out.

```
1           Q       Okay.  Do you recall whether or not you

2    were like pulling the handle, the release for your door?

3           A       At the time the truck was hitting me, I

4    wasn't pulling nothing.  I was just thinking I was going

5    to die.

6           Q       Okay.  And you indicated you were bracing

7    yourself.

8           A       Yeah.

9           Q       All right.  How did you brace yourself in

10   the vehicle?

11          A       I think I just like grabbed the steering

12   wheel.

13          Q       Both hands on the steering wheel?

14          A       Pretty sure that's how it happened.

15          Q       Where is the phone at that point in time?

16          A       In my lap.

17          Q       In your lap.

18          A       I'm pretty sure it's either in my lap or

19   the seat.

20          Q       After the second impact, what is the next

21   thing you remember?

22          A       I don't.

23          Q       You don't remember anything?

24          A       I kind of remember getting in the rescue
```

1    squad.

2           Q      You don't -- you don't remember making

3    any phone calls?

4           A      No.  They say I made a phone call back to

5    Eddie, somebody give me the phone so I can call Eddie, but

6    I don't know how my phone made it back to wherever I was.

7    I can't tell you how it happened.

8                  MS. ROBINSON:  He just wants what you

9           remember, not what you have heard.

10   BY MR. FRANKL:

11          Q      Okay.  So your next -- your cognitive

12   next memory is being put into the ambulance?

13          A      Yes.

14          Q      Do you remember being on the side of the

15   road?

16          A      No.

17          Q      Do you remember talking to any women?

18          A      No.

19          Q      And you remember being put in the

20   ambulance.  You remember talking to the trooper in the

21   ambulance.

22          A      I remember talking to somebody in the

23   ambulance.  At that time I think it was several EMS

24   workers in there with me, you know.  And then there was

1    somebody over top of me, I guess you would call the

2    trooper, and he was asking me questions.  Like I said, I

3    was in and out of it, and I don't know quite what was

4    said.

5            Q        But that individual was asking you what

6    happened in the accident?

7            A        Yeah, and if I knew where I was and stuff

8    like that.  And I remember some of it, but I can't say

9    what all I remember because I don't.

10           Q        But you don't remember making a phone

11   call --

12           A        No, sir.

13           Q        All right.  -- back to Eddie.  You don't

14   remember telling anyone anything after the accident.

15           A        No, sir.  I know the phone call was made,

16   but I don't remember.

17           Q        How do you know the phone call was made?

18           A        I have been told it was made.  And Eddie

19   come to the hospital several times checking on me, you

20   know, but I don't know how I got my phone to make it.

21           Q        When you saw the truck in the roadway,

22   either at location A or location B, was it moving?

23           A        No.  It was across the road, like you got

24   a bridge right across the road you can't pass.

1      Q       In between the time your vehicle is

2   disabled, the truck is still in front of you further south

3   down the interstate, did it move?

4      A       Did this truck move?

5      Q       Yes.

6      A       No, it was just kind of sitting there.

7   Like I said, didn't have much light on it I can recall.

8   It didn't even have the headlights on.

9      Q       Did the truck that was blocking the

10  roadway move?

11     A       No, it did not move.

12     Q       So it was still across the roadway when

13  the white box truck hit you?

14     A       When I was sitting here, I could see

15  truck and grass.

16     Q       Right.

17     A       That's the only thing I -- that I can

18  remember to tell you.  I still seen truck and I still seen

19  grass.

20     Q       So you don't know whether or not the

21  tractor that was pulling the other tractor, if it had

22  moved in between the first collision and the second

23  collision?

24     A       I could still see it.  It was still

1   sitting right where it was when I hit it, is the best

2   knowledge I can tell you.

3           Q       And to your knowledge was -- did the

4   white box truck hit the tractor that was across the

5   roadway?

6           A       I don't know if it did or not.  I know it

7   hit me.

8           Q       Do you remember anything about what

9   happened to your body as a result of the second collision?

10          A       You mean --

11          Q       In other words, you were gripping the

12  steering wheel with both hands?

13          A       Yes, sir.

14          Q       What's the next memory you have?

15          A       Getting in the ambulance.

16          Q       Okay.  And you have no memories in

17  between one and the other?

18          A       No.

19          Q       Do you know whether or not you actually

20  lost consciousness or if you just don't have any memory of

21  those events?

22          A       I'm pretty sure I lost consciousness.

23          Q       And if other people say you were standing

24  and talking and move -- you know, telling them all sorts

1  of facts about you and your life, you don't have any

2  memory of those things?

3         A     I don't remember doing it.

4         Q     But if you did you wouldn't have been

5  unconscious?

6         A     Apparently if I was talking to them, but,

7  I mean, I don't remember doing it.

8         Q     And the second call you made after the

9  accident, was that also to Eddie?

10        A     Yes.  Like I said, I don't know how the

11 call was made, but I know the call was made.

12        Q     So you made the first call and said you

13 were in an accident, and he said he would call 911.

14        A     Yeah.

15        Q     And have you been told by Eddie what you

16 said in the second call?

17        A     No.  I just know it was two phone calls

18 made.

19        Q     Did you talk to Eddie and tell him about

20 how the accident took place?

21        A     No.  He wasn't really concerned about it.

22 He just come to the hospital several times checking on me,

23 you know.  He knows that I was hit by a box truck, you

24 know, but I try not to go in details with nobody about my

1   wreck because it ain't none of their business.

2           Q       Did Eddie come to the hospital or did he

3   send somebody else?

4           A       He sent two people to the hospital.  When

5   I say he come to the hospital, I was in the hospital quite

6   a few days.  He come to the hospital -- when he got off

7   work that evening he came.

8           Q       Who came to the hospital that day?

9           A       Patrick and Duane.

10          Q       Patrick and Duane.

11          A       Because they travel the same route that I

12  do to work.  They go to Rockbridge, and they passed the

13  wreck, they seen my truck.  They called Eddie, to my

14  knowledge, and Eddie told them to find out -- to talk to

15  one of the EMS workers, find out where I was, and go check

16  on me.

17          Q       Are both Patrick and Duane still working

18  at Allegheny Construction?

19          A       To my knowledge.

20          Q       All right.

21          A       They was when I left.

22          Q       Do you recall any traffic on the

23  interstate behind your vehicle that may have passed you

24  before the box truck?

```
1              A       No, sir.
2              Q       Based on where you put the -- the
3    tractors, would there have been a way for a vehicle to get
4    by?
5              A       No, sir.
6              Q       Were there any mechanical defects in your
7    pickup truck?
8              A       No, sir.
9              Q       Now, you had a -- an enclosure over the
10   bed?
11             A       It was a dog box.
12             Q       A dog box.
13             A       Yes.
14             Q       And was the dog box still on your pickup
15   truck after the first collision?
16             A       Yes.
17             Q       In the back in the bed there was also a
18   toolbox?
19             A       Yes.
20             Q       And have you recovered any of those
21   tools?
22             A       As in got them back?
23             Q       Yes.
24             A       No.  Like it was stuff scattered
```

1    everywhere.  I know some stuff was still in the toolbox,

2    but I don't know what all was in it.  Like it was my

3    everyday driving truck.  You know, I had like fishing

4    poles and everything put in it.  I don't quite know to

5    tell you everything that was in it.

6              Q      Have you gotten any of those tools back?

7              A      No.

8              Q      Has anybody told you that they have some

9    of those tools?

10             A      No.

11             Q      Now, you also had a hunter's radio set.

12   What's that?

13             A      That's that CB radio I told you was in

14   the truck.

15             Q      Were you able to recover that?

16             A      It was busted up.  It was mounted in the

17   truck like it was nailed into the dash, but it was busted

18   up.

19             Q      What about the dog box?  Were you able to

20   get that?

21             A      It was busted up.  It was made out of

22   wood.  It was clamped on the truck.  It was made out of

23   wood, and it was all busted up.

24             Q      But the telephone that you had, you did

1    recover that?

2              A        Yes.

3              Q        And did it still work?

4              A        It was busted.  I have got a new phone

5    since then.  The screen was busted in it.

6              Q        All right.  So the glass was broken on

7    it, but it still worked.

8              A        Yeah.  I used it for a while until I was

9    able to get me another phone.

10             Q        Did that vehicle have cruise control on

11   it?

12             A        My vehicle?

13             Q        Yeah.

14             A        No, sir.

15             Q        And is it your testimony that the initial

16   impact was the -- what part, would the whole front of your

17   vehicle hit the middle of the tractor -- tractors across

18   the roadway?

19             A        Yes, sir.  The whole hood just kind of

20   curled in.

21             Q        Okay.  And it's my understanding that

22   you -- your testimony is you were traveling about 60

23   because you think, or it's your impression, that you need

24   to slow down as you approach the rest area.

1        A      Yes, sir.

2        Q      And that at the time of the initial

3    impact you had slowed down because you slammed on your

4    brakes and were doing about 30?

5        A      I would say, yeah, around 30.

6        Q      Did you ever see the two tractors move at

7    any point in time before or after you hit it?

8        A      No, sir.

9        Q      And it's your testimony that no other

10   traffic was even capable of going by the accident after

11   the first accident?

12       A      No, sir.

13       Q      Because both lanes were still blocked?

14       A      Yes, sir.  And to my knowledge I was out

15   of the road.

16       Q      And the first call to your supervisor was

17   while you were still in the car?

18       A      Yes, sir.

19       Q      Did you attempt to roll the window down?

20       A      No, sir.

21       Q      Other than trying to open the door, did

22   you do anything else in an attempt to get out of the

23   vehicle?

24       A      Not to my knowledge.

TEAMTRIALUS@GMAIL.COM

1       Q       Did the trooper come and talk to you at

2   the hospital?

3       A       I believe a trooper did.  I don't think

4   it was that same trooper.

5       Q       Some trooper did.

6       A       Yes.

7       Q       And did you tell him what happened?

8       A       At that time, no.

9       Q       Why is that?

10      A       I was still in the emergency room, and I

11  was kind of clueless myself of what happened.  I know he

12  wanted my grandmother's phone number, and he called her

13  and indicated to her I had been in a wreck.

14      Q       But as far as giving him the facts of

15  what had happened, you didn't provide him with additional

16  information after that.

17      A       I believe I talked to him some about it

18  but at that time I was still in shock from the wreck, and

19  I don't quite know what detail I went into.

20      Q       In one of your answers to

21  interrogatories, the written questions that you answered,

22  you indicated that you braced and you tried to get out of

23  the car before the second impact.

24      A       Yeah.

1       Q      But that was two different -- you were

2  trying to get out, and then once you saw the headlights

3  coming, you then just braced?

4       A      Kind of froze up.

5       Q      Okay.  There was also some indication --

6  did anyone ever tell you that you were to blame for this

7  accident?

8       A      No.

9       Q      And it's your best recollection that

10  there was no other vehicles in front of you or behind you

11  before the white van came to the scene?

12       A      Best of my knowledge.

13       Q      Had you made any stops between when you

14  left your grandmother's house and the accident?

15       A      No, sir.

16       Q      And if I understand, once you slammed on

17  your brakes, you were just attempting to make an emergency

18  stop.  You weren't trying to turn one way or the other

19  way?

20       A      I was trying to come to a complete stop

21  before I got to the roadblock.

22       Q      And did you ever go back and look to see

23  if your vehicle left skid marks?

24       A      I try to avoid that area if possible.

```
 1  I've went past it a couple times going this way, but I
 2  would not go that way.
 3          Q       So you have gone by the mile marker 158
 4  going north, but not on the southbound side?
 5          A       And I try to not to go north at all.
 6  Like when he takes me to my doctor's appointments I try
 7  to -- like I don't like going past it.
 8          Q       You still have a driver's license?
 9          A       No, sir.
10          Q       You don't have a driver's license?
11          A       No, sir.
12          Q       What happened to your license?
13          A       Well, I was driving yesterday, and I went
14  through a I guess you call it a road check and they told
15  me my driver's license was suspended.
16          Q       Do you know why it was suspended?
17          A       They couldn't tell me, either.  So we're
18  looking into that.
19          Q       So prior to yesterday you thought you
20  still had a valid license?
21          A       Yeah, and I've been driving here and
22  there, you know, like I drive -- I drive with Ashley.  I
23  don't like driving much.  Driving still freaks me out, but
24  I drive like short distance.  I drove home from church
```

1  yesterday.  So I drive short distances, you know, just

2  trying to get my driving back because it still freaks me

3  out when I pass vehicles and stuff.  But to my knowledge I

4  had a driver's license or I wouldn't have been driving.

5          Q       Okay.  And which church did you go to

6  yesterday?

7          A       One in Fincastle.

8          Q       Which one?

9          A       Like the Grace of God or something.  I

10 went with Ashley.

11         Q       Okay.  But so you have driven since the

12 accident.

13         A       I have driven several times.

14         Q       All right.  And have you driven the

15 interstate?

16         A       No, I don't like driving the interstate.

17         Q       Have you driven it all, is my question.

18         A       No, I don't go on the interstate.

19         Q       So you said you have been as a passenger

20 in a vehicle and driving on the interstate --

21         A       Like Ashley and Kenny, but I don't want

22 nothing to do with driving the interstate.

23         Q       All right.  I asked you earlier if you

24 had ever been involved in any accidents as a driver, and

1    you told me about the two that you were involved in.  Had

2    you ever been involved in any accidents as a passenger

3    prior to this accident?

4            A       Not to my knowledge.

5            Q       Do you remember the collision as far as

6    the impact or --

7            A       The first collision or the second

8    collision?

9            Q       Second collision.

10           A       No, sir.

11           Q       Do you remember anything about your being

12   transported from the accident to the hospital?  You said

13   you remember --

14           A       Yes, sir.

15           Q       -- getting in the ambulance.

16           A       Like at that time I think I was coming in

17   and out of it.  I don't know if you call it unconscious or

18   if you call it was in shock.  I don't quite know what you

19   would call it.

20           Q       Do you have any other memories about the

21   trip from the -- being put into the ambulance and leaving

22   the scene and getting to the hospital?

23           A       The best of my knowledge after that I

24   remember I was in this big room and it was like ten

Case 7:15-cv-00665-GEC   Document 143-2   Filed 11/02/16   Page 109 of 148   Pageid#: 2732

1   doctors around me, like all these people surrounding

2   around me taking my clothes off and stuff.

3           Q       Okay.  Do you have any other -- other

4   than them being there, do you have any other --

5           A       Putting all these sticky things on me and

6   working on me, I reckon.

7           Q       As far as being in pain at that point in

8   time, do you have any recollection of that?

