IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON LESTER | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 7:15-CV-665 |
| SMC TRANSPORT, LLC AND ISRAEL | § | |
| MARTINEZ, JR. AND SALINAS | § | |
| EXPRESS, LLC | § | |
| | § | |

ORAL AND VIDEOTAPED DEPOSITION
ISRAEL MARTINEZ, JR.
April 18, 2016

ORAL AND VIDEOTAPED DEPOSITION OF ISRAEL

MARTINEZ, JR., produced as a witness at the instance of

the Plaintiff and duly sworn, was taken in the

above-styled and numbered cause on April 18, 2016, from

12:41 p.m. to 5:19 p.m., before Annette E. Escobar,

Certified Shorthand Reporter in and for the State of

Texas, reported by computerized stenotype machine at the

offices of La Posada Hotel, La Posada Hotel, 1000 Zaragoza

Street Laredo, The Blue Bonnet Conference Room, Texas,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record or attached hereto.

Exhibit C

```
 1                    APPEARANCES

 2   ATTORNEY FOR PLAINTIFF:

 3           Johneal M. White
             Victor Skaff
 4           GLENN ROBINSON & CATHEY, PLC
             400 Salem Avenue, Suite 100
 5           Roanoke, VA  24016
             Telephone: 540.757.2200
 6           Fax:  540.767.2220
             E-mail: jwhite@glennrob.com
 7

 8   ATTORNEY FOR DEFENDANT:

 9           Lawrence A. Dunn
             MORRIS & MORRIS, P.C.
10           11 South 12th Street, 5th Floor
             Richmond, VA  23219-1998
11           Telephone: (804) 344-8300
             Fax:   (804) 344-8359
12           E-mail: ldunn@morrismorris.com

13   ATTORNEY FOR DEFENDANT:

14           David W. Hearn
             SANDS ANDERSON PC
15           1111 East Main Street, Suite 2400
             Richmond, VA  23219-1998
16           Telephone: (804) 783-7285
             E-mail: DHearn@SandsAnderson.com
17
     ATTORNEY FOR DEFENDANT, SALINAS EXPRESS, LLC:
18
             Daniel P. Frankl
19           FRANKL, MILLER & WEBB, LLP
             1711 Grandin Road
20           P. O. Box 4126
             Roanoke, VA  24215
21           Telephone: 540.527.3515
             Fax:  540.527.3520
22           E-mail: dfrankl@franklmillerwebb.com

23   ALSO PRESENT:

24           Frank Estrada, Videographer

25
```

1                        INDEX

2    WITNESS:                                      PAGE

3              ISRAEL MARTINEZ, JR.

4              Examination by Ms. White           4,145

5              Examination by Mr. Dunn        110,145,148

6              Examination by Mr. Frankl        112,147

7    Witness Signature                             150

8    Court Reporters Certification                 151

9

10

11                       EXHIBITS

12   NO.           DESCRIPTION                    PAGE

13   2        Application for Employment          30

14   3        Facebook Pages                      36

15   4        Family Photograph                   53

16   5        Aerial Photograph of Rest Area      60

17   6        Photograph Do Not Enter Wrong Way   92

18

19

20

21

22

23

24

25

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2    Whereupon,

 3    12:41 P.M.

 4                    THE VIDEOGRAPHER:  We are on the record.

 5    Today's date is April 18th of the year 2016.  The time is

 6    approximately 12:41 at noon, and you may proceed with the

 7    deposition, please.

 8                    ISRAEL MARTINEZ, JR.,

 9    having been first duly sworn, testified as follows:

10                           EXAMINATION

11    BY MS. WHITE:

12        Q    Mr. Martinez, my name is Johneal White and I

13    represent Brandon Lester in this lawsuit that we're here

14    about today.

15                    Can you state your full name for the

16    record.

17        A    Israel Martinez, Jr.

18        Q    And what's your current address?

19        A    Confidential .

20        Q    And you live there with your wife Lilly?

21        A    Yes, ma'am.

22        Q    And that's in Zapata?

23        A    Yes, ma'am.

24        Q    Does anyone else live there with you?

25        A    No, ma'am.
```

1     Q    Have you lived in Zapata your entire life?

2     A    Yes, ma'am.

3     Q    And are you currently employed?

4     A    Right now I am.

5     Q    Where do you work?

6     A    Contreras Trucking.

7     Q    C-O-N-T-R --

8     A    E-A-S-N-C-E-N, (sic.) I think.

9           MR. DUNN:  I'm sorry.  Spell that.

10         THE WITNESS:  C-O-N-T-R-E-N-C-E (sic.)

11    Q  (By Ms. White) Where are they located?

12    A    The company is located here in Laredo.  The

13 truck is parked down in Zapata.

14    Q    And you are driving a truck for them?

15    A    Yes, ma'am.

16    Q    And is it a tractor trailer type rig?

17    A    It is, but it's just like an belly dump.  It's a

18 whole different thing as a, the kind that I was using for

19 them.  I work for the, we're working on the highway right

20 now, working on the highway replacing the median of the

21 highway.

22    Q    So it's just local driving?

23    A    Yes, ma'am, it is.

24    Q    Is it the type of vehicle you attach a trailer

25 to?

1       A       Yes, ma'am.

2       Q       Do you keep that at your house?

3       A       No, ma'am.

4       Q       Where do you keep that?

5       A       It's parked at -- it is at the Villarreal

6    location down in Zapata.  It's just, like, a little yard

7    that we parked the truck at.

8       Q       How long have you been working with Contreras?

9       A       I just barely start.

10      Q       And do you know what month you started in?

11      A       I would say like -- I've been with them almost,

12   like, two weeks.

13      Q       Do you have a commercial license?

14      A       Yes, ma'am, I do.

15      Q       When did you first get your commercial driver's

16   license?

17      A       If I'm not mistaken, I think it would be 2001.

18      Q       Did you go to any sort of trucking school?

19      A       No, ma'am.

20      Q       Did you have any sort of experience driving a

21   truck before you applied for the license?

22      A       Yes, ma'am, I did.

23      Q       Tell me about your employment history since you

24   got a commercial driver's license.

25      A       When I started off, I started at Met-Loz; I used

1    to be like a lease worker.  That's where they showed me

2    how to drive the trailer -- the tractor.  That's where I

3    got my license at Met-Loz Lease Service.

4        Q     Where is that?

5        A     That's down at Zapata.

6        Q     And it's Med-Loz?

7        A     M-E-D-L-O-Z.

8        Q     How long did you work there?

9        A     Eleven years.

10       Q     And what did they do?

11       A     Oilfield.

12       Q     So you would drive a truck hauling oil?

13       A     I would try to help them out with the hauling

14   like tractors, equipment to the location, but it's all

15   going to be local.

16       Q     What caused you to leave that job?

17       A     It just went slow.

18       Q     And did you have another job after that?

19       A     Yes, ma'am, I did.  I worked for Key Energy.

20   That's a vacuum service.

21       Q     K-E-Y?

22       A     Yes, ma'am.

23       Q     What did you do there?

24       A     We would pick like water waste from the wells.

25       Q     And did you drive for them?

1      A      Yes, ma'am, I did.

2      Q      Where did you work after that?

3      A      After that I went for the gauging service.

4              MR. FRANKL:  I'm sorry.  What service?

5              THE WITNESS:  Gauging.

6              MR. FRANKL:  Okay.

7      A      I started out with my father-in-law.  He used to

8  have a company of gauging.  He's the one showed me how to

9  gauge, how to work in that kind of job.

10     Q      And what did you do?

11     A      On that one, just check the wells, pressures and

12 the static and everything.

13     Q      So did that involve driving at all?

14     A      No, ma'am, it didn't.

15     Q      What caused you to leave the Key Energy job?

16     A      I got laid off for the same thing, just went

17 slow.

18     Q      And do you know what time period you worked

19 there?

20     A      To be exact I don't, ma'am.

21     Q      And the gauging service, did that company have a

22 name?

23     A      Moncivais Gauging.

24              MR. FRANKL:  Could you spell that?

25              THE WITNESS:  M-O-N-C-I-V-A-I-S.

1      Q    (By Ms. White) How long did you work there?

2      A    I worked for them almost like three years.

3      Q    What caused you to leave that job?

4      A    I got another job on the, on trucking with

5  Movac.

6      Q    How do you spell that?

7      A    M-O, M-O-V-A-C.  It would be the same thing as

8  Key Energy, just hauling wastewater.

9      Q    Do you know how long you worked there?

10     A    For -- I worked for them almost like, I would

11  say almost three years.

12     Q    What caused you to leave that job?

13     A    Same thing, just laid off, slow on job.

14     Q    Where did you work after that?

15     A    After that I went back to gauging with Sundance.

16     Q    How long did you work there?

17     A    A year and a half.

18     Q    What caused you to leave that job?

19     A    What happened, they sold the wells to another

20  company that was Linn Energy and I got a contract with

21  C&D -- C&D.

22     Q    What caused you to leave that job?

23     A    That job what happened, they just had to let us

24  go because they was trying to sell more wells and it was

25  just like, there was not enough work for us.

1      Q    And is that when you started working for Salinas

2    Express?

3      A    No, I went for another job, La-Lomas.  L-A --

4    L-A-M-O-S.

5      Q    What did you do there?

6      A    Caliche, hauling caliche on the belly dumps.

7            MR. FRANKL:  I'm sorry, hauling what?

8      A    Caliche.  It will be like gravel for the

9    location when they're building up the location.

10     Q    (By Ms. White) And that was a driving job?

11     A    Yes, ma'am, it was.

12     Q    How long did you work there?

13     A    For them I worked like eight months.

14     Q    What caused you to leave that job?

15     A    I got a job with Salinas.  That's when I got my

16   job with Salinas.

17           MR. FRANKL:  Did you say a month or eight

18   months?

19           THE WITNESS:  Eight months.

20     Q    And who initially asked you to drive a truck for

21   Salinas Express?

22     A    Rudy.

23     Q    Rudy Salinas?

24     A    Yes, ma'am.

25     Q    Is he your cousin?

1     A     Yes, ma'am; second, I would say.

2     Q     Did you guys grow up together in Zapata?

3     A     Yes, ma'am.

4     Q     Tell me about the conversation you had with Rudy

5     when he asked you to come work for him?

6     A     He needed more drivers and he asked me, like, if

7     I was willing to work for them.  I didn't want to because

8     I didn't have that much experience working on the oil,

9     over the road, but he was going to show me for a couple of

10    weeks.

11              I guess when I started up he went with me

12    like two times on a trip.

13    Q     Before you went to work with Salinas Express had

14    you ever driven over the road?

15    A     No, ma'am.

16    Q     By over the road, do you understand that to mean

17    intrastate long haul trucking?

18    A     Yes, ma'am.

19    Q     How often did you do jobs for Salinas Express?

20    A     Couple of weeks.  I would say after when I got

21    in with them, I was able to like couple -- to be honest, I

22    don't know how many trips a day I made but I made several

23    trips.

24    Q     When did you make your first trip for Salinas

25    Express?

1                   MR. HEARN:  Can I just clarify that?  Do

2    you mean driving on his own or...

3                   MS. WHITE:  No.

4                   MR. HEARN:  Do you mean to include the time

5    he went with Rudy?

6        Q    (By Ms. White) Yes, the time you went, the first

7    time you ever went with Salinas Express.

8        A    The application that I made when I made my

9    physical and everything was in July.  I think that was

10   before that.  I think it was like in June.  I'm not sure,

11   to be honest.  I can't say exact date because --

12       Q    So the first -- some time maybe in June is when

13   you did your first trip?

14       A    Yes, ma'am.

15       Q    And Rudy went with you?

16       A    Yes, ma'am.

17       Q    Did you drive?

18       A    Yes, ma'am.

19       Q    Where did you guys go?

20       A    Mostly the trip that we were making was down to

21   Winchester, Virginia.

22       Q    And you believe that was before you had your

23   physical and drug test?

24       A    I did -- we made that trip.  Then after that

25   that's when I made my application with them.  We had to

1  set up like appointment for my physical and I think we

2  made one more trip.  That's when I went over to make my

3  physical.  Excuse me, but I went him, he went with me that

4  time too.

5      Q    And was the second trip also to Winchester that

6  you made with Rudy?

7      A    Yeah, I think so that was the second trip went

8  to Winchester and after that we took off from Winchester.

9  We took off to Colorado, I think, but that was the second

10 one.

11     Q    The first trip to Winchester, do you know what

12 you were hauling?

13     A    Yes, ma'am.  Home Depot, cabinet for the sink

14 for restrooms.  It was just cabinets.

15     Q    And is that also what you were hauling on the

16 second trip to Winchester?

17     A    Yes, ma'am, it was the same thing.

18     Q    From Winchester you guys went across to

19 Colorado?

20     A    Yes, ma'am.

21     Q    Do you know what you were hauling then?

22     A    No, ma'am, I sure don't.  I don't remember, to

23 be honest.

24     Q    And so after those two trips with Rudy, you

25 started doing trips by yourself?

1      A     Yes, ma'am, I did.

2      Q     And tell me all the places you can remember that

3  you drove a Salinas Express tractor?

4      A     On the first trip that I made, we made, there

5  were a couple of us, they didn't send me by myself.  There

6  were couple of trucks.  One was with Eddie Lozano and

7  when -- well, we were in different trucks, right, but we

8  were going to the same place.

9      Q     So you guys would drive together but in separate

10  --

11     A     In separate trucks, yes, ma'am.  That was my

12  third trip I made over to Winchester.  After that we keep

13  on going to Winchester.  That was mostly the trip that we

14  were making, down to Winchester, and we would go to, they

15  would send us to, after that they would send us to Ohio,

16  Michigan, New Jersey.  What was the other state?

17  Tennessee.  I think that would be it.  I'm not sure.

18     Q     Were you almost always driving sort of in tandem

19  with another Salinas Express truck?

20     A     No.  You're saying like with somebody else with

21  me, another truck in front of me, or what?

22     Q     Yeah.

23     A     No.  There were some times, when there were like

24  two trips going to the same place they would send two

25  trucks at the same time, but it was just like very rare.

1    Q    Did you always drive the same truck?

2    A    No, ma'am.

3    Q    Do you know how it was determined what truck you

4  would drive?

5    A    They would tell me, Rudy would tell me.

6    Q    Would Rudy also tell you what your destination

7  was?

8    A    Yes, ma'am.

9    Q    Did you keep a log for those trips?

10   A    Yes, ma'am, we did, but we usually left it at

11  the truck.  It would usually be at the truck.  When we end

12  our trip, we left all the paperwork and lock up everything

13  in the same place at the truck, the truck that we were

14  using.

15   Q    Do you have a copy of a log for the trip for the

16  accident in October?

17   A    No, ma'am, I left it in the truck.

18   Q    In which truck?

19   A    The one that I left in the truck was the one the

20  accident on the SMC, I left those logbooks and my -- the

21  ticket that I received that time.

22   Q    With the SMC tractor?

23   A    Yes, ma'am.

24   Q    Do you know who has them?

25   A    No, ma'am, I sure don't.

1     Q    No one has told you that they have them?

2     A    No, ma'am.

3     Q    So when you would drive for Salinas Express who

4 owned the truck that you would drive for them?

5     A    It was like, to be honest, I don't know because

6 that company, the one that runs, Rudy and one of his

7 sisters, I don't know who would be the owner for that

8 truck.  But I know it was them because Rudy was in charge

9 for giving the paperwork and everything.

10    Q    So Salinas Express was run by Rudy?

11    A    Yes, ma'am.

12    Q    And also one of his sisters?

13    A    Yes, ma'am.

14    Q    What's her name?

15    A    Sylvia, I don't know, to be honest.

16    Q    Sylvia Ramirez maybe?

17    A    I think, yes, ma'am.  I usually talk more with

18 Rudy than with her.

19    Q    Did Rudy call you when you were on the road,

20 sort of check in with you?

21    A    Yes, ma'am.

22    Q    Was there any other system inside the truck that

23 would sort of keep track of where you were at?

24    A    GPS, that was the only thing we had.

25    Q    How would you pay for fuel when you were driving

1   a Salinas Express truck?

2        A     The first trip they would give us cash and when

3   we arrived for the destination they would send us like a

4   picture on our phone and they would send us like a T

5   check.  It would be like several numbers on the phone that

6   we can be able to cash it in like, Flying J, Pilot or

7   Loves.

8        Q     And would you consistently use one truck stop or

9   did you use different ones?

10       A     It depends.  We usually used Loves but in --

11  there were some part that we couldn't able to get to a

12  Love and we just go ahead and use Flying J or Pilot, but

13  it was just like we usually with Loves.

14       Q     So you would get like a code on your phone and

15  then you just show that to the people at the truck stop?

16       A     Yes, ma'am, correct.

17       Q     It's sort of an account that pays for the gas?

18       A     Yes, ma'am.

19       Q     Who would determine the route that you would

20  take?

21       A     No one.

22       Q     It's just sort of up to you?

23       A     We just follow the GPS.

24       Q     And is the GPS installed on the truck or is that

25  something that you had personally?

1      A     No, it was already installed on the truck, they

2    bought it.

3      Q     Do you know how many tractors Salinas Express

4    owns?

5                MR. HEARN:  To clarify, owns now?

6      Q    (By Ms. White) Currently.

7      A     Okay.  Because I really don't know.  Right now

8    each, let's say brothers and sisters, they got one.  I

9    don't know which one belongs which one.

10      Q     They each have one?

11      A     Yes, ma'am, and they all like Salinas Express.

12                MR. DUNN:  I'm sorry, they're all what?

13                THE WITNESS:  They're on the same company,

14    they all have the same label.  So that's why we don't know

15    which one, which one.  The only time that I find out is

16    when I use Roy's because he was the one paying me when I

17    had to use his truck.  But after that, I don't know how

18    many trucks they got or what.

19      Q    (By Ms. White) Do you know how many trucks there

20    are currently that have Salinas Express written on the

21    side?

22      A     There's five that Salinas Express property and

23    they're two that they lease with Salinas Express.  About

24    seven trucks in total, more or less.

25                MR. FRANKL:  I'm sorry, you said there's

 1    five with what?

 2                    THE WITNESS:  They're -- there's Salinas

 3    property, let's say they own five trucks from all the

 4    brothers, and there are two trucks that got leased with

 5    somebody, somebody else truck.

 6                    MR. FRANKL:  But it says Salinas Express?

 7                    THE WITNESS:  It says Salinas Express, yes,

 8    sir.

 9        Q    (By Ms. White) When did you stop working for

10    them?

11        A    I stopped working with them, maybe it was, I

12    would say like three months ago.

13        Q    We're here in April, so maybe in January?

14        A    Yeah, I think so it was in January, something

15    like that.

16        Q    What caused you to stop working for Salinas

17    Express?

18        A    What happened is because I was checking because

19    it was -- I just went over and asked them that I need my

20    logbooks because they needed me for another trip and I was

21    looking for my book.  And when I went -- when I called

22    them and asked them, they told me they didn't know where

23    it was at.  That's when I just like, I didn't -- I just

24    back up.  I didn't want to go.

25        Q    You felt uncomfortable working there?

1     A     Yes, because I was looking for my own stuff and

2     I couldn't find my papers.

3     Q     So from June 2015 until you stopped working

4     there in about January 2016, did they also have seven

5     trucks during that time that they either owned or leased?

6     A     I think they only had, because they just barely

7     bought like two of them.  I think they had five.

8     Q     Okay.  During the time you worked there they

9     might have acquired two additional trucks?

10     A     Yes, ma'am.  I think.  I'm not sure.

11     Q     When you were given a job to do were you told

12     like how long you had to accomplish, like when your

13     delivery date was?

14     A     Yes, ma'am.

15     Q     Was there any rule about passengers in the truck

16     with you?

17     A     They never told me nothing about that.

18     Q     And just to clarify, you did not own any of the

19     tractors used by Salinas Express?

20     A     No, I didn't.

21     Q     Have you ever owned your own tractor?

22     A     No, ma'am, I didn't, I don't.

23     Q     You were paid by Salinas Express in cash?

24     A     Yes, ma'am, I was.

25     Q     And would your wife Lilly pick that up for you

1  most of the time?

2      A     She did like two or three times because I wasn't

3  here and she, let's say she needed money, and she would

4  ask me, I would just tell her to go pick them up.

5      Q     And that would be at the Salinas Express yard?

6      A     Yes, ma'am.

7      Q     Mostly from Rudy?

8      A     Yes, ma'am.

9      Q     How was it determined what your rate of pay

10 would be?

11     A     The pay that she would get, it only would be

12 only the trip I took, the fist trip that I made.  That

13 would be the only, the only pay that she would get.

14     Q     But who, who set the rate?  Like determined

15 you're going to get paid X for this trip?

16     A     Oh, Rudy.

17     Q     Rudy.

18     A     Yes, ma'am.

19     Q     And was it based upon a certain rate or the

20 miles you traveled or --

21     A     It goes by the mile.

22     Q     And do you know what that rate was?

23     A     No, ma'am, I sure don't.

24     Q     Did you, you did not negotiate the rate with him

25 at all?

1       A    You're saying like the mile, by the mileage?

2       Q    Yeah.

3       A    Oh, yeah, it was 40 cents a mile.

4       Q    Forty cents a mile?

5       A    I thought you were talking about the whole

6   amounts.

7       Q    So he paid you mileage?

8       A    Yes, ma'am.

9       Q    And would he pay you for extra things on top of

10  the mileage?

11      A    No, ma'am.

12      Q    Okay.  And is that, is that something he just

13  sort of dictated to you, said, I'll pay you 40 cents a

14  mile?

15      A    Yeah.

16      Q    Were there any expenses for the tractor that you

17  had to pay for yourself?

18      A    No, ma'am.

19      Q    And did you ever use any of the Salinas Express

20  tractors to haul a load for a different company?

21      A    No, ma'am.

22      Q    During the time you worked for Salinas Express

23  did you have any other jobs?

24      A    No, ma'am.

25      Q    And fair to say that Salinas Express is in the

1    business of hauling, you know, carrying loads?

2        A    Uh-huh.

3        Q    They're a truck driving company?

4        A    Yeah, it is a truck driving company.

5        Q    Do they do anything else?

6        A    No, ma'am.

7        Q    Did they say why they were paying you in cash?

8        A    No, ma'am.

9        Q    Do you know how they paid other drivers?

10       A    I cannot say that I saw it but I just saw one,

11   we were two of us that were paid in cash.  We got there at

12   the same time, that's why.

13       Q    And who would that be?

14       A    The other driver was Richer, I think.  It was

15   Richer Vela.

16       Q    How do you spell that?

17       A    Richer is R-I-C-H-E-R.  Vela is V-E-L-A.

18       Q    Do you know where he lives?

19       A    Oh, he lives in San Antonio.

20       Q    And did you ever drive like with him, two trucks

21   going to same place?

22       A    With that same guy?

23       Q    Yeah.

24       A    Yeah, we did.

25       Q    How many times did you do that with him?

1     A    Just once.

2     Q    Do you know where you guys went?

3     A    Yeah, Winchester.

4     Q    Who, to your knowledge, ever drove -- who would

5  regularly drive a Salinas Express tractor?

6             MR. HEARN:  Object to form.

7     Q  (By Ms. White) Do you know who were regular

8  drivers for Salinas Express?

9     A    The drivers?

10     Q    Yeah.

11     A    Yes, ma'am, I do.

12     Q    Who is that?

13     A    Used to be Leo Garza.  L-E-O Garza.  The other

14  one was that same guy Richer.

15             MR. FRANKL:  Other -- I'm sorry, the other

16  one was?

17     A    Richer Vela.  Richer.  The other one was Martin,

18  Martin.

19     Q    Do you know his last name?

20     A    Gavilan.  Kind of difficult to spell that name,

21  Gavilan.

22     Q    Gavilan?

23             MS. WHITE:  G-A-V-I-L-A-N.

24     Q  (By Ms. White) Anyone else who you know who

25  regularly drove for Salinas?

1      A      Eddie Lozano.  And it was Roy or his brother.

2      Q      Roy Salinas?

3      A      Roy Salinas, Rudy and --

4      Q      Rudy Salinas?

5      A      Yeah, and I don't know, they got somebody else

6   right now.

7      Q      What about Ruben Salinas Jr.?

8      A      He was like in and out.  He had his own truck

9   too.  Oh, there's another Ruben.

10     Q      Ruben Sr. and Jr.?

11     A      No, there's another one that worked with him

12  too, but he works in the Valley.  I don't know his last

13  name, pero, he's working for them too.

14     Q      Ruben Salinas Jr. has his own tractor?

15     A      Yes, ma'am.

16     Q      And it says Salinas?

17     A      Salinas Express.  Salinas.

18     Q      Any other drivers you can think of?

19     A      I think those are all.

20     Q      Tell me about what you were -- what you know

21  about the requirements to keep a logbook?

22     A      What do you mean?

23     Q      Well, you are required to keep a logbook?

24     A      Yes, ma'am.

25     Q      What are you required to put in it?

1      A    Let's say the time you have to drive and all

2  that?

3            Okay.  Like you need to drive eight hours,

4  30-minute break.  The total of driving, it would be like

5  eleven hours.  Then it would be like ten hours sleep.

6      Q    And is that something you filled out for every

7  trip you took for Salinas Express?

8      A    Yes, ma'am.  Yes, ma'am, I did.

9      Q    But would you always leave it with the truck?

10     A    Yes, ma'am.

11     Q    Did you ever have a co-driver that you would

12  drive two in the same truck?

13     A    No, ma'am.

14     Q    And what kind of paperwork were you given when

15  you would leave for a trip?

16     A    Well, the first time, that first trip that we

17  made, they would give you like direction paper, they would

18  fax over from the company we were going to pick up.  It

19  would tell you the exact, the address plus the weight that

20  it was going to be.

21     Q    And the weight?

22     A    Yes, ma'am, and where it was going to be

23  delivered at.

24     Q    And did you just pick like the trailer somewhere

25  or would you have to load it?

1       A       No, we had to load it up.

2       Q       And were you responsible for loading?

3       A       No, no, I wasn't.  We would go to stright out

4    like for some storage dock that we would back up and they

5    would deliver us and then we just go ahead and take off.

6       Q       And so Salinas Express, did they use their own

7    trailers or --

8       A       No, ma'am.

9       Q       It was the trailers of the --

10      A       Warner.

11      Q       Warner?

12      A       Warner; yes, ma'am.

13      Q       And so then when you -- did you have to keep

14   receipts or anything like that for expenses you incurred?

15      A       Yes, ma'am; we did.

16      Q       What kind of receipts?  Gas?

17      A       Yes, ma'am, the gas receipts.  And plus, let's

18   say we had to buy some fuses for the truck or anything

19   that we had to use for the truck, we had to save those

20   tickets too.  That way we can have, they see -- won't

21   deduct that money from our check.

22      Q       And so you would give them to Rudy at the end?

23      A       Yes, ma'am.

24      Q       Did you ever stay at hotels or just stay in the

25   truck?

1    A    In the truck.

2    Q    The, how many times had you driven for Salinas

3  Express before the accident in October of 2015?

4    A    Couple of trips.

5    Q    Do you remember where those trips were?

6    A    These, we were using to use the same routes.

7  Down to Winchester, Tennessee, Oklahoma -- not Oklahoma.

8  Like I tell you, New Jersey.  There were a couple of

9  trips.

10    Q    So you think you went to Winchester, Tennessee

11  and New Jersey at least before the accident in

12  October 2015?

13    A    Yes, ma'am.

14    Q    Had you ever had any accidents before this one

15  in October 2015 involving a commercial truck?

16              MR. HEARN:  Objection.  You can answer.

17    A    Yeah, I had one but it was just like several

18  years back.  It happened down in Zapata.  What happened

19  that time, I was making my turn down -- I was making my

20  turn and there was this vehicle behind me, he didn't saw

21  me, that I was making my turn.  He came over and hit me

22  from behind.

23    Q    Do you know when that was?

24    A    No, ma'am; I sure don't.  It was just years

25  back.

1       Q       Do you know who you were working for at the

2    time?

3       A       Lopez.  I was helping them out.  I wasn't

4    working for them.

5       Q       Had your -- before October 2015 had your

6    driver's license ever been suspended?

7       A       No, ma'am.  Correction.  Yeah, it was suspended

8    from Virginia.

9       Q       From the accident?

10      A       Yeah, from the accident; yes, ma'am.

11      Q       Have you gotten it back?

12      A       They sent me a letter that it was going to be

13   suspended for a whole year.

14      Q       Okay.

15      A       But it was just going to be there in Virginia.

16      Q       Any other times your license has been suspended

17   besides that?

18      A       Yes, ma'am.  That one in Zapata suspended, they

19   had suspended my license there in Zapata.  That was like,

20   I would say, like two, three years ago.

21      Q       And what was that for?

22      A       Tickets, personal tickets.

23      Q       Speeding tickets?

24      A       Yes, ma'am.

25      Q       How many did you have?

1      A    I don't know to be honest because several of

2  those were for some other company that didn't pay for the,

3  I was going -- I was getting paid -- I got ticket for some

4  company La Lomas, they didn't pay for those tickets.  I

5  had to pay for them too.

6      Q    At some point you filled out a, an application

7  to work for Salinas Express?

8      A    Yes, ma'am, I did.

9      Q    Do you know when you filled that out?

10     A    I think it was in July.

11     Q    Of 2015?

12     A    Yes, ma'am.

13               (Exhibit marked for identification as

14               Deposition Exhibit Number 2.)

15          MR. HEARN:  That's for you to look at.

16          THE WITNESS:  Okay.

17          MR. HEARN:  That's fine.  I got one too.

18     Q   (By Ms. White) If you want to take a look at

19  what's been marked as Exhibit 2?

20          MR. HEARN:  You want him to review the

21  entire thing?

22          MS. WHITE:  Yes, please.

23          MR. HEARN:  Go ahead and look at every

24  piece of paper there and then she'll ask you questions

25  about it.

1              MR. DUNN:  What was Exhibit 1 to this

2     deposition?

3              MS. WHITE:  I've said, we'd do them

4     cumulatively.

5              MR. DUNN:  For all of them?

6              MS. WHITE:  Yes.  Is that okay or is that

7     not okay?

8              MR. DUNN:  Whatever you guys want to do is

9     fine, just make sure so it's clear for identification

10    purposes.  I didn't know -- there was no one for this

11    deposition.

12             MS. WHITE:  Yeah.

13    Q    (By Ms. White) Have you had a chance to look at

14    it --

15    A    Yes, ma'am, I did.

16    Q    -- what has been marked as Exhibit 2 to the

17    deposition.  Is that an application for employment that

18    you filled out for Salinas Express?

19    A    Yes, ma'am, it is.

20    Q    When did you fill that out?

21    A    That was in July.

22    Q    Of 2015?

23    A    Yes, ma'am.

24    Q    And is there a reason it's not dated?

25             MR. HEARN:  Object to form.  If you know

1    the answer, you can answer.

2        A    I don't know, ma'am, to be honest.  I usually

3    forget to put a date on it because they're some company

4    they will tell you they will do on their self.  They would

5    date it, let's say you get hired one day, but they'll put

6    a date tomorrow or the day before.  I guess I just forgot

7    to put it on.

8        Q    So no one told you not to date it?

9        A    Yes, ma'am.

10       Q    Did someone tell you not to date it?

11       A    No, ma'am, nobody told me.

12       Q    Okay.  And everything on here is in your

13   handwriting?

14       A    Yes, ma'am, it is.

15            MR. FRANKL:  I'm going to object to the

16   form.

17       Q    (By Ms. White) Everything on the application

18   that's handwritten is your handwriting?

19       A    Yes, ma'am, it is.

20       Q    Except the last page is a drug test?

21       A    Yes, ma'am.

22       Q    And is that the results from the drug test that

23   you went for?

24       A    Yes, ma'am.

25       Q    When did you go for the drug test?

1      A     July 27, 2015.

2                  MR. HEARN:  Can I just clarify, I'm sorry?

3                  MS. WHITE:  Sure.

4                  MR. HEARN:  When you say on the

5      application, if we're looking at page one, are you talking

6      about the entire document or are you talking about just

7      the top part that says, to be signed by applicant.

8      Because there's a section that says for company use and

9      it, I'm not clear whether your question is asking about

10     the entire page or just --

11                 MS. WHITE:  Okay.

12                 MR. HEARN:  -- a certain part of the page.

13     Q     (By Ms. White) In -- fair enough.

14                 On page one where there's a signature, it

15     looks like Israel Martinez Jr.  Is that your signature?

16     A     Yes, ma'am, it is.

17     Q     And up top where it says applicant name, is

18     that -- did you fill that in?

19     A     Yes, ma'am, I did.

20     Q     On the first page where it says for company use

21     and the date is 1-22-16, did you fill that in?

22     A     No, ma'am, I didn't.

23     Q     Do you know who did?

24     A     No, ma'am.

25     Q     On the second page, is everything on the second

1    page your handwriting?

2        A    Yes, ma'am, it is.

3        Q    Even at the bottom where it says employer?

4        A    Yes, ma'am.

5        Q    And the third page that starts with company

6    name, is everything on that page your handwriting?

7        A    Yes, ma'am, it is.

8        Q    And the fourth page that says request for check

9    of driving record, is everything on that page your

10   handwriting?

11       A    Yes, ma'am.

12       Q    And the next page that says driver statement of

13   on-duty hours, is everything on that page your

14   handwriting?

15       A    Yes, ma'am, it is.

16       Q    And the next page that says motor vehicle

17   driver's certification of violations and your review of

18   driving record, is everything on that page your

19   handwriting?

20       A    Yes, ma'am.

21       Q    And the next page it says motor vehicle driver's

22   certification of compliance with driver's license

23   requirements.  Is everything that's handwritten on that

24   page your writing?

25       A    Yes, ma'am.

1      Q     And the next page, which is the employment

2   eligibility verification I9 form, is everything on that

3   page your writing?

4      A     Yes, ma'am, it is.

5      Q     And the next page which is a continuance of that

6   form is everything on there your, in your handwriting?

7      A     Uh-huh.  Yes, ma'am.

8      Q     And the final page which says previous

9   pre-employment -- previous pre-employment employee alcohol

10  and drug test statement, is that your handwriting on that

11  page?

12     A     Yes, ma'am.

13     Q     And then the final page is the drug test?

14     A     Uh-huh.

15     Q     Where it says completed by donor, is that your

16  handwriting?

17     A     Yes, ma'am, it is.

18     Q     In that section?

19     A     Uh-huh.

20     Q     But you had done -- had you done the two runs

21  Rudy before you filled that out?

22     A     Yes, ma'am.

23     Q     Do you have a Facebook page?

24     A     Yes, ma'am, I do.

25     Q     You have two Facebook pages?

1       A       Yes, ma'am.

2       Q       You have one under the name Israel Martinez and

3    one under the Israel Lilly Martinez?

4       A       Yes, ma'am.

5       Q       Do you still use both of them?

6       A       No ma'am.

7       Q       Which one do you use?

8       A       The one that says Israel and Lilly Martinez.

9       Q       When did you stop using the one that just says

10   Israel Martinez?

11      A       A couple of months back.  What happened, I just

12   lost my password, I couldn't be able to log in anymore.  I

13   couldn't be able to reset it.

14      Q       I'm going to show you what we'll collectively

15   mark as Exhibit 3, but I only have one copy of it.

16                      (Exhibit marked for identification as

17                      Deposition Exhibit Number 3.)

18                      MR. DUNN:  How many pages is that?

19                      MS. WHITE:  It is 61.

20                      THE VIDEOGRAPHER:  The time is 1:33 in the

21   afternoon, and we are off the record.

22                      THE VIDEOGRAPHER:  We are back on the

23   record.  The time is 1:44 in the afternoon, and you may

24   continue with the deposition, please.

25      Q       (By Ms. White) We are back.

1              Mr. Martinez, have you had a chance to look

2  at what has been 61 pages that have been marked as

3  Exhibit 3 to the depositions?

4       A    Yes, ma'am.

5       Q    And are those posts that have been made to your

6  Facebook page?

7       A    Yes, ma'am.

8       Q    And are those posts that you have either made or

9  consented to their appearance on your Facebook feed?

10      A    Those were pictures that they were sent over to

11  my Facebook.

12      Q    Okay.  Did you make them?  Did you make any of

13  them?

14      A    There were some that I took some pictures,

15  especially the ones on the rest area, and there were some

16  that was taken by my wife.

17      Q    By Lilly?

18      A    By Lilly, yes, ma'am.

19      Q    And she tagged you, I think is the Facebook

20  term, in those photographs?

21      A    Yes, ma'am.

22      Q    And you did not untag yourself in any of them?

23      A    No, ma'am.

24      Q    And so you consented to their appearance on your

25  Facebook?

1      A     Yes, ma'am.

2      Q     And do they show some of the locations that you

3  guys stopped on making trips for Salinas Express?

4      A     Yes, ma'am.

5      Q     You'd made stops like in Marion, Virginia?

6      A     Marion, Louisiana, Mississippi.  There were

7  several stops, especially in the rest area.

8      Q     Alabama, I think?

9      A     Yeah, there were some.

10     Q     There is one photograph in there of a tractor

11  trailer that had been in a wreck and it says near

12  Buchanan.  Do you know what picture I'm talking about?

13     A     No, ma'am, I sure don't.

14     Q     If you can find that one.

15           MR. HEARN:  Do you want to ask him the

16  question while you're looking?

17     Q     (By Ms. White) I just want to know, did you take

18  that photograph?

19     A     It was where there are two trucks?

20           MR. HEARN:  The truck on the side of the

21  road and trailer is all caved in.

22     A     Oh, that one was taken by Lilly.  That was when

23  we were heading to Virginia.  I think it happened in

24  Tennessee, in Knoxville, Tennessee.  Yeah, this one?

25     Q     Yeah.

1       A     Yeah, that one was taken by Lilly.

2       Q     Can I see?

3       A     Here you go.

4       Q     And it's the page, it's August 20th, 2015

5  photograph and there's a red tractor with a white trailer

6  off the side of the road, and you think that was taken in

7  Tennessee?

8       A     I think it was Tennessee, yeah.  We were heading

9  to Virginia.

10      Q     Okay.  And do you know, is there a reason why it

11 says Buchanan?  Is there a Buchanan in Tennessee?

12      A     I have no idea, to be honest.

13      Q     That accident didn't happen near where this

14 accident happened that we're here about today, did it?

15      A     No, ma'am.

16      Q     Do you wear contact lenses or glasses at all?

17      A     No, ma'am.

18      Q     Ever had any sort of corrective eye surgery?

19      A     No, ma'am.

20      Q     Do you know what your vision is?

21      A     Last time I took, 20/20.

22      Q     Any hearing impairment?

23      A     No, ma'am.

24      Q     Any major medical issues that require daily

25 medication?

1     A    No, ma'am.

2     Q    Was there a requirement that you inspect the

3  vehicle, the tractor that you're driving, everyday before

4  driving it?

5     A    Yes, ma'am, pre-trip.

6     Q    What would that consist of?

7     A    We would check like for leaks, for flats,

8  flashers, lights, horns.  It was just like pre-trip

9  inspection for the truck before taking off.

10     Q    And did you have to record that inspection

11  somewhere?

12     A    No, ma'am.

13     Q    Do you know who was responsible for the

14  maintenance on the Salinas Express tractors?

15     A    They would do it on their own.

16     Q    At the Salinas Express yard?

17     A    Yes, ma'am.

18     Q    Was there one particular person who had the most

19  knowledge about?

20     A    Well, it was Ruben and they usually work.  They

21  were three brothers, Roy, Ruben and Rudy.  Unless there

22  was something major, they would send it over to the

23  Valley.

24     Q    Where would they send it?

25     A    Down to the Valley, to McAllen.

1     Q    Was there a particular person that they used

2  there?

3     A    Yeah, but I don't know his name.

4     Q    So three brothers, Roy, Rudy and Ruben and you

5  think Ruben was the most knowledgeable about mechanical

6  issues with the truck?

7     A    They both, they know how to fix, work on the

8  trucks.

9     Q    Did you ever before October 2015 ever have an

10  issue, a mechanical issue with one of the Salinas Express

11  trucks you were driving?

12     A    No, ma'am.

13     Q    Did you -- with any of the Salinas Express

14  trucks, have you ever had any sort of report of any safety

15  violation?  Like you have to periodically go through

16  inspection stations?

17     A    Yes, ma'am, I do.

18     Q    And was there ever any sort of violations for

19  any of the trucks that you were driving?

20     A    No, ma'am.

21     Q    Did you -- were you required to take any sort of

22  official test for Salinas Express before driving a truck

23  for them?

24     A    A road trip.

25     Q    Just the trip you did?

1       A     Just the road trip.

2       Q     With Rudy?

3       A     Yes, ma'am.

4       Q     Did he ever give you any sort of employee

5    manual?

6       A     No.

7       Q     Did they explain to you any sort of policies or

8    procedures that the company had?

9       A     I don't remember, to be honest.

10      Q     No one had ever had any conversation of this is

11   the way we do things?

12      A     Yeah, Rudy -- when I barely started when I was

13   going take off by myself, he did.  It was all about the

14   trip and just to be on time, try not to be like in a rush,

15   take my time, and...

16      Q     Anything else you can remember that you guys

17   talked about?

18      A     No, ma'am.

19      Q     Do you remember the accident that we're here

20   about today?

21      A     Yes, ma'am.

22      Q     And it happened near a rest area in Virginia?

23      A     Uh-huh (Nods head.)

24      Q     Yes?

25      A     Yes, ma'am.

1     Q    Do you know about what mile marker it's at?

2     A    No.

3     Q    How many trips do you think you had taken up and

4 down interstate?

5     A    Couple of them.  Yeah, there were several.  Like

6 you usually make a, like a whole week to go back and

7 forth.  I would say it was about, I don't know.  I can't

8 say how many, but there were several trips.

9     Q    And you would leave from Zapata to go

10 Winchester?

11     A    From Weslaco.  We would take off from Zapata,

12 but the loading point that we were going to load it was

13 going to be in Weslaco.

14     Q    When -- so who called you to tell you that they

15 needed you to go to the rest area in Virginia?

16     A    Who told me to go to the rest area?

17     Q    Yeah.

18     A    It was Roy.

19     Q    Roy Salinas?

20     A    Yeah.

21     Q    And what did Roy tell you about why he needed

22 you to go there?

23     A    Okay.  I think there's going to be a little

24 correction on that one.

25     Q    Okay.

