IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON LESTER | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 7:15-CV-665 |
| SMC TRANSPORT, LLC AND ISRAEL | § | |
| MARTINEZ, JR. AND SALINAS | § | |
| EXPRESS, LLC | § | |
| | § | |

ORAL AND VIDEOTAPED DEPOSITION
ROY SALINAS
April 19, 2016

ORAL AND VIDEOTAPED DEPOSITION OF ROY SALINAS, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on April 19, 2016, from 9:23 a.m. to 11:48 a.m., before Annette E. Escobar, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of La Posada Hotel, La Posada Hotel, 1000 Zaragoza Street Laredo, The Blue Bonnet Conference Room, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.


Exhibit D

APPEARANCES

ATTORNEY FOR PLAINTIFF:

Johneal M. White
Victor Skaff
GLENN ROBINSON & CATHEY, PLC
400 Salem Avenue, Suite 100
Roanoke, VA 24016
Telephone: 540.757.2200
Fax: 540.767.2220
E-mail: jwhite@glennrob.com

ATTORNEY FOR DEFENDANT:

Lawrence A. Dunn
MORRIS & MORRIS, P.C.
11 South 12th Street, 5th Floor
Richmond, VA 23219-1998
Telephone: (804) 344-8300
Fax: (804) 344-8359
E-mail: ldunn@morrismorris.com

ATTORNEY FOR DEFENDANT:

David W. Hearn
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
Richmond, VA 23219-1998
Telephone: (804) 783-7285
E-mail: DHearn@SandsAnderson.com

ATTORNEY FOR DEFENDANT, SALINAS EXPRESS, LLC:

Daniel P. Frankl
FRANKL, MILLER & WEBB, LLP
1711 Grandin Road
P. O. Box 4126
Roanoke, VA 24215
Telephone: 540.527.3515
Fax: 540.527.3520
E-mail: dfrankl@franklmillerwebb.com

ALSO PRESENT:

Frank Estrada, Videographer

INDEX


| WITNESS: | PAGE |
| --- | --- |
| ROY SALINAS | |
| Examination by Ms. White | 4,92,96 |
| Examination by Mr. Dunn | 75,95 |
| Examination by Mr. Hearn | 79 |
| Witness Signature | 97 |
| Court Reporters Certification | 98 |


EXHIBITS


| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| 8 | Aerial Photograph | 12 |

P-R-O-C-E-E-D-I-N-G-S

Whereupon,

9:23 a.m.

MR. FRANKL: Based on an agreement of all the parties for all the depositions that are being taken in this matter, there's an agreement between counsel that all objections, except for the form of the question are reserved.

Is everyone in agreement with that?

MS. WHITE: Yes.

MR. HEARN: Yes.

MR. DUNN: Off the record for a second.

(Discussion off the record had.)

MR. DUNN: Yes, I agree.

THE VIDEOGRAPHER: We're on the record. Today's date is April the 19th of the year 2016. The time is approximately 9:23 in the morning, and you may proceed with the deposition, please.

ROY SALINAS,

having been first duly sworn, testified as follows:

EXAMINATION

BY MS. WHITE:

Q Good morning, Mr. Salinas. My name is Johneal White and I represent a young man, Brandon Lester, in a lawsuit brought against Israel Martinez, SMC Transport,

and Salinas Express. Can you just state your full name for the record.

A Roy Salinas.

Q And what's your current address?

A Confidential.

Q How do you spell that?

A Confidential.

Q Is that in Confidential?

A Confidential.

Q Who lives there with you?

A Who live there with me?

Q Yeah.

A My wife and three kids.

Q What's your wife's name?

A Cynthia Salinas.

Q How old are your children?

A Twenty, 18 and 14.

Q How long have you been married?

A I've been married with her three years.

Q Are you currently employed?

A Yes, ma'am.

Q Where do you work?

A Salinas Express.

Q How long have you worked there?

A Two years.

Q Do you know the date you started working there?
A I'm not sure, ma'am.
Q Would it have been in 2014?
A I'm not sure, ma'am. I'm not sure.
Q But you've been working there approximately two years from today's date, which is April 2016?
A Approximately, yes, ma'am.
Q What do you do there?
A Truck driver.
MS. WHITE: Is that really going to interfere with the audio?
THE VIDEOGRAPHER: I can hear it but, faint.
Q (By Ms. White) How long have you been a truck driver?
A Since 1990.
Q Do you have a commercial driver's license?
A Yes, ma'am.
Q Issued from the State of Texas?
A Yes, ma'am.
Q Tell me who owns Salinas Express?
A Rudy Salinas and Sylvia Salinas.
Q And Roy is your brother?
A Rudy is my brother.
Q And --

A Sylvia is my sister.
Q How long have they operated that company?
A Like two years we opened it.
Q So you've been starting working there since the beginning?
A Since almost the beginning, yes, ma'am.
Q Do you personally own any of the tractors?
A I'm buying one from my brother.
Q Sorry. You have -- and I got that question out poorly, but please for the record, let me finish the question before you answer. I know you're just trying to be helpful.
A Okay.
Q Do you personally own any of the tractors that Salinas Express uses?
A Yes, I'm buying one from my of brother.
Q Which one?
A The gray Peterbilt was involved in the incident.
Q Do you know what year it is?
A It's an '88 Peterbilt.
Q And it was the one involved in this accident that we're about here today?
A Yes, ma'am.
Q Do you know who that vehicle is titled to?
A I think it's under my brother's name.

Q Rudy Salinas?
A Uh-huh.
Q Yes?
A Yes, ma'am.
Q Is it also jointly titled with another company, Suarez Brothers Towing?
A No, ma'am.
Q Is there any sort of, do you guys have any sort of written agreement governing your purchase of that truck?
A No, ma'am.
Q What is your agreement with regard to your purchase of that truck?
A Just by me and brother, we're family. I'm just paying him off.
Q Did you agree to pay him a certain sum?
A No, ma'am.
Q Well, so how do you know when the truck is yours?
A Well, I just pay him whatever, like when I work whatever I get left I give him whatever I want. He didn't put me specific amount, like you gotta give me so much a month. So like if I got a bad week, I won't give him nothing like until the next week, or whatever.
Q Did you agree on a certain sum that you would

pay him, the total?

A Total for the truck?

Q Yeah.

A Yes, ma'am. I was going pay him 18, 18,000.

Q Do you know how much you've paid on it?

A I'm not sure right now, ma'am.

Q Does he keep a record of it?

A Probably.

Q And how long have you been paying him for the truck?

A I think I started like a year ago.

Q He already owned the truck when you started that?

A Yes, ma'am.

Q You have not paid off the amount entirely?

A No, ma'am.

Q And he's never signed title over to you?

A No, ma'am.

Q Do you use that vehicle, the 1988 Peterbilt, to drive for anyone other than Salinas Express?

A No, ma'am.

Q How many other trucks does Salinas Express own or lease?

A I'm not sure, ma'am.

Q Does your brother Rudy own or use one for

himself?

A I'm not sure because -- I'm not sure because he's never like he's always at the house.

Q He's never what?

A Like, he don't go out much on the loads, like, only when somebody doesn't go to work or something.

Q Well, does Salinas Express have a 2000 Peterbilt?

A Yes, ma'am.

Q Does Eddie Lozano drive that?

A Yes, ma'am.

Q And did it have a 2005 Volvo truck?

A I don't know, ma'am. We got three Volvos, I don't know what's the year on them.

Q So there are three Volvos?

A Uh-huh.

Q Yes? Sorry, you have to say yes or no. Uh-huhs, unh-unhs don't translate well on paper.

A Yes, ma'am.

Q So they have three Volvos. Who drives those?

A I don't know. I don't know the name of the drivers, ma'am. I don't keep up with that.

Q And then do they have a 2001 Peterbilt?

A I'm not sure, ma'am.

Q And then a 1997 Peterbilt?

A Yes, ma'am. What I understand, yes.
Q Do you know who drives that one?
A That one Ruben Hernandez drives it, the driver.
Q Ruben Hernandez?
A Hernandez, yes.
Q Hernandez.
Currently, do you know the names of people who are driving for Salinas Express?
A No, ma'am, because we got new drivers. So I mean, I'm not in charge of hiring, or I don't know. I don't know their names.
Q Well, there's you, correct?
A Yes, ma'am.
Q Israel Martinez, he's not driving for Salinas --
A No, ma'am.
Q -- anymore? Eddie Lozano still drives for Salinas Express?
A Yes, ma'am.
Q What about Ruben Salinas Jr., does he drive for Salinas Express?
A Yes, ma'am.
Q Ruben Hernandez, does he still drives for Salinas Express?
A No, he just quit yesterday.
Q Do you know why he quit?

A He bought a truck for himself.
Q Is he going to lease on with you guys?
A No, ma'am.
Q Anyone else who regularly drives a Salinas Express truck?
A No, ma'am.
Q When you first started working for Salinas Express did you fill out an employment application?
A Yes, ma'am.
Q Was that when you first started working there?
A Yes, ma'am.
THE VIDEOGRAPHER: Ma'am, if you can put your mic a little higher so I can get a louder sound.
(Exhibit marked for identification as Deposition Exhibit Number 8.)
Q (By Ms. White) I want to show you what's been marked for identification as Exhibit 8 and ask you to just look over that for a minute.
A Look through all the pages?
Q Have you had a chance to look through that?
A Yes, ma'am.
Q Is that employment application that you filled out --
A Yes, ma'am.
Q -- for Salinas Express?

A Yes, ma'am.
Q Did you fill that out in September 2015?
A Yes, ma'am.
Q Had you ever filled out one before that?
A No, ma'am, I didn't.
Q But you had been working there before that?
A Yes, ma'am.
Q Do you know why you had to fill that out in September 2015?
A Well, I was working for SMC Transport before so I would help out my brother and like both companies.
Q Oh, so you were working for SMC Transport?
A Yeah, I worked for him for a year.
Q So SMC Transport is owned by Sergio Cuellar?
A Yes, ma'am.
Q Is there anyone else involved in that company?
A I'm not sure, ma'am.
Q Is Sergio your main contact?
A Yes.
Q Is he your cousin?
A That's correct.
Q When did you start working for SMC Transport?
A I was with him a year or so.
Q A year from --
A Before this date, yes.

Q So maybe from September 2014, around that time?
A Uh-huh. More or less, yes, ma'am.
Q And what did you do for them?
A Truck driver.
Q Was there a period of time where you worked for both companies?
A Well, I was leased with SMC and I would pull loads for my brother, like, help him out because I'm -- I -- my own truck so I would help them out in both companies.
Q Which truck?
A The '88 Peterbilt.
Q So you would use the 1988 Peterbilt to do jobs for SMC Transport?
A Uh-huh.
Q Yes?
A Yes, ma'am.
Q Do you still do that?
A No, ma'am.
Q When did you stop doing that?
A When I got leased through Salinas Express.
Q And was there a reason why you switched?
A Yes, ma'am.
Q Why is that?
A Because when we first opened the company,

Salinas, I couldn't, like, the insurance, I think you can only lease, like, five or six trucks the first year and after that you can, like, get more trucks after that year. That's why I got leased on to SMC.

Q When was the last time that you worked for SMC Transport?

A Like, September. I say September 15.

Q Are you familiar with the SMC Transport truck that was involved in this accident?

A Yes, ma'am.

Q Had you regularly driven that truck before?

A Yes, ma'am.

Q Did that truck always have that wench on it that was on it at the time of the accident?

A No, ma'am.

Q Do you know when that got put on the truck?

A I'm not sure, ma'am.

Q Do you know, how long has SMC Transport had that wench?

A I'm not sure.

Q When you were at Salinas Express truck broke down in Virginia, were you aware that SMC had a wench that could tow that truck though?

A Yes, ma'am.

Q And was it your idea from the beginning that you

could get them to help out in hauling your truck back?

MR. DUNN: Object to form.

A No, ma'am.

Q When did you come up with idea, or came up with that idea?

MR. DUNN: Note my objection. You understand my objection? They didn't have -- they, SMC Transport didn't help out.

MS. WHITE: I understand.

MR. DUNN: So I just want to make sure you're aware of that to see if you can clarify that.

Q (By Ms. White) Who came up with the idea to borrow the SMC truck to tow the Salinas truck?

A I talked to my cousin.

Q Sergio.

A To Sergio.

Q And did you ask him if you could borrow the SMC truck?

A Well, asked him if he could help me out to pick up my truck.

Q And did he suggest that you use his truck?

A He volunteered, like, I could use his truck, the black one.

Q So was it his idea or was it your idea?

A Well, it was all his idea.

Q We'll come back to that. I'm going to backtrack.

Where did you work -- so before Salinas you worked for SMC?

A Yes, ma'am.

Q And you worked for them for about a year?

A Yes, ma'am.

Q Where did you work before that?

A I was in prison.

Q And that naturally leads to my question which I have to ask everyone, it's not personal.

Have you ever been convicted a felony?

A Yes, ma'am.

Q How many?

A Not sure.

Q What about a crime involving lying, cheating or stealing?

A No, ma'am.

Q How long were you in prison?

A Ten years.

Q So fair to say you weren't driving a truck during that period of time?

A That's correct.

Q Did you finish high school?

A No, ma'am.

Q How far did you go in school?
A Ninth grade.
Q Did you grow up in Zapata?
A I grew up in Weslaco.
Q Israel Martinez, is he a relation of yours?
A No, ma'am.
Q He's not some sort of distant cousin?
A No, ma'am.
Q Is he related to your brother Rudy at all?
A No, ma'am.
Q How long have you known him?
A I'm not sure, ma'am.
Q Do you remember when you first, what the circumstances were when you first met him?
A Was, like, probably a month, month before he went to help me out.
Q In Virginia?
A Yes, ma'am.
Q Did he know Rudy before that?
A I'm not sure, ma'am.
Q So you only knew him through working for Salinas Express?
A Uh-huh. That's correct.
Q Did you guys socialize outside of work?
A No, ma'am.

Q So your only connection was through your employment with Salinas Express?

A That's correct.

Q Has your driver's license ever been suspended?

A No, ma'am.

Q Were you aware of how Israel Martinez was paid by Salinas Express?

A No, ma'am.

Q How were you paid by Salinas Express?

A By check.

Q Is that a personal check from your brother?

A No. Salinas Company, it's a company check.

Q And how were you paid as far as, like, by the mile or by the job?

A By the mile.

Q Do you know what that rate is?

A It depends, changes.

Q Who sets the rate?

A The company do.

Q Salinas Express?

A The brokers, whoever gives you the load.

Q And would Salinas Express, would they take a percentage of that so they are paid by the broker and -- strike that.

So Salinas Express would get work through a

broker?

A That's correct.

Q And the broker would pay Salinas Express?

A Yes, ma'am.

Q And Salinas Express would pay you?

A Yes, ma'am.

Q Did Salinas Express keep a percentage of what the broker paid them?

A Yes, ma'am.

Q Do you know what that is?

A I think it's ten percent.

Q And is that on every job?

A Yes, ma'am.

Q What brokers does Salinas Express use?

A We got Warner Enterprise, C.H. Robinson. I think that's it right now.

Q Did you ever pay Israel Martinez directly for any jobs?

A I paid him once.

Q And what was that for?

A They did a load on my truck.

Q Do you know when that was?

A That was in -- I'm not sure, ma'am. It was this year. I'm not sure exact date.

Q In 2016?

A Yes, ma'am.

Q Do you know when he stopped working for Salinas Express?

A I'm not sure.

Q Do you know why?

A Not sure.

Q We're here about an incident that happened at a rest stop in Virginia on October 26th, 2015. Do you remember that incident?

A Yes, ma'am.

Q Where had you been -- my understanding is that your Salinas Express truck had broken down and was stopped at that rest area?

A That's correct.

Q And had you delivered a load prior to that, prior to your truck breaking down?

A Like, what do you mean?

Q Well, you were on your way back to Texas?

A Yes, ma'am.

Q And where had you been prior? Had you made a delivery somewhere?

A I think in Maryland.

Q In Chester Town?

A Yes, ma'am, Chester Town.

Q Do you know what you delivered?

A Not sure, ma'am.

Q The unit you drive, is that Number 110?

A Yes, ma'am.

(Exhibit marked for identification as Deposition Exhibit Number 9.)

Q (By Ms. White) If you can take a look at it, what's been marked for identification as Exhibit Number 9.

Is this a copy of the load that you had delivered to Chester Town, Maryland?

A Yes, ma'am.

Q And so had you delivered the load to Creafill Fibers Corp? Is that what you delivered?

A No, ma'am, I loaded there, ma'am.

Q Oh, that's what you loaded?

A I loaded there to Laredo.

Q So had you -- had you dropped something off in Chester Town or you just went to --

A No, ma'am. I'm not sure, ma'am. I know I loaded here in Chester Town going to Laredo.

Q Okay. So Chester Town was the place where you had been most recently before the accident?

A Yes, ma'am.

Q And it looks like you picked that up on October 20th, 2015?

A Yes, ma'am.

Q And did you leave Chester Town on that same day, October 20th, 2015?
A Yes, ma'am.
Q Do you know what time you left Chester Town?
A Not sure.
Q And so then you would have gotten around D.C. and then started heading south on Interstate 81?
A Yes, ma'am.
Q And then at some point did you run into Eddie Lozano?
A Yes, ma'am.
Q Do you know where?
A I'm not sure, ma'am.
Q If Eddie said it was somewhere around Raphine, does that sound familiar?
A I'm not sure.
MS. WHITE: Mark this as Exhibit 10.
(Exhibit marked for identification as Deposition Exhibit Number 10.)
Q (By Ms. White) And can you take a look at what's been marked as Exhibit 10 to the deposition?
A You can't see nothing. You can't tell what it says.
Q Yeah, it is kind of hard. I don't know if my copy is a little better.

Is this copy a little better? Can you see that copy? It might be more -- yeah, this copy is a little bit darker. Maybe we'll switch these. Is that one a little better?

A A little better.

Q Is this a copy of your driver's log starting on October 18th, 2015 and continuing until the October 31st, 2015?

A Yes, ma'am.

Q And so according to your driver's log, it says you were off duty on October 18th, 2015, correct?

A Yes, ma'am.

Q And then on the 19th, can you -- do you know where you were on the 19th?

A No, I can't really tell.

Q And on the 20th it shows you in Chester Town?

A I was in Maryland on the 19th.

Q You were in Maryland on the 19th?

A Monrovia is what this says.

Q What is that?

A This says Monrovia, MD, on the 19th, from what I can tell from this.

Q So you were in Monrovia, Maryland and then you're in Chester Town?

A I think that's right and then from there Chester

Town.

Q Does it show anywhere on here where and when you broke down?

A No, ma'am.

Q I see on the 21st there's a marking for Raphine, Virginia and then Fincastle, Virginia?

A Yes, ma'am, I see that one.

Q Is that where and when you broke down?

A Yes, ma'am.

Q How did you come across Eddie Lozano when you were on your way back to Texas?

A I met him at a truck stop.

Q Do you know which one?

A Not sure, ma'am.

Q Had you guys agreed to meet up or you just pulled in and said, there's Eddie?

A No, ma'am, I talked to him.

Q On a CB or?

A On the phone.

Q On the phone.

Do you know -- so did you call him?

A I don't remember. He called me or I called him. I'm not sure.

Q And is that when you reported to him that you were having trouble with your truck?

A Yes, ma'am.

Q And what kind of trouble were you having with it?

A My differentials were making a noise.

Q And had you guys agreed to meet up at that truck stop?

A I was already parked at the truck stop and he pulled up there with me.

Q And so you had called him to let him know where you were?

A I'm not sure, ma'am.

Q And so you meet up at the truck stop and then what's your plan from there?

A We just left -- follow me going up -- coming down.

Q So his plan -- your plan was for him to follow you back to Texas?

A Uh-huh.

Q Yes?

A Yes, ma'am.

Q To make sure everything went okay?

A Yes, ma'am.

Q But at some point did your truck become undriveable?

A Yes, ma'am. Like, probably like an hour coming

down or 30 minutes, whatever, I'm not sure.

Q Did that cause you to pull over to the side of the road?

A Yes, ma'am.

Q Were you trying to get into the rest area?

A Yes, ma'am.

Q Did -- did Eddie actually have to tow you into the rest area?

A I'm not sure, ma'am.

Q Or do you recall driving in?

A I was at the ramp and I was parked at that ramp for a while there already.

Q All right. We'll mark a copy of the overhead map that we've been using as Exhibit 11.

(Exhibit marked for identification as Deposition Exhibit Number 11.)

Q (By Ms. White) I show you an overhead photograph. Do you recognize that as an overhead photograph of the area, the rest area where this all happened?

A Yes, ma'am.

Q And there's a black Sharpie marker there in front of you. Can you --

MS. WHITE: Does anyone else need a copy or do you have a copy from yesterday?

MR. DUNN: I have a copy.

MR. FRANKL: I don't have a copy.

MR. DUNN: It's the same one.

MS. WHITE: Yes, exact same one.

Q (By Ms. White) So did you stop your truck somewhere on the entrance ramp to -- when it was broken down?

A Yes, ma'am.

Q Do you know where that was, approximately?

MR. FRANKL: Just to clarify, you're saying when it initially broke down?

MS. WHITE: Yes.

A I'm not sure. More or less.

Q So you just made a line there where, approximately, you had stopped your truck when it broke down?

A Yes, ma'am.

Q Can you just put a one, like, on top and can you hold it up for the camera?

A Put a one?

Q Yes, put a one, and sort of hold it up for the camera to see, and sort of point where you just drew that.

A (Indicating).

Q Great. All right.

And so then Eddie had to tow you in the rest of the way to the rest stop?

A No, ma'am.
Q What happened?
A Virginia Highway Patrol got there and told me that I had five minutes to move my truck from there or he was going call a wrecker to tow it.
Q And then, so then what happened then?
A Well, I told him I couldn't move my truck, it was broke down because I put all my reflecters and everything on it, and he told me, no, I think you're just lying, you just put out your reflectors so you could go to sleep there. Like, you can't park there. Is said, my truck's broke. So I had to show him. I showed him my truck was broke. I had put it in gear and the truck wouldn't move, just started making that noise because the differential were broke. So he told me, well, I'm going to give you five minutes. I'm going to come back around and if you are still here I'm going to tow you away.
So when the highway patrol was leaving a truck was pulling out from the parking area, so I just rolled my truck down like it's going down the hill, so I just rolled it in there.
Q So Eddie didn't have to --
A No, ma'am.
THE VIDEOGRAPHER: We're off the record at 10:01 a.m.

THE VIDEOGRAPHER: We are back on the record. The time is 10:13 in the morning and you may continue with the deposition, please.

Q (By Ms. White) All right. After our little excitement, power surge.

I think you were explaining how you moved your vehicle after the state trooper told you to move. So how did that happen?

A After the state trooper left, my truck rolled down the parking lot and I just rolled my truck in.

Q Did Eddie assist in that in any way?

A No, ma'am.

Q And do you see on this map where you eventually parked your truck?

A Yes, ma'am.

Q And can you draw a rectangle where you parked your broken down Salinas truck?

A (Indicating).

Q And can you just put a two on that and show that to the camera --

A (Complies.)

Q -- and point where you did that.

So is that sort of where there's already a truck in the overhead photo?

A Yes, ma'am.

Q So, and that would be on the right side of where the trucks park?
A Yes, ma'am.
Q And then what did you do after you parked?
A I parked and I left with Eddie.
Q And had you called Rudy at all before you guys left?
A I'm not sure, ma'am.
Q Did you at some point talk to Rudy?
A Yes, ma'am.
Q As you're on your way back to Texas?
A Yes, ma'am.
Q What conversation did you guys have?
A I just told him that I was broke down in Virginia.
Q And what was his response?
A That he was out of town, he couldn't help me.
Q He couldn't help you.
A Yes, ma'am.
Q And did he have any suggestion for how to fix the situation?
A No, ma'am.
Q Did you tell him what you were planning to do?
A No, ma'am.
Q Did you -- how many times did you talk to him on

your way back to Texas?

A I'm not sure, ma'am.

Q More than once?

A I'm not sure.

Q What phone were you calling him from?

A I'm not sure, ma'am.

Q Was it your cell phone?

A I'm not sure.

Q Do you have a cell phone?

A Yes, ma'am.

Q What's that phone number at the time?

A (956)999-6537.

Q And who's the carrier?

A AT&T.

Q And did Rudy have a cell phone at the time?

A Yes, ma'am.

Q And do you know that phone number?

A No, ma'am.

Q So at some point you get back. Does Eddie deliver his load somewhere?

A We deliver in Laredo.

Q Do you know what he was carrying?

A Not sure, ma'am.

Q And from Laredo where did you guys go?

A From Laredo we go to Zapata.

Q And what do you guys do there?
A I pick up Israel Martinez there and I take off to Weslaco in my pickup.
Q Had you called Israel or did Rudy call Israel?
A I called Israel.
Q Did Rudy ever talk to Israel?
A I'm not sure, ma'am.
Q So Israel would know better than you do whether he talked to Rudy or not?
A I'm not sure.
Q And why did you pick up Israel?
A To, so he could help me out.
Q What was your plan at that time?
A To go pick up my truck and help me come back down here.
Q And how were you planning to go get your truck?
A Well, I had already talked to my cousin Sergio and he lent me his truck.
Q And Sergio agreed to lend you his truck?
A Yes, ma'am.
Q Did you let Rudy know that you were borrowing Sergio's truck?
A No, ma'am.
Q So you drove your personal vehicle to McAllen?
A Weslaco.

Q Weslaco. And Israel, did he ride with Eddie?
A He drove with Eddie.
Q So did you leave your personal vehicle in Weslaco?
A Yes, ma'am.
Q And you drove back the SMC truck?
A Yes, ma'am.
Q Did you meet Eddie and Israel somewhere?
A At a truck stop.
Q In McAllen?
A Weslaco.
Q Was there a reason why you got, why they just didn't go to the SMC facility?
A Because roads were flooded, or there was some type of weather. I don't remember.
Q Had you all originally intended just to meet at the SMC facility?
A Yes, ma'am.
Q And who gave you the keys to the SMC truck?
A Sergio.
Q And so then you drove the SMC truck to the truck stop to meet Israel and Eddie?
A Yes, ma'am.
Q And then did you all attempt to hook up Eddie's tractor to the SMC tractor?

A Yes, ma'am.
Q Did you -- were you successful in doing that?
A No, ma'am.
Q What did you do then?
A I called Sergio to go help us out.
MR. DUNN: I'm sorry?
A I called Sergio to go help us out to go hook up the truck.
Q And did he come to the truck stop?
A Yes, ma'am.
Q And did he show you all how to hook them up?
A Yes, ma'am.
Q Did he physically operate the wench?
A Yes, ma'am.
Q So when you left the truck stop, the Salinas Express tractor was hooked up to the SMC tractor?
A Yes, ma'am.
Q And it was being towed by it?
A Yes, ma'am.
Q And where did you guys go then?
A To Virginia.
Q Did you make another stop?
A In Houston.
Q And why did you guys go to Houston?
A Picked up my cousin there.

Q Is that Art Gutierrez?
A Yes, ma'am.
Q Is he Sr. or Jr.?
A Sr.
Q And his full name is Arturo --
A Arturo.
Q -- Gutierrez.
Do you know where he lives in Houston?
A I'm not sure, ma'am.
Q Had you called him to let him know you were going to come pick him up?
A Yes, ma'am.
Q And Art's a mechanic?
A A mechanic.
Q Does he have his own business?
A No, ma'am.
Q He just works for himself?
A For himself, yes. Well, for different companies, I guess, whoever calls him.
Q And does he have his own shop?
A No, ma'am.
Q When did you call Art, when you were already on the way to Houston or before you went to left?
A I'm not sure, ma'am.
Q And what was the conversation that you had when

you called Art?

A Just told him I was broke down and I needed help, like, if he would help me hook up my truck over there in case I needed something else, and he agreed to go.

Q So you picked up Art in Houston and headed to Virginia?

A Yes, ma'am.

Q Do you know what time it was when you left to Houston?

A I'm not sure.

Q Do you know what day it was?

A I'm not sure.

Q How long did it take you to get from Houston to Virginia?

A I'm not sure, ma'am.

Q How long does it usually take to get from Houston to Virginia?

A It depends.

Q What does it depend on?

A If you're in a hurry or not.

Q Were you guys in a hurry?

A Not really.

Q Did it take more than one day?

A I'm sure.

Q Who drove?
A Israel Martinez and myself.
Q And you were driving the SMC tractor?
A Yes, ma'am.
Q As you're on your way to Virginia, did you have anymore conversation with Rudy?
A Not sure, ma'am.
Q Did you ever let Rudy know what your plan was?
A No.
Q Was he not concerned with how to make the delivery?
A I'm not sure, ma'am.
Q Well, it's his company?
A (Nods head.)
Q Does Rudy ever check in with you guys when you are on the road?
A No, we check in with him.
Q Okay. And did you check in with him at all as you're driving to Virginia?
A No, ma'am.
Q Do you generally check in with Rudy everyday when you're on the road?
A When I'm pulling his loads, yes. I wasn't working for him, so I don't have to call him.
Q Well, you were towing his tractor?

A Yeah, but you're not pulling his load.
Q Well, you were going to get his load to deliver it to Texas; is that not true?
A Yeah, that's correct.
Q Okay. Ultimately, that was the point of the trip was to be able to go get the load and bring it to Texas?
A And bring my truck home.
Q Both. And the load was ultimately delivered to Texas --
A That's correct.
Q -- as a result of all this?
A (Nods head.)
Q Yes?
A Yes.
Q So at some point you all arrive at the rest area in Virginia?
A That's correct.
Q Who was driving when you arrived?
A I'm not sure.
Q Before this accident happened had you ever asked Israel Martinez to help you out on a job?
A No, ma'am.
Q So when you arrived you would have been headed north on Interstate 81 and would have had to get off at an

exit and turn back south?

A Yes, ma'am.

Q And you entered the rest area, correct?

A That's correct.

Q And your truck, the Salinas Express truck was still there?

A Yes, ma'am.

Q Where you left it?

A Yes, ma'am.

Q And did you park the SMC tractor somewhere?

A Yes, ma'am.

Q And were you the one who parked it?

A I'm not sure, ma'am.

Q Do you know where it was parked?

A I don't remember.

Q Was it -- do you know if it was parked in front of the Salinas Express tractor or beside it?

A I don't remember. It was more to the front, but I don't remember where exact.

Q What's that?

A It was past the rest area, like, more to the front. I just don't remember exactly where.

Q Somewhere southbound?

A Yes, ma'am.

Q And then what did you guys proceed to do?

A I unhooked my truck.
Q The Salinas Express?
A Unhooked it and -- well, actually, we unhooked Eddie's truck first. We unhooked that one and then we were going to hook my truck and we pulled my truck out.
Q All right. So you unhooked Eddie's truck from the SMC tractor?
A That's correct.
Q And then did Eddie park his truck?
A I'm not sure. I was unhooking mine. I'm not sure where he parked.
Q So then you unhooked your Salinas Express tractor from its load?
A Yes, ma'am.
Q And then were you able to move it out of the way a little bit?
A No, the SMC truck pulled me out.
Q So you had Eddie pull --
A No, ma'am, Israel pulled me out.
Q Israel. And did you do that with the wench or chains?
A With the chains.
Q And then so did you hook up Eddie's truck to the, to the load?
A Yes, ma'am.

Q And then did you guys move that load at all or was it stayed parked where it was?
A I think Eddie moved, like, more to the front.
Q More southbound?
A More southbound.
Q And do you know did you move it to the left or right side?
A Not sure. I think it was the left.
Q And for point of reference, when I say left or right side, that would be looking southbound?
A Yes, ma'am.
Q And then did you attempt to hook up the SMC tractor to your broken down tractor?
A Yes, ma'am.
Q And how did you -- did that, was that eventually accomplished?
A Yes, ma'am.
Q How did you guys accomplish that?
A We hooked it up, got it hooked up again and Israel parked it where my broken down truck was parked in the beginning; he parked back in that area.
Q So when they were hooked up eventually they were back to back?
A Yes, ma'am.
Q So at some point the SMC tractor had to be

turned around to face north?

A It was facing north.

Q Yeah. But at some point it had to be turned around to do that within the rest area?

A Well, yes, ma'am.

Q Who did that?

A Israel.

Q And how did he do that?

A I'm not sure, ma'am.

Q Did you watch him do that?

A No, ma'am.

Q Were you watching out for him make sure he didn't hit anything else?

A No, ma'am.

Q Did Art check out your truck at all before you guys attempted this hooking the two tractors up?

A No, ma'am.

Q Did he ever look at your truck while in the rest area?

A Just hooked it up there, that's all he did.

Q So was it ever your intention to see if he could fix the truck before towing it back?

A It wasn't fixable.

Q So what was the point of him coming along?

A To help me, like, he was a mechanic, in case

something was locked on it or something, I don't know, like, just to help. But truck wasn't going to get fixed there.

Q Who helped in attaching the SMC tractor to your broken down Salinas tractor?

A We all hooked it up.

Q And when you say we all, would that be Eddie, you, Israel?

A Israel and Art, the four of us.

Q And so at some point when you're all done, it was parked where your broken down tractor had been?

A Yes, ma'am.

Q And where you have it marked on the map?

A Yes, ma'am.

Q And then after that's done, did you guys have any conversation about what to do next?

A No, ma'am. I just told Israel that we had to turn the truck around, and we went inside to wash up in the rest room. I think it was me and Art that went inside and as we were coming out, Israel was already like trying to turn the truck around.

Q Where was Eddie at?

A I'm not sure, ma'am.

Q When you told Israel that you had to turn the truck around, did you have any ideas and was there any

discussion about how to do that?

A No, ma'am.

Q How did you think that it was going to be turned around?

A Well, I thought I was going to back up in the car area, like, pull up and back the truck back up and then turn around inside the rest area.

Q So your idea what you thought would happen was to pull up and then --

A Back up until --

Q -- sort of where the arrow is leading to the car area?

A Yes, ma'am.

Q Were there any, as you're going in the entrance ramp, there's a shoulder on the right-hand side, correct?

A That's correct.

Q Were there trucks parked along there?

A Yes, ma'am.

Q Do you know how many?

A Not sure, five or six.

Q So was it very, very full on that?

A It was very full.

Q Were there any parked on the right hand sort of shoulder?

A Left hand.

Q On the left-hand side?
A Yes, ma'am.
Q There were?
A Yes, ma'am.
Q Do you know how many?
A Not sure, one or two.
Q Do you know how far they extended into the entrance?
A Not sure.
Q So you and Art went in to wash up?
A Yes, ma'am.
Q After you -- and when you left Israel, was the vehicle still parked in the same space?
A When I left, yes, ma'am.
Q And did you have any conversation when you left, like, I'll be right back or whatever?
A I just told them I'm going to wash up, come out, and try to turn the truck around.
Q And how long were you in the rest room?
A I'm not sure, ma'am.
Q So what was Israel doing when you came out?
A He was already pulling up the ramp.
Q Already pulling up the entrance ramp?
A Entrance ramp.
Q How far had he gotten?

A It was pretty far, already, like, close to the shoulder, like facing out.
Q Can you estimate on this map how far he had gotten?
A (Indicating).
Q Did you just put a mark?
A I guess, like, right there, more or less.
Q All right. Is that the furthest point that he got along the entrance ramp or did he ever pull any further forward?
A That's all I saw. I'm not sure.
Q Okay.
MR. FRANKL: When you say forward or furthest he got, you mean the furthest north?
MS. WHITE: Yes, exactly.
MR. FRANKL: Wanted to clarify the question.
MS. WHITE: Yeah.
Q (By Ms. White) So was he straight or had he already started to turn?
MR. HEARN: Object to form.
A He was, like, kind of facing to the shoulder.
Q To the --
A Like facing out, like, to 81.
Q All right. And then, so then what happened?

A When I came out I saw him, like, already facing out, coming out, when Art came out and I saw some lights coming, like, when I saw him like this, I thought he was going to go on the highway, I had just walked out. So I saw a car coming so I started running over there. I didn't want him go in.

But then I was trying -- I saw a little white car parked like on the left lane and I just saw the little pickup like just go try avoid hitting the car, and it hit the truck on the shoulder.

Q Did you yell anything at Israel as he was attempting this maneuver?

A Yes, ma'am.

Q What did you yell at him?

A I can't recall. Stop or something.

Q Where were you standing when you yelled stop?

A Probably like halfways down the parking lot.

Q Can you put a small circle where you were standing?

A (Complies.)

Q And that's where you were when you yelled stop?

A More or less, yes, ma'am.

Q When you yelled stop, was he at that point that you've indicated further up north?

A Well, he was, like I say, he was parked there.

Q Okay. Can you flip it up and show the camera.

So can you point to where you were standing when you yelled stop?

A Over here (Indicating.)

Q And where was Israel when you yelled stop?

A Over here.

Q Where was Art --

A I'm not sure.

Q -- when you yelled stop?

A I'm not sure.

Q And do you know where Eddie was at during any of this?

A No, ma'am.

Q Had Israel entered the right lane of Interstate 81 South at all when you yelled stop?

A I'm not sure, ma'am.

Q Did you ever see him enter the right lane of Interstate 81 South?

A No, ma'am.

Q So I'm -- I want to be clear. From your vantage point, do you know whether he entered 81 South?

A No, ma'am.

Q You don't know, you couldn't see?

A I couldn't see.

Q So what -- so was he stopped there when you

yelled stop? Did he stop?

A No, he was parked already. I just told him because I saw the car coming. I didn't know he was going to go in or not, so I just, like, started running over there. As I started running like that, I just saw, like I say, the white car stopped on the left lane. Then I saw the pickup coming out and to avoid hitting that car, he, like, went around and started swerving went sideways and hit the front bumper of the truck with the tailgate with the back bumper.

Q So did you ever see Israel's vehicle in motion?

A No, ma'am.

Q So you saw a white vehicle coming in the left lane?

A Yes, ma'am.

Q And, and had it completely stopped in the left lane?

A It came to a dead stop.

Q Do you know what kind of vehicle it was?

A I'm not sure. It was a white car.

Q And then you saw the headlights of the Toyota truck?

A I don't know what it was. It was a little pickup.

Q A little pickup truck?

A Yes, ma'am.

Q What lane was it in?

A In the left lane.

Q And then what happened?

A Well, tried to avoid hitting the car that was parked, so I guess he tried to go around it and he just lost control of the truck and went all the way to the shoulder side sideways.

Q Did you hear his brakes screeching?

A Yes, ma'am.

Q And he swerved into the right lane?

A He tried to avoid him, yes, ma'am.

Q And then did his truck start skidding or sliding?

A Sliding, it went sideways. When it hit the truck it was going, like, sideways like that.

Q And then it made impact with the SMC tractor?

A With the SMC truck.

Q On the passenger side?

A The driver's.

Q The passenger side of the Toyota and the driver's side of the SMC truck?

A Yes, ma'am.

Q Did it bounce off?

A Yes, ma'am.

Q And was Israel's vehicle stopped when the impact happened?

A Yes, ma'am.

Q Do you know exactly where the impact happened?

MR. HEARN: Object to form.

MR. FRANKL: Object to form.

MS. WHITE: Okay.

Q (By Ms. White) You can answer.

A I'm not sure, ma'am.

Q Did it happen in the -- did the impact between the Toyota truck and the SM -- for the little pickup truck and the SMC tractor happened in the southbound right lane of Interstate 81?

A I'm not sure.

Q So you just can't say?

A I can't say.

Q And then what happened after that?

A After that when the truck hit the truck, I ran back over here because started, like, a bunch of them started coming and I guess a little bread truck or something, whatever it was, came and hit the pickup, and man, like, everybody started getting off the trucks, like, all the truck drivers, like, everybody was moving out of the way.

Q So did you go check on Israel after the first

impact?

A No, ma'am.

Q What did he do after the first impact?

A I'm not sure, ma'am.

Q Did you see him start backing up at all?

A I'm not sure.

Q He eventually did back up?

A Yes, ma'am.

Q When -- do you know -- did you observe him at any time start backing up?

A No, ma'am, like I said, I ran back because there was a lot of debris flying inside the rest area.

Q So you ran back further southbound inside the rest area?

A Yeah.

Q And did you observe the accident with the bread truck?

A I heard the noise.

Q You just heard it?

A Yes, I heard it. I just saw it coming like from the hill down and then I just heard the impact and all that.

Q Do you know what Art did after the first impact?

A Art, he ran, he ran to try to get the guy off the little truck.

Q Do you know what lane the little truck ended up in?
A It was between both lanes.
Q Between the --
A Sideways, yes, ma'am.
Q -- right and left lane of southbound Interstate 81?
Let me ask the question and clarify for the record.
So you observed the little Toyota, the little pickup truck, between, after the first impact, between the left and right lane of Interstate 81 South?
A Yes, ma'am.
Q Do you know which way it was facing? Was it facing towards the median or towards the rest area?
A I'm not sure.
Q Did you -- did you see Art run out to the pickup truck?
A No, ma'am, I saw him running back inside the rest area.
Q Do you know how much time elapsed between the two impacts with --
A I'm not sure, ma'am. Pretty fast.
Q Very fast?
A (Nods head.)

Q Thirty seconds?
A No, probably longer than that.
Q Longer than 30 seconds, less than a minute?
A I'm not sure, ma'am.
Q Did you ever observe the young man in the pickup truck get out of his pickup truck?
A I saw him when Art pull him off the truck and that's all I saw. After that I just saw running back inside the rest area.
Q Did you see what the young man did?
A I'm not sure, ma'am, because I think he ran, like, to the opposite side.
Q As Art was running back across Interstate 81, is that when the bread truck was coming?
A Yes.
Q Did Art just narrowly miss getting hit by the bread truck?
A Yes, ma'am.
Q Do you know if Art had any conversation with the young man in the pickup truck?
A I'm not sure, ma'am.
Q Did he ever tell you anything the young man said?
A No, ma'am.
Q And at the same time, were there cars trying to

come in the entrance to the rest area?

A Yes, ma'am, there was a lot of traffic.

Q And then did you see -- did you see where the little pickup truck eventually ended up?

A The grass area.

Q The grass area closest to the rest area?

A Yes, ma'am.

Q And did it end up against one of those trees?

A I'm not sure.

Q Just to be clear, we're talking about the grassy area that's between Interstate 81 and the rest area?

A Yes, ma'am.

Q And did you see where the bread truck eventually ended up?

A Sideways where the trees are.

Q In that same grassy area?

A Yes, ma'am.

Q Did you ever have any conversation with the young man in the pickup truck?

A No, ma'am.

Q Did you ever have conversation with the driver of the bread truck?

A No, ma'am.

Q So what did you do after the second accident?

A I just stayed there, like, standing there.

Q Where were you standing?

A Where cars are parked. Like, where my truck was broke down, next to it.

Q And Israel eventually did back down, come back down the entrance ramp, right?

A Yes, ma'am.

Q And where did he park?

A He parked back in the same area over here where it broke down.

Q It had been previously parked?

A Yes, ma'am.

Q Do you know, did he move his vehicle at all before the police arrived?

A I'm not sure.

Q Do you know how long it took for the police to arrive?

A I'm not sure. I couldn't say.

Q Did you ever talk to either of the state troopers?

A No, ma'am.

Q Did you ever talk to a lady who worked in the rest area?

A No, ma'am.

Q Did you ever observe a car have to drive through the truck area and turn around to go into the car area on

the south side because Israel was blocking the way?

A No, ma'am.

Q Did -- as Israel is -- when you come out of the bathroom and Israel is already pulled up the entrance ramp, did he have any sort of flashers on?

A I'm not sure, ma'am.

Q Had he put out any flares?

A No.

Q Did you guys have any flares?

A The triangles. We don't carry flares.

Q Did Eddie have any flares in his vehicle?

A No, ma'am.

Q It was dark outside?

A Yes, ma'am.

Q Did anyone ever suggest that you guys wait until it was light out to move the vehicle?

A No, ma'am.

Q No one set out any of the triangles before Israel moved the truck?

A The triangles for what?

Q As sort of a warning he was going to be going out the entrance.

MR. HEARN: Object to form.

A Why would you set up triangles?

Q I'm just saying, no one set out any triangles?

A I don't understand the question. Like, why would you set out triangles for? Like you're trying to pull out or whatever you try to do, then you got to go walk, like, back to get the triangle, or what? I don't understand the question.

Q I'm just saying, no one set out any triangles?

A No.

Q Did -- was the SMC tractor and the, your Salinas tractor, was it connected by any electrical wire?

A No, ma'am.

Q Was there any sort of, like, flasher system that was put on the back?

A On the front part of the truck, yes.

Q Yeah. And was that connected to the SMC tractor?

A I'm not sure, ma'am.

Q So eventually the police did arrive?

A Yes, ma'am.

Q And you didn't talk to them.

What were you doing while they were doing the whole investigation?

A I was just standing there.

Q By the two connected tractors?

A No, ma'am, I was standing on top of the hill with some other drivers, on top of the hill.

Q On top of the hill?

A In the left-hand side, on the left-hand side where the trees are.

Q So where the trees are between the Interstate and the rest area?

A Yes, ma'am.

Q Just sort of watching everything going on?

A Yes, ma'am.

Q Did you have any conversation with Israel about what he was doing --

A No, ma'am.

Q -- at the time?

A (Nods head.)

Q Have you ever had any conversation with Israel about what he was doing at the time?

A No, ma'am.

Q Do you know what Art did after he ran back across the highway?

A No, I'm not sure.

Q Did he ever talk to the police?

A I'm not sure.

Q Was he standing with you on the hill?

A No, ma'am.

Q Did you guys, did you watch the helicopter land?

A I saw the helicopter when it landed.

Q And where did it land?
A On top of the highway the middle two lanes.
Q Of the southbound lane?
A Southbound.
Q And where was Eddie as the helicopter was landing?
A I'm not sure.
Q To your knowledge, did Eddie witness the accident at all?
A No, ma'am.
Q I mean, do you know whether he did?
A I don't know.
Q Have you ever had any conversation with him about it?
A No, ma'am.
Q Did you have any conversation with Art while all the emergency work was going on?
A No, ma'am.
Q Have you had any conversation with Art since, since then about what happened?
A No.
Q No?
A No.
Q So eventually you guys leave the rest area after everything gets all cleared up?

A Yes, ma'am.

Q And how did you guys leave?

A We got to unhook my truck again that morning because we couldn't turn the truck around and so we had to unhook it and pull it down, like, four or five miles to a new truck stop in Roanoke.

Q Before you unhooked it did Israel again try to back his truck up?

A He was trying to back up in the same area where the cars parked.

Q And did you watch him do that?

A Yes, ma'am, we were helping him.

Q And did the trooper come over to you at that time?

A Yes, ma'am.

Q And was he upset that Israel was trying to do that?

A Yes, ma'am.

Q So, and then so did you unhook it right where it was when the trooper said stop?

A No, ma'am, we parked it back same area.

Q And so then you unhooked the two of them and hooked it up, and then how did you hook it up?

A Pulled it with a chain.

Q Pulled it with a chain to a truck stop a few

miles down the road?

A Yes, ma'am.

Q And then you guys were able to hook him up properly?

A Yes, ma'am.

Q Was there any mechanical difficulty with the SMC tractor as you guys were leaving the rest area?

A No, ma'am.

Q Where was the damage on it?

A On the bumper.

Q On, like, all across the bumper or just on one particular side?

A The whole bumper.

Q The whole bumper?

A Yes, ma'am.

Q Was there any damage to the Salinas tractor?

A No, ma'am.

Q Did Israel have to come and get any documentation from either of the tractors?

A I'm not sure, ma'am.

Q As you guys were driving up to Virginia from Houston, did Israel keep any sort of log of his driving?

A He was making logs, yes, ma'am.

Q And was that a log on a Salinas form or in an SMC form?

A I'm not sure, ma'am.
Q Was there a notebook that the logs were kept in?
A I'm not sure.
Q Do you have any idea what he did with the logs he was keeping?
A I'm not sure.
Q Did you keep a log?
A I threw mine away. Yes, ma'am.
Q For the trip to Virginia?
A Yes, ma'am. When I came back I threw mine away because I don't need them, so I threw them away.
Q Are you aware of what the requirements are for keeping logs?
A What do you mean?
Q Well, you're a long haul truck driver?
A Uh-huh.
Q Yes?
A Yes, ma'am.
Q How long have you been doing that?
A Since 1990.
Q And so you're aware that you're required to keep a log?
A Yes, ma'am, but I wasn't working for none of the companies so I don't need to keep a log.
Q So it's your understanding that you don't need

to keep it?

A Yes, ma'am.

Q Did you throw it away immediately?

A I'm not sure.

Q So you don't know when you threw it away?

A Yes, ma'am.

Q Do you know when you became aware that there had been a lawsuit filed in this case?

A I'm not sure.

Q Did Rudy ever ask for your logs --

A No, ma'am.

Q -- for this trip?

So you have no idea what happened to Israel's logs?

A No, ma'am.

Q Were they included in the group you threw away?

A No, ma'am.

Q Are you aware of whether Israel kept logs for other trips he had done for Salinas Express?

A I'm not sure, ma'am.

Q Did you and Israel as you're there at the rest area after the accident have any conversation about what paperwork was needed to give to the state trooper?

A No, ma'am.

Q Did you observe him ever retrieving any

paperwork from either vehicle?

A No, ma'am.

Q When did you notify Rudy that there had been an accident?

A I'm not sure.

Q You did eventually do that?

A I'm not sure, ma'am. I don't remember.

Q The -- so eventually when you guys get to the, you leave the rest area, go to the truck stop and properly hook up the trucks -- well, who drove away the SMC tractor from the rest area?

A From the rest area, Israel.

Q Israel. Did he seem okay to drive?

A Yes, ma'am.

Q Do you know what time you guys left the rest area?

A I'm not sure.

Q Was it light out?

A I think so, yes, ma'am.

Q And was Eddie following you guys when you left the rest area?

A I'm not sure, ma'am, whether he was already there or behind us.

Q Did you ever see Eddie again at the rest area after the load was hooked up to his tractor?

A No, ma'am.

Q When was the next time you saw Eddie?

A At the truck stop.

Q And then did you guys develop a plan there at the truck stop what the rest of the trip was going to be like?

A No, ma'am.

Q Well, I guess Eddie had to return the load?

A Yes, ma'am.

Q And that was your originally assigned load?

A Yes, ma'am.

Q Who assigns work at Salinas Express?

A My brother Rudy.

Q So Rudy had originally assigned you that load that Eddie returned?

A Yes, ma'am.

Q And did Israel ride with Eddie to make that final delivery?

A Yes, ma'am.

Q And that was delivered to Laredo?

A I'm not sure. I think, I guess it was Laredo load. Yes, ma'am, Laredo.

Q Do you know who drove on that return leg of the trip?

A I'm not sure, ma'am.

Q Do you know how long it took them?
A I'm not sure. I didn't see them again later. They left.
Q After the truck stop, is that the last time you saw them?
A Yes, ma'am.
Q And then you and Art drove the SMC tractor, hauling your broken down tractor?
A Yes, ma'am.
Q But Art didn't drive the SMC tractor?
A No.
Q He doesn't have a CDL?
A He doesn't have a CDL.
Q And so did you drive, did you drop him back off in Houston?
A Yes, ma'am.
Q And then did you come back to Zapata?
A To Zapata, drop off my truck and went and left the SMC truck in Weslaco.
Q Did you see any logs for Israel Martinez in that truck when you dropped it off?
A No, ma'am.
Q Did you talk to Rudy at all on your return trip to Texas?
A I don't remember.

Q Do you know, have you ever talked to Rudy about the accident?

A No.

Q Do you know how he found out that there was an accident?

A I'm not sure, ma'am.

Q So I just want to be clear. Is it your testimony today that you never ever had a conversation with your brother Rudy about this accident?

A Yes, ma'am, like, I never told him. We don't talk like that, like, get into details like that. He just knows about it, that we had the accident but we haven't talked about it.

Q And do you know how he found out that there even was an accident?

A I don't remember.

Q Do you know whether Israel called and told him there was an accident?

A I can't say.

Q Did -- did you ever have any conversation with Sergio Cuellar about the accident?

A Yes, ma'am.

Q When did you notify him that there had been an accident?

A That night.

Q The night of the accident?

A Yes, ma'am.

Q And what did you tell him?

A Just told him there was an accident.

Q Involving his truck?

A Yes, ma'am.

Q And what was his response?

A We just told him what happened and, I said, like, I just told him that he got hit, like Israel was trying to pull out and he got hit there on the shoulder. He just told me send me pictures of the truck about what happened and that was it. That's the only time I talked to him.

Q So you haven't had any conversation with him other than that?

A No.

Q Have you ever had any conversation with him about whether the truck was insured or not?

A No, ma'am.

Q So did he ever express concerns to you that the truck wasn't on his insurance?

A No, ma'am.

Q And he was not surprised that the truck was in Virginia?

A No, ma'am.

Q He knew where it was going?
A Yes, ma'am.
Q Your tractor, Salinas Express tractor 110, there's no formal written lease governing its use or ownership, is there?
A How do you mean?
Q Well, the title is in your brother Rudy's name?
A Yes, ma'am.
Q And there's no written lease or anything releasing it to you or anything?
A No, ma'am.
Q It's just sort of a verbal understanding that you're going to pay him for it --
A Yes, ma'am.
Q -- and use it for his business?
A Yes, ma'am.
Q Do you know who paid for the fuel for the SMC tractor on the way up to Virginia?
A I did.
Q Personally?
A Yes, ma'am.
Q Were you reimbursed at all for it?
A No.
MR. DUNN: What was that, he said no?
THE WITNESS: What was that, sir?

MR. DUNN: What was the answer to the question? I didn't hear.

THE WITNESS: No, sir.

MR. DUNN: Okay.

Q (By Ms. White) Does Salinas Express have certain, like, fuel stations that it generally uses?

A No.

Q Like Loves or Flying J?

A No.

Q How is fuel -- aside from this trip, how is fuel generally paid for when you take a trip for Salinas Express?

A Cash, t-check, Comcheck.

Q So they'll give you cash, sometimes they'll give you cash in advance just to pay for fuel?

A Yes, ma'am.

Q Or sometimes they'll use a T-check. My understanding that's an electronic code that they send you, correct?

A Yes, ma'am.

Q And you just give that to the person at the fuel station and it goes on the Salinas Express account?

A I don't how know it works. They just give a T-check. I don't know.

Q What was the third way?

A Comcheck.

Q What's that?

A The same as T-check.

Q Different company?

A Different, I guess different company or something.

Q That also involves electronic code that they send you?

A Yes, ma'am.

Q In general, when you deliver a load it's assigned by Rudy?

A Yes, ma'am.

Q And does he tell you what route to take?

A No, ma'am.

Q Are you aware of any electronic devices within the tractor that monitor, in any of the Salinas Express tractors, that monitor its whereabouts?

A No, ma'am.

Q Do all the tractors have a GPS?

A No, ma'am.

Q Do any of them?

A No, ma'am.

Q Do you know, was Israel Martinez disciplined in any way by Salinas Express after this accident?

MR. HEARN: Objection.

A I'm not sure.

Q Do you know, was he given any warnings?

A I don't know, ma'am.

Q When you arrived at the rest area was Israel awake or asleep at the time?

A I'm not sure, ma'am.

Q Other than stops for fuel, did you guys make any stops on the way from Houston to Virginia?

A No.

MS. WHITE: We'll take a break.

THE VIDEOGRAPHER: The time is 11:17 in the morning and we are off the record.

THE VIDEOGRAPHER: We are back on the record. The time is 11:26 in the morning, and you may continue with the deposition, please.

Q (By Ms. White) I just wanted to clarify, Mr. Salinas, did you actually see the young man from the pickup truck go towards the median?

A Yes, ma'am.

Q You did?

A Yes.

Q Okay.

A He ran, like, the opposite side, like to the median.

MS. WHITE: All right. Those are all the

questions I have.

MR. HEARN: Go ahead.

EXAMINATION

BY MR. DUNN:

Q Mr. Salinas, since you started working for Salinas Express you haven't worked for any other businesses, have you?

A No, sir.

Q So you agree with me on that?

A Yes, sir.

Q And when did you start working for Salinas Express?

A On -- it was September 9th, '15.

Q September 9th, 2015?

A Yes, sir.

Q And before that you worked for SMC Transport?

A That's correct, sir.

Q How long did -- when did you start working for SMC Transport?

A I'm not sure. I know I was working for a whole year with them.

Q And why did you switch over from SMC Transport to working for Salinas Express?

A It's -- I was trying -- well, at the beginning I was trying to get in with Salinas Express but the

insurance only allows five trucks the first year. So my cousin Sergio gave me a chance to start with him that year and once the year was up I could go with our company.

Q That's Salinas Express?

A Yes, sir, that's correct.

Q All right. And you said earlier that you drove that SMC Transport truck that you had driven up to Virginia to pick up your disabled Salinas Express truck, you had driven it before?

A Yes, sir, that's correct.

Q Okay. Do you know how many other times you've driven it?

A I'm not sure, like twice.

Q Okay. Was that long haul, short, local trips or what?

A Local, local haul.

Q And that's when you were working for SMC Transport?

A That's correct, sir.

Q After you started working for Salinas Express, did you ever use a SMC vehicle other than this trip up to Virginia?

A No, sir.

Q Now, that trip up to Virginia around October 26, 2015 that was not for SMC Transport, was it?

A No, sir.

Q That was for?

A My personal self, yes, sir.

Q Personal, to get your disabled vehicle up there at the rest stop?

A That's correct, sir.

Q No one from SMC Transport was on that trip with you when you went up there October 26th, 2015?

A No, sir.

Q No, you agree with me?

A I agree; yes, sir.

Q No one from SMC Transport was telling you what to do on that trip up to Virginia to pick up your truck, correct?

A No, sir; that's correct.

Q In fact, the only connection you had with SMC Transport is that you were driving an SMC Transport tractor up to Virginia, correct?

A That's correct, sir.

Q SMC Transport didn't receive any type of benefit for your using that truck to go up to Virginia, correct?

A Yes, sir; that's correct.

Q Now, before you went up on that trip up to Virginia you talked to Sergio Cuellar about using the SMC Transport vehicle; is that right?

A That's correct, sir.

Q Did you call him on the phone or did you talk to him in person or how did that --

A Called him on the phone.

Q And what did he tell you?

A Well, he asked me -- I told him I was broke down and he asked me if we had any trucks available to go pick up mine. I told him no. He said he had the black truck available. He could lend it to me.

Q All right. And did he tell you anything else as far as who was to drive it or what you were supposed to do with that?

A No, sir.

Q But he did tell you that you could drive it, correct?

A That's correct, sir.

Q Did he tell you that somebody else could drive it as well?

A No, sir.

Q And he was loaning that SMC Transport vehicle to you as a favor?

A That's correct, sir.

Q All right.

MR. DUNN: Thank you.

THE WITNESS: Thank you, sir.

MR. HEARN: Is that it?

EXAMINATION

BY MR. HEARN:

Q Mr. Salinas, we met earlier. I'm David Hearn and I represent Israel Martinez. I got a couple of questions for you, all right?

A Okay.

Q I believe you testified earlier that you really didn't know Israel socially, correct?

A That's correct, sir.

Q You only knew him through Salinas?

A That's correct.

Q You only met him three times?

A Yes, sir; that's correct.

Q So you weren't friends?

A No, sir.

Q All right. I think you testified you're not related, correct?

A That's correct.

Q All right. You also testified that when you went to pick him up to go up to the trip up to Virginia, you called him first, correct?

A That's correct.

Q All right. How did you get the phone number for a person you didn't know?

A Through the company.

Q How did you get the phone number?

A My brother Rudy.

Q Rudy gave you Israel's phone number?

A Yes, sir.

Q When did he do that?

A When I called him that I was broke down.

Q Okay. And so Rudy gave you Israel's phone number and told you what?

A What do you mean?

Q Did Rudy tell you to call Israel?

A No, I asked him for the number so I could, because he was out of town. So I told him, like -- I knew that Israel had done a drug test for us, for the company, right, he was going to start working for us already and so I asked him for the number so he could help me.

Q Why did you pick Israel instead of another driver for Salinas?

A Because we didn't have nobody else.

Q Okay. You asked Rudy specifically for Israel's phone number?

A Yes, sir.

Q And Rudy gave you the phone number?

A Yes, sir.

Q And you told Rudy that you wanted Israel's phone

number because you wanted him to go up to Virginia with you?

A To help me.

Q And Rudy understood that, correct?

A Yes, sir.

Q And Rudy didn't tell you, no, Israel can't do that, did he?

A No, sir.

Q He didn't say he can't do that because he doesn't work for us, correct?

A No, sir.

Q When you were on the phone asking for Israel's phone number because you wanted him to do something, did you explain to Rudy what you wanted Israel to do?

A Well, I just told him that I needed him to help me.

Q Okay. Did you explain what you wanted Israel to help you do?

A No, sir, we didn't get into detail.

Q And Rudy didn't ask any questions about that?

A No, sir.

Q You testified earlier that when you were driving from Houston up to Virginia that you and Israel switched off the driving responsibilities, correct?

A That's correct.

Q So you would take turns as you drove from Houston to Virginia?

A Yes, sir.

Q And you testified that you observed Israel filling out logs for his portion of the drive?

A That's correct.

Q Where did Israel get those log sheets?

A I'm not sure, we bought them at the truck stop or I can't remember.

Q Where did you get your log sheets?

A I got mine at the truck stop.

Q You bought them?

A Yeah, the ones you buy.

Q Which truck stop? Was it the truck stop in McAllen where you were hooking up the SMC vehicle?

A No, I got mine, like, I got stack of them with my logbooks, I got my note thing.

Q Okay.

A Like, I already had mine.

Q You already had yours?

A Yes, sir.

Q So how did they get into the SMC truck?

A I got them, they were mine.

Q Did you take them with you in your personal vehicle?

A Yes, sir.

Q Where were they before they were in your personal vehicle?

A In my truck.

Q In your Salinas truck?

A Yes.

Q So you took them out of the Salinas truck when you left the rest stop in Virginia?

A Yes, sir.

Q You put them in Eddie's truck, took them back with you to Zapata, correct?

A That's correct, sir.

Q All right. Then put them in your personal vehicle, correct?

A That's correct.

Q And then took those over and put them in the SMC truck?

A That's correct.

Q But Israel had some log sheets. Did he bring those with him or did you give them to him?

A I'm not sure.

Q The log sheets you had, were they loose or were they in a --

A No, I had them in a black blinder.

Q Were they loose so you could take some out and

give some to someone if you wanted to?

A Yeah, you could.

Q Okay. You testified that you threw your logs away for the trip up to Virginia to get your truck, your disabled truck; is that correct?

A That's correct.

Q All right. And at the time you discarded them they were in the SMC vehicle, correct?

A No, sir.

Q Where were they when you discarded them?

A I can't remember. At the house already, I don't remember.

Q When you got the disabled Salinas truck and SMC truck back to Zapata, did you take your logs out of the SMC truck or did you leave them in the SMC truck?

A I went from there to Weslaco to drop off the SMC truck and when I got picked up I got everything off when I got Weslaco.

Q Okay. So you got to Weslaco and you left the SMC truck there, correct?

A That's correct.

Q So you took your personal belongings out of the truck at that point?

A That's correct.

Q And that included your logs, correct?

A Yes, sir.
Q Did you grab all the paperwork?
A No, sir, I grabbed my binder, folder.
Q Did you see Israel's logs at that point?
A No, sir.
Q Does that mean they weren't there or you just didn't look and you don't know one way or another?
A I just didn't look. I wasn't looking for them so.
Q So you took your personal logs, put them away in your truck?
A Yes, sir.
Q Personal vehicle?
A Yes, sir.
Q Drove back to Zapata?
A That's correct.
Q And when you got back to Zapata, did you go to your house?
A Went to the office.
Q Did you discard your logs when you got to your house?
A I can't remember, sir.
Q Okay. Is there any chance you scooped up Israel's logs by accident and threw them away?
A No, sir.

Q How do you know that?
A Because I didn't see them with my belongings.
Q Did you look through your paperwork before you threw it away?
A Yes, sir.
Q Why did you do that?
A Because I got my logs for my trip and logs that I went up to Virginia, those I don't need them.
Q All right. And just so I'm clear, after you hooked up the -- at the rest stop after you hooked up the SMC and Salinas units, you went into the rest room?
A That's correct.
Q Before you went into the rest room you didn't have any discussions with Israel about what he was going to do?
A No, sir, I just told him when I got out we were going to try to turn the truck around.
Q All right. But he didn't tell you how he was going to do that at that point, correct?
A No, sir.
Q You didn't tell him how he to do it?
A No, sir.
Q So you go to the rest room and you're in the rest room, correct?
A That's correct.

Q And you come out and you see Israel and his vehicle is in a different position, correct?
A Correct, sir.
Q And it's somewhere in the entrance way to the rest stop, correct?
A That's correct.
Q You didn't see how it got there?
A No, sir.
Q You don't know what he did to get there?
A No, sir.
Q And when you saw, it was stopped?
A That's correct.
Q It wasn't moving?
A It wasn't moving.
Q And after the accident happens you have no discussions with Martinez, Israel Martinez about what he was doing before the accident happened, correct?
A That's correct, sir.
Q And you had no discussions with him about what he intended to do had the accident not happened, correct?
A That's correct.
Q So as we sit here today under oath, you have no idea how he was maneuvering or intended to maneuver that vehicle?
A That's correct, sir.

Q After the accident happened, did you see the troopers come to the scene?
A Yes, sir.
Q State police?
A Yes, sir.
Q All right. And did you ever have an opportunity to speak to any state trooper while you were there?
A No, sir.
Q Did you ever go up to a state trooper and identify, not identify yourself, but say, this is my truck here or words to that affect?
A Well, I know Israel told them that I was there, the owner. They told him, I don't want to talk to him, I want to talk to you because you're the guy involved in the accident.
Q Did that trooper ever come over and speak to you, did any trooper come speak to you?
A I was there standing all night and nobody came to me.
Q Did you ever seek out any of the troopers to tell them what you saw?
A No, sir.
Q Why not?
A They didn't want to talk to me.
Q Did you feel like you had seen some events

related to the accident?

A Yes, sir.

Q Did you feel like that would be important for the officers to know?

A I didn't think about it at the time.

Q Okay. You indicated earlier that you had a previous felony conviction?

A Yes, sir.

Q All right. At the time of this accident were you on probation?

A Yes, sir.

Q Did you have an assigned probation officer?

A Yes, sir.

Q Was a term of your probation restriction in your ability to travel outside the state of Texas?

A No, sir.

Q Okay. Were you permitted to travel outside the state of Texas?

A That's correct.

Q Were you permitted to work?

A That's correct.

Q Okay. At any time after the accident happened did you get into Eddie's truck?

A I don't remember, sir.

Q Did you get into Eddie's truck and call Rudy on

the phone?

A I don't remember.

Q If Eddie has testified in this case that he recalls you getting into the cab of his truck or the sleeper and that you were on the phone with Rudy, then you would not dispute that, correct?

A No. I don't remember if I did or not that night.

Q Okay. Have you ever talked to anyone that works for Salinas Express about the day of the accident or what you observed or what happened?

A No, sir.

MR. FRANKL: Let me just say as a proviso, when I met with him there was a representative of Salinas Express there. We were talking about the accident, so in that respect --

MR. HEARN: Fair enough.

MR. FRANKL: -- there was some conversation in that regard.

MR. HEARN: Fair enough.

Q (By Mr. Hearn) Before this accident happened, did you ever observe Israel Martinez driving a Salinas vehicle?

A Yes, sir.

Q Okay. How many times do you think you saw him

doing that?

A I'm not sure.

Q More than twice?

A Pretty much.

Q More than four times?

A I wouldn't say. I don't know.

Q What was he, when you observed him driving a Salinas vehicle, what was he doing? Was he pulling a load?

A Yeah, he pulled a load, yes, sir.

Q After the accident happened, I know you said Israel did a load for you, correct?

A It was after this year.

Q Okay. So that would be after the accident. The accident was October 20, 2013?

A Yeah, it happened February or January, February.

Q So he was helping you out by doing a load for you?

A He did a load for me, sir.

Q Why couldn't you do the load?

A I had -- I don't remember, I had to do something.

Q Okay. Did Israel take your truck, your assigned Salinas truck?

A Yes, sir.

Q Okay.

MR. HEARN: All right, that's all my questions. Thank you, sir.

THE WITNESS: Thank you, sir.

MS. WHITE: Yeah, that brings up a few things.

REEXAMINATION

BY MS. WHITE:

Q Why did you keep logs on the trip to Virginia if you didn't think you were required to?

A What do you mean?

Q Well, were you required to keep the logs on the trip to Virginia?

A Driving up, yes, but not to keep them at home, no.

Q So to your understanding are there certain categories of logs that you're just not required to keep?

A Well, the ones you're not working for a company, you don't need them. Why are you going to keep them for. You only keep the logs you pull loads for. If I go in my truck, bobtail, do something, I don't got to keep a log for that. I'm not working.

Q So is it your understanding there's -- you have to actually keep the log when you're driving, but you don't have to keep it beyond that?

A That's correct.

Q Was -- were there any restrictions on your ability to leave Texas?

A No.

Q Like it has to be for work only?

A Work purpose, yeah.

Q Yeah. But for personal purposes can you leave Texas?

A I got permission to drive, so I can go much wherever I want.

Q All right. So can you, right now, could we take a trip to Florida without you asking your probation officer?

A If I'm in the truck, yeah.

Q Just on a personal, though, if we got in my rented Camaro and drove to Florida?

A I wasn't in a car, I was in my truck.

Q Huh?

A I wasn't in my car. I was in a truck.

Q I understand. It's a hypothetical question. If we just jumped in the Camaro that I rented outside and drove to Florida, would you have to ask permission from --

A Again, I was in my truck, not in a car.

Q I understand. It's a hypothetical question.

For personal reasons, can you leave Texas?

A If I'm in my truck, I can go anywhere I want.
Q Not in a truck. In a regular car, can you leave Texas without asking?
A I've never -- I've always been in my truck.
Q So is the answer, no, you cannot?
A No, I don't know.
Q Do you know what the conditions of your probation are?
A Not really.
Q So if it's not work related, is it your feeling that you can't leave Texas unless it's related to work?
A I wouldn't know.
Q Sergio didn't give you any restrictions on who could drive the truck?
A No.
Q The ultimate consequence of this trip was that Salinas Express was able to fulfill its contract to deliver the load that had been attached to your truck?
A What do you mean?
Q The trip ultimately allowed Salinas Express to deliver the load that it had contracted to deliver?
A To deliver the load?
Q Yeah.
A Like, what do you mean, like?
Q The load that had been attached to your broken

down --

A Yes.

Q -- this trip to Virginia ultimately allowed Salinas Express to fulfill that contract to deliver that load?

A Yes, ma'am.

Q Okay.

MS. WHITE: That's all we have.

REEXAMINATION

BY MR. DUNN:

Q Mr. Salinas, when you talked to Sergio Cuellar about using the SMC tractor, he told you that you could use that tractor, correct?

A That's correct, sir.

Q And it was -- you didn't tell him that anybody else was going to use the tractor, correct?

A That's correct.

Q So it's your intention to -- strike that question.

So Mr. Cuellar did not know that anybody else was going to use that tractor except you, correct?

A That's correct.

MS. WHITE: I'm sorry, what was the question? I didn't hear.

(Court reporter read the last question.)

MR. DUNN: All right, thanks.

THE WITNESS: Thank you.

MS. WHITE: I was thinking for a second. Hold on.

THE VIDEOGRAPHER: Are we off the record?

MS. WHITE: No. No, I just want to think for a second. And I just had one other question I thought of.

FURTHER REEXAMINATION

BY MS. WHITE:

Q Did you actually see the bread truck and whether it hit the young man when he was outside of his vehicle?

A No, ma'am.

Q You didn't see that happen?

A (Nods head.)

MS. WHITE: That's all.

MR. FRANKL: He'll read.

THE VIDEOGRAPHER: The time is 11:48 in the morning and we are off the record.

(Signature having been requested, the deposition was concluded at 11:48 a.m.)

ERRATA SHEET -- CHANGES AND SIGNATURE

PAGE LINE CHANGE REASON

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

________________________

ROY SALINAS

I declare under penalty of perjury that the foregoing is true and correct.

______________________________
ROY SALINAS

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by the witness, ROY SALINAS, on this the _____ day of ______________________, _______.

_______________________________
NOTARY PUBLIC IN AND FOR
THE STATE OF __________________

My Commission Expires: __________

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BRANDON LESTER §
§
vs. § CIVIL ACTION NO.
§ 7:15-CV-665
SMC TRANSPORT, LLC AND ISRAEL §
MARTINEZ, JR. AND SALINAS §
EXPRESS, LLC §

REPORTERS CERTIFICATION
OF ROY SALINAS
April 19, 2016

I, Annette E. Escobar, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, ROY SALINAS was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on ___________________, 2016, to the witness or to the attorney for the witness for examination, signature, and return to me by ____________________, 2016;

That the amount of time used by each party at the deposition is as follows:

JOHNEAL WHITE (2H66M) Attorney for Plaintiff.

LAWRENCE DUNN (0H07M) Attorney for Defendant;

DAVID HEARN (0H12M) Attorney for Defendant.

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

Johneal White, Attorney for Plaintiff(s)
Lawrence Dunn, Attorney for Defendant(s)
David Hearn, Attorney for Defendant(s)
Daniel Frankl, Attorney for Defendant(s)

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

Certified to by me on this 8th day of May, 2016.

ANNETTE E. ESCOBAR
CSR#5475, Exp: 12/31/17

A

**a.m** 1:15,16 4:3 29:25 96:22
**ability** 89:15 93:3
**able** 39:6 41:15 63:3 94:17
**above-styled** 1:14
**accident** 7:21 15:9 15:14 22:21 39:21 53:16 56:24 61:9 65:22 66:4 69:2,5 69:9,12,15,18,21 69:24 70:1,4 73:24 85:24 87:15 87:17,20 88:1,15 89:1,9,22 90:10 90:15,21 91:11,14 91:15
**accomplish** 42:18
**accomplished** 42:16
**account** 72:22
**action** 1:4 99:4 100:9,11
**address** 5:4
**advance** 72:15
**Aerial** 3:13
**affect** 88:11
**ago** 9:11
**agree** 4:14 8:16,25 75:9 77:10,11
**agreed** 25:15 26:5 33:19 37:4
**agreement** 4:4,6,9 8:9,12
**ahead** 75:2
**allowed** 94:20 95:3
**allows** 76:1
**amount** 8:22 9:15 99:21
**ANDERSON** 2:14
**Annette** 1:16 99:10 100:15
**answer** 7:11 52:8 72:1 94:5
**anybody** 95:15,20
**anymore** 11:16 38:6
**APPEARANCES** 2:1
**application** 12:8,22
**approximately** 4:17 6:5,7 28:8,14
**April** 1:10,15 4:16 6:6 99:8
**area** 21:13 27:5,8 27:19,19 29:19 39:16 40:3,21 42:21 43:4,19 45:6,7,12 53:12 53:14 54:15,20 55:9 56:1,5,6,6,11 56:11,16 57:8,22 57:25,25 60:5 61:24 62:9,21 63:7 65:22 66:9 66:11,12,16,21,24 74:4
**arrive** 39:16 57:16 59:17
**arrived** 39:19,24 57:13 74:4
**arrow** 45:11
**Art** 36:1,22 37:1,6 43:15 44:9,19 46:10 48:2 49:7 53:23,24 54:17 55:7,13,16,19 60:17 61:16,19 68:7,10
**Art's** 36:13
**Arturo** 36:5,6
**aside** 72:10
**asked** 16:19 39:21 78:6,7 80:12,16 80:20
**asking** 81:12 93:12 94:3
**asleep** 74:5
**assigned** 67:10,14 73:11 89:12 91:23
**assigns** 67:12
**assist** 30:11
**AT&T** 32:14
**attached** 1:22 94:18,25
**attaching** 44:4
**attempt** 34:24 42:12
**attempted** 43:16
**attempting** 48:12
**attorney** 2:2,8,13 2:17 99:19,23,24 99:25 100:4,4,5,5
**audio** 6:11
**authority** 98:15
**available** 78:7,9
**Avenue** 2:4
**avoid** 48:9 50:7 51:5,12
**awake** 74:5
**aware** 15:22 16:11 19:6 64:12,21 65:7,18 73:15

B

**B-R-A-Z-O-S** 5:7
**back** 16:1 17:1 21:18 25:11 26:17 29:16 30:1 31:11 32:1,19 33:14 34:6 40:1 42:21 42:23,23 43:22 45:5,6,6,10 46:16 50:10 52:19 53:7 53:11,13 54:19 55:8,13 57:4,4,8 59:4,12 60:17 62:8,9,21 64:10 68:14,17 74:13 83:10 84:14 85:15 85:17
**backing** 53:5,10
**backtrack** 17:2
**bad** 8:23
**Based** 4:4
**bathroom** 58:4
**beginning** 7:5,6 15:25 42:21 75:24
**believe** 79:8
**belongings** 84:22 86:2
**benefit** 77:20
**better** 23:25 24:1,4 24:5 33:8
**beyond** 92:25
**binder** 85:3
**bit** 24:3 41:16
**black** 16:23 27:21 78:8 83:24
**blinder** 83:24
**blocking** 58:1
**Blue** 1:20
**bobtail** 92:21
**Bonnet** 1:20
**borrow** 16:13,17
**borrowing** 33:21
**bought** 12:1 82:8 82:12
**bounce** 51:24
**Box** 2:20
**brakes** 51:9
**Brandon** 1:3 4:24 99:3
**Brazos** 5:5
**bread** 52:20 53:16 55:14,17 56:13,22 96:11
**break** 74:10
**breaking** 21:16
**bring** 39:6,8 83:19
**brings** 92:5
**broke** 15:21 25:3,8 28:10,14 29:8,12 29:13,15 31:14 37:2 57:3,9 78:6 80:7
**broken** 21:12 28:5 30:17 42:13,20 44:5,11 68:8 94:25
**broker** 19:23 20:1 20:3,8
**brokers** 19:21 20:14
**brother** 6:23,24 7:8 7:16 8:14 9:25 13:11 14:8 18:9 19:11 67:13 69:9 71:7 80:3
**brother's** 7:25
**Brothers** 8:6
**brought** 4:25
**bumper** 50:9,10 63:10,11,13,14
**bunch** 52:19
**business** 36:15 71:15
**businesses** 75:7
**buy** 82:13
**buying** 7:8,16

C

**C.H** 20:15
**cab** 90:4
**call** 25:21 29:5 33:4 36:22 38:24 78:2 80:11 89:25
**called** 25:22,22 26:9 31:6 33:4,5 35:5,7 36:10 37:1 69:17 78:4 79:22 80:7
**calling** 32:5
**calls** 36:19
**Camaro** 93:16,21
**camera** 28:18,21 30:20 49:1
**car** 45:6,11 48:5,8 48:9 50:3,6,7,20 51:5 57:24,25 93:17,19,23 94:2
**carrier** 32:13
**carry** 58:10
**carrying** 32:22
**cars** 55:25 57:2 62:10
**case** 37:4 43:25 65:8 90:3
**cash** 72:13,14,15
**categories** 92:17
**CATHEY** 2:4
**cause** 1:15 27:2
**CB** 25:18
**CDL** 68:12,13
**cell** 32:7,9,15
**certain** 8:16,25 72:5 92:16
**Certification** 3:8 99:7
**Certified** 1:16 99:10 100:12
**certify** 99:11 100:7
**chain** 62:24,25
**chains** 41:21,22

**chance** 12:20 76:2 85:23
**CHANGE** 97:2
**changes** 19:17 97:1
**charge** 11:10
**cheating** 17:16
**check** 19:10,11,12 38:15,17,18,21 43:15 52:25
**Chester** 21:23,24 22:9,17,19,20 23:1,4 24:16,24 24:25
**children** 5:16
**circle** 48:18
**circumstances** 18:14
**Civil** 1:4,21 99:4
**clarify** 16:11 28:9 47:16 54:8 74:16
**clear** 49:20 56:10 69:7 86:9
**cleared** 61:25
**close** 47:1
**closest** 56:6
**code** 72:18 73:7
**Comcheck** 72:13 73:1
**come** 16:4 17:1 25:10 29:16 33:14 35:9 36:11 46:17 56:1 57:4 58:3 62:13 63:18 68:17 87:1 88:2,16,17
**coming** 26:14,25 43:24 44:20 48:2 48:3,5 50:3,7,13 52:20 53:20 55:14
**commercial** 6:17
**Commission** 98:22
**companies** 13:11 14:6,10 36:19 64:24
**company** 7:2 8:5 13:16 14:25 19:12 19:12,19 38:13 73:4,5 76:3 80:1 80:14 92:18
**completely** 50:16
**Complies** 30:21 48:20
**computerized** 1:18
**concerned** 38:10
**concerns** 70:20
**concluded** 96:22
**conditions** 94:7
**Conference** 1:20
**connected** 59:9,14 59:23
**connection** 19:1 77:16
**consequence** 94:16
**contact** 13:18
**continue** 30:3 74:15
**continuing** 24:7
**contract** 94:17 95:4
**contracted** 94:21
**control** 51:7
**conversation** 31:13 36:25 38:6 44:16 46:15 55:19 56:18 56:21 60:9,14 61:13,16,19 65:22 69:8,20 70:14,17 90:18
**convicted** 17:12
**conviction** 89:7
**copy** 22:8 23:25 24:1,2,2,6 27:13 27:23,24,25 28:1
**Corp** 22:12
**correct** 11:12 13:21 17:23 18:23 19:3 20:2 21:14 24:11 39:4,11,18 40:3,4 41:8 45:15,16 72:19 75:17 76:5 76:10,19 77:6,14 77:15,18,19,21,22 78:1,15,16,22 79:9,10,12,14,18 79:19,22,23 81:4 81:10,24,25 82:6 83:11,12,14,15,18 84:5,6,8,20,21,24 84:25 85:16 86:12 86:19,24,25 87:2 87:3,5,6,12,17,18 87:20,21,25 89:19 89:21 90:6 91:12 93:1 95:13,14,16 95:17,21,22 98:9
**counsel** 4:6 100:3,7
**couple** 79:5
**Court** 1:1 3:8 95:25 99:1
**cousin** 13:20 16:14 18:7 33:17 35:25 76:2
**Creafill** 22:11
**crime** 17:16
**CSR#5475** 100:16
**Cuellar** 13:14 69:21 77:24 95:11 95:20
**current** 5:4
**currently** 5:20 11:7
**Cynthia** 5:15

**D**

**D.C** 23:6
**damage** 63:9,16
**Daniel** 2:18 100:5
**dark** 58:13
**darker** 24:3
**date** 4:16 6:1,6 13:25 20:24
**David** 2:14 79:4 99:25 100:5
**day** 23:1 37:12,24 90:10 98:16 100:12
**dead** 50:18
**debris** 53:12
**declare** 98:8
**Defendant** 2:8,13 2:17 99:24,25
**Defendant(s)** 100:4 100:5,5
**deliver** 32:20,21 39:2 73:10 94:18 94:21,21,22 95:4
**delivered** 21:15,25 22:9,11,12 39:9 67:20
**delivery** 21:21
38:11 67:18
**depend** 37:20
**depends** 19:17 37:19
**deposition** 1:9,12 4:18 12:15 22:5 23:19,21 27:16 30:3 74:15 96:22 99:15,17,22 100:2
**depositions** 4:5
**DESCRIPTION** 3:12
**detail** 81:19
**details** 69:11
**develop** 67:4
**devices** 73:15
**dfrankl@frankl...** 2:22
**DHearn@Sands...** 2:16
**different** 36:18 73:4,5,5 87:2
**differential** 29:15
**differentials** 26:4
**difficulty** 63:6
**directly** 20:17
**disabled** 76:8 77:4 84:5,13
**discard** 85:20
**discarded** 84:7,10
**disciplined** 73:23
**discussion** 4:13 45:1
**discussions** 86:14 87:16,19
**dispute** 90:6
**distant** 18:7
**DISTRICT** 1:1,1 99:1,1
**DIVISION** 1:2 99:2
**documentation** 63:19
**doing** 14:20 35:2 46:21 59:20,20 60:10,15 64:19 87:17 91:1,8,17
**draw** 30:16
**drew** 28:21
**drive** 9:20 10:10 11:19 22:2 57:24 66:13 68:10,14 78:11,14,17 82:5 93:9 94:14
**driven** 15:11 76:7,9 76:12
**driver** 6:9,15 11:3 14:4 56:21 64:15 80:18
**driver's** 6:17 19:4 24:6,10 51:20,22
**drivers** 10:22 11:9 52:23 59:25
**drives** 10:20 11:2,3 11:16,22 12:4
**driving** 11:8,14 17:21 27:10 38:3 38:19 39:19 63:21 63:22 77:17 81:22 81:24 90:22 91:7 92:14,24
**drop** 68:14,18 84:16
**dropped** 22:16 68:21
**drove** 33:24 34:2,6 34:21 38:1 66:10 67:23 68:7 76:6 82:1 85:15 93:16 93:22
**drug** 80:14
**duly** 1:14 4:20 99:13
**Dunn** 2:9 3:5 4:12 4:14 16:2,6,10 27:25 28:2 35:6 71:24 72:1,4 75:4 78:24 95:10 96:1 99:24 100:4
**duty** 24:11

**E**

**E** 1:16 99:10 100:15
**E-mail** 2:6,12,16,22
**earlier** 76:6 79:4,8 81:22 89:6
**East** 2:15

**Eddie** 10:10 11:16 23:9,14 25:10,16 27:7 28:24 29:22 30:11 31:5 32:19 34:1,2,8,22 41:9 41:18 42:3 44:7 44:22 49:11 58:11 61:5,8 66:20,24 67:2,8,15,17 90:3
**Eddie's** 34:24 41:4 41:6,23 83:10 89:23,25
**either** 57:18 63:19 66:1
**elapsed** 54:21
**electrical** 59:9
**electronic** 72:18 73:7,15
**emergency** 61:17
**employed** 5:20 100:8
**employment** 12:8 12:22 19:2
**ended** 54:1 56:4,14
**enter** 49:17
**entered** 40:3 49:14 49:21
**Enterprise** 20:15
**entirely** 9:15
**entrance** 28:5 45:14 46:8,23,24 47:9 56:1 57:5 58:4,22 87:4
**ERRATA** 97:1
**Escobar** 1:16 99:10 100:15
**estimate** 47:3
**Estrada** 2:24
**events** 88:25
**eventually** 30:13 42:15,22 53:7 56:4,13 57:4 59:17 61:24 66:6 66:8
**everybody** 52:22 52:23
**everyday** 38:21
**exact** 20:24 28:3 40:19
**exactly** 40:22 47:15 52:4
**examination** 3:4,5 3:6 4:21 75:3 79:2 99:19
**excitement** 30:5
**Exhibit** 12:14,15 12:17 22:4,5,7 23:17,18,19,21 27:14,15,16
**EXHIBITS** 3:11
**exit** 40:1
**Exp** 100:16
**Expires** 98:22
**explain** 81:14,17
**explaining** 30:6
**express** 1:6 2:17 5:1,23 6:21 7:15 9:20,22 10:7 11:8 11:17,20,23 12:5 12:8,25 14:21 15:21 18:22 19:2 19:7,9,20,22,25 20:3,5,7,14 21:3 21:12 35:16 40:5 40:17 41:2,12 65:19 67:12 70:20 71:3 72:5,12,22 73:16,24 75:6,12 75:23,25 76:4,8 76:20 90:10,15 94:17,20 95:4 99:6
**extended** 46:7

**F**

**face** 43:1
**facility** 34:13,17
**facing** 43:2 47:2,22 47:24 48:1 54:14 54:15
**fact** 77:16
**faint** 6:13
**fair** 17:21 90:17,20
**familiar** 15:8 23:15
**family** 8:14
**far** 18:1 19:13 46:7 46:25 47:1,3 78:11
**fast** 54:23,24
**favor** 78:21
**Fax** 2:6,11,21
**February** 91:16,16
**Federal** 1:21
**feel** 88:25 89:3
**feeling** 94:10
**felony** 17:12 89:7
**Fibers** 22:12
**filed** 65:8
**fill** 12:8 13:2,8
**filled** 12:22 13:4
**filling** 82:5
**final** 67:18
**financially** 100:10
**Fincastle** 25:6
**finish** 7:10 17:24
**first** 4:20 12:7,10 14:25 15:2 18:13 18:14 41:4 52:25 53:3,23 54:11 76:1 79:22
**five** 15:2 29:4,16 45:20 62:5 76:1
**fix** 31:20 43:22
**fixable** 43:23
**fixed** 44:2
**flares** 58:7,9,10,11
**flasher** 59:11
**flashers** 58:5
**flip** 49:1
**flooded** 34:14
**Floor** 2:10
**Florida** 93:12,16 93:22
**flying** 53:12 72:8
**folder** 85:3
**follow** 26:14,16
**following** 66:20 99:12 100:3
**follows** 4:20 99:22
**foregoing** 98:9
**form** 4:7 16:2 47:21 52:5,6 58:23 63:24,25
**formal** 71:4
**forward** 47:10,13
**found** 69:4,14
**four** 44:9 62:5 91:5
**Frank** 2:24
**Frankl** 2:18,19 4:4 28:1,9 47:13,16 52:6 90:13,18 96:17 100:5
**friends** 79:15
**front** 27:22 40:16 40:18,22 42:3 50:9 59:13
**fuel** 71:17 72:6,10 72:10,15,21 74:7
**fulfill** 94:17 95:4
**full** 5:1 36:5 45:21 45:22
**further** 47:10 48:24 53:13 96:9 100:7 100:9
**furthest** 47:8,14,14

**G**

**gear** 29:13
**general** 73:10
**generally** 38:21 72:6,11
**getting** 52:22 55:16 90:4
**give** 8:21,22,23 29:16 65:23 72:14 72:14,21,23 83:20 84:1 94:13
**given** 74:2 99:15 100:1
**gives** 19:21
**GLENN** 2:4
**go** 10:5,6 18:1 29:10 32:24,25 33:14,16 34:13 35:5,7,7,20,24 37:5 39:6 48:4,6,9 50:4 51:6 52:25 57:25 59:3 66:9 74:18 75:2 76:3 77:21 78:7 79:21 81:1 85:17 86:23 88:9 92:20 93:9 94:1
**goes** 72:22
**going** 6:10 9:4 12:2 17:1 22:19 26:14 29:5,15,16,17,20 36:11 39:2 41:5 44:2 45:3,5,14 46:17 48:4 50:3 51:16 58:21,21 60:7 61:17 67:5 71:1,13 80:15 86:14,17,19 92:19 95:16,21
**Good** 4:23
**gotta** 8:22
**gotten** 23:6 46:25 47:4
**governing** 8:9 71:4
**GPS** 73:19
**grab** 85:2
**grabbed** 85:3
**grade** 18:2
**Grandin** 2:19
**grass** 56:5,6
**grassy** 56:10,16
**gray** 7:18
**Great** 28:23
**grew** 18:4
**group** 65:16
**grow** 18:3
**guess** 36:19 47:7 51:6 52:20 67:8 67:21 73:5
**Gutierrez** 36:1,7
**guy** 53:24 88:14
**guys** 8:8 12:2 18:24 25:15 26:5 31:6 31:13 32:24 33:1 35:20,24 37:22 38:15 40:25 42:1 42:18 43:16 44:15 58:9,15 60:24 61:24 62:2 63:3,7 63:21 66:8,15,20 67:4 74:7

**H**

**halfways** 48:17
**hand** 45:23,25
**happen** 30:8 45:8 52:10 96:14
**happened** 21:7 27:19 29:2,6

39:21 47:25 51:4 52:2,4,12,17 61:20 65:13 70:8 70:12 87:17,20 88:1 89:22 90:11 90:21 91:11,16
**happens** 87:15
**hard** 23:24
**haul** 64:15 76:14 76:16
**hauling** 16:1 68:8
**He'll** 96:17
**head** 38:14 39:13 54:25 60:13 96:15
**headed** 37:6 39:24
**heading** 23:7
**headlights** 50:21
**hear** 6:12 51:9 72:2 95:24
**heard** 53:18,19,20 53:21
**Hearn** 2:14 3:6 4:11 47:21 52:5 58:23 73:25 75:2 79:1,3,4 90:17,20 90:21 92:2 99:25 100:5
**helicopter** 60:24,25 61:5
**help** 13:11 14:8,9 16:1,8,19 18:16 31:17,18 33:12,14 35:5,7 37:3,3 39:22 43:25 44:2 80:16 81:3,15,18
**helped** 44:4
**helpful** 7:12
**helping** 62:12 91:17
**hereto** 1:22
**Hernandez** 11:3,4 11:5,6,22
**high** 17:24
**higher** 12:13
**highway** 29:3,18 48:4 60:18 61:2
**hill** 29:20 53:21 59:24,25 60:1,22
**hiring** 11:10
**hit** 43:13 48:10 50:9 51:15 52:18 52:21 55:16 70:9 70:10 96:12
**hitting** 48:9 50:7 51:5
**hold** 28:18,20 96:4
**home** 39:8 92:14
**hook** 34:24 35:7,11 37:3 41:5,23 42:12 62:23 63:3 66:10
**hooked** 35:16 42:19 42:19,22 43:20 44:6 62:23 66:25 86:10,10
**hooking** 43:16 82:15
**Hotel** 1:19,19
**hour** 26:25
**house** 10:3 84:11 85:18,21
**Houston** 35:23,24 36:8,23 37:6,10 37:14,18 63:22 68:15 74:8 81:23 82:2
**Huh** 93:18
**hurry** 37:21,22
**hypothetical** 93:20 93:24

**I**

**idea** 15:25 16:4,5 16:12,24,24,25 45:8 64:4 65:13 87:23
**ideas** 44:25
**identification** 12:14,17 22:4,7 23:18 27:15
**identify** 88:10,10
**immediately** 65:3
**impact** 51:17 52:1 52:4,10 53:1,3,21 53:23 54:11
**impacts** 54:22
**important** 89:3
**incident** 7:18 21:7 21:9
**included** 65:16 84:25
**includes** 100:3
**INDEX** 3:1
**indicated** 48:24 89:6
**Indicating** 28:22 30:18 47:5 49:4
**information** 100:1
**initially** 28:10
**inside** 44:18,19 45:7 53:12,13 54:19 55:9
**instance** 1:13
**insurance** 15:1 70:21 76:1
**insured** 70:18
**intended** 34:16 87:20,23
**intention** 43:21 95:18
**interested** 100:10
**interfere** 6:11
**Interstate** 23:7 39:25 49:14,18 52:13 54:6,12 55:13 56:11 60:4
**investigation** 59:21
**involved** 7:18,21 13:16 15:9 88:14
**involves** 73:7
**involving** 17:16 70:5
**Israel** 1:5 4:25 11:14 18:5 19:6 20:17 33:2,4,4,5,6 33:8,11 34:1,8,22 38:2 39:22 41:19 41:20 42:20 43:7 44:8,9,17,20,24 46:12,21 48:11 49:5,14 52:25 57:4 58:1,3,4,19 60:9,14 62:7,16 63:18,22 65:18,21 66:12,13 67:17 68:20 69:17 70:9 73:23 74:4 79:5,9 80:11,14,17 81:6 81:14,17,23 82:4 82:7 83:19 86:14 87:1,16 88:12 90:22 91:12,23 99:5
**Israel's** 50:11 52:1 65:14 80:4,8,20 80:25 81:12 85:4 85:24
**Issued** 6:19

**J**

**J** 72:8
**January** 91:16
**job** 19:14 20:12 39:22
**jobs** 14:13 20:18
**Johneal** 2:3 4:23 99:23 100:4
**jointly** 8:5
**Jr** 1:5 11:19 36:3 99:5
**jumped** 93:21
**jwhite@glennro...** 2:6

**K**

**keep** 9:7 10:22 20:7 63:22 64:7,21,24 65:1 92:9,12,14 92:17,19,20,21,24 92:25
**keeping** 64:5,13
**kept** 64:2 65:18
**keys** 34:19
**kids** 5:13
**kind** 23:24 26:2 47:22 50:19
**knew** 18:21 71:1 79:11 80:13
**know** 6:1 7:11,19 7:24 8:18 9:5 10:13,14,21,21 11:2,7,10,11,25 13:8 15:16,18 18:19 19:16 20:10 20:22 21:2,5,25 22:18 23:4,12,24 24:13 25:13,21 26:9 28:8 32:17 32:22 33:8,21 36:8,10 37:9,12 38:8 40:14,16 42:6 44:1 45:19 46:5,7 49:11,21 49:23 50:3,19,23 52:4 53:9,23 54:1 54:14,21 55:19 57:12,15 60:17 61:11,12 65:5,7 66:15 67:23 68:1 69:1,4,14,17 71:17 72:23,24 73:23 74:2,3 75:20 76:11 79:9 79:25 85:7 86:1 87:9 88:12 89:4 91:6,11 94:6,7,12 95:20
**knowledge** 61:8
**known** 18:11
**knows** 69:12

**L**

**La** 1:18,19
**lady** 57:21
**land** 60:24 61:1
**landed** 60:25
**landing** 61:6
**lane** 48:8 49:14,17 50:6,14,17 51:2,3 51:11 52:12 54:1 54:6,12 61:3
**lanes** 54:3 61:2
**Laredo** 1:19 22:15 22:19 32:21,24,25 67:20,21,22
**Lawrence** 2:9 99:24 100:4
**lawsuit** 4:25 65:8
**ldunn@morrism...** 2:12
**leading** 45:11
**leads** 17:10
**lease** 9:23 12:2 15:2 71:4,9
**leased** 14:7,21 15:4
**leave** 23:1 34:3

61:24 62:2 66:9 84:15 93:3,7,25 94:2,11
**leaving** 29:18 63:7
**left** 8:21 23:4 26:14 30:9 31:5,7 35:15 36:23 37:9 40:8 42:6,8,9 45:25 46:12,14,15 48:8 50:6,13,16 51:3 54:6,12 66:15,20 68:3,18 83:8 84:19
**left-hand** 46:1 60:2 60:2
**leg** 67:23
**lend** 33:19 78:9
**lent** 33:18
**Lester** 1:3 4:24 99:3
**license** 6:17 19:4
**light** 58:16 66:18
**lights** 48:2
**line** 28:13 97:2
**little** 12:13 23:25 24:1,3,4,5 30:4 41:16 48:7,9 50:23,25 52:11,20 53:25 54:1,10,11 56:4
**live** 5:11
**lives** 5:10 36:8
**LLC** 1:5,6 2:17 99:5,6
**LLP** 2:19
**load** 19:21 20:21 21:15 22:8,11 32:20 39:1,2,6,9 41:13,24 42:1 66:25 67:8,10,14 67:22 73:10 91:9 91:10,12,17,19,20 94:18,21,22,25 95:5
**loaded** 22:13,14,15 22:19
**loads** 10:5 14:8 38:23 92:20
**loaning** 78:20
**local** 76:14,16,16
**locked** 44:1
**log** 24:6,10 63:22 63:24 64:7,22,24 82:7,10 83:19,22 92:21,24
**logbooks** 82:17
**logs** 63:23 64:2,4 64:13 65:10,14,18 68:20 82:5 84:3 84:14,25 85:4,10 85:20,24 86:7,7 92:9,12,17,20
**long** 5:18,24 6:14 7:2 9:9 15:18 17:19 18:11 37:14 37:17 46:19 57:15 64:15,19 68:1 75:18 76:14
**longer** 55:2,3
**look** 12:18,19,20 22:6 23:20 43:18 85:7,8 86:3
**looking** 42:10 85:8
**looks** 22:23
**loose** 83:22,25
**lost** 51:7
**lot** 30:10 48:17 53:12 56:2
**louder** 12:13
**Loves** 72:8
**Lozano** 10:10 11:16 23:10 25:10
**lying** 17:16 29:10

**M**

**M** 2:3
**ma'am** 5:21 6:2,4,7 6:18,20 7:6,23 8:4 8:7,11,17 9:4,6,14 9:16,18,21,24 10:9,11,13,19,22 10:24 11:1,9,13 11:15,18,21 12:3 12:6,9,11,12,21 12:24 13:1,3,5,7 13:15,17 14:2,17 14:19,23 15:10,12 15:15,17,24 16:3 17:5,7,13,18,25 18:6,8,10,12,18 18:20,25 19:5,8 20:4,6,9,13,23 21:1,10,19,24 22:1,3,10,13,13 22:18,18,22,25 23:3,8,11,13 24:9 24:12 25:4,7,9,14 25:17 26:1,11,20 26:22,25 27:4,6,9 27:20 28:7,16 29:1,23 30:12,15 30:25 31:3,8,10 31:12,19,22,24 32:2,6,10,16,18 32:23 33:7,20,23 34:5,7,18,23 35:1 35:3,10,12,14,17 35:19 36:2,9,12 36:16,21,24 37:8 37:16 38:4,7,12 38:20 39:23 40:2 40:7,9,11,13,24 41:14,19,25 42:11 42:14,17,24 43:5 43:9,11,14,17 44:12,14,17,23 45:2,13,18 46:2,4 46:11,14,20 48:13 48:22 49:13,16,19 49:22 50:12,15 51:1,10,12,23,25 52:3,9 53:2,4,8,11 54:5,13,19,23 55:4,11,18,21,24 56:2,7,12,17,20 56:23 57:6,11,20 57:23 58:2,6,12 58:14,17 59:10,16 59:18,24 60:6,8 60:11,16,23 61:10 61:15,18 62:1,12 62:15,18,21 63:2 63:5,8,15,17,20 63:23 64:1,8,10 64:18,23 65:2,6 65:11,15,17,20,24 66:2,7,14,19,22 67:1,7,9,11,16,19 67:22,25 68:6,9 68:16,22 69:6,10 69:22 70:2,6,19 70:22,25 71:2,8 71:11,14,16,21 72:16,20 73:9,12 73:14,18,20,22 74:3,6,19 95:6 96:13
**machine** 1:18
**main** 2:15 13:18
**making** 26:4 29:14 63:23
**man** 4:24 52:22 55:5,10,20,22 56:19 74:17 96:12
**maneuver** 48:12 87:23
**maneuvering** 87:23
**map** 27:14 30:13 44:13 47:3
**mark** 23:17 27:13 47:6
**marked** 12:14,17 22:4,7 23:18,21 27:15 44:13
**marker** 27:21
**marking** 25:5
**married** 5:18,19
**Martinez** 1:5 4:25 11:14 18:5 19:6 20:17 33:2 38:2 39:22 68:20 73:23 79:5 87:16,16 90:22 99:5
**Maryland** 21:22 22:9 24:17,18,23
**matter** 4:6
**McAllen** 33:24 34:10 82:15
**MD** 24:21
**mean** 11:10 21:17 47:14 61:11 64:14 71:6 80:10 85:6 92:11 94:19,24
**mechanic** 36:13,14 43:25
**mechanical** 63:6
**median** 54:15 74:18,24
**meet** 25:15 26:5,12 34:8,16,22
**met** 18:14 25:12 79:4,13 90:14
**mic** 12:13
**middle** 61:2
**mile** 19:14,15
**miles** 62:5 63:1
**MILLER** 2:19
**mine** 41:10 64:8,10 78:8 82:11,16,19 82:23
**minute** 12:18 55:3
**minutes** 27:1 29:4 29:16
**monitor** 73:16,17
**Monrovia** 24:19,21 24:23
**month** 8:23 18:15 18:15
**morning** 4:17,23 30:2 62:3 74:12 74:14 96:19
**MORRIS** 2:9,9
**motion** 50:11
**move** 29:4,7,14 30:7 41:15 42:1,6 57:12 58:16
**moved** 30:6 42:3 58:19
**moving** 52:23 87:13,14

**N**

**name** 4:23 5:1,14 7:25 10:21 36:5 71:7
**names** 11:7,11
**narrowly** 55:16
**naturally** 17:10
**need** 27:23 64:11 64:24,25 86:8 92:19
**needed** 37:2,4 65:23 81:15
**neither** 100:7
**never** 9:17 10:3,4

69:8,10 94:4
**new** 11:9 62:6
**night** 69:25 70:1 88:18 90:8
**Ninth** 18:2
**Nods** 38:14 39:13 54:25 60:13 96:15
**noise** 26:4 29:14 53:18
**north** 39:25 43:1,2 47:14 48:24
**NOTARY** 98:19
**note** 16:6 82:17
**notebook** 64:2
**notify** 66:3 69:23
**number** 12:15 22:2 22:5,7 23:19 27:16 32:11,17 79:24 80:2,4,9,12 80:16,21,23 81:1 81:13
**numbered** 1:15

**O**

**O** 2:20
**oath** 87:22
**Object** 16:2 47:21 52:5,6 58:23
**objection** 16:6,7 73:25
**objections** 4:7
**observe** 53:9,16 55:5 57:24 65:25 90:22
**observed** 54:10 82:4 90:11 91:7
**October** 21:8 22:24 23:2 24:7,7,11 76:24 77:8 91:15
**office** 85:19
**officer** 89:12 93:13 99:14 100:2
**officers** 89:4
**offices** 1:18
**Oh** 13:12 22:14
**okay** 7:13 22:20 26:21 38:18 39:5 47:12 49:1 52:7 66:13 72:4 74:22 76:11,14 79:7 80:8,20 81:17 82:18 84:3,19 85:23 89:6,17,22 90:9,25 91:14,23 92:1 95:7
**old** 5:16
**once** 20:19 32:3 76:3
**ones** 82:13 92:18
**opened** 7:3 14:25
**operate** 35:13
**operated** 7:2
**opportunity** 88:6
**opposite** 55:12 74:23
**oral** 1:9,12 99:14
**originally** 34:16 67:10,14
**outcome** 100:11
**outside** 18:24 58:13 89:15,17 93:21 96:12
**overhead** 27:13,17 27:18 30:24
**owned** 9:12 13:14
**owner** 88:13
**ownership** 71:5
**owns** 6:21

**P**

**P** 2:18,20
**P-R-O-C-E-E-D-...** 4:1
**P.C** 2:9
**PAGE** 3:2,12 97:2
**pages** 12:19
**paid** 9:5,15 19:6,9 19:13,23 20:8,19 71:17 72:11
**paper** 10:18
**paperwork** 65:23 66:1 85:2 86:3
**park** 29:11 31:2 40:10 41:9 57:7
**parked** 26:7 27:11 30:14,16 31:4,5 40:12,14,16 41:11 42:2,20,20,21 44:11 45:17,23 46:13 48:8,25 50:2 51:6 57:2,8 57:10 62:10,21
**parking** 29:19 30:10 48:17
**part** 59:13
**particular** 63:12
**parties** 4:5 100:3,8
**party** 99:21
**passenger** 51:19,21
**patrol** 29:3,18
**pay** 8:16,20 9:1,4 20:3,5,17 71:13 72:15
**paying** 8:15 9:9
**PC** 2:14
**penalty** 98:8
**people** 11:7
**percent** 20:11
**percentage** 19:23 20:7
**period** 14:5 17:22
**perjury** 98:8
**permission** 93:9,22
**permitted** 89:17,20
**person** 72:21 78:3 79:25
**personal** 17:11 19:11 33:24 34:3 77:3,4 82:24 83:3 83:13 84:22 85:10 85:13 93:7,15,25
**personally** 7:7,14 71:20
**Peterbilt** 7:18,20 9:19 10:8,23,25 14:12,13
**phone** 25:19,20 32:5,7,9,11,15,17 78:2,4 79:24 80:2 80:4,8,21,23,25 81:12,13 90:1,5
**photo** 30:24
**photograph** 3:13 27:17,18
**physically** 35:13
**pick** 16:19 33:2,11 33:14 36:11 76:8 77:13 78:7 79:21 80:17
**picked** 22:23 35:25 37:6 84:17
**pickup** 33:3 48:9 50:7,24,25 52:11 52:21 54:11,17 55:5,6,20 56:4,19 74:18
**pictures** 70:11
**place** 22:20
**Plaintiff** 1:14 2:2 99:23
**Plaintiff(s)** 100:4
**plan** 26:13,16,16 33:13 38:8 67:4
**planning** 31:23 33:16
**PLC** 2:4
**please** 4:18 7:10 30:3 74:15
**point** 23:9 26:23 28:21 30:22 31:9 32:19 39:5,16 42:9,25 43:3,24 44:10 47:8 48:23 49:2,21 84:23 85:4 86:19
**police** 57:13,15 59:17 60:20 88:4
**poorly** 7:10
**portion** 82:5
**Posada** 1:18,19
**position** 87:2
**power** 30:5
**PRESENT** 2:23
**pretty** 47:1 54:23 91:4
**previous** 89:7
**previously** 57:10
**prior** 21:15,16,20
**prison** 17:9,19
**probably** 9:8 18:15 26:25 48:17 55:2
**probation** 89:10,12 89:14 93:12 94:8
**Procedure** 1:21
**proceed** 4:17 40:25
**proceeding** 100:9
**produced** 1:13
**properly** 63:4 66:9
**provisions** 1:21
**proviso** 90:13
**PUBLIC** 98:19
**pull** 14:7 27:2 41:18 45:6,9 47:9 55:7 59:3 62:5 70:10 92:20
**pulled** 25:16 26:8 41:5,17,19 58:4 62:24,25 91:10
**pulling** 29:19 38:23 39:1 46:22,23 91:8
**purchase** 8:9,13
**purpose** 93:6
**purposes** 93:7
**pursuant** 1:20 100:1
**put** 8:22 12:12 15:16 28:17,19,20 29:8,10,13 30:19 47:6 48:18 58:7 59:12 83:10,13,16 85:10

**Q**

**question** 4:7 7:9,11 17:10 47:17 54:8 59:1,5 72:2 93:20 93:24 95:19,24,25 96:7
**questions** 75:1 79:6 81:20 92:3
**quit** 11:24,25

**R**

**ramp** 27:11,11 28:5 45:15 46:22,23,24 47:9 57:5 58:5
**ran** 52:18 53:11,13 53:24,24 55:11 60:17 74:23
**Raphine** 23:14 25:5
**rate** 19:16,18
**read** 95:25 96:17
**really** 6:10 24:15 37:23 79:8 94:9
**reason** 14:22 34:12

97:2
**reasons** 93:25
**recall** 27:10 48:15
**recalls** 90:4
**receive** 77:20
**recognize** 27:18
**record** 1:22 4:12,13 4:15 5:2 7:10 9:7 29:24 30:2 54:9 74:12,14 96:5,19 99:15 100:3
**rectangle** 30:16
**REEXAMINATI...** 92:7 95:9 96:9
**reference** 42:9
**reflecters** 29:8
**reflectors** 29:10
**regard** 8:12 90:19
**regular** 94:2
**regularly** 12:4 15:11
**reimbursed** 71:22
**related** 18:9 79:18 89:1 94:10,11 100:8
**relation** 18:5
**releasing** 71:10
**remember** 18:13 21:9 25:22 34:15 40:15,18,19,22 66:7 68:25 69:16 82:9 84:11,12 85:22 89:24 90:2 90:7 91:21
**rented** 93:16,21
**reported** 1:17 25:24
**reporter** 1:17 95:25 99:11
**Reporters** 3:8 99:7
**represent** 4:24 79:5
**representative** 90:14
**requested** 96:21
**required** 64:21 92:10,12,17
**requirements** 64:12
**reserved** 4:8
**respect** 90:16
**response** 31:16 70:7
**responsibilities** 81:24
**rest** 21:8,13 27:5,8 27:19 28:25,25 39:16 40:3,21 43:4,18 44:19 45:7 46:19 53:12 53:14 54:15,20 55:9 56:1,6,11 57:22 60:5 61:24 63:7 65:21 66:9 66:11,12,15,21,24 67:5 74:4 77:5 83:8 86:10,11,13 86:23,24 87:5
**restriction** 89:14
**restrictions** 93:2 94:13
**result** 39:12
**retrieving** 65:25
**return** 67:8,23 68:23 99:20
**returned** 67:15
**Richmond** 2:10,15
**ride** 34:1 67:17
**right** 9:6 20:16 24:25 27:13 28:23 30:4 31:1 41:6 42:7,10 45:23 46:16 47:7,8,25 49:14,17 51:11 52:12 54:6,12 57:5 62:19 74:25 76:6 77:25 78:10 78:23 79:6,17,20 79:24 80:15 83:13 84:7 86:9,18 88:6 89:9 92:2 93:11 93:11 96:1
**right-hand** 45:15
**road** 2:19 27:3 38:16,22 63:1
**roads** 34:14
**Roanoke** 1:2 2:5,20 62:6 99:2
**Robinson** 2:4 20:15
**rolled** 29:20,21 30:9,10
**room** 1:20 44:19 46:19 86:11,13,23 86:24
**route** 73:13
**Roy** 1:9,12 3:3 4:19 5:3 6:23 97:24 98:11,15 99:7,13
**Ruben** 11:3,4,19,22
**Rudy** 6:22,24 8:1 9:25 18:9,19 31:6 31:9 32:15 33:4,6 33:9,21 38:6,8,15 38:21 65:10 66:3 67:13,14 68:23 69:1,9 73:11 80:3 80:4,8,11,20,23 80:25 81:4,6,14 81:20 89:25 90:5
**Rudy's** 71:7
**Rules** 1:21
**run** 23:9 54:17
**running** 48:5 50:4 50:5 54:19 55:8 55:13

**S**

**Salem** 2:4
**Salinas** 1:5,9,13 2:17 3:3 4:19,23 5:1,3,15,23 6:21 6:22,22 7:15 8:1 9:20,22 10:7 11:8 11:14,17,19,20,23 12:4,7,25 14:21 15:1,21 16:13 17:3 18:21 19:2,7 19:9,12,20,22,25 20:3,5,7,14 21:2 21:12 30:17 35:15 40:5,17 41:2,12 44:5 59:8 63:16 63:24 65:19 67:12 71:3 72:5,11,22 73:16,24 74:17 75:5,6,11,23,25 76:4,8,20 79:4,11 80:18 83:5,7
84:13 86:11 90:10 90:14,22 91:8,24 94:17,20 95:4,11 97:24 98:11,15 99:5,7,13
**SANDS** 2:14
**saw** 47:11 48:1,2,3 48:5,7,8 50:3,5,6 50:13,21 53:20 54:19 55:7,8,8 60:25 67:2 68:5 87:11 88:21 90:25
**saying** 28:9 58:25 59:6
**says** 23:23 24:10,19 24:21
**scene** 88:2
**school** 17:24 18:1
**scooped** 85:23
**screeching** 51:9
**second** 4:12 56:24 96:3,7
**seconds** 55:1,3
**see** 16:11 23:22 24:1 25:5,7 28:21 30:13 43:21 49:17 49:23,24 50:11 53:5 54:17 55:10 56:3,3,13 66:24 68:2,20 74:17 85:4 86:2 87:1,7 88:1 96:11,14
**seek** 88:20
**seen** 88:25
**self** 77:3
**send** 70:11 72:18 73:8
**September** 13:2,9 14:1 15:7,7 75:13 75:14
**Sergio** 13:14,18 16:15,16 33:17,19 34:20 35:5,7 69:21 76:2 77:24 94:13 95:11
**Sergio's** 33:22
**set** 58:18,24,25 59:2,6
**sets** 19:18
**Sharpie** 27:21
**SHEET** 97:1
**sheets** 82:7,10 83:19,22
**shop** 36:20
**short** 76:14
**Shorthand** 1:16 99:10
**shoulder** 45:15,24 47:2,22 48:10 51:8 70:10
**show** 12:16 25:2 27:17 29:12 30:19 35:11 49:1
**showed** 29:12
**shows** 24:16
**side** 27:2 31:1 42:7 42:10 45:15 46:1 51:8,19,21,22 55:12 58:1 60:2,2 63:12 74:23
**sideways** 50:8 51:8 51:15,16 54:5 56:15
**signature** 3:7 96:21 97:1 99:20
**signed** 9:17
**sir** 71:25 72:3 75:8 75:10,15,17 76:5 76:10,19,23 77:1 77:3,6,9,11,15,19 77:22 78:1,13,16 78:19,22,25 79:10 79:14,16 80:5,22 80:24 81:5,8,11 81:19,21 82:3,21 83:1,9,12 84:9 85:1,3,5,12,14,22 85:25 86:5,16,20 86:22 87:3,8,10 87:18,25 88:3,5,8 88:22 89:2,8,11 89:13,16,24 90:12 90:24 91:10,19,25 92:3,4 95:14
**sister** 7:1
**sit** 87:22
**situation** 31:21
**six** 15:2 45:20

**Skaff** 2:3
**skidding** 51:13
**sleep** 29:11
**sleeper** 90:5
**sliding** 51:14,15
**SM** 52:11
**small** 48:18
**SMC** 1:5 4:25 13:10,12,14,22 14:7,14 15:4,5,8 15:18,22 16:7,13 16:17 17:4 34:6 34:13,17,19,21,25 35:16 38:3 40:10 41:7,17 42:12,25 44:4 51:17,18,22 52:12 59:8,14 63:6,25 66:10 68:7,10,19 71:17 75:16,19,22 76:7 76:17,21,25 77:7 77:12,16,17,20,24 78:20 82:15,22 83:16 84:8,13,15 84:15,16,20 86:11 95:12 99:5
**socialize** 18:24
**socially** 79:9
**somebody** 10:6 78:17
**sorry** 7:9 10:17 35:6 95:23
**sort** 8:8,8 18:7 28:20,21 30:23 45:11,23 58:5,21 59:11 60:7 63:22 71:12
**sound** 12:13 23:15
**south** 2:10 23:7 40:1 49:15,18,21 54:12 58:1
**southbound** 40:23 42:4,5,10 52:12 53:13 54:6 61:3,4
**space** 46:13
**speak** 88:7,16,17
**specific** 8:22
**specifically** 80:20
**spell** 5:6
**Sr** 36:3,4
**stack** 82:16
**standing** 48:16,19 49:2 56:25 57:1 59:22,24 60:22 88:18
**start** 13:22 51:13 53:5,10 75:11,18 76:2 80:15
**started** 6:1 9:11,12 12:7,10 23:7 29:14 47:20 48:5 50:4,5,8 52:19,20 52:22 75:5 76:20
**starting** 7:4 24:6
**state** 1:17 5:1 6:19 30:7,9 57:18 65:23 88:4,7,9 89:15,18 98:20 99:11
**stated** 1:21
**STATES** 1:1 99:1
**station** 72:22
**stations** 72:6
**stayed** 42:2 56:25
**stealing** 17:17
**stenotype** 1:18
**stop** 14:20 21:8 25:12 26:6,7,12 28:4,25 34:9,22 35:9,15,22 48:15 48:16,21,23 49:3 49:5,9,15 50:1,1 50:18 62:6,20,25 66:9 67:3,5 68:4 77:5 82:8,11,14 82:14 83:8 86:10 87:5
**stopped** 21:2,12 28:14 49:25 50:6 50:16 52:1 87:11
**stops** 74:7,8
**straight** 47:19
**Street** 1:19 2:10,15 5:5
**strike** 19:24 95:18
**Suarez** 8:6
**submitted** 99:18
**SUBSCRIBED** 98:14
**successful** 35:2
**suggest** 16:21 58:15
**suggestion** 31:20
**Suite** 2:4,15
**sum** 8:16,25
**supposed** 78:11
**sure** 6:2,4,4 9:6,24 10:2,2,24 13:17 15:17,20 16:10 17:15 18:12,20 20:23,24 21:4,6 22:1,18 23:5,13 23:16 25:14,23 26:11,21 27:1,9 28:12 31:8 32:2,4 32:6,8,23 33:7,10 36:9,24 37:11,13 37:16,25 38:7,12 39:20 40:13 41:10 41:11 42:8 43:9 43:12 44:23 45:20 46:6,9,20 47:11 49:8,10,16 50:20 52:9,14 53:4,6 54:16,23 55:4,11 55:21 56:9 57:14 57:17 58:6 59:16 60:19,21 61:7 63:20 64:1,3,6 65:4,9,20 66:5,7 66:17,22 67:21,25 68:2 69:6 74:1,6 75:20 76:13 82:8 83:21 91:2
**surge** 30:5
**surprised** 70:23
**suspended** 19:4
**swerved** 51:11
**swerving** 50:8
**switch** 24:3 75:22
**switched** 14:22 81:23
**sworn** 1:14 4:20 98:14 99:14
**Sylvia** 6:22 7:1
**system** 59:11

**T**

**t-check** 72:13,17,24 73:3
**tailgate** 50:9
**take** 19:22 22:6 23:20 33:2 37:14 37:17,24 72:11 73:13 74:10 82:1 82:24 83:25 84:14 91:23 93:11
**taken** 1:14 4:5 100:2,9
**talk** 31:9,25 33:6 57:18,21 59:19 60:20 68:23 69:11 78:2 88:13,14,24
**talked** 16:14 25:17 33:9,17 69:1,13 70:12 77:24 90:9 95:11
**talking** 56:10 90:15
**Telephone** 2:5,11 2:16,21
**tell** 6:21 23:22 24:15,22 31:23 55:22 70:3 73:13 78:5,10,14,17 80:11 81:6 86:18 86:21 88:21 95:15
**telling** 77:12
**ten** 17:20 20:11
**term** 89:14
**test** 80:14
**testified** 4:20 79:8 79:17,20 81:22 82:4 84:3 90:3
**testimony** 69:8 99:15 100:2
**Texas** 1:17,20 6:19 21:18 25:11 26:17 31:11 32:1 39:3,7 39:10 68:24 89:15 89:18 93:3,8,25 94:3,11 99:11
**Thank** 78:24,25 92:3,4 96:2
**thanks** 96:1
**thing** 82:17
**things** 92:6
**think** 7:25 9:11 15:1 20:11,16 21:22 24:25 29:9 30:6 42:3,8 44:19 45:3 55:11 66:19 67:21 79:17 89:5 90:25 92:10 96:6
**thinking** 96:3
**third** 72:25
**Thirty** 55:1
**thought** 45:5,8 48:3 96:7
**three** 5:13,19 10:13 10:15,20 79:13
**threw** 64:8,10,11 65:5,16 84:3 85:24 86:4
**throw** 65:3
**time** 4:16 14:1,5 15:5,14 17:22 23:4 30:2 32:11 32:15 33:13 37:9 53:10 54:21 55:25 60:12,15 62:14 66:15 67:2 68:4 70:12 74:5,11,14 84:7 89:5,9,22 96:18 99:21 100:2
**times** 31:25 76:11 79:13 90:25 91:5
**title** 9:17 71:7
**titled** 7:24 8:5
**today** 7:22 69:8 87:22
**today's** 4:16 6:6
**told** 29:3,7,9,15 30:7 31:14 37:2 44:17,24 46:17 50:2 69:10,17 70:4,8,9,11 78:6,8 80:9,13,25 81:15 86:16 88:12,13 95:12
**top** 28:17 59:24,25 60:1 61:2
**total** 9:1,2
**tow** 15:23 16:13 27:7 28:24 29:5 29:17
**towed** 35:18

**towing** 8:6 38:25 43:22
**town** 21:23,24 22:9 22:17,19,20 23:1 23:4 24:16,24 25:1 31:17 80:13
**Toyota** 50:21 51:21 52:11 54:10
**tractor** 34:25,25 35:16,16 38:3,25 40:10,17 41:7,13 42:13,13,25 44:4 44:5,11 51:17 52:12 59:8,9,15 63:7,16 66:10,25 68:7,8,10 71:3,3 71:18 73:16 77:18 95:12,13,16,21
**tractors** 7:7,14 43:16 59:23 63:19 73:17,19
**traffic** 56:2
**transcript** 99:14,17
**translate** 10:18
**Transport** 1:5 4:25 13:10,12,14,22 14:14 15:6,8,18 16:8 75:16,19,22 76:7,18,25 77:7 77:12,17,17,20,25 78:20 99:5
**travel** 89:15,17
**trees** 56:8,15 60:3,4
**triangle** 59:4
**triangles** 58:10,18 58:20,24,25 59:2 59:6
**tried** 51:5,6,12
**trip** 39:6 64:9 65:12 67:5,24 68:23 72:10,11 76:21,24 77:7,13 77:23 79:21 84:4 86:7 92:9,13 93:12 94:16,20 95:3
**trips** 65:19 76:14
**trooper** 30:7,9 62:13,20 65:23 88:7,9,16,17
**troopers** 57:19 88:2 88:20
**trouble** 25:25 26:2
**truck** 6:9,14 8:10 8:13,18 9:2,10,12 10:12 12:1,5 14:4 14:9,11 15:8,11 15:13,16,21,23 16:1,13,13,18,20 16:21,22 17:21 20:21 21:12,16 25:12,25 26:5,7 26:12,23 28:4,14 29:4,7,13,13,19 29:20 30:9,10,14 30:17,24 33:14,16 33:18,19,22 34:6 34:9,19,21,21 35:8,9,15 37:3 39:8 40:5,5 41:1,4 41:5,5,6,9,17,23 42:20 43:15,18,22 44:2,18,21,25 45:6 46:18 48:10 50:9,22,25 51:7 51:13,16,18,22 52:11,11,18,18,20 52:23 53:17,25 54:1,11,18 55:6,6 55:7,14,17,20 56:4,13,19,22 57:2,25 58:19 59:13 62:3,4,6,8 62:25 64:15 66:9 67:3,5 68:4,18,19 68:21 70:5,11,18 70:21,23 74:18 76:7,8 77:13,21 78:8 82:8,11,14 82:14,22 83:4,5,7 83:10,17 84:4,5 84:13,14,15,15,17 84:20,23 85:11 86:17 88:10 89:23 89:25 90:4 91:23 91:24 92:21 93:14 93:17,19,23 94:1 94:2,4,14,18 96:11
**truck's** 29:12
**trucks** 9:22 15:2,3 31:2 45:17 52:22 66:10 76:1 78:7
**true** 39:3 98:9 99:15
**try** 46:18 48:9 53:24 59:3 62:7 86:17
**trying** 7:11 27:5 44:20 48:7 55:25 59:2 62:9,16 70:10 75:24,25
**turn** 40:1 44:18,21 44:24 45:7 46:18 47:20 57:25 62:4 86:17
**turned** 43:1,3 45:3
**turns** 82:1
**Twenty** 5:17
**twice** 76:13 91:3
**two** 5:25 6:5 7:3 30:19 43:16 46:6 54:22 59:23 61:2 62:22
**type** 34:15 77:20

**U**

**Uh-huh** 8:2 10:16 14:2,15 18:23 26:18 64:16
**Uh-huhs** 10:18
**ultimate** 94:16
**ultimately** 39:5,9 94:20 95:3
**undersigned** 98:15
**understand** 11:1 16:7,9 59:1,5 93:20,24
**understanding** 21:11 64:25 71:12 72:18 92:16,23
**understood** 81:4
**undriveable** 26:24
**unh-unhs** 10:18
**unhook** 62:3,5,19
**unhooked** 41:1,3,3 41:4,6,12 62:7,22
**unhooking** 41:10
**unit** 22:2
**UNITED** 1:1 99:1
**units** 86:11
**upset** 62:16
**use** 9:19,25 14:13 16:21,22 20:14 71:4,15 72:17 76:21 95:13,16,21
**uses** 7:15 72:6
**usually** 37:17

**V**

**VA** 2:5,10,15,20
**vantage** 49:20
**vehicle** 7:24 9:19 30:7 33:24 34:3 46:13 50:11,13,19 52:1 57:12 58:11 58:16 66:1 76:21 77:4,25 78:20 82:15,25 83:3,14 84:8 85:13 87:2 87:24 90:23 91:8 96:12
**verbal** 71:12
**Victor** 2:3
**Videographer** 2:24 4:15 6:12 12:12 29:24 30:1 74:11 74:13 96:5,18
**VIDEOTAPED** 1:9,12
**Virginia** 1:1 15:22 18:17 21:8 25:6,6 29:3 31:15 35:21 37:7,15,18 38:5 38:19 39:17 63:21 64:9 70:24 71:18 74:8 76:8,22,24 77:13,18,21,24 79:21 81:1,23 82:2 83:8 84:4 86:8 92:9,13 95:3 99:1
**volunteered** 16:22
**Volvo** 10:12
**Volvos** 10:13,15,20
**vs** 1:4 99:4

**W**

**W** 2:14
**wait** 58:15
**walk** 59:4
**walked** 48:4
**want** 8:21 12:16 16:10 48:6 49:20 69:7 88:13,14,24 93:10 94:1 96:6
**wanted** 47:16 74:16 80:25 81:1,13,14 81:17 84:1
**Warner** 20:15
**warning** 58:21
**warnings** 74:2
**wash** 44:18 46:10 46:17
**wasn't** 38:23 43:23 44:2 64:23 70:21 85:8 87:13,14 93:17,19
**watch** 43:10 60:24 62:11
**watching** 43:12 60:7
**way** 21:18 25:11 28:25 30:11 31:11 32:1 36:23 38:5 41:15 51:7 52:24 54:14 58:1 71:18 72:25 73:24 74:8 85:7 87:4
**we'll** 17:1 24:3 27:13 74:10
**we're** 4:15 7:22 8:14 21:7 29:24 56:10
**we've** 27:14
**weather** 34:15
**WEBB** 2:19
**week** 8:23,24
**wench** 15:13,19,22 35:13 41:20
**went** 18:16 22:17 26:21 36:23 44:18 44:19 46:10 50:8 50:8 51:7,15 68:18 77:8,23 79:21 84:16 85:19

86:8,11,13
**weren't** 17:21 79:15 85:6
**Weslaco** 18:4 33:3 33:25 34:1,4,11 68:19 84:16,18,19
**WESTERN** 1:1 99:1
**whereabouts** 73:17
**white** 2:3 3:4 4:10 4:22,24 6:10,14 12:16 16:9,12 22:6 23:17,20 27:17,23 28:3,4 28:11 30:4 47:15 47:18,19 48:8 50:6,13,20 52:7,8 72:5 74:10,16,25 92:5,8 95:8,23 96:3,6,10,16 99:23 100:4
**wife** 5:13
**wife's** 5:14
**wire** 59:9
**witness** 1:13 3:2,7 61:8 71:25 72:3 78:25 92:4 96:2 98:15 99:13,16,18 99:19
**words** 88:11
**work** 5:22 8:20 10:6 17:3,8 18:24 19:25 61:17 67:12 81:10 89:20 93:5 93:6 94:10,11
**worked** 5:24 13:13 14:5 15:5 17:4,6 57:21 75:6,16
**working** 6:1,5 7:4 12:7,10 13:6,10 13:12,22 18:21 21:2 38:24 64:23 75:5,11,18,20,23 76:17,20 80:15 92:18,22
**works** 36:17 72:23 90:9
**wouldn't** 29:14 91:6 94:12
**wrecker** 29:5
**written** 8:9 71:4,9

**X**

**Y**

**yeah** 5:12 9:3 13:13 23:24 24:2 39:1,4 43:3 47:18 53:15 59:14 82:13 84:2 91:10,16 92:5 93:6,7,14 94:23
**year** 4:16 7:19 9:11 10:14 13:13,23,24 15:2,3 17:6 20:24 75:21 76:1,2,3 91:13
**years** 5:19,25 6:6 7:3 17:20
**yell** 48:11,14
**yelled** 48:16,21,23 49:3,5,9,15 50:1
**yesterday** 11:24 27:24
**young** 4:24 55:5,10 55:20,22 56:19 74:17 96:12

**Z**

**Zapata** 5:8,9 18:3 32:25 68:17,18 83:11 84:14 85:15 85:17
**Zaragoza** 1:19

**0**

**0H07M** 99:24
**0H12M** 99:25

**1**

**10** 23:17,19,21
**10:01** 29:25
**10:13** 30:2
**100** 2:4
**1000** 1:19
**11** 2:10 27:14,16
**11:17** 74:11
**11:26** 74:14
**11:48** 1:16 96:18,22
**110** 22:2 71:3
**1111** 2:15
**12** 3:13
**12/31/17** 100:16
**12th** 2:10
**14** 5:17
**15** 15:7 75:13
**1711** 2:19
**18** 5:17 9:4
**18,000** 9:4
**18th** 24:7,11
**19** 1:10,15 99:8
**1988** 9:19 14:13
**1990** 6:16 64:20
**1997** 10:25
**19th** 4:16 24:13,14 24:17,18,21

**2**

**20** 91:15
**2000** 10:7
**2001** 10:23
**2005** 10:12
**2013** 91:15
**2014** 6:3 14:1
**2015** 13:2,9 21:8 22:24 23:2 24:7,8 24:11 75:14 76:25 77:8
**2016** 1:10,15 4:16 6:6 20:25 99:8,18 99:20 100:13
**20th** 22:24 23:2 24:16
**21st** 25:5
**2304** 5:5
**23219-1998** 2:10,15
**2400** 2:15
**24016** 2:5
**24215** 2:20
**26** 76:24
**26th** 21:8 77:8
**2H66M** 99:23

**3**

**30** 27:1 55:3
**31st** 24:7
**344-8300** 2:11
**344-8359** 2:11

**4**

**4,92,96** 3:4
**400** 2:4
**4126** 2:20

**5**

**540.527.3515** 2:21
**540.527.3520** 2:21
**540.757.2200** 2:5
**540.767.2220** 2:6
**5th** 2:10

**6**

**7**

**7:15-CV-665** 1:4 99:4
**75,95** 3:5
**783-7285** 2:16
**79** 3:6

**8**

**8** 3:13 12:15,17
**804** 2:11,11,16
**81** 23:7 39:25 47:24 49:15,18,21 52:13 54:7,12 55:13 56:11
**88** 7:20 14:12
**8th** 100:12

**9**

**9** 22:5,7
**9:23** 1:15 4:3,17
**956)999-6537** 32:12
**97** 3:7
**98** 3:8
**9th** 75:13,14