```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF VIRGINIA

 3                    ROANOKE DIVISION

 4

 5   ------------------------------
     BRANDON LESTER,               )
 6                                 )
                  Plaintiff        )
 7   -vs-                          )  CIVIL ACTION
                                   )  NO. 7:15-cv-00665-GEC
 8   SMC TRANSPORT, LLC,           )
     ISRAEL MARTINEZ, JR.,         )
 9   and                           )
     SALINAS EXPRESS, LLC,         )
10                                 )
                  Defendants       )
11   ------------------------------

12

13            DEPOSITION OF MICHAEL T. ATKINS

14

15   DATE:           April 11, 2016

16   TIME:           1:00 p.m.

17   LOCATION:       Glenn Robinson & Cathey
                     Fulton Motor Lofts
18                   400 Salem Avenue, S.W.
                     Suite 100
19                   Roanoke, Virginia

20
     REPORTED BY:    Mary J. Butenschoen, RPR,  #4952
21                   Team Trial
                     (540)204-3918
22                   butema@gmail.com

23

24
```

TEAMTRIALUS@GMAIL.COM

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

      GLENN ROBINSON & CATHEY
      Fulton Motor Lofts
      400 Salem Avenue, S.W.
      Roanoke, Virginia  24016
      (540)767-2200

      BY:  JOHNEAL M. WHITE, ESQ.
          jwhite@glennrob.com

ON BEHALF OF DEFENDANT SMC TRANSPORT, LLC:

      MORRIS & MORRIS, P.C.
      11 South 12th Street
      Richmond, Virginia  23219
      (804)344-8300

      BY:  LAWRENCE A. DUNN, ESQ.
          ldunn@morrismorris.com

ON BEHALF OF DEFENDANT ISRAEL MARTINEZ, JR.:

      SANDS ANDERSON PC
      1111 East Main Street
      Suite 2400
      Richmond, Virginia  23219-1998
      (804)648-1636

      BY:  DAVID W. HEARN, ESQ.
          dhearn@sandsanderson.com

ON BEHALF OF DEFENDANT SALINAS EXPRESS, LLC:

      FRANKL MILLER & WEBB, LLP
      1711 Grandin Road
      Roanoke, Virginia  24015
      (540)527-3515

      BY:  DANIEL P. FRANKL, ESQ.
          dfrankl@franklmillerwebb.com

ALSO PRESENT:  Gwen Johnson

```
1                      I N D E X

2    EXAMINATION OF MICHAEL T. ATKINS              PAGE

3    By Mr. Frankl                                    4

4    By Ms. White                                    61

5    By Mr. Hearn                                    68

6    By Mr. Dunn                                     83

7    By Mr. Frankl                                   90

8

9

10                    *  *  *  *  *

11

12                   E X H I B I T S

13              (Retained by Counsel.)

14   EXHIBIT        DESCRIPTION                     PAGE

15      1          Police Crash Report               4

16      2          Aerial of Accident Scene          4

17      3          Photos (A-K)                      31

18      4          Photo                             61

19      5          Photo                             65

20

21

22

23

24
```

TEAMTRIALUS@GMAIL.COM

1                    P R O C E E D I N G S

2    Whereupon at 1:11 p.m.,

3                    MICHAEL T. ATKINS

4    after having first been duly sworn to tell the truth, the

5    whole truth, and nothing but the truth, was examined and

6    testified as follows:

7                    (Deposition Exhibit Nos. 1 and 2 were

8             marked for identification.)

9    (1:11 p.m.)

10                    EXAMINATION

11   BY MR. FRANKL:

12             Q      Can you state your full name for the

13   record?

14             A      Michael T. Atkins.

15             Q      Michael, my name is Dan Frankl and I

16   represent Salinas Express, LLC, and I'm going to ask you

17   about your background and your investigation of the

18   accident that took place on October 26 of 2015 at the rest

19   area at approximately the 158.1 mile marker.

20                    If you don't hear a question or

21   understand a question, if you ask me to repeat it or

22   rephrase it, I will be glad to do so.  If you answer a

23   question, it will be assumed that you heard it and that

24   you understood it.

1          A       Yes, sir.

2          Q       Because this is being taken down by a

3   court reporter, if you would answer verbally rather than

4   with a nod of the head and if you could say yes or no as

5   compared to uh-huh and huh-uh, it will make her job a lot

6   easier.

7          A       Yes, sir.

8          Q       Can you please tell me with whom you are

9   currently employed.

10         A       Virginia State Police.

11         Q       And how long have you been so employed?

12         A       Three years.

13         Q       And when did you first start with them as

14  a sworn officer?

15         A       April 25, 2013.  So when I said three

16  years, it will be three years in 14 days.

17         Q       Gotcha.

18                 When did you graduate from high school?

19         A       June 7, 2009.

20         Q       And between 2009 and -- well, once you

21  graduated from high school, were you employed?

22         A       I was.

23         Q       And what were you employed doing?

24         A       I worked at Best Buy for two years.

1        Q     All right.  And did there -- did you go

2  on and get any additional education?

3        A     Yes, sir.

4        Q     And where was that?

5        A     New River Community College.

6        Q     And what was your area of study?

7        A     Police science.

8        Q     And did you get any type of degree?

9        A     I did.  I got a associate's degree.

10       Q     And when did you get the associate's

11  degree?

12       A     In 2011.

13       Q     And once you got the associate's degree,

14  what did you do at that point in time?

15       A     I attended Cardinal Criminal Justice

16  Academy in Salem, Virginia, for 19 weeks.

17       Q     Was that the full program?

18       A     It was.

19       Q     And when you went into the Cardinal

20  Criminal Justice Academy, did you already have secured a

21  position with the police department?

22       A     No, sir.

23       Q     So you went on your own?

24       A     I did, pre-employment.

1        Q     And do you recall, did you have any

2 special training in accident reconstruction in the

3 Cardinal Criminal Justice Academy?

4        A     Yes, sir.

5        Q     And was it just a basic course?

6        A     It was.

7        Q     And at some point in time while you were

8 in the academy, did you get an offer to take a position

9 with the Virginia State Police?

10       A     Yes, sir.

11       Q     And once you graduated, what did you do

12 then from the Cardinal?

13       A     Graduated Cardinal and two months later I

14 attended Virginia State Police.

15       Q     So what did you do during that two-month

16 period of time?

17       A     I worked for my dad.

18       Q     And so when you went to the Virginia

19 State Police, did you have to go through another academy?

20       A     Yes, sir, 26 weeks.

21       Q     And where was that academy?

22       A     In Richmond, Virginia.

23       MR. DUNN:  How many weeks?  I'm sorry.

24       MR. FRANKL:  26.

1                    THE WITNESS:   26.

2    BY MR. FRANKL:

3         Q       And during the 26 weeks, was --

4    did you go again through a basic accident

5    reconstruction --

6         A       Yes, sir.

7         Q       -- course?

8         A       Yes, sir.

9         Q       And when did you graduate from the

10   academy?

11        A       Graduated December 20, 2013.

12        Q       And were you given a specific designation

13   as to what type of trooper you would be at that time?

14        A       When I graduated, I was a Trooper 1.

15        Q       Have you had any additional training in

16   accident reconstruction?

17        A       Not since graduation.

18        Q       And since being designated a Trooper 1,

19   what does that mean?  What does a Trooper 1 --

20        A       Trooper 1 is just you are on probationary

21   period for one year.  After that one year, you become a

22   Trooper 2 and you're off a probationary period.

23        Q       So would December of 2014 you would have

24   become a Trooper 2?

Case 7:15-cv-00665-GEC   Document 143-6   Filed 11/02/16   Page 8 of 82   Pageid#: 3109

1          A       I did become a Trooper 2.

2          Q       Did you have any specific job assignment

3    as a Trooper 1 or were you just on patrol?

4          A       I was just a regular trooper, just put on

5    probationary period in case you do something wrong,

6    something of that sort.

7          Q       But as far as when you say you were a

8    regular trooper, is the regular trooper a patrol trooper?

9          A       Yes, sir.

10         Q       And where were you assigned?

11         A       Botetourt County.

12         Q       So you have been in Botetourt since you

13   started patrol in December of '13?

14         A       Yes, sir.  When we graduate from the

15   academy, we go to field training for six weeks, which I

16   did.  I went to field training for six weeks riding with

17   another officer learning how to be a trooper.  I was, for

18   that six weeks, in Rockbridge County.  But once I got off

19   of FTO, I came to Botetourt.  So same area, just a

20   different duty post.

21         Q       And during the course of either your

22   field training or Trooper 1 and Trooper 2, how many

23   accidents have you investigated, approximately?

24         A       Reportable or just complete every kind of

1    crash investigation?

2              Q      Just reportable accidents.

3              A      50, approximately.

4              Q      And how many I'll say large or serious

5    accidents with injuries like the one we're here for today

6    have you investigated during that same period of time?

7              A      Five, approximately.

8              Q      And on any of the accidents that you have

9    investigated, have there been any fatalities?

10             A      That I investigated, no.

11             Q      So have you ever been in charge of an

12   investigation where they have had to call in the state

13   police's accident reconstruction unit?

14             A      I have not been involved in any.

15             Q      Okay.   I have previously marked as

16   Trooper Atkins Exhibit Number 1 a police crash report that

17   is the final one, the one you filled out in the field and

18   the witness statements.   Is that a -- Exhibit 1, a

19   complete set of your investigative file and file notes

20   with regard to this accident?

21             A      Yes, sir.

22                    MS. WHITE:   Can I see it?

23   BY MR. FRANKL:

24             Q      I've also -- I'm going to show you what's

1    been previously marked as Trooper Atkins Exhibit 2.  Is

2    this a overhead view of the rest area that encompasses the

3    accident scene and the place of rest for the vehicles that

4    were involved in this accident?

5              A     Yes, sir, it looks to be.

6              Q     Okay.  Now, we've also got a stack of

7    photographs here.  I didn't count them, but I ask you to

8    look through.  Do these appear to be the photographs that

9    were taken by the state police associated with this

10   accident?

11             A     Based on the first 20 I went through, it

12   looks to be my pictures I took on the side of the --

13   another trooper took with my camera on the side of the

14   road.

15             Q     Okay.  And it's my understanding there

16   were two other troopers at this scene, Trooper Flowers?

17             A     Yes, sir.

18             Q     And is he in fact the one that took the

19   majority of the photographs?

20             A     Yes, sir, I believe so.

21             Q     And the ones at the end taken of the

22   white box truck were -- you took those?

23             A     Yes, sir.

24             Q     Trooper Flowers had already left by that

1 | time?

2 |         A     I believe so.

3 |         Q     And the other trooper was Trooper Taylor?

4 |         A     Yes, sir.

5 |         Q     And what role did Trooper Taylor have at

6 | the scene?

7 |         A     I don't recall.

8 |         Q     Okay.  Now, it's also my understanding

9 | that you met with -- in attached -- strike that.

10 |              Attached to Exhibit 1, there are four

11 | witness statements?  The four handwritten witness

12 | statements from the four ladies?

13 |         A     Yes.  Yes, sir.

14 |         Q     Okay.  And it's my understanding that you

15 | were involved in obtaining three of those witness

16 | statements and that Trooper Flowers was -- handed you the

17 | fourth from Ms. Mortensen?

18 |         A     I believe so.

19 |         Q     All right.  Prior to today have you ever

20 | given a deposition?

21 |         A     No, sir.

22 |         Q     Prior to today have you ever been called

23 | in a civil matter to testify in court?

24 |         A     No, sir.

1          Q        In looking at -- and anytime you need to

2     refer to Exhibit 1, please feel free to do so.

3                   Do you know what time you were first

4     notified of the fact that there was an accident out on 81

5     near the rest area on October 26?

6          A        I believe I was notified at 5:40 a.m.

7          Q        Notified or arrived at 5:40?

8          A        Notified.  Notified at 5:40 a.m.  I mean,

9     a.m., yes.

10          Q        And what time did you arrive?

11          A        5:52 a.m., 12 minutes later.

12          Q        And it's my understanding you were at the

13     Salem headquarters putting gas in your vehicle when you

14     were notified?

15          A        Yes, sir, I was.

16          Q        In looking at -- well, what were the

17     weather conditions that day?

18          A        At the time of accident where I was, it

19     was misting.

20          Q        Where you were in --

21          A        Salem.

22          Q        -- Salem?

23          A        Salem.

24          Q        And did those weather conditions change

1    as you came north on 81?

2              A       It stopped.

3              Q       Where did it stop to the best of your

4    recollection?

5              A       Around the 150 mile marker.

6              Q       When you arrived at the scene, was it

7    still misting there?

8              A       No, sir, not that I recall.

9              Q       Was the roadway surface wet or dry?

10             A       It was wet.

11             Q       Roadway surface was wet, all right.

12             A       I put dry.  Okay, then it was dry.

13             Q       So in Exhibit 1, looks like Page 5 of 7

14   you indicated that the roadway surface was dry?

15             A       Yes, sir.

16             Q       Was there any fog on the roadway that

17   morning?

18             A       Not at the scene.

19             Q       Did you see any fog between Salem and

20   getting to the scene?

21             A       I do not recall.

22             Q       Tell me -- well, it was still dark?

23             A       It was.

24             Q       And was the scene of the accident lighted

1    or not?

2                A        It was not.

3                Q        There might have been some --

4                A        The rest area was lit, but the roadway

5    where the accident occurred was not.

6                Q        Would the rest area lights have

7    illuminated the area where the ramp and the initial

8    collision took place?

9                A        I do not recall.

10               Q        All right.  Tell me when -- what do you

11   do when you start an investigation of an accident like

12   this one?  I mean, tell me what you go through and how you

13   complete your investigation.

14               A        Try to figure out what occurred prior to

15   the accident and at the time of the accident.  So when I

16   arrived on scene, based on the two individuals being hurt

17   in the crash on Vehicle 1 and Vehicle 2 -- I mean, Vehicle

18   2 and Vehicle 3, excuse me -- I had to ask for witness

19   statements, who witnessed it, and went from there.

20               Q        In this particular accident, did you or

21   any of the other troopers with you take any measurements

22   of any kind?

23               A        No, sir.  Not that I recall.  I didn't.

24   I don't know about the other troopers.

Case 7:15-cv-00665-GEC   Document 143-6   Filed 11/02/16   Page 15 of 82   Pageid#: 3116

1          Q       So other than photographs depicting skid

2    marks and the location of collision marks in the roadway

3    or gouge marks or debris in the roadway, there has been no

4    other documentation as far as measuring or placement of

5    those items?

6          A       There is not.

7          Q       Other than the three women -- I'm sorry.

8    Well, the three women that you may have talked to and

9    gotten their written statements and the other woman that

10   Trooper Flowers talked to and got her statement, did you

11   obtain a written statement from anyone else?

12         A       Just from those witnesses.

13         Q       Okay.  Did you -- you also spoke to

14   Israel Martinez?

15         A       Yes, sir.

16         Q       And did you get a written statement from

17   him?

18         A       I did not get a written statement, no.

19         Q       You had your cruiser's recording camera

20   and, I guess, verbal recording mechanism on for the

21   majority of your time at the scene?

22         A       Yes, sir.

23         Q       After just, say, approximately two hours,

24   it went off.  Is that something that you had to physically

1   turn off?

2          A      No.

3          Q      How does that --

4          A      I don't recall it turning off.

5          Q      Okay.

6          A      If it did, it did it on its own.

7          Q      So you didn't -- when you -- because it

8   doesn't have on there -- like you're talking to

9   Mr. Martinez when you handed him his tickets and, you

10  know, got him to sign and things of that nature, so you

11  didn't intentionally turn it off for that part of it?

12         A      Not that I recall.  That's not something

13  I do.

14         Q      In looking at Exhibit 1, you've got the

15  information for Vehicle 1 which was being driven by Israel

16  Martinez?

17         A      Yes, sir.

18         Q      And specifically it shows that his speed

19  before the crash was five miles per hour?

20         A      Yes, sir.

21         Q      Let me -- did he -- do you ask the driver

22  if that was his speed or do you estimate that or how do

23  you come about getting that number?

24         A      I don't recall if I asked him his speed.

TEAMTRIALUS@GMAIL.COM

 1          Q       Okay.  The speed limit at this location
 2   was what?
 3          A       70 miles per hour.
 4          Q       For Brandon Lester, again, there is a
 5   determination of speed before crash at 70.  Do you know
 6   how you got that speed?
 7          A       When I spoke to him -- what I recall is,
 8   when I spoke to him, I asked him how fast he was going,
 9   and I believe he said that he was going the speed limit.
10          Q       Okay.  And looking up above in the driver
11   information, it indicates under Safety Equipment Used
12   Number 8 which would be no restraint?
13          A       Yes, sir.
14          Q       And Airbag 2 which is not deployed?
15          A       Yes, sir.
16          Q       And then No. 3 for ejected is totally
17   ejected?
18          A       Yes, sir.
19          Q       As we sit here today, based on your
20   investigation, do you know definitively that Mr. Brandon
21   Lester was ejected from his vehicle?
22          A       No.
23          Q       Was that an assumption on your part?
24          A       Based on witness statement and what I

1   believe could have happened, what possibly happened, yes.

2          Q       And for Injury Type 2 is just serious

3   injury?

4          A       Yes.

5          Q       And then you have similar designations

6   for Mr. Shifflett.  Safety equipment, he was using a

7   lap-and-shoulder belt?

8          A       Yes.

9          Q       Airbag not deployed?

10         A       Yes.

11         Q       Not ejected?

12         A       Yes.

13         Q       Injury type, serious?

14         A       Yes, sir.

15         Q       Now, as for Mr. Shifflett's speed, speed

16  before crash, you have 70?

17         A       I have 60.

18         Q       I'm sorry, 60.

19         A       Yes, sir.

20         Q       In a speed limit of 70?

21         A       Yes, sir.

22         Q       Now, did you ask Mr. Shifflett how fast

23  he was traveling?

24         A       I don't recall if I asked him.

1      Q      And do you know where you would have
2  gotten that number if you did not get it directly from
3  Mr. Shifflett?
4      A      I got it based off of a witness statement
5  from Bingaman.
6      Q      So Ms. Bingaman --
7      A      I believe it's Bingaman.  One of the
8  witness statements told me she was in the right lane.  I
9  believe it was Bingaman.  I'm not sure.
10     Q      And that she was slowing down to turn
11 into the rest area, and that's when he changed lanes from
12 the right lane to the left lane --
13     A      Yes, sir.
14     Q      -- to pass her?
15     A      Yes, sir.
16     Q      And did he also indicate he wasn't
17 exceeding the speed limit?
18     A      Yes, sir.
19     Q      And so you just estimated that it was 60?
20     A      Yes, sir.
21     Q      Now, on Page 3 of 7, you indicated that
22 Vehicle 2 had skidding after the application of his
23 brakes?
24     A      Yes, sir.

1          Q        And that would have been the Brandon

2     Lester vehicle?

3          A        I'm looking at Vehicle No. 3 here.

4          Q        I'm saying on Page 3 of 7.

5          A        Okay, sorry.  3 of 7, after application

6     of brakes, yes, sir.

7          Q        And that would have been Brandon Lester?

8          A        Yes, sir.

9          Q        And as far as Vehicle 3, again there

10    would have been skidding after application of brakes?

11         A        Yes, sir.

12         Q        When you arrived at the scene, was there

13    any emergency EMS, fire, or rescue already at the scene?

14         A        No, sir.

15         Q        So you were the first --

16         A        Well, there was, I believe, right before

17    I got there, I believe there was a fire truck.  I believe.

18    I can't say for sure, thinking about it.  I believe I was

19    the first person to speak to Brandon Lester giving me

20    reason to believe I was the first person on the scene.

21         Q        And you did speak to Mr. Lester at the

22    scene?

23         A        Yes, sir, I did.

24         Q        Okay.  And tell me what his condition was

1    at that time.

2            A       He was in a lot of pain and he was

3    screaming for help.  Seemed to be a serious injury.

4            Q       Where did you have the conversation with

5    Mr. Lester?

6            A       Over the guardrail on an embankment on

7    the left side of the road.

8            Q       Did you also speak to him in the

9    ambulance?

10           A       I do not recall.

11           Q       Did you go to speak to him after you left

12   the scene in the hospital?

13           A       Yes, sir.

14           Q       Did he give you a statement at the scene

15   when you spoke to him when he was on the other side of the

16   guardrail?

17           A       Not a written statement, but he did give

18   me a statement.

19           Q       All right.  And do you recall what he

20   told you?

21           A       I asked him what happened.  He says he

22   doesn't remember.  He just remembers a white van.

23           Q       And you were recording -- even -- I guess

24   it was on your radio mic --

```
 1              A       Yes, sir.

 2              Q       -- will then record into your police

 3      vehicle?

 4              A       Yes, sir.

 5              Q       And so if the recording -- well, I guess,

 6      have you reviewed that recording since that morning?

 7              A       One day it was like when I made a copy of

 8      it, which is a week after that.  So based on me saying

 9      what Brandon Lester told me is what I believe he said.  If

10      you have something to --

11              Q       Well, it appears that initially that he

12      said that tractor-trailer was across the road, he wanted

13      to stop, didn't see it in time, smacked it, and another

14      car hit him, and knocked him over the guardrail.

15              A       Okay.

16              Q       That he was ejected out of the truck

17      somehow, but he was not wearing his seat belt; that he was

18      in the fast lane, and the tractor-trailer was all across

19      the roadway backing up.  And another car wrecked, too, and

20      it ran, a white van.  A big van.  Do you remember him

21      making those statements?

22              A       I do not recall him making those

23      statements.

24              Q       So that doesn't refresh your
```

1    recollection?

2              A       Not at this time.

3              Q       All right.  And another part he indicated

4    a tractor-trailer was across the roadway like backing up

5    in the middle of the road.  I went to stop.  The car going

6    in front hit his brakes so fast that the truck slid into

7    him and another car hit me real hard and I seen a white

8    van bumping up on the hood, a big van.

9                      Does that refresh your recollection?

10             A       I recall him saying something about the

11   white van, but other than that I don't -- doesn't refresh

12   my memory.

13             Q       Was it your understanding that there was

14   another vehicle in front of Mr. Lester as he proceeded to

15   see the tractor-trailer across the roadway in front of

16   him?

17             A       No, sir.

18             Q       When you arrived, Mr. Martinez's vehicle

19   was on the right shoulder of the roadway on its hood, or

20   on the roof?

21             A       No, sir, not Martinez.

22             Q       I'm sorry.  Thank you.

23                     When you arrived, Mr. Lester's pickup

24   truck was off on the right shoulder of the roadway rolled

1    over onto its hood?

2              A      Yes, sir.

3              Q      Okay.  And where was the box truck

4    located?

5              A      It was just in front of the pickup truck

6    on its side against a tree.

7              Q      And the box truck would have been facing

8    north?

9              A      Yes, sir.

10             Q      And it was on its driver's side?

11             A      Yes, sir.

12             Q      Okay.  When you arrived, do you know

13   where the SMC tractor was that Mr. Martinez had been

14   driving?

15             A      When I arrived, I do not know where it

16   was.

17             Q      Can you draw on Trooper Exhibit 2 where

18   Mr. Martinez said he was when the initial impact took

19   place?

20             A      While speaking to Mr. Martinez, he puts

21   it in -- right in through here.  Somewhere in through here

22   is where he was, he said he was.  He says he was making a

23   right turn.

24             Q      Well, before you -- well, okay, I just --

1   that's fine, go ahead.  Where did -- this is a concrete --

2   not concrete, a paved, I'll say, triangle --

3          A       Yes, sir.

4          Q       -- in-between the travel portions and the

5   right entrance ramp to the rest area?

6          A       Yes, sir.

7          Q       And then, I guess, this shadow, I

8   believe, is of a sign, big blue sign says Rest Area?

9          A       Yes, sir.

10         Q       And this is a grassy portion?

11         A       Yes, sir.

12         Q       When you arrived, where was Mr. Lester's

13  vehicle?  Go ahead and put that in.

14         A       It was right in here.

15         Q       All right.  And where was the box van?

16         A       The box van I believe is right here.  I'm

17  not sure.  I don't want to mark it because I'm not a

18  hundred percent sure.  Looking at this, I can't tell for

19  sure.

20         Q       Okay.  Well, if you were to look at --

21         A       It was faced there so --

22         Q       So in that first set of -- it would have

23  been in that first set of bushes or...

24         A       I can't say for sure because of that tree

1    right there.  If you have another picture possibly it

2    could help me.

3            Q       I think -- is that the tree --

4            A       Those are the two trees that you are

5    looking at right here.

6            Q       Right.

7            A       There's two trees by itself, which I

8    can't see on here, gives me reason I'm not sure.  If I had

9    to guess --

10           Q       I don't want you to guess.

11           A       Yeah.

12           Q       In looking at this photograph --

13           A       Two trees here with the truck --

14           Q       And is that the beginning --

15           A       -- so I would say he was right here.

16           Q       All right.  Do you want to go ahead and

17   draw just your best recollection?  And he was on his side?

18           A       I believe he was there on his driver's

19   side facing north.

20           Q       Okay.  And the truck, the pickup truck,

21   when you arrived would have been angled with the front of

22   it facing where?

23           A       Towards the rest area, so this way.

24           Q       All right.  And go ahead and draw the

1    front of where the box truck was facing.

2              A        (Witness complies.)

3              Q        And you -- where did you -- when you

4    arrived, where did you park your vehicle?

5              A        Somewhere right in here.

6              Q        All right.  And go ahead and mark where

7    Mr. Martinez indicated that he was cutting across -- well,

8    what did Mr. Martinez tell you he -- what maneuver he was

9    making when this incident took place?

10             A        A right turn.

11             Q        And a right turn for what purpose?

12             A        To head south on Interstate 81.

13             Q        And what vehicle was Mr. Martinez

14   driving?

15             A        Tractor-trailer.

16             Q        The SMC tractor-trailer?

17             A        I believe so.

18             Q        And was he pulling another

19   tractor-trailer?

20             A        Yes, sir.

21             Q        And how was that other tractor-trailer

22   hooked onto the SMC tractor?

23             A        With a tow-haul package, I guess.

24             Q        Some sort of a towing hitch?

1           A        Towing hitch, yes, sir.

2           Q        And in which direction was the towed

3   tractor facing in relation to the front of the SMC

4   tractor?

5           A        Opposite direction.

6           Q        Okay.  And when you spoke to

7   Mr. Martinez, he indicated that he was attempting to go up

8   north on the southbound entrance ramp to make a U turn to

9   head southbound on 81?

10          A        Yes, sir.

11          Q        And was he cutting across the paved

12  triangle between the entrance ramp and the travel portion

13  of the roadway, of the interstate?

14          A        He didn't make a statement to that.  He

15  just showed me where it was at that time.

16          Q        Okay.  Can you mark on the diagram where

17  you indicate he was -- or he told you he was?

18          A        I believe he said he was here, based on

19  speaking to him, facing this way.

20          Q        Did he indicate to you whether or not he

21  was in the travel lanes of Interstate 81?

22          A        Yes, he did.

23          Q        And did he say he was blocking both

24  right- and left-hand lanes or how far out he was?

1          A       I don't recall him making that statement.

2          Q       Do you recall seeing some debris as a

3    result of the impact between -- the initial impact between

4    Mr. Lester's pickup truck and Mr. Martinez's tractor?

5          A       I believe so.

6          Q       And where was that debris?

7          A       Where he said he was.

8          Q       All right.  Was it in the roadway, was it

9    on the shoulder, was it --

10         A       He was in the roadway.

11         Q       In the right-hand lane, left-hand lane?

12         A       I can't recall.  I remember -- I recall

13   there being stuff in the roadway.  I just don't recall

14   which lane it was in.

15         Q       Okay.  And did you observe where on the

16   tractor that was towing the other tractor the damage was?

17         A       Which tractor are we talking about?  Are

18   we talking about the SMC tractor-trailer?

19         Q       They were hauling -- the SMC was hauling

20   the Salinas --

21         A       Yes.

22         Q       Do you know where the damage was on that

23   vehicle from the impact by Mr. Lester's pickup truck?

24         A       The front left bumper.

1          Q      All right.  And if I understand, as we

2    sit here today, what you've marked as -- well, let's do

3    this:  Will you take the Sharpie and draw a line to the

4    box truck, just a line down here to the white area and put

5    the letter A.

6          A      (Witness complies).

7          Q      Do another line from the Lester's vehicle

8    and put the letter B.

9          A      (Witness complies).

10         Q      Put the line from your vehicle, and it

11   will be the letter C.  And the line from Mr. Lester's

12   tractor -- I'm sorry, Mr. Martinez's tractor as letter D.

13         A      (Witness complies).

14                (Deposition Exhibit No. 3 marked for

15                identification.)

16   BY MR. FRANKL:

17         Q      Okay.  Now, in looking at the

18   photographs, I'm going to collectively mark the entire

19   pile as Trooper Atkins No. 3.  But then specifically I'm

20   going to mark this one as 3-A.  Can you tell us what that

21   photograph depicts?

22         A      Depicts a scuff -- scuff mark indentions

23   in the roadway from a collision.

24         Q      And were you able to determine from what

1    collision those scuff marks were created?

2          A      Yes, sir.

3          Q      Was that the first collision when the

4    Lester vehicle hit the SMC tractor or the second collision

5    when the box truck hit the Lester vehicle?

6          A      The second collision.

7          Q      Okay.  And does 3-B show those same scuff

8    marks just from a different, closer perspective?

9          A      Yes, sir.

10         Q      All right.  And 3-B shows that your

11   trooper's vehicle actually wasn't all the way into the

12   grass area.  It was actually stopped on the paved area

13   before the grass area started?

14         A      Yes, sir.

15         Q      All right.  And it also gives us

16   reference -- because right to the right of the yellow legs

17   is the post that holds the sign that says "rest area"?

18         A      Yes, sir.

19         Q      And so that allows us to say which one of

20   these -- which one of these markings on Exhibit 2 shows

21   the -- where the scuff marks would have been?

22         A      Yes, sir.

23         Q      All right.

24         A      Seems I put my -- position of my car --

1          Q      Too far south.

2          A      Just a car length too far south, maybe

3   two car lengths.  So it would really be right in here.  Do

4   you want me to mark it again?

5          Q      No, that's fine.

6          A      Okay.  So...

7          Q      And the white line --

8          A      Yes.

9          Q      -- would have been --

10         A      Right where the collision occurred.

11         Q      Okay.  Can you put a big X in a circle?

12         A      (Witness complies.)

13         Q      Okay, now put a circle around that.  And

14  then why don't you draw it up and put the letter E.

15         A      (Witness complies.)

16         Q      Okay.  So that was the resting place of

17  Mr. Lester's pickup truck before the second collision?

18         A      Yes, sir.

19         Q      All right.  Now, in looking at these --

20  in looking at what's been marked as Exhibit 3-C, you see

21  one set of skid marks?

22         A      Yes, sir.

23         Q      And those skid marks would have been from

24  what vehicle?

1          A       That, I do not recall.  I do not know.

2          Q       Okay.  If you look at these other

3   photographs that shows there is a second set of skid

4   marks --

5          A       Uh-huh.

6          Q       -- starting later --

7          A       Yes, sir.

8          Q       -- does that help you to determine --

9                  MS. WHITE:  Can we mark the other

10                 photographs you are showing him for reference?

11                 MR. FRANKL:  I will, absolutely.

12  BY MR. FRANKL:

13         Q       I'm showing you photographs 3-D and 3-E.

14  Do those help you determine from which vehicle the

15  photographs in 3-C came from?

16                 MR. DUNN:  Skid marks.

17                 THE WITNESS:  The skid marks.  No, I

18                 can -- I can sit here and say what I think they

19                 could possibly be --

20  BY MR. FRANKL:

21         Q       That's what I'm asking.  Which ones do

22  you think these skid marks are from that are on Exhibit

23  3-C?

24                 MS. WHITE:  I, of course, object to any

1              speculation.  But go ahead and answer.

2                      THE WITNESS:  I think they come from

3              Brandon Lester's truck, but I can't say for sure

4              because these tire marks look to be the same.

5              And I don't know if it's from the box truck, the

6              front tires being slammed on the brakes, skid

7              mark, and then when it goes sideways, the rear

8              ones put these skid marks here.  I don't want to

9              sit here and say they are for sure Brandon

10             Lester's because I don't know.

11  BY MR. FRANKL:

12         Q      So is it fair to say as we sit here today

13  that you can't definitively identify from what vehicle the

14  skid marks came from or how long those skid marks were?

15         A      Looking at the pictures, no.

16         Q      Well, do you have any independent

17  recollection of where the skid marks were that were left

18  by Brandon Lester's vehicle prior to the initial collision

19  with the SMC tractor?

20         A      I don't have any recollection of --

21         Q      Do you even know that he left skid marks

22  before that initial collision?

23         A      Based on my report, he did.

24         Q      Do you know whether -- and based on your

1  report, the box truck driven by Mr. Shifflett also left

2  skid marks after he applied his brakes?

3          A       Yes, sir.

4          Q       Do you know whether he applied -- well,

5  starting with Mr. Lester, do you know whether Mr. Lester

6  applied his brakes before or after the initial impact with

7  SMC?

8          A       Say that one more time.

9          Q       Do you know if Mr. Lester driving the

10 pickup truck applied his brakes before the initial impact

11 with the tractor, the SMC tractor?

12         A       After he pressed his brakes, he left skid

13 marks.

14         Q       I understand that, but do you know

15 whether or not he hit his brakes before impact or after

16 impact?

17         A       I do not know for sure.

18         Q       Okay.  Would the same hold true for

19 Mr. Shifflett; you don't know whether or not Mr. Shifflett

20 left skid marks before or after he collided with

21 Mr. Lester's vehicle?

22         A       Yes, sir, I do not know.

23         Q       And it's my understanding that since

24 there was no fatality the state police crash team was not

1    called to this stop?

2              A     Yes, sir.

3              Q     Now, Mr. -- in looking at Exhibit 2, you

4    do indicate that there was some debris from the initial

5    impact further north than the collision point that you've

6    marked as letter E?

7              A     Yes, sir.

8              Q     Okay.  You just don't remember where it

9    was?

10             A     No, sir.

11             Q     When you arrived -- in looking at Exhibit

12   3-F, there's a wooden pickup truck bed cover.  When you

13   arrived, was that where it was?

14             A     Is where -- when I arrived, that's where

15   it was, yes, sir, in that picture.

16             Q     Okay.  And Mr. Lester, where was he on

17   Exhibit 2?

18             A     I can't say for certain, but it was right

19   in here --

20             Q     Well, was he --

21             A     -- from looking at this picture.

22             Q     Okay.

23             A     He was -- where I parked, he was directly

24   below me so --

1        Q        When you say below you, it would have

2    been --

3        A        -- left of me.

4        Q        -- little bit to the south and at a

5    slight angle?

6        A        Just directly to the left -- I get out of

7    my car and I hear him directly to the left of me.

8        Q        Okay.  So go ahead --

9        A        My car, I put here maybe a car length

10   back so I'm going to say he was right in here.

11       Q        All right.  Go ahead and just put a

12   circle around that and then bring a line over here and

13   make that F.

14       A        (Witness complies.)

15       Q        When you arrived, were there individuals

16   helping Mr. Lester?

17       A        I believe there was one woman out with

18   him.

19       Q        Okay.  And when you went over and spoke

20   to him at the scene, was he laying down?

21       A        He was.

22       Q        Were you informed by any of the witnesses

23   that when they initially saw him or realized he was over

24   there that he was already standing?

1          A       I don't recall.

2          Q       There was a worker at the rest area,

3    Wendy Montgomery.  Did you ever speak to her?

4          A       I don't believe so.

5          Q       Okay.

6          A       I'm not sure.

7          Q       It's my understanding that after they

8    moved the bread truck that Mr. Shifflett was driving they

9    found a toolbox and some tools and a backpack and some

10   personal items.  Do you recall that?

11         A       That's the first time I've heard of it.

12         Q       So if on the -- if on the video you say,

13   "Okay, I'll take care of that," you don't remember?

14         A       I definitely don't recall that.

15         Q       I think I was up to letter F, but I'm

16   going to go ahead and mark this as 3-G.  Is that the

17   inspection sticker for Mr. Lester's vehicle?

18         A       Yes, sir.

19         Q       So May -- it would have expired May of

20   this year?

21         A       Yes, sir.

22         Q       And the point of impact for the second

23   crash, the one between the white box truck and

24   Mr. Lester's vehicle, took place in the left-hand lane?

Case 7:15-cv-00665-GEC   Document 143-6   Filed 11/02/16   Page 39 of 82   Pageid#: 3140

1          A       Yes, sir.

2                  MS. WHITE:  I'm just going to object to

3          foundation.  But go ahead.

4                  MR. FRANKL:  Well, he's already said that

5          those marks in the road were from the second

6          collision.

7                  MS. WHITE:  I understand.

8                  MR. FRANKL:  Well, I'm trying to

9          understand what your objection is.

10                 MS. WHITE:  Oh, I'm just not sure he can

11         determine that, but...

12    BY MR. FRANKL:

13         Q       In looking at what's been marked 3-H,

14    does that give you a better indication that it in fact was

15    that first set of bushes?

16         A       Yes, sir.

17         Q       Okay.  So you did mark it correctly on

18    your diagram?

19         A       Yes, sir, I did.

20         Q       Did you mark the location of the white

21    box truck correctly on your diagram and mark it as Point

22    A?

23         A       Yes, sir.

24         Q       When you were at the scene, did

1    Mr. Lester, was he going in and out of consciousness?

2              A      No.

3              Q      Was he answering your questions

4    appropriately?

5              A      Other than he didn't remember anything,

6    yes.

7              Q      Okay.  But if in fact he did say he

8    remembered things and gave you that information on the

9    video that you took, that would have been correct in the

10   information that he gave you?

11             A      Yes.

12             Q      Okay.  But did he appear that he was, you

13   know, dazed or not cognizant of what was going on around

14   him?

15             A      Yes, sir.

16             Q      I'm going to show you what's been marked

17   as 3-I.  Is that a photograph of the front of the SMC

18   tractor?

19             A      Yes, sir.

20             Q      And the damage would have been on the

21   driver's side front?

22             A      Front left.

23             Q      Front left?

24             A      Yes, sir.

1          Q       And is there any damage past the middle

2    of the -- of the front bumper?

3          A       I can't tell if there's any damage to the

4    right bumper.

5          Q       Okay.  And to your knowledge -- okay.

6    Well, here is 3-J.  That would have been some potential

7    damage to the front right bumper?

8          A       Yes, sir, on Page 6 of 7, I marked that

9    the whole front end was damaged.  So that would be

10   correct.

11         Q       To your knowledge, was there -- well, in

12   looking at 3-K, was this the towing apparatus used between

13   the two vehicles?

14         A       Yes, sir.

15         Q       And to your knowledge, was there any

16   damage to the Salinas Express vehicle that was being towed

17   by the SMC tractor?

18         A       Not from this wreck from what I could

19   tell.

20         Q       Okay.  Other than speaking to Israel

21   Martinez, did you speak to any other Hispanic man at the

22   scene of the accident?

23         A       Spoke to the driver of Salinas but didn't

24   have a conversation with him.  He just said that he was

1  driving this vehicle but he wasn't in it.

2         Q      Do you know who that was?

3         A      No, I didn't get his name.

4         Q      He said he was then the driver of the one

5  that was being towed?

6         A      He said he was the driver of this

7  vehicle.  And I said I don't --

8         Q      When you indicate this vehicle, what

9  vehicle --

10        A      Salinas.

11        Q      That's what I'm asking.  So he indicated

12 he was the driver of the Salinas tractor that was being

13 towed?

14        A      From what I recall, I remember

15 speaking -- having an encounter with a Hispanic male that

16 stated he was the driver of Salinas, which wasn't being

17 driven; it was being towed.  So I didn't get any of his

18 information.

19        Q      Did you talk to any other Hispanic

20 drivers at the scene?

21        A      No, sir.

22        Q      Did you talk to Mr. Shifflett at the

23 scene?

24        A      I don't recall.  I believe I spoke to him

1    for a second, but like I said they were working on getting

2    him out of the car.  I'm not even sure -- maybe if I did

3    speak to him, I asked for a driver's license.  I can't say

4    for certain I spoke to him at the scene.

5              Q       Now, was he going in and out of

6    consciousness?

7              A       He was the one going in and out of

8    consciousness.

9              Q       When you asked Mr. Martinez to give you

10   his logs, license, and registration, did he ultimately

11   comply and provide you with all three of those?

12             A       Driver's license, vehicle registration

13   and insurance is what I asked him for.

14             Q       And did he ultimately give all three of

15   those to you?

16             A       Yes, sir.

17             Q       And did the registration and the

18   insurance match the SMC tractor that he was driving?

19             A       Yes, sir.

20             Q       Okay.  Now, do you know how to read DOT

21   log books?

22             A       We're not trained on DOT log books, so...

23             Q       Do you recall looking at the DOT log

24   books that Mr. Martinez gave you at the scene?

1          MR. DUNN:  I'm going to object to the

2      form.

3  BY MR. FRANKL:

4          Q      Do you remember seeing or reviewing or

5  inspecting the log books that Mr. Martinez gave you at the

6  scene?

7          A      No, sir.

8          Q      You do or don't?

9          A      I did not review them or look through

10  them.  He handed it to me.  I threw it on my dash and said

11  "I do not need your logbook."

12          Q      Did you then give those back to

13  Mr. Martinez?

14          A      Yes, sir.

15          Q      But you didn't look at them at all?

16          A      No, sir.

17          Q      All right.

18          MS. WHITE:  Dan, can we take a break for

19      a second?  I need to run to the ladies' room.

20          MR. FRANKL:  Certainly.  Off the record.

21          (A recess was taken.)

22  BY MR. FRANKL:

23          Q      Trooper, you indicated just now that you

24  looked at what Mr. Martinez handed you, and you said they

1   were his logs.  Did you look at them to see that they were

2   in fact logs?

3           A       No.  It was a binder which I believe had

4   his logbook, and I can't recall if there was a logbook in

5   there.  I --

6           Q       So you -- as we sit here today, you

7   cannot say that he actually had filled out DOT logs

8   showing his duty status?

9           A       Yes, sir, I cannot.

10          Q       Okay.  Whatever documents Mr. Martinez

11  gave to you, you took the information off the registration

12  and the insurance certificate, and you ultimately gave him

13  all of those documents back?

14          A       Yes, sir.

15          Q       Did you review any documents other than

16  the registration and the insurance certificate?

17          A       No, sir.

18          Q       What was Mr. Martinez's physical

19  condition?  Was he alert and oriented?

20          A       Yes.

21          Q       Was his speech slurred?

22          A       No, sir.

23          Q       Did you suspect any alcohol or drugs?

24          A       No, sir.

1       Q       Was he cooperative with you?

2       A       Very cooperative.

3       Q       Was he open in explaining "this is where

4    I was" and walked you up there and showed you?

5       A       Yes, sir.

6       Q       And just to be clear, he did in fact

7    state to you that it was his intention going north on the

8    southbound ramp that he was going to pull a U turn onto

9    the travel portion of Interstate 81?

10      A       Yes, sir.  If you call it a U turn.

11      Q       Well, if he was going north up the ramp

12   and then he's going to be going the opposite direction, it

13   would be in fact a U turn?

14      A       Yes, sir.

15      Q       180-degree difference?

16      A       Yes, sir.

17      Q       Okay.  Assuming Mr. Lester made specific

18   statements while you talked to him at the scene that are

19   recorded on your police --

20      A       Camera.

21      Q       -- camera and audio disk, those were the

22   most specific statements that he gave you about how the

23   accident took place as compared to when you got to the

24   hospital?

1          A       Repeat the beginning of it?

2          Q       Assuming he gave you a detailed

3     explanation of what lane he was in and what the other

4     vehicles were doing and things of that nature on your

5     video and audio recording --

6          A       Yes, sir.

7          Q       -- that would have been at the scene?

8          A       Yes, sir.

9          Q       And that would have been more specific

10    than what he ultimately told you later at the hospital

11    when he basically said "I don't have any recollection"?

12         A       Okay, you're referring to Brandon Lester.

13         Q       Lester.

14         A       Okay, you said Martinez.

15         Q       I'm sorry.

16         A       I know.  There's three different people

17    here.  That's why I was trying to --

18         Q       Let me strike those questions and start

19    over.

20                 If Mr. Lester gave you a more detailed

21    explanation as to what was going on at the scene that was

22    picked up on your audio and visual video recording, that

23    would have been the most explicit he ever was as to what

24    happened in the accident as compared to what he told you

1    at the hospital?

2            A       Yes, sir.

3            Q       And what he told you at the hospital was

4    "I really can't remember"?

5            A       Yes, sir.

6            Q       Between the time the audio and video was

7    taken and the time you copied it and produced it pursuant

8    to the subpoena, was there any alterations or deletions

9    made?

10           A       No, sir.

11           Q       When you approached the rest area as

12   you're heading south on Interstate 81, how far back is the

13   crest of the slight hill before you can look down and see

14   the entrance to the rest area and the rest area is spread

15   out in front of you?

16           A       Tenth or two-tenths of a mile.

17           Q       Did you actually go out and look or are

18   you estimating?

19           A       Estimating.

20           Q       Has the entrance changed at all from the

21   date of this accident to now?

22           A       No, sir.

23           Q       So it would be the same today as it was

24   back then?

```
 1              A       Yes, sir, other than you'd have to go at

 2     nighttime.

 3              Q       I understand.  And is your call unit 533?

 4              A       Yes, sir.

 5              Q       To your knowledge, did anyone take down

 6     the information from any of the other tractors or trailers

 7     at the scene of this accident?

 8              A       Not to my knowledge.

 9              Q       Other than the four women that gave you

10     written statements, Mr. Martinez, Mr. Lester,

11     Mr. Shifflett, are you -- and I guess the one Salinas

12     driver that you didn't identify, are you aware of any

13     other witnesses to this accident?

14              A       That I am aware of?

15              Q       Are you aware of?

16              A       Not that I recall.

17              Q       Have you reviewed the 911 tapes from this

18     accident?

19              A       No, sir.

20              Q       As a result of this accident, you brought

21     a reckless driving charge and a failure to --

22              A       Obey a highway sign.

23              Q       -- obey a highway sign?

24              A       Yes, sir.
```

1          Q       All right.  And did Mr. Martinez show up

2     at court?

3          A       No, sir.

4          Q       So he was convicted in his absence?

5          A       Yes, sir.

6          Q       All right.  Now, in that -- in that

7     hearing, is it your understanding that Mr. Lester was

8     ejected as a result of the first collision between SMC and

9     his pickup truck?

10          A       Say the beginning of that one more time.

11          Q       Is it your understanding that Mr. Lester

12     was traveling down the road, his pickup truck hit the SMC

13     tractor, and that as a result of that initial collision he

14     was ejected?

15          A       That's what I believe happened.

16          Q       Now, after -- after this accident, were

17     you ever contacted at any time by Mr. Martinez?

18          A       No, sir.

19          Q       Were you present at court when

20     Mr. Martinez was brought in for his failure to appear?

21          A       No, sir.

22          Q       Have you talked to Mr. Martinez at any

23     time after the date of this accident?

24          A       No, sir.

1          Q        Has anybody from Salinas Express talked

2     to you after this accident?

3          A        No, sir.

4          Q        Has anyone from SMC talked to you after

5     this accident?

6          A        Yes, sir.

7          Q        How did that come about?  How did they

8     identify themselves and what did they say?

9               MR. DUNN:  Let me note an objection here.

10              Foundation hasn't been laid as far as who made

11              the statement.

12    BY MR. FRANKL:

13         Q        You can go ahead and answer the question.

14         A        It was approximately three or four days

15    after the wreck, and I had a personal message to give a

16    woman a call with SMC Transport.

17         Q        When you -- you got that call through

18    dispatch?

19         A        Yes, sir.

20         Q        Did you return that call on your personal

21    phone?

22         A        Yes, sir.

23         Q        Would the phone log on your personal

24    phone still have that number?

1      A      I want to stop you.  I just recalled I

2  did it at the area office.  I remember sitting at the area

3  office working on this crash report when I made the phone

4  call.

5      Q      Okay.  So you called from the area

6  office?

7      A      Yes, sir.  I usually make phone calls

8  through my personal phone, but I just happened to be at

9  the area office and made that phone call.

10     Q      That's fine.

11            When you made that call from the area

12 office, when someone picked up, do you recall how they

13 answered the phone?

14     A      "Hello."

15     Q      So they didn't say "SMC"?

16     A      No, sir.

17     Q      Okay.  And what -- tell me about that

18 conversation to the best of your recollection.

19     A      I just acknowledged that I was Trooper

20 Atkins, Virginia State Police.  And I asked -- I said I

21 had a personal message to give this number a call.  She

22 stated that she was, I believe, the owner of SMC and --

23 that was involved in the crash that I worked.  And she

24 made statements from what I believe was Martinez was a

1    regular driver for them but they made an agreement for

2    Martinez to buy that truck.  But under the agreement was

3    it had some repairs that needed to be done.  And it was at

4    the shop.  And Martinez at that point did not have

5    permission to drive the vehicle.

6                    And when they made that agreement for him

7    to buy the truck, they canceled their insurance, is what I

8    believe she told me.  And he took it upon himself,

9    Mr. Martinez, and went and picked up that truck and drove

10   it to Virginia.

11          Q       Did she ever identify who she was other

12   than the owner of SMC?

13          A       Not that I recall.

14          Q       Had you ever had any other contact with

15   any of the Martinez, SMC, or Salinas after that phone

16   call?

17          A       No, sir.

18          Q       In looking at the transcript from the

19   traffic hearing against Mr. Martinez, did Mr. Martinez

20   tell you why he was going out the entrance ramp of the

21   rest area to make the turn onto 81?

22          A       He couldn't make a U turn in the rest

23   area because he was hooked up with another

24   tractor-trailer.

1      Q       You indicated in your testimony that

2  Mr. Lester said that he saw the tractor-trailer in the

3  roadway.  Did he ever say what lane he was traveling in to

4  you?

5      A       Brandon Lester?

6      Q       Yes.

7      A       I do not recall.

8      Q       It indicated in your testimony that he

9  said he slammed on his brakes and started to fishtail.  Do

10 you recall that testimony?

11     A       In court?

12     Q       Yes.

13     A       I do not recall.

14     Q       Well, my question is:  Do you remember

15 seeing evidence that Brandon Lester was fishtailing before

16 the impact with the SMC tractor?

17     A       I do not recall.

18     Q       Do you have an understanding of what part

19 of Mr. Lester's pickup truck came into contact with the

20 SMC tractor?

21     A       Do I have an understanding of which part

22 of Brandon Lester's pickup truck made contact?

23     Q       Correct.

24     A       That, I do not.

1    Q    So you don't know whether it was the

2  front of it or the passenger side or what?

3    A    No, sir, I do not.

4    Q    And just so I understand it because of --

5  let's see if I can get -- make sure --

6    A    Am I allowed to look at these pictures --

7    Q    Certainly.

8    A    -- while you're talking?

9    Q    What are you looking for?

10   A    Just possible damage to the pickup truck

11 in the front of it, but it rolled over and it had so much

12 damage I'm not sure if I could tell.

13   Q    Okay.

14   A    I'm still listening.

15   Q    It was Karen Bingaman who indicated that

16 she was deciding whether or not to pull into the rest

17 area, and that's when the box truck changed lanes to the

18 left-hand lane to go around her?

19   A    Yes, sir.

20   Q    And she said it was traveling between 60

21 and 65 miles an hour?

22   A    Yes, sir.

23   Q    Okay.  And at that point in time as far

24 as Ms. Bingaman was concerned, the first accident between

1    Lester and SMC had already taken place?

2        A     Yes, sir.

3        Q     Okay.  And then you had the

4    mother/daughter which is Christine Zampini and her mother,

5    which I believe is Brown, Debara Brown.  They were riding

6    together in the white car and they too arrived on scene

7    after the first collision but before the second?

8        A     I believe so.  They had pulled into the

9    left side of the rest area.

10       Q     Okay.

11       A     They couldn't get in.

12       Q     And Ms. Mortensen would have been the

13    only potential witness to having heard -- strike that.

14             As far as you're aware, Ms. Mortensen was

15    at the rest area for both collisions?

16       A     Ms. Mortensen?

17       Q     She's the one who pulled in and then went

18    through the truck area and turned around?

19       A     The woman out of California?

20       Q     Yes.  I call her the broken leg lady, the

21    one that had an injury to one of her legs.

22       A     Okay.  Now, can you repeat your question?

23       Q     Of the four women, the only one that

24    might have been there for both the original collision

1   between Lester and SMC and the collision between Lester

2   and a box truck being driven by Mr. Shifflett may have

3   been Ms. Mortensen?

4           A      Yes, sir.

5           Q      But you don't even know that?

6           A      I do not.

7           Q      Once you get to the top of the grade that

8   you indicated was a few tenths of a mile up the road, is

9   there any obstruction in the vision of a driver heading

10  south?

11          A      Once you get to the top?

12          Q      Once you get to the top.

13          A      No, sir.

14          Q      Okay.  And it's a slight downhill grade?

15          A      Yes, sir.

16          Q      And maybe a slight turn to the left?

17          A      Yes, sir.

18          Q      And did you measure the width of the

19  roadway, Interstate 81?

20          A      No, sir.

21          Q      Do you know what the standard width is

22  for a lane on 81?

23          A      No, sir, can't say off the top of my

24  head.

1          Q        Along the left side of that section of

2      Interstate 81, is there a shoulder on the left-hand side

3      of the road?

4          A        A small shoulder, yes, sir.

5          Q        Well, okay.  There might be a foot or two

6      before a guardrail?

7          A        Yes, sir.

8          Q        But there's not enough to put a car onto

9      the shoulder?

10         A        No, sir.  No, sir.

11         Q        All right.  Are you aware of whether or

12     not any vehicles passed the scene of the accident between

13     the first collision and the second collision?

14         A        I'm not aware of any.

15         Q        When you spoke to Mr. Martinez after the

16     accident, where was his vehicle parked at that point in

17     time?

18         A        After the accident?  He's parked right

19     here.

20         Q        Go ahead and put the box around where his

21     vehicle would have been.

22         A        (Witness complies.)

23         Q        And then move a line up to here which

24     would be G.

1          A       (Witness complies.)

2          Q       All right.  Well, actually, facing both

3   ways.  The towing vehicle --

4          A       Martinez's truck was facing this way.  I

5   believe Salinas's was facing this way.

6          Q       Okay, I gotcha.

7                  To your knowledge, when you pulled up,

8   were there any tractor-trailers on the shoulder of the

9   exit -- entrance ramp into the rest area?

10         A       I do not recall.

11         Q       Based upon your experience, does that

12  shoulder, even though there are no parking signs all along

13  that shoulder, fill up with tractor-trailers?

14         A       Yes, sir.

15         Q       But as far as your recollection that

16  morning you don't remember if there were any there or not?

17         A       I do not.

18         Q       And just so I'm clear you remember there

19  was some debris north of what's been the point of

20  collision, second collision point that's been marked as E,

21  but you don't remember where it was.  Some debris from the

22  first collision?

23         A       Yes, sir, that's where the first

24  collision.

1         MR. FRANKL:  Answer any questions my

2    other counsel may have.

3         MR. HEARN:  Do you want to go ahead?

4         MS. WHITE:  Sure.  Trooper -- what

5    exhibit are we on?

6         THE REPORTER:  Number 4.

7         (Deposition Exhibit No. 4 was marked for

8    identification.)

9                    EXAMINATION

10   BY MS. WHITE:

11        Q     Is this a picture of the sign that

12   Mr. Martinez was charged with failure to obey?

13        A     Yes, ma'am.

14        Q     Is that a picture of a traffic sign?

15        A     Yes, sir.

16        Q     Is that the traffic sign that's at the

17   rest area?

18        A     I believe it is the traffic sign at the

19   rest area.

20        Q     And is that the traffic sign that

21   indicates not to exit the entrance of the rest area?

22        A     Yes, ma'am.

23        Q     And is that sign the reason that you

24   charged Mr. Martinez with failure to obey a traffic sign?

1        A        Yes, ma'am.

2        Q        Did Mr. Martinez indicate which lane --

3  did he indicate that he saw Mr. Lester's vehicle before

4  the impact?

5        A        I believe he did.

6        Q        Did he indicate which lane Mr. Lester's

7  vehicle was in before the impact?

8        A        I -- I can't recall.

9        Q        Did he make a statement that he had

10  messed up?

11        A        Yes, ma'am.

12        Q        Meaning Mr. Martinez?

13        A        Yes, ma'am.

14        Q        And did he admit that he was blocking at

15  least the right lane of the interstate?

16        A        Yes, ma'am.

17        Q        Is it your understanding that he was

18  trying to reverse out of the interstate at the time of the

19  impact?

20                MR. HEARN:  Object to the form.

21                THE WITNESS:  Is it my understanding that

22            he was trying to reverse?

23  BY MS. WHITE:

24        Q        Yeah.  Do you know was he -- at the time

1  of impact, was he in drive or reverse?

2          A       I don't know.

3          Q       Okay.  And he indicated that it was about

4  30 seconds between the two impacts?

5          A       I do not recall.

6          Q       The book that he handed you, you

7  described a notebook that he gave to you that you set up

8  on your dash?

9          A       I believe it was a black three-ring

10  binder.

11         Q       Sort of like --

12         A       Exactly like that one, I believe.

13         Q       For the record, standard three-ring

14  binder.  Did it have a cover that you noticed?

15         A       Not that I recall.

16         Q       Do you remember any identifying

17  information about it?

18         A       No, ma'am.

19         Q       Do you know where he got it?

20         A       Out of his truck.

21         Q       The SMC truck?

22         A       I believe so.

23         Q       And was that in response -- do you know

24  why he went to go get it?

1          A       I told him I needed his driver's license,

2    vehicle registration, and proof of insurance.

3          Q       And did he indicate to you who owned the

4    vehicle he was driving?

5          A       Not that I recall.

6          Q       Did you have any conversations with him

7    that weren't recorded on your recording device?

8          A       No, ma'am.

9          Q       How does that thing work?

10         A       Activates when I hit my lights, unless I

11   turn it on.  And it turns off when I hit the stop button.

12   But it's -- it's a piece of equipment that breaks all the

13   time.  I've had it replaced twice now.

14         Q       And it records from some sort of --

15         A       I've a mic, a microphone, it's a piece

16   about this big, and I keep it on my shoulder.

17         Q       Did you -- you don't recall any other --

18   you looked at the photographs of the SMC vehicle that had

19   the damage on the -- on the front on the right and left.

20   But you don't recall any to the Salinas vehicle?

21         A       No, ma'am.

22         Q       Do you recall any other trooper pointing

23   out any possible damage on the Salinas vehicle?

24         A       I do believe a trooper pointed out a

```
 1    scuff mark, but we couldn't determine if it was before or

 2    after.

 3              Q       And did you ask Mr. Martinez about it?

 4              A       I do not recall.

 5                      (Deposition Exhibit 5 was marked for

 6              identification.)

 7    BY MS. WHITE:

 8              Q       Exhibit 5, is that a photograph of

 9    Mr. Lester's vehicle when you -- does it look like what it

10    did when you arrived?

11              A       Yes, ma'am.

12              Q       And so did it have any glass in the

13    driver's side window?

14              A       Did it have any what now?

15              Q       Glass in the driver's side window?

16              A       I'm not sure.

17              Q       Does it have it in the photograph?

18              A       No.

19              Q       So no one had moved or touched it at that

20    point?

21              A       No, ma'am.

22              Q       All the witnesses who made written

23    statements, did they all do that -- those inside your --

24    your vehicle?
```

1          A      I do not recall.  I know -- I believe,

2  based on what I've heard today -- I don't recall -- that

3  one witness made a statement with another trooper and

4  handed it to me.

5          Q      And you don't recall which one that was?

6          A      No, ma'am.

7          Q      Do you know where the lady with the

8  broken leg was when she made her written statement?

9          A      No, ma'am.

10         MR. FRANKL:  Just for the record, she may

11      not have actually had a broken leg.  It might

12      have been surgery or something.

13         MS. JOHNSON:  May have been surgery.

14         MR. FRANKL:  She had a cast on her leg.

15  BY MS. WHITE:

16         Q      The lady from California?

17         A      Correct.  I think she was on crutches.

18         Q      She was on crutches at the time?

19         A      I believe so.

20         Q      And do you know where she was when you

21  spoke to her?

22         A      Which time?

23         Q      Oh, did you speak to her more than once?

24         A      I believe so.  I'm not sure.  I didn't

1    know if there was a specific time when you are referring

2    to.  I really don't even know where I spoke to her at,

3    so...

4                Q        Okay, fair enough.

5                         Were there any -- so when you arrived,

6    the SMC vehicle, was it parked?

7                A        When I arrived, I do not know.

8                Q        Okay.  When you inspected it, it was

9    parked?

10               A        Yes, ma'am.

11               Q        And how long after you arrived did you

12   look at it?

13               A        I'm not sure.

14               Q        Do you remember what fire department

15   came?

16               A        I do not.

17               Q        And how -- did you personally download

18   the data from your recording device?

19               A        No.

20               Q        How does that work?

21               A        It automatically records to a disk.  And

22   then once it's full I just eject it.  And I personally

23   made a copy on my computer, though.

24               Q        Okay.  Were you the last one to leave the

1    scene?

2            A       I believe so.

3            Q       And did you witness Mr. Martinez

4    attempting to leave the scene when you were leaving?

5            A       He asked for my help turning his truck

6    around.  And I told him that he needed to call a tow truck

7    as he should have done in the beginning.  And he said

8    okay.  And I went to the bathroom in the rest area.  And

9    then when I came out, he was trying to make a U turn again

10   in the rest area.

11           Q       And do you know how eventually they left

12   the scene?

13           A       I do not.  I went up to him to write him

14   another ticket, but I needed to get to the hospital.  So I

15   gave him a break.

16                   MS. WHITE:  That's all I have.

17                          EXAMINATION

18   BY MR. HEARN:

19           Q       Hi, Officer -- Trooper, excuse me.

20           A       That's fine.

21           Q       I have got a few questions for you.  I am

22   David Hearn.  We met earlier.  I represent Mr. Martinez.

23   I'm going to jump around a little bit so I don't repeat a

24   lot of what's been asked already.

1          A        Yes, sir.

2          Q        So there may be long, dramatic-type

3    pauses in my questions.

4          A        That's fine.

5                   MR. DUNN:   I object.

6                   MS. JOHNSON:   To the long?

7                   MR. FRANKL:   Not dramatic.

8                   MR. HEARN:   I'll try my best.

9    BY MR. HEARN:

10         Q        I think I heard you say in response to

11   somebody's question that for the video you do have the

12   ability to stop it.  You can hit a button and it stops the

13   video --

14         A        In my car?

15         Q        Yes.

16         A        Yes.

17         Q        Is it your -- in terms of when you're

18   investigating a motor vehicle accident, is it your

19   personal practice to stop the video/audio recording when

20   your investigation is complete?

21         A        No.

22         Q        Okay.  In this case -- you remember

23   looking at the video?

24         A        Briefly.  It was, like I said, a week

1    after the accident.  But since then I have not.

2              Q       I'll represent to you -- I looked at it.

3    I will represent to you it appears that the last thing

4    that's recorded is Mr. Martinez is in your car with you.

5              A       Okay.

6              Q       And you're asking him some questions and

7    then the video stops.

8              A       Okay.

9              Q       All right.  There is -- I will also

10   represent to you there is no recording of you giving him

11   the ticket.

12             A       Okay.

13             Q       Do you recall giving him the ticket?

14             A       Yes, sir.

15             Q       Do you recall discussing that with him?

16             A       Discussing what the ticket was, he had to

17   appear at court, yes.

18             Q       Right.  So there were some communications

19   between you and Mr. Martinez that are not captured on the

20   video or audio?

21             A       I guess so.

22             Q       Do you remember anything about those

23   discussions?

24             A       Other than he's lucky he didn't kill

1    anybody, I remember saying that.  He started to almost

2    break down and cry.  And that was it.

3            Q       Do you remember any statements he said to

4    you that were not on the video?

5            A       No.

6            Q       Do you remember how long that discussion

7    lasted, the part that wasn't videotaped or audio taped?

8            A       A minute, maybe two.

9            Q       And you don't know why that wasn't

10   recorded?

11           A       No, sir.

12           Q       Why did you not have Mr. Martinez prepare

13   a written statement?

14           A       I believe, from what he told me, I had it

15   all on video, that I didn't need a written statement from

16   him.

17           Q       Okay.  When he showed you on the roadway

18   where he was, he took you out there and physically

19   demonstrated that?

20           A       Yes, sir.

21           Q       That's not documented on the video,

22   correct?

23           A       You could hear me talking to him walking

24   back, but unfortunately it's not on the video.

1          Q      So the only thing that captured that

2    demonstration is the audio?

3          A      Yes, sir.

4          Q      Is there any particular reason you didn't

5    have him draw or write down or sketch out where he was on

6    the roadway?

7          A      Didn't think about it.

8          Q      Okay.  The other two troopers that were

9    present, did they have any discussions or interactions

10   with Mr. Martinez that you are aware of?

11         A      I believe Trooper Flowers had a brief

12   discussion with him.

13         Q      Do you know -- do you know any details

14   about that?

15         A      I just -- from what Trooper Flowers told

16   me, Martinez went to tell him what happened, and he

17   stopped him and said, "I don't want to be involved.  Tell

18   Trooper Atkins."

19         Q      So is it your understanding Mr. Martinez

20   actually sought out Trooper -- which trooper was it?

21         A      Flowers.

22         Q      -- Trooper Flowers to say something to

23   him?

24         A      I'm not sure.  I can't say for sure.

1      Q      Okay.  But it's your understanding

2   Trooper Flowers does not have any discussions with

3   Mr. Martinez of any substance?

4      A      Yes, sir.

5      Q      So the only trooper that did have any

6   substantive discussions with Mr. Martinez was you?

7      A      Yes, sir.

8      Q      Do the photos that are here as Exhibit 3,

9   to the best of your knowledge, do they show all of the

10  physical damage to the vehicles that were involved?

11     A      To the best of my knowledge, yes.

12     Q      I think you might have been asked this

13  but I want to --

14     A      That's fine.

15     Q      -- ask you a different way.

16            Were you able to determine whether or not

17  the SMC truck was in motion or moving when the first

18  collision with Lester's vehicle occurred?

19     A      No.

20     Q      Were you able to determine how much time

21  passed between the first collision and the second

22  collision?

23     A      No, sir.

24     Q      Were you able to determine whether

1      Mr. Lester was inside of his vehicle or outside of his

2      vehicle when the second collision occurred?

3              A       No, sir.

4              Q       In your report, which I think is marked

5      as Exhibit 1 --

6              A       Yes, sir.

7              Q       -- on Page 3 --

8              A       Yes, sir.

9              Q       -- there's a section at the top right

10     that says "vehicle maneuver."  Do you see that?

11             A       Vehicle maneuver, yes, sir.

12             Q       And you see Vehicle 1 is there.  That's

13     the SMC vehicle operated by Mr. Martinez?

14             A       Yes, sir.

15             Q       For the vehicle maneuver, you did not

16     indicate making a U turn, correct?

17             A       Yes, sir.

18             Q       You did not indicate making a right turn,

19     correct?

20             A       Yes, sir.

21             Q       You indicate "other"?

22             A       Yes, sir.

23             Q       Why did you do that?

24             A       I did it because, based on the maneuver

1    he was trying to do is go backwards, I believe "other"

2    probably best dictated his actions.

3              Q      And that's based on what he was trying to

4    describe to you at the scene?

5              A      Yes, sir.

6              Q      And he was upset?

7              A      Yes, sir.

8              Q      You were -- because you were the lead

9    investigator, you were responsible for gathering all the

10   witness statements, correct?

11             A      Yes, sir.

12             Q      And so after the witnesses wrote out

13   their statements, they either brought them to you directly

14   or another trooper brought them to you, correct?

15             A      Yes, sir.

16             Q      Did you ask any witness to add

17   information to any of their written statements?

18             A      I do not recall.

19             Q      Is that something you would normally do?

20             A      If there is something missing, I will ask

21   them to put that in there.

22             Q      Who would determine whether it's missing?

23   Who would determine whether a witness has left out

24   information on the witness statement that they write?

1          A       It would be me when I read it.

2          Q       Do you agree that no witness that

3   provided a written statement in this case to you wrote

4   down that the SMC truck was blocking both lanes of

5   Interstate Southbound 81?

6          A       I don't believe so.

7          Q       And when you drew the diagram of the

8   accident sequence on your report and you drew in Vehicle

9   1, which is the SMC vehicle, you do not have it depicted

10  as blocking both lanes of the highway, correct?

11         A       Yes, sir.

12         Q       Correct; that you did not draw it

13  blocking both lanes of the highway, correct?

14         A       I did not, yes, sir.

15         Q       And in fact in your diagram, it shows

16  Vehicle 1 only partially into the right southbound lane of

17  Interstate 81, correct?

18         A       Yes, sir.

19         Q       Not fully across the lane?

20         A       Yes, sir.

21         Q       Okay.  And, again, that's based on all of

22  the information that you developed at the scene of the

23  accident?

24         A       That, and the fact that his pickup truck

1    didn't hit the guardrail.  I believe that it was all the

2    way across the interstate looking at it.  And if he made

3    contact, he would have more than likely pushed off that

4    tractor-trailer and hit the guardrail.

5            Q       Okay.  You have been asked a lot of

6    questions about his logbook.

7            A       Yes, sir.

8            Q       So let me ask you just a couple more.

9            A       That's fine.

10           Q       All right.  So Mr. Martinez goes and

11   brings you a binder, correct?

12           A       Yes, sir.

13           Q       And it had a bunch of stuff in it?

14           A       Yes, sir.

15           Q       All right.  Did it have something in it

16   that appeared to you to look like a logbook?

17           A       I believe so.  I'm not for certain.

18                   MR. DUNN:  I'm going to object to the

19           form of the question.

20   BY MR. HEARN:

21           Q       On the audio, do you recall referring to

22   a document and saying, "That's your logbook.  I don't need

23   that"?

24           A       I don't recall.  I mean, I -- I did

1    clearly probably in the video.  I just don't recall it.

2              Q       Okay.  All I'm getting at, do you have a

3    general idea of what a logbook looks like?

4              A       Yes, sir.

5              Q       I know you are not a logbook expert and

6    you're not a DOT qualified inspector.  I get all that.

7    But you know what a logbook looks like?

8              A       Yes, sir.

9              Q       And on the audio you agree that you say,

10   "That's your logbook.  I don't need that"?

11             A       Okay, yes, sir.

12             MR. DUNN:  I'm going to object to the

13             form of the question.

14   BY MR. HEARN:

15             Q       When you first made contact with

16   Mr. Martinez, where was he?  Did you walk up to him

17   because the trooper pointed him out to you or did he come

18   up to you?

19             A       We both like walked to each other.

20             Q       And approximately where were you two in

21   relationship to the accident scene?

22             A       Can I just show you?

23             Q       Sure.

24             A       Somewhere right in here.

1        Q      Okay.  And for the record, you are

2    indicating on Exhibit 2 -- this is Exhibit 2 that you are

3    pointing on, right?

4        A      Yes, sir, on Exhibit 2, yes, sir.

5        Q      All right.  And you are indicating

6    somewhere near the portion of the diagramming that's

7    attributable to B?

8        A      Yes, sir.

9        Q      Okay.

10       A      In-between B and C --

11       Q      Okay.

12       A      -- in the diagram.

13       Q      Now, before you first made contact with

14   Mr. Martinez had you already seen or spoken to the other

15   Hispanic male that you talked about?

16       A      I don't believe so.

17       Q      Okay.  So when you saw the other Hispanic

18   male, that was after you had already talked to

19   Mr. Martinez?

20       A      Yes, sir, when I asked for -- I believe

21   when I asked for his information, I believe he came up and

22   asked who he was.  I believe so.

23       Q      Just so I'm clear, so after you asked

24   Mr. Martinez for his information and he went back to the

1    truck to get the notebook, then this other Hispanic

2    gentleman came up to you and said something?

3           A      I believe so, yes, sir.

4           Q      Okay.

5           A      I believe I was at SMC's truck whenever

6    this encounter took place.

7           Q      Okay.  Can you describe this other

8    Hispanic gentleman, not Mr. Martinez but the other one?

9           A      No, sir.

10          Q      Age?

11          A      No, sir.

12          Q      Did he have tattoos?

13          A      I do not know.

14          Q      Short hair, long hair?

15          A      I do not know.

16          Q      Okay.  So you were standing near the SMC

17   vehicle for some period of time while you were talking

18   with Mr. Martinez and this other gentleman?

19          A      Yes, sir.

20          Q      Okay.  Could you tell whether there were

21   any other occupants or whether there were any occupants in

22   the SMC vehicle while you were out there talking to

23   Mr. Martinez?

24          A      I could not tell.

1        Q     Did you ever look inside the SMC vehicle?

2        A     I did not.

3        Q     What about the other vehicle that it was

4 towing the Salinas vehicle, did you ever look inside that

5 vehicle?

6        A     No, sir.

7        Q     Did any trooper look inside?

8        A     Not that I recall.

9        Q     Do you know whether there were any

10 occupants in that vehicle?

11       A     No, sir.

12       Q     And just so I'm clear, no one else came

13 up to you at the scene and identified themselves as

14 someone associated with these vehicles?

15       A     No, sir.

16       Q     Or that had witnessed any of the events?

17       A     Not that I recall.

18       Q     Did you document this discussion you had

19 with somebody that you understood to be a representative

20 of SMC Transport that occurred three to four days later?

21       A     No, sir.

22       Q     You didn't take notes or anything?

23       A     No, sir.

24       Q     Did you ever do an investigation or check

1    anywhere to see if SMC Transport reported that SMC vehicle

2    as stolen?

3            A       After that day, no.  After the crash, no,

4    did not.

5            Q       Did you check on the day of the crash?

6            A       Yes, sir.

7            Q       At that time was there any indication

8    that anyone had reported that vehicle as stolen?

9            A       No, sir.

10           Q       And you didn't look into that after you

11   talked to someone that you understood worked for SMC and

12   they said that Martinez didn't have authority to use the

13   vehicle?

14           A       I gave her the information that she

15   needed to -- I told her she needed to contact people in

16   Texas and file a report stating that someone unauthorized

17   used her vehicle.

18           Q       Okay.

19           A       And if she had any more information to

20   call me back.  She did not.

21           Q       You never did an independent check on

22   your own to see what, if anything, happened with that?

23           A       No, sir.

24                   MR. HEARN:  Thank you, Trooper.  That's