9           A       I'm pretty sure I was just numb.

10          MR. FRANKL:  With the proviso that I

11      guess when we get some additional employment

12      records that we may ask some additional

13      employment-related questions, and then we're

14      withholding damages and the Facebook

15      information, I think at this point in time I

16      don't have any questions.

17          Answer any questions that counsel may

18      have for you.

19          MS. ROBINSON:  And I'm just going to grab

20      some more coffee, but, Dave, please go ahead.

21          MR. HEARN:  Are you sure?  Okay.

22          MS. ROBINSON:  Johneal can -- I'll be

23      right back.

24          MR. HEARN:  Okay.

EXAMINATION

BY MR. HEARN:

       Q      Brandon, my name is David Hearn.  We met earlier.

       A      Yes, sir.

       Q      And I'm a lawyer from Richmond, and I'm going to ask you a few more questions, okay?

       A      Okay.

       Q      And I'm going to try not to repeat the same questions that Mr. Frankl has asked you.  If I do, I apologize, but -- and I'm going to jump around a little bit, okay?

       A      Okay.

       Q      As you were approaching the area where the first collision occurred --

       A      Okay.

       Q      -- when you first saw the truck that you say was across the roadway --

       A      Yes, sir.

       Q      -- how far away was that truck from your vehicle?

       A      I'd probably say from 150, 200 yards.

       Q      Okay.  That part of Interstate 81 South is -- is it pretty flat and straight right there?

1          A        Kind of comes up on a rise.  I wouldn't

2   call it a big hill, just kind of a rise and just kind of

3   slides down.  And when I say 150, 200 yards, I mean like

4   my far sight as I could see, you know.

5          Q        Were you at the top of that rise when you

6   first saw the truck that hit you?

7          A        When I say rise, it really ain't a rise.

8   It's like right here and then -- if you are right here and

9   you are looking, you can't see all the way down through

10  the rest area, so I guess I would say yeah.

11         Q        And it was dark out?

12         A        It was -- yeah, it hadn't gotten daylight

13  yet.

14         Q        And when you -- I want to make sure I

15  understand your testimony.  When you first saw the truck

16  that was blocking both lanes of the highway in front of

17  you --

18         A        My first instinct was hit the brakes.

19         Q        When you first saw that vehicle did you

20  see any lights --

21         A        No, sir.

22         Q        -- activated on that vehicle?

23         A        No, sir, I did not.

24         Q        Did you see any lights, headlights, on

1  the vehicle that was towing the other vehicle?

2        A       No, sir.  I remember --

3        Q       Hold on.  Let me just ask you my next

4  question.  Did you see any headlights on the vehicle that

5  was being towed that were active?

6        A       No, sir.

7        Q       Did you see any side or running lights on

8  the side of the vehicle that was towing the vehicle?

9        A       That's what I was going to say.  I don't

10 quite know if you would call it running lights.  I would

11 call it reflectors.  Like I seen -- I don't know if there

12 was like reflective stickers on the side.  I could see the

13 truck and I could see something like down the side of it.

14 I don't know if you would call it like -- I know you see

15 tractor-trailers have like the little yellow lights on the

16 side?  I don't know if it was them or if it was like

17 sticker reflectors, but I could see that.

18        Q       I think what you are telling me is you

19 saw the reflection being created by your headlights

20 hitting --

21        A       Yes.

22        Q       -- the vehicle.

23        A       Yes.  So I don't know if it was lights or

24 if it was like reflection stickers.

1          Q      But you don't remember any lights on the

2    top of the truck --

3          A      No, sir.

4          Q      -- active.  You didn't see anything.

5          A      No.  As to what I'm telling you, if my

6    headlights was off of my vehicle, at that distance away I

7    wouldn't have been able to see.  It was just like a big

8    black blotch up there.

9          Q      Was your -- was your vehicle equipped

10   with an airbag?

11         A      I think it was.  I don't know.  My truck

12   is at my grandpa and grandma's house, and I've looked at

13   it a couple times -- I try not to go around it -- but the

14   airbag was not deployed.

15         Q      Okay.  So if it had an airbag, you are

16   not aware of the airbag deploying --

17         A      No.

18         Q      -- in either collision.

19         A      No, sir.  It's still in the same -- if

20   there's one in it.

21         Q      Okay.  How do you know you slowed to

22   about 30 miles an hour before the impact occurred with the

23   truck ahead of you?

24         A      I just have to estimate.  I would say

1    it's what I have to tell you.

2           Q        Are you basing that on the way the

3    vehicle felt to you at that moment?

4           A        Pretty much, yes, sir.

5           Q        Okay.  But you weren't looking at the

6    speedometer.

7           A        No, I was -- I was focused on what I'm

8    about to hit.  Like I said, I was trying to coming to a

9    complete stop before I hit this object.

10          Q        Did you ever observe the driver of the

11   truck that was across the roadway?

12          A        Never seen the driver.

13          Q        So you didn't see him inside the cab

14   doing anything?

15          A        I was watching the truck, the one I was

16   about to hit.

17          Q        Did you see anyone standing out on the

18   highway or around or near the truck before the first

19   collision occurred?

20          A        I never seen anybody.

21          Q        You said your brakes locked up when you

22   applied your brakes?

23          A        To my understanding, yes.

24          Q        Did you hear that?

1        A     I remember hearing them sliding. I don't

2  know if they locked up or if they was just sliding because

3  the road was damp, but I know I did not come to a complete

4  stop.

5        Q     At any time after this accident -- I mean

6  at any time -- have you ever spoken with anyone that you

7  understood to be a representative of one of the trucking

8  companies that's been sued named Salinas Express?

9        A     Not to my knowledge.

10       Q     Okay. Have you ever spoken to anyone

11  that you understood to be associated with the other

12  trucking company, SMC Transport?

13       A     Not to my knowledge.

14       Q     And I assume you've never spoken to

15  Mr. Martinez, who was the gentleman driving the truck?

16       A     I don't even know who he is.

17       MR. HEARN: Okay. That's all my

18       questions. Thank you, Mr. Lester.

19       THE WITNESS: Yes, sir.

20       MR. HEARN: Mr. Dunn, who is seated here

21       to my left, may have some questions for you.

22       THE WITNESS: Yes, sir.

23

24  ///

<center>EXAMINATION</center>

BY MR. DUNN:

Q      Mr. Lester, have you gone by any other names besides Brandon Clark Lester?

A      No, sir.

Q      And I understand that the reason why you have the last name Lester is because you were adopted around 4 years old?

A      Yes, sir.

Q      And I understand you currently don't have much contact with Ronnie Lester at all.

A      No, sir.

Q      Is there a reason why you continue to keep the last name Lester?

A      If I could change it to my grandfather's name, I would. I just never really looked into it. I didn't know that I could.

Q      Just didn't really think about it?

A      Well, his last name is Clark. My middle name is Brandon Clark Lester. I think I had another middle name before it changed to Lester. I don't quite know what it was. So I've always been Brandon Clark Lester. So it's kind of like I had two last names, I guess you would say.

1    Q      All right.  And I understand prior

2  testimony, you said between 2010 you graduated from high

3  school up until about 2012 -- well, take you back.  2012

4  was the time you had your first job with Mohawk, correct?

5    A      Yes, sir.

6    Q      Between 2010 when you graduated from high

7  school up until that first job with Mohawk, what you do

8  you do?

9    A      Just pretty much stayed at my

10  grandmother's house.  I had a very rough time after my

11  grandfather passed away dealing with his death.  So I

12  wasn't -- my grandmother was -- she had an understanding

13  what I was going through.  She kind of helped me out, you

14  know, with stuff I needed.

15    Q      Now, talking about your job with

16  Allegheny Construction, I understand that you said you had

17  to be there in Garden City at a certain time?

18    A      Well, Eddie liked everybody to be there

19  early.  A lot of people didn't show up early like they was

20  supposed to.  Your job started at 7.  But like to get

21  there early, you know, start the machines, get everything

22  out of the building ready for the day.  So I always woke

23  up early.  Like I say, I took a shower and got ready for

24  work.  I always left early.  Sometimes I was there right

1   when Eddie got there, you know, and I would help him get

2   everything ready.

3          Q      What time did Eddie like you guys to be

4   there at Garden City?

5          A      He liked everybody there by 6:30, but I

6   usually got there before.  He usually got there around 6.

7          Q      Did you ever get there after 6:30?

8          A      Usually I was there well before.

9          Q      Okay.  What would happen if you got there

10  at Garden City after 6:30?

11         A      Nothing.  You really didn't have to be

12  there until 7, but he liked, you know, us to go on the

13  road there, you know.  A lot of people showed up right at

14  7, but he kind of turned a nose up to that.  So I was

15  always there on time every day early.

16         Q      And the lady you are currently dating is

17  Ashley Monroe?

18         A      Yes.

19         Q      And you said she's going to nursing

20  school?

21         A      Yes.

22         Q      What school is that?

23         A      GPCI or something.  GIP or something.  Do

24  you know which one it is?  It's here in Roanoke.

1          Q       All right.  And you said -- do you know
2     her address?
3          A       No.
4          Q       Okay.  Is there --
5          A       I wouldn't call it we're in a serious
6     relationship.  We've just been talking for about a month
7     and a half, I guess.  We ain't really serious serious at
8     this point.
9          Q       That's my next question.  How far are you
10    along with that?
11         A       Like we just started dating.  Like she is
12    doing through a divorce, so I haven't got too far involved
13    with it.  You know, we've gone out a few times.  She did
14    bring me up here today.  She has helped me go to a couple
15    doctor's appointments.
16         Q       So you guys aren't engaged, are you?
17         A       No.  She's still legally married.  She's
18    going through a divorce.
19         Q       Okay.  You haven't gotten her a ring or
20    anything like that, have you?
21         A       No.
22         Q       You said you changed your cell phone
23    number since the date -- since the accident.
24         A       Yes.

1      Q      Why did you change your cell phone

2 number?

3      A      I got tired of people -- it may be rude

4 that I done that, but like when I was in the hospital, so

5 many people kept calling and checking on me.  I was in so

6 much pain like I just got overwhelmed with it.

7      Q      Same service operator though, right?

8      A      Yeah, I just called them and asked them

9 to change my phone number.  I called U.S. Cellular and I

10 just give them -- they gave me a new phone number.

11      Q      The phone that you had during -- right

12 after the first impact, you made some phone calls on that

13 cell phone, correct?

14      A      Yes.

15      Q      And was it a speed dial number, or is it

16 something you had to punch the numbers into?

17      A      I think it was in my contacts.

18      Q      Okay.  But in order to make the phone

19 call to Eddie right after the first impact, did you take

20 the phone out and had to dial the numbers or --

21      A      No.

22      Q      What would happen?

23      A      He was in my call log.  Like we talked

24 all the time.  We usually talked every evening when we got

1   off work.  He was like the second person on my call log.

2          Q      All right.

3          A      I just kind of hit send and hit the

4   button.  You know like you can hit send on all your recent

5   calls is there?  And that's kind of just click on the

6   name.

7          Q      And that's what you did?

8          A      Yes, sir.

9          Q      And you remember doing that?

10         A      Well, the call was made, that's how it

11  had to be made, because like it was in my call log.

12         Q      But my question is do you remember

13  pulling up your dial log and then hitting the number

14  there?

15         A      Yes, I remember calling him.  Yes, I

16  remember calling him.  I did not dial his number.  I went

17  in the call log and hit the button, yes, sir.

18         Q      Do you remember what color the tractor or

19  the truck that was in front of you, what color was?

20         A      I would believe green.  If I had to say I

21  would say green.

22         Q      Were both the trucks the same color?

23         A      No, I don't remember what the other one

24  was.  I don't think they were the same color.

1          Q       Okay.

2          A       It was dark in color.  It was either -- I

3    would have to say green.

4          Q       I know that Mr. Hearn already asked you

5    whether you talked with anyone that you believe is

6    associated with SMC Transport, LLC, and you said no.

7          A       Not to my knowledge.

8          Q       Did you overhear anybody that may have

9    been associated with SMC Transport talk?  Any statements

10   from anybody that may have been associated with SMC

11   Transport?

12         A       No.

13         Q       Did you attempt to contact anybody from

14   the trucking companies?

15         A       No, sir.  At the time I didn't even know

16   who the trucking company was, you know.

17         Q       When is the last time you had that Toyota

18   Tacoma inspected, the one that was in the accident?

19         A       It was inspected when I bought it.

20         Q       When did you buy it?

21         A       June of 2015.

22         Q       And do you know what the inspection

23   sticker said on it?

24         A       I don't think it run out until like the

1   next year, because the guy I bought it from, the car lot,

2   he gets all of his vehicles inspected before he sells

3   them.  So I would have say June, June again.

4          Q       Do you know either way, whether it was a

5   June inspection sticker on there?

6          A       Don't they last a whole year?

7          Q       Okay.

8          A       It had a new inspection sticker on it

9   when I bought it.

10         Q       And is that Toyota Tacoma still at your

11  grandmother's house?

12         A       To my knowledge, yes.

13         Q       What's that?

14         A       To my knowledge, yes.

15         Q       Okay.  Have you seen the -- that Toyota

16  Tacoma since the accident?

17         A       Yes.  It's setting in the middle of her

18  yard.

19         Q       Okay.  Do you know whether it's been

20  changed or not since -- any damage done to it since the

21  accident?

22         A       Ain't nobody touched it.  I walked out

23  there and looked at it.  I didn't want to mess with it

24  because it kind of hurt me to look at it, you know, like

 1   where I was -- tore up really bad, but I walked out there

 2   and looked at it, but ain't nobody touched it.

 3          Q       Did you look in there to see if there was

 4   any of your materials in there or any of your personal

 5   items in there?

 6          A       Kenny Sloan did.

 7          Q       I'm sorry?

 8          A       Kenny Sloan did.

 9          Q       Did he open the door to get in there to

10   get them out or --

11          A       He didn't do that at my grandmother's

12   house.  He done that the day of the wreck when it was at

13   the towing company.  The guy at the towing company took

14   him out back, and he got my stuff out of it.  And when I

15   say he got my stuff out of it, he got the stuff out of the

16   glove box like all my insurance stuff.

17          Q       Were the windows -- well, as the Toyota

18   now stands there in your grandmother's house and yard, are

19   the windows all still intact or --

20          A       The windshield is still intact, it's just

21   really spider webbed.  And then the two side doors, I

22   don't know if they -- they ain't in there.  I don't know

23   where they are, if they -- they ain't in there.  And the

24   back glass is laying in the back of the bed, the frame in

1   there twisted with the glass in it.

2          Q        Do you know what happened to the windows

3   on the side, the glass?

4          A        I guess busted, because glass was

5   everywhere.  It was all in the seat and the floorboard,

6   some in the back of the truck.

7          Q        I'm not asking you to guess.  Do you know

8   what happened to those windows?

9          A        They busted.  I mean --

10         Q        At some point in time.

11         A        Yeah.

12         Q        Do you know whether they were busted in

13  the accident or not?

14         A        They had to have.

15         Q        I'm asking you do you know personally --

16         A        No --

17         Q        -- do you know --

18         A        -- I didn't watch them bust.  I mean, got

19  in the truck somehow.  I didn't watch them bust.

20         Q        They could have been busted when they

21  were towed to someplace, right?

22         A        When the truck got to my grandmother's

23  house, they was not intact is all I can tell you.  The

24  first time I seen the truck after my wreck.

```
 1          Q      So the windows could have been busted --
 2   the side windows could have been busted in the towing
 3   process after the accident, correct?  I mean, you
 4   weren't --
 5          A      I guess.  I wasn't responsible for that.
 6   I wasn't there.  So I can't answer that.
 7                 MR. DUNN:  Okay.  Thank you.
 8                 THE WITNESS:  Yes, sir.
 9                 MR. FRANKL:  I just have one follow-up.
10                 THE WITNESS:  Yes, sir.
11                       EXAMINATION
12   BY MR. FRANKL:
13          Q      You were on the phone or made the call to
14   Eddie --
15          A      Yes, sir.
16          Q      -- and you hung up before the second
17   impact?
18          A      Yes, sir.
19          Q      And then do you know how you maintained
20   control of your phone to make another call after the
21   accident to him?
22          A      No, sir, I don't.
23                 MR. FRANKL:  I don't have any other
24          questions.
```

1          MS. ROBINSON:  Okay.  He will read and

2     sign.

3          MR. FRANKL:  Thank you so much.

4     Appreciate you being here.

5          THE VIDEOGRAPHER:  Off the record at

6     12:18.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                    WITNESS SIGNATURE PAGE
 2    I hereby certify that I have read my deposition,
 3    made changes and/or corrections as I deem
 4    necessary and approve the same as now written.
 5
 6    Executed this _____ day of _____, 2016.
 7
 8
 9                    _____
10                        Brandon C. Lester
11                            *  *  *  *  *
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                 C E R T I F I C A T E

 2      COMMONWEALTH OF VIRGINIA

 3      CITY OF ROANOKE

 4           I, MARY J. BUTENSCHOEN, RPR, Notary Public in and

 5      for the Commonwealth of Virginia, at Large, do hereby

 6      certify that the deposition of BRANDON C. LESTER was by me

 7      reduced to machine shorthand in the presence of the

 8      witness, afterwards transcribed by me by means of

 9      computer, and that to the best of my ability the foregoing

10      is a true and correct transcript of the deposition so

11      given as aforesaid.

12           I further certify that this deposition was taken

13      at the time and place specified in the foregoing caption.

14           I further certify that I am not a relative,

15      counsel or attorney for either party, or otherwise

16      interested in the outcome of this action.

17           IN WITNESS WHEREOF, I have hereunto set my hand at

18      Roanoke, Virginia, on the 29th day of April 2015.

19

20
                                _____
21                              MARY J. BUTENSCHOEN, RPR
                                NOTARY PUBLIC
22
        My Commission expires May 31, 2016
23      Notary Registration Number 228402

24
```

TEAMTRIALUS@GMAIL.COM

To:  Brandon C. Lester        DATE:  April 29, 2016
Via Glenn Robinson & Cathey   DEPO:  April 11, 2016

Re:  Brandon Lester v. SMC Transport, et al.

Dear Mr. Lester:

        At the time your deposition was taken it was
indicated that you would like to exercise your right to
read and sign the deposition transcript.  Please do so at
this time and make any changes or clarifications you deem
appropriate.  However, do NOT write on the transcript from
which you are reading.  Simply write the page and line
number on the enclosed Errata Sheet along with any
corrections.

        Upon completion, sign the Errata sheet and the
signature line on Page 129 of the Original transcript and
return the contents your attorney, Ms. Robinson.


        Thank you for following these instructions.


Sincerely,


Mary J. Butenschoen, RPR
Court Reporter

TEAMTRIALUS@GMAIL.COM

**< Dates >**
**April 11, 2016** 1:24, 4:6, 131:4
**April 2015.** 130:19
**April 29, 2016** 131:3
**April 7** 4:6
**July 22, 1992** 7:1
**June, june** 124:3
**March 28, 2010** 10:21, 26:11
**May 31, 2016** 130:27
**October 26** 5:18
**#4952** 1:35
**'15** 32:3
**(540)204-3918** 1:37
**(540)527-3515** 2:41
**(540)767-2200** 2:8
**(804)344-8300** 2:20
**(804)648-1636** 2:31
**-vs-** 1:10

**< 1 >**
**1** 3:14, 76:20
**1.** 76:19
**10** 65:5
**10,000** 47:16
**100** 1:31
**10:00** 1:26
**10:01.** 5:11
**10:57.** 58:21
**11** 2:18, 24:24, 25:5, 25:21, 30:5, 48:7
**11.53** 24:20
**111** 3:4
**1111** 2:28
**117** 3:5
**11:11.** 58:24
**12.10** 30:7
**12.50** 33:9
**127** 3:6
**129** 131:18
**12:18.** 128:6
**12th** 2:18
**14.50** 27:12

**15** 9:19
**15-cv-00665-gec** 1:11
**150** 111:22, 112:3
**158** 61:22, 107:3
**16-** 41:3, 43:24, 44:15
**162** 61:20, 61:21, 67:12, 67:23
**17** 9:21, 17:22, 52:15
**17.** 52:11
**1711** 2:39
**177** 8:12, 8:20, 11:10
**18** 52:7
**18.** 52:17
**19** 21:17, 21:21, 40:3, 41:6, 42:7, 44:23
**1996** 13:10
**1997** 46:23
**1999** 45:21

**< 2 >**
**200** 111:22, 112:3
**200,000** 47:10
**2001** 45:21
**2004** 45:2
**2005** 45:15
**2010** 20:2, 22:21, 23:6, 118:2, 118:6
**2010.** 20:3, 23:9
**2011** 42:8
**2012** 23:13, 118:3
**2012.** 23:10
**2013** 26:18
**2014.** 26:18
**2015** 31:19, 123:21
**2015.** 5:18, 49:15, 61:8
**2016.** 129:6
**228402** 130:28
**23** 10:5
**23219** 2:19
**23219-1998** 2:30
**2400** 2:29

**24015** 2:40
**24016** 2:7
**24th** 62:7, 62:14
**25th** 65:2
**26th** 61:8
**277** 8:23, 8:24, 9:1, 10:23
**29th** 130:19

**< 3 >**
**3** 30:5, 33:14
**30** 30:24, 71:9, 86:22, 104:4, 104:5, 114:22

**< 4 >**
**4** 117:8
**40** 47:22
**400** 1:30, 2:6
**42** 9:13
**45** 49:3, 86:22
**460** 61:5, 61:6
**4800** 47:8
**4:30** 65:8

**< 5 >**
**5** 3:3, 48:24
**5.** 19:8, 33:14
**50** 27:23, 47:22
**581** 48:10
**5:15** 61:12
**5:15.** 65:10
**5:30** 48:24

**< 6 >**
**6** 33:12, 34:10
**6.** 119:6
**60** 70:8, 70:11, 70:12, 70:14, 70:19, 70:21, 71:4, 103:22
**6:15** 33:12
**6:30** 34:10, 119:5, 119:7, 119:10

**< 7 >**
**7** 24:24, 25:5, 25:21, 33:11, 33:13, 119:12, 119:14
**7.** 33:15, 118:20
**70.** 70:17
**715-CV-00665-GEC** 4:10
**7231** 7:4
**7231.** 7:6
**7281** 7:6
**76** 3:14
**7:** 1:11

**< 8 >**
**8** 7:23
**8-** 47:16
**81** 61:5, 61:15, 61:18, 67:11, 76:24, 111:23
**88** 16:9

**< 9 >**
**9** 65:5
**911** 90:11, 91:21, 92:5, 92:6
**911.** 99:13
**9:59** 4:7
**[sic]** 4:11, 28:19, 39:14

**< A >**
**A+** 4:4, 4:16
**A-L-T-E-C** 26:22, 26:23
**A-R-E-T-E-C** 28:19
**A.** 2:22, 80:15
**a.m.** 1:26, 4:7
**ability** 8:1, 130:10
**able** 16:11, 16:13, 16:19, 21:8, 51:21, 51:24, 52:3, 84:22, 102:15, 102:19, 103:9, 114:7

**Academy** 19:10, 19:12, 19:16, 19:17, 21:11, 21:12
**accidentally** 53:9
**accidents** 40:20, 108:24, 109:2
**accurate** 68:13, 68:19, 69:9
**across** 48:11, 48:17, 71:14, 74:7, 74:9, 77:3, 77:19, 78:15, 78:20, 79:8, 96:23, 96:24, 97:12, 98:4, 103:17, 111:18, 115:11
**ACTION** 1:10, 130:17
**actions** 60:16
**activated** 112:22
**active** 63:23, 113:5, 114:4
**activities** 35:18, 63:21
**activity** 10:12
**actual** 32:24, 93:6
**actually** 73:22, 80:8, 98:19
**additional** 15:18, 22:23, 105:15, 110:11, 110:12
**address** 8:11, 9:4, 11:10, 11:14, 11:22, 13:23, 60:21, 120:2
**adopted** 12:7, 13:4, 117:7
**Aerotek** 28:15, 28:17, 29:6, 29:8, 29:14, 38:16
**afford** 46:11
**aforesaid** 130:12
**afterwards** 14:13, 130:9
**age** 40:3
**agency** 28:21, 38:14, 39:5, 39:7, 39:23
**ago** 14:18, 15:10
**agree** 68:2, 68:10

**ahead** 72:22, 77:7, 77:23, 78:5, 80:20, 81:2, 83:13, 110:20, 114:23
**aimed** 76:2
**Ain't** 77:11, 100:1, 112:7, 120:7, 124:22, 125:2, 125:22, 125:23
**airbag** 114:10, 114:14, 114:15, 114:16
**al** 131:6
**alcoholic** 64:8
**Allegheny** 30:12, 31:5, 31:16, 32:7, 32:11, 32:14, 33:8, 34:15, 62:4, 65:4, 100:18, 118:16
**allow** 15:6
**allowing** 54:9
**almost** 79:2
**already** 26:13, 69:14, 72:21, 92:9, 123:4
**Altec** 26:20, 26:21, 27:3, 27:24, 28:6, 28:12, 38:15
**altered** 69:15
**alternative** 36:8
**AM/FM** 49:24, 50:8
**Amber** 17:20, 17:21
**ambulance** 95:12, 95:20, 95:21, 95:23, 98:15, 109:15, 109:21
**America** 35:21
**and/or** 129:3
**ANDERSON** 2:27
**angle** 74:6
**angled** 79:17, 79:18, 88:5
**Answer** 5:21, 6:1, 6:17, 15:4, 15:7, 15:17, 69:2, 69:18, 69:20, 72:18, 73:13, 110:17, 127:6
**answered** 72:17,

72:21, 105:21
**answering** 68:24
**answers** 7:5, 18:15, 59:14, 105:20
**Anybody** 55:11, 57:10, 58:9, 87:3, 89:13, 102:8, 115:20, 123:8, 123:10, 123:13
**anytime** 54:4
**apologize** 111:11
**Apparently** 99:6
**APPEARANCES** 2:1
**Applebee** 64:23
**applications** 29:17
**applied** 115:22
**appointments** 107:6, 120:15
**Appreciate** 128:4
**approach** 71:4, 86:24, 103:24
**approaching** 111:14
**appropriate** 131:13
**approve** 129:4
**Approximately** 7:22, 13:7, 47:21, 52:15, 61:10, 67:11, 71:4
**area** 22:13, 57:19, 70:10, 70:18, 70:21, 71:5, 73:18, 74:4, 76:23, 78:18, 88:7, 88:8, 103:24, 106:24, 111:14, 112:10
**argument** 14:22
**around** 12:18, 16:19, 22:21, 26:2, 61:12, 63:13, 63:18, 63:20, 63:23, 63:24, 65:5, 65:9, 77:15, 77:24, 78:6, 89:12, 90:6, 90:17, 91:4, 104:5, 110:1, 110:2, 111:11, 114:13, 115:18, 117:8, 119:6

**arrested** 50:16, 51:6
**Ashley** 37:14, 37:15, 37:23, 54:11, 54:14, 60:20, 107:22, 108:10, 108:21, 119:17
**asks** 15:18
**asleep** 44:1, 44:3, 44:16, 45:14
**Assembly** 27:6, 27:13
**assignment** 28:11, 29:9, 29:15, 29:19
**associated** 116:11, 123:6, 123:9, 123:10
**assume** 22:21, 116:14
**assumed** 5:22
**attempt** 84:10, 85:15, 85:17, 104:19, 104:22, 123:13
**attempting** 106:17
**attention** 42:24, 44:18
**attorney** 130:16, 131:19
**attorneys** 4:17, 58:11, 58:15
**August** 31:17, 32:3, 32:6
**aunts** 17:3
**automobile** 40:20
**Avenue** 1:30, 2:6
**avoid** 106:24
**aware** 11:23, 39:4, 59:10, 59:13, 63:17, 66:1, 114:16
**away** 15:15, 50:24, 73:1, 111:20, 114:6, 118:11

**< B >**
**back** 5:18, 6:18, 12:23, 13:1, 16:12,

TEAMTRIALUS@GMAIL.COM

16:17, 29:6, 29:12, 29:14, 29:20, 29:24, 31:2, 31:21, 35:9, 38:8, 39:22, 52:8, 52:20, 52:21, 54:22, 60:5, 63:5, 95:4, 95:6, 96:13, 101:17, 101:22, 102:6, 106:22, 108:2, 110:23, 118:3, 125:14, 125:24, 126:6
**background** 5:16
**bad** 91:7, 91:8, 125:1
**bam** 90:5, 92:24
**bam-bam** 75:19, 76:6
**Baptist** 54:3
**Based** 73:8, 82:24, 93:22, 101:2
**basically** 26:2, 31:1
**basing** 115:2
**basis** 55:6, 64:10
**become** 92:2
**bed** 27:18, 65:2, 65:6, 101:10, 101:17, 125:24
**beds** 27:15, 27:18, 27:19
**bedside** 52:5
**beer** 64:12, 64:14, 64:19
**begin** 93:13
**BEHALF** 2:2, 2:15, 2:25, 2:36, 4:14
**behind** 42:2, 72:11, 100:23, 106:10
**believe** 7:5, 17:22, 26:18, 40:6, 40:14, 42:8, 43:5, 45:20, 47:10, 47:24, 57:18, 57:20, 58:4, 61:12, 63:9, 67:17, 92:3, 105:3, 105:17, 122:20, 123:5
**belt** 40:7, 40:14, 40:15, 42:14, 93:11

**benches** 36:24, 37:3
**besides** 10:23, 34:15, 117:4
**Best** 20:11, 22:11, 22:14, 63:7, 66:7, 69:3, 73:15, 76:9, 76:12, 77:22, 79:3, 98:1, 106:9, 106:12, 109:23, 130:10
**bet** 57:13
**better** 30:12
**beverages** 64:8
**big** 109:24, 112:2, 114:7
**birth** 6:24, 11:23
**bit** 14:14, 76:16, 111:12
**black** 114:8
**blades** 64:6
**blame** 106:6
**blew** 46:3, 46:4, 46:5
**blocked** 104:13
**blocking** 75:23, 97:9, 112:16
**blood** 9:22, 18:16
**blotch** 114:8
**Blue** 37:18, 60:20, 60:23
**blueprint** 27:19
**blueprints** 24:8
**body** 98:9
**bolt** 27:17, 27:19
**Bolting** 27:15
**Bonsack** 61:3
**Botetourt** 21:12, 40:11, 40:12, 42:10, 42:11, 42:12, 54:20, 60:24
**bought** 47:2, 47:11, 123:19, 124:1, 124:9
**bounced** 82:5, 82:7
**bowl** 66:6
**box** 68:21, 83:7, 83:9, 87:1, 87:11, 92:20, 97:13, 98:4,

99:23, 100:24, 101:11, 101:12, 101:14, 102:19, 125:16
**boxes** 27:16
**boy** 50:24, 51:2, 52:6, 52:10, 52:15, 52:22
**brace** 16:12, 94:9
**braced** 105:22, 106:3
**bracing** 94:6
**brakes** 71:8, 74:16, 74:20, 74:23, 75:2, 75:6, 75:22, 78:24, 88:24, 104:4, 106:17, 112:18, 115:21, 115:22
**Branch** 8:12, 8:21, 8:23, 9:1, 10:24
**Brandon** 1:7, 1:22, 3:2, 4:10, 4:13, 4:19, 4:21, 5:6, 5:14, 6:23, 7:8, 69:19, 73:12, 111:3, 117:4, 117:20, 117:22, 129:10, 130:7, 131:3, 131:6
**break** 6:10, 6:12, 6:16, 58:19
**breakfast** 66:4
**bridge** 48:11, 48:17, 96:24
**briefly** 50:15
**bring** 120:14
**broken** 103:6
**brother** 17:4, 17:8
**brothers** 17:3
**brought** 59:2
**Buchanan** 11:11, 18:20, 47:20, 54:3
**buckled** 76:15, 85:4
**building** 118:22
**bulldozers** 33:4
**bump** 81:16
**bunch** 67:20
**bus** 21:11
**business** 100:1

**bust** 126:18, 126:19
**busted** 84:15, 84:17, 102:16, 102:17, 102:21, 102:23, 103:4, 103:5, 126:4, 126:9, 126:12, 126:20, 127:1, 127:2
**busy** 64:2
**butema@gmail.com** 1:38
**Butenschoen** 1:35, 4:16, 130:5, 130:24, 131:28
**button** 85:18, 122:4, 122:17
**buy** 123:20

**< C >**
**C.** 1:22, 3:2, 5:6, 129:10, 130:7, 131:3
**cab** 72:4, 72:6, 115:13
**called** 38:7, 56:16, 89:21, 90:7, 90:12, 92:5, 92:6, 92:8, 100:13, 105:12, 121:8, 121:9
**calling** 121:5, 122:15, 122:16
**calls** 69:13, 91:18, 95:3, 99:17, 121:12, 122:5
**cane** 16:23
**capable** 104:10
**caption** 130:14
**car** 44:22, 81:6, 83:8, 84:22, 86:13, 89:22, 90:15, 92:10, 104:17, 105:23, 124:1
**care** 16:11, 35:10, 51:21, 51:24, 52:1, 52:3
**carpet** 24:2
**Case** 4:9, 53:4

cassette 50:2
catch 19:15
Cathey 1:28, 2:4, 4:9, 131:4
caused 15:10
CB 50:10, 102:13
CD 50:2, 50:3, 50:4
cell 49:4, 49:7, 49:18, 120:22, 121:1, 121:13
Cellular 49:8, 49:12, 49:13, 121:9
Cement 20:22, 20:23
Central 19:10, 19:12, 19:17, 19:18, 21:10, 21:11
certain 118:17
certify 129:2, 130:7, 130:13, 130:15
chance 71:10
change 16:6, 78:23, 117:15, 121:1, 121:9
changed 49:20, 117:21, 120:22, 124:20
changers 50:4
changes 129:3, 131:12
charged 42:12
Chase 17:9, 17:10
check 34:13, 56:15, 100:15, 107:14
checking 56:20, 96:19, 99:22, 121:5
Chevy 45:2, 45:21
child 53:1
children 17:6
Christopher 9:17, 9:20
church 53:22, 53:24, 54:2, 107:24, 108:5
cigarettes 39:19
circle 77:23, 78:5
circumstances 8:5, 68:18, 69:15
cited 44:2

CITY 34:1, 34:10, 47:20, 48:6, 48:11, 48:12, 48:21, 48:23, 118:17, 119:4, 119:10, 130:4
CIVIL 1:10
claim 59:5
clamped 102:22
clarifications 131:12
Clark 4:13, 6:23, 10:19, 11:6, 11:9, 12:3, 117:4, 117:19, 117:20, 117:22
class 35:22, 36:3, 36:6, 36:21
clean 64:1, 64:5
click 122:5
close 20:14, 61:2, 70:10, 70:18
closer 69:10, 79:24, 80:1
closest 79:20
clothes 66:6, 110:2
club 53:21
clubs 35:17
clueless 105:11
cocaine 53:15
coffee 110:20
cognitive 95:11
cold 85:2
collided 41:12, 41:14, 41:15
collision 79:15, 81:13, 89:18, 91:6, 91:23, 97:22, 97:23, 98:9, 101:15, 109:5, 109:7, 109:8, 109:9, 111:15, 114:18, 115:19
color 122:18, 122:19, 122:22, 122:24, 123:2
comes 91:3, 112:1
coming 89:8, 81:21, 87:13, 88:15, 89:9, 91:16, 92:24, 106:3, 109:16, 115:8

Commission 130:27
Commonwealth 130:3, 130:6
Community 48:14
companies 38:20, 116:8, 123:14
company 116:12, 123:16, 125:13
Compensation 59:6
complete 15:1, 106:20, 115:9, 116:3
completed 21:16
completely 88:2, 88:3
completion 131:17
complies. 77:9, 78:8, 80:22, 81:3
computer 18:14, 130:10
concerned 99:21
confidential 53:3
consciousness 98:20, 98:22
Construction 30:12, 31:5, 31:16, 33:8, 62:4, 100:18, 118:16
contact 10:12, 14:9, 14:18, 15:23, 30:11, 31:5, 38:7, 117:11, 123:13
contacted 38:6, 38:11
contacts 39:17, 121:17
content 54:6
contents 131:19
continue 117:13
continued 19:1, 35:11
continuing 89:3, 89:6
control 42:16, 103:10, 127:20
cops 51:1
correct 83:19,

88:10, 118:4, 121:13, 127:3, 130:11
corrections 129:3, 131:16
counsel 110:17, 130:16
Counsel. 3:12
County 21:13, 43:19, 43:21, 54:20, 56:3, 60:24
Couple 13:15, 14:12, 17:5, 29:17, 34:16, 61:16, 61:24, 63:4, 107:1, 114:13, 120:14
course 6:9, 21:18, 21:23
Court 1:1, 4:4, 4:15, 4:16, 6:1, 15:6, 44:5, 59:15, 60:10, 60:13, 131:29
coworkers 57:3, 57:7
cracked 85:22
cranes 27:4
crazy 52:23
created 113:19
credits 36:10
crimes 50:17
crossed 71:15
crossways 88:3
cruise 103:10
curled 103:20
current 8:11
currently 7:9, 117:10, 119:16
cut 63:15


< D >
daily 77:1
Daleville 26:20, 27:1
damage 45:4, 45:9, 124:20
damages 110:14
Damp 66:17, 67:1,

116:3
**Dan** 4:22, 5:14, 52:24
**DANIEL** 2:43
**Danielle** 4:3
**dark** 91:15, 112:11, 123:2
**dash** 84:16, 84:19, 85:11, 102:17
**DATE** 1:24, 4:5, 6:24, 10:22, 40:19, 49:5, 50:12, 65:14, 67:12, 69:5, 120:23, 131:3
**dates** 40:24
**dating** 37:9, 37:11, 37:15, 62:21, 119:16, 120:11
**daughter** 9:16
**Dave** 110:20
**David** 2:33, 4:24, 111:3
**day** 32:9, 36:15, 43:3, 48:2, 48:22, 52:7, 57:4, 57:6, 62:15, 62:18, 66:11, 100:8, 118:22, 119:15, 125:12, 129:6, 130:19
**day-and-day** 55:6
**daylight** 30:13, 112:12
**days** 12:24, 13:13, 13:15, 28:3, 29:5, 30:22, 30:24, 39:21, 62:15, 63:5, 63:8, 100:6
**deal** 51:7
**dealing** 52:4, 118:11
**Dear** 131:8
**death** 118:11
**deem** 129:3, 131:12
**defects** 101:6
**DEFENDANT** 2:15, 2:25, 2:36
**Defendants** 1:17
**definitively** 87:4

**degree** 69:16
**department** 55:18, 55:21
**deployed** 114:14
**deploying** 114:16
**DEPO** 131:4
**deponent** 4:12
**Deposition** 1:22, 4:8, 4:14, 6:10, 6:12, 8:3, 76:20, 129:2, 130:7, 130:11, 130:13, 131:9, 131:11
**deputies** 51:12
**describe** 81:12, 81:16
**DESCRIPTION** 3:13, 32:13
**detail** 16:18, 105:19
**details** 99:24
**dew** 66:22
dfrankl@franklmillerwebb.com 2:44
dhearn@sandsanderson.com 2:34
**dial** 121:15, 121:20, 122:13, 122:16
**die** 94:5
**differences** 68:17
**different** 20:5, 69:6, 69:9, 106:1
**digits** 7:2
**Dillon** 4:3
**diploma** 20:7, 20:8, 52:19
**diplomas** 20:6
**direction** 72:12, 73:6, 73:16, 74:3, 88:1
**directly** 23:8, 23:15, 30:19, 55:23
**disability** 16:16
**disabled** 16:12, 16:14, 18:6, 21:4, 81:7, 97:2
**disciplined** 25:7
**discussed** 58:9, 58:13

**distance** 107:24, 114:6
**distances** 108:1
**DISTRICT** 1:1, 1:2
**ditch** 32:17
**DIVISION** 1:3
**divorce** 38:1, 120:12, 120:18
**DMV** 22:3
**doctor** 107:6, 120:15
**doctors** 110:1
**documents** 8:4, 8:7
**dog** 101:11, 101:12, 101:14, 102:19
**doing** 23:21, 25:21, 56:19, 70:21, 71:3, 99:3, 99:7, 104:4, 115:14, 120:12, 122:9
**done** 33:17, 39:10, 63:16, 63:17, 65:10, 121:4, 124:20, 125:12
**door** 84:5, 84:23, 89:7, 89:9, 94:2, 104:21, 125:9
**doors** 125:21
**Doug** 55:1, 55:2, 55:8, 56:9
**down** 5:24, 14:14, 15:7, 29:2, 32:17, 48:12, 48:19, 52:20, 54:13, 66:15, 67:2, 67:19, 70:11, 71:3, 71:9, 72:3, 72:10, 80:5, 85:1, 88:13, 88:16, 92:6, 97:3, 103:24, 104:3, 104:19, 112:3, 112:9, 113:13
**downtown** 28:24
**drank** 64:16
**drew** 77:24
**drink** 64:8, 64:9, 64:10, 64:11, 64:13, 64:18, 64:22, 64:24
**drive** 46:7, 46:9,

46:11, 48:8, 67:9, 107:22, 107:24, 108:1
**driven** 108:11, 108:13, 108:14, 108:17
**driver** 21:9, 21:15, 21:18, 22:4, 36:11, 36:14, 40:2, 40:21, 41:4, 41:6, 107:8, 107:10, 107:15, 108:4, 108:24, 115:10, 115:12
**Driving** 21:18, 21:23, 22:2, 44:2, 44:7, 44:8, 44:23, 45:13, 46:22, 47:18, 47:19, 54:7, 61:14, 70:22, 70:23, 102:3, 107:13, 107:21, 107:23, 108:2, 108:4, 108:16, 108:20, 108:22, 116:15
**drizzling** 66:12
**drove** 107:24
**drowsy** 65:22
**drugs** 53:13
**DSS** 53:2
**Duane** 34:18, 34:20, 34:21, 35:2, 57:9, 100:9, 100:10, 100:17
**duly** 5:7
**DUNN** 2:22, 3:5, 5:2, 8:19, 19:15, 19:18, 116:20, 117:2, 127:7
**during** 14:10, 23:2, 25:7, 35:5, 87:1, 121:11

**< E >**
**Eagle** 14:3, 14:6, 14:7, 17:14, 18:22, 18:23, 19:3, 21:8, 21:10

earlier 32:1, 108:23, 111:4
early 34:12, 36:12, 118:19, 118:21, 118:23, 118:24, 119:15
easier 6:5
East 2:28
easy 63:12
eat 66:4, 66:5
Eddie 32:12, 33:19, 34:15, 57:9, 90:7, 90:12, 92:1, 92:9, 95:5, 96:13, 96:18, 99:9, 99:15, 99:19, 100:2, 100:13, 100:14, 118:18, 119:1, 119:3, 121:19, 127:14
education 22:24
effect 8:1, 65:21, 66:14
effects 65:24
eight 28:2, 29:5
Eighth 19:21, 19:22
either 30:21, 40:15, 49:15, 54:11, 58:7, 63:4, 75:8, 82:11, 86:4, 94:18, 96:22, 107:17, 114:18, 123:2, 124:4, 130:16
ejected 86:7
elapsed 86:11
electronic 49:22
electronics 49:22, 50:8
Elementary 19:3, 21:8
Elm 48:16
Elsie 11:9
emergency 105:10, 106:17
employed 23:2, 37:19
employees 34:14
employer 39:22, 39:24, 59:9

employers 38:13, 39:3
employment 5:17, 25:3, 30:17, 34:23, 110:11
employment-related 110:13
employments 38:17
EMS 55:5, 95:23, 100:15
enclosed 131:15
enclosure 101:9
encountered 67:15
end 26:18, 33:2, 36:9, 48:20, 61:2
ended 81:5, 81:6
engaged 120:16
Engine 46:4, 84:6, 85:8
enough 66:16, 66:20, 85:3
entail 24:5, 24:6, 32:16
entitled 4:10
entrance 78:4, 78:18
equipment 27:17, 32:18, 32:20, 32:22, 32:24, 34:2, 34:5, 36:19
equipped 114:9
Errata 131:15, 131:17
ESQ 2:10, 2:12, 2:22, 2:33, 2:43
estimate 114:24
et 131:6
evaluate 30:22
Evan 55:22, 56:12, 56:16
evening 100:7, 121:24
event 14:22, 15:9, 69:10
events 98:21
Everybody 21:12, 34:12, 41:12, 41:14,

41:15, 56:23, 118:18, 119:5
everyday 102:3
Everything 33:13, 33:24, 34:13, 51:20, 54:21, 56:4, 77:19, 84:20, 92:16, 102:4, 102:5, 118:21, 119:2
everywhere 102:1, 126:5
exact 31:24
EXAMINATION 3:2, 5:12, 111:1, 117:1, 127:11
examined 5:8
Excuse 72:7
Executed 129:6
exercise 131:10
Exhibit 3:13, 76:19, 76:20
exit 48:8, 78:2
expires 130:27
explained 44:6
explicit 53:2
Express 1:15, 2:36, 4:12, 4:23, 5:15, 116:8
extra 39:10
eyes 78:20


< F >
Facebook 110:14
facing 71:22, 72:12, 73:1, 73:5, 73:6, 73:17, 73:20, 74:3, 87:19, 87:23, 88:1
fact 15:22, 73:8, 76:5, 82:24
facts 99:1, 105:14
faded 15:15
Failure 42:15, 42:16
fair 83:6
falling 44:3
family 17:2
far 11:23, 105:14, 109:5, 110:7, 111:20, 112:4,

120:9, 120:12
farm 26:5
Farmers 35:21
fast 70:6, 92:15
father 12:4, 12:9, 12:10
February 49:15
feed 24:7
fell 43:24, 44:16, 45:14
felt 115:3
Few 12:24, 13:13, 40:4, 55:24, 56:1, 56:23, 57:22, 76:17, 81:19, 100:6, 111:7, 120:13
FFA 35:19, 35:20, 37:6
fields 37:4
fifth 19:6
fight 14:22
fights 53:7
figure 38:20
fill 36:11, 36:14
Fincastle 19:14, 108:7
find 68:21, 100:14, 100:15
fine 83:12, 86:24, 91:10
finish 52:21, 62:11, 72:9, 90:4
fire 55:5, 55:18, 55:20
fired 25:13
fishing 22:19, 63:1, 102:3
five 17:17, 30:10, 31:4, 39:9, 47:16, 62:1, 85:10
five-speed 84:7
fixed 45:6
flasher 85:17
flashers 85:15
flat 27:18, 111:24
flipped 90:5
floorboard 126:5
focused 78:20,

115:7
fog 66:13, 66:14, 66:18, 70:13
follow-up 127:9
following 131:21
follows 5:9
football 37:4
foregoing 130:10, 130:14
Forge 38:22, 38:24
forward 72:11, 73:5, 75:6
four 7:2, 13:3, 13:7, 41:11, 47:15, 57:12, 62:1, 64:17
four-door 45:24
frame 125:24
FRANKL 2:38, 2:43, 3:3, 3:6, 4:22, 5:13, 5:14, 8:22, 15:20, 19:19, 43:8, 53:5, 58:17, 59:1, 69:17, 70:1, 73:3, 73:14, 76:22, 80:16, 82:18, 83:14, 95:10, 110:10, 111:10, 127:9, 127:12, 127:23, 128:3
freaked 87:15, 89:4, 89:10
freaks 107:23, 108:2
free 35:5, 35:8
Friday 62:4, 63:4, 63:10
friend 9:11, 10:1, 10:2, 31:8, 31:9
friends 10:9, 20:11, 20:14, 20:17, 56:24, 57:2, 90:12, 92:3
front 33:2, 41:19, 41:23, 75:16, 76:1, 82:15, 84:1, 85:6, 87:17, 87:18, 90:19, 90:24, 97:2, 103:16, 106:10, 112:16, 122:19
front-end 45:9

froze 106:4
full 6:22, 15:6, 16:17
Fulton 1:29, 2:5
Future 35:21, 54:5

< G >
garage 63:22
Garden 34:1, 34:9, 47:20, 48:6, 48:11, 48:12, 48:21, 48:23, 118:17, 119:4, 119:10
gas 25:24
gave 28:11, 30:12, 121:10
gentleman 116:15
gets 124:2
Getting 24:18, 30:11, 78:21, 90:4, 93:8, 94:24, 98:15, 109:15, 109:22
gigantic 24:2
GIP 119:23
girlfriend 56:17, 60:20
give 25:24, 32:19, 44:7, 95:5, 121:10
given 130:12
giving 105:14
glad 5:21, 6:11
Glasgow 43:16, 43:17
glass 103:6, 125:24, 126:1, 126:3, 126:4
glasses 39:17
Glenn 1:28, 2:4, 4:8, 131:4
glove 125:16
GMC 45:15, 45:17, 46:12, 46:14, 47:4, 59:24
God 108:9
gotten 59:8, 102:6, 112:12, 120:19
GPCI 119:23

GPS 49:22
grab 110:19
grabbed 94:11
Grace 108:9
grade 18:21
grades 20:3, 22:11
graduated 20:1, 22:20, 23:5, 36:1, 52:18, 118:2, 118:6
graduating 20:6, 21:24
graduation 36:9, 52:20
grandfather 10:9, 10:15, 12:22, 13:1, 13:21, 18:24, 20:18, 20:20, 26:10, 50:23, 51:3, 51:13, 51:20, 51:23, 117:15, 118:11
Grandin 2:39
grandma 63:3, 114:12
grandmother 11:1, 11:3, 11:19, 12:20, 13:17, 16:7, 16:9, 17:2, 25:4, 25:18, 26:16, 35:9, 35:12, 43:2, 46:13, 46:24, 48:5, 48:23, 52:2, 52:8, 57:11, 60:8, 61:13, 61:19, 105:12, 106:14, 118:10, 118:12, 124:11, 125:11, 125:18, 126:22
grandpa 63:22, 114:12
grandparents 53:24
Grass 63:3, 63:15, 75:20, 76:8, 79:9, 79:11, 79:13, 79:17, 79:19, 79:20, 80:1, 80:11, 81:17, 83:1, 83:3, 84:3, 86:12, 87:21, 88:4, 90:7, 90:20, 91:15, 97:15,

97:19
grassy 80:2
green 122:20, 122:21, 123:3
gripping 98:11
group 20:17, 51:7, 51:8
groups 37:6
Growing 18:20
guardrail 73:21, 73:23, 80:1
guess 66:22, 67:1, 69:21, 77:8, 79:16, 83:2, 85:9, 85:24, 96:1, 107:14, 110:11, 112:10, 117:24, 120:7, 126:4, 126:7, 127:5
guilty 44:14
guy 12:7, 34:17, 55:22, 80:9, 124:1, 125:13
guys 119:3, 120:16

< H >
half 37:16, 63:9, 120:7
halfway 87:20, 87:21
Hallmark 51:9, 51:10, 52:18
hand 91:12, 130:18
handle 94:2
hands 94:13, 98:12
hang 35:1, 35:4
happen 119:9, 121:22
happened 15:9, 24:23, 29:10, 41:9, 41:10, 41:22, 42:5, 42:6, 42:8, 42:10, 43:23, 44:23, 68:11, 71:5, 75:18, 75:19, 76:7, 76:13, 76:17, 78:12, 81:22, 86:18, 91:23, 92:15, 92:17, 92:18, 92:19, 92:23,

TEAMTRIALUS@GMAIL.COM

93:1, 94:14, 95:7, 96:6, 98:9, 105:7, 105:11, 105:15, 107:12, 126:2, 126:8
**hard** 25:6, 41:15, 52:4, 57:12
**hauling** 71:18, 78:10
**head** 6:2
**headlights** 71:6, 71:12, 85:6, 86:13, 86:14, 88:15, 97:8, 106:2, 112:24, 113:4, 113:19, 114:6
**hear** 5:19, 8:20, 115:24
**heard** 5:15, 5:22, 87:14, 95:9
**hearing** 81:20, 116:1
**Hearn** 2:33, 3:4, 4:24, 110:21, 110:24, 111:2, 111:3, 116:17, 116:20, 123:4
**heavy** 24:10, 27:20, 27:22, 42:18, 66:13
**help** 16:10, 16:11, 16:13, 46:24, 77:14, 119:1
**helped** 46:13, 52:20, 60:8, 118:13, 120:14
**helpful** 15:5
**helping** 25:4, 25:17, 25:18, 26:2, 26:16
**hereby** 129:2, 130:6
**hereunto** 130:18
**hernia** 63:4, 63:11
**hesitate** 79:22
**hesitated** 50:22
**high** 20:11, 21:16, 22:20, 23:11, 23:13, 35:14, 52:19, 118:2, 118:6
**highway** 112:16, 115:18

**hill** 112:2
**hire** 30:18, 30:24
**hired** 28:9, 30:11, 31:2
**Hispanics** 34:16, 57:8
**history** 5:17
**hit** 68:22, 74:15, 74:19, 74:20, 75:12, 76:2, 76:5, 76:10, 78:21, 80:10, 82:1, 82:2, 82:3, 82:5, 83:24, 84:8, 84:17, 84:18, 85:17, 87:11, 90:5, 92:12, 93:9, 97:13, 98:1, 98:4, 98:7, 99:23, 103:17, 104:7, 112:6, 112:18, 115:8, 115:9, 115:16, 122:3, 122:4, 122:17
**hitting** 71:11, 92:20, 92:22, 94:3, 113:20, 122:13
**Hold** 113:3
**holding** 32:18
**Home** 13:24, 16:13, 18:9, 18:10, 18:12, 20:19, 26:15, 35:3, 35:9, 50:24, 51:2, 51:7, 51:8, 52:6, 52:10, 52:16, 52:21, 52:22, 61:11, 107:24
**honest** 89:5
**hood** 76:15, 85:4, 103:19
**hospice** 52:1
**Hospital** 15:16, 48:9, 48:15, 56:15, 56:22, 96:19, 99:22, 100:2, 100:4, 100:5, 100:6, 100:8, 105:2, 109:12, 109:22, 121:4
**hour** 41:3, 43:24, 44:15, 58:18, 71:4, 71:9, 114:22

**hours** 30:3, 33:10, 33:15
**house** 11:1, 12:20, 12:21, 12:23, 14:23, 15:13, 15:14, 26:3, 26:7, 35:9, 35:12, 48:5, 48:7, 48:23, 52:1, 61:6, 61:13, 61:14, 61:19, 63:14, 63:19, 63:20, 92:2, 106:14, 114:12, 118:10, 124:11, 125:12, 125:18, 126:23
**HSN** 18:10
**huh-uh** 6:5
**hundred** 48:1
**hung** 127:16
**hunted** 10:10
**hunter** 102:11
**hunting** 50:11, 63:1
**hurt** 124:24

**< I >**
**idea** 93:17
**identification.** 76:21
**illegal** 53:13
**immediately** 68:12
**impact** 75:11, 76:14, 79:4, 81:12, 81:15, 81:22, 81:23, 82:4, 82:7, 85:4, 86:8, 86:12, 89:15, 93:6, 93:23, 93:24, 94:20, 103:16, 104:3, 105:23, 109:6, 114:22, 121:12, 121:19, 127:17
**impression** 103:23
**improper** 44:8
**in.** 109:1
**indicated** 43:9, 65:9, 94:6, 105:13, 105:22, 131:10
**indicating** 37:13,

58:11, 74:22, 77:8
**indication** 106:5
**individual** 96:5
**individuals** 18:17, 34:22, 54:23, 55:15, 68:11
**information** 15:18, 105:16, 110:15
**infractions** 40:3
**initial** 81:13, 82:7, 103:15, 104:2
**initially** 80:18
**injured** 16:15, 21:3, 21:4, 42:21, 44:20, 53:9, 59:8, 91:22
**injury** 16:17
**inside** 18:10, 115:13
**inspected** 123:18, 123:19, 124:2
**inspection** 123:22, 124:5, 124:8
**instinct** 74:17, 112:18
**instruction** 32:19
**instructions** 131:21
**insurance** 45:6, 46:19, 47:2, 47:5, 59:9, 125:16
**intact** 125:19, 125:20, 126:23
**interested** 22:2, 22:17, 130:17
**interferes** 8:1
**interrogatories** 7:6, 105:21
**interrupt** 8:19
**Interstate** 48:8, 61:15, 61:18, 61:23, 67:11, 67:20, 67:21, 67:23, 70:16, 70:17, 74:13, 76:24, 78:15, 83:22, 97:3, 100:23, 108:15, 108:16, 108:18, 108:20, 108:22, 111:23
**introduce** 4:17
**involved** 35:15,

35:17, 35:24, 37:5, 40:20, 41:11, 60:17, 108:24, 109:1, 109:2, 120:12
**irrelevant** 53:4
**Israel** 1:13, 2:25, 4:11
**Isreal** 5:1
**items** 125:5

< J >
**J.** 1:35, 130:5, 130:24, 131:28
**jackhammers** 32:23, 34:6
**jail** 50:19, 50:20, 51:1, 51:3, 51:7, 51:11
**James** 18:2, 19:24, 20:5
**job** 6:5, 23:6, 23:12, 24:5, 25:2, 25:5, 26:12, 26:17, 27:5, 29:22, 30:13, 31:7, 32:13, 33:17, 36:13, 39:11, 39:12, 59:8, 118:4, 118:7, 118:15, 118:20
**jobs** 39:10
**Johneal** 2:12, 4:20, 110:22
**Jr** 1:13, 2:25, 4:11, 5:1
**judge** 44:4, 44:5, 77:6, 78:3
**judgment** 59:21, 59:22, 60:11, 60:12, 60:14
**jump** 111:11
**jumping** 79:22
**June** 22:21, 123:21, 124:5
**Junior** 10:19, 11:6
**jurisdictions** 40:8
**jwhite@glennrob.c om** 2:13

< K >
**K-E-N-N-Y** 9:9
**keep** 48:20, 67:3, 117:14
**keeps** 14:23, 15:12
**Kenny** 9:5, 9:7, 9:10, 9:12, 9:23, 10:8, 16:7, 16:12, 16:14, 54:11, 57:3, 57:6, 57:7, 58:7, 58:8, 108:21, 125:6, 125:8
**kept** 50:19, 121:5
**Kessler** 11:10, 11:14
**kid** 11:17
**kids** 38:2
**Kind** 15:15, 25:22, 35:21, 36:8, 36:10, 36:15, 41:11, 41:13, 42:14, 51:7, 63:13, 63:18, 66:12, 68:6, 72:5, 79:16, 79:22, 81:19, 82:5, 84:8, 87:15, 87:20, 88:3, 89:10, 93:8, 94:24, 97:6, 103:19, 105:11, 106:4, 112:1, 112:2, 117:23, 118:13, 119:14, 122:3, 122:5, 124:24
**kindergarten** 19:6
**knocked** 85:6
**knowledge** 17:7, 17:11, 18:11, 18:19, 20:10, 37:23, 40:7, 53:11, 56:6, 57:15, 60:15, 60:18, 64:20, 69:3, 75:9, 77:22, 79:3, 98:2, 98:3, 100:14, 100:19, 104:14, 104:24, 106:12, 108:3, 109:4, 109:23, 116:9, 116:13, 123:7, 124:12,

124:14
**known** 10:4
**knows** 99:23
**Krista** 54:24, 55:1, 55:2, 55:8, 56:9

< L >
**labor** 27:21, 27:22
**laborer** 32:15
**lady** 119:16
**laid** 28:3
**Lane** 8:12, 8:21, 9:1, 10:24, 11:10, 11:14, 70:22, 70:24, 71:3, 71:16, 79:1, 79:3, 81:6
**lanes** 76:24, 78:15, 78:23, 104:13, 112:16
**lap** 94:16, 94:17, 94:18
**Large** 130:6
**last** 7:2, 7:19, 12:6, 14:15, 15:11, 21:5, 27:10, 49:15, 55:3, 117:7, 117:14, 117:19, 117:23, 123:17, 124:6
**late** 33:15
**later** 52:16, 69:11, 76:17
**lawn** 64:6
**Lawrence** 2:22, 5:2
**lawsuit** 59:3, 59:19, 59:20
**lawyer** 111:6
**Laying** 67:4, 90:23, 125:24
**ldunn@morrismorr is.com** 2:23
**least** 92:10
**leave** 25:10, 25:13, 33:14, 36:12, 48:7, 48:23, 58:1, 66:6
**leaving** 109:21
**left** 25:1, 25:15, 30:14, 33:16, 43:14,

61:11, 65:9, 71:16, 74:18, 100:21, 106:14, 106:23, 116:21, 118:24
**legal** 60:16
**legally** 120:17
**less** 66:13
**Lester** 1:7, 1:22, 3:2, 4:10, 4:13, 4:19, 4:21, 5:6, 6:23, 12:6, 12:15, 12:16, 13:6, 13:24, 16:3, 17:2, 17:10, 18:4, 59:2, 76:19, 116:18, 117:3, 117:4, 117:7, 117:11, 117:14, 117:20, 117:21, 117:23, 129:10, 130:7, 131:3, 131:6, 131:8
**letter** 78:7
**levels** 20:6
**Lexington** 8:14, 9:1, 10:24
**license** 21:9, 21:15, 21:23, 22:4, 36:12, 36:14, 40:2, 40:16, 41:4, 41:6, 42:7, 107:8, 107:10, 107:12, 107:15, 107:20, 108:4
**life** 11:15, 99:1
**lifting** 24:10
**light** 97:7
**lighting** 71:8
**lights** 84:14, 84:16, 84:18, 84:19, 85:11, 88:19, 88:20, 88:22, 89:9, 91:16, 93:2, 93:3, 112:20, 112:24, 113:7, 113:10, 113:15, 113:23, 114:1
**likes** 33:12, 33:18
**limit** 70:9, 70:15, 70:17
**line** 24:13, 41:16,

49:10, 74:12, 80:20, 131:14, 131:18
lined 25:2, 25:5
listen 73:12
lit 71:13
Lithium 65:15, 65:16, 65:21
little 14:14, 14:20, 52:11, 76:15, 83:7, 83:9, 111:11, 113:15
live 9:4, 9:14, 10:11, 11:18, 11:20, 12:19, 37:17, 55:5
lived 10:23, 11:13, 11:21, 11:22, 12:23, 13:14, 13:16, 92:1
lives 10:10, 13:20, 17:12, 17:13, 60:20, 92:3
living 11:3, 16:6, 16:7, 17:16, 20:21
LLC 1:12, 1:15, 2:15, 2:36, 4:11, 4:12, 5:3, 5:15, 123:6
LLP 2:38
loaders 33:2
loan 59:15, 60:1
located 19:13, 43:15, 51:10
LOCATION 1:28, 80:5, 83:8, 96:22
locations 38:5
locked 75:3, 75:5, 115:21, 116:2
Lofts 1:29, 2:5
log 121:23, 122:1, 122:11, 122:13, 122:17
logging 16:15
Long 8:12, 8:21, 8:23, 9:1, 10:23, 11:13, 24:21, 26:15, 27:24, 30:8, 37:15, 49:1, 49:12, 52:6, 61:14, 65:16, 86:21
long-time 10:2
longer 10:16

look 35:11, 81:20, 106:22, 124:24, 125:3
looked 8:8, 75:19, 76:8, 80:10, 87:14, 88:11, 90:17, 91:14, 114:12, 117:16, 124:23, 125:2
looking 73:11, 107:18, 112:9, 115:5
lost 98:20, 98:22
lot 6:5, 10:12, 34:1, 86:17, 118:19, 119:13, 124:1

< M >
M. 2:12
machine 23:22, 23:23, 23:24, 24:3, 24:5, 24:8, 29:24, 130:8
machines 34:13, 118:21
Main 2:28
maintain 42:15, 42:16
maintained 127:19
manual 84:7
March 49:15, 49:16
Marijuana 53:15
mark 76:19, 77:2
marked 76:20, 80:15, 80:17
marker 61:17, 67:12, 107:3
marks 106:23
marriage 9:22, 18:16
married 12:7, 12:9, 13:5, 13:18, 37:21, 37:24, 120:17
Martinez 1:13, 2:25, 4:11, 5:1, 116:15
Mary 1:35, 4:15, 130:5, 130:24, 131:28
materials 125:4

mean 22:7, 25:24, 49:22, 54:20, 64:3, 64:4, 65:22, 71:10, 82:12, 86:17, 86:18, 86:21, 89:8, 92:15, 98:10, 99:7, 112:3, 116:5, 126:9, 126:18, 127:3
meaning 87:4
means 82:14, 130:9
meant 59:19
mechanical 101:6
median 80:2
medical 42:24, 44:17, 53:10
medication 65:13
medications 7:9, 7:11, 7:16
meet 10:3, 33:23, 34:9
Melissa 2:10, 4:18
member 53:21
members 55:20
Memorial 43:5, 43:7, 48:9
memories 98:16, 109:20
memory 68:13, 95:12, 98:14, 98:20, 99:2
mentioned 60:19
Mess 63:22, 63:24, 124:23
met 10:7, 12:5, 111:3
Middle 19:10, 19:12, 21:11, 21:12, 71:10, 75:16, 76:3, 76:4, 76:10, 103:17, 117:19, 117:21, 124:17
Mike 27:9
mile 61:17, 67:12, 107:3
miles 47:9, 47:13, 47:16, 47:21, 48:1, 71:4, 71:9, 114:22
MILLER 2:38

minor 81:15
minute 57:24
minutes 43:14, 49:3, 61:16, 61:24, 62:1
mirror 81:21, 87:15, 88:12
missed 28:3, 29:5
missing 39:21
mist 66:19
mixed 64:22
Mohawk 23:7, 23:8, 23:16, 24:21, 25:8, 29:12, 29:20, 30:9, 30:16, 30:18, 31:2, 31:23, 38:5, 38:7, 38:11, 38:12, 38:15, 39:15, 41:2, 43:10, 43:14, 43:15, 118:4, 118:7
mom 15:14
moment 115:3
Monday 61:8, 62:4, 63:6, 66:8
money 25:24, 46:19, 47:2, 47:5, 59:17, 60:9
Monroe 37:14, 60:20, 119:17
Montgomery 57:16
month 31:24, 37:16, 120:6
months 24:22, 24:23, 25:8, 28:2, 29:5, 30:10, 30:17, 30:21, 31:4, 47:16, 52:12, 52:13, 52:14, 52:15, 52:16, 69:11
moonshine 64:21
morning 7:21, 33:12, 33:21, 61:8, 61:11, 65:3, 66:8, 85:2
MORRIS 2:17
mother 11:20, 12:2, 12:8, 12:19, 13:2, 13:5, 13:18, 14:10, 15:22, 17:1, 18:8

**Motor** 1:29, 2:5
**Mount** 92:4, 92:6
**mounted** 102:16
**move** 13:19, 97:3,
97:4, 97:10, 97:11,
98:24, 104:6
**moved** 13:20, 97:22
**moving** 54:4, 96:22
**mowed** 63:3
**mower** 64:6
**mrobinson@glenn**
**rob.com** 2:11
**Ms** 4:18, 4:20,
15:17, 43:6, 52:24,
69:12, 69:19, 72:17,
72:20, 73:7, 80:13,
82:14, 83:11, 95:8,
110:19, 110:22,
128:1, 131:19
**MSC** 4:11
**multiple** 50:4
**myself** 52:23,
88:24, 105:11

**< N >**
**nailed** 102:17
**name** 5:14, 6:22,
10:18, 11:8, 12:2,
12:4, 12:6, 12:14,
17:8, 17:19, 19:2,
27:9, 27:10, 28:20,
31:9, 34:17, 51:8,
56:6, 111:3, 117:7,
117:14, 117:16,
117:19, 117:20,
117:21, 122:6
**named** 34:17,
34:18, 55:22, 116:8
**names** 48:21, 55:4,
55:7, 56:2, 56:4,
117:4, 117:23
**Narrow** 14:1, 14:3,
14:5
**nature** 33:5, 64:21
**near** 54:5, 115:18
**necessary** 129:4
**need** 6:10, 14:14,

34:7, 53:2, 54:12,
103:23
**needed** 16:10,
20:19, 39:10, 118:14
**Network** 18:13
**new** 103:4, 121:10,
124:8
**next** 65:3, 94:20,
95:11, 95:12, 98:14,
113:3, 120:9, 124:1
**Nicely** 31:10, 31:12,
31:13
**night** 25:4, 65:2
**nine** 24:22, 24:23,
25:8, 52:15
**No.** 1:11, 12:10,
25:5, 38:6, 44:4,
50:21, 64:9, 64:24,
67:9, 73:11, 78:14,
91:9, 95:4, 96:23,
99:17, 99:21,
101:24, 114:5,
120:17, 123:6
**Nobody** 20:13,
99:24, 124:22,
125:2
**nod** 6:2
**none** 100:1
**normal** 47:18,
48:22
**normally** 32:16,
49:1, 65:7, 66:4
**north** 82:8, 82:10,
82:12, 83:15, 83:16,
83:17, 83:22, 107:4,
107:5
**northbound** 79:7
**nose** 119:14
**Notary** 130:5,
130:25, 130:28
**Nothing** 5:8, 18:5,
33:6, 37:1, 53:17,
64:7, 64:24, 84:13,
84:20, 85:14, 85:16,
94:4, 108:22, 119:11
**notice** 25:1, 25:11,
30:14
**nowhere** 15:13,

63:18
**numb** 110:9
**Number** 4:9, 7:3,
14:4, 14:8, 49:17,
76:19, 76:20,
105:12, 120:23,
121:2, 121:9,
121:10, 121:15,
122:13, 122:16,
130:28, 131:15
**numbers** 121:16,
121:20
**nurse** 37:20
**nursing** 119:19

**< O >**
**o'clock** 7:23, 33:11,
65:5
**oatmeal** 66:6
**object** 53:1, 69:12,
73:7, 115:9
**Objection** 72:22,
83:11
**observe** 115:10
**occurred** 111:15,
114:22, 115:19
**October** 61:8,
62:14, 65:2
**off-the-wall** 39:7
**office** 30:23
**old** 9:12, 9:18, 9:20,
13:3, 13:8, 16:9,
17:17, 17:21, 41:1,
52:9, 52:15, 117:8
**Once** 70:18, 72:21,
74:19, 76:6, 79:12,
80:10, 84:8, 92:10,
93:14, 106:2,
106:16
**one.** 39:8
**ones** 55:17, 55:19
**open** 84:5, 84:22,
84:24, 89:6, 89:9,
104:21, 125:9
**opened** 49:14
**operate** 32:20
**operating** 32:18

**operator** 121:7
**opinion** 69:13
**opposite** 73:6,
83:18
**order** 121:18
**organization** 53:22
**Original** 131:18
**otherwise** 130:16
**outcome** 130:17
**outside** 18:9, 37:3,
66:20
**outstanding** 60:14
**overhear** 123:8
**overnight** 50:20
**overwhelmed**
121:6
**owed** 60:9
**own** 12:21, 16:19,
45:16, 45:19, 49:11,
67:10, 71:2
**owned** 45:11, 45:12

**< P >**
**P.** 2:43
**Page** 3:2, 3:13,
129:1, 131:14,
131:18
**paid** 24:19, 40:18,
44:12, 59:8
**pain** 7:16, 57:23,
110:7, 121:6
**Pardon** 46:8
**parked** 60:5
**part** 61:1, 76:1,
78:18, 103:16,
111:23
**party** 130:16
**pass** 10:20, 22:4,
26:10, 67:21, 96:24,
108:3
**Passage** 14:1, 14:2,
14:3, 14:5
**passed** 22:11,
22:12, 26:13, 50:23,
67:15, 100:12,
100:23, 118:11
**passenger** 91:1,

108:19, 109:2
**past** 107:1, 107:7
**path** 78:21
**Patrick** 34:17, 34:19, 35:2, 57:9, 100:9, 100:10, 100:17
**pay** 25:23, 27:11, 30:6, 33:7, 42:19, 47:6
**paying** 30:13
**PC** 2:27
**pen** 77:13
**pending** 6:15
**people** 29:17, 30:16, 39:9, 55:24, 56:1, 56:21, 57:22, 98:23, 100:4, 110:1, 118:19, 119:13, 121:3, 121:5
**Peoplelink** 28:14, 29:11, 29:12, 29:15, 29:19, 30:9, 30:16, 31:2, 31:21, 32:4, 38:4, 38:6, 38:7, 38:9, 38:11, 38:16, 41:3, 43:10
**Peoplenet** 39:14
**period** 13:10, 29:13, 30:17, 35:6, 36:7, 39:1, 52:11, 86:16, 86:19, 86:23, 87:1, 88:21
**perpendicular** 74:13
**person** 122:1
**personal** 125:4
**personally** 55:4, 126:15
**phone** 18:15, 49:4, 49:7, 49:17, 49:18, 50:7, 67:3, 90:22, 91:12, 91:17, 91:20, 94:15, 95:3, 95:4, 95:5, 95:6, 96:10, 96:15, 96:17, 96:20, 99:17, 103:4, 103:9, 105:12, 120:22,

121:1, 121:9, 121:10, 121:11, 121:12, 121:13, 121:18, 121:20, 127:13, 127:20
**Photograph** 3:14, 77:3
**photographs** 8:9
**physical** 24:12, 27:20
**physically** 27:14
**pick** 27:23, 51:1
**picked** 51:12, 51:15
**pickup** 75:6, 75:11, 79:15, 81:13, 87:11, 101:7, 101:14
**Pictures** 8:8, 8:9
**piggybacked** 72:5, 72:12, 72:16
**place** 4:8, 5:17, 13:4, 21:5, 47:14, 58:8, 58:14, 61:7, 61:22, 69:10, 93:14, 99:20, 130:14
**PLAINTIFF** 1:9, 2:2, 4:15
**plan** 49:11, 49:14
**planning** 54:4
**plant** 20:22
**player** 50:3
**plead** 44:14
**Please** 4:17, 5:20, 110:20, 131:11
**point** 6:16, 21:1, 82:6, 83:12, 84:2, 85:23, 89:4, 89:9, 91:11, 91:17, 91:22, 94:15, 104:7, 110:7, 110:15, 120:8, 126:10
**point.** 68:7, 76:16, 82:17, 91:10
**poles** 102:4
**position** 79:14, 83:9
**positive** 79:2
**positively** 87:5
**possible** 106:24

**potentially** 31:6
**pounds** 27:23
**precipitated** 14:21, 15:10
**presence** 130:8
**Pretty** 17:24, 23:14, 24:9, 31:17, 32:5, 33:16, 35:10, 40:10, 44:4, 53:2, 54:6, 54:11, 54:19, 63:2, 67:14, 70:11, 70:18, 72:24, 74:20, 75:14, 77:5, 77:15, 80:2, 85:9, 93:24, 94:14, 94:18, 98:22, 110:9, 111:24, 115:4, 118:9
**Prior** 8:3, 10:13, 11:14, 21:23, 34:23, 40:19, 53:12, 67:8, 107:19, 109:3, 118:1
**Probably** 47:16, 48:3, 65:5, 68:13, 70:7, 71:9, 81:8, 91:9, 111:22
**proceeding** 71:3
**process** 127:3
**project** 36:22
**proper** 42:16
**provide** 105:15
**provider** 49:7
**proviso** 110:10
**Prozac** 7:13, 7:20, 7:24
**PUBLIC** 130:5, 130:25
**pulled** 74:3
**pulling** 73:1, 74:8, 78:16, 80:9, 94:2, 94:4, 97:21, 122:13
**punch** 121:16
**put** 24:8, 24:24, 25:11, 29:16, 29:24, 30:5, 30:14, 32:9, 37:3, 47:16, 52:15, 66:6, 77:7, 77:23, 78:5, 78:7, 80:20, 81:2, 83:7, 85:15, 86:16, 86:18, 86:23,

93:24, 95:12, 95:19, 101:2, 102:4, 109:21
**Putting** 48:1, 68:7, 110:5

< Q >
**question** 5:19, 5:20, 5:22, 6:15, 6:16, 6:17, 15:2, 15:6, 15:7, 62:11, 69:1, 69:18, 69:20, 72:9, 72:20, 73:8, 73:12, 80:14, 108:17, 113:4, 120:9, 122:12
**questions** 5:16, 53:1, 96:2, 105:21, 110:13, 110:16, 110:17, 111:7, 111:10, 116:18, 116:21, 127:24
**quit** 15:12
**quite** 28:1, 41:10, 41:22, 42:4, 42:17, 44:10, 47:15, 48:21, 51:4, 56:2, 68:6, 68:9, 69:23, 88:23, 89:1, 96:3, 100:5, 102:4, 105:19, 109:18, 113:10, 117:21

< R >
**radio** 49:23, 49:24, 50:6, 50:8, 50:10, 64:1, 102:11, 102:13
**rain** 66:12
**raining** 41:14, 42:18, 66:22
**Raised** 11:15, 11:16, 13:22
**ramp** 78:11, 78:18
**ran** 44:1, 45:14
**rate** 27:11, 30:6, 30:12, 33:7

**rather** 6:1, 6:4, 22:17
**Re** 131:6
**read** 128:1, 129:2, 131:11
**reading** 131:14
**ready** 30:11, 33:13, 33:24, 34:13, 65:12, 78:21, 118:22, 118:23, 119:2
**real** 41:15, 90:11
**realized** 86:11, 86:12, 89:18
**really** 13:14, 13:16, 22:15, 27:22, 35:8, 50:24, 51:3, 51:6, 56:6, 63:18, 64:7, 66:16, 66:18, 78:3, 89:1, 91:7, 99:21, 112:7, 117:16, 117:18, 119:11, 120:7, 125:1, 125:21
**rear-ended** 41:23, 42:2
**rearview** 81:21, 87:14, 88:11
**reason** 6:11, 20:9, 20:16, 21:22, 80:24, 117:6, 117:13
**recall** 11:18, 23:18, 24:15, 27:7, 54:23, 57:10, 58:5, 62:24, 94:1, 97:7, 100:22
**recalls** 73:11
**recent** 122:4
**recess** 58:22
**reckless** 44:2, 44:7
**reckon** 110:6
**recognize** 55:11, 56:5, 76:23
**recollection** 66:7, 70:3, 73:4, 73:15, 74:11, 76:9, 106:9, 110:8
**record** 5:10, 58:19, 58:20, 58:23, 80:13, 128:5
**records** 110:12
**recover** 102:15, 103:1
**recovered** 101:20
**reduced** 44:8, 44:10, 130:8
**reflect** 80:13
**reflection** 113:19, 113:24
**reflective** 113:12
**reflectors** 113:11, 113:17
**regard** 12:13, 24:12
**Registration** 130:28
**regular** 26:7, 64:10
**related** 18:16
**relationship** 9:23, 12:17, 15:21, 15:24, 120:6
**relative** 130:15
**release** 36:12, 94:2
**released** 39:23, 43:3
**remained** 25:20
**repeat** 5:20, 20:3, 111:9
**rephrase** 5:21
**REPORTED** 1:35
**Reporter** 4:5, 4:15, 6:1, 15:6, 131:29
**Reporting** 4:16
**represent** 4:4, 4:24, 5:2, 5:15
**representative** 116:7
**require** 27:14, 27:20
**required** 53:10
**requirements** 24:12
**rescue** 54:15, 54:18, 57:17, 68:7, 94:24
**residence** 9:15
**responsibilities** 29:22
**responsible** 127:5
**rest** 57:19, 70:10, 70:18, 70:21, 71:4, 73:18, 74:4, 76:23, 78:18, 88:7, 88:8, 103:24, 112:10
**restart** 84:10, 84:12, 86:13, 90:15
**result** 40:17, 42:23, 86:8, 98:9
**Retained** 3:12
**retire** 21:1
**retired** 21:5
**return** 63:5, 131:19
**returned** 52:8
**review** 8:7
**reviewed** 8:4
**revoked** 40:17
**Richmond** 2:19, 2:30, 51:11, 111:6
**rid** 45:22, 46:1
**Ridge** 37:18, 60:20, 60:23
**right-hand** 70:23, 71:3, 78:24
**ring** 120:19
**rise** 112:1, 112:2, 112:5, 112:7
**River** 18:2, 19:24, 20:5
**roadblock** 74:14, 106:21
**roadway** 66:15, 66:24, 67:2, 70:4, 71:13, 73:20, 74:2, 75:23, 77:4, 79:8, 82:20, 82:21, 96:21, 97:10, 97:12, 98:5, 103:18, 111:18, 115:11
**Roanoke** 1:3, 1:32, 2:7, 2:40, 4:5, 20:22, 20:23, 29:1, 43:5, 43:7, 48:9, 61:2, 119:24, 130:4, 130:19
**Robinson** 1:28, 2:4, 2:10, 4:9, 4:18, 15:17, 43:6, 52:24, 69:12, 69:19, 72:17, 72:20, 73:7, 80:13, 82:14, 83:11, 95:8, 110:19, 110:22, 128:1, 131:4, 131:19
**Rock** 14:3, 14:6, 14:7, 17:14, 18:22, 18:23, 19:3, 21:8, 21:10
**Rockbridge** 40:13, 40:14, 43:20, 43:21, 100:12
**Rocky** 92:4, 92:6
**rode** 21:11
**roll** 104:19
**Ronnie** 12:15, 12:16, 13:6, 13:18, 13:24, 14:23, 15:12, 16:3, 17:1, 17:5, 17:6, 18:4, 117:11
**room** 105:10, 109:24
**rough** 51:2, 51:17, 51:22, 118:10
**route** 48:4, 100:11
**row** 29:5
**RPR** 1:35, 130:5, 130:24, 131:28
**rude** 121:3
**run** 24:9, 33:1, 55:5, 70:12, 123:24
**running** 23:22, 24:4, 113:7, 113:10

**< S >**
**S-L-O-A-N** 9:9
**S10** 45:21, 46:6, 46:9
**safe** 81:11, 83:4
**Salem** 1:30, 2:6
**Salinas** 1:15, 2:36, 4:12, 4:22, 5:15, 116:8
**SANDS** 2:27
**Saturday** 62:7, 62:14
**Saturdays** 35:8,

62:5
saw 59:14, 71:12, 73:20, 82:24, 84:3, 86:14, 88:22, 90:19, 90:20, 91:14, 91:16, 96:21, 106:2, 111:17, 112:6, 112:15, 112:19, 113:19
saws 36:17
saying 28:8, 51:4, 69:5, 70:20, 78:14, 79:22, 83:16, 86:22
says 7:6, 80:14
scattered 101:24
scene 54:16, 55:16, 55:21, 68:3, 68:11, 106:11, 109:22
School 17:23, 18:1, 18:21, 18:22, 19:9, 19:10, 19:12, 19:23, 20:9, 20:12, 20:19, 21:7, 21:11, 21:12, 21:13, 21:16, 21:19, 22:6, 22:7, 22:14, 22:15, 22:18, 22:20, 23:3, 23:11, 23:13, 35:14, 35:18, 36:12, 37:20, 52:19, 52:21, 53:6, 53:10, 118:3, 118:7, 119:20, 119:22
school-related 37:6
schools 22:24
screen 103:5
seat 40:7, 40:14, 40:15, 42:14, 67:4, 90:23, 91:1, 91:2, 91:3, 91:5, 93:11, 94:19, 126:5
seated 116:20
Second 15:1, 41:17, 41:18, 41:19, 71:22, 72:4, 77:18, 86:18, 89:15, 94:20, 97:22, 98:9, 99:8, 99:16, 105:23, 109:7, 109:9, 122:1,

127:16
seconds 76:17, 81:19, 86:22
Security 7:3
seeing 68:22, 87:13, 92:24, 93:2, 93:3, 93:4, 93:5
seek 42:24, 44:17
seen 16:1, 17:4, 17:5, 68:20, 70:7, 72:13, 76:8, 76:16, 79:9, 79:13, 79:17, 81:17, 87:21, 88:15, 89:9, 97:18, 100:13, 113:11, 115:12, 115:20, 124:15, 126:24
sells 124:2
send 39:14, 100:3, 122:3, 122:4
senior 17:24
sent 29:5, 29:8, 29:20, 38:12, 50:24, 51:1, 100:4
September 23:20
serious 120:5, 120:7
service 28:2, 28:5, 28:9, 38:10, 38:23, 121:7
services 29:17, 38:17, 38:18
set 8:4, 24:7, 33:15, 34:11, 68:18, 89:10, 92:18, 102:11, 130:18
setting 81:9, 124:17
seven 14:11, 14:15, 14:17, 14:18, 15:10, 15:11, 28:1, 29:4
several 89:8, 95:23, 96:19, 99:22, 108:13
severe 81:15, 82:3
sewing 24:3, 24:8
share 49:10
sharpen 64:6

Sheet 131:15, 131:17
shift 32:9, 41:3, 43:24, 44:15
shine 71:6
shock 105:18, 109:18
shooken 86:17, 91:24, 92:17
shop 33:21, 35:22, 36:3
Shopping 18:13
short 39:1, 107:24, 108:1
shorthand 130:8
show 76:18, 118:19
showed 119:13
shower 65:11, 66:5, 118:23
showers 16:10
showing 77:12
sick 51:3, 51:13, 51:24
side 7:24, 33:22, 61:5, 65:24, 75:8, 75:14, 79:7, 82:10, 82:12, 82:20, 82:21, 83:3, 83:18, 83:21, 83:22, 86:4, 95:14, 107:4, 113:7, 113:8, 113:12, 113:13, 113:16, 125:21, 126:3, 127:2
sight 112:4
sign 32:18, 128:2, 131:11, 131:17
SIGNATURE 129:1, 131:18
significant 85:3
Silverado 45:3, 45:17, 45:22, 60:8
Simply 131:14
Sincerely 131:24
sister 17:5, 17:18
sisters 17:3
sit 65:1, 70:2, 92:16
sitting 52:5, 90:24, 97:6, 97:14, 98:1

six 30:17, 30:21, 34:18
six-week 36:7
Sixth 19:5, 19:20, 19:22
skid 106:23
slammed 71:8, 71:9, 74:16, 74:20, 74:23, 75:21, 78:24, 104:3, 106:16
slid 75:3
slide 75:1, 91:4
slides 112:3
sliding 75:22, 116:1, 116:2
slightly 88:5
Sloan 9:5, 9:7, 9:10, 9:16, 9:17, 9:23, 16:7, 16:12, 125:6, 125:8
slow 14:14, 70:11, 103:24
slowed 104:3, 114:21
small 55:4
SMC 1:12, 2:15, 5:3, 116:12, 123:6, 123:9, 123:10, 131:6
smoke 39:19
Snuffer 32:12, 90:7
Social 7:3
socially 35:1
somebody 68:5, 68:8, 95:5, 95:22, 96:1, 100:3
somehow 92:7, 93:20, 126:19
someone 54:9, 59:15, 62:21, 91:22
someplace 126:21
sometime 13:9
Sometimes 33:14, 72:2, 72:9, 118:24
Somewhere 13:11, 28:24, 29:8, 34:10, 83:10
son 9:16

Sorry 4:6, 8:19, 8:24, 9:6, 19:11, 19:15, 23:23, 28:16, 31:11, 57:5, 62:13, 67:17, 69:2, 72:8, 125:7
sorts 98:24
South 2:18, 67:11, 80:5, 80:7, 82:21, 83:21, 83:23, 87:23, 97:2, 111:23
southbound 76:24, 107:4
specific 20:16, 21:22
specifically 37:1, 38:15, 58:14
specified 130:14
speed 40:15, 70:9, 70:15, 70:17, 85:10, 121:15
speeding 40:6
speedometer 115:6
spell 9:8, 28:18
spend 47:17
spider 125:21
spidered 86:14
Spiderwebbed 85:24, 86:1
spoke 14:11, 14:12, 18:2
spoken 14:15, 116:6, 116:10, 116:14
sports 35:15
spot 80:15, 80:17, 81:11, 83:4
squad 68:8, 95:1
squares 77:8
stalled 84:8, 85:10
Standard 20:7, 20:8, 49:23, 49:24, 50:6
standing 25:10, 25:15, 98:23, 115:17
stands 125:18
start 23:18, 33:11, 34:12, 45:23, 89:22,

92:9, 118:21
started 19:1, 21:10, 23:19, 31:16, 31:20, 32:3, 34:24, 90:6, 118:20, 120:11
starting 23:6, 31:6, 67:10
state 44:5
statements 123:9
STATES 1:1
statute 53:2
stay 26:15, 33:15, 35:24, 57:24, 63:20, 63:23, 64:2, 78:24
stayed 13:15, 16:13, 52:23, 63:2, 63:13, 63:18, 79:2, 118:9
staying 25:20
steering 94:11, 94:13, 98:12
stepfather 12:13
sticker 113:17, 123:23, 124:5, 124:8
stickers 113:12, 113:24
sticky 110:5
stop 6:11, 14:24, 41:20, 41:21, 57:22, 106:18, 106:20, 115:9, 116:4
stopped 85:8
stops 106:13
story 68:18
straight 38:12, 48:20, 74:7, 74:9, 74:12, 88:3, 88:13, 88:16, 111:24
Street 2:18, 2:28, 48:13, 48:16, 48:21
struck 71:13, 87:2
student 22:6, 22:8, 22:10
stuff 16:11, 25:4, 25:21, 26:1, 27:15, 27:16, 27:19, 32:23, 35:10, 35:23, 36:24,

37:4, 53:3, 55:6, 64:6, 70:13, 96:7, 101:24, 102:1, 108:3, 110:2, 118:14, 125:14, 125:15, 125:16
subject 22:14
sued 59:11, 59:17, 116:8
suggest 58:18
Suite 1:31, 2:29
Sunday 65:2
supervisor 24:15, 27:7, 32:11, 89:21, 104:16
supposed 63:5, 70:11, 118:20
surface 66:24
surgery 16:10
surrounding 110:1
suspended 20:9, 40:16, 107:15, 107:16
swerve 74:18
switch 85:14
sworn 5:5, 5:7

< T >
T-E-C-H 26:21
table 36:17
Tacoma 46:23, 47:7, 49:21, 123:18, 124:10, 124:16
tact 86:2, 86:5
taken. 58:22
talked 18:18, 38:14, 50:15, 55:18, 55:24, 68:8, 105:17, 121:23, 121:24, 123:5
tax 46:10
teach 36:5, 36:16
Team 1:36
technically 28:4
telephone 102:24
temp 28:2, 28:5, 28:9, 29:17, 38:10,

38:17, 38:18, 38:23, 39:5, 39:7, 39:23
temp-to-hire 39:11
temporary 28:20, 30:17, 38:14, 39:11
ten 109:24
ten-minute 58:19
Teresa 12:3
test 22:3
testified 5:9, 69:14
testimony 83:11, 87:10, 89:11, 103:15, 103:22, 104:9, 112:15, 118:2
text 67:9
themselves 4:17
thick 66:18
thinking 13:9, 94:4
thinks 73:9
third 41:17
though 121:7
thread 24:7
Three 41:11, 52:13, 52:14, 52:16, 57:12, 64:16
Throughout 6:9, 56:3
Thursday 63:10
ticket 40:7, 40:14, 40:15, 42:14, 44:6, 44:7, 44:12
tickets 40:4, 40:6, 40:9, 40:17, 42:19
Tiffany 9:16, 9:18
tired 121:3
today 8:3, 10:23, 54:13, 65:1, 68:13, 70:2, 120:14
Took 5:17, 12:23, 13:1, 13:3, 13:22, 18:24, 22:3, 23:12, 25:22, 30:13, 46:19, 47:14, 58:8, 58:14, 59:15, 60:5, 60:10, 61:7, 61:21, 69:10, 83:2, 93:14, 99:20, 118:23, 125:13
Tool 27:15

toolbox 101:18, 102:1
tools 34:6, 36:6, 101:21, 102:6, 102:9
top 96:1, 112:5, 114:2
tore 125:1
total 30:20
totaled 45:6, 45:15, 46:16, 47:4, 91:10
totally 53:4
touched 124:22, 125:2
toward 61:5, 88:6
towards 61:2, 75:22, 79:19
towed 73:16, 113:5, 126:21
towing 73:9, 113:1, 113:8, 125:13, 127:2
town 10:10, 55:5
Toyota 45:20, 45:24, 46:2, 46:20, 46:23, 49:21, 123:17, 124:10, 124:15, 125:17
tractor 72:11, 72:13, 73:5, 73:16, 73:19, 74:1, 74:2, 74:9, 77:17, 77:18, 97:21, 98:4, 103:17, 122:18
tractor-trailer 72:10, 83:8
tractor-trailers 72:3, 113:15
tractors 72:16, 75:17, 76:11, 101:3, 103:17, 104:6
trade 22:24
traded 45:24, 46:12
traffic 40:3, 50:15, 67:22, 100:22, 104:10
trailer 71:18
train 32:22
Training 32:20

transcribed 130:9
transcript 130:11, 131:11, 131:13, 131:18
transmission 84:8
Transport 1:12, 2:15, 4:11, 5:3, 116:12, 123:6, 123:9, 123:11, 131:6
transported 54:24, 55:8, 109:12
travel 67:2, 78:21, 100:11
traveling 103:22
travelled 77:1
treatment 53:10
trees 77:11
Trial 1:36
tried 12:21, 35:7, 60:9, 81:17, 88:24, 89:22, 90:4, 90:15, 92:9, 92:10, 105:22
trip 109:21
trooper 44:5, 68:3, 95:20, 96:2, 105:1, 105:3, 105:4, 105:5
trucking 116:7, 116:12, 123:14, 123:16
trucks 34:3, 71:20, 71:21, 71:24, 72:1, 122:22
true 130:11
truth 5:7, 5:8
Try 15:4, 72:19, 72:22, 77:13, 89:3, 89:6, 99:24, 106:24, 107:5, 107:6, 111:9, 114:13
trying 15:5, 38:19, 60:7, 69:2, 84:3, 85:20, 86:13, 89:8, 93:21, 93:22, 104:21, 106:2, 106:18, 106:20, 108:2, 115:8
tuck 91:2, 91:4
turn 48:19, 64:1,

75:8, 106:18
turned 21:17, 21:20, 39:22, 52:7, 119:14
turning 85:13
turns 70:19
twice 58:4, 92:10
twisted 126:1
Two 14:22, 15:10, 25:1, 25:11, 28:3, 29:5, 30:14, 38:3, 39:21, 40:6, 43:14, 54:24, 55:13, 57:24, 60:7, 62:15, 64:10, 71:20, 71:21, 71:24, 72:1, 72:15, 75:17, 76:10, 77:8, 93:7, 99:17, 100:4, 104:6, 106:1, 109:1, 117:23, 125:21
two-wheel 46:7, 46:9, 46:11
two. 29:16
Tyler 31:10, 31:12, 31:13, 34:17, 34:21, 35:1, 57:9
type 16:16, 22:6, 23:23, 25:18, 54:7, 63:20

< U >
ultimately 81:5
unable 87:5
unclear 83:12
uncles 17:3
unconscious 99:5, 109:17
understand 5:20, 6:7, 10:15, 13:12, 15:5, 25:12, 28:7, 30:16, 39:13, 51:23, 69:1, 79:24, 82:13, 106:16, 112:15, 117:6, 117:10, 118:1, 118:16
understanding 93:10, 103:21,

115:23, 118:12
understood 5:23, 116:7, 116:11
UNITED 1:1
Until 6:17, 11:24, 14:11, 21:8, 21:20, 48:9, 52:7, 67:15, 67:24, 103:8, 118:3, 118:7, 119:12, 123:24
using 16:23, 38:9, 67:7

< V >
v. 131:6
valid 107:20
van 68:21, 68:23, 106:11
various 36:6
vehicles 41:11, 45:16, 45:19, 67:20, 67:21, 73:24, 74:12, 75:23, 82:8, 93:7, 106:10, 108:3, 124:2
verbally 6:1
versus 4:10, 22:14
Via 131:4
Video 4:5, 4:16
VIDEOGRAPHER 4:3, 4:4, 5:4, 5:10, 58:20, 58:23, 128:5
violations 50:16
Virginia 1:2, 1:32, 2:7, 2:19, 2:30, 2:40, 4:5, 9:2, 38:22, 38:24, 130:3, 130:6, 130:19
visibility 66:15
visit 56:21, 57:2
volunteer 15:18

< W >
W. 2:10, 2:33
Wait 6:17
waited 21:20

**wake** 65:7
**walk** 16:19
**walked** 124:22, 125:1
**walker** 16:23
**wanted** 12:18, 105:12
**wanting** 38:12
**wants** 95:8
**Warper** 23:22, 23:24, 24:1, 24:4, 30:1
**watch** 24:9, 126:18, 126:19
**watching** 115:15
**wear** 39:17
**weather** 66:10
**WEBB** 2:38
**webbed** 125:21
**Wednesday** 1:24, 63:10
**week** 29:16, 49:15, 49:16, 63:8
**weekend** 62:19, 63:12, 64:7
**weeks** 25:1, 25:11, 30:14, 39:10, 60:8
**welding** 36:19
**Wendy** 57:16, 58:3
**WESTERN** 1:2
**wet** 66:21, 66:24
**whatever** 36:10, 36:13
**wheel** 94:12, 94:13, 98:12
**wheelchair** 16:21
**WHEREOF** 130:18
**Whereupon** 4:2
**wherever** 95:6
**whether** 62:6, 62:24, 80:14, 94:1, 97:20, 98:19, 123:5, 124:4, 124:19, 126:12
**White** 2:12, 4:20, 68:21, 68:22, 68:23, 87:1, 93:4, 93:5, 97:13, 98:4, 106:11

**whole** 5:8, 103:16, 103:19, 124:6
**wife** 11:6
**Will** 4:17, 5:22, 6:5, 15:6, 30:24, 77:13, 128:1
**window** 85:1, 104:19
**windows** 86:4, 125:17, 125:19, 126:2, 126:8, 127:1, 127:2
**windshield** 66:21, 80:11, 85:22, 86:14, 125:20
**withholding** 110:14
**within** 81:22
**WITNESS** 5:4, 8:21, 15:19, 19:17, 43:7, 69:13, 69:21, 72:19, 72:24, 77:9, 78:8, 80:22, 81:3, 82:16, 116:19, 116:22, 127:8, 127:10, 129:1, 130:9, 130:18
**woke** 65:3, 118:22
**women** 95:17
**wondered** 50:22
**wondering** 80:8
**Wonju** 48:13
**wood** 102:22, 102:23
**woodworking** 35:23, 36:21
**words** 67:10, 71:2, 98:11
**work** 12:22, 16:18, 18:4, 18:7, 18:8, 18:9, 23:10, 24:21, 27:24, 28:4, 30:8, 30:20, 30:24, 31:21, 35:3, 35:4, 35:7, 35:9, 36:12, 38:5, 38:13, 38:21, 56:8, 62:15, 62:18, 63:3, 63:4, 63:5, 63:8, 65:3, 65:12, 84:20,

92:3, 100:7, 100:12, 103:3, 118:24, 122:1
**worked** 20:22, 21:6, 29:4, 30:10, 30:18, 34:22, 38:9, 38:17, 38:22, 41:2, 41:3, 43:24, 44:15, 57:16, 62:7, 84:21, 103:7
**workers** 54:15, 54:18, 95:24, 100:15
**working** 12:24, 23:8, 23:9, 23:10, 23:15, 28:2, 28:6, 32:13, 33:16, 34:14, 35:1, 43:10, 62:3, 64:3, 100:17, 110:6
**Workmen** 59:6
**works** 18:10, 18:14
**wreck** 15:16, 42:8, 56:14, 56:19, 60:3, 67:16, 68:21, 75:18, 76:17, 78:13, 89:19, 89:20, 90:9, 90:13, 91:21, 93:14, 100:1, 100:13, 105:13, 105:18, 125:12, 126:24
**wrecked** 45:23, 79:12
**write** 80:20, 81:4, 131:13, 131:14
**written** 105:21, 129:4

< Y >
**yard** 25:21, 60:6, 124:18, 125:18
**yards** 111:22, 112:3
**yarn** 24:13
**Year** 17:24, 20:1, 23:19, 31:18, 32:1, 65:17, 65:19, 124:1, 124:6
**years** 10:4, 10:10, 13:3, 13:7, 14:10, 14:11, 14:16, 14:17,

14:18, 15:10, 15:11, 16:9, 17:17, 18:3, 117:8
**yellow** 113:15
**yesterday** 107:13, 107:19, 108:1, 108:6
**yourself** 59:11, 94:7, 94:9

< Z >
**zip** 8:16