```
 1       A    The first person who called me that day was

 2   Rudy.  He asked me if I was doing something and I told him

 3   that I wasn't.  I was at my mom's house and he asked me if

 4   I can make, if I can help Roy with a truck because he was

 5   disabled down in Virginia and I did say, yes, because I

 6   just wanted to get out from Zapata.

 7                  Then he told me that person was going to

 8   pick me up was going to be Roy.

 9       Q    Okay.  So you were at your mom's house?

10       A    Uh-huh.

11       Q    Yes?

12       A    Yes, ma'am.

13       Q    Sorry.  Uh-huh's don't translate well for her.

14       A    I'm sorry.

15       Q    It's okay.  Is this during the time you were

16   separated from Lilly?

17       A    Yes, ma'am.

18       Q    You just wanted to sort of get out of Zapata?

19       A    Yes, ma'am.

20       Q    Stop thinking about it?

21       A    Uh-huh.

22                  MR. HEARN:  Is that a yes?

23                  THE WITNESS:  Yes, ma'am.

24       Q    (By Ms. White) So Rudy calls you and says Roy is

25   broken down?
```

1     A    Yes, ma'am.

2     Q    And does he tell you at that time that he's at a

3  rest area?

4     A    No, ma'am.

5     Q    Just that he's in Virginia?

6     A    Yes, he was in Virginia.

7     Q    Did he tell you what specific tractor had broken

8  down?

9     A    No, ma'am.

10    Q    Did he explain to you how -- did he explain to

11  you it was a Salinas Express tractor?

12    A    Yes, ma'am.

13    Q    And did he tell you how that Salinas Express

14  tractor came to be in Virginia?

15    A    They were making a trip, but I don't know what

16  happened to the truck.  They couldn't be able to run

17  anymore.  They had to stop and leave the truck down at the

18  rest area.

19    Q    And when you say they were making a trip, who

20  was making a trip?

21    A    Eddie and it was, well, it was Roy and it was

22  Eddie, Eddie Lozano.

23    Q    Eddie was driving a separate truck?

24    A    Yes, ma'am.

25    Q    Do you know where they were going?

1    A    No, ma'am.

2    Q    Do you know what they were hauling?

3    A    No, ma'am.

4    Q    And so what did you do when Rudy called you?

5    A    He just asked me if I would be able to go and

6  help him out because they were kind of tired, they were

7  barely coming down from a trip and they needed somebody

8  else help them drive.

9    Q    So Eddie and Roy had come back to Zapata?

10   A    They got back to Laredo to make, to deliver one

11  of the loads.

12   Q    So they delivered a load to Laredo.

13   A    Yes, ma'am.

14   Q    And did they come back in Eddie's tractor?

15   A    The -- Roy came over to my house and picked me

16  up on the personal truck.

17   Q    Okay.  Do you know how Eddie and Roy had gotten

18  back to Laredo?

19   A    On their truck, on Eddie's truck.

20   Q    On Eddie's truck?

21   A    Yes, ma'am.

22   Q    Okay.  And so then Roy came over to your house?

23   A    Rudy told me that Roy was going to call me to

24  see where I was at and he was going to pick me up.

25   Q    All these calls, are they taking place on your

1  cell phone?

2      A    Yes, ma'am.

3      Q    What was that phone number?

4      A    I used to have 489-3162.

5      Q    What was the area code?

6      A    956.

7      Q    Is that AT&T?

8      A    Yes, ma'am.

9      Q    So Rudy tells you Roy is going to go pick you

10  up, and does Roy go pick you up?

11     A    Yes, ma'am.

12     Q    In his personal truck?

13     A    In his personal truck.

14     Q    And where did you guys go from there?

15     A    We just took off to the Salinas yard.  We waited

16  there for almost -- for a couple of minutes until Eddie

17  arrived.  From there I just took off with Eddie to the

18  Valley.  We went to McAllen.

19     Q    So you and Eddie went to McAllen?

20     A    Yes, ma'am.

21     Q    Where did you guys go?

22     A    We were supposed to go to SMC yard to go and

23  pick up another truck that, that they were going to lend

24  us to bring the other truck over.

25     Q    Had you ever been to the SMC yard before?

1     A    No, ma'am.

2     Q    Who told you that -- where you guys were going?

3     A    I think Eddie, he already knew where we were

4  going to be going to.

5     Q    And did Eddie say, SMC is going to lend us the

6  truck?

7     A    No.  The person who say that, told me that I

8  think -- well, it was Roy, that we were going to pick up a

9  truck but they didn't say nothing they were going to lend

10  us a truck.  Nothing like that.  Just going to pick up a

11  truck.

12     Q    So Roy said that SMC was going to lend you a

13  truck?

14             MR. DUNN:  Object to the form.

15     Q    (By Mr. State-Plaintiff) Did Roy say SMC was

16  going to lend you a truck?

17     A    He just told us there was some, they were going

18  to lend us a truck, but didn't know who was it until we

19  got there.

20     Q    And do you know Sergio Cuellar?

21     A    We met him there in McAllen.

22     Q    Had you ever met him before?

23     A    No, ma'am.

24     Q    Is he Roy and Rudy's cousin?

25     A    Yes, ma'am.

1     Q    But he's not your cousin?

2     A    No, ma'am.

3     Q    So you met him in McAllen?

4     A    Yes, ma'am.

5     Q    Where did you guys meet?

6     A    We were going, supposed to go to his yard but

7 like that day it was kind of heavy raining, it was

8 flooded.  We couldn't be able to exit.  We just had to

9 call him.  I think Eddie called Roy and told him that we

10 were going to go straight to the truck stop, that we were

11 going to meet over there.

12     Q    Do you know what day this was?

13     A    (Nods head.)

14     Q    And did you in fact meet Mr. Cuellar?

15     A    What happened, he wasn't there.  We were having

16 trouble hooking up Eddie truck down to the SMC truck

17 because we didn't have no experience using the wench that

18 they had.

19     Q    Okay.  So but how did -- where did you pick up

20 the SMC truck?

21     A    On the truck stop.

22     Q    And how did it get there?

23     A    Roy took it.  He was already -- what happened,

24 he left from his own truck down to the Weslaco and I took

25 off with Eddie.  He got there faster than we did.  Well,

1    first.

2        Q    So Roy went to the SMC yard?

3        A    Yes, ma'am.

4        Q    And picked up his truck to borrow?

5        A    Yes, ma'am.

6        Q    Do you know --

7             MR. DUNN:  I'm going to object to that.

8    Foundation hasn't been laid for that.

9        Q    (By Ms. White) Did Roy tell you how he got the

10   keys to the truck?

11       A    No, ma'am.

12       Q    Did he ever indicate to you that Sergio Cuellar

13   had given him the keys to the truck?

14       A    I think he never told me nothing but I think he

15   did because like I was saying, we were having trouble

16   hooking up the other truck and we had to call him.  We

17   called him and he just went over to and us.

18       Q    So he did show up?

19       A    Yeah, he did.

20             MR. DUNN:  I'm going to object to the

21   response.  Nonresponsive to the question.  Foundation

22   hasn't been laid for the testimony.

23       Q    (By Ms. White) So did you in fact in McAllen ever

24   meet Sergio Cuellar?

25       A    Yes, ma'am.

1  Q  Did he come to the truck stop?

2  A  Yes, ma'am.

3  Q  Where the SMC truck was already there?

4  A  Yes, ma'am.

5  Q  Because Roy had driven it there?

6  A  Yes, ma'am.

7  Q  And were you introduced to him?

8  A  No.

9  Q  How did you know it was Sergio Cuellar?

10  A  I heard them say it was Sergio.

11  Q  You heard Roy say Sergio?

12  A  Yeah and Eddie and they were all like they

13 already knew each other.

14  Q  And so did he show you how to use the --

15  A  The wench?

16  Q  The wench.

17  A  He didn't show us.  He did it by himself but we

18 were there watching.

19     MR. DUNN:  I'm going to object to the form

20 of the question.  I think "show him how to use" is not, is

21 vague and ambiguous.  So I'm going object to the form.

22     MS. WHITE:  I'm going to mark this as

23 Exhibit 4.  It's a family photo.

24     MR. HEARN:  Cumulative Exhibit 4?

25     MS. WHITE:  Yes.

1              (Exhibit marked for identification as

2              Deposition Exhibit Number 4.)

3              THE WITNESS:  Do I pass it over?

4              MR. DUNN:  Is that the color?

5              MS. WHITE:  Yeah, that is the color of the

6     family photo.

7              MR. HEARN:  Has this been produced in

8     discovery?

9              MS. WHITE:  I don't think so.  I think we

10    just downloaded it.

11             MR. HEARN:  Okay.  Well, I'll object to the

12    extent you ask him about a document that's never been

13    produced in discovery, but subject to that objection, go

14    ahead.

15        Q   (By Ms. White) Do you recognize any of the people

16    in that photo as Sergio Cuellar?

17        A   Yes, ma'am.

18        Q   Starting from left to right, which one is he?

19        A   The first one.

20        Q   He's -- so, the first person?

21        A   No, no, no.  The last one.  From left to right,

22    right?

23        Q   Yeah, from left to right?

24        A   Yeah, it would be the first one on the

25    right-hand side.

1    Q   Okay.  Wearing the glasses?

2    A   Yes, ma'am.

3         MR. DUNN:  When you are facing the exhibit

4 here, you are talking about the right-hand side?

5         MS. WHITE:  Yes.

6         MR. HEARN:  Since we're on video, just have

7 him point.

8         MS. WHITE:  Oh, that's true.  If you want

9 to flip it around.

10        MR. DUNN:  That's too simple.

11    Q  (By Ms. White) Can you point to which one is

12 Sergio Cuellar?

13    A   (Indicating).

14    Q   So before he arrived at the truck stop, do you

15 know -- do you know what truck stop it was you guys were

16 at?

17    A   It was a small one.  I don't know which one was

18 it.

19    Q   Before he arrived at the truck stop, had you

20 attempted to hook a vehicle up to the SMC tractor?

21    A   Before getting to the truck stop?

22    Q   Before he arrived at the truck stop?

23    A   They were doing it.  It was Roy and Eddie trying

24 to hook up the Salinas Express truck.

25    Q   And they weren't having much luck?

1    A    No, they were having a lot of trouble as well.

2    Q    And so did Roy make a phone call?

3    A    I think Roy was the one who called them.  I'm

4    not sure because I didn't see.  He just got there.

5    Q    And then Mr. Cuellar showed up?

6    A    Yeah.  Suddenly he just showed up.  That's why

7    I'm saying they might have called him.

8    Q    Did he proceed to operate the wench?

9    A    Cuellar?

10   Q    Yeah, Mr. Cuellar?

11   A    Yeah.

12   Q    And he's the one who in fact, did he assist in

13   hooking up the Salinas Express truck?

14   A    Yes, ma'am.

15   Q    To?

16   A    The SMC truck.

17   Q    To the SMC truck?

18   A    Yes, ma'am.

19   Q    And then what happened?

20   A    After that we just got everything hook up and we

21   got all three of us, got on to the SMC truck and took off

22   to Houston.

23   Q    When you say three that would be you, Roy and

24   Eddie?

25   A    Eddie, yes, ma'am.

1     Q     And Mr. Cuellar just left?

2     A     He just left.

3     Q     And where did you guys -- who drove to Houston?

4     A     Roy.

5     Q     And what did you guys do in Houston?

6     A     We were going to pick up Art, Arturo.

7     Q     Arturo Gutierrez?

8     A     Gutierrez, yes, ma'am.

9     Q     And why were you picking him up?

10    A     He was going to try to fix the truck.

11    Q     Is it your understanding he's a mechanic?

12    A     Yeah, he's a mechanic.

13    Q     Do you know him?

14    A     Yes, I know him.

15    Q     How do you know him?

16    A     I seen him before.  He used to be living in

17    Zapata a couple of years.

18    Q     Does he operate his own company or?

19    A     I don't know.  I don't think so.

20    Q     As you guys were going to Houston was there any

21    communication back with Rudy?

22    A     No, ma'am.

23    Q     So you pick up Art in Houston?

24    A     Houston, yes, ma'am.

25    Q     Do you know what day that was?

1      A    I would say like, it took us almost a day to get

2    to Virginia.  I don't know, to be exact.  I don't know the

3    date, what date was it.

4      Q    And do you know what time of day it was?

5      A    I would say it was already at night.  I would

6    say it was almost like 11:00 at night.  When we arrived to

7    the store we were going pick him up.

8      Q    Had someone called Art ahead of time to let him

9    know what was happening?

10     A    Yeah, I think it was Roy the one who called him

11   and asked him for a favor to see if he can be able to go

12   with us and try to fix the truck.

13     Q    Did you at that time know what was wrong with

14   the truck?

15     A    No, ma'am.

16     Q    And so then you guys proceeded to drive to

17   Virginia?

18     A    Yes, ma'am.

19     Q    So there are four of you in the truck at that

20   time?

21     A    Yes, ma'am.

22     Q    And did you guys take turns driving?

23     A    Yes, ma'am.

24            MR. FRANKL:  I'm going to object to the

25   form of the question.  Not specific enough.

1     Q    (By Ms. White) Did you drive the SMC truck at any

2     point on the way to Virginia?

3     A    Yes, ma'am, I did.

4     Q    And did Eddie drive the SMC truck?

5     A    No, ma'am.

6     Q    Did Art drive the SMC truck?

7     A    No, ma'am.

8     Q    Did Roy?

9     A    Yes, ma'am.

10     Q    So you and Roy took turns?

11     A    Uh-huh.

12              MR. HEARN:  Is that a yes?

13     A    Yes, ma'am.

14              MR. HEARN:  Everybody does it, but try to

15     remember say yes or no because uh-huh and unh-unh sound

16     the same sometimes.

17              THE WITNESS:  I'm sorry.

18              MR. HEARN:  That's fine.  You're doing

19     fine.

20     Q    (By Ms. White) And at that point from Houston to

21     Virginia you were still hauling Eddie's tractor?

22     A    Yes, ma'am.

23     Q    Why were you guys hauling Eddie's tractor?

24     A    Because he was going, he was going to get, get

25     the trailer from Roy and deliver that load that Roy was

1    supposed to deliver a couple of days back.

2         Q    And do you know where he had to deliver that to?

3         A    Laredo.

4         Q    Where in Laredo?

5         A    I went with him.  I don't remember, it was on

6    Mines Road, but I don't remember what place was it.

7         Q    It was where?

8         A    Mines Road, but to be exact, I don't remember

9    the exact name of the place.

10        Q    Do you know what he was hauling?

11        A    No, ma'am.

12        Q    And do you know what time did you get to

13   Virginia, to the rest area?

14        A    It was, like, around 4:00, 4:30.

15        Q    In the?

16        A    In the morning.

17        Q    In the morning?

18        A    Yes, ma'am.

19        Q    On October 26th?

20        A    Yes, ma'am, I think.

21        Q    When you arrived in Virginia at the rest area,

22   who was driving?

23        A    It was Roy.

24        Q    Were you awake or asleep when you arrived at the

25   rest area?

1        A    I was asleep, I think.

2        Q    So who initially parked the SMC tractor at the

3   rest area?

4        A    It was Roy.

5             MS. WHITE:  It's just an overhead view

6   of -- I made multiple copies because there's multiple

7   witnesses.

8             MR. FRANKL:  Let me see.

9             MS. WHITE:  I might need it back at some

10  point for other people to draw on.

11            MR. DUNN:  I definitely want to take a look

12  at it.

13            (Exhibit marked for identification as

14            Deposition Exhibit Number 5.)

15       Q    (By Ms. White) I want you to take a look at

16  what's been marked as Exhibit 5, Cumulative Deposition

17  Exhibit 5.

18            Do you recognize that as an overhead view

19  of the rest area?

20       A    Yes, ma'am, I do.

21       Q    Is the area where the SM -- where Roy parked the

22  SMC tractor, is it shown on here?

23       A    The area, yes, ma'am, it is.

24       Q    Can you just -- can I borrow your red pen?

25            MR. HEARN:  I don't know how it will show

1    up on there, but you are certainly welcome to try.

2                    MS. WHITE:  I have a Sharpie in my suitcase

3    in the car.

4        A    You want me to mark it?

5        Q    Yeah, if you can, where the SMC tractor, Roy

6    parked it?

7        A    Okay.  We were, the SMC truck was over here on

8    this side.

9                    MR. FRANKL:  Can you point to where you

10   just put a mark?

11                   THE WITNESS:  Yes, sir, I can.  It was

12   right here.

13                   MR. HEARN:  Point with the pen, if you can.

14                   THE WITNESS:  It's on this side.

15                   MR. DUNN:  Can you turn it to me so I can

16   see?

17       A    Uh-huh.  More or less where the truck is at,

18   right in front of it.

19       Q    And when -- so when you woke up was the truck

20   already stopped or...

21       A    We were almost getting there to the rest area.

22       Q    So you were awake when it was parked?

23       A    Yes, ma'am, I was.

24                   MR. HEARN:  Okay.  You can put it down so

25   you don't have to hold it.  You can put it down.

1    Q   (By Ms. White) And where -- so you put a red X

2  where the SMC --

3              MS. WHITE:  That's fine.  We'll take a

4  break.

5              THE VIDEOGRAPHER:  The time is 2:19 in the

6  afternoon and we're off the record.

7              THE VIDEOGRAPHER:  We're back on the

8  record.  The time is 2:50 in the afternoon and you may

9  continue with the deposition, please.

10             MS. WHITE:  Thank you.

11   Q   (By Ms. White) All right.  Before we broke for

12 lunch we started to describe the area where the accident

13 happened and where everyone was parked when you initially

14 arrived at the rest stop, and I think you put a red X

15 where Roy parked the SMC tractor, correct?

16   A   Yes, ma'am.

17   Q   Can you draw a rectangle where the broken drown

18 Salinas tractor was when you arrived at the rest area?

19   A   (Indicating).

20   Q   And when you arrived at the rest area can you

21 can we agree that the left side that page would be facing

22 south and the right side would be north?

23   A   Yes, ma'am.

24   Q   When you arrived at the rest area, which

25 direction was the broken down Salinas tractor parked?

1     A     Right in front of the other one (Indicating).

2     Q     But was it parked facing south or parked facing

3    north?

4     A     Okay, correction to that one.  North is going to

5    be the exit side?

6     Q     Yes.

7     A     Okay, it was facing south.

8     Q     It was facing south.  So when Roy pulled in and

9    parked the SMC tractor, did he pull in front of it?

10     A     On the side.

11     Q     On the side of it?

12     A     Yes, ma'am.

13     Q     And what did you guys do then?

14     A     After that we tried to unhook the trailer.

15    Well, first unhook Eddie's truck.

16     Q     Okay.

17     A     Take it apart from the SMC truck.  Then we took

18    out the trailer from Roy truck.  That way Eddie can hook

19    it up and just move it to the side so I could be able to

20    park the SMC truck so we can be able to work with the

21    other truck.

22     Q     All right.  Let's break that down a little bit.

23    So you are parked -- the SMC tractor is -- you pulled up

24    to the side of the Salinas tractor?

25     A     When we moved the trailer?

1      Q    All right.  Is it okay -- all right?

2      A    That's where we parked the SMC truck.

3      Q    So the SMC tractor is parked right here where's

4  an X?

5      A    Yes.

6      Q    And then there's a rectangle where the --

7      A    The disabled truck.

8      Q    The disabled truck.  And they're both facing

9  south?

10     A    Yes, ma'am.

11     Q    They're sort of side by side?

12     A    Yes, ma'am.

13     Q    And then did you proceed to unhook Eddie's

14  tractor?

15     A    Yes, ma'am.

16     Q    And then what did you guys do with Eddie's

17  tractor when you unhooked it?

18     A    He just have to move it over to the other corner

19  over here.  That way we can have some space so we can be

20  able to work with the disabled truck.

21     Q    So did he pull it forward more southbound?

22     A    The disabled truck?

23     Q    No, Eddie, did he --

24     A    Yeah, he just went around it, parked himself

25  over here.

1    Q    Okay.  So he went around where the SMC tractor

2    was parked and went more southbound?

3    A    Yes, ma'am.

4    Q    And then -- and then what did you guys do?

5    A    We were trying to -- well, we tried to unhook

6    the disabled truck.  That way we can be able, we were

7    trying to move the disabled truck forward so Eddie can be

8    able to hook the tractor out.

9    Q    All right.  So you unhooked the load from the

10   disabled truck and tried move to it so that Eddie could

11   just basically back in?

12   A    Yes, ma'am, hook up the trailer.

13   Q    And did you in fact unhook the load from the

14   disabled truck?

15   A    Yes, ma'am.

16   Q    Were you able to move it at all?

17   A    Yes, ma'am.

18   Q    Okay.  Did you move it by driving it?

19   A    Yeah.  The only way that they could be able to

20   move it by driving it.

21   Q    All right.  Do you know, did you know at that

22   point what was wrong with it?

23   A    Yeah.  That's what Roy told us the differential

24   was, it wasn't working.

25   Q    All right.  And when you say the differential

1   wasn't working, do you know what specifically was wrong?

2       A    No, ma'am.  I think just like -- I'm not.

3       Q    So it could be driven but just not a long

4   distance?

5       A    It couldn't run.  It was just like popping.

6   Like, every time that you would try to turn the wheel over

7   it was popping by itself.  It would not even run like not

8   even two, three miles.

9       Q    Okay.  So but you were able to --

10      A    Move it forward.

11      Q    -- move it forward, more southbound?

12      A    Yes, ma'am.

13      Q    Do you know how far you moved it forward?

14      A    No, ma'am.

15      Q    Okay.  And then so that left the load from that

16  disabled vehicle sitting where it had been?

17      A    Uh-huh.

18      Q    Yes?

19      A    Yes, ma'am.

20      Q    And then so did you hook up Eddie's truck to

21  that load?

22      A    Yes, ma'am.

23      Q    And then what did you guys do?

24      A    Then he moved it to, he just took the trailer to

25  one side.  That way he would leave a little bit of space

1   so we can be able to work with the truck.

2       Q    Okay.  So Eddie moved the load from the disabled

3   tractor.

4       A    Yes, ma'am.

5       Q    More southbound?

6       A    Uh-huh.  Yes, ma'am.

7       Q    All right.  And then what did you guys do?

8       A    That's when Art just got in and tried to work on

9   the differential see if he can be able to fix it or try to

10  do something with so that we can be able to move the truck

11  from the rest area, but we couldn't.  That's why we had to

12  get the SMC truck.

13      Q    And is the -- so then what did you guys do?

14      A    Tried to unhook the disabled truck with the SMC

15  truck.

16      Q    And which direction?  Were they still facing

17  southbound when you guys attempted to do that?

18      A    No, ma'am, it was facing north.

19      Q    Which one was facing north?

20      A    SMC truck.

21      Q    How did that happen?

22      A    Because the way that it was facing, Salinas

23  truck, it was facing north and the only way we could be

24  able to work with that, hooking up with SMC, it was

25  backing up the both trucks and hooking up with the back

1    side because that's the part that was messed up.

2        Q    So the Salinas, the disabled Salinas truck was

3    still facing south?

4        A    Yes, ma'am.

5        Q    And somehow the SMC tractor became facing north?

6        A    Yes, ma'am.

7        Q    How did that physically happen?

8        A    There was no way that we would be able to hook

9    up both the truck facing the same way because the, the

10   tractor disabled truck wouldn't be able to run.  We had to

11   we had to grab it from behind, that way, because the way

12   it does, just pick up from the back side, pick it up, it

13   would be in the air.  It won't be rolling.  And that way

14   we can be able to work with it and try to remove it from

15   that place.

16       Q    So did someone drive the SMC truck in and turn

17   it around to face north?

18       A    Yes, ma'am.

19       Q    Who did that?

20       A    I'm not sure if it was Roy who did that or who

21   was it.  I'm not sure.

22       Q    Did he do that within the rest area, just made a

23   u-turn?

24       A    It was just only the truck, the tractor.  He

25   just made a u-turn.

1    Q    He made a u-turn within the rest area?

2    A    Yes, ma'am, inside.

3    Q    And then so at some point you hooked the SMC

4  tractor up to the Salinas, disabled Salinas tractor?

5    A    Yes, ma'am.

6    Q    And was that on the side you had denoted with an

7  X or on the side where there was the rectangle?

8    A    On the rectangle.

9    Q    Okay.  And who assisted in -- let me strike

10  that.

11          Who operated the wench to get the disabled

12  Salinas tractor hooked up to the SMC tractor?

13   A    Roy.

14   Q    Did you help at all in doing that?

15   A    Yes, ma'am.

16   Q    What did you do?

17   A    We were putting chains on the differential, the

18  disabled truck.  That was the only part that would he be

19  able to work with the, when the wench -- we were trying to

20  hook up with the wench on the disabled truck, it would

21  pick up the whole thing with the differential and the

22  wheels and everything.

23   Q    And what was Eddie doing during that time?

24   A    He was there helping us.

25   Q    Do you know what he did specifically?

1      A     No, ma'am, I don't remember where he was, to be

2   honest.

3      Q     And what about Art, what was he doing?

4      A     He was checking the differential, try to see

5   what was wrong with it or...

6      Q     So at some point you all were successful in

7   getting the broken down Salinas tractor hooked up to the

8   SMC tractor?

9      A     Correct.

10     Q     And then what did you all do?

11     A     When we got down, we were trying to back it up

12  that way -- we were trying to -- I don't know how to say

13  those words exactly the way you all talk, but we were

14  trying to straighten the other truck to be able to turn

15  SMC truck to the south side so we can be able to take off.

16  But we couldn't because all the rest area, even the ramp,

17  was full of trucks.  It was super packed that we couldn't

18  be able to, to turn that little piece where is that right

19  now I don't know.

20              The only way we could be able to do it, to

21  try, was just going straight to the exit, to the entrance

22  side, try to break that truck disabled and turn it back

23  on.  And that's what I was trying to do because I was the

24  one driving.

25              MR. FRANKL:  Let's go off the record a

1   minute.

2                   THE VIDEOGRAPHER:  The time is 3:01 in the

3   afternoon and we are going off the record.

4                   THE VIDEOGRAPHER:  We are back on the

5   record.  The time is 3:05, and we are back on the record.

6   You may continue.

7       Q    (By Ms. White) So we have the Salinas disabled,

8   disabled tractor.  Does that tractor have a number that

9   you know of?

10      A    Yeah, they do, but I don't know the number.

11      Q    So the disabled Salinas tractor is facing south

12  and SMC tractor is facing north, and I think you described

13  the rest area was very crowded.

14      A    Yes, ma'am.

15      Q    So there was no opportunity to do a u-turn

16  within the rest area?

17      A    Yes, ma'am, correct.

18      Q    Were there trucks sort of parked along the

19  entrance ramp there?

20      A    Yes, ma'am.

21      Q    Do you know how many?

22      A    It was packed.

23      Q    So one after the other?

24      A    Yes, ma'am.  It was like about --

25      Q    And what did you guys do?

1      A     Well, we were trying to make the u-turn, but I

2   couldn't because what happened when you have two tractor

3   it's kind of hard to make that, to back it up.  The only

4   thing that we did, we were trying to straighten that

5   thing, the tractor with the trailer -- with the other

6   tractor hook up, tried to, tried to straighten it out

7   straight so I could be able to back it up without hitting

8   both sides -- because on both sides there were tractors

9   with trailers.

10               The only thing I thought about doing was

11   making my turn to get the other tractor straight out so I

12   can be able to back it out slowly.  Tried to get to this

13   side and try to break the disabled tractor so I could be

14   able to turn the other way around so I can be able to get

15   the exit side the way it's supposed to be.

16      Q     So you thought about trying to go out and go

17   through where the cars are?

18      A     Exactly.  Yeah, I was going to make my -- I made

19   my turn right over here, like around this area.

20      Q     Where the triangle is?

21      A     Yeah, more or less where the triangle is at.

22   That was the only way that I could have the other truck

23   facing straight out without hitting both on the side

24   because it was full of trucks.  And that's what I did.  I

25   was just like -- I don't know how to say those words but I

1  was, how do I -- I was just like moving both of the trucks

2  and try to straight it out so I can be able to back it up.

3     Q    So was it your intention to make a u-turn to go

4  south on 81?

5     A    No, my intention was making that little turn so

6  I can be able to have the other disabled truck straight

7  out so I can be able to back it up on the way back and

8  make my u-turn right over here on this space because that

9  was the only space I had to make my U-turn.

10    Q    So to back up the tractor straight to where the

11 cars go and then be able to turn south?

12    A    On the exit side.

13    Q    On the exit side.

14              So you were driving the SMC tractor?

15    A    Yes, ma'am, I was.

16    Q    Was anyone spotting for you?

17    A    Yeah, there were two.  It was Art and Roy.  They

18 were like a couple of foot away where I was.  Like one was

19 far away from the another one.  They both were watching

20 because like I was facing the entrance, facing the

21 entrance side, I had -- there was, like Roy was standing

22 like around this area.

23    Q    Can you put an R where Roy was standing?

24    A    More or less.

25    Q    And E where Eddie was?

1      A     No, it wasn't Eddie.

2      Q     Art.  Roy and Art.

3            Where was Eddie when you were doing this?

4      A     I never saw him.  He was there when I was barely

5      trying to pull out the other truck but I never saw him

6      when all this happened.  I never saw him.  I don't know if

7      he was there with him or not because he was there but I

8      never saw him again.  I don't know what happened to him.

9      Q     So what were Eddie -- strike that.

10           What were Art and Roy doing as you were

11     pulling out the entrance?

12     A     He was, they were checking, checking for vehicle

13     that was approaching where I was exiting, that I was

14     pulling, right, because I was pulling the wrong side.

15     They thought like if I was pulling this way, they thought

16     there was some other vehicle coming in and it was going to

17     be like accident or something.  And they were watching

18     there for me.

19     Q     And did they have any -- did you guys have any

20     agreed upon signal or anything?

21     A     I had my window down.  They were screaming at

22     me, telling me slow down.  Because we weren't that far

23     from each other.

24     Q     So you could hear what they were saying?

25     A     Yes, ma'am.

1    Q    And they would give you direction?

2    A    Yes, ma'am.

3    Q    Both of them?

4    A    Yeah.

5    Q    And so what is the furthest point along the

6    entrance ramp that you got pulled forward?

7    A    It was around this area.  It was this corner.  I

8    made my turn because like on this area right here, they

9    had like a sign and I just, I was just straighten out the

10   other truck.  I just made my turn like that so I could

11   have the other one breakdown to be on the safe side, on

12   the side, and I was going to break down this truck, break

13   down slowly and try to back it out of the way.

14   Q    So where you just put a mark, sort of a curve

15   that is the furthest point that you got forward?

16   A    (Indicating).

17   Q    At any point did you have any flashers?

18   A    I had my lights on.

19   Q    Headlights?

20   A    Yeah, headlights.

21   Q    Any emergency --

22   A    I had my flashers on.

23   Q    Emergency flashers?

24   A    Yes, ma'am, from the truck.

25   Q    Had you set out any sort of --

1      A      Triangle?

2      Q      -- triangle or anything.

3      A      No, because I was moving.  I was pulling the

4  other truck out, that's why.

5      Q      At any point did the -- part of the SMC tractor

6  that you were driving get into either of the lanes of

7  Interstate 81?

8      A      To be honest, I don't know.  I don't know

9  because the only thing that I heard, it was Roy, he

10  screamed at me and told me to stop.  And I just made -- I

11  just made a complete stop.  And that's why it was

12  approaching, like it was a white car that was approaching

13  on the, from the interstate but he was coming on the

14  left-hand side on the fast lane.

15      Q      So you saw a white car coming in the left hand

16  lane on Interstate 81?

17      A      Correct.

18      Q      And did it pass you by?

19      A      Yes, ma'am.

20      Q      So at some point do you know exactly what Roy

21  screamed?

22      A      Yeah, because like I was moving the truck, I was

23  trying to work it.  I never saw the light coming by.  Then

24  the only thing he told me just stop before, because he

25  thought I was trying to make like a u-turn something when

1   I was just trying to move the truck so I can able to back

2   it up.  He told me to stop and I just stopped just like

3   that.  And that's when I saw that white car.  It just

4   slowed drown.  It was slowing down.  That's when the

5   accident happened.

6       Q    All right.  And do you know when you stopped

7   where you were?

8       A    I was right here.

9       Q    Where you made the mark, the curve?

10      A    Exactly.

11      Q    Were you -- at any point were you in the right

12  lane of Interstate 81 south?

13               MR. HEARN:  Objection.  Asked and answered.

14  Go ahead.

15      A    I don't know.

16      Q    (By Ms. White) Do you know if you were in the

17  left lane at all?

18               MR. HEARN:  Same objection.

19      A    I don't know because I didn't went that far

20  inside the Interstate.

21      Q    But you do think you were in part of the

22  Interstate?

23      A    I thought I was because Roy screamed at me.

24  That's why I got all scared and just slammed the brakes.

25  Then that's why I saw that white car that was passing

1   through.  That's when the accident happened because what

2   happened is that that car, that white car was coming on

3   the fast lane.  I'm talking about the left-hand side, the

4   fast lane.

5                        And then what happened, that car just

6   slowed down a little bit because they saw my headlights

7   and my flashers.  That's when the Toyota, I think he was,

8   I don't know, I don't want to say anything but I think he

9   was distracted that he just made that skip, like, he

10  thought he was going to hit that white car, he skip it to

11  the right-hand side, then tried to turn that truck back

12  inside to the left-hand side, that's why he hit me on the

13  headlights.

14      Q     Okay.  So at some point did you see headlights

15  from the Toyota truck?

16      A     What do you mean?

17      Q     Did you ever see headlights coming from the

18  Toyota truck?

19      A     I saw them, yes, I do.

20      Q     Do you know what lane he was in?

21      A     What was that?

22      Q     When you first saw him, the headlights from the

23  Toyota truck, do you know what lane he was in?

24      A     He was on the left-hand side on the fast lane.

25      Q     What did you do when you saw those lights?

1     A     I was just parked.  I didn't do anything.  I was

2     just parked.

3     Q     Did you at all try to reverse?

4     A     I did a little bit, pero, that wasn't that time.

5     It was before when he start screaming at me, Roy.  I

6     reverse a little bit but I didn't reverse all the way

7     because I couldn't see behind me and it was full of

8     trucks.  I was afraid I was going to hit one of the

9     trucks.  That's why I just parked where I was at.

10    Q     How long do you think you were stationary after

11    Roy yelled at you to stop between when the impact

12    happened?

13    A     To be exact, I don't know.  I would say like

14    one, two minutes, three minutes.

15    Q     How far away do you know was the Toyota truck

16    when you first saw it?

17    A     When I just first saw it?  Because at first the

18    first vehicle that I saw was the white one.

19    Q     Okay.

20    A     It was just couple of seconds when I saw the

21    other one.

22    Q     And the white one passed you?

23    A     On the left-hand side.  He was coming left-hand

24    side.  The only thing they did is just slow down a little

25    bit because they saw my headlights and that's when

1    suddenly I saw the Toyota coming behind.  That's when I

2    heard it slammed because I don't know if he slammed the

3    brakes or he just turned the steering to one side and he

4    try to turn the other side.  Because what happened he just

5    turned to one side and he skip it.

6                    And that's when he just went straight

7    out -- well, he didn't went straight out with my

8    headlights but he was just like a little -- he just skip

9    it.  It didn't went straight to the headlights, just like

10   skip it to one side and got the headlight and the bumper.

11       Q    All right.  So the white vehicle that you saw

12   pass you, had that vehicle previously been in the

13   right-hand lane?

14       A    Unh-unh.

15       Q    No?

16       A    What do you mean?

17       Q    So you're sitting there and you see the white

18   vehicle pass you.  Do you know if it passed you on the

19   left-hand lane?

20       A    Yeah, left-hand lane.

21       Q    Do you know if it had previously been in the

22   right-hand lane?

23       A    No, I don't think so.  I never saw him in the

24   right-hand lane.

25       Q    And so did you see the Toyota truck change

1    lanes?

2        A    Yes, I did.

3        Q    How far away from you?

4        A    It wasn't that far.

5        Q    Okay.  Do you have any idea why he changed

6    lanes?

7        A    Because he was going to hit the white car.

8        Q    And the white car slowed down?

9        A    Yeah, it slowed down a little bit.

10       Q    And at that point were your headlights sticking

11   straight out across the highway?

12       A    Yes, ma'am.

13       Q    At any point did you hear screeching tires from

14   the Toyota truck?

15       A    That's, that's what I'm saying.  I don't know if

16   it was the slamming of the brakes or he was, because at

17   that same time when I heard that slam it was when he was

18   skipping the white car, trying not to hit the white car.

19       Q    And at some point the Toyota truck made impact

20   with the front of the SMC vehicle?

21       A    Yeah, it was like a skip.

22       Q    It was like what?

23       A    It was like a skip.  It just -- it just barely

24   touched the headlight.  That's why it just break the

25   headlight and moved a little bit of the bumper.

1      Q     So it bounced?

2      A     No, it didn't bounce.  It just went straight

3    out -- he just tried to -- I don't know.  I don't know how

4    to say this word well.

5                  He was trying not to hit the truck, but he

6    did hit a little bit on my headlights and that's why he

7    went over and parked on the, on the left-hand side of the

8    Interstate.

9      Q     Okay.  Do you know where the impact happened

10   with the SMC vehicle and the Toyota truck?

11     A     Where exactly it happened?

12     Q     Yes.

13     A     Where it happened (Indicating) right here.

14     Q     Okay.  Do you know whether -- do you know, did

15   it happen in the right-hand lane of Interstate 81 south?

16                  MR. HEARN:  Object to form.  You can answer

17   if you understand the question.

18     A     I don't.

19     Q     Do you know if the accident happened --

20     A     On the right-hand side?

21     Q     -- on the right-hand side?

22     A     On the slow lane?

23     Q     Yes.

24     A     It did happen on the slow lane.

25     Q     Okay.  And then he ended up on the, in the

1    left-hand lane?

2          A     Yes, ma'am.

3          Q     And how was his vehicle facing?

4          A     Facing that way.

5          Q     Facing southbound?

6          A     Facing south.

7          Q     Was it straight, was it angled at all?

8          A     At an angle.

9          Q     And was it facing -- if you're looking, was it

10   facing more towards the left or towards the right?

11         A     It was facing more to the left.  It was just

12   like -- let's say the highway's going this way and he was

13   facing like that, at an angle.

14         Q     So he's facing towards the median?

15         A     Yes, ma'am.

16         Q     All right.  And is he fully in the left-hand

17   lane or is he partly in the right lane?

18         A     What do you mean?

19         Q     Is he between the two lanes?

20         A     No, he was just in the left-hand lane.

21         Q     Fully in the left-hand lane?

22         A     Yes, ma'am.

23         Q     At an angle facing towards the median?

24         A     Uh-huh.

25         Q     Yes?

```
1      A     Yes, ma'am.

2      Q     What did you do then?

3      A     After that I got shocked.  I was all shocked

4   because of what I just saw.  The only thing that I saw was

5   Art that went all the way to the truck, tried to pull him

6   out and he did.  He pulled the guy out and asked him to

7   come over to the safe side.  He was going to bring him

8   over to the rest area so he won't be on, on the way.  But

9   he never did.  He was just standing outside his truck,

10  just, he was behind the truck on the bed, standing staring

11  at me because we were both staring at each other, but I

12  was in shock.

13               He was there, I would say, like, I would

14  say he was there a couple of minutes, like, one, two

15  minutes, three minutes because he made it all the way

16  where I was at until that bread truck came over and hit

17  that little truck.

18               And the only thing that I heard that Art

19  told me, he just came over and ask him -- he was -- he

20  just came over and told me, you know what, I told him to

21  come over.  I told him to come over.

22               He was like in shock because he went over

23  and took him off from the truck, tried to pull him our

24  where we were at for the safe side and he never want to

25  and he was like just in shock.
```

1    Q    Were you still sitting there in the SMC tractor?

2    A    Yes, ma'am, I was.

3    Q    Did you move it at all?

4    A    No.  I did move it later on when the cops

5    arrived because the lady, the one in charge of the rest

6    area, she told me to move the truck because they were

7    going to use that as an entrance for the Interstate so all

8    the vehicles can be able to pass through.

9    Q    Do you know her name?

10   A    No, ma'am.

11   Q    Did you move your vehicle at all before the

12   police arrived?

13   A    No, ma'am.

14   Q    So it was still sitting exactly where you've

15   drawn the, drawn it in that photograph?

16   A    Right over here.  I don't know if the police

17   told her or who told her to -- that I can be able to move

18   to one side so I won't be in the way.

19             MS. WHITE:  Let's go off the record a

20   second.

21             THE VIDEOGRAPHER:  The time is 3:25 in the

22   afternoon and we are off the record.

23             THE VIDEOGRAPHER:  We are back on the

24   record.  The time is 3:33 in the afternoon and you may

25   continue with the deposition, please.

1          MS. WHITE:  Thank you.

2     Q    (By Ms. White) So did you witness the man from

3     the Toyota truck get out of his vehicle?

4     A    Yes, ma'am.

5     Q    And how long was it before the bread truck came

6     along?

7     A    It was like, I would say like two or three

8     minutes because it took -- they'd give him time to Art be

9     able to talk to him, pull him out of the truck and try to

10    get him to the safe side and get him back to the safe side

11    with Art.  It was just a couple of minutes.

12    Q    You watched Art do all of this?

13    A    Yes, ma'am.

14    Q    Where were you at?

15    A    On top of the truck.  Where I was at, I never

16    moved from that place.  I never moved.  I was still in the

17    same place until somebody came over and asked me to move,

18    that lady.

19    Q    And the police were there when she asked you to

20    move?

21    A    I think they were because the ambulance was

22    there, the, everybody was there.  I don't remember by the

23    PD -- the police were there.

24    Q    Did you talk to a state trooper at the scene?

25    A    Yes, ma'am, I did.

1     Q    Where were you when you first talked to him?

2     A    They moved me to this point, the same place

3 where I was that first time where this truck was it.

4     Q    Okay.

5     A    I had back all the way back and park me on this

6 side because, that way I won't be in the way.

7     Q    And did the state police, state trooper direct

8 you to do that?

9     A    No, it was the lady, the one in charge of the

10 rest area.

11     Q    So Art is trying to get the man from the green

12 truck to come across the highway?

13     A    Correct.

14     Q    During those two, three minutes did any other

15 traffic pass by?

16     A    No, ma'am.

17     Q    But he doesn't come?

18     A    He doesn't move from where he was standing.

19     Q    Did he seem in shock?

20     A    We were kind of far.  It was kind of dark that

21 time.  I saw he was outside.  I don't know if he was

22 shocked or not.  I was.

23     Q    Did you overhear him say anything?

24     A    No, I never heard him say anything.

25     Q    Had Art told you whether he said anything to

1    him?

2         A     No.   The only thing he told me like I told him

3    to come over with me, I told him to come over.   Like he

4    was in shock.   I was in shock at that time.   Because he

5    was repeating the same thing over and over again.

6         Q     And then what happened when the bread truck came

7    along?

8         A     He didn't -- he hit him from behind of his

9    truck.   That truck start spinning.   That's when he got hit

10   on his legs because that truck start spinning and that's

11   when he flew from the other side.   And that truck came all

12   the way and there was like a little, there was like a pine

13   in between -- right in here.   That car just came, just

14   came all the way over here.

15                    MR. HEARN:  Do you want to keep going or

16   stop?

17                    MS. WHITE:  We'll stop.

18                    MR. HEARN:  Okay.

19                    THE VIDEOGRAPHER:  Time is 3:37 in the

20   afternoon and we're off the record.

21                    THE VIDEOGRAPHER:  The time is 3:38 in the

22   afternoon, and you may continue with the deposition,

23   please.

24        Q     (By Ms. White) So where was the young man who had

25   been in the Toyota standing when the second crash

1  happened?  Can you put a B for Brandon?

2      A     (Indicating).

3      Q     Was he standing on the side of the road or in

4  the road?

5      A     He was standing on top of the road beside his

6  truck.

7      Q     Was he in the lane of travel or?

8      A     Yeah, he was in the lane.

9      Q     In the left lane?

10     A     Yes, ma'am.

11     Q     Behind his truck or in front of his truck?

12     A     He was on the side of the truck because his

13  truck was facing that way, like that.  He was standing on

14  the back of his truck on this side over here.  And we were

15  facing each other because he was facing this way and I was

16  over here on this side.  Let's say we were facing each

17  other.

18     Q     And was he impacted?  Was he struck by the white

19  bread truck or by his truck?

20     A     I'm sorry, I didn't understand that part.

21     Q     Was he -- did the white bread truck hit him?

22     A     Yes.

23     Q     Or did the white bread truck hit his truck which

24  then hit him, or did you --

25     A     The bread truck was the one who hit him.

1      Q    The bread truck hit Brandon?

2      A    Yes, ma'am.

3      Q    And you saw him being --

4      A    I never saw him flying away.  I just saw him

5 when that thing start spinning, when that bread truck hit

6 him that bread truck just, let's say, he slammed the

7 brakes.  He just flipped over.  And that truck just kept

8 on spinning.  I never saw he flew away but I know that he

9 did because I think he was standing behind his truck on

10 the bedside.  By the time that truck hit the bed that

11 thing start spinning and that's when I knew that he flew

12 away.

13      Q    Okay.  Did you ever see him after that again?

14      A    Unh-unh.  I was like in shock because I saw -- I

15 was -- I feel bad because I saw the helicopter came over

16 to pick him up.

17      Q    Pick up the young man from the Toyota or?

18      A    From the Toyota.

19      Q    Or the bread truck?

20      A    No from the Toyota.  The ambulance took out

21 that, I think they were a couple in the bread truck.

22      Q    Did you ever talk to the driver from the bread

23 truck?

24      A    No, ma'am, I never did.

25      Q    Did you ever call 911?

1      A     No, ma'am, I was in shock.

2      Q     Did Eddie or Roy or Art call 911?

3      A     No, ma'am -- I don't know, ma'am.

4      Q     As you were trying to exit the entrance ramp,

5   did any vehicles enter the rest area at that time?

6                  MR. HEARN:  Object to form.

7      A     No, ma'am.

8      Q     (By Ms. White) Do you recall was there a big Do

9   Not Enter sign on the entrance?

10     A     I never saw it.  They should be because there

11  was a sign, but I never saw it because it was facing the

12  correct way, the vehicle was going to get on, they were

13  going to entrance.  The sign was facing this way and I was

14  coming back.  I never saw what the sign was saying because

15  there was a sign that they were saying rest area.

16     Q     Yeah.  I'm not talking about -- you know, you've

17  seen the big orange --

18     A     Yeah.

19     Q     -- Do Not Enter sign?

20     A     Yes, ma'am, I do.

21     Q     Was there one of those facing in the direction

22  you were traveling?

23     A     I never saw one.  You're saying, like, around

24  this area?

25                  MR. HEARN:  Just wait for the next

1  question.

2             THE WITNESS:  Sorry.

3             MR. HEARN:  That's all right.

4     Q    (By Ms. White) Was there any damage done to the

5  Salinas tractor?

6     A    No, ma'am.

7             MS. WHITE:  We'll mark as the next exhibit.

8             MR. HEARN:  Six.

9             (Exhibit marked for identification as

10            Deposition Exhibit Number 6.)

11    Q    (By Ms. White) Do you recall seeing -- well,

12 Exhibit 6 is a Do Not Enter Wrong Way sign.

13    A    Yes, ma'am, I never saw it.

14    Q    That's what it is, it's a Do Not Enter Wrong Way

15 sign.  Did you ever see a sign like that?

16    A    It was full of trucks.  I couldn't, it was

17 packed of trucks on both sides of the ramp.

18    Q    But as a professional truck driver, did you

19 understand --

20    A    Yes, ma'am.

21    Q    -- that you should not have exited the entrance

22 ramp?

23            MR. HEARN:  Object to form.  You can

24 answer.

25    A    There was no other way that I could be able to

1    pull that truck out.  I was trying to make the u-turn,

2    trying to do something with the truck and pull it out.

3        Q    Did anyone ever say that maybe we should wait

4    for traffic to clear?

5                    MR. FRANKL:  Objection.  Basis of the

6    question, what traffic are you talking about?

7        Q    (By Ms. White) All of the vehicles at the rest

8    area, did anyone ever suggest that maybe you guys just

9    wait?

10       A    No.

11       Q    So you talked to the trooper after the accident?

12       A    Yes, ma'am.

13       Q    Do you recall telling the trooper that it was

14   only 30 seconds between the two impacts?

15       A    Yes, ma'am.

16       Q    But you now think it was more like one or two

17   minutes?

18       A    Yeah, because at that time I was in shock.  I

19   was just afraid.  I don't know.  I had too many things in

20   my head when that happened.

21                    I think it was, it was more than 30 seconds

22   because Art had time to go and talk to him, pull it up on

23   the truck and come back where I was at.

24       Q    Do you recall -- did you tell the trooper that

25   you never saw anyone get out of the vehicle?

1      A     Yes, ma'am, I did.  Same thing, I was in shock.

2    I had -- I couldn't be able to think.  Everything happened

3    in front of me, that's why.

4      Q     So was it you that drove, that moved the vehicle

5    at some point?

6      A     Which vehicle?

7      Q     The SMC tractor?

8      A     In the rest area?

9      Q     Yeah.

10     A     I was the one that I moved it.

11     Q     Yeah.  At some point after the accident though

12   you moved the SMC tractor?

13     A     Yes, I was the one moving it until the

14   trooper -- because what we did by the time they got, they

15   told me that I was free to go, when everything happened,

16   when the accident happened, all the rest area got cleared

17   up.  Everybody took off.  Even the one that was in the

18   ramp, all the tractors just move out.

19            When everything got clear up, I was trying

20   to back it up on this side over here and tried to back it

21   up again, and that's when the trooper told me not to do

22   it.  And I told -- that's when I told Roy to try to help

23   me out and move it out.  The only thing he did, just pull

24   forward slowly, but it was the only thing, moving forward

25   with the truck.

1      Q    So but after the lady from the rest area told

2  you to move the tractor you were able to move it at that

3  time?

4      A    Yes, ma'am.

5      Q    And when the trooper was finished with his

6  investigation, you were able to move the tractor at that

7  time?

8      A    Yes, ma'am.

9      Q    And he saw you backing up again and told you not

10  to do it?

11     A    Yeah, he was going to give me another ticket,

12  because I couldn't be able to do, do that u-turn that I

13  was thinking about doing inside the rest area.

14     Q    Did you tell the trooper that when you heard the

15  truck pressing its brakes that you started to reverse?

16             MR. HEARN:  Object to form.

17     A    I'm sorry.  I don't remember.  I don't think so.

18             (Video playing.)

19             MR. HEARN:  Hold up.  Hold up.  For the

20  record, can you identify what you are -- I assume you're

21  going to show something to the witness and ask the witness

22  a question about it.

23             MS. WHITE:  I'm going to ask him to listen

24  to it and ask him if that's him.

25             MR. HEARN:  Okay.  Can you identify what

1    that is, where it came from and what you want him to do.

2                    MS. WHITE:  Yes.  This is a segment from

3    the trooper's video dash cam that I'm going to ask him to

4    listen to it and ask him to confirm it is him and what his

5    statement was.

6                    MR. HEARN:  Okay.  And is there a

7    demarcation about time by time or something because that

8    dash cam is like almost an hour long.

9                    MS. WHITE:  Yeah.  I have it broken up into

10   segments.  It's what we have designated as Martinez

11   Segment 4.

12                   MR. HEARN:  But do we know what segment --

13   the time segment it appears on the dash cam video so

14   there's some way to reference that time segment?

15                   MS. WHITE:  No.  I just have it broken it

16   down by segments.

17                   MR. HEARN:  All right.  So she's going to

18   play that and ask you questions about it.

19                   Hold up.  I'm sorry, Johneal.  I didn't

20   mean to interrupt you.  Is there video with that or is

21   that just audio?

22                   MS. WHITE:  It's the video.

23                   MR. HEARN:  Do you want him to watch the

24   video or are you asking him to just listen to the audio?

25                   MS. WHITE:  I really just want him to

1  listen to the audio because video is just...

2          MR. HEARN:  Well, I'm going to object to

3  the extent you're playing a video and not allowing -- hold

4  on -- and not allowing the witness to view the video and

5  listen to the audio at the same time.

6          MR. HEARN:  You're not going to be able to

7  transcribe it, no.

8          MS. WHITE:  No.

9          (Video playing.)

10     Q    (By Ms. White) So I wanted to stop it right

11  there.  Is that you talking on that audio?

12     A    Yes, ma'am, it is.

13     Q    And did you -- was your statement to the trooper

14  right then that I know I got in the way?

15     A    I thought I got in the way because that's the

16  first thing is just slammed with me, when I saw

17  everything.  I was just in shock.  I didn't know what I

18  was saying to be honest.  I was in shock.

19     Q    I understand.

20     A    That's why I was repeating the same thing over

21  and over again.

22          The way that I hear the conversation that

23  we had, it's just like, to be honest I was in shock.  I

24  don't know what I was saying because I was trying to tell

25  the PD, the police officer, that I was trying to back it

1    up and I thought -- that's what I thought that I was in

2    the way, that's why the accident happened, but I wasn't.

3        Q    Okay.  And I just want to clarify that that's

4    you on the audio.

5        A    Yes, ma'am.

6        Q    And I just want to clarify exactly what your

7    statement was at the time.  Whether you disagree with it

8    now or not, that's not the point of the question.

9             Was your statement at the time "I know I

10    got in the way"?

11            MR. HEARN:  Let me just object.  I'm going

12    to object to that question to the extent you played an

13    audio and video clip that's span a certain amount of time,

14    that had multiple voices on it, some of which are not

15    Mr. Martinez and some of which are.  And in that segment

16    that you played for him, Mr. Martinez made multiple

17    statements.

18            So I object to the characterization and

19    form of the question to the extent you're trying to take

20    one piece of it and then characterize it as his statement.

21            So subject to that objection, you can

22    answer her question.

23        Q    (By Ms. White) So did you in fact state at the

24    time, I know I got in the way?

25        A    Yeah.

1                    (Video playing.)

2       Q     And did you state that you heard the truck press

3    its brakes and then you attempted to reverse?

4       A     Yes, ma'am.

5       Q     Okay.  After the impact with the bread truck,

6    did you ever see any other vehicles drive south on

7    Interstate 81?

8       A     No, ma'am, I never saw them.

9       Q     And when you were talking to the trooper, at

10   some point did you hand him your logbook?

11      A     Yes, ma'am, I did.

12      Q     And was that a logbook that was kept with the

13   SMC vehicle?

14      A     That was Salinas logbook.  That's one of the

15   logbook we use for Salinas.

16      Q     So that was a Salinas logbook?

17      A     Yes, ma'am.

18      Q     And do you know what happened to that logbook?

19      A     No, ma'am.

20      Q     Would you agree, as a professional truck driver,

21   that the maneuver you were attempting was extremely

22   dangerous?

23                    MR. FRANKL:  I'm going to object to the

24   form of the question.

25                    MR. HEARN:  Object to form.

1  Q (By Ms. White) You can answer.

2  A I know it was dangerous, pero, like I had some

3 help, that's why.

4  Q So as you're making the maneuver and your

5 headlights are pointed across 81, where were you directing

6 your attention?

7  A What do you mean?

8  Q Were you looking across 81 crosswise, were you

9 looking to your left up the Interstate, were you looking

10 backwards?

11  A I was checking to my left-hand side because of

12 incoming cars.  I was checking if I don't see no vehicles,

13 I can be able to be playing with the truck so I can be

14 able to back it up all the way to the back.

15  Q And you were in fact relying upon Roy and Art to

16 make sure your backing up was safe?

17     MR. FRANKL:  Object to form.

18     MR. HEARN:  Objection.

19  A The interest?

20  Q What about -- what were you relying upon them to

21 do?

22  A They were going to check just in case some

23 vehicle was trying to get to where they were going to stop

24 them.  Try to avoid some accidents because I was in the

25 way.

1      Q     You were charged with failure to obey the

2  highway sign?

3      A     Yes, ma'am.

4      Q     You didn't come to Virginia to contest either of

5  those?

6      A     I was, but I didn't have -- I didn't have

7  financial to be able to go.  Because that's one of the

8  things I told the trooper that why I was given that

9  reckless driving ticket for.

10     Q     So you were upset with the trooper when he gave

11  you the ticket?

12     A     No, ma'am.  No, I wasn't.  I just wanted to see

13  what was his explanation about that ticket.

14     Q     Well, did you express to the trooper words to

15  the affect that I messed up?

16     A     Yes, ma'am, I did.

17     Q     How did you guys eventually get the truck out of

18  the rest area?

19     A     After everything got cleared up, the rest area

20  got cleaned up, we had, the deputy was inside.  He was

21  beside us.  We had to unhook that truck, slowly pull it

22  out from the rest area, get a chain, hook it up with a

23  truck, SMC truck, run it a couple of miles, I don't know

24  how long it was, until we found like a little truck stop

25  on the left-hand side.

1          From there we unhooked the chains and get

2     the wench and hook it up with the, with that truck and

3     took it.

4          Q     So you unhooked the two trucks and then turned

5     the SMC truck back around facing south?

6          A     Correct.

7          Q     And then hooked it up with a chain to the

8     Salinas vehicle?

9          A     Correct.

10         Q     And towed it with a chain?

11         A     Yes, ma'am.

12         Q     To a rest, some sort of truck stop?

13         A     Truck stop; yes, ma'am.

14         Q     And was that on the same day the accident

15    happened?

16         A     Yes, ma'am.

17         Q     Had you had any drugs or alcohol on the day the

18    accident happened?

19         A     No.

20         Q     Or within the --

21         A     I don't do no drugs and I don't drink.

22         Q     How much sleep had you had?

23         A     Enough.  I had my ten hours sleep.

24         Q     How much sleep had Roy had?

25         A     I have no idea, ma'am.

```
 1      Q    Do you know where Eddie was at when the impact

 2  happened?

 3                MR. FRANKL:  Objection, asked and answered.

 4      Q    (By Ms. White) Has Eddie ever said he saw either

 5  of them?

 6      A    (Nods head.)

 7                MR. FRANKL:  Is that a no?

 8      A    No.

 9      Q    Did you guys have any flares with you in the

10  trucks?

11      A    I don't know, ma'am, because the truck was not

12  ours.  From that other company, we didn't know it did or

13  not.

14      Q    Did the Salinas truck have any flares in it?

15      A    I have no idea.  We usually use only the

16  triangles.

17      Q    Was there any prior occasion that you had to use

18  the emergency triangles?

19      A    I don't know.

20      Q    During the period you worked with Salinas

21  Express was there any other occasion where you had to set

22  out the emergency triangles?

23      A    Yes, some time I had a blowout in one of the

24  tires.

25      Q    Do you know when that was?
```

1      A    To be exact, I don't remember but it was after

2  the accident.

3      Q    It was dark at the time the accident happened?

4      A    Yes, ma'am, it was.

5      Q    And the only lighting is at the rest area?

6      A    Yes, ma'am.

7            MR. FRANKL:  Are you saying the only

8  lighting at the scene?

9            MS. WHITE:  Yes.

10     Q    (By Ms. White) Were there -- the emergency

11  flashers that you had on, were they just in the rear of

12  the tractor or were they any side flashers?

13     A    The flashers we use, it will be the one the

14  truck have.

15     Q    Okay.

16     A    It got both sides, left and right.

17     Q    Is that on the rear of the tractor, like on the

18  taillight section of it?

19     A    Yes, ma'am.

20     Q    So it didn't --

21     A    It would be the hazards, I'm sorry.

22     Q    The hazards lights?

23     A    Yeah, that would be the hazards.  I'm sorry, I

24  messed up.

25     Q    Just like hazard lights on a normal car?

1      A     Correct.

2      Q     And -- so you continued to drive for Salinas

3   Express after the accident?

4      A     After the accident I stayed at home like almost

5   for a month, but I had to work, and they told me I could

6   be able to work with them, and I did.

7      Q     Was any sort of adverse action taken against

8   you, any disciplinary action or anything?

9                 MR. HEARN:  Objection.  You can answer.

10     A     No.

11     Q     And did -- and then you guys returned with the

12   Salinas tractor, the broken down Salinas tractor to

13   Zapata?

14                MR. FRANKL:  Objection, form.

15                MR. HEARN:  Join.

16     A     We met, both of us, it was just halfway out of

17   Virginia, and I left with Eddie because he had to turn

18   that load, the one that Roy had.  It was already late and

19   they had to turn it in the next day.

20     Q     So you went with Eddie to take the, to finish

21   the load?

22     A     Yes, ma'am.

23     Q     And so, Roy --

24     A     And Art.

25     Q     And Art returned the Salinas tractor to Texas?

1      A     The SMC truck.  They came on the SMC truck.

2      Q     They were driving the SMC truck but they were

3  towing away the broken down --

4      A     Correct.

5      Q     -- Salinas tractor.  They were completing, they

6  were taking the Salinas tractor back to Zapata?

7      A     Yes, ma'am.

8      Q     Did you ever see the SMC tractor after that

9  evening?

10     A     No, ma'am.

11     Q     Do you know who repaired it?

12     A     No, ma'am.

13     Q     Was the Salinas tractor eventually repaired?

14     A     Yes, ma'am.

15           MR. FRANKL:  Can you tell me which tractor

16  you're talking about?

17           MS. WHITE:  The broken down Salinas

18  tractor.

19     Q     Was eventually repaired?

20     A     Yes, ma'am.

21     Q     Have you driven it since the accident?

22     A     No, ma'am.  Correction, I did.

23     Q     When was that?

24     A     Like after the accident.  It was about like, I

25  would say a month ago after the accident.  That's when I

1  had to help Roy, he couldn't be able to drive.  That's why

2  they asked me if I could help or not on his truck.

3      Q    And why couldn't Roy drive?

4      A    I have no idea.  Those are the two checks that

5  my wife got from Roy.

6      Q    On that job you helped him out?

7      A    Yes, ma'am.

8      Q    After?

9      A    After the accident.

10     Q    When you are sitting there, looking left, up

11  Interstate 1, is there sort of hill there?

12     A    Yes, ma'am.

13     Q    Do you know how far along you can see?

14     A    No, ma'am.

15     Q    Besides the lady who worked at the rest stop and

16  the trooper, did you talk to anyone else at the accident

17  scene?  Did you talk to more than one trooper?

18     A    Yes, ma'am.

19     Q    Two troopers maybe?

20     A    Yes.

21     Q    Did Roy ever talk to the trooper?

22     A    I have no idea.

23     Q    Did Eddie ever talk to either of the troopers?

24     A    I don't know.  I never saw them, that's why.

25     Q    Did Art ever talk to either trooper?

1      A     I have no idea.  What I'm saying I have no idea

2   about that because they just stepped me on one side of

3   them.  I was -- where the entry was at, where the accident

4   just happened, and they were over here in the truck that's

5   why I don't know if they did talked to them or not.

6      Q     Where did the trooper have you stationed?

7      A     I was in the same place.  I was right here, but

8   I had to walk all the way to where the accident was at, so

9   they wanted to talk to me, that's why.

10     Q     How did you find out that the trooper wanted to

11  talk to you?

12     A     Because one of them came over to the truck and

13  talked to me.  They needed the papers and logbooks and

14  everything, and they wanted me to go back over there where

15  their vehicle was at.

16     Q     So the first time you ever talked to any

17  trooper, you were standing over by the SMC truck?

18     A     I was on it.

19     Q     You?

20     A     I was here.

21     Q     And that's the first time you ever talked to

22  either of the troopers?

23     A     Yeah, because I, when I was -- because I walk

24  over here, I wanted to talk to them but they were kind of

25  busy.  They just told me step one side and they were going

1    to talk to me later on.  They were going to talk to me

2    later.  The only thing I did, came back to the truck and

3    started looking for those papers that I needed, the

4    logbooks and everything, so I can be able to have them

5    with me by the time they going to call me.

6         Q    So had they requested that you go look for them

7    or you started looking for them on your own?

8         A    They request me, they told me.

9         Q    So where were you the first time you spoke to

10   either state trooper?

11        A    On the truck.

12        Q    You were at the truck?

13        A    Yes, ma'am.

14             MS. WHITE:  We'll just take a break.

15             THE VIDEOGRAPHER:  Time is 4:17 in the

16   afternoon and we are off the record.

17             THE VIDEOGRAPHER:  We are back on the

18   record.  The time is 4:25 in the afternoon, and you may

19   continue with the deposition, please.

20             MS. WHITE:  Trying to wrap up here quickly.

21        Q    (By Ms. White) Have you ever received any sort of

22   1099 or tax form from Salinas Express?

23        A    No, ma'am.

24        Q    When the two vehicles, the SMC vehicle and the

25   Salinas Express vehicle, are connected at the rest area in

1  Virginia, are they connected in any way electrically?

2      A      They were connect -- they were hook up but with

3  chains and they had a wire with some -- some -- with

4  some --lights in front.

5                  MR. HEARN:  Please continue asking your

6  questions.

7      Q    (By Ms. White) So they were connected with a

8  wire?

9      A      They had to put like some lights in front the

10  Salinas trucks so we have some lights on the other end.

11     Q      And were those -- how were those controlled?

12     A      From the SMC truck on those, they had like a

13  little, I don't know to be honest -- got a little plug

14  they plug it in, and that was like a big old plate in

15  front they hook up in front of the truck, so we have the

16  stop and blinkers and everything on.

17     Q      And do you know was that functioning at the time

18  of the accident?

19     A      Yes, ma'am, it was.

20     Q      Did you guys test that out?

21     A      Yes, ma'am, we did.

22     Q      Whenever you did a job for Salinas Express, the

23  logbook that you would keep would always go with the truck

24  itself?

25     A      Yeah, because we were assigned for that truck.

1    Q    All right.

2    A    We left everything, all papers and logs and

3  everything because there were -- like later on that day

4  they were going to pick them up, they would get the

5  logbooks and the paperwork so they can be able to keep it,

6  I think.

7    Q    And did you ever keep any copy of any logbook?

8    A    I never did.

9    Q    Had you recorded any time in any logbook for the

10 trip to Virginia when the accident happened?

11   A    No, ma'am.

12             MR. DUNN:  I'm sorry, what was the answer?

13             THE WITNESS:  No.

14             MS. WHITE:  Those are all the questions I

15 have.

16                    EXAMINATION

17 BY MR. DUNN:

18   Q    Mr. Martinez, you never worked for SMC

19 transport, correct?

20   A    Correct.

21   Q    On that date of October 25th, 20 --

22 October 26th, 2015, you were helping out Roy Salinas,

23 correct?

24   A    Correct.

25   Q    And helping out Salinas Express, correct?

1     A     Yes, sir.

2     Q     No one from SMC Transport went on the trip with

3  you on that day?

4     A     No, sir.

5     Q     Correct?

6     A     Correct.

7     Q     No one from SMC Transport paid you for that

8  particular trip, correct?

9     A     Correct.

10    Q     No one from SMC Transport was telling you what

11 to do that day, correct?

12    A     Correct.

13    Q     In fact, the only connection you have with SMC

14 Transport was that you happened to be in a vehicle that

15 was owned by SMC Transport, correct?

16    A     Correct.

17    Q     SMC Transport didn't receive any benefit from

18 the use of its vehicle, correct?

19    A     Correct.

20    Q     The Eddie gentleman that came along on the trip,

21 he never worked for SMC Transport, did he?

22    A     Correct.  No, he didn't.

23    Q     And you didn't -- you never overheard Sergio

24 Cuellar discuss anything about the use of that SMC truck?

25    A     Correct.

1      Q    As far as you know, no one from SMC Transport

2   made any phone calls to you guys when you were traveling

3   from McAllen up into Virginia, correct?

4      A    Yes, sir, correct.

5           MR. DUNN:  Thank you very much.

6                     EXAMINATION

7   BY MR. FRANKL:

8      Q    Mr. Martinez, my name is Dan Frankl.  I

9   represent Salinas Express.  In line with the questioning

10  that Mr. Dunn just asked you, do you know if Sergio

11  Cuellar is an owner of SMC?

12     A    I think it is.

13     Q    And he met you at a truck stop in McAllen,

14  Texas?

15     A    Correct.

16           MR. DUNN:  I'm going to object to the form

17  of the question.

18     Q    (By Mr. Frankl) Didn't he meet you in a truck

19  stop in McAllen, Texas before this accident?

20           MR. DUNN:  I'm going to object to the form

21  of the question.  It was not to meet Israel Martinez.

22     Q    Did he -- did Sergio Cuellar come to the truck

23  stop in McAllen, Texas where you, Roy and Eddie were

24  before this accident?

25     A    Correct.

1    Q    And was the purpose of him -- well, while he was

2    there, did he load Eddie Lazaro's tractor onto the back of

3    the SMC tractor using the wench?

4    A    Correct.

5              MR. DUNN:  Object to the form of the

6    question.  Go ahead.  He's already answered it.

7    Q    (By Mr. Frankl) And he's physically the one that

8    connected the two tractors together?

9    A    Correct.

10    Q    Do you know who called Sergio and asked him to

11    come to that truck stop?

12    A    No, sir.

13    Q    But as a result of his presence, did you know

14    you had authorization to drive the SMC tractor?

15              MR. DUNN:  Object to the form of the

16    question.  There's no basis for it.  No foundation has

17    been laid.  Go ahead and answer the best you can.

18    A    Nobody told me anything.

19    Q    (By Mr. Frankl) Did -- is it your understanding

20    that Roy called SMC and asked to borrow a truck?

21              MR. DUNN:  I'm going to object to the form

22    of the question.  Haven't laid a proper foundation.

23    Q    Are you aware whether or not -- are you aware

24    how the SMC truck got involved in this whole situation?

25              MR. DUNN:  I have to object to the form.

1    You got to lay the foundation.  When you say aware, this

2    could be all sorts of different sources for that.

3              MR. FRANKL:  Understand.  And so if there

4    are different sources, we'll find out what they are.

5              MR. DUNN:  That's why I made the objection.

6              Go ahead, answer.

7    A    I think he did because he went over there and

8    show up to help us hook up the other truck.

9    Q    When you were contacted initially, you said

10   initially you were contacted by Rudy?

11   A    Okay.

12   Q    And did Rudy ask you if you had time to help Roy

13   get his truck from Virginia?

14   A    Correct.

15   Q    All right.  Was it going to be on behalf of

16   Salinas Express that you were doing this trip or was it on

17   behalf of Roy Salinas that you were doing this trip?

18              MR. DUNN:  I'm going to object to the form

19   of the question.

20              MR. HEARN:  I'll object, asked and

21   answered, but go ahead.

22   A    I don't know.

23   Q    Were you expecting to be paid for taking this

24   trip up to Virginia?

25   A    No.

1      Q      When you met at the Salinas yard, did you

2      overhear Roy making arrangements to go to McAllen to pick

3      up the SMC truck?

4      A      No.

5      Q      What did Roy say?

6      A      He just went -- we just went to Salinas yard and

7      he left me -- we were waiting for Eddie to arrive so I can

8      be able to take off with Eddie.

9      Q      And did he tell you what the purpose of you

10     going to McAllen was?

11     A      No, I didn't, but I knew it was for that because

12     we were supposed to take another truck with a wench and

13     everything.

14     Q      Do you know how the arrangements were made for

15     an SMC truck to be involved --

16     A      No, sir.

17     Q      -- in this traveling to Virginia and hooking up

18     with the disabled Salinas truck?

19     A      No, sir.

20     Q      Who drove the SMC truck out of the truck stop

21     after Sergio hooked up Eddie's Salinas tractor to the back

22     of it?

23     A      Roy.

24     Q      Did you have any conversation with Sergio at the

25     McAllen Truck stop?

1       A       No, sir, I didn't.

2       Q       Were you introduced to him?

3       A       No.

4       Q       You indicated that you had driven for Salinas on

5       a few occasions before the accident and were always paid

6       in cash?

7       A       Correct, sir.

8       Q       Did you report that cash that you earned on your

9       tax returns?

10                      MR. HEARN:  Objection.

11      A       No.

12      Q       What is your date of birth?

13      A       Confidential.

14      Q       That makes you how old?

15      A       Forty-one.

16      Q       How far did you go in school?

17      A       Twelfth.

18      Q       Did you get a high school diploma?

19      A       Yes, sir.

20      Q       What year did you graduate?

21      A       Ninety-five.

22      Q       I think I understand the answer to this question

23      but let me ask it again.  When you -- well, did you fill

24      out any logs at all with regard when you left McAllen to

25      when you got to Virginia?

1               MR. HEARN:  Objection.  Asked and answered.

2      A    Yes, I did.

3      Q    Okay.  So you drove part of the way from McAllen

4    to the rest stop in Virginia?

5      A    Part of McAllen?

6      Q    From McAllen, Texas?

7      A    Yes, we did.

8      Q    To the rest stop in Virginia.  You drove part of

9    the way?

10     A    Yes, sir.

11     Q    And the logbook that you wrote in, was that

12   assigned to you?

13     A    (Nods head.)

14     Q    It was?

15     A    It was.

16     Q    And where did you get that logbook?

17     A    That logbook, we -- I asked for some logs to

18   Roy.  He gave me some logs.  It was those simple logs.

19   It's not like a book, it's just like single pages.  I got

20   some logs from him so I can be able to do mine because I

21   didn't have mine.

22     Q    Okay.  And you left those pages in the SMC

23   truck?

24     A    Correct.

25     Q    And it was your practice whenever you did a run

1  with Salinas, was to leave the logbook pages in the

2  Salinas truck?

3      A    Correct.  I would leave it there because like

4  they were going to go and pick up the papers.  That way

5  they can go and get the logbooks because they were

6  supposed to get the logs.

7              MR. DUNN:  Let me object.  When you say

8  they, who are you talking about?

9              THE WITNESS:  For the logs.

10             MR. FRANKL:  Pardon me?

11             THE WITNESS:  Excuse me?

12             MR. HEARN:  That's not an objection; that's

13 a question, so...

14     Q   (By Mr. Frankl) When you left the logbooks in the

15 Salinas truck who was it that you understand would pick up

16 the logbooks and the other paperwork with regard to the

17 run you had just done?

18     A    I think that it was going to be Rudy.

19     Q    Do you know that for a fact?

20             MR. DUNN:  Objection; asked and answered.

21     Q    Do you know it was Rudy or you think it was

22 Rudy?

23     A    I think it was Rudy because he's the one in

24 charge for the papers and everything.

25             MR. DUNN:  Let me get back.  I had the

1    objection to the answer because it was vague and didn't

2    lay a proper foundation for allowing that testimony.  I'm

3    stating that for the record and I was stopped while I made

4    the objection.  I understand what you're saying that it

5    should be for a question, but I disagree.  I want to make

6    sure the record is clear as far as my objection on that.

7                He referred to "they."  I had no idea what

8    they he was referring to, and I was trying to clear that

9    up.  I'll give every opportunity for anybody else to clear

10   that up if they want to do that.

11        Q    (By Mr. Frankl) As far as the route that you

12   would take on any particular run, you said it was the --

13        A    GPS.

14        Q    -- GPS.  And that just didn't require you to go

15   that way, but you would follow the GPS all the way?

16        A    Correct.

17        Q    You indicated that you went on two runs with

18   Rudy before the accident and before you filled out the

19   application?

20        A    When I barely started.

21        Q    Now were you paid for those?

22        A    Yes, I was.

23        Q    Okay.  And other than those two runs, did you

24   ever have a co-driver, other than those two times?

25        A    No, sir.

1     Q    You indicated in your earlier testimony that at

2  one point in time you were working for I think you said

3  Lupe, you were helping them out, driving a tractor?

4     A    Yeah, they asked me because the owner from that

5  company, he's related to my wife.  And at that time he

6  needed a driver just to go and do that job for that day.

7     Q    All right.  But you said you weren't employed by

8  them?

9     A    No, sir, I wasn't.

10     Q    Were you paid for it?

11     A    Yes, I was.

12     Q    And so on this particular run you were helping

13  out Roy get his tractor back?

14     A    Correct.

15     Q    And it's my understanding from your -- that Rudy

16  has a tractor and Sylvia has a tractor and Roy has his

17  tractor, and do you know who is responsible for the

18  maintenance of those individual tractors?

19     A    No, sir, I don't.

20     Q    On your logs that you say you filled out, did

21  you not write time down that you had done a pre-trip

22  inspection?

23     A    Yes, sir, we do.

24     Q    Okay.  So earlier when you said you never

25  recorded a pre-trip inspection anywhere --

1     A     I thought they were saying about recording like

2     a recorder type like, like -- I didn't understand.

3     Q     Making an audio recording?

4     A     Correct.

5     Q     Okay.  But you would in fact mark down on your

6     logs that you had done a pre-trip inspection?

7     A     Yeah, we had to.

8     Q     Now you've looked at, at the rest area overhead

9     photograph exhibit and you can see the, which would be on

10    the far north side of the exhibit, you can see there are

11    two lanes for through traffic on Interstate 81 south?

12    A     Uh-huh.

13    Q     Then there's a dotted white line and that's the

14    beginning of the entrance to the rest area?

15    A     Yes, sir.

16    Q     And then to the right of that there's a white

17    solid white line?

18    A     Uh-huh.

19    Q     That's to the right -- to the right of that

20    would be the shoulder of the road?

21    A     Correct.

22    Q     And if I understand your testimony, there were

23    tractor trailers parked all along that, on the right

24    shoulder of that ramp?

25    A     On this side, on this other side.

1        Q     Hold it up so we can see.

2        A     On this other side there were a couple of

3    trailers and tractors parking.  On this other one they

4    were parked like almost through here.

5        Q     That's what I was going to ask you.  On the side

6    which would be closest to -- I guess farthest away from

7    the Interstate, there were tractor trailers lined up

8    against that?

9        A     Correct; yes, sir.

10       Q     Now in the photograph you're looking at, looks

11   like a double trailer that's white?

12       A     Uh-huh.

13       Q     Were there tractor trailers parked along what

14   would be the left side of that entrance ramp?

15       A     Yeah, there were.

16       Q     And how many tractor trailers were along --

17       A     On that one I think there were about two of

18   them.

19       Q     Okay.  And so initially, when you drove the

20   wrong way up the entrance ramp you had to pass those

21   tractor trailers on your right and you had also tractor

22   trailers on your left?

23       A     Correct.

24       Q     Okay.  And if I understand your testimony, you

25   had Art and Roy acting as spotters -- and I want to

1  clarify.  Are you indicating that they were spotting for

2  any vehicles that might be coming into the rest area?

3       A    Correct.

4       Q    They weren't spotting for you as to traffic on

5  Interstate 81?

6       A    They were because they were checking for

7  vehicles to approach where I was at.

8       Q    But they were both on the ramp side of your

9  truck, were they not?

10      A    Okay, I really don't understand that part.

11      Q    Okay.  When -- where was Roy -- you've indicated

12  where Roy was?

13      A    Uh-huh.

14      Q    He would have been to the left of your vehicle

15  as you were coming out the entrance?

16      A    On my driver's side.

17      Q    Driver's side?

18      A    Correct.

19      Q    And Art was -- where was Art?

20      A    On the same.

21      Q    Okay.  So they were both on the ramp side?

22      A    Correct.

23      Q    Okay.  So they, they weren't directing you as to

24  how far out into the road you were going?

25      A    But, they were, they were looking at where I was

1    at.

2         Q    Okay.

3         A    Because they were just kind of -- where I was

4    at -- they were kind of like steps away from where I was

5    at because they were trying to help me out so I could be

6    able to back up.

7         Q    And so they were back there so you wouldn't run

8    into the tractor trailers that were on the far right

9    shoulder?

10        A    They were, they were, they were here because

11   they were trying to avoid some accident because that guy

12   was -- I was heading the wrong way because that was the

13   only way that I could be able to travel because there was

14   no other way I could be able to turn.

15        Q    At some point in time Roy told you to stop?

16        A    Yes, sir, he did.

17        Q    Okay.  And -- but if I understand your

18   testimony, you were watching for traffic coming down the

19   Interstate?

20        A    Yeah, I was but I never saw because there's like

21   a little hill that I couldn't be able to look that far,

22   where I was at.

23        Q    But you didn't have anybody farther up the ramp

24   that would have been able to see over the hill either, did

25   you?

1      A    No.

2      Q    If the front of your vehicle got into -- if it

3    did, I understand you're not sure -- if it went into the

4    right-hand traffic lane of Interstate 81, how far or how

5    much that of lane would it have gone into?

6              MS. WHITE:  I'm going to object to

7    speculation.

8      A    The only thing that I can figure out if I was in

9    that vehicle, the Toyota was going to go straight where I

10   was at.

11     Q    All right.  Well, let me ask you this.  Did you

12   ever have the front of your vehicle get all the way

13   blocking the whole right-hand lane of Interstate 81?

14     A    No, sir, I never did.

15     Q    All right.  Did it get halfway into the lane?

16     A    No, sir; not that I know.

17             MS. WHITE:  Object to the speculation.

18     Q    Did you ever have your vehicle fully across both

19   lanes of Interstate 18?

20             MS. WHITE:  Same objection.

21     A    No, sir.

22     Q    If I understand your testimony, you said there

23   was a white car in the left-hand lane heading south and it

24   slowed down?

25     A    It did because they saw my lights on.

1      Q     All right.  And your lights would have been

2  across 81?

3      A     Correct.

4      Q     Not straight up towards oncoming traffic; they

5  would have been perpendicular to the roadway?

6      A     Straight up.

7      Q     Did that white car slow down significantly?

8      A     No.

9      Q     You say as a result of that white car slowing

10  down you saw the small pickup truck being driven by

11  Mr. Lester.  Did it slam on its brakes?

12      A     That's why I think I don't know if he did or not

13  because I heard something but I don't know if it was the

14  brake or it's because he just turned the wheel.

15      Q     So either he slammed on his brakes or he turned

16  his wheel significantly and so you heard a noise of tires

17  on the roadway?

18      A     I heard something.

19           MS. WHITE:  Object to the form of the

20  question.

21      Q     Based on what you observed, was Mr. Lester, the

22  driver of the small pickup truck, in control of his

23  vehicle when it struck the SMC vehicle?

24           MS. WHITE:  I'm just going to object to the

25  form of the question.

1     A    What do you mean exactly?

2     Q    Was his truck sliding when it hit you sideways

3 or was it going straight down the right-hand lane?

4     A    I don't know to be honest.  I think he was

5 sliding because he didn't went straight where I was at.

6 If he did, he would have hit straight out at that, at my

7 front wheel.

8     Q    Well, I understand he didn't run into the, into

9 the front of your vehicle.

10          Was there enough room in the right-hand

11 lane for Mr. Lester to have driven by in the right-hand

12 lane without hitting the white car in the left-hand lane

13 or not hitting your vehicle?

14          MS. WHITE:  Object to the form of the

15 question; speculation.  Those questions have been asked

16 and answered several times.

17          MR. FRANKL:  No one has asked the question

18 of whether there was room for a car.  And his testimony

19 isn't speculation as to what he saw.  And so I'm just

20 saying that's an improper objection.

21          MS. WHITE:  Okay.

22          MR. SKAFF:  He said multiple times he

23 didn't know where he was.

24          MR. HEARN:  Hold on.

25          MR. FRANKL:  I'm asking.

1          MR. HEARN:  Only one lawyer, please.

2          MS. WHITE:  Yeah.

3     Q   (By Mr. Frankl) Based on your observation, when

4  you stopped the vehicle you saw a white car in the

5  left-hand lane was there enough room for a vehicle to have

6  passed by your vehicle in the right-hand lane without

7  hitting you or the white car?

8          MS. WHITE:  Same objection and lack of

9  foundation.

10     A   To be honest, I don't know.

11     Q   Okay.

12     A   But I think it did because there was enough

13  space.  I don't know.

14     Q   After the impact -- well, do you know what part

15  of the small pickup truck hit the front left corner of

16  your SMC truck?

17     A   Yes, sir, I do.  It was the left-hand side --

18  right-hand side from the Toyota.

19     Q   The right-hand side of the pickup truck but

20  where, along the front or --

21     A   Right in the front, it was like his light bulb.

22     Q   As a result of that impact what did the small

23  pickup truck do?

24     A   He just went over and parked that side because

25  it was movable truck.  It was nothing wrong with that

1    truck.  It was just the light bulb that I hit on my light.

2    When I stopped there was nothing wrong.  That's why they

3    were trying to move it.

4         Q    And if I understand -- he was parked at an

5    angle?

6         A    Yes, sir.

7         Q    And I want to make sure, was the front of his

8    truck facing toward the rest area?

9         A    No.

10        Q    The front of his truck was facing toward the

11   rest area?

12        A    No.

13        Q    The front of his truck was facing --

14        A    To the rails.  There's some rails going through

15   on this side.

16        Q    Guardrail?

17        A    Guardrail.  His front was facing that way.

18   Let's say he just skipped where I was at and he just went

19   like that.

20        Q    And he stopped?

21        A    And he just stopped there.  It was just like an

22   angle.

23        Q    Were his lights still on?

24        A    I don't remember but I think it was.

25        Q    Are you aware of any reason why he couldn't have

1  driven off the road?

2      A    I have no idea, no, sir.

3          MS. WHITE:  I'm just going to object to

4  lack of foundation.

5      Q    (By Mr. Frankl) Did anyone run up to Mr. Lester's

6  vehicle other than Art Gutierrez?

7      A    No, sir.

8      Q    How long did it take from the time Mr. Lester's

9  small pickup truck stopped until Mr. Gutierrez ran out

10  there to his vehicle?

11      A    Just by, I'm thinking, I'm thinking about two or

12  three minutes because they, it gave him time to go to

13  where he was at, pull him out of the truck.

14      Q    I'm asking how long before Art got out to where

15  the pickup truck was?

16      A    It wasn't that much time.

17      Q    Wasn't much time.  So he ran out there right

18  away?

19      A    Yeah.

20      Q    All right.  How long was Art out there with

21  Mr. Lester in the pickup truck before Mr. Lester got out

22  of the pickup truck?

23          MS. WHITE:  Asked and answered.

24      A    I don't know.

25      Q    You recall seeing Mr. Lester standing outside of

1    the pickup truck?

2        A    Yes, sir.

3        Q    And was he standing there with Art?

4        A    Yes, sir; they were both with him.

5        Q    All right.  How long were they standing there?

6            MS. WHITE:  Asked and answered.

7        A    I don't know.

8        Q    Were they -- okay.  You don't know how long they

9    were standing there?

10       A    I'm saying, like, it took them I would say,

11   like, two, three minutes because he went over there,

12   pulled him out from the truck, tried to take him over to

13   the safe side where I was at.  He still went all the way

14   where I was and told me -- I told him several times when

15   everything happened with the bread truck.

16       Q    Did you see Art attempt to help Mr. Lester out

17   of the vehicle?

18       A    Yes, sir.

19       Q    Did Art help him open the driver's door?

20       A    Yes, sir, he did.

21       Q    Did -- Mr. Lester, was he able to stand on his

22   own?

23       A    Yes, sir, he was.

24       Q    And did Art then come back to where you were?

25       A    Yes, sir.

1      Q    And when Art came back to you where you were,

2    had the bread truck come down the road yet?

3      A    Yeah.  He got with me.  He got with me and tell

4    me, I told him several times, I told him several times --

5    it was like two, three times he repeated that to me when

6    it just happened, everything happened.

7      Q    All right.  Well, my question is when he came

8    back and told you that, had the bread truck already hit

9    the pickup truck?

10     A    I really don't understand that question because

11   it's kind of ...

12     Q    Okay.  Art went out and helped Mr. Lester out of

13   his vehicle?

14     A    Correct.

15     Q    Art, at some point in time, came back toward the

16   rest area?

17     A    Correct.

18     Q    Did Mr. Lester go with him?

19     A    No, he didn't want to.  He didn't want to.

20     Q    What do you mean he didn't want to?

21     A    I don't know.  He was trying to pull it, try to

22   bring it over with him and he never did.  That's why Art

23   came by himself back and told me that I told him several

24   times to come, when --

25     Q    When Art came back and told you that, had the

1    bread truck already hit the pickup truck?

2        A    I would say, yes, because the time he got with

3    me, he told me, like, twice or that's when everything

4    happened.  That's why he got all scared telling me that --

5    he told him several times to come over.

6        Q    Did Mr. Lester have enough time to walk from

7    where his vehicle was to a place of safety?

8                MS. WHITE:  I'm just going to object to

9    foundation.  There's absolutely no way he would know that.

10        Q    (By Mr. Frankl) You can answer the question.

11        A    I think he will.

12        Q    Do you have any knowledge as to why Mr. Lester

13    didn't get out of the road?

14        A    No, sir.

15                MS. WHITE:  Object to foundation;

16    speculation.

17        Q    Did you see the bread truck --

18                MR. SKAFF:  Is that a no?  I'm sorry.

19        Q    Do you know why Mr. Lester --

20        A    I don't know.

21        Q    -- didn't leave the side of his truck?

22        A    I don't know why.

23        Q    Okay.  From the point in time where Art and

24    Mr. Lester were standing next to the pickup truck, how

25    much time passed before the bread truck hit it?

1      A     Like I just told you, like, two or three

2  minutes.

3      Q     And did Art stay out there with him until you

4  saw the bread truck approaching?

5      A     He just came past to where I was at.  I told him

6  several times, just keep on going walking.

7      Q     Who went walking?

8      A     Art.

9      Q     Art.  Do you know how close the bread truck was

10  to maybe hitting Art?

11      A     I don't know.

12      Q     At any point in time after Art -- did Art come

13  back to the rest area side?

14      A     Yeah, he did.

15      Q     Okay.  Did you see Mr. Lester move at all in any

16  direction?

17      A     I didn't saw nothing.  I didn't saw him.

18      Q     Okay.  You indicated earlier in some questioning

19  that when the bread truck hit the pickup truck it started

20  spinning?

21      A     Correct.

22      Q     When you say it started spinning, which vehicle

23  was spinning?

24      A     The Toyota.

25      Q     The little pickup truck?

1    A    Correct.

2    Q    Okay.  You indicated that -- do you know if the

3  bread truck came into contact directly with Mr. Lester?

4    A    Yes, sir, it did.

5    Q    The bread truck itself?

6    A    Yes, sir.

7    Q    Okay.  If I understand your -- the way you've

8  described it, Mr. Lester was standing on the south side of

9  his pickup truck?

10    A    On the driver's side.

11    Q    But it would have been facing further south?

12    A    Correct.

13    Q    Okay.  And when the bread truck, the first thing

14  that the bread truck hit would have been the pickup truck?

15    A    Yup.

16    Q    All right.  And then would the pickup truck, as

17  a result of the impact with the bread truck, have hit

18  Mr. Lester, or did the bread truck itself hit Mr. Lester?

19              MS. WHITE:  I'm just going to object to the

20  form of the question.

21    A    I don't know.

22              MS. WHITE:  As stated, you're asking for

23  speculation.

24    Q    (By Mr. Frankl) I'm asking what did you observe

25  the bread truck hit the pickup truck?

1    A    Yes, I did.

2    Q    Okay.  And the pickup truck was between the

3  bread truck and Mr. Lester?

4    A    Can you repeat that again?

5    Q    The bread truck was on the north side of the

6  pickup truck and Mr. Lester was on the south side of the

7  pickup truck?

8    A    (Nods head.)

9    Q    No?

10   A    No, because the way that Toyota was parking, he

11 was facing the rail from the Interstate.  That means the

12 driver's side was on the north side coming down this way.

13   Q    Okay.

14   A    Going down.  (Indicating.)  That means when the

15 bread truck was coming this way, the driver's side was on

16 the same side where the bread truck was coming.

17   Q    I gotcha.

18   A    Then it got hit by the bread truck and that

19 thing just start spinning.

20   Q    When you say that thing started spinning --

21   A    The Toyota.

22   Q    The Toyota started spinning?

23   A    -- started spinning and came straight out to the

24 rest area, but only thing it stopped him was a pine, a

25 pine tree.

1    Q    So it's your testimony that the bread truck

2  would have hit the pickup truck on the driver's side?

3    A    Correct.

4              MS. WHITE:  Object to the form of the

5  question.

6    Q    Yes?

7    A    Yes.

8    Q    When the bread truck hit the pickup truck, did

9  you ever see what happened to Mr. Lester at that point in

10 time?

11   A    No, I never saw him.  The only thing that the PD

12 told me that he flew away.

13   Q    That he what?

14   A    The police officer told me that he just flew

15 away.  He just flew to the other side of the Interstate.

16   Q    Look at Exhibit 4.  Do you have that exhibit in

17 front of you?

18   A    Yes.  Here it is.

19   Q    All right.  You indicated that the individual in

20 the front right was Sergio Cuellar?

21   A    Right.

22   Q    Do you know who the tall individual is behind

23 him?

24   A    Ruben.

25   Q    Ruben Salinas?

1        A     Salinas.

2        Q     All right.  Who is the gentleman next to Ruben

3    with the hat?

4        A     I don't have no idea.  I don't know.

5        Q     What about in the very far back?

6        A     Roy.

7        Q     All right.  And who is to Roy's right?

8        A     I have no idea.  I don't know who it is.

9        Q     All right.  And who's got the T-shirt, I can't

10   tell what that is, with wings on the front?

11       A     I have no idea.

12       Q     All right.  So basically, we've got Sergio on

13   the right, then Ruben -- you don't know the man with the

14   hat, and then Roy?

15       A     Correct.

16       Q     Okay.  When Roy screamed at you to stop, he

17   would have been behind you to the north of you?

18             MS. WHITE:  Object to the form of the

19   question.

20       Q     (By Mr. Frankl) Where was Roy standing?

21       A     Let's say if I'm facing like that, heading that

22   way, Roy was over here on this side over here.

23       Q     Which would have been to your north, to the

24   left?

25       A     Correct.  Correct.

1    Q    He was in the entrance ramp itself?

2    A    In the entrance, correct.

3    Q    And where was Art in relation to Roy?

4    A    I think he was beside him.

5    Q    But you have no idea where Eddie was?

6    A    Nope.

7    Q    As we sit here today, it's your understanding

8  you didn't move your vehicle at all until the police

9  arrived?

10    A    Until that lady told me to move.

11    Q    Okay.  And you said there was an ambulance

12  there?

13    A    Yeah.

14    Q    But you don't know whether the police were there

15  or not?

16    A    No.

17    Q    You indicated earlier that after the initial

18  accident and Mr. Lester's pickup truck was stopped on the

19  road that no other traffic went by?

20    A    No, sir.

21            MS. WHITE:  Asked and answered.

22    Q    (By Mr. Frankl) After the bread truck hit the

23  pickup truck, did they both, both vehicles end up on the

24  right shoulder of the road, toward the rest area?

25    A    Yes, sir.

1    Q    Did any traffic go by after that collision, the

2    second collision, before the police got there?

3    A    I don't know.

4    Q    When I asked about the flashers on your vehicle,

5    where they were flashing they would show if you were

6    approaching the vehicle from the left or from the rear?

7    A    It was the hazards.

8    Q    All right.  The hazards.

9         You'd see those if you came up behind it?

10   A    Uh-huh.

11        MR. HEARN:  Is that a yes?

12   A    Yes.

13   Q    Would you also see lights on the front of the

14   vehicle flashing?

15   A    On the front of the vehicle?

16   Q    Yes.

17   A    Yes.

18   Q    So it was just like a car.  There's two in the

19   front and two in the back?

20   A    Correct.

21   Q    On the logs that you used was any of the

22   information preprinted on the log or did you have to fill

23   out all of the information?

24        In other words, was it just a blank form

25   that had the for duty types and you had to put in all of

1    the information or were some of the information

2    preprinted?

3         A    On the logbooks?

4         Q    On the logbook.

5         A    It had some information on it.

6         Q    It was preprinted?

7         A    Uh-huh.

8         Q    It wasn't handwritten, it was actually

9    preprinted?

10        A    Yeah, that's the way they give us the logbooks.

11        Q    And if I understand what you indicated earlier,

12   even though you had a CDL, working with Salinas was the

13   first time you actually went over the road and had to fill

14   out logbooks?

15        A    Yes.

16        Q    Were you taught how to fill out logbooks?

17        A    Yes.

18        Q    Who taught you?

19        A    Rudy.

20        Q    Did Eddie ever tell you where he was when the

21   accident took place?

22        A    No, sir.

23        Q    You had your window open.

24             Could you tell whether or not the engine on

25   the small pickup truck if it was still running?

1      A     I don't know.

2      Q     After the accident and you ultimately unhooked

3   and chained the Salinas disabled tractor to the SMC

4   tractor and drove it to a truck stop down the road?

5      A     No, sir.

6      Q     Who drove it?

7      A     Roy drove it.

8      Q     Roy drove it --

9      A     But it didn't move it all the way to the truck

10  stop.  They just moved it to the exit of the rest area so

11  we can be able to have some time to change it, get some

12  chains and tie it up so we can be able to pull it over

13  because it won't run.  You can move it but it was kind of

14  slow.  It was just popping.

15     Q     So you actually were just at the south end of

16  the rest area when you re-hooked the Salinas disabled

17  tractor on to the back of the SMC tractor?

18     A     What do you mean south side?  You mean the exit

19  side?

20     Q     The exit side.

21     A     Yes, sir.

22     Q     And the reason that you had to hook it the back

23  of the SMC truck was because you needed to lift the power

24  wheels to include the differential off the roadway?

25     A     Correct.

1    Q    After you re-hooked the disabled Salinas tractor

2    onto the back of the SMC tractor is that when you got in

3    the other tractor with Eddie at the rest area still?

4    A    No, sir.

5    Q    When did you get in the tractor with Eddie?

6    A    We got out from Virginia.  We stop at -- we stop

7    at, I don't know where it was at, but it was a truck stop

8    and that's where I just went with Eddie.

9    Q    So you --

10    A    Roy.

11    Q    -- Roy and Art left the rest area with -- in the

12    SMC truck?

13    A    Yes.

14    Q    It was later at another truck stop you got out

15    and got in with Eddie?

16    A    Correct.

17    Q    You went back with him to Laredo and then to

18    Zapata?

19    A    Correct.

20    Q    Was there anything mechanically wrong with the

21    SMC truck from when you got in it in McAllen, Texas, until

22    you left it at that truck stop after you left this rest

23    area, were there any mechanical problems with it?

24    A    I don't know.  I don't think so.

25    Q    After the accident, do you know where Art went

1  after he came and told you, I tried to get him to come

2  along with me, do you know where he went?

3      A    I think he left with Eddie because Eddie -- the

4  truck of Eddie's, it was still there, but I don't know if

5  he did or not.

6      Q    There were a number of cars that pulled into the

7  rest area.  Do you recall them pulling in and stopping

8  along the left-hand side of the entrance ramp?

9      A    Can you repeat that again?  What do you mean?

10     Q    There were a number of cars -- well, that's what

11  I'm trying to determine.

12           Do you remember any vehicles coming into

13  the rest area while you were maneuvering the SMC tractor?

14     A    No, sir.

15     Q    Okay.  So did any cars pull into the rest area

16  while you were backing your tractor and the both tractors

17  in the rest area?

18     A    Unh-unh.

19     Q    You don't remember?

20     A    No.

21           MR. FRANKL:  I don't have any other

22  questions.

23           Thank you.

24           MR. HEARN:  Anything else?

25           MS. WHITE:  Yeah.

1                    REEXAMINATION

2   BY MS. WHITE:

3       Q    Ultimately, you guys going up to the rest area

4   in Virginia allowed Roy to deliver his load, correct?

5       A    Can you repeat that?  I don't understand.

6       Q    Sure.  The ultimate benefit of the trip was

7   allowing Roy to be able to deliver his load with Eddie's

8   tractor?

9                    MR. FRANKL:  Objection to the form.

10      A    Correct.

11      Q    And also to complete the last leg of the trip

12  for the broken down tractor?

13      A    Like --

14      Q    Going up and getting it allowed the broken down

15  tractor to complete the last leg of its trip?

16      A    Correct.

17                   MS. WHITE:  That's all I have.

18                   MR. DUNN:  Real quick here.

19                   REEXAMINATION

20  BY MR. DUNN:

21      Q    When Rudy Salinas called you to ask you about

22  going on this trip to Virginia, you agreed to accept that

23  request to stay in the good grace -- one of the factors,

24  to stay in the good graces of your boss; is that correct?

25                   MR. FRANKL:  Object to the form.

1     Q    Is that a yes?

2     A    Yes, sir.

3     Q    Now, you mentioned earlier something about I

4 believe the logbooks were Salinas Express logbooks?

5     A    Correct.

6     Q    Is that because they had a name on the logbooks?

7     A    Yes, sir.

8     Q    Salinas Express?

9     A    Uh-huh.

10          MR. HEARN:  Was that a yes?

11    A    Yes, sir.  Sorry.

12          MR. HEARN:  That's okay.

13    Q  (By Mr. Dunn) You said you left the logbooks in

14 the SMC Transport tractor because you assumed it would get

15 back to Rudy Salinas?

16          MR. FRANKL:  Objection.

17    A    Can you repeat that again?

18    Q    Yes.  You left the logbooks in the tractor, in

19 one of the tractors?

20    A    Uh-huh.

21          MR. HEARN:  Is that a yes?

22    A    Yes, sir.  Sorry.

23    Q    Because you assumed it would get back to Rudy

24 Salinas, the logbooks?

25    A    Yes, sir.

1      Q    And the truck stop where you had -- where the

2  disabled Salinas Express tractor was towed to, is that

3  where the disabled Salinas tractor was repaired?

4      A    No, sir.

5      Q    Okay.  What happened at that truck stop?

6      A    We just -- we had to take the chains out of the

7  tractor and get, and tried to do the same thing over

8  again.  Get the SMC truck, back it up and get it with a

9  wench so we can go to drive all the way to Texas.

10     Q    So there were no -- no any type of repairs of

11  service or anything charged to anybody as a result of

12  being at that truck stop there --

13     A    No, sir.

14     Q    -- after you left the rest area?

15     A    No, sir.

16              MR. DUNN:  All right.  Thank you.

17                     REEXAMINATION

18  BY MR. FRANKL:

19     Q    Okay.  If I understood your earlier testimony,

20  you knew you weren't getting paid for this run; isn't that

21  correct?

22     A    Correct.

23     Q    And you left the logs in the SMC tractor?

24     A    Correct.

25     Q    And whether or not they got back, where they

1  went, really didn't make any difference as far as pay or

2  anything of that nature?

3      A    I thought they were going to get it because Roy,

4  he was on it.  Still, I didn't have my logbook.  That's

5  why I left it in that truck because those logbooks they

6  were supposed to be in that truck.  It was assigned for

7  that truck.

8      Q    It was assigned -- those logs were assigned to

9  the SMC truck?

10     A    Yeah, because that's the truck that I was riding

11  with.  That's the first truck that we took off to

12  Virginia.

13                  MR. FRANKL:  No further questions.

14                  MR. DUNN:  I got to follow up on that.

15                        REEXAMINATION

16  BY MR. DUNN:

17     Q    Sorry.  When you say assigned to that truck, the

18  logbooks you're talking about that were in the truck --

19     A    Yes, sir.

20     Q    -- the SMC truck?

21     A    Yes.

22     Q    But they're still a Salinas Express logbook,

23  correct?

24     A    It was Salinas Express logbooks.

25     Q    Just wanted to make sure that was clear.

1      A     Yes, sir.

2                MR. HEARN:  All right.  We are done.  He

3    will read.

4                THE VIDEOGRAPHER:  The time is 5:19 in the

5    afternoon and we are off the record.

6                (Signature having been requested, the

7                deposition was concluded at 5:19 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              ERRATA SHEET -- CHANGES AND SIGNATURE

2     PAGE LINE   CHANGE                    REASON

3     _____

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23

24                    _____
                      ISRAEL MARTINEZ, JR.

25

1

2

3

4

5

6

7

8      I declare under penalty of perjury that the

9  foregoing is true and correct.

10

11                          _____

                            ISRAEL MARTINEZ, JR.

12

13

14      SUBSCRIBED AND SWORN TO BEFORE ME, the

15  undersigned authority, by the witness, ISRAEL

16  MARTINEZ, JR., on this the _____ day of

17  _____, _____.

18

19                          _____

20                          NOTARY PUBLIC IN AND FOR

21                          THE STATE OF _____

22

23  My Commission Expires: _____

24

25

1                    REPORTERS CERTIFICATION
                     OF ISRAEL MARTINEZ, JR.
2                        April 18, 2016

3            I, Annette E. Escobar, Certified Shorthand

4    Reporter in and for the State of Texas, hereby certify to

5    the following:

6                That the witness, ISRAEL MARTINEZ, JR. was

7    duly sworn by the officer and that the transcript of the

8    oral deposition is a true record of the testimony given by

9    the witness;

10               That the deposition transcript was

11   submitted on _____, 2016, to the witness or

12   to the attorney for the witness for examination,

13   signature, and return to me by _____, 2016;

14               That the amount of time used by each party

15   at the deposition is as follows:

16               JOHNEAL  WHITE (2H46M) Attorney for
     Plaintiff.
17               LAWRENCE DUNN (0H05M) Attorney for
     Defendant;
18               DANIEL P. FRANKL (0H45M) Attorney for
     Defendant.
19               That pursuant to information given to the

20   deposition officer at the time said testimony was taken,

21   the following includes counsel for all parties of record:

22               Johneal White, Attorney for Plaintiff(s)
                 Lawrence Dunn, Attorney for Defendant(s)
23               David Hearn, Attorney for Defendant(s)
                 Daniel Frankl, Attorney for Defendant(s)
24

25               I further certify that I am neither counsel

1   for, related to, nor employed by any of the parties in the

2   action in which this proceeding was taken, and further

3   that I am not financially or otherwise interested in the

4   outcome of this action.

5           Certified to by me on this 4th day of May,

6   2016.

7

8

9           ANNETTE E. ESCOBAR
            CSR#5475, Exp: 12/31/17

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**able** 11:21 17:6,11
36:12,13 45:16
46:5 49:8 56:11
62:19,20 63:20
64:6,8,16,19 65:9
66:1,9,10,24 67:8
67:10,14 68:19
69:14,15,18,20
71:7,12,14,14
72:2,6,7,11 76:1
84:8,17 85:9
91:25 93:2 94:2,6
94:12 96:6 99:13
99:14 100:7 104:6
106:1 108:4 110:5
115:8 117:20
124:6,13,14,21,24
131:21 142:11,12
145:7
**above-styled** 1:15
**absolutely** 133:9
**accept** 145:22
**accident** 15:16,20
28:3,11 29:9,10
39:13,14 42:19
61:12 73:17 76:5
77:1 81:19 92:11
93:11,16 97:2
101:14,18 103:2,3
104:3,4 105:21,24
105:25 106:9,16
107:3,8 109:18
110:10 112:19,24
116:5 119:18
124:11 139:18
141:21 142:2
143:25
**accidents** 28:14
99:24
**accomplish** 20:12
**account** 17:17
**acquired** 20:9
**acting** 122:25
**action** 1:4 104:7,8
153:2,4
**additional** 20:9
**address** 4:18 26:19
**adverse** 104:7

**Aerial** 3:16
**affect** 100:15
**afraid** 78:8 92:19
**afternoon** 36:21,23
61:6,8 70:3 84:22
84:24 87:20,22
108:16,18 149:5
**ago** 19:12 29:20
105:25
**agree** 61:21 98:20
**agreed** 73:20
145:22
**ahead** 17:12 27:5
30:23 52:14 56:8
76:14 113:6,17
114:6,21
**air** 67:13
**Alabama** 38:8
**alcohol** 35:9 101:17
**allowed** 145:4,14
**allowing** 96:3,4
119:2 145:7
**ambiguous** 51:21
**ambulance** 85:21
89:20 139:11
**amount** 97:13
152:14
**amounts** 22:6
**ANDERSON** 2:14
**angle** 82:8,13,23
129:5,22
**angled** 82:7
**Annette** 1:16 152:3
153:8
**answer** 28:16 32:1
32:1 81:16 91:24
97:22 99:1 104:9
110:12 113:17
114:6 116:22
119:1 133:10
**answered** 76:13
102:3 113:6
114:21 117:1
118:20 127:16
130:23 131:6
139:21
**Antonio** 23:19
**anybody** 119:9
124:23 147:11

**anymore** 36:12
45:17
**apart** 62:17
**appearance** 37:9
37:24
**APPEARANCES**
2:1
**appears** 95:13
**applicant** 33:7,17
**application** 3:13
12:8,25 30:6
31:17 32:17 33:5
119:19
**applied** 6:21
**appointment** 13:1
**approach** 123:7
**approaching** 73:13
75:12,12 134:4
140:6
**approximately** 4:6
**April** 1:10,15 4:5
19:13 152:2
**area** 3:16 37:15
38:7 42:22 43:15
43:16 45:3,18
47:5 58:13,21,25
59:3,19,21,23
60:21 61:12,18,20
61:24 66:11 67:22
68:1 69:16 70:13
70:16 71:19 72:22
74:7,8 83:8 84:6
86:10 90:5,15,24
92:8 93:8,16 94:1
94:13 100:18,19
100:22 103:5
108:25 121:8,14
123:2 129:8,11
132:16 134:13
136:24 139:24
142:10,16 143:3
143:11,23 144:7
144:13,15,17
145:3 147:14
**arrangements**
115:2,14
**arrive** 115:7
**arrived** 17:3 47:17
53:14,19,22 56:6

58:21,24 61:14,18
61:20,24 84:5,12
139:9
**Art** 55:6,23 56:8
57:6 66:8 69:3
72:17 73:2,2,10
83:5,18 85:8,11
85:12 86:11,25
90:2 92:22 99:15
104:24,25 106:25
122:25 123:19,19
130:6,14,20 131:3
131:16,19,24
132:1,12,15,22,25
133:23 134:3,8,9
134:10,12,12
139:3 143:11,25
**Arturo** 55:6,7
**asked** 10:20 11:5,6
19:19,22 44:2,3
46:5 56:11 76:13
83:6 85:17,19
102:3 106:2
112:10 113:10,20
114:20 117:1,17
118:20 120:4
127:15,17 130:23
131:6 139:21
140:4
**asking** 33:9 95:24
109:5 127:25
130:14 135:22,24
**asleep** 58:24 59:1
**assigned** 109:25
117:12 148:6,8,8
148:17
**assist** 54:12
**assisted** 68:9
**assume** 94:20
**assumed** 146:14,23
**AT&T** 47:7
**attach** 5:24
**attached** 1:22
**attempt** 131:16
**attempted** 53:20
66:17 98:3
**attempting** 98:21
**attention** 99:6
**attorney** 2:2,8,13

2:17 152:12,16,17
152:18,22,22,23
152:23
**audio** 95:21,24
96:1,5,11 97:4,13
121:3
**August** 39:4
**authority** 151:15
**authorization**
113:14
**Avenue** 2:4
**avoid** 99:24 124:11
**awake** 58:24 60:22
**aware** 113:23,23
114:1 129:25

**B**

**B** 88:1
**back** 9:15 19:24
27:4 28:18,25
29:11 36:11,22,25
43:6 46:9,10,14
46:18 55:21 58:1
59:9 61:7 64:11
66:25 67:12 69:11
69:22 70:4,5 71:3
71:7,12 72:2,7,7
72:10 74:13 76:1
77:11 84:23 85:10
86:5,5 88:14
90:14 92:23 93:20
93:20 96:25 99:14
99:14 101:5 105:6
107:14 108:2,7
113:2 115:21
118:25 120:13
124:6,7 131:24
132:1,8,15,23,25
134:13 138:5
140:19 142:17,22
143:2,17 146:15
146:23 147:8,25
**backing** 66:25 94:9
99:16 144:16
**backwards** 99:10
**bad** 89:15
**barely** 6:9 20:6
42:12 46:7 73:4
80:23 119:20

**based** 21:19 126:21
128:3
**basically** 64:11
138:12
**basis** 92:5 113:16
**bed** 83:10 89:10
**bedside** 89:10
**beginning** 121:14
**behalf** 114:15,17
**believe** 12:22 146:4
**belly** 5:17 10:6
**belongs** 18:9
**benefit** 111:17
145:6
**best** 113:17
**big** 90:8,17 109:14
**birth** 116:12
**bit** 62:22 65:25
77:6 78:4,6,25
80:9,25 81:6
**blank** 140:24
**blinkers** 109:16
**blocking** 125:13
**blowout** 102:23
**Blue** 1:20
**Bonnet** 1:20
**book** 19:21 117:19
**borrow** 50:4 59:24
113:20
**boss** 145:24
**bottom** 34:3
**bought** 18:2 20:7
**bounce** 81:2
**bounced** 81:1
**Box** 2:20
**brake** 126:14
**brakes** 76:24 79:3
80:16 89:7 94:15
98:3 126:11,15
**Brandon** 1:3 4:13
88:1 89:1
**bread** 83:16 85:5
87:6 88:19,21,23
88:25 89:1,5,6,19
89:21,22 98:5
131:15 132:2,8
133:1,17,25 134:4
134:9,19 135:3,5
135:13,14,17,18

135:25 136:3,5,15
136:16,18 137:1,8
139:22
**break** 26:4 61:4
62:22 69:22 71:13
74:12,12 80:24
108:14
**breakdown** 74:11
**bring** 47:24 83:7
132:22
**broke** 61:11
**broken** 44:25 45:7
61:17,25 69:7
95:9,15 104:12
105:3,17 145:12
145:14
**brother** 25:1
**brothers** 18:8 19:4
40:21 41:4
**Buchanan** 38:12
39:11,11
**building** 10:9
**bulb** 128:21 129:1
**bumper** 79:10
80:25
**business** 23:1
**busy** 107:25
**buy** 27:18

---

**C**

**C-O-N-T-R** 5:7
**C-O-N-T-R-E-N-...**
5:10
**C&D** 9:21,21
**cabinet** 13:13
**cabinets** 13:14
**caliche** 10:6,6,8
**call** 16:19 46:23
49:9 50:16 54:2
89:25 90:2 108:5
**called** 19:21 43:14
44:1 46:4 49:9
50:17 54:3,7 56:8
56:10 113:10,20
145:21
**calls** 44:24 46:25
112:2
**cam** 95:3,8,13
**car** 60:3 75:12,15

76:3,25 77:2,2,5
77:10 80:7,8,18
80:18 87:13
103:25 125:23
126:7,9 127:12,18
128:4,7 140:18
**carrying** 23:1
**cars** 71:17 72:11
99:12 144:6,10,15
**case** 99:22
**cash** 17:2,6 20:23
23:7,11 116:6,8
**CATHEY** 2:4
**cause** 1:15
**caused** 7:16 8:15
9:3,12,18,22
10:14 19:16
**caved** 38:21
**CDL** 141:12
**cell** 47:1
**cents** 22:3,4,13
**certain** 21:19 33:12
97:13
**certainly** 60:1
**certification** 3:8
34:17,22 152:1
**Certified** 1:17
152:3 153:5
**certify** 152:4,25
**chain** 100:22 101:7
101:10
**chained** 142:3
**chains** 68:17 101:1
109:3 142:12
147:6
**chance** 31:13 37:1
**change** 79:25
142:11 150:2
**changed** 80:5
**CHANGES** 150:1
**characterization**
97:18
**characterize** 97:20
**charge** 16:8 84:5
86:9 118:24
**charged** 100:1
147:11
**check** 8:11 16:20
17:5 27:21 34:8

40:7 99:22
**checking** 19:18
69:4 73:12,12
99:11,12 123:6
**checks** 106:4
**Civil** 1:4,21
**clarify** 12:1 18:5
20:18 33:2 97:3,6
123:1
**cleaned** 100:20
**clear** 31:9 33:9
92:4 93:19 119:6
119:8,9 148:25
**cleared** 93:16
100:19
**clip** 97:13
**close** 134:9
**closest** 122:6
**co-driver** 26:11
119:24
**code** 17:14 47:5
**collectively** 36:14
**collision** 140:1,2
**color** 52:4,5
**Colorado** 13:9,19
**come** 11:5 46:9,14
51:1 83:7,21,21
86:12,17 87:3,3
92:23 100:4
112:22 113:11
131:24 132:2,24
133:5 134:12
144:1
**coming** 46:7 73:16
75:13,15,23 77:2
77:17 78:23 79:1
90:14 123:2,15
124:18 136:12,15
136:16 144:12
**commercial** 6:13
6:15,24 28:15
**Commission**
151:23
**communication**
55:21
**company** 5:12 8:8
8:21 9:20 16:6
18:13 22:20 23:3
23:4 26:18 30:2,4

32:3 33:8,20 34:5
42:8 55:18 102:12
120:5
**complete** 75:11
145:11,15
**completed** 35:15
**completing** 105:5
**compliance** 34:22
**computerized** 1:18
**concluded** 149:7
**Conference** 1:20
**confirm** 95:4
**connect** 109:2
**connected** 108:25
109:1,7 113:8
**connection** 111:13
**consented** 37:9,24
**consist** 40:6
**consistently** 17:8
**contact** 39:16 135:3
**contacted** 114:9,10
**contest** 100:4
**continuance** 35:5
**continue** 36:24
61:9 70:6 84:25
87:22 108:19
109:5
**continued** 104:2
**contract** 9:20
**Contreras** 5:6 6:8
**control** 126:22
**controlled** 109:11
**conversation** 11:4
42:10 96:22
115:24
**copies** 59:6
**cops** 84:4
**copy** 15:15 36:15
110:7
**corner** 63:18 74:7
128:15
**correct** 17:16 61:15
69:9 70:17 75:17
86:13 90:12 101:6
101:9 104:1 105:4
110:19,20,23,24
110:25 111:5,6,8
111:9,11,12,15,16
111:18,19,22,25

112:3,4,15,25
113:4,9 114:14
116:7 117:24
118:3 119:16
120:14 121:4,21
122:9,23 123:3,18
123:22 126:3
132:14,17 134:21
135:1,12 137:3
138:15,25,25
139:2 140:20
142:25 143:16,19
145:4,10,16,24
146:5 147:21,22
147:24 148:23
151:9
**correction** 29:7
43:24 62:4 105:22
**corrective** 39:18
**counsel** 152:21,25
**couple** 11:9,20,21
14:5,6 28:4,8
36:11 43:5 47:16
55:17 58:1 72:18
78:20 83:14 85:11
89:21 100:23
122:2
**Court** 1:1 3:8
**cousin** 10:25 48:24
49:1
**crash** 87:25
**crosswise** 99:8
**crowded** 70:13
**CSR#5475** 153:9
**Cuellar** 48:20
49:14 50:12,24
51:9 52:16 53:12
54:5,9,10 55:1
111:24 112:11,22
137:20
**Cumulative** 51:24
59:16
**cumulatively** 31:4
**current** 4:18
**currently** 5:3 18:6
18:20
**curve** 74:14 76:9

— D —

**daily** 39:24
**damage** 91:4
**Dan** 112:8
**dangerous** 98:22
99:2
**Daniel** 2:18 152:18
152:23
**dark** 86:20 103:3
**dash** 95:3,8,13
**date** 4:5 12:11
20:13 32:3,5,6,8
32:10 33:21 56:3
56:3 110:21
116:12
**dated** 31:24
**David** 2:14 152:23
**day** 11:22 32:5,6
44:1 49:7,12
55:25 56:1,4
101:14,17 104:19
110:3 111:3,11
120:6 151:16
153:5
**days** 58:1
**declare** 151:8
**deduct** 27:21
**Defendant** 2:8,13
2:17 152:17,18
**Defendant(s)**
152:22,23,23
**definitely** 59:11
**deliver** 27:5 46:10
57:25 58:1,2
145:4,7
**delivered** 26:23
46:12
**delivery** 20:13
**demarcation** 95:7
**denoted** 68:6
**depends** 17:10
**deposition** 1:9,12
4:7 30:14 31:2,11
31:17 36:17,24
52:2 59:14,16
61:9 84:25 87:22
91:10 108:19
149:7 152:8,10,15
152:20
**depositions** 37:3

**Depot** 13:13
**deputy** 100:20
**describe** 61:12
**described** 70:12
135:8
**DESCRIPTION**
3:12
**designated** 95:10
**destination** 15:6
17:3
**determine** 17:19
144:11
**determined** 15:3
21:9,14
**dfrankl@frankl...**
2:22
**DHearn@Sands...**
2:16
**dictated** 22:13
**difference** 148:1
**different** 5:18 14:7
17:9 22:20 114:2
114:4
**differential** 64:23
64:25 66:9 68:17
68:21 69:4 142:24
**difficult** 24:20
**diploma** 116:18
**direct** 86:7
**directing** 99:5
123:23
**direction** 26:17
61:25 66:16 74:1
90:21 134:16
**directly** 135:3
**disabled** 44:5 63:7
63:8,20,22 64:6,7
64:10,14 65:16
66:2,14 67:2,10
68:4,11,18,20
69:22 70:7,8,11
71:13 72:6 115:18
142:3,16 143:1
147:2,3
**disagree** 97:7 119:5
**disciplinary** 104:8
**discovery** 52:8,13
**discuss** 111:24
**distance** 65:4

**distracted** 77:9
**DISTRICT** 1:1,1
**DIVISION** 1:2
**dock** 27:4
**document** 33:6
52:12
**doing** 13:25 44:2
53:23 57:18 68:14
68:23 69:3 71:10
73:3,10 94:13
114:16,17
**donor** 35:15
**door** 131:19
**dotted** 121:13
**double** 122:11
**downloaded** 52:10
**draw** 59:10 61:17
**drawn** 84:15,15
**drink** 101:21
**drive** 7:2,12,25
10:20 12:17 14:9
15:1,4 16:3,4
23:20 24:5 26:1,3
26:12 46:8 56:16
57:1,4,6 67:16
98:6 104:2 106:1
106:3 113:14
147:9
**driven** 11:14 28:2
51:5 65:3 105:21
116:4 126:10
127:11 130:1
**driver** 23:14 34:12
89:22 91:18 98:20
120:6 126:22
**driver's** 6:15,24
29:6 34:17,21,22
123:16,17 131:19
135:10 136:12,15
137:2
**drivers** 11:6 23:9
24:8,9 25:18
**driving** 5:14,22
6:20 8:13 10:10
12:2 14:18 16:25
23:3,4 26:4 34:9
34:18 40:3,4
41:11,19,22 45:23
56:22 58:22 64:18

64:20 69:24 72:14
75:6 100:9 105:2
120:3
**drove** 14:3 24:4,25
55:3 93:4 115:20
117:3,8 122:19
142:4,6,7,8
**drown** 61:17 76:4
**drug** 12:23 32:20
32:22,25 35:10,13
**drugs** 101:17,21
**duly** 1:14 4:9 152:7
**dump** 5:17
**dumps** 10:6
**Dunn** 2:9 3:5 5:9
18:12 31:1,5,8
36:18 48:14 50:7
50:20 51:19 52:4
53:3,10 59:11
60:15 110:12,17
112:5,10,16,20
113:5,15,21,25
114:5,18 118:7,20
118:25 145:18,20
146:13 147:16
148:14,16 152:17
152:22
**duty** 140:25

— E —

**E** 1:16 72:25 152:3
153:8
**E-A-S-N-C-E-N**
5:8
**E-mail** 2:6,12,16,22
**earlier** 120:1,24
134:18 139:17
141:11 146:3
147:19
**earned** 116:8
**East** 2:15
**Eddie** 14:6 25:1
45:21,22,22,23
46:9,17 47:16,17
47:19 48:3,5 49:9
49:16,25 51:12
53:23 54:24,25
57:4 62:18 63:23
64:7,10 66:2

68:23 72:25 73:1
73:3,9 90:2 102:1
102:4 104:17,20
106:23 111:20
112:23 113:2
115:7,8 139:5
141:20 143:3,5,8
143:15 144:3,3
**Eddie's** 46:14,19
46:20 57:21,23
62:15 63:13,16
65:20 115:21
144:4 145:7
**eight** 10:13,17,19
26:3
**either** 20:5 37:8
75:6 100:4 102:4
106:23,25 107:22
108:10 124:24
126:15
**electrically** 109:1
**eleven** 7:9 26:5
**eligibility** 35:2
**emergency** 74:21
74:23 102:18,22
103:10
**employed** 5:3 120:7
153:1
**employee** 35:9 42:4
**employer** 34:3
**employment** 3:13
6:23 31:17 35:1
**ended** 81:25
**Energy** 7:19 8:15
9:8,20
**engine** 141:24
**enter** 3:17 90:5,9
90:19 91:12,14
**entire** 5:1 30:21
33:6,10
**entrance** 69:21
70:19 72:20,21
73:11 74:6 84:7
90:4,9,13 91:21
121:14 122:14,20
123:15 139:1,2
144:8
**entry** 107:3
**equipment** 7:14

**ERRATA** 150:1
**Escobar** 1:16 152:3
153:8
**especially** 37:15
38:7
**Estrada** 2:24
**evening** 105:9
**eventually** 100:17
105:13,19
**everybody** 57:14
85:22 93:17
**everyday** 40:3
**exact** 8:20 12:11
26:19 56:2 58:8,9
78:13 103:1
**exactly** 69:13 71:18
75:20 76:10 81:11
84:14 97:6 127:1
**examination** 3:4,5
3:6 4:10 110:16
112:6 152:12
**Excuse** 13:3 118:11
**exhibit** 30:13,14,19
31:1,16 36:15,16
36:17 37:3 51:23
51:24 52:1,2 53:3
59:13,14,16,17
91:7,9,10,12
121:9,10 137:16
137:16
**EXHIBITS** 3:11
**exit** 49:8 62:5 69:21
71:15 72:12,13
90:4 142:10,18,20
**exited** 91:21
**exiting** 73:13
**Exp** 153:9
**expecting** 114:23
**expenses** 22:16
27:14
**experience** 6:20
11:8 49:17
**Expires** 151:23
**explain** 42:7 45:10
45:10
**explanation** 100:13
**express** 1:6 2:17
10:2,21 11:13,19
11:25 12:7 14:3

14:19 16:3,10
17:1 18:3,11,20
18:22,23 19:6,7
19:17 20:19,23
21:5 22:19,22,25
24:5,8 25:17 26:7
27:6 28:3 30:7
31:18 38:3 40:14
40:16 41:10,13,22
45:11,13 53:24
54:13 100:14
102:21 104:3
108:22,25 109:22
110:25 112:9
114:16 146:4,8
147:2 148:22,24
**extent** 52:12 96:3
97:12,19
**extra** 22:9
**extremely** 98:21
**eye** 39:18

**F**
**face** 67:17
**Facebook** 3:14
35:23,25 37:6,9
37:11,19,25
**facing** 53:3 61:21
62:2,2,7,8 63:8
66:16,18,19,22,23
67:3,5,9 70:11,12
71:23 72:20,20
82:3,4,5,6,9,10,11
82:13,14,23 88:13
88:15,15,16 90:11
90:13,21 101:5
129:8,10,13,17
135:11 136:11
138:21
**fact** 49:14 50:23
54:12 64:13 97:23
99:15 111:13
118:19 121:5
**factors** 145:23
**failure** 100:1
**fair** 22:25 33:13
**family** 3:15 51:23
52:6
**far** 65:13 72:19

73:22 76:19 78:15
80:3,4 86:20
106:13 112:1
116:16 119:6,11
121:10 123:24
124:8,21 125:4
138:5 148:1
**farther** 124:23
**farthest** 122:6
**fast** 75:14 77:3,4,24
**faster** 49:25
**father-in-law** 8:7
**favor** 56:11
**fax** 2:6,11,21 26:18
**Federal** 1:21
**feed** 37:9
**feel** 89:15
**felt** 19:25
**figure** 125:8
**fill** 31:20 33:18,21
116:23 140:22
141:13,16
**filled** 26:6 30:6,9
31:18 35:21
119:18 120:20
**final** 35:8,13
**financial** 100:7
**financially** 153:3
**find** 18:15 20:2
38:14 107:10
114:4
**fine** 30:17 31:9
57:18,19 61:3
**finish** 104:20
**finished** 94:5
**first** 4:9 6:15 11:24
12:6,12,13 13:11
14:4 17:2 26:16
26:16 33:20 44:1
50:1 52:19,20,24
62:15 77:22 78:16
78:17,17,18 86:1
86:3 96:16 107:16
107:21 108:9
135:13 141:13
148:11
**fist** 21:12
**five** 18:22 19:1,3
20:7

**fix** 41:7 55:10
56:12 66:9
**flares** 102:9,14
**flashers** 40:8 74:17
74:22,23 77:7
103:11,12,13
140:4
**flashing** 140:5,14
**flats** 40:7
**flew** 87:11 89:8,11
137:12,14,15
**flip** 53:9
**flipped** 89:7
**flooded** 49:8
**Floor** 2:10
**flying** 17:6,12 89:4
**follow** 17:23
119:15 148:14
**following** 152:5,21
**follows** 4:9 152:15
**foot** 72:18
**foregoing** 151:9
**forget** 32:3
**forgot** 32:6
**form** 24:6 31:25
32:16 35:2,6
48:14 51:19,21
56:25 81:16 90:6
91:23 94:16 97:19
98:24,25 99:17
104:14 108:22
112:16,20 113:5
113:15,21,25
114:18 126:19,25
127:14 135:20
137:4 138:18
140:24 145:9,25
**forth** 43:7
**Forty** 22:4
**Forty-one** 116:15
**forward** 63:21 64:7
65:10,11,13 74:6
74:15 93:24,24
**found** 100:24
**foundation** 50:8,21
113:16,22 114:1
119:2 128:9 130:4
133:9,15
**four** 56:19

**fourth** 34:8
**Frank** 2:24
**Frankl** 2:18,19 3:6
8:4,6,24 10:7,17
18:25 19:6 24:15
32:15 56:24 59:8
60:9 69:25 92:5
98:23 99:17 102:3
102:7 103:7
104:14 105:15
112:7,8,18 113:7
113:19 114:3
118:10,14 119:11
127:17,25 128:3
130:5 133:10
135:24 138:20
139:22 144:21
145:9,25 146:16
147:18 148:13
152:18,23
**free** 93:15
**front** 14:21 60:18
62:1,9 80:20
88:11 93:3 109:4
109:9,15,15 125:2
125:12 127:7,9
128:15,20,21
129:7,10,13,17
137:17,20 138:10
140:13,15,19
**fuel** 16:25
**full** 4:15 69:17
71:24 78:7 91:16
**fully** 82:16,21
125:18
**functioning** 109:17
**further** 135:11
148:13 152:25
153:2
**furthest** 74:5,15
**fuses** 27:18

**G**

**G-A-V-I-L-A-N**
24:23
**Garza** 24:13,13
**gas** 17:17 27:16,17
**gauge** 8:9
**gauging** 8:3,5,8,21

8:23 9:15
**Gavilan** 24:20,21
24:22
**gentleman** 111:20
138:2
**getting** 30:3 53:21
60:21 69:7 145:14
147:20
**give** 17:2 26:17
27:22 42:4 74:1
85:8 94:11 119:9
141:10
**given** 20:11 26:14
50:13 100:8 152:8
152:19
**giving** 16:9
**glasses** 39:16 53:1
**GLENN** 2:4
**go** 6:18 9:24 12:19
14:14 17:12 19:24
21:4 27:3,5 30:23
32:25 39:3 41:15
43:6,9,15,16,22
46:5 47:9,10,14
47:21,22,22 49:6
49:10 52:13 56:11
69:25 71:16,16
72:3,11 76:14
84:19 92:22 93:15
100:7 107:14
108:6 109:23
113:6,17 114:6,21
115:2 116:16
118:4,5 119:14
120:6 125:9
130:12 132:18
140:1 147:9
**goes** 21:21
**going** 7:15 11:9
14:8,13,24 21:15
23:21 26:18,20,22
29:12,15 30:3
32:15 36:14 42:13
43:12,13,23 44:7
44:8 45:25 46:23
46:24 47:9,23
48:2,4,4,5,8,9,10
48:12,16,17 49:6
49:10,11 50:7,20

51:19,21,22 55:6
55:10,20 56:7,24
57:24,24 62:4
69:21 70:3 71:18
73:16 74:12 77:10
78:8 80:7 82:12
83:7 84:7 87:15
90:12,13 94:11,21
94:23 95:3,17
96:2,6 97:11
98:23 99:22,23
107:25 108:1,5
110:4 112:16,20
113:21 114:15,18
115:10 118:4,18
122:5 123:24
125:6,9 126:24
127:3 129:14
130:3 133:8 134:6
135:19 136:14
145:3,14,22 148:3
**good** 145:23,24
**gotcha** 136:17
**gotten** 29:11 46:17
**GPS** 16:24 17:23
17:24 119:13,14
119:15
**grab** 67:11
**grace** 145:23
**graces** 145:24
**graduate** 116:20
**Grandin** 2:19
**gravel** 10:8
**green** 86:11
**grow** 11:2
**Guardrail** 129:16
129:17
**guess** 11:11 32:6
122:6
**Gutierrez** 55:7,8
130:6,9
**guy** 23:22 24:14
83:6 124:11
**guys** 11:2 12:19
13:18 14:9 24:2
31:8 38:3 42:16
47:14,21 48:2
49:5 53:15 55:3,5
55:20 56:16,22

57:23 62:13 63:16
64:4 65:23 66:7
66:13,17 70:25
73:19 92:8 100:17
102:9 104:11
109:20 112:2
145:3

**H**

**half** 9:17
**halfway** 104:16
125:15
**hand** 75:15 98:10
**handwriting** 32:13
32:18 34:1,6,10
34:14,19 35:6,10
35:16
**handwritten** 32:18
34:23 141:8
**happen** 39:13
66:21 67:7 81:15
81:24
**happened** 9:19,23
19:18 28:18,18
36:11 38:23 39:14
42:22 45:16 49:15
49:23 54:19 61:13
71:2 73:6,8 76:5
77:1,2,5 78:12
79:4 81:9,11,13
81:19 87:6 88:1
92:20 93:2,15,16
97:2 98:18 101:15
101:18 102:2
103:3 107:4
110:10 111:14
131:15 132:6,6
133:4 137:9 147:5
**happening** 56:9
**hard** 71:3
**hat** 138:3,14
**haul** 11:17 22:20
**hauling** 7:12,13 9:8
10:6,7 13:12,15
13:21 23:1 46:2
57:21,23 58:10
**hazard** 103:25
**hazards** 103:21,22
103:23 140:7,8

**head** 42:23 49:13
92:20 102:6
117:13 136:8
**heading** 38:23 39:8
124:12 125:23
138:21
**headlight** 79:10
80:24,25
**headlights** 74:19,20
77:6,13,14,17,22
78:25 79:8,9
80:10 81:6 99:5
**hear** 73:24 80:13
96:22
**heard** 51:10,11
75:9 79:2 80:17
83:18 86:24 94:14
98:2 126:13,16,18
**hearing** 39:22
**Hearn** 2:14 12:1,4
18:5 24:6 28:16
30:15,17,20,23
31:25 33:2,4,12
38:15,20 44:22
51:24 52:7,11
53:6 57:12,14,18
59:25 60:13,24
76:13,18 81:16
87:15,18 90:6,25
91:3,8,23 94:16
94:19,25 95:6,12
95:17,23 96:2,6
97:11 98:25 99:18
104:9,15 109:5
114:20 116:10
117:1 118:12
127:24 128:1
140:11 144:24
146:10,12,21
149:2 152:23
**heavy** 49:7
**helicopter** 89:15
**help** 7:13 44:4 46:6
46:8 68:14 93:22
99:3 106:1,2
114:8,12 124:5
131:16,19
**helped** 106:6
132:12

**helping** 29:3 68:24
110:22,25 120:3
120:12
**hereto** 1:22
**high** 116:18
**highway** 5:19,20,21
80:11 86:12 100:2
**highway's** 82:12
**hill** 106:11 124:21
124:24
**hired** 32:5
**history** 6:23
**hit** 28:21 77:10,12
78:8 80:7,18 81:5
81:6 83:16 87:8,9
88:21,23,24,25
89:1,5,10 127:2,6
128:15 129:1
132:8 133:1,25
134:19 135:14,17
135:18,25 136:18
137:2,8 139:22
**hitting** 71:7,23
127:12,13 128:7
134:10
**hold** 60:25 94:19
94:19 95:19 96:3
122:1 127:24
**home** 13:13 104:4
**honest** 11:21 12:11
13:23 16:5,15
30:1 32:2 39:12
42:9 69:2 75:8
96:18,23 109:13
127:4 128:10
**hook** 53:20,24
54:20 62:18 64:8
64:12 65:20 67:8
68:20 71:6 100:22
101:2 109:2,15
114:8 142:22
**hooked** 68:3,12
69:7 101:7 115:21
**hooking** 49:16
50:16 54:13 66:24
66:25 115:17
**horns** 40:8
**Hotel** 1:19,19
**hotels** 27:24

**hour** 95:8
**hours** 26:3,5,5
34:13 101:23
**house** 6:2 44:3,9
46:15,22
**Houston** 54:22 55:3
55:5,20,23,24
57:20

**I**

**I9** 35:2
**idea** 39:12 80:5
101:25 102:15
106:4,22 107:1,1
119:7 130:2 138:4
138:8,11 139:5
**identification**
30:13 31:9 36:16
52:1 59:13 91:9
**identify** 94:20,25
**impact** 78:11 80:19
81:9 98:5 102:1
128:14,22 135:17
**impacted** 88:18
**impacts** 92:14
**impairment** 39:22
**improper** 127:20
**include** 12:4 142:24
**includes** 152:21
**incoming** 99:12
**incurred** 27:14
**INDEX** 3:1
**indicate** 50:12
**indicated** 116:4
119:17 120:1
123:11 134:18
135:2 137:19
139:17 141:11
**indicating** 53:13
61:19 62:1 74:16
81:13 88:2 123:1
136:14
**individual** 120:18
137:19,22
**information** 140:22
140:23 141:1,1,5
152:19
**initial** 139:17
**initially** 10:20 59:2

61:13 114:9,10
122:19
**inside** 16:22 68:2
76:20 77:12 94:13
100:20
**inspect** 40:2
**inspection** 40:9,10
41:16 120:22,25
121:6
**installed** 17:24 18:1
**instance** 1:13
**intention** 72:3,5
**interest** 99:19
**interested** 153:3
**interrupt** 95:20
**interstate** 43:4 75:7
75:13,16 76:12,20
76:22 81:8,15
84:7 98:7 99:9
106:11 121:11
122:7 123:5
124:19 125:4,13
125:19 136:11
137:15
**intrastate** 11:17
**introduced** 51:7
116:2
**investigation** 94:6
**involve** 8:13
**involved** 113:24
115:15
**involving** 28:15
**Israel** 1:5,9,12 3:3
4:8,17 33:15 36:2
36:3,8,10 112:21
150:24 151:11,15
152:1,6
**issue** 41:10,10
**issues** 39:24 41:6

**J**

**J** 17:6,12
**January** 19:13,14
20:4
**Jersey** 14:16 28:8
28:11
**job** 7:16,18 8:9,15
9:3,4,12,13,18,22
9:23 10:3,10,14

10:15,16 20:11
106:6 109:22
120:6
**jobs** 11:19 22:23
**Johneal** 2:3 4:12
95:19 152:16,22
**Join** 104:15
**Jr** 1:5,9,13 3:3 4:8
4:17 25:7,10,14
33:15 150:24
151:11,16 152:1,6
**Juarez** 4:19
**July** 12:9 30:10
31:21 33:1
**June** 12:10,12 20:3
**jwhite@glennro...**
2:6

**K**

**K-E-Y** 7:21
**keep** 6:2,4 14:12
15:9 16:23 25:21
25:23 27:13 87:15
109:23 110:5,7
134:6
**kept** 89:7 98:12
**Key** 7:19 8:15 9:8
**keys** 50:10,13
**kind** 5:18 8:9 24:20
26:14 27:16 46:6
49:7 71:3 86:20
86:20 107:24
124:3,4 132:11
142:13
**knew** 48:3 51:13
89:11 115:11
147:20
**know** 6:10 8:18 9:9
11:22 13:11,21
15:3,24 16:5,7,8
16:15 18:3,7,9,14
18:17,19 19:22
21:22 23:1,9,18
24:2,7,19,24 25:5
25:12,20 28:23
29:1 30:1,9 31:10
31:25 32:2 33:23
38:12,17 39:10,20
40:13 41:3,7 43:1

43:7 45:15,25
46:2,17 48:18,20
49:12 50:6 51:9
53:15,15,17 55:13
55:14,15,19,25
56:2,2,4,9,13 58:2
58:10,12 59:25
64:21,21 65:1,13
68:25 69:12,19
70:9,10,21 71:25
73:6,8 75:8,8,20
76:6,15,16,19
77:8,20,23 78:13
78:15 79:2,18,21
80:15 81:3,3,9,14
81:14,19 83:20
84:9,16 86:21
89:8 90:3,16
92:19 95:12 96:14
96:17,24 97:9,24
98:18 99:2 100:23
102:1,11,12,19,25
105:11 106:13,24
107:5 109:13,17
112:1,10 113:10
113:13 114:22
115:14 118:19,21
120:17 125:16
126:12,13 127:4
127:23 128:10,13
128:14 130:24
131:7,8 132:21
133:9,19,20,22
134:9,11 135:2,21
137:22 138:4,8,13
139:14 140:3
142:1 143:7,24,25
144:2,4
**knowledge** 24:4
40:19 133:12
**knowledgeable**
41:5
**Knoxville** 38:24

**L**

**L-A** 10:3
**L-A-M-O-S** 10:4
**L-E-O** 24:13
**La** 1:19,19 30:4

**La-Lomas** 10:3
**label** 18:14
**lack** 128:8 130:4
**lady** 84:5 85:18
  86:9 94:1 106:15
  139:10
**laid** 8:16 9:13 50:8
  50:22 113:17,22
**lane** 75:14,16 76:12
  76:17 77:3,4,20
  77:23,24 79:13,19
  79:20,22,24 81:15
  81:22,24 82:1,17
  82:17,20,21 88:7
  88:8,9 125:4,5,13
  125:15,23 127:3
  127:11,12,12
  128:5,6
**lanes** 75:6 80:1,6
  82:19 121:11
  125:19
**Laredo** 1:20 5:12
  46:10,12,18 58:3
  58:4 143:17
**late** 104:18
**Lawrence** 2:9
  152:17,22
**lawsuit** 4:13
**lawyer** 128:1
**lay** 114:1 119:2
**Lazaro's** 113:2
**ldunn@morrism...**
  2:12
**leaks** 40:7
**lease** 7:1,3 18:23
**leased** 19:4 20:5
**leave** 7:16 8:15 9:3
  9:12,18,22 10:14
  26:9,15 43:9
  45:17 65:25 118:1
  118:3 133:21
**left** 15:10,12,17,19
  15:20 49:24 52:18
  52:21,23 55:1,2
  61:21 65:15 75:15
  76:17 82:10,11
  88:9 99:9 103:16
  104:17 106:10
  110:2 115:7

116:24 117:22
118:14 122:14,22
123:14 128:15
138:24 140:6
143:11,22,22
144:3 146:13,18
147:14,23 148:5
**left-hand** 75:14
  77:3,12,24 78:23
  78:23 79:19,20
  81:7 82:1,16,20
  82:21 99:11
  100:25 125:23
  127:12 128:5,17
  144:8
**leg** 145:11,15
**legs** 87:10
**lend** 47:23 48:5,9
  48:12,16,18
**lenses** 39:16
**Leo** 24:13
**Lester** 1:3 4:13
  126:11,21 127:11
  130:21,21,25
  131:16,21 132:12
  132:18 133:6,12
  133:19,24 134:15
  135:3,8,18,18
  136:3,6 137:9
**Lester's** 130:5,8
  139:18
**let's** 18:8 19:3 21:3
  26:1 27:17 32:5
  62:22 69:25 82:12
  84:19 88:16 89:6
  129:18 138:21
**letter** 29:12
**license** 6:13,16,21
  6:24 7:3 29:6,16
  29:19 34:22
**life** 5:1
**lift** 142:23
**light** 75:23 128:21
  129:1,1
**lighting** 103:5,8
**lights** 40:8 74:18
  77:25 103:22,25
  109:4,9,10 125:25
  126:1 129:23

140:13
**Lilly** 4:20 20:25
  36:3,8 37:17,18
  38:22 39:1 44:16
**line** 112:9 121:13
  121:17 150:2
**lined** 122:7
**Linn** 9:20
**listen** 94:23 95:4,24
  96:1,5
**little** 6:6 43:23
  62:22 65:25 69:18
  72:5 77:6 78:4,6
  78:24 79:8 80:9
  80:25 81:6 83:17
  87:12 100:24
  109:13,13 124:21
  134:25
**live** 4:20,24
**lived** 5:1
**lives** 23:18,19
**living** 55:16
**LLC** 1:5,6 2:17
**LLP** 2:19
**load** 22:20 26:25
  27:1 43:12 46:12
  57:25 64:9,13
  65:15,21 66:2
  104:18,21 113:2
  145:4,7
**loading** 27:2 43:12
**loads** 23:1 46:11
**local** 5:22 7:15
**located** 5:11,12
**location** 6:6 7:14
  10:9,9
**locations** 38:2
**lock** 15:12
**log** 15:9,15 36:12
  140:22
**logbook** 25:21,23
  98:10,12,14,15,16
  98:18 109:23
  110:7,9 117:11,16
  117:17 118:1
  141:4 148:4,22
**logbooks** 15:20
  19:20 107:13
  108:4 110:5 118:5

118:14,16 141:3
141:10,14,16
146:4,4,6,13,18
146:24 148:5,18
148:24
**logs** 110:2 116:24
  117:17,18,18,20
  118:6,9 120:20
  121:6 140:21
  147:23 148:8
**Lomas** 30:4
**long** 6:8 7:8 9:1,9
  9:16 10:12 11:17
  20:12 65:3 78:10
  85:5 95:8 100:24
  130:8,14,20 131:5
  131:8
**look** 30:15,18,23
  31:13 37:1 59:11
  59:15 108:6
  124:21 137:16
**looked** 121:8
**looking** 19:21 20:1
  33:5 38:16 82:9
  99:8,9,9 106:10
  108:3,7 122:10
  123:25
**looks** 33:15 122:10
**Lopez** 29:3
**lost** 36:12
**lot** 54:1
**Louisiana** 38:6
**Love** 17:12
**Loves** 17:7,10,13
**Lozano** 14:6 25:1
  45:22
**luck** 53:25
**lunch** 61:12
**Lupe** 120:3

**M**

**M** 2:3
**M-E-D-L-O-Z** 7:7
**M-O** 9:7
**M-O-N-C-I-V-A-...**
  8:25
**M-O-V-A-C** 9:7
**ma'am** 4:21,23,25
  5:2,15,23 6:1,3,14

6:19,22 7:19,22
8:1,14,20 10:11
10:24 11:1,3,15
11:18 12:14,16,18
13:13,17,20,22
14:1,11 15:2,8,10
15:17,23,25 16:2
16:11,13,17,21
17:16,18 18:11
20:10,14,22,24
21:6,8,18,23 22:8
22:11,18,21,24
23:6,8 24:11
25:15,24 26:8,8
26:10,13,22 27:8
27:12,15,17,23
28:13,24 29:7,10
29:18,24 30:8,12
31:15,19,23 32:2
32:9,11,14,19,21
32:24 33:16,19,22
33:24 34:2,4,7,11
34:15,20,25 35:4
35:7,12,17,22,24
36:1,4,6 37:4,7,18
37:21,23 38:1,4
38:13 39:15,17,19
39:23 40:1,5,12
40:17 41:12,17,20
42:3,18,21,25
44:12,17,19,23
45:1,4,9,12,24
46:1,3,13,21 47:2
47:8,11,20 48:1
48:23,25 49:2,4
50:3,5,11,25 51:2
51:4,6 52:17 53:2
54:14,18,25 55:8
55:22,24 56:15,18
56:21,23 57:3,5,7
57:9,13,22 58:11
58:18,20 59:20,23
60:23 61:16,23
62:12 63:10,12,15
64:3,12,15,17
65:2,12,14,19,22
66:4,6,18 67:4,6
67:18 68:2,5,15
69:1 70:14,17,20

70:24 72:15 73:25
74:2,24 75:19
80:12 82:2,15,22
83:1 84:2,10,13
85:4,13,25 86:16
88:10 89:2,24
90:1,3,3,7,20 91:6
91:13,20 92:12,15
93:1 94:4,8 96:12
97:5 98:4,8,11,17
98:19 100:3,12,16
101:11,13,16,25
102:11 103:4,6,19
104:22 105:7,10
105:12,14,20,22
106:7,12,14,18
108:13,23 109:19
109:21 110:11
**machine** 1:18
**Main** 2:15
**maintenance** 40:14
120:18
**major** 39:24 40:22
**making** 12:20
14:14 28:19,19,21
38:3 45:15,19,20
71:11 72:5 99:4
115:2 121:3
**man** 85:2 86:11
87:24 89:17
138:13
**maneuver** 98:21
99:4
**maneuvering**
144:13
**manual** 42:5
**Marion** 38:5,6
**mark** 36:15 51:22
60:4,10 74:14
76:9 91:7 121:5
**marked** 30:13,19
31:16 36:16 37:2
52:1 59:13,16
91:9
**marker** 43:1
**Martin** 24:17,18
**Martinez** 1:5,9,13
3:3 4:8,12,17
33:15 36:2,3,8,10

37:1 95:10 97:15
97:16 110:18
112:8,21 150:24
151:11,16 152:1,6
**McAllen** 40:25
47:18,19 48:21
49:3 50:23 112:3
112:13,19,23
115:2,10,25
116:24 117:3,5,6
143:21
**mean** 11:16 12:2,4
25:22 77:16 79:16
82:18 95:20 99:7
127:1 132:20
142:18,18 144:9
**means** 136:11,14
**mechanic** 55:11,12
**mechanical** 41:5,10
143:23
**mechanically**
143:20
**Med-Loz** 7:6
**median** 5:20 82:14
82:23
**medical** 39:24
**medication** 39:25
**meet** 49:5,11,14
50:24 112:18,21
**mentioned** 146:3
**messed** 67:1 100:15
103:24
**met** 48:21,22 49:3
104:16 112:13
115:1
**Met-Loz** 6:25 7:3
**Michigan** 14:16
**mile** 21:21 22:1,3,4
22:14 43:1
**mileage** 22:1,7,10
**miles** 21:20 65:8
100:23
**MILLER** 2:19
**mine** 117:20,21
**Mines** 58:6,8
**minute** 70:1
**minutes** 47:16
78:14,14 83:14,15
83:15 85:8,11

86:14 92:17
130:12 131:11
134:2
**Mississippi** 38:6
**mistaken** 6:17
**mom's** 44:3,9
**Moncivais** 8:23
**money** 21:3 27:21
**month** 6:10 10:17
104:5 105:25
**months** 10:13,18
10:19 19:12 36:11
**morning** 58:16,17
**MORRIS** 2:9,9
**motor** 34:16,21
**movable** 128:25
**Movac** 9:5
**move** 62:19 63:18
64:7,10,16,18,20
65:10,11 66:10
76:1 84:3,4,6,11
84:17 85:17,20
86:18 93:18,23
94:2,2,6 129:3
134:15 139:8,10
142:9,13
**moved** 62:25 65:13
65:24 66:2 80:25
85:16,16 86:2
93:4,10,12 142:10
**moving** 72:1 75:3
75:22 93:13,24
**multiple** 59:6,6
97:14,16 127:22

———————
**N**
**name** 4:12,15 8:22
16:14 24:19,20
25:13 33:17 34:6
36:2 41:3 58:9
84:9 112:8 146:6
**nature** 148:2
**near** 38:11 39:13
42:22
**need** 19:19 26:3
59:9
**needed** 11:6 19:20
21:3 43:15,21
46:7 107:13 108:3

120:6 142:23
**negotiate** 21:24
**neither** 152:25
**never** 20:17 50:14
52:12 73:4,5,6,8
75:23 79:23 83:9
83:24 85:15,16
86:24 89:4,8,24
90:10,11,14,23
91:13 92:25 98:8
106:24 110:8,18
111:21,23 120:24
124:20 125:14
132:22 137:11
**New** 14:16 28:8,11
**night** 56:5,6
**Ninety-five** 116:21
**Nods** 42:23 49:13
102:6 117:13
136:8
**noise** 126:16
**Nonresponsive**
50:21
**noon** 4:6
**Nope** 139:6
**normal** 103:25
**north** 61:22 62:3,4
66:18,19,23 67:5
67:17 70:12
121:10 136:5,12
138:17,23
**NOTARY** 151:20
**number** 30:14
36:17 47:3 52:2
59:14 70:8,10
91:10 144:6,10
**numbered** 1:15
**numbers** 17:5

———————
**O**
**O** 2:20
**obey** 100:1
**object** 24:6 31:25
32:15 48:14 50:7
50:20 51:19,21
52:11 56:24 81:16
90:6 91:23 94:16
96:2 97:11,12,18
98:23,25 99:17

112:16,20 113:5
113:15,21,25
114:18,20 118:7
125:6,17 126:19
126:24 127:14
130:3 133:8,15
135:19 137:4
138:18 145:25
**objection** 28:16
52:13 76:13,18
92:5 97:21 99:18
102:3 104:9,14
114:5 116:10
117:1 118:12,20
119:1,4,6 125:20
127:20 128:8
145:9 146:16
**observation** 128:3
**observe** 135:24
**observed** 126:21
**occasion** 102:17,21
**occasions** 116:5
**October** 15:16 28:3
28:12,15 29:5
41:9 58:19 110:21
110:22
**officer** 96:25
137:14 152:7,20
**offices** 1:19
**official** 41:22
**Oh** 21:16 22:3
23:19 25:9 38:22
53:8
**Ohio** 14:15
**oil** 7:12 11:8
**Oilfield** 7:11
**okay** 8:6 18:7 20:8
22:12 26:3 29:14
30:16 31:6,7
32:12 33:11 37:12
39:10 43:23,25
44:9,15 46:17,22
49:19 52:11 53:1
60:7,24 62:4,7,16
63:1 64:1,18 65:9
65:15 66:2 68:9
77:14 78:19 80:5
81:9,14,25 86:4
87:18 89:13 94:25

95:6 97:3 98:5 103:15 114:11 117:3,22 119:23 120:24 121:5 122:19,24 123:10 123:11,21,23 124:2,17 127:21 128:11 131:8 132:12 133:23 134:15,18 135:2,7 135:13 136:2,13 138:16 139:11 144:15 146:12 147:5,19
**Oklahoma** 28:7,7
**old** 109:14 116:14
**on-duty** 34:13
**once** 24:1
**oncoming** 126:4
**ones** 17:9 37:15
**open** 131:19 141:23
**operate** 54:8 55:18
**operated** 68:11
**opportunity** 70:15 119:9
**oral** 1:9,12 152:8
**orange** 90:17
**outcome** 153:4
**outside** 83:9 86:21 130:25
**overhead** 59:5,18 121:8
**overhear** 86:23 115:2
**overheard** 111:23
**owned** 16:4 20:5,21 111:15
**owner** 16:7 112:11 120:4
**owns** 18:4,5

**P**

**P** 2:18,20 152:18
**P-R-O-C-E-E-D-...** 4:1
**P.C** 2:9
**p.m** 1:16,16 4:3 149:7
**packed** 69:17 70:22

91:17
**page** 3:2,12 32:20 33:5,10,12,14,20 33:25 34:1,5,6,8,9 34:12,13,16,18,21 34:24 35:1,3,5,8 35:11,13,23 37:6 39:4 61:21 150:2
**pages** 3:14 35:25 36:18 37:2 117:19 117:22 118:1
**paid** 20:23 21:15 22:7 23:9,11 30:3 111:7 114:23 116:5 119:21 120:10 147:20
**paper** 26:17 30:24
**papers** 20:2 107:13 108:3 110:2 118:4 118:24
**paperwork** 15:12 16:9 26:14 110:5 118:16
**Pardon** 118:10
**park** 62:20 86:5
**parked** 5:13 6:5,7 59:2,21 60:6,22 61:13,15,25 62:2 62:2,9,23 63:2,3 63:24 64:2 70:18 78:1,2,9 81:7 121:23 122:4,13 128:24 129:4
**parking** 122:3 136:10
**part** 17:11 33:7,12 67:1 68:18 75:5 76:21 88:20 117:3 117:5,8 123:10 128:14
**particular** 40:18 41:1 111:8 119:12 120:12
**parties** 152:21 153:1
**partly** 82:17
**party** 152:14
**pass** 52:3 75:18 79:12,18 84:8

86:15 122:20
**passed** 78:22 79:18 128:6 133:25
**passengers** 20:15
**passing** 76:25
**password** 36:12
**pay** 16:25 21:9,11 21:13 22:9,13,17 30:2,4,5 148:1
**paying** 18:16 23:7
**pays** 17:17
**PC** 2:14
**PD** 85:23 96:25 137:11
**pen** 59:24 60:13
**penalty** 151:8
**people** 17:15 52:15 59:10
**period** 8:18 102:20
**periodically** 41:15
**perjury** 151:8
**pero** 25:13 78:4 99:2
**perpendicular** 126:5
**person** 40:18 41:1 44:1,7 48:7 52:20
**personal** 29:22 46:16 47:12,13
**personally** 17:25
**phone** 17:4,5,14 47:1,3 54:2 112:2
**photo** 51:23 52:6 52:16
**photograph** 3:15 3:16,17 38:10,18 39:5 84:15 121:9 122:10
**photographs** 37:20
**physical** 12:9,23 13:1,3
**physically** 67:7 113:7
**pick** 7:24 20:25 21:4 26:18,24 44:8 46:24 47:9 47:10,23 48:8,10 49:19 55:6,23 56:7 67:12,12

68:21 89:16,17 110:4 115:2 118:4 118:15
**picked** 46:15 50:4
**picking** 55:9
**pickup** 126:10,22 128:15,19,23 130:9,15,21,22 131:1 132:9 133:1 133:24 134:19,25 135:9,14,16,25 136:2,6,7 137:2,8 139:18,23 141:25
**picture** 17:4 38:12
**pictures** 37:10,14
**piece** 30:24 69:18 97:20
**Pilot** 17:6,12
**pine** 87:12 136:24 136:25
**place** 14:8,24 15:13 23:21 46:25 58:6 58:9 67:15 85:16 85:17 86:2 107:7 133:7 141:21
**places** 14:2
**Plaintiff** 1:14 2:2 152:16
**Plaintiff(s)** 152:22
**plate** 109:14
**play** 95:18
**played** 97:12,16
**playing** 94:18 96:3 96:9 98:1 99:13
**PLC** 2:4
**please** 4:7 30:22 36:24 61:9 84:25 87:23 108:19 109:5 128:1
**plug** 109:13,14
**plus** 26:19 27:17
**point** 30:6 43:12 53:7,11 57:2,20 59:10 60:9,13 64:22 68:3 69:6 74:5,15,17 75:5 75:20 76:11 77:14 80:10,13,19 86:2 93:5,11 97:8

98:10 120:2 124:15 132:15 133:23 134:12 137:9
**pointed** 99:5
**police** 84:12,16 85:19,23 86:7 96:25 137:14 139:8,14 140:2
**policies** 42:7
**popping** 65:5,7 142:14
**Posada** 1:19,19
**posts** 37:5,8
**power** 142:23
**practice** 117:25
**pre-employment** 35:9,9
**pre-trip** 40:5,8 120:21,25 121:6
**preprinted** 140:22 141:2,6,9
**presence** 113:13
**PRESENT** 2:23
**press** 98:2
**pressing** 94:15
**pressures** 8:11
**previous** 35:8,9
**previously** 79:12 79:21
**prior** 102:17
**problems** 143:23
**Procedure** 1:21
**procedures** 42:8
**proceed** 4:6 54:8 63:13
**proceeded** 56:16
**proceeding** 153:2
**produced** 1:13 52:7 52:13
**professional** 91:18 98:20
**proper** 113:22 119:2
**property** 18:22 19:3
**provisions** 1:22
**PUBLIC** 151:20
**pull** 62:9 63:21

73:5 83:5,23 85:9
92:1,2,22 93:23
100:21 130:13
132:21 142:12
144:15
**pulled** 62:8,23 74:6
83:6 131:12 144:6
**pulling** 73:11,14,14
73:15 75:3 144:7
**purpose** 113:1
115:9
**purposes** 31:10
**pursuant** 1:21
152:19
**put** 25:25 32:3,5,7
60:10,24,25 61:1
61:14 72:23 74:14
88:1 109:9 140:25
**putting** 68:17

**Q**

**question** 33:9 38:16
50:21 51:20 56:25
81:17 91:1 92:6
94:22 97:8,12,19
97:22 98:24
112:17,21 113:6
113:16,22 114:19
116:22 118:13
119:5 126:20,25
127:15,17 132:7
132:10 133:10
135:20 137:5
138:19
**questioning** 112:9
134:18
**questions** 30:24
95:18 109:6
110:14 127:15
144:22 148:13
**quick** 145:18
**quickly** 108:20

**R**

**R** 72:23
**R-I-C-H-E-R** 23:17
**rail** 136:11
**rails** 129:14,14
**raining** 49:7
**Ramirez** 16:16

**ramp** 69:16 70:19
74:6 90:4 91:17
91:22 93:18
121:24 122:14,20
123:8,21 124:23
139:1 144:8
**ran** 130:9,17
**rare** 14:25
**rate** 21:9,14,19,22
21:24
**re-hooked** 142:16
143:1
**read** 149:3
**Real** 145:18
**really** 18:7 95:25
123:10 132:10
148:1
**rear** 103:11,17
140:6
**reason** 31:24 39:10
129:25 142:22
150:2
**recall** 90:8 91:11
92:13,24 130:25
144:7
**receipts** 27:14,16
27:17
**receive** 111:17
**received** 15:21
108:21
**reckless** 100:9
**recognize** 52:15
59:18
**record** 1:22 4:4,16
34:9,18 36:21,23
40:10 61:6,8
69:25 70:3,5,5
84:19,22,24 87:20
94:20 108:16,18
119:3,6 149:5
152:8,21
**recorded** 110:9
120:25
**recorder** 121:2
**recording** 121:1,3
**rectangle** 61:17
63:6 68:7,8
**red** 39:5 59:24 61:1
61:14

**REEXAMINATI...**
145:1,19 147:17
148:15
**reference** 95:14
**referred** 119:7
**referring** 119:8
**regard** 116:24
118:16
**regular** 24:7
**regularly** 24:5,25
**related** 120:5 153:1
**relation** 139:3
**relying** 99:15,20
**remember** 13:22
14:2 28:5 42:9,16
42:19 57:15 58:5
58:6,8 69:1 85:22
94:17 103:1
129:24 144:12,19
**remove** 67:14
**repaired** 105:11,13
105:19 147:3
**repairs** 147:10
**repeat** 136:4 144:9
145:5 146:17
**repeated** 132:5
**repeating** 87:5
96:20
**replacing** 5:20
**report** 41:14 116:8
**reported** 1:18
**Reporter** 1:17
152:4
**Reporters** 3:8
152:1
**represent** 4:13
112:9
**request** 34:8 108:8
145:23
**requested** 108:6
149:6
**require** 39:24
119:14
**required** 25:23,25
41:21
**requirement** 40:2
**requirements**
25:21 34:23
**reset** 36:13

**response** 50:21
**responsible** 27:2
40:13 120:17
**rest** 3:16 37:15
38:7 42:22 43:15
43:16 45:3,18
58:13,21,25 59:3
59:19 60:21 61:14
61:18,20,24 66:11
67:22 68:1 69:16
70:13,16 83:8
84:5 86:10 90:5
90:15 92:7 93:8
93:16 94:1,13
100:18,19,22
101:12 103:5
106:15 108:25
117:4,8 121:8,14
123:2 129:8,11
132:16 134:13
136:24 139:24
142:10,16 143:3
143:11,22 144:7
144:13,15,17
145:3 147:14
**restrooms** 13:14
**result** 113:13 126:9
128:22 135:17
147:11
**results** 32:22
**return** 152:13
**returned** 104:11,25
**returns** 116:9
**reverse** 78:3,6,6
94:15 98:3
**review** 30:20 34:17
**Richer** 23:14,15,17
24:14,17,17
**Richmond** 2:10,15
**riding** 148:10
**rig** 5:16
**right** 5:4,19 14:7
18:7 25:6 52:18
52:21,22,23 60:12
60:18 61:11,22
62:1,22 63:1,1,3
64:9,21,25 66:7
69:18 71:19 72:8
73:14 74:8 76:6,8

76:11 79:11 81:13
82:10,16,17 84:16
87:13 91:3 95:17
96:10,14 103:16
107:7 110:1
114:15 120:7
121:16,19,19,23
122:21 124:8
125:11,15 126:1
128:21 130:17,20
131:5 132:7
135:16 137:19,20
137:21 138:2,7,7
138:9,12,13
139:24 140:8
147:16 149:2
**right-hand** 52:25
53:4 77:11 79:13
79:22,24 81:15,20
81:21 125:4,13
127:3,10,11 128:6
128:18,19
**road** 2:19 11:9,14
11:16 16:19 38:21
39:6 41:24 42:1
58:6,8 88:3,4,5
121:20 123:24
130:1 132:2
133:13 139:19,24
141:13 142:4
**roadway** 126:5,17
142:24
**Roanoke** 1:2 2:5,20
**ROBINSON** 2:4
**rolling** 67:13
**room** 1:20 127:10
127:18 128:5
**route** 17:19 119:11
**routes** 28:6
**Roy** 25:1,2,3 40:21
41:4 43:18,19,21
44:4,8,24 45:21
46:9,15,17,22,23
47:9,10 48:8,12
48:15,24 49:9,23
50:2,9 51:5,11
53:23 54:2,3,23
55:4 56:10 57:8
57:10,25,25 58:23

59:4,21 60:5
61:15 62:8,18
64:23 67:20 68:13
72:17,21,23 73:2
73:10 75:9,20
76:23 78:5,11
90:2 93:22 99:15
101:24 104:18,23
106:1,3,5,21
110:22 112:23
113:20 114:12,17
115:2,5,23 117:18
120:13,16 122:25
123:11,12 124:15
138:6,14,16,20,22
139:3 142:7,8
143:10,11 145:4,7
148:3
**Roy's** 18:16 138:7
**Ruben** 25:7,9,10,14
40:20,21 41:4,5
137:24,25 138:2
138:13
**Rudy** 10:22,23 11:4
12:5,15 13:6,24
15:5,6 16:6,8,10
16:18,19 21:7,16
21:17 25:3,4
27:22 35:21 40:21
41:4 42:2,12 44:2
44:24 46:4,23
47:9 55:21 114:10
114:12 118:18,21
118:22,23 119:18
120:15 141:19
145:21 146:15,23
**Rudy's** 48:24
**rule** 20:15
**Rules** 1:21
**run** 16:10 45:16
65:5,7 67:10
100:23 117:25
118:17 119:12
120:12 124:7
127:8 130:5
142:13 147:20
**running** 141:25
**runs** 16:6 35:20
119:17,23

**rush** 42:14

**S**

**safe** 74:11 83:7,24
85:10,10 99:16
131:13
**safety** 41:14 133:7
**Salem** 2:4
**Salinas** 1:5 2:17
10:1,15,16,21,23
11:13,19,24 12:7
14:3,19 16:3,10
17:1 18:3,11,20
18:22,23 19:2,6,7
19:16 20:19,23
21:5 22:19,22,25
24:5,8,25 25:2,3,4
25:7,14,16,17,17
26:7 27:6 28:2
30:7 31:18 38:3
40:14,16 41:10,13
41:22 43:19 45:11
45:13 47:15 53:24
54:13 61:18,25
62:24 66:22 67:2
67:2 68:4,4,12
69:7 70:7,11 91:5
98:14,15,16 101:8
102:14,20 104:2
104:12,12,25
105:5,6,13,17
108:22,25 109:10
109:22 110:22,25
112:9 114:16,17
115:1,6,18,21
116:4 118:1,2,15
137:25 138:1
141:12 142:3,16
143:1 145:21
146:4,8,15,24
147:2,3 148:22,24
**San** 23:19
**SANDS** 2:14
**save** 27:19
**saw** 23:10,10 28:20
73:4,5,6,8 75:15
75:23 76:3,25
77:6,19,22,25
78:16,17,18,20,25

79:1,11,23 83:4,4
86:21 89:3,4,4,8
89:14,15 90:10,11
90:14,23 91:13
92:25 94:9 96:16
98:8 102:4 106:24
124:20 125:25
126:10 127:19
128:4 134:4,17,17
137:11
**saying** 14:20 22:1
50:15 54:7 73:24
80:15 90:14,15,23
96:18,24 103:7
107:1 119:4 121:1
127:20 131:10
**says** 19:6,7 25:16
33:7,8,17,20 34:3
34:8,12,16,21
35:8,15 36:8,9
38:11 39:11 44:24
**scared** 76:24 133:4
**scene** 85:24 103:8
106:17
**school** 6:18 116:16
116:18
**screamed** 75:10,21
76:23 138:16
**screaming** 73:21
78:5
**screeching** 80:13
**second** 11:1 13:5,7
13:9,16 33:25,25
84:20 87:25 140:2
**seconds** 78:20
92:14,21
**section** 33:8 35:18
103:18
**see** 27:20 39:2
46:24 54:4 56:11
59:8 60:16 66:9
69:4 77:14,17
78:7 79:17,25
89:13 91:15 98:6
99:12 100:12
105:8 106:13
121:9,10 122:1
124:24 131:16
133:17 134:15

137:9 140:9,13
**seeing** 91:11 130:25
**seen** 55:16 90:17
**segment** 95:2,11,12
95:13,14 97:15
**segments** 95:10,16
**self** 32:4
**sell** 9:24
**send** 14:5,15,15,24
17:3,4 40:22,24
**sent** 29:12 37:10
**separate** 14:9,11
45:23
**separated** 44:16
**Sergio** 48:20 50:12
50:24 51:9,10,11
52:16 53:12
111:23 112:10,22
113:10 115:21,24
137:20 138:12
**service** 7:3,20 8:3,4
8:21 147:11
**set** 13:1 21:14
74:25 102:21
**seven** 18:24 20:4
**Sharpie** 60:2
**she'll** 30:24
**SHEET** 150:1
**shock** 83:12,22,25
86:19 87:4,4
89:14 90:1 92:18
93:1 96:17,18,23
**shocked** 83:3,3
86:22
**Shorthand** 1:17
152:3
**shoulder** 121:20,24
124:9 139:24
**show** 11:9 17:15
36:14 38:2 50:18
51:14,17,20 59:25
94:21 114:8 140:5
**showed** 7:1 8:8
54:5,6
**shown** 59:22
**sic** 5:8,10
**side** 18:21 38:20
39:6 52:25 53:4
60:8,14 61:21,22

62:5,10,11,19,24
63:11,11 65:25
67:1,12 68:6,7
69:15,22 71:13,15
71:23 72:12,13,21
73:14 74:11,12
75:14 77:3,11,12
77:24 78:23,24
79:3,4,5,10 81:7
81:20,21 83:7,24
84:18 85:10,10
86:6 87:11 88:3
88:12,14,16 93:20
99:11 100:25
103:12 107:2,25
121:10,25,25
122:2,5,14 123:8
123:16,17,21
128:17,18,19,24
129:15 131:13
133:21 134:13
135:8,10 136:5,6
136:12,12,15,16
137:2,15 138:22
142:18,19,20
144:8
**sides** 71:8,8 91:17
103:16
**sideways** 127:2
**sign** 74:9 90:9,11
90:13,14,15,19
91:12,15,15 100:2
**signal** 73:20
**signature** 3:7 33:14
33:15 149:6 150:1
152:13
**signed** 33:7
**significantly** 126:7
126:16
**simple** 53:10
117:18
**single** 117:19
**sink** 13:13
**sir** 19:8 60:11
111:1,4 112:4
113:12 115:16,19
116:1,7,19 117:10
119:25 120:9,19
120:23 121:15

122:9 124:16
125:14,16,21
128:17 129:6
130:2,7 131:2,4
131:18,20,23,25
133:14 135:4,6
139:20,25 141:22
142:5,21 143:4
144:14 146:2,7,11
146:22,25 147:4
147:13,15 148:19
149:1
**sisters** 16:7,12 18:8
**sit** 139:7
**sitting** 65:16 79:17
84:1,14 106:10
**situation** 113:24
**Six** 91:8
**Skaff** 2:3 127:22
133:18
**skip** 77:9,10 79:5,8
79:10 80:21,23
**skipped** 129:18
**skipping** 80:18
**slam** 80:17 126:11
**slammed** 76:24
79:2,2 89:6 96:16
126:15
**slamming** 80:16
**sleep** 26:5 101:22
101:23,24
**sliding** 127:2,5
**slow** 7:17 8:17 9:13
73:22 78:24 81:22
81:24 126:7
142:14
**slowed** 76:4 77:6
80:8,9 125:24
**slowing** 76:4 126:9
**slowly** 71:12 74:13
93:24 100:21
**SM** 59:21
**small** 53:17 126:10
126:22 128:15,22
130:9 141:25
**SMC** 1:5 15:20,22
47:22,25 48:5,12
48:15 49:16,20
50:2 51:3 53:20

54:16,17,21 57:1
57:4,6 59:2,22
60:5,7 61:2,15
62:9,17,20,23
63:2,3 64:1 66:12
66:14,20,24 67:5
67:16 68:3,12
69:8,15 70:12
72:14 75:5 80:20
81:10 84:1 93:7
93:12 98:13
100:23 101:5
105:1,1,2,8
107:17 108:24
109:12 110:18
111:2,7,10,13,15
111:17,21,24
112:1,11 113:3,14
113:20,24 115:3
115:15,20 117:22
126:23 128:16
142:3,17,23 143:2
143:12,21 144:13
146:14 147:8,23
148:9,20
**sold** 9:19
**solid** 121:17
**somebody** 14:20
19:5,5 25:5 46:7
85:17
**sorry** 5:9 8:4 10:7
18:12,25 24:15
33:2 44:13,14
57:17 88:20 91:2
94:17 95:19
103:21,23 110:12
133:18 146:11,22
148:17
**sort** 6:18,20 14:18
16:20,23 17:17,22
22:13 39:18 41:14
41:18,21 42:4,7
44:18 63:11 70:18
74:14,25 101:12
104:7 106:11
108:21
**sorts** 114:2
**sound** 57:15
**sources** 114:2,4

**south** 2:10 61:22
62:2,7,8 63:9 67:3
69:15 70:11 72:4
72:11 76:12 81:15
82:6 98:6 101:5
121:11 125:23
135:8,11 136:6
142:15,18
**southbound** 63:21
64:2 65:11 66:5
66:17 82:5
**space** 63:19 65:25
72:8,9 128:13
**span** 97:13
**specific** 45:7 56:25
**specifically** 65:1
68:25
**speculation** 125:7
125:17 127:15,19
113:16 135:23
**Speeding** 29:23
**spell** 5:9 8:24 9:6
23:16 24:20
**spinning** 87:9,10
89:5,8,11 134:20
134:22,23 136:19
136:20,22,23
**spoke** 108:9
**spotters** 122:25
**spotting** 72:16
123:1,4
**Sr** 25:10
**stand** 131:21
**standing** 72:21,23
83:9,10 86:18
87:25 88:3,5,13
89:9 107:17
130:25 131:3,5,9
133:24 135:8
138:20
**staring** 83:10,11
**start** 6:9 78:5 87:9
87:10 89:5,11
136:19
**started** 6:10,25,25
8:7 10:1 11:11
13:25 42:12 61:12
94:15 108:3,7
119:20 134:19,22

136:20,22,23
**Starting** 52:18
**starts** 34:5
**state** 1:17 4:15
14:16 85:24 86:7
86:7 97:23 98:2
108:10 151:21
152:4
**State-Plaintiff**
48:15
**stated** 1:22 135:22
**statement** 34:12
35:10 95:5 96:13
97:7,9,20
**statements** 97:17
**STATES** 1:1
**static** 8:12
**stating** 119:3
**stationary** 78:10
**stationed** 107:6
**stations** 41:16
**stay** 27:24,24 134:3
145:23,24
**stayed** 104:4
**steering** 79:3
**stenotype** 1:18
**step** 107:25
**stepped** 107:2
**steps** 124:4
**sticking** 80:10
**stop** 17:8,15 19:9
19:16 36:9 44:20
45:17 49:10,21
51:1 53:14,15,19
53:21,22 61:14
75:10,11,24 76:2
78:11 87:16,17
96:10 99:23
100:24 101:12,13
106:15 109:16
112:13,19,23
113:11 115:20,25
117:4,8 124:15
138:16 142:4,10
143:6,6,7,14,22
147:1,5,12
**stopped** 19:11 20:3
38:3 60:20 76:2,6
119:3 128:4 129:2

136:20,22,23
129:20,21 130:9
136:24 139:18
**stopping** 144:7
**stops** 38:5,7
**storage** 27:4
**store** 56:7
**straight** 49:10
69:21 71:7,11,23
72:2,6,10 79:6,7,9
80:11 81:2 82:7
125:9 126:4,6
127:3,5,6 136:23
**straighten** 69:14
71:4,6 74:9
**Street** 1:20 2:10,15
**stright** 27:3
**strike** 68:9 73:9
**struck** 88:18
126:23
**stuff** 20:1
**subject** 52:13 97:21
**submitted** 152:11
**SUBSCRIBED**
151:14
**successful** 69:6
**suddenly** 54:6 79:1
**suggest** 92:8
**suitcase** 60:2
**Suite** 2:4,15
**Sundance** 9:15
**super** 69:17
**supposed** 47:22
49:6 58:1 71:15
115:12 118:6
148:6
**sure** 12:10 13:22
14:17 15:25 20:10
21:23 28:24 31:9
33:3 38:13 54:4
67:20,21 99:16
119:6 125:3 129:7
145:6 148:25
**surgery** 39:18
**suspended** 29:6,7
29:13,16,18,19
**sworn** 1:14 4:9
151:14 152:7
**Sylvia** 16:15,16
120:16

**system** 16:22

**T**

**T** 17:4
**T-shirt** 138:9
**tagged** 37:19
**taillight** 103:18
**take** 17:20 27:5
30:18 38:17 41:21
42:13,15 43:11
56:22 59:11,15
61:3 62:17 69:15
97:19 104:20
108:14 115:8,12
119:12 130:8
131:12 147:6
**taken** 1:14 37:16
38:22 39:1,6 43:3
104:7 152:20
153:2
**talk** 16:17 69:13
85:9,24 89:22
92:22 106:16,17
106:21,23,25
107:9,11,24 108:1
108:1
**talked** 42:17 86:1
92:11 107:5,13,16
107:21
**talking** 22:5 33:5,6
38:12 53:4 77:3
90:16 92:6 96:11
98:9 105:16 118:8
148:18
**tall** 137:22
**tandem** 14:18
**taught** 141:16,18
**tax** 108:22 116:9
**Telephone** 2:5,11
2:16,21
**tell** 6:23 11:4 14:2
15:5,5,6 21:4
25:20 26:19 28:8
32:4,10 43:14,21
45:2,7,13 50:9
92:24 94:14 96:24
105:15 115:9
132:3 138:10
141:20,24

**telling** 73:22 92:13
111:10 133:4
**tells** 47:9
**ten** 26:5 101:23
**Tennessee** 14:17
28:7,10 38:24,24
39:7,8,11
**term** 37:20
**test** 12:23 32:20,22
32:25 35:10,13
41:22 109:20
**testified** 4:9
**testimony** 50:22
119:2 120:1
121:22 122:24
124:18 125:22
127:18 137:1
147:19 152:8,20
**Texas** 1:18,20
104:25 112:14,19
112:23 117:6
143:21 147:9
152:4
**Thank** 61:10 85:1
112:5 144:23
147:16
**they'd** 85:8
**thing** 5:18 8:16 9:7
9:13 13:17 16:24
30:21 68:21 71:4
71:5,10 75:9,24
78:24 83:4,18
87:2,5 89:5,11
93:1,23,24 96:16
96:20 108:2 125:8
135:13 136:19,20
136:24 137:11
147:7
**things** 22:9 42:11
92:19 100:8
**think** 5:8 6:17 12:9
12:10 13:1,7,9
14:17 16:17 19:14
20:6,7,10 23:14
25:18,19 28:10
30:10 37:19 38:8
38:23 39:6,8 41:5
43:3,23 48:3,8
49:9 50:14,14

51:20 52:9,9 54:3
55:19 56:10 58:20
59:1 61:14 65:2
70:12 76:21 77:7
77:8 78:10 79:23
85:21 89:9,21
92:16,21 93:2
94:17 110:6
112:12 114:7
116:22 118:18,21
118:23 120:2
122:17 126:12
127:4 128:12
129:24 133:11
139:4 143:24
144:3
**thinking** 44:20
94:13 130:11,11
**third** 14:12 34:5
**thought** 22:5 71:10
71:16 73:15,15
75:25 76:23 77:10
96:15 97:1,1
121:1 148:3
**three** 9:2,11 19:12
21:2 29:20 40:21
41:4 54:21,23
65:8 78:14 83:15
85:7 86:14 130:12
131:11 132:5
134:1
**ticket** 15:21 30:3
94:11 100:9,11,13
**tickets** 27:20 29:22
29:22,23 30:4
**tie** 142:12
**time** 4:5 8:18 12:4
12:6,7,12 13:4
14:25 15:21 18:15
20:5,8 21:1 22:22
23:12 26:1,16
28:19 29:2 36:20
36:23 39:21 42:14
42:15 44:15 45:2
56:4,8,13,20
58:12 61:5,8 65:6
68:23 70:2,5 78:4
80:17 84:21,24
85:8 86:3,21 87:4

87:19,21 89:10
90:5 92:18,22
93:14 94:3,7 95:7
95:7,13,14 96:5
97:7,9,13,24
102:23 103:3
107:16,21 108:5,9
108:15,18 109:17
110:9 114:12
120:2,5,21 124:15
130:8,12,16,17
132:15 133:2,6,23
133:25 134:12
137:10 141:13
142:11 149:4
152:14,20
**times** 11:12 14:23
21:2 23:25 28:2
29:16 119:24
127:16,22 131:14
132:4,4,5,24
133:5 134:6
**tired** 46:6
**tires** 80:13 102:24
126:16
**today** 4:14 39:14
42:20 139:7
**Today's** 4:5
**told** 16:1 19:22
20:11,17 32:8,11
43:16 44:2,7
46:23 48:2,7,17
49:9 50:14 64:23
75:10,24 76:2
83:19,20,20,21
84:6,17,17 86:25
87:2,2,3 93:15,21
93:22,22 94:1,9
100:8 104:5
107:25 108:8
113:18 124:15
131:14,14 132:4,4
132:8,23,23,25
133:3,5 134:1,5
137:12,14 139:10
144:1
**tomorrow** 32:6
**top** 22:9 33:7,17
85:15 88:5

**total** 18:24 26:4
**touched** 80:24
**towed** 101:10 147:2
**towing** 105:3
**Toyota** 77:7,15,18
77:23 78:15 79:1
79:25 80:14,19
81:10 85:3 87:25
89:17,18,20 125:9
128:18 134:24
136:10,21,22
**track** 16:23
**tractor** 5:16 7:2
14:3 15:22 20:21
22:16 24:5 25:14
38:10 39:5 40:3
45:7,11,14 46:14
53:20 57:21,23
59:2,22 60:5
61:15,18,25 62:9
62:23,24 63:3,14
63:17 64:1,8 66:3
67:5,10,24 68:4,4
68:12,12 69:7,8
70:8,8,11,12 71:2
71:5,6,11,13
72:10,14 75:5
84:1 91:5 93:7,12
94:2,6 103:12,17
104:12,12,25
105:5,6,8,13,15
105:18 113:2,3,14
115:21 120:3,13
120:16,16,17
121:23 122:7,13
122:16,21,21
124:8 142:3,4,17
142:17 143:1,2,3
143:5 144:13,16
145:8,12,15
146:14,18 147:2,3
147:7,23
**tractors** 7:14 18:3
20:19 22:20 40:14
71:8 93:18 113:8
120:18 122:3
144:16 146:19
**traffic** 86:15 92:4,6
121:11 123:4

124:18 125:4
126:4 139:19
140:1
**trailer** 5:16,24 7:2
26:24 38:11,21
39:5 57:25 62:14
62:18,25 64:12
65:24 71:5 122:11
**trailers** 27:7,9 71:9
121:23 122:3,7,13
122:16,21,22
124:8
**transcribe** 96:7
**transcript** 152:7,10
**translate** 44:13
**transport** 1:5
110:19 111:2,7,10
111:14,15,17,21
112:1 146:14
**travel** 88:7 124:13
**traveled** 21:20
**traveling** 90:22
112:2 115:17
**tree** 136:25
**triangle** 71:20,21
75:1,2
**triangles** 102:16,18
102:22
**tried** 62:14 64:5,10
66:8,14 71:6,6,12
77:11 81:3 83:5
83:23 93:20
131:12 144:1
147:7
**trip** 11:12,24 12:13
12:20,24 13:2,5,7
13:11,16 14:4,12
14:13 15:12,15
17:2 19:20 21:12
21:12,15 26:7,15
26:16 41:24,25
42:1,14 45:15,19
45:20 46:7 110:10
111:2,8,20 114:16
114:17,24 145:6
145:11,15,22
**trips** 11:22,23
13:24,25 14:24
15:9 28:4,5,9 38:3

43:3,8
**trooper** 85:24 86:7
92:11,13,24 93:14
93:21 94:5,14
96:13 98:9 100:8
100:10,14 106:16
106:17,21,25
107:6,10,17
108:10
**trooper's** 95:3
**troopers** 106:19,23
107:22
**trouble** 49:16 50:15
54:1
**truck** 5:13,14 6:7
6:21 7:12 10:20
14:19,21 15:1,3
15:11,11,13,13,17
15:18,19 16:4,8
16:22 17:1,8,15
17:24 18:1,17
19:5 20:15 23:3,4
25:8 26:9,12
27:18,19,25 28:1
28:15 38:20 40:9
41:6,22 44:4
45:16,17,23 46:16
46:19,19,20 47:12
47:13,23,24 48:6
48:9,10,11,13,16
48:18 49:10,16,16
49:20,21,24 50:4
50:10,13,16 51:1
51:3 53:14,15,19
53:21,22,24 54:13
54:16,17,21 55:10
56:12,14,19 57:1
57:4,6 60:7,17,19
62:15,17,18,20,21
63:2,7,8,20,22
64:6,7,10,14
65:20 66:1,10,12
66:14,15,20,23
67:2,9,10,16,24
68:18,20 69:14,15
69:22 71:22 72:6
73:5 74:10,12,24
75:4,22 76:1
77:11,15,18,23

78:15 79:25 80:14
80:19 81:5,10
83:5,9,10,16,17
83:23 84:6 85:3,5
85:9,15 86:3,12
87:6,9,9,10,11
88:6,11,11,12,13
88:14,19,19,21,23
88:23,25 89:1,5,6
89:7,9,10,19,21
89:23 91:18 92:1
92:2,23 93:25
94:15 98:2,5,20
99:13 100:17,21
100:23,23,24
101:2,5,12,13
102:11,14 103:14
105:1,1,2 106:2
107:4,12,17 108:2
108:11,12 109:12
109:15,23,25
111:24 112:13,18
112:22 113:11,20
113:24 114:8,13
115:3,12,15,18,20
115:20,25 117:23
118:2,15 123:9
126:10,22 127:2
128:15,16,19,23
128:25 129:1,8,10
129:13 130:9,13
130:15,21,22
131:1,12,15 132:2
132:8,9 133:1,1
133:17,21,24,25
134:4,9,19,19,25
135:3,5,9,13,14
135:14,16,17,18
135:25,25 136:2,3
136:5,6,7,15,16
136:18 137:1,2,8
137:8 139:18,22
139:23 141:25
142:4,9,23 143:7
143:12,14,21,22
144:4 147:1,5,8
147:12 148:5,6,7
148:9,10,11,17,18
148:20

**trucking** 5:6 6:18
9:4 11:17
**trucks** 14:6,7,11,25
18:18,19,24 19:3
19:4 20:5,9 23:20
38:19 41:8,11,14
41:19 66:25 69:17
70:18 71:24 72:1
78:8,9 91:16,17
101:4 102:10
109:10
**true** 53:8 151:9
152:8
**try** 7:13 42:14
55:10 56:12 57:14
60:1 65:6 66:9
67:14 69:4,21,22
71:13 72:2 74:13
78:3 79:4 85:9
93:22 99:24
132:21
**trying** 9:24 53:23
64:5,7 68:19
69:11,12,14,23
71:1,4,16 73:5
75:23,25 76:1
80:18 81:5 86:11
90:4 92:1,2 93:19
96:24,25 97:19
99:23 108:20
119:8 124:5,11
129:3 132:21
144:11
**turn** 28:19,20,21
60:15 65:6 67:16
69:14,18,22 71:11
71:14,19 72:5,11
74:8,10 77:11
79:4 104:17,19
124:14
**turned** 79:3,5
101:4 126:14,15
**turns** 56:22 57:10
**Twelfth** 116:17
**twice** 133:3
**two** 6:12 11:12
13:24 14:24,24
18:23 19:4 20:7,9
21:2 23:11,20

26:12 29:20 35:20
35:25 38:19 65:8
71:2 72:17 78:14
82:19 83:14 85:7
86:14 92:14,16
101:4 106:4,19
108:24 113:8
119:17,23,24
121:11 122:17
130:11 131:11
132:5 134:1
140:18,19
**type** 5:16,24 121:2
147:10
**types** 140:25

———————

**U**

**u-turn** 67:23,25
68:1 70:15 71:1
72:3,8,9 75:25
92:1 94:12
**uh-huh** 23:2 35:7
35:14,19 42:23
44:10,21 57:11,15
60:17 65:17 66:6
82:24 121:12,18
122:12 123:13
140:10 141:7
146:9,20
**Uh-huh's** 44:13
**ultimate** 145:6
**ultimately** 142:2
145:3
**uncomfortable**
19:25
**undersigned**
151:15
**understand** 11:16
81:17 88:20 91:19
96:19 114:3
116:22 118:15
119:4 121:2,22
122:24 123:10
124:17 125:3,22
127:8 129:4
132:10 135:7
141:11 145:5
**understanding**
55:11 113:19

120:15 139:7
**understood** 147:19
**unh-unh** 57:15
79:14 89:14
144:18
**unhook** 62:14,15
63:13 64:5,13
66:14 100:21
**unhooked** 63:17
64:9 101:1,4
142:2
**UNITED** 1:1
**untag** 37:22
**upset** 100:10
**use** 17:8,9,12 18:16
18:17 22:19 27:6
27:19 28:6 33:8
33:20 36:5,7
51:14,20 84:7
98:15 102:15,17
103:13 111:18,24
**usually** 15:10,11
16:17 17:10,13
32:2 40:20 43:6
102:15

**V**

**V-E-L-A** 23:17
**VA** 2:5,10,15,20
**vacuum** 7:20
**vague** 51:21 119:1
**Valley** 25:12 40:23
40:25 47:18
**vehicle** 5:24 28:20
34:16,21 40:3
53:20 65:16 73:12
73:16 78:18 79:11
79:12,18 80:20
81:10 82:3 84:11
85:3 90:12 92:25
93:4,6 98:13
99:23 101:8
107:15 108:24,25
111:14,18 123:14
125:2,9,12,18
126:23,23 127:9
127:13 128:4,5,6
130:6,10 131:17
132:13 133:7

134:22 139:8
140:4,6,14,15
**vehicles** 84:8 90:5
92:7 98:6 99:12
108:24 123:2,7
139:23 144:12
**Vela** 23:15,17
24:17
**verification** 35:2
**Victor** 2:3
**video** 53:6 94:18
95:3,13,20,22,24
96:1,3,4,9 97:13
98:1
**Videographer** 2:24
4:4 36:20,22 61:5
61:7 70:2,4 84:21
84:23 87:19,21
108:15,17 149:4
**VIDEOTAPED**
1:9,12
**view** 59:5,18 96:4
**Villarreal** 6:5
**violation** 41:15
**violations** 34:17
41:18
**Virginia** 1:1 12:21
29:8,15 38:5,23
39:9 42:22 43:15
44:5 45:5,6,14
56:2,17 57:2,21
58:13,21 100:4
104:17 109:1
110:10 112:3
114:13,24 115:17
116:25 117:4,8
143:6 145:4,22
148:12
**vision** 39:20
**voices** 97:14
**vs** 1:4

**W**

**W** 2:14
**wait** 90:25 92:3,9
**waited** 47:15
**waiting** 115:7
**walk** 107:8,23
133:6

**walking** 134:6,7
**want** 11:7 19:24
30:18,20 31:8
38:15,17 53:8
59:11,15 60:4
77:8 83:24 87:15
95:1,23,25 97:3,6
119:5,10 122:25
129:7 132:19,19
132:20
**wanted** 44:6,18
96:10 100:12
107:9,10,14,24
148:25
**Warner** 27:10,11
27:12
**wasn't** 21:2 27:3
29:3 44:3 49:15
64:24 65:1 73:1
78:4 80:4 97:2
100:12 120:9
130:16,17 141:8
**waste** 7:24
**wastewater** 9:8
**watch** 95:23
**watched** 85:12
**watching** 51:18
72:19 73:17
124:18
**water** 7:24
**way** 3:17 27:20
42:11 57:2 62:18
63:19 64:6,19
65:25 66:22,23
67:8,9,11,11,13
69:12,13,20 71:14
71:15,22 72:7
73:15 74:13 78:6
82:4,12 83:5,8,15
84:18 86:5,6,6
87:12,14 88:13,15
90:12,13 91:12,14
91:25 95:14 96:14
96:15,22 97:2,10
97:24 99:14,25
107:8 109:1 117:3
117:9 118:4
119:15,15 122:20
124:12,13,14

125:12 129:17
131:13 133:9
135:7 136:10,12
136:15 138:22
141:10 142:9
147:9
**we'll** 36:14 61:3
87:17 91:7 108:14
114:4
**we're** 4:13 5:19
19:13 33:5 39:14
42:19 53:6 61:6,7
87:20
**we've** 138:12
**wear** 39:16
**Wearing** 53:1
**WEBB** 2:19
**week** 43:6
**weeks** 6:12 11:10
11:20
**weight** 26:19,21
**welcome** 60:1
**wells** 7:24 8:11
9:19,24
**wench** 49:17 51:15
51:16 54:8 68:11
68:19,20 101:2
113:3 115:12
147:9
**went** 7:17 8:3,16
9:15 10:3 11:11
11:13 12:5,6,7,15
13:2,3,3,7,18
19:19,21 24:2
28:10 32:23 47:18
47:19 50:2,17
58:5 63:24 64:1,2
76:19 79:6,7,9
81:2,7 83:5,22
104:20 111:2
114:7 115:6,6
119:17 125:3
127:5 128:24
129:18 131:11,13
132:12 134:7
139:19 141:13
143:8,17,25 144:2
148:1
**weren't** 53:25

73:22 120:7 123:4
123:23 147:20
**Weslaco** 43:11,13
49:24
**WESTERN** 1:1
**wheel** 65:6 126:14
126:16 127:7
**wheels** 68:22
142:24
**white** 2:3 3:4 4:11
4:12 5:11 9:1
10:10 12:3,6 18:6
18:19 19:9 24:7
24:23,24 30:18,22
31:3,6,12,13
32:17 33:3,11,13
36:19,25 38:17
39:5 44:24 50:9
50:23 51:22,25
52:5,9,15 53:5,8
53:11 57:1,20
59:5,9,15 60:2
61:1,3,10,11 70:7
75:12,15 76:3,16
76:25 77:2,10
78:18,22 79:11,17
80:7,8,18,18
84:19 85:1,2
87:17,24 88:18,21
88:23 90:8 91:4,7
91:11 92:7 94:23
95:2,9,15,22,25
96:8,10 97:23
99:1 102:4 103:9
103:10 105:17
108:14,20,21
109:7 110:14
121:13,16,17
122:11 125:6,17
125:20,23 126:7,9
126:19,24 127:12
127:14,21 128:2,4
128:7,8 130:3,23
131:6 133:8,15
135:19,22 137:4
138:18 139:21
144:25 145:2,17
152:16,22
**wife** 4:20 20:25

37:16 106:5 120:5
**willing** 11:7
**Winchester** 12:21
13:5,8,8,11,16,18
14:12,13,14 24:3
28:7,10 43:10
**window** 73:21
141:23
**wings** 138:10
**wire** 109:3,8
**witness** 1:13 3:2,7
5:10 8:5,25 10:19
18:13 19:2,7
30:16 44:23 52:3
57:17 60:11,14
85:2 91:2 94:21
94:21 96:4 110:13
118:9,11 151:15
152:6,9,11,12
**witnesses** 59:7
**woke** 60:19
**word** 81:4
**words** 69:13 71:25
100:14 140:24
**work** 5:5,19 7:8 8:2
8:9 9:1,14,16,25
10:12 11:5,7,13
30:7 40:20 41:7
62:20 63:20 66:1
66:8,24 67:14
68:19 75:23 104:5
104:6
**worked** 7:19 8:18
9:2,9,10 10:13
20:8 22:22 25:11
102:20 106:15
110:18 111:21
**worker** 7:1
**working** 5:19,20
6:8 10:1 11:8
19:9,11,16,25
20:3 25:13 29:1,4
64:24 65:1 120:2
141:12
**works** 25:12
**wouldn't** 67:10
124:7
**wrap** 108:20
**wreck** 38:11

**write** 120:21
**writing** 34:24 35:3
**written** 18:20
**wrong** 3:17 56:13
64:22 65:1 69:5
73:14 91:12,14
122:20 124:12
128:25 129:2
143:20
**wrote** 117:11

**X**

**X** 21:15 61:1,14
63:4 68:7

**Y**

**yard** 6:6 21:5 40:16
47:15,22,25 49:6
50:2 115:1,6
**yeah** 13:7 14:22
19:14 22:2,3,15
23:4,23,24 24:3
24:10 25:5 28:17
29:7,10 31:12
38:9,24,25 39:1,8
41:3 42:12 43:5
43:17,20 50:19
51:12 52:5,23,24
54:6,10,11 55:12
56:10 60:5 63:24
64:19,23 70:10
71:18,21 72:17
74:4,20 75:22
79:20 80:9,21
88:8 90:16,18
92:18 93:9,11
94:11 95:9 97:25
103:23 107:23
109:25 120:4
121:7 122:15
124:20 128:2
130:19 132:3
134:14 139:13
141:10 144:25
148:10
**year** 4:5 9:17 29:13
116:20
**years** 7:9 9:2,11
28:18,24 29:20
55:17

**yelled** 78:11
**young** 87:24 89:17
**Yup** 135:15

**Z**

**Zapata** 4:22 5:1,13
6:6 7:5 11:2
28:18 29:18,19
43:9,11 44:6,18
46:9 55:17 104:13
105:6 143:18
**Zaragoza** 1:19

**0**

**0H05M** 152:17
**0H45M** 152:18

**1**

**1** 31:1 106:11
**1-22-16** 33:21
**1-26-1975** 116:13
**1:33** 36:20
**1:44** 36:23
**100** 2:4
**1000** 1:19
**1099** 108:22
**11** 2:10
**11:00** 56:6
**110,145,148** 3:5
**1109** 4:19
**1111** 2:15
**112,147** 3:6
**12/31/17** 153:9
**12:41** 1:16 4:3,6
**12th** 2:10
**150** 3:7
**151** 3:8
**1711** 2:19
**18** 1:10,15 125:19
152:2
**18th** 4:5

**2**

**2** 3:13 30:14,19
31:16
**2:19** 61:5
**2:50** 61:8
**20** 110:21
**20/20** 39:21
**2001** 6:17

**2015** 20:3 28:3,12
28:15 29:5 30:11
31:22 33:1 39:4
41:9 110:22
**2016** 1:10,15 4:5
20:4 152:2,11,13
153:6
**20th** 39:4
**23219-1998** 2:10,15
**2400** 2:15
**24016** 2:5
**24215** 2:20
**25th** 110:21
**26th** 58:19 110:22
**27** 33:1
**2H46M** 152:16

**3**

**3** 3:14 36:15,17
37:3
**3:01** 70:2
**3:05** 70:5
**3:25** 84:21
**3:33** 84:24
**3:37** 87:19
**3:38** 87:21
**30** 3:13 92:14,21
**30-minute** 26:4
**344-8300** 2:11
**344-8359** 2:11
**36** 3:14

**4**

**4** 3:15 51:23,24
52:2 95:11 137:16
**4,145** 3:4
**4:00** 58:14
**4:17** 108:15
**4:25** 108:18
**4:30** 58:14
**40** 22:3,13
**400** 2:4
**4126** 2:20
**489-3162** 47:4
**4th** 153:5

**5**

**5** 3:16 59:14,16,17
**5:19** 1:16 149:4,7
**53** 3:15

**540.527.3515** 2:21
**540.527.3520** 2:21
**540.757.2200** 2:5
**540.767.2220** 2:6
**5th** 2:10

**6**

**6** 3:17 91:10,12
**60** 3:16
**61** 36:19 37:2

**7**

**7:15-CV-665** 1:4
**783-7285** 2:16

**8**

**804** 2:11,11,16
**81** 72:4 75:7,16
76:12 81:15 98:7
99:5,8 121:11
123:5 125:4,13
126:2

**9**

**911** 89:25 90:2
**92** 3:17
**956** 47:6