1          all my questions.

2                    THE WITNESS:  Yes, sir.  Your turn.

3                         EXAMINATION

4    BY MR. DUNN:

5          Q     Trooper Atkins, in investigating the

6    accident, you determined that a tractor was towing another

7    tractor, correct?

8          A     Yes, sir.

9          Q     And one of the tractors was owned by SMC

10   Transport LLC, correct?

11         A     Yes, sir.

12         Q     And the other tractor, the one that was

13   being towed, was owned by Salinas Express, correct?

14         A     Yes, sir.

15         Q     And you said that you got a personal note

16   or a personal message to give somebody a call about three

17   or four days later?

18         A     Approximately three or four days later,

19   yes, sir.

20         Q     What do you mean by a personal message?

21         A     Whenever someone wants to speak with me,

22   they call our dispatch and say, "I need to speak with

23   Trooper Atkins."  They give me or dispatch their number.

24   And I -- when I mark on duty the next day or whatever day

Case 7:15-cv-00665-GEC   Document 143-7   Filed 11/02/16   Page 1 of 82   Pageid#: 3184

1    it was, I get a direct message to my terminal saying, "You

2    need to call this person" with the name and phone number.

3              Q        Is that direct message something you see

4    electronically on a screen?

5              A        Yes, sir.

6              Q        Is that direct message kept anywhere,

7    stored anywhere?

8              A        I believe so.

9              Q        As far as you know, it's still somewhere

10   that can be accessed?

11             A        Should be, yes, sir.

12             Q        Have you accessed or retrieved that

13   direct message you just talked about, a copy of it?

14             A        That day of?  I had it and I have not

15   looked at it since I called her.

16             Q        Do you still have it?

17             A        No, I don't.  I can look it up probably.

18   I don't know.  I can call dispatch and see if they can

19   look it up.

20             Q        But as far as what you have right now in

21   your possession, you don't have that direct message either

22   electronically or in paper form?

23             A        No, sir, I do not.

24             Q        So the direct message you are talking

1    about right now is from your memory?

2              A        And me making a phone call, yes.

3              Q        And making a phone call?

4              A        Which, I guess, is memory.

5              Q        The direct message, did it have a phone

6    number to call?

7              A        Yes, sir.

8              Q        Do you recall that phone number?

9              A        No, sir.

10             Q        How about the area code, do you recall

11   the area code?

12             A        No, sir.

13             Q        And did that direct message have a name

14   on it for you to call?

15             A        I believe so.  I do not recall that.

16             Q        All right.  When you dialed that number,

17   did you ever get a name of a person that you were talking

18   to?

19             A        I believe so.  I just don't recall it.

20             Q        And I understand somebody asked you.  You

21   didn't take down any notes of your conversation, did you?

22             A        No, sir.

23             Q        You mentioned something about somebody

24   being a regular driver.  Is it possible that it could have

1   been a Salinas -- reference to a Salinas Express Company

2   as opposed to SMC Transport?

3           A       I believe she said Martinez.

4           Q       Said Martinez?

5           A       Yes.  Yes, sir.

6           Q       Right.  But is it possible that she was

7   referring to Salinas Express rather than SMC Transport?

8           A       It's possible.

9           Q       So as you sit here today, you're not sure

10  whether it was SMC Transport she was referring to or

11  Salinas Express?

12          A       All right.  Actually, go back.

13          Q       Okay.

14          A       She said that she is the owner of SMC and

15  Mr. Martinez is a daily driver for SMC.

16          Q       For SMC?

17          A       SMC.

18          Q       My question was --

19          A       Yes, so it's SMC.  I guess no possibility

20  that it was for Salinas.

21          Q       Okay.  And when you talked to this lady,

22  she said that Mr. Martinez, Jr., had no permission to

23  drive this particular tractor, correct?

24          A       On that day.

1          Q       On that day?

2          A       Yeah.

3          Q       Did she qualify and say "that day" or

4    she -- did she say --

5          A       She said at the time of the crash that he

6    wasn't supposed to be driving the vehicle.

7          Q       Okay.

8          A       And then -- sorry.

9          Q       Now, as far as whether he had permission

10   to drive or not, that's all you recall her telling you; is

11   that right?

12         A       And the fact that they didn't have

13   insurance on the truck.

14         Q       Do you know if there is an audio

15   recording of that conversation?

16         A       There is not.

17         Q       And you said that lady said she was the

18   owner of SMC Transport?

19         A       I believe so.  Owner/representative with

20   SMC.

21         Q       Well, as you sit here today, you are not

22   sure the lady that answered the phone call that you made,

23   the lady that answered, you are not sure whether she said

24   she was owner or some type of representative?

1        A        She was a representative.

2        Q        Okay.

3        A        I'm not for certain if she was an owner

4    or what.

5            Q        Okay.  So you can't go beyond that she

6    was a representative.  You can't get any more detail than

7    that, correct?

8        A        No, sir.

9        Q        You agree with me?

10       A        Yes, sir.

11           Q        You said you made the call from your area

12   headquarters?

13       A        Area 39 office, yes, sir.

14           Q        So it was on a phone that is in the name

15   of the area headquarters there?

16       A        Yes, sir.

17           Q        When you made that call, is there a

18   caller ID screen that you can see?

19       A        I don't believe so.  I have only been

20   called my cell phone from that number before, and it just

21   has the number.  It doesn't have -- so I don't know how it

22   is on a house number.

23           Q        Do you know if those particular phone

24   calls are kept -- recorded somewhere, like the phone --

1   the actual number that's been called or dialed?

2          A     I'm not sure.

3          Q     Do you know how long that conversation

4   lasted that you had with that lady?

5          A     No, sir.  Approximately -- if I had to

6   guess, it would be five minutes, four minutes.

7          Q     Did you have any conversation with

8   anybody else who said they were associated in any way with

9   SMC Transport?

10         A     No, sir.

11         Q     Do you know whether Israel Martinez ever

12  said he was driving for anybody, any particular company or

13  not, in your investigation?

14         A     No, sir.

15         Q     Do you know whether, in your

16  investigation, whether it was Israel Martinez, Jr., said

17  whether or not he had permission or not to drive that

18  tractor?

19         A     No, sir.

20              MR. DUNN:  All right.  Thanks for your

21         time.

22              THE WITNESS:  Yes, sir.

23              MR. FRANKL:  I just have a couple of

24         follow-ups.

```
 1                    THE WITNESS:  Yes, sir.
 2                         EXAMINATION
 3    BY MR. FRANKL:
 4            Q       If your disk is full in your car, does it
 5    automatically shut off?
 6            A       It ends on that disk.
 7            Q       Okay.  But -- you have to then physically
 8    put in another disk?
 9            A       The way it works is if the -- say that
10    the -- my disk only allows like three hours, I think.
11    With it being two hours, it gets to the end of that disk,
12    it keeps recording.  But when I eject it, it stops right
13    there on that disk of where it got full at.  And then on
14    the other disk, it will have the little ending of it.  So
15    there's a possibility of the remaining part that I spoke
16    to Mr. Martinez.
17            Q       May be on another disk?
18            A       Yes.
19            Q       Will you agree to check to see if the
20    remaining --
21            A       If I -- if it's still available -- if
22    that disk is still available from six months ago.
23            Q       But if you can find it, you will take a
24    look for it?
```

1          A       Yes.

2          Q       And will you also try to take a look for

3    whatever --

4          A       Phone number?

5          Q       -- dispatch message they gave you?

6          A       I'm going to go out to my car and do it.

7          Q       Will you agree to call me --

8          A       Of course.

9          Q       -- call me and let me know?

10         A       Yes.

11         Q       You have got my phone number?

12         A       I believe so.  I put it in my phone last

13   time.

14         Q       And I will let everybody know as soon as

15   he calls.

16                 You indicated in answer to one of

17   Johneal's questions, she asked was the SMC tractor

18   blocking at least the whole right-hand lane.  And you said

19   "yes."  Do you have any knowledge of how far the SMC

20   tractor was into the travel portions of the right-hand

21   lane of Interstate 81?

22         A       I do not know for certain.

23         Q       Okay.  And there's a conversation on your

24   audio with Flowers where you say, "Should I write this up

1   as one accident or two accidents?"  And he said, "You

2   could make the decision to write it up as one or two based

3   on the timing of the accidents."  And you basically chose

4   to write it up as one?

5           A       Yes, sir.

6           Q       And, in fact, none of the four witness

7   statements say anything about the SMC tractor blocking or

8   being out onto Interstate 81 travel lanes, do they?

9           A       Witnesses, no.  From the three women --

10  the four women, no.

11          Q       Right, from the four women.

12                  And then were you -- when you said this

13  is at least on the video, "This is your logbook; I don't

14  need to see that," is that when you were having that

15  discussion next to the SMC truck?

16                  MR. DUNN:  I will object to the form of

17          the question.

18                  Go ahead and answer.

19                  THE WITNESS:  No, that was in my car.

20  BY MR. FRANKL:

21          Q       Okay.  That was in your car?

22          A       I believe so.

23          Q       Okay.  Was this conversation you had

24  outside the SMC tractor that you made reference to

1   earlier, to your knowledge, is that recorded on the disc?

2           A       Yes, that was, I believe, when I was

3   looking at his truck to see the damage.

4           Q       You think that's on there?

5           A       I believe so.

6           Q       And who were you talking to when that

7   took place?

8           A       Martinez.

9           Q       Was there anyone else around?

10          A       I believe Trooper Flowers.

11                  MR. FRANKL:  That's all I have.

12                  Trooper, you have the right to read and

13          sign this deposition to make sure that the court

14          reporter took down everything you said, or you

15          can waive that right and allow the court

16          reporter to sign for you.

17                  THE WITNESS:  Do you think you got

18          everything?  Yeah, that's fine.

19          (The deposition concluded at 3:13 p.m.)

20

21

22                          *  *  *  *  *

23

24

C E R T I F I C A T E

COMMONWEALTH OF VIRGINIA

CITY OF ROANOKE

I, MARY J. BUTENSCHOEN, RPR, Notary Public in and
for the Commonwealth of Virginia, at Large, do hereby
certify that the deposition of MICHAEL T. ATKINS was by me
reduced to machine shorthand in the presence of the
witness, afterwards transcribed by me by means of
computer, and that to the best of my ability the foregoing
is a true and correct transcript of the deposition so
given as aforesaid.

I further certify that this deposition was taken
at the time and place specified in the foregoing caption.

I further certify that I am not a relative,
counsel or attorney for either party, or otherwise
interested in the outcome of this action.

IN WITNESS WHEREOF, I have hereunto set my hand at
Roanoke, Virginia, on the 29th day of April 2016.


_____
MARY J. BUTENSCHOEN, RPR
NOTARY PUBLIC

My Commission expires May 31, 2016
Notary Registration Number 228402

**< Dates >**
**April 11, 2016** 1:24
**April 2016.** 95:19
**April 25, 2013** 6:15
**December 20, 2013**
9:11
**June 7, 2009** 6:19
**May 31, 2016** 95:27
**October 26** 5:18,
14:5
**#4952** 1:35
**'13** 10:13
**(1:11** 5:9
**(540)204-3918** 1:37
**(540)527-3515** 2:41
**(540)767-2200** 2:8
**(804)344-8300** 2:20
**(804)648-1636** 2:31
**-vs-** 1:10

**< 1 >**
**1** 3:16, 5:7, 9:14,
9:18, 9:19, 9:20,
10:3, 10:22, 11:16,
11:18, 13:10, 14:2,
15:13, 16:17, 18:14,
18:15, 75:5, 75:12,
77:9, 77:16
**100** 1:31
**11** 2:18
**1111** 2:28
**12** 14:11
**12th** 2:18
**14** 6:16
**15-cv-00665-gec**
1:11
**150** 15:5
**158.1** 5:19
**1711** 2:39
**180-degree** 48:15
**19** 7:16
**1:00** 1:26

**< 2 >**
**2** 3:17, 5:7, 9:22,
9:24, 10:1, 10:22,

16:17, 16:18, 19:14,
20:2, 21:22, 26:17,
33:20, 38:3, 38:17,
80:2, 80:4
**2.** 12:1
**20** 12:11
**2009** 6:20
**2011** 7:12
**2014** 9:23
**2015** 5:18
**228402** 95:28
**23219** 2:19
**23219-1998** 2:30
**2400** 2:29
**24015** 2:40
**24016** 2:7
**26** 8:20, 9:3
**26.** 8:24, 9:1
**27th** 95:19

**< 3 >**
**3** 3:18, 16:18,
19:16, 21:21, 22:3,
22:4, 22:5, 22:9,
32:14, 74:8, 75:7
**3-A** 32:20
**3-B** 33:7, 33:10
**3-C** 34:20, 35:15,
35:23
**3-D** 35:13
**3-E** 35:13
**3-F** 38:12
**3-G** 40:16
**3-H** 41:13
**3-I** 42:17
**3-J** 43:6
**3-K** 43:12
**3.** 32:19
**30** 64:4
**39** 89:13
**3:13** 94:19

**< 4 >**
**4** 3:19, 62:7
**4.** 62:6
**400** 1:30, 2:6

**< 5 >**
**5** 3:20, 15:13, 66:5,
66:8
**50** 11:3
**533** 51:3
**5:40** 14:6, 14:7,
14:8
**5:52** 14:11

**< 6 >**
**6** 43:8
**60** 20:17, 21:19,
57:20
**60.** 20:18
**65** 57:21

**< 7 >**
**7** 15:13, 21:21,
22:5, 43:8
**7.** 22:4
**70** 19:3, 20:16,
20:20
**70.** 19:5
**7:** 1:11

**< 8 >**
**8** 19:12
**81** 14:4, 15:1,
29:12, 30:9, 30:21,
48:9, 50:12, 55:21,
59:19, 59:22, 60:2,
77:5, 77:17, 92:21,
93:8

**< 9 >**
**911** 51:17

**< A >**
**A.** 2:22, 32:5
**a.m.** 14:6, 14:8,
14:9, 14:11

**ability** 70:12, 95:10
**able** 32:24, 74:16,
74:20, 74:24
**above** 19:10
**absence** 52:4
**absolutely** 35:11
**Academy** 7:16,
7:20, 8:3, 8:8, 8:19,
8:21, 9:10, 10:15
**accessed** 85:10,
85:12
**accident** 5:18, 8:2,
9:4, 9:16, 11:13,
11:20, 12:3, 12:4,
12:10, 14:4, 14:18,
15:24, 16:5, 16:11,
16:15, 16:20, 43:22,
48:23, 49:24, 50:21,
51:7, 51:13, 51:18,
51:20, 52:16, 52:23,
53:2, 53:5, 57:24,
60:12, 60:16, 60:18,
70:18, 71:1, 77:8,
77:23, 79:21, 84:6,
93:1
**accidents** 10:23,
11:2, 11:5, 11:8,
93:1
**accidents.** 93:3
**acknowledged**
54:19
**across** 24:12,
24:18, 25:4, 25:15,
29:7, 30:11, 77:19,
78:2
**ACTION** 1:10, 95:17
**actions** 76:2
**Activates** 65:10
**actual** 90:1
**Actually** 33:11,
33:12, 47:7, 50:17,
61:2, 67:11, 73:20,
87:12
**add** 76:16
**additional** 7:2, 9:15
**admit** 63:14
**aforesaid** 95:12
**afterwards** 95:9

Age 81:10
ago 91:22
agree 77:2, 79:9, 89:9, 91:19, 92:7
agreement 55:1, 55:2, 55:6
ahead 27:1, 27:13, 28:16, 28:24, 29:6, 36:1, 39:8, 39:11, 40:16, 41:3, 53:13, 60:20, 62:3, 93:18
Airbag 19:14, 20:9
alcohol 47:23
alert 47:19
allow 94:15
allowed 57:6
allows 33:19, 91:10
almost 72:1
already 7:20, 12:24, 22:13, 39:24, 41:4, 58:1, 69:24, 80:14, 80:18
alterations 50:8
ambulance 23:9
an injury 58:21
ANDERSON 2:27
angle 39:5
angled 28:21
Answer 5:22, 6:3, 36:1, 53:13, 62:1, 92:16, 93:18
answered 54:13, 88:22, 88:23
answering 42:3
anybody 53:1, 72:1, 90:8, 90:12
anytime 14:1
apparatus 43:12
appear 12:8, 42:12, 52:20, 71:17
APPEARANCES 2:1
appeared 78:16
appears 24:11, 71:3
application 21:22, 22:5, 22:10
applied 37:2, 37:4, 37:6, 37:10

approached 50:11
appropriately 42:4
Approximately 5:19, 10:23, 11:3, 11:7, 17:23, 53:14, 79:20, 84:18, 90:5
Area 5:19, 7:6, 10:19, 12:2, 14:5, 16:4, 16:6, 16:7, 21:11, 27:5, 27:8, 28:23, 32:4, 33:12, 33:13, 33:17, 40:2, 50:11, 50:14, 54:2, 54:5, 54:9, 54:11, 55:21, 55:23, 57:17, 58:9, 58:15, 58:18, 61:9, 62:17, 62:19, 62:21, 69:8, 69:10, 86:10, 86:11, 89:11, 89:13, 89:15
Around 15:5, 34:13, 39:12, 42:13, 57:18, 58:18, 60:20, 69:6, 69:23, 94:9
arrive 14:10
arrived 14:7, 15:6, 16:16, 22:12, 25:18, 25:23, 26:12, 26:15, 27:12, 28:21, 29:4, 38:11, 38:13, 38:14, 39:15, 58:6, 66:10, 68:5, 68:7, 68:11
assigned 10:10
assignment 10:2
associate 7:9, 7:10, 7:13
associated 12:9, 82:14, 90:8
assumed 5:23
Assuming 48:17, 49:2
assumption 19:23
ATKINS 1:22, 5:3, 5:14, 11:16, 12:1, 32:19, 54:20, 84:5, 95:7
Atkins. 73:18, 84:23

Attached 13:9, 13:10
attempting 30:7, 69:4
attended 7:15, 8:14
attorney 95:16
attributable 80:7
audio 48:21, 49:5, 49:22, 50:6, 71:20, 72:7, 73:2, 78:21, 79:9, 88:14, 92:24
authority 83:12
automatically 68:21, 91:5
available 91:21, 91:22
Avenue 1:30, 2:6
aware 51:12, 51:14, 51:15, 58:14, 60:11, 60:14, 73:10


< B >
B. 32:8
back 39:10, 46:12, 47:13, 50:12, 50:24, 72:24, 80:24, 83:20, 87:12
background 5:17
backing 24:19, 25:4
backpack 40:9
backwards 76:1
Based 12:11, 16:16, 19:19, 19:24, 21:4, 24:8, 30:18, 36:23, 36:24, 61:11, 67:2, 75:24, 76:3, 77:21, 93:2
basic 8:5, 9:4
basically 49:11, 93:3
bathroom 69:8
become 9:21, 9:24, 10:1
bed 38:12
beginning 28:14, 49:1, 52:10, 69:7
BEHALF 2:2, 2:15,

2:25, 2:36
below 38:24, 39:1
belt 20:7, 24:17
Best 6:24, 15:3, 28:17, 54:18, 70:8, 74:9, 74:11, 76:2, 95:10
better 41:14
beyond 89:5
big 24:20, 25:8, 27:8, 34:11, 65:16
binder 47:3, 64:10, 64:14, 78:11
Bingaman 21:5, 21:6, 21:7, 21:9, 57:15, 57:24
bit 39:4, 69:23
black 64:9
blocking 30:23, 63:14, 77:4, 77:10, 77:13, 92:18, 93:7
blue 27:8
book 64:6
books 45:21, 45:22, 45:24, 46:5
Botetourt 10:11, 10:12, 10:19
box 12:22, 26:3, 26:7, 27:15, 27:16, 29:1, 32:4, 33:5, 36:5, 37:1, 40:23, 41:21, 57:17, 59:2, 60:20
brakes 21:23, 22:6, 22:10, 25:6, 36:6, 37:2, 37:6, 37:10, 37:12, 37:15, 56:9
Brandon 1:7, 19:4, 19:20, 22:1, 22:7, 22:19, 24:9, 36:3, 36:9, 36:18, 49:12, 56:5, 56:15, 56:22
bread 40:8
break 46:18, 69:15, 72:2
breaks 65:12
brief 73:11
Briefly 70:24

bring 39:12
brings 78:11
broken 58:20, 67:8, 67:11
brought 51:20, 52:20, 76:13, 76:14
Brown 58:5
bumper 31:24, 43:2, 43:4, 43:7
bumping 25:8
bunch 78:13
bushes 27:23, 41:15
butema@gmail.com 1:38
BUTENSCHOEN 1:35, 95:5, 95:24
button 65:11, 70:12
Buy 6:24, 55:2, 55:7

< C >
C. 32:11
California 58:19, 67:16
call 11:12, 48:10, 51:3, 53:16, 53:17, 53:20, 54:4, 54:9, 54:11, 54:21, 55:16, 58:20, 69:6, 83:20, 84:16, 84:22, 85:2, 85:18, 86:2, 86:3, 86:6, 86:14, 88:22, 89:11, 89:17, 92:7, 92:9
called 13:22, 38:1, 54:5, 85:15, 89:20, 90:1
caller 89:18
calls 54:7, 89:24, 92:15
Camera 12:13, 17:19, 48:20, 48:21
canceled 55:7
caption 95:14
captured 71:19, 73:1
car 24:14, 24:19,

25:5, 25:7, 33:24, 34:2, 34:3, 39:7, 39:9, 45:2, 58:6, 60:8, 70:14, 71:4, 91:4, 92:6, 93:19, 93:21
Cardinal 7:15, 7:19, 8:3, 8:12, 8:13
care 40:13
case 10:5, 70:22, 77:3
cast 67:14
CATHEY 1:28, 2:4
cell 89:20
certain 38:18, 45:4, 78:17, 89:3, 92:22
Certainly 46:20, 57:7
certificate 47:12, 47:16
certify 95:7, 95:13, 95:15
change 14:24
changed 21:11, 50:20, 57:17
charge 11:11, 51:21
charged 62:12, 62:24
check 82:24, 83:5, 83:21, 91:19
chose 93:3
Christine 58:4
circle 34:11, 34:13, 39:12
CITY 95:4
CIVIL 1:10, 13:23
clear 48:6, 61:18, 80:23, 82:12
clearly 79:1
closer 33:8
code 86:10, 86:11
cognizant 42:13
collectively 32:18
College 7:5
collided 37:20
collision 16:8, 17:2, 32:23, 33:1, 33:3, 33:4, 33:6, 34:10,

34:17, 36:18, 36:22, 38:5, 41:6, 52:8, 52:13, 58:7, 58:24, 59:1, 60:13, 61:20, 61:22, 61:24, 74:18, 74:21, 74:22, 75:2
collisions 58:15
Commission 95:27
Commonwealth 95:3, 95:6
communications 71:18
Community 7:5
Company 87:1, 90:12
compared 6:5, 48:23, 49:24
complete 10:24, 11:19, 16:13, 70:20
complies 32:6, 32:9, 32:13
complies. 29:2, 34:12, 34:15, 39:14, 60:22, 61:1
comply 45:11
computer 68:23, 95:10
concerned 57:24
concluded 94:19
concrete 27:1, 27:2
condition 22:24, 47:19
conditions 14:17, 14:24
consciousness 42:1, 45:6, 45:8
contact 55:14, 56:19, 56:22, 78:3, 79:15, 80:13, 83:15
contacted 52:17
conversation 23:4, 43:24, 54:18, 86:21, 88:15, 90:3, 90:7, 92:23, 93:23
conversations 65:6
convicted 52:4
cooperative 48:1, 48:2

copied 50:7
copy 24:7, 68:23, 85:13
Correct 42:9, 43:10, 56:23, 67:17, 72:22, 75:16, 75:19, 76:10, 76:14, 77:10, 77:12, 77:13, 77:17, 78:11, 84:7, 84:10, 84:13, 87:23, 89:7, 95:11
correctly 41:17, 41:21
counsel 62:2, 95:16
count 12:7
County 10:11, 10:18
couple 78:8, 90:23
course 8:5, 9:7, 10:21, 35:24, 92:8
COURT 1:1, 6:3, 13:23, 52:2, 52:19, 56:11, 71:17, 94:13, 94:15
cover 38:12, 64:14
crash 11:1, 11:16, 16:17, 18:19, 19:5, 20:16, 37:24, 40:23, 54:3, 54:23, 83:3, 83:5, 88:5
created 33:1
crest 50:13
Criminal 7:15, 7:20, 8:3
cruiser 17:19
crutches 67:17, 67:18
cry 72:2
currently 6:9
cutting 29:7, 30:11

< D >
D. 32:12
dad 8:17
daily 87:15
damage 31:16, 31:22, 42:20, 43:1, 43:3, 43:7, 43:16,

57:10, 57:12, 65:19, 65:23, 74:10, 94:3
**damaged** 43:9
**Dan** 5:15, 46:18
**DANIEL** 2:43
**dark** 15:22
**dash** 46:10, 64:8
**data** 68:18
**DATE** 1:24, 50:21, 52:23
**David** 2:33, 69:22
**day** 14:17, 24:7, 83:3, 83:5, 84:24, 85:14, 87:24, 88:1, 88:3, 95:19
**days** 6:16, 53:14, 82:20, 84:17, 84:18
**dazed** 42:13
**Debara** 58:5
**debris** 17:3, 31:2, 31:6, 38:4, 61:19, 61:21
**December** 9:23, 10:13
**deciding** 57:16
**decision** 93:2
**DEFENDANT** 2:15, 2:25, 2:36
**Defendants** 1:17
**definitely** 40:14
**definitively** 19:20, 36:13
**degree** 7:8, 7:9, 7:11, 7:13
**deletions** 50:8
**demonstrated** 72:19
**demonstration** 73:2
**department** 7:21, 68:14
**depicted** 77:9
**depicting** 17:1
**Depicts** 32:21, 32:22
**deployed** 19:14, 20:9
**Deposition** 1:22,

5:7, 13:20, 32:14, 62:7, 66:5, 94:13, 94:19, 95:7, 95:11, 95:13
**describe** 76:4, 81:7
**described** 64:7
**DESCRIPTION** 3:15
**designated** 9:18
**designation** 9:12
**designations** 20:5
**detail** 89:6
**detailed** 49:2, 49:20
**details** 73:13
**determination** 19:5
**determine** 32:24, 35:8, 35:14, 41:11, 66:1, 74:16, 74:20, 74:24, 76:22, 76:23
**determined** 84:6
**developed** 77:22
**device** 65:7, 68:18
dfrankl@franklmill erwebb.com 2:44
dhearn@sandsand erson.com 2:34
**diagram** 30:16, 41:18, 41:21, 77:7, 77:15, 80:12
**diagramming** 80:6
**dialed** 86:16, 90:1
**dictated** 76:2
**did you go** 9:4
**difference** 48:15
**different** 10:20, 33:8, 49:16, 74:15
**direct** 85:1, 85:3, 85:6, 85:13, 85:21, 85:24, 86:5, 86:13
**direction** 30:2, 30:5, 48:12
**directly** 21:2, 38:23, 39:6, 39:7, 76:13
**disc** 94:1
**Discussing** 71:15, 71:16
**discussion** 72:6, 73:12, 82:18, 93:15
**discussions** 71:23,

73:9, 74:2, 74:6
**disk** 48:21, 68:21, 91:4, 91:6, 91:8, 91:10, 91:11, 91:13, 91:14, 91:17, 91:22
**dispatch** 53:18, 84:22, 84:23, 85:18, 92:5
**DISTRICT** 1:1, 1:2
**DIVISION** 1:3
**document** 78:22, 82:18
**documentation** 17:4
**documented** 72:21
**documents** 47:10, 47:13, 47:15
**doing** 6:23, 49:4
**done** 55:3, 69:7
**DOT** 45:20, 45:22, 45:23, 47:7, 79:6
**down** 6:2, 21:10, 32:4, 39:20, 50:13, 51:5, 52:12, 72:2, 73:5, 77:4, 86:21, 94:14
**downhill** 59:14
**download** 68:17
**dramatic** 70:7
**dramatic-type** 70:2
**draw** 26:17, 28:17, 28:24, 32:3, 34:14, 73:5, 77:12
**drew** 77:7, 77:8
**drive** 55:5, 64:1, 87:23, 88:10, 90:17
**driven** 18:15, 37:1, 44:17, 59:2
**Driver** 18:21, 19:10, 26:10, 28:18, 42:21, 43:23, 44:4, 44:6, 44:12, 44:16, 45:3, 45:12, 51:12, 55:1, 59:9, 65:1, 66:13, 66:15, 86:24, 87:15
**drivers** 44:20
**driving** 26:14, 29:14, 37:9, 40:8,

44:1, 45:18, 51:21, 65:4, 88:6, 90:12
**drove** 55:9
**drugs** 47:23
**dry** 15:9, 15:12, 15:14
**duly** 5:4
**DUNN** 2:22, 3:8, 8:23, 35:16, 46:1, 53:9, 70:5, 78:18, 79:12, 84:4, 90:20, 93:16
**during** 8:15, 9:3, 10:21, 11:6
**duty** 10:20, 47:8, 84:24


< E >
**E.** 34:14
**earlier** 69:22, 94:1
**easier** 6:6
**East** 2:28
**education** 7:2
**either** 10:21, 76:13, 85:21, 95:16
**eject** 68:22, 91:12
**ejected** 19:16, 19:17, 19:21, 20:11, 24:16, 52:8, 52:14
**electronically** 85:4, 85:22
**embankment** 23:6
**emergency** 22:13
**employed** 6:9, 6:11, 6:21, 6:23
**EMS** 22:13
**encompasses** 12:2
**encounter** 44:15, 81:6
**end** 12:21, 43:9, 91:11
**ending** 91:14
**ends** 91:6
**enough** 60:8, 68:4
**entire** 32:18
**entrance** 27:5, 30:8, 30:12, 50:14,

50:20, 55:20, 61:9, 62:21
**Equipment** 19:11, 20:6, 65:12
**ESQ** 2:10, 2:12, 2:22, 2:33, 2:43
**estimate** 18:22
**estimated** 21:19
**Estimating** 50:18, 50:19
**events** 82:16
**eventually** 69:11
**everybody** 92:14
**everything** 94:14, 94:18
**evidence** 56:15
**Exactly** 64:12
**EXAMINATION** 3:4, 5:10, 62:9, 69:17, 84:3, 91:2
**examined** 5:5
**exceeding** 21:17
**excuse** 16:18, 69:19
**Exhibit** 3:15, 5:7, 11:16, 11:18, 12:1, 13:10, 14:2, 15:13, 18:14, 26:17, 32:14, 33:20, 34:20, 35:22, 38:3, 38:11, 38:17, 62:5, 62:7, 66:5, 66:8, 74:8, 75:5, 80:2, 80:4
**exit** 61:9, 62:21
**experience** 61:11
**expert** 79:5
**expired** 40:19
**expires** 95:27
**explaining** 48:3
**explanation** 49:3, 49:21
**explicit** 49:23
**Express** 1:15, 2:36, 5:16, 43:16, 53:1, 84:13, 87:1, 87:7, 87:11

**< F >**
**F.** 39:13
**faced** 27:21
**facing** 26:7, 28:19, 28:22, 29:1, 30:3, 30:19, 61:2, 61:4, 61:5
**fact** 12:18, 14:4, 41:14, 42:7, 47:2, 48:6, 48:13, 77:15, 77:24, 88:12, 93:6
**failure** 51:21, 52:20, 62:12, 62:24
**fair** 36:12, 68:4
**far** 10:7, 17:4, 22:9, 30:24, 34:1, 34:2, 50:12, 53:10, 57:23, 58:14, 61:15, 85:9, 85:20, 88:9, 92:19
**fast** 19:8, 20:22, 24:18, 25:6
**fatalities** 11:9
**fatality** 37:24
**feel** 14:2
**few** 59:8, 69:21
**field** 10:15, 10:16, 10:22, 11:17
**figure** 16:14
**file** 11:19, 83:16
**fill** 61:13
**filled** 11:17, 47:7
**final** 11:17
**find** 91:23
**fine** 27:1, 34:5, 54:10, 69:20, 70:4, 74:14, 78:9, 94:18
**fire** 22:13, 22:17, 68:14
**first** 5:4, 6:13, 12:11, 14:3, 22:15, 22:19, 22:20, 27:22, 27:23, 33:3, 40:11, 41:15, 52:8, 57:24, 58:7, 60:13, 61:22, 61:23, 74:17, 74:21, 79:15, 80:13
**fishtail** 56:9
**fishtailing** 56:15

**Five** 11:7, 18:19, 90:6
**Flowers** 12:16, 12:24, 13:16, 17:10, 73:11, 73:15, 73:21, 73:22, 74:2, 92:24, 94:10
**fog** 15:16, 15:19
**follow-ups** 90:24
**follows** 5:6
**foot** 60:5
**foregoing** 95:10, 95:14
**form** 46:2, 63:20, 78:19, 79:13, 85:22, 93:16
**found** 40:9
**Foundation** 41:3, 53:10
**four** 13:10, 13:11, 13:12, 51:9, 53:14, 58:23, 82:20, 84:17, 84:18, 90:6, 93:6, 93:10, 93:11
**fourth** 13:17
**FRANKL** 2:38, 2:43, 3:5, 3:9, 5:11, 5:15, 8:24, 9:2, 11:23, 32:16, 35:11, 35:12, 35:20, 36:11, 41:4, 41:8, 41:12, 46:3, 46:20, 46:22, 53:12, 62:1, 67:10, 67:14, 70:7, 90:23, 91:3, 93:20, 94:11
**free** 14:2
**Front** 25:6, 25:14, 25:15, 26:5, 28:21, 29:1, 30:3, 31:24, 36:6, 42:17, 42:21, 42:22, 42:23, 43:2, 43:7, 43:9, 50:15, 57:2, 57:11, 65:19
**FTO** 10:19
**full** 5:12, 7:17, 68:22, 91:4, 91:13
**fully** 77:19
**Fulton** 1:29, 2:5

**< G >**
**G.** 60:24
**gas** 14:13
**gathering** 76:9
**gave** 42:8, 42:10, 45:24, 46:5, 47:11, 47:12, 48:22, 49:2, 49:20, 51:9, 64:7, 69:15, 83:14, 92:5
**general** 79:3
**gentleman** 81:2, 81:8, 81:18
**gets** 91:11
**getting** 15:20, 18:23, 45:1, 79:2
**give** 23:14, 23:17, 41:14, 45:9, 45:14, 46:12, 53:15, 54:21, 84:16, 84:23
**given** 9:12, 13:20, 95:12
**gives** 28:8, 33:15
**giving** 22:19, 71:10, 71:13
**glad** 5:22
**Glass** 66:12, 66:15
**GLENN** 1:28, 2:4
**Gotcha** 6:17, 61:6
**gotten** 17:9, 21:2
**gouge** 17:3
**grade** 59:7, 59:14
**graduate** 6:18, 9:9, 10:14
**Graduated** 6:21, 8:11, 8:13, 9:11, 9:14
**graduation** 9:17
**Grandin** 2:39
**grass** 33:12, 33:13
**grassy** 27:10
**guardrail** 23:6, 23:16, 24:14, 60:6, 78:1, 78:4
**guess** 17:20, 23:23, 24:5, 27:7, 28:9, 28:10, 29:23, 51:11,

71:21, 86:4, 87:19, 90:6
Gwen 3:1

< H >
hair 81:14
hand 95:18
handed 13:16, 18:9, 46:10, 46:24, 64:6, 67:4
handwritten 13:11
happened 20:1, 23:21, 49:24, 52:15, 54:8, 73:16, 83:22
hard 25:7
haul 29:23
hauling 31:19
head 6:4, 29:12, 30:9, 59:24
heading 50:12, 59:9
headquarters 14:13, 89:12, 89:15
hear 5:20, 39:7, 72:23
heard 5:23, 40:11, 58:13, 67:2, 70:10
hearing 52:7, 55:19
HEARN 2:33, 3:7, 62:3, 63:20, 69:18, 69:22, 70:8, 70:9, 78:20, 79:14, 83:24
Hello. 54:14
help 23:3, 28:2, 35:8, 35:14, 69:5
helping 39:16
hereby 95:6
hereunto 95:18
high 6:18, 6:21
highway 51:22, 51:23, 77:10, 77:13
hill 50:13
Hispanic 43:21, 44:15, 44:19, 80:15, 80:17, 81:1, 81:8
hit 24:14, 25:6, 25:7, 33:4, 33:5, 37:15, 52:12, 65:10,

65:11, 70:12, 78:1, 78:4
hitch 29:24, 30:1
hold 37:18
holds 33:17
hood 25:8, 25:19, 26:1
hooked 29:22, 55:23
hospital 23:12, 48:24, 49:10, 50:1, 50:3, 69:14
hour 18:19, 19:3, 57:21
hours 17:23, 91:10, 91:11
house 89:22
huh-uh 6:5
hundred 27:18
hurt 16:16

< I >
ID 89:18
idea 79:3
identification. 5:8, 32:15, 62:8, 66:6
identified 82:13
identify 36:13, 51:12, 53:8, 55:11
identifying 64:16
illuminated 16:7
impact 26:18, 31:3, 31:23, 37:6, 37:10, 37:15, 37:16, 38:5, 40:22, 56:16, 63:4, 63:7, 63:19, 64:1
impacts 64:4
In-between 27:4, 80:10
in. 27:13
incident 29:9
indentions 32:22
independent 36:16, 83:21
indicate 21:16, 30:17, 30:20, 38:4, 44:8, 63:2, 63:3,

63:6, 65:3, 75:16, 75:18, 75:21
indicated 15:14, 21:21, 25:3, 29:7, 30:7, 44:11, 46:23, 56:1, 56:8, 57:15, 59:8, 64:3, 92:16
indicates 19:11, 62:21
indicating 80:2, 80:5
indication 41:14, 83:7
individuals 16:16, 39:15
information 18:15, 19:11, 42:8, 42:10, 44:18, 47:11, 51:6, 64:17, 76:17, 76:24, 77:22, 80:21, 80:24, 83:14, 83:19
informed 39:22
initial 16:7, 26:18, 31:3, 36:18, 36:22, 37:6, 37:10, 38:4, 52:13
initially 24:11, 39:23
injuries 11:5
injury 20:2, 20:3, 20:13, 23:3
inside 66:23, 75:1, 82:1, 82:4, 82:7
inspected 68:8
inspecting 46:5
inspection 40:17
inspector 79:6
insurance 45:13, 45:18, 47:12, 47:16, 55:7, 65:2, 88:13
intention 48:7
intentionally 18:11
interactions 73:9
interested 95:17
Interstate 29:12, 30:13, 30:21, 48:9, 50:12, 59:19, 60:2, 63:15, 63:18, 77:5,

77:17, 78:2, 92:21, 93:8
investigated 10:23, 11:6, 11:9, 11:10
investigating 70:18, 84:5
investigation 5:17, 11:1, 11:12, 16:11, 16:13, 19:20, 70:20, 82:24, 90:13, 90:16
investigative 11:19
investigator 76:9
involved 11:14, 12:4, 13:15, 54:23, 73:17, 74:10
Israel 1:13, 2:25, 17:14, 18:15, 43:20, 90:11, 90:16
items 17:5, 40:10
itself 28:7

< J >
J. 1:35, 95:5, 95:24
job 6:5, 10:2
Johneal 2:12, 92:17
JOHNSON 3:1, 67:13, 70:6
Jr 1:13, 2:25, 87:22, 90:16
jump 69:23
Justice 7:15, 7:20, 8:3
jwhite@glennrob.com 2:13

< K >
Karen 57:15
keep 65:16
keeps 91:12
kept 85:6, 89:24
kill 71:24
kind 10:24, 16:22
knocked 24:14
knowledge 43:5, 43:11, 43:15, 51:5, 51:8, 61:7, 74:9,

74:11, 92:19, 94:1

**< L >**
**ladies** 13:12, 46:19
**lady** 58:20, 67:7,
67:16, 87:21, 88:17,
88:22, 88:23, 90:4
**laid** 53:10
**lane** 21:8, 21:12,
24:18, 31:11, 31:14,
40:24, 49:3, 56:3,
57:18, 59:22, 63:2,
63:6, 63:15, 77:16,
77:19, 92:18, 92:21
**lanes** 21:11, 30:21,
30:24, 57:17, 77:4,
77:10, 77:13, 93:8
**lap-and-shoulder**
20:7
**Large** 11:4, 95:6
**last** 68:24, 71:3,
92:12
**lasted** 72:7, 90:4
**later** 8:13, 14:11,
35:6, 49:10, 82:20,
84:17, 84:18
**LAWRENCE** 2:22
**laying** 39:20
**ldunn@morrismorr
is.com** 2:23
**lead** 76:8
**learning** 10:17
**least** 63:15, 92:18,
93:13
**leave** 68:24, 69:4
**leaving** 69:4
**left** 12:24, 21:12,
23:7, 23:11, 31:24,
36:17, 36:21, 37:1,
37:12, 37:20, 39:3,
39:6, 39:7, 42:22,
42:23, 58:9, 59:16,
60:1, 65:19, 69:11,
76:23
**left-hand** 30:24,
31:11, 40:24, 57:18,
60:2

**leg** 58:20, 67:8,
67:11, 67:14
**legs** 33:16, 58:21
**length** 34:2, 39:9
**lengths** 34:3
**letter** 32:5, 32:8,
32:11, 32:12, 34:14,
38:6, 40:15
**license** 45:3, 45:10,
45:12, 65:1
**lighted** 15:24
**lights** 16:6, 65:10
**likely** 78:3
**limit** 19:1, 19:9,
20:20, 21:17
**line** 32:3, 32:4,
32:7, 32:10, 32:11,
34:7, 39:12, 60:23
**listening** 57:14
**lit** 16:4
**little** 39:4, 69:23,
91:14
**LLC** 1:12, 1:15,
2:15, 2:36, 5:16,
84:10
**LLP** 2:38
**located** 26:4
**LOCATION** 1:28,
17:2, 19:1, 41:20
**Lofts** 1:29, 2:5
**log** 45:21, 45:22,
45:23, 46:5, 53:23
**logbook** 47:4, 78:6,
78:16, 78:22, 79:3,
79:5, 79:7, 79:10,
93:13
**logbook.** 46:11
**logs** 45:10, 47:1,
47:2, 47:7
**long** 6:11, 36:14,
68:11, 70:2, 70:6,
72:6, 81:14, 90:3
**look** 12:8, 27:20,
35:2, 36:4, 46:9,
46:15, 47:1, 50:13,
50:17, 57:6, 66:9,
68:12, 78:16, 82:1,
82:4, 82:7, 83:10,

85:17, 85:19, 91:24,
92:2
**looked** 46:24,
65:18, 71:2, 85:15
**Looking** 14:1,
14:16, 18:14, 19:10,
22:3, 27:18, 28:5,
28:12, 32:17, 34:19,
34:20, 36:15, 38:3,
38:11, 38:21, 41:13,
43:12, 45:23, 55:18,
57:9, 70:23, 78:2,
94:3
**looks** 12:5, 12:12,
15:13, 79:3, 79:7
**lot** 6:5, 23:2, 69:24,
78:5
**lucky** 71:24

**< M >**
**M.** 2:12
**ma'am** 62:13,
62:22, 63:1, 63:11,
63:13, 63:16, 64:18,
65:8, 65:21, 66:11,
66:21, 67:6, 67:9,
68:10
**machine** 95:8
**Main** 2:28
**majority** 12:19,
17:21
**male** 44:15, 80:15,
80:18
**man** 43:21
**maneuver** 29:8,
75:11, 75:15, 75:24
**maneuver.** 75:10
**mark** 27:17, 29:6,
30:16, 32:18, 32:20,
32:22, 34:4, 35:9,
36:7, 40:16, 41:17,
41:20, 41:21, 66:1,
84:24
**marked** 5:8, 11:15,
12:1, 32:2, 32:14,
34:20, 38:6, 41:13,
42:16, 43:8, 61:20,

62:7, 66:5, 75:4
**marker** 5:19, 15:5
**markings** 33:20
**marks** 17:2, 17:3,
33:1, 33:8, 33:21,
34:21, 34:23, 35:4,
35:16, 35:17, 35:22,
36:4, 36:8, 36:14,
36:17, 36:21, 37:2,
37:13, 37:20, 41:5
**MARY** 1:35, 95:5,
95:24
**match** 45:18
**matter** 13:23
**mean** 9:19, 14:8,
16:12, 16:17, 78:24,
84:20
**Meaning** 63:12
**means** 95:9
**measure** 59:18
**measurements**
16:21
**measuring** 17:4
**mechanism** 17:20
**MELISSA** 2:10
**memory** 25:12,
86:1, 86:4
**mentioned** 86:23
**message** 53:15,
54:21, 84:16, 84:20,
85:1, 85:3, 85:6,
85:13, 85:21, 85:24,
86:5, 86:13, 92:5
**messed** 63:10
**met** 13:9, 69:22
**mic** 23:24, 65:15
**MICHAEL** 1:22, 5:3,
5:14, 5:15, 95:7
**microphone** 65:15
**middle** 25:5, 43:1
**mile** 5:19, 15:5,
50:16, 59:8
**miles** 18:19, 19:3,
57:21
**MILLER** 2:38
**minute** 72:8
**minutes** 14:11, 90:6
**missing** 76:20,

76:22
misting 14:19, 15:7
Montgomery 40:3
months 8:13, 91:22
morning 15:17,
24:6, 61:16
MORRIS 2:17
Mortensen 13:17,
58:12, 58:14, 58:16,
59:3
mother 58:4
mother/daughter
58:4
motion 74:17
Motor 1:29, 2:5,
70:18
move 60:23
moved 40:8, 66:19
moving 74:17
mrobinson@glenn
rob.com 2:11
MS 3:6, 11:22,
13:17, 21:6, 35:9,
35:24, 41:2, 41:7,
41:10, 46:18, 57:24,
58:12, 58:14, 58:16,
59:3, 62:4, 62:10,
63:23, 66:7, 67:13,
67:15, 69:16, 70:6

**< N >**
name 5:12, 5:15,
44:3, 85:2, 86:13,
86:17, 89:14
nature 18:10, 49:4
near 14:5, 80:6,
81:16
need 14:1, 46:11,
46:19, 72:15, 78:22,
79:10, 84:22, 85:2,
93:14
needed 55:3, 65:1,
69:6, 69:14, 83:15
New 7:5
next 84:24, 93:15
nighttime 51:2
No. 1:11, 19:16,

22:3, 32:14, 32:19,
47:3, 62:7, 83:3,
93:9
nod 6:4
none 93:6
normally 76:19
north 15:1, 26:8,
28:19, 30:8, 38:5,
48:7, 48:11, 61:19
Nos. 5:7
Notary 95:5, 95:25,
95:28
note 53:9, 84:15
notebook 64:7,
81:1
notes 11:19, 82:22,
86:21
nothing 5:5
noticed 64:14
Notified 14:4, 14:6,
14:7, 14:8, 14:14
Number 11:16,
18:23, 19:12, 21:2,
53:24, 54:21, 62:6,
84:23, 85:2, 86:6,
86:8, 86:16, 89:20,
89:21, 89:22, 90:1,
92:4, 92:11, 95:28

**< O >**
Obey 51:22, 51:23,
62:12, 62:24
Object 35:24, 41:2,
46:1, 63:20, 70:5,
78:18, 79:12, 93:16
objection 41:9,
53:9
observe 31:15
obstruction 59:9
obtain 17:11
obtaining 13:15
occupants 81:21,
82:10
occurred 16:5,
16:14, 34:10, 74:18,
75:2, 82:20
offer 8:8

office 54:2, 54:3,
54:6, 54:9, 54:12,
89:13
Officer 6:14, 10:17,
69:19
Once 6:20, 7:13,
8:11, 10:18, 59:7,
59:11, 59:12, 67:23,
68:22
One 9:21, 11:5,
11:17, 12:18, 16:12,
21:7, 24:7, 32:20,
33:19, 33:20, 34:21,
37:8, 39:17, 40:23,
44:4, 45:7, 51:11,
52:10, 58:17, 58:21,
58:23, 64:12, 66:19,
67:3, 67:5, 68:24,
81:8, 82:12, 84:9,
84:12, 92:16, 93:1,
93:2, 93:4
ones 12:21, 35:21,
36:8
open 48:3
operated 75:13
opposed 87:2
Opposite 30:5,
48:12
oriented 47:19
original 58:24
otherwise 95:16
outcome 95:17
outside 75:1, 93:24
overhead 12:2
own 7:23, 18:6,
83:22
owned 65:3, 84:9,
84:13
owner 54:22, 55:12,
87:14, 88:18, 88:24,
89:3
Owner/representati
ve 88:19

**< P >**
P. 2:43
p.m. 1:26, 5:9,

94:19
package 29:23
Page 3:4, 3:15,
15:13, 21:21, 22:4,
43:8, 75:7
pain 23:2
paper 85:22
park 29:4
parked 38:23,
60:16, 60:18, 68:6,
68:9
parking 61:12
part 18:11, 19:23,
25:3, 56:18, 56:21,
72:7, 91:15
partially 77:16
particular 16:20,
73:4, 87:23, 89:23,
90:12
party 95:16
pass 21:14
passed 60:12,
74:21
passenger 57:2
past 43:1
patrol 10:3, 10:8,
10:13
pauses 70:3
paved 27:2, 30:11,
33:12
PC 2:27
people 49:16, 83:15
per 18:19, 19:3
percent 27:18
period 8:16, 9:21,
9:22, 10:5, 11:6,
81:17
permission 55:5,
87:22, 88:9, 90:17
person 22:19,
22:20, 85:2, 86:17
personal 40:10,
53:15, 53:20, 53:23,
54:8, 54:21, 70:19,
84:15, 84:16, 84:20
personally 68:17,
68:22
perspective 33:8

Phone 53:21, 53:23, 53:24, 54:3, 54:7, 54:8, 54:9, 54:13, 55:15, 85:2, 86:2, 86:3, 86:5, 86:8, 88:22, 89:14, 89:20, 89:23, 89:24, 92:4, 92:11, 92:12
photograph 28:12, 32:21, 42:17, 66:8, 66:17
photographs 12:7, 12:8, 12:19, 17:1, 32:18, 35:3, 35:10, 35:13, 35:15, 65:18
photos 74:8
physical 47:18, 74:10
physically 17:24, 72:18, 91:7
picked 49:22, 54:12, 55:9
pickup 25:23, 26:5, 28:20, 31:4, 31:23, 34:17, 37:10, 38:12, 52:9, 52:12, 56:19, 56:22, 57:10, 77:24
picture 28:1, 38:15, 38:21, 62:11, 62:14
pictures 12:12, 36:15, 57:6
piece 65:12, 65:15
pile 32:19
place 5:18, 12:3, 16:8, 26:19, 29:9, 34:16, 40:24, 48:23, 58:1, 81:6, 94:7, 95:14
placement 17:4
PLAINTIFF 1:9, 2:2
please 6:8, 14:2
Point 7:14, 8:7, 38:5, 40:22, 41:21, 55:4, 57:23, 60:16, 61:19, 61:20, 66:20
pointed 65:24, 79:17
pointing 65:22,

80:3
Police 6:10, 7:7, 7:21, 8:9, 8:14, 8:19, 11:13, 11:16, 12:9, 24:2, 37:24, 48:19, 54:20
portion 27:10, 30:12, 48:9, 80:6
portions 27:4, 92:20
position 7:21, 8:8, 33:24
possession 85:21
possibility 87:19, 91:15
possible 57:10, 65:23, 86:24, 87:6, 87:8
possibly 20:1, 28:1, 35:19
post 10:20, 33:17
potential 43:6, 58:13
practice 70:19
pre-employment 7:24
prepare 72:12
presence 95:8
PRESENT 3:1, 52:19, 73:9
pressed 37:12
previously 11:15, 12:1
Prior 13:19, 13:22, 16:14, 36:18
probably 76:2, 79:1, 85:17
probationary 9:20, 9:22, 10:5
proceeded 25:14
produced 50:7
program 7:17
proof 65:2
provide 45:11
provided 77:3
PUBLIC 95:5, 95:25
pull 48:8, 57:16
pulled 58:8, 58:17,

61:7
pulling 29:18
purpose 29:11
pursuant 50:7
pushed 78:3
Put 10:4, 15:12, 27:13, 32:4, 32:8, 32:10, 33:24, 34:11, 34:13, 34:14, 36:8, 39:9, 39:11, 60:8, 60:20, 76:21, 91:8, 92:12
puts 26:20
putting 14:13

< Q >
qualified 79:6
qualify 88:3
question 5:20, 5:21, 5:23, 53:13, 56:14, 58:22, 70:11, 78:19, 79:13, 87:18, 93:17
questions 42:3, 49:18, 62:1, 69:21, 70:3, 71:6, 78:6, 84:1, 92:17

< R >
radio 23:24
ramp 16:7, 27:5, 30:8, 30:12, 48:8, 48:11, 55:20, 61:9
ran 24:20
rather 6:3, 87:7
read 45:20, 77:1, 94:12
real 25:7
realized 39:23
really 34:3, 50:4, 68:2
rear 36:7
reason 22:20, 28:8, 62:23, 73:4
recalled 54:1
recess 46:21

reckless 51:21
recollection 15:4, 25:1, 25:9, 28:17, 36:17, 36:20, 49:11, 54:18, 61:15
reconstruction 8:2, 9:5, 9:16, 11:13
record 5:13, 24:2, 46:20, 64:13, 67:10, 80:1
recorded 48:19, 65:7, 71:4, 72:10, 89:24, 94:1
recording 17:19, 17:20, 23:23, 24:5, 24:6, 49:5, 49:22, 65:7, 68:18, 70:19, 71:10, 88:15, 91:12
records 65:14, 68:21
reduced 95:8
refer 14:2
reference 33:16, 35:10, 87:1, 93:24
referring 49:12, 68:1, 78:21, 87:7, 87:10
refresh 24:24, 25:9, 25:11
regard 11:20
Registration 45:10, 45:12, 45:17, 47:11, 47:16, 65:2, 95:28
regular 10:4, 10:8, 55:1, 86:24
relation 30:3
relationship 79:21
relative 95:15
remaining 91:15, 91:20
remember 23:22, 24:20, 31:12, 38:8, 40:13, 42:5, 44:14, 46:4, 50:4, 54:2, 56:14, 61:16, 61:18, 61:21, 64:16, 68:14, 70:22, 71:22, 72:1, 72:3, 72:6

remembered 42:8
remembers 23:22
repairs 55:3
Repeat 5:21, 49:1,
58:22, 69:23
rephrase 5:22
replaced 65:13
report 11:16, 36:23,
37:1, 54:3, 75:4,
77:8, 83:16
Reportable 10:24,
11:2
REPORTED 1:35,
83:1, 83:8
REPORTER 6:3,
62:6, 94:14, 94:16
represent 5:16,
69:22, 71:2, 71:3,
71:10
representative
82:19, 88:24, 89:1,
89:6
rescue 22:13
response 64:23,
70:10
responsible 76:9
Rest 5:18, 12:2,
12:3, 14:5, 16:4,
16:6, 21:11, 27:5,
27:8, 28:23, 33:17,
40:2, 50:11, 50:14,
55:21, 55:22, 57:16,
58:9, 58:15, 61:9,
62:17, 62:19, 62:21,
69:8, 69:10
resting 34:16
restraint 19:12
result 31:3, 51:20,
52:8, 52:13
retrieved 85:12
return 53:20
reverse 63:18,
63:22, 64:1
review 46:9, 47:15
reviewed 24:6,
51:17
reviewing 46:4
Richmond 2:19,

2:30, 8:22
riding 10:16, 58:5
right- 30:24
right-hand 31:11,
92:18, 92:20
River 7:5
Road 2:39, 12:14,
23:7, 24:12, 25:5,
41:5, 52:12, 59:8,
60:3
Roadway 15:9,
15:11, 15:14, 15:16,
16:4, 17:2, 17:3,
24:19, 25:4, 25:15,
25:19, 25:24, 30:13,
31:8, 31:10, 31:13,
32:23, 56:3, 59:19,
72:17, 73:6
Roanoke 1:3, 1:32,
2:7, 2:40, 95:4,
95:19
ROBINSON 1:28,
2:4, 2:10
Rockbridge 10:18
role 13:5
rolled 25:24, 57:11
roof 25:20
room 46:19
RPR 1:35, 95:5,
95:24
run 46:19


< S >
Safety 19:11, 20:6
Salem 1:30, 2:6,
7:16, 14:13, 14:21,
14:22, 14:23, 15:19
Salinas 1:15, 2:36,
5:16, 31:20, 43:16,
43:23, 44:10, 44:12,
44:16, 51:11, 53:1,
55:15, 61:5, 65:20,
65:23, 82:4, 84:13,
87:1, 87:7, 87:11,
87:20
SANDS 2:27
saw 39:23, 56:2,

63:3, 80:17
saying 22:4, 24:8,
25:10, 72:1, 78:22,
85:1
says 23:21, 26:22,
27:8, 33:17, 75:10
scene 12:3, 12:16,
13:6, 15:6, 15:18,
15:20, 15:24, 16:16,
17:21, 22:12, 22:13,
22:20, 22:22, 23:12,
23:14, 39:20, 41:24,
43:22, 44:20, 44:23,
45:4, 45:24, 46:6,
48:18, 49:7, 49:21,
51:7, 58:6, 60:12,
69:1, 69:4, 69:12,
76:4, 77:22, 79:21,
82:13
school 6:18, 6:21
science 7:7
screaming 23:3
screen 85:4, 89:18
scuff 32:22, 33:1,
33:7, 33:21, 66:1
seat 24:17
second 33:4, 33:6,
34:17, 35:3, 40:22,
41:5, 45:1, 46:19,
58:7, 60:13, 61:20,
74:21, 75:2
seconds 64:4
section 60:1, 75:9
secured 7:20
seeing 31:2, 46:4,
56:15
Seemed 23:3
Seems 33:24
seen 25:7, 80:14
sequence 77:8
serious 11:4, 20:2,
20:13, 23:3
set 11:19, 27:22,
27:23, 34:21, 35:3,
41:15, 64:7, 95:18
shadow 27:7
Sharpie 32:3
Shifflett 20:6,

20:15, 20:22, 21:3,
37:1, 37:19, 40:8,
44:22, 51:11, 59:2
shop 55:4
Short 81:14
shorthand 95:8
shoulder 25:19,
25:24, 31:9, 60:2,
60:4, 60:9, 61:8,
61:12, 61:13, 65:16
show 11:24, 33:7,
42:16, 52:1, 74:9,
79:22
showed 30:15,
48:4, 72:17
showing 35:10,
35:13, 47:8
shows 18:18,
33:10, 33:20, 35:3,
77:15
shut 91:5
side 12:12, 12:13,
23:7, 23:15, 26:6,
26:10, 28:17, 28:19,
42:21, 57:2, 58:9,
60:1, 60:2, 66:13,
66:15
sideways 36:7
sign 18:10, 27:8,
33:17, 51:22, 51:23,
62:11, 62:14, 62:16,
62:18, 62:20, 62:23,
62:24, 94:13, 94:16
signs 61:12
similar 20:5
sit 19:19, 32:2,
35:18, 36:9, 36:12,
47:6, 87:9, 88:21
sitting 54:2
six 10:15, 10:16,
10:18, 91:22
sketch 73:5
Skid 17:1, 34:21,
34:23, 35:3, 35:16,
35:17, 35:22, 36:6,
36:8, 36:14, 36:17,
36:21, 37:2, 37:12,
37:20

**skidding** 21:22, 22:10
**slammed** 36:6, 56:9
**slid** 25:6
**slight** 39:5, 50:13, 59:14, 59:16
**slowing** 21:10
**slurred** 47:21
**smacked** 24:13
**small** 60:4
**somebody** 70:11, 82:19, 84:16, 86:20, 86:23
**somehow** 24:17
**someone** 54:12, 82:14, 83:11, 83:16, 84:21
**Somewhere** 26:21, 29:5, 79:24, 80:6, 85:9, 89:24
**soon** 92:14
**sorry** 8:23, 17:7, 20:18, 22:5, 25:22, 32:12, 49:15, 88:8
**Sort** 10:6, 29:24, 64:11, 65:14
**sought** 73:20
**South** 2:18, 29:12, 34:1, 34:2, 39:4, 50:12, 59:10
**Southbound** 30:8, 30:9, 48:8, 77:5, 77:16
**speaking** 26:20, 30:19, 43:20, 44:15
**special** 8:2
**specific** 9:12, 10:2, 48:17, 48:22, 49:9, 68:1
**specifically** 18:18, 32:19
**specified** 95:14
**speculation** 36:1
**speech** 47:21
**speed** 18:18, 18:22, 18:24, 19:1, 19:5, 19:6, 19:9, 20:15, 20:20, 21:17

**Spoke** 17:13, 19:7, 19:8, 23:15, 30:6, 39:19, 43:23, 44:24, 45:4, 60:15, 67:21, 68:2, 91:15
**spoken** 80:14
**spread** 50:14
**stack** 12:6
**standard** 59:21, 64:13
**standing** 39:24, 81:16
**start** 6:13, 16:11, 49:18
**started** 10:13, 33:13, 56:9, 72:1
**starting** 35:6, 37:5
**State** 5:12, 6:10, 8:9, 8:14, 8:19, 11:12, 12:9, 37:24, 48:7, 54:20
**stated** 44:16, 54:22
**statement** 17:10, 17:11, 17:16, 17:18, 19:24, 21:4, 23:14, 23:17, 23:18, 30:14, 31:1, 53:11, 63:9, 67:3, 67:8, 72:13, 72:15, 76:24, 77:3
**statements** 11:18, 13:11, 13:12, 13:16, 16:19, 17:9, 21:8, 24:21, 24:23, 48:18, 48:22, 51:10, 54:24, 66:23, 72:3, 76:10, 76:13, 76:17, 93:7
**STATES** 1:1
**stating** 83:16
**status** 47:8
**sticker** 40:17
**stolen** 83:2, 83:8
**stop** 15:3, 24:13, 25:5, 38:1, 54:1, 65:11, 70:12, 70:19
**stopped** 15:2, 33:12, 73:17
**stops** 70:12, 71:7, 91:12

**stored** 85:7
**Street** 2:18, 2:28
**strike** 13:9, 49:18, 58:13
**study** 7:6
**stuff** 31:13, 78:13
**subpoena** 50:8
**substance** 74:3
**substantive** 74:6
**Suite** 1:31, 2:29
**supposed** 88:6
**surface** 15:9, 15:11, 15:14
**surgery** 67:12, 67:13
**suspect** 47:23
**sworn** 5:4, 6:14

**< T >**
**T.** 1:22, 5:3, 5:14, 95:7
**taken.** 46:21
**talked** 17:8, 17:10, 48:18, 52:22, 53:1, 53:4, 80:15, 80:18, 83:11, 85:13, 87:21
**taped** 72:7
**tapes** 51:17
**tatoos** 81:12
**Taylor** 13:3, 13:5
**Team** 1:36, 37:24
**Tenth** 50:16
**tenths** 59:8
**terminal** 85:1
**terms** 70:17
**testified** 5:6
**testify** 13:23
**testimony** 56:1, 56:8, 56:10
**Texas** 83:16
**Thanks** 90:20
**themselves** 53:8, 82:13
**thinking** 22:18
**though** 61:12, 68:23
**Three** 6:12, 6:15,

6:16, 13:15, 17:7, 17:8, 45:11, 45:14, 49:16, 53:14, 82:20, 84:16, 84:18, 91:10, 93:9
**three-ring** 64:9, 64:13
**threw** 46:10
**ticket** 69:14, 71:11, 71:13, 71:16
**tickets** 18:9
**timing** 93:3
**tire** 36:4
**tires** 36:6
**today** 11:5, 13:19, 13:22, 19:19, 32:2, 36:12, 47:6, 50:23, 67:2, 87:9, 88:21
**together** 58:6
**took** 5:18, 12:12, 12:13, 12:18, 12:22, 16:8, 26:18, 29:9, 40:24, 42:9, 47:11, 48:23, 55:8, 72:18, 81:6, 94:7, 94:14
**toolbox** 40:9
**tools** 40:9
**top** 59:7, 59:11, 59:12, 59:23, 75:9
**totally** 19:16
**touched** 66:19
**tow** 69:6
**tow-** 29:23
**Towards** 28:23
**towed** 30:2, 43:16, 44:5, 44:13, 44:17, 84:13
**Towing** 29:24, 30:1, 31:16, 43:12, 61:3, 82:4, 84:6
**tractor** 26:13, 29:22, 30:3, 30:4, 31:4, 31:16, 31:17, 32:12, 33:4, 36:19, 37:11, 42:18, 43:17, 44:12, 45:18, 52:13, 56:16, 56:20, 84:6, 84:7, 84:12, 87:23,

90:18, 92:17, 92:20, 93:7, 93:24
**Tractor-trailer** 24:12, 24:18, 25:4, 25:15, 29:15, 29:16, 29:19, 29:21, 31:18, 55:24, 56:2, 78:4
**tractor-trailers** 61:8, 61:13
**tractors** 51:6, 84:9
**traffic** 55:19, 62:14, 62:16, 62:18, 62:20, 62:24
**trailers** 51:6
**trained** 45:22
**training** 8:2, 9:15, 10:15, 10:16, 10:22
**transcribed** 95:9
**transcript** 55:18, 95:11
**Transport** 1:12, 2:15, 53:16, 82:20, 83:1, 84:10, 87:2, 87:7, 87:10, 88:18, 90:9
**travel** 27:4, 30:12, 30:21, 48:9, 92:20, 93:8
**traveling** 20:23, 52:12, 56:3, 57:20
**tree** 26:6, 27:24, 28:3
**trees** 28:4, 28:7, 28:13
**Trial** 1:36
**triangle** 27:2, 30:12
**troopers** 12:16, 16:21, 16:24, 73:8
**true** 37:18, 95:11
**truth** 5:4, 5:5
**Try** 16:14, 70:8, 92:2
**trying** 41:8, 49:17, 63:18, 63:22, 69:9, 76:1, 76:3
**turn** 18:1, 18:11, 21:10, 26:23, 29:10, 29:11, 30:8, 48:8,

48:10, 48:13, 55:21, 55:22, 59:16, 65:11, 69:9, 75:16, 75:18, 84:2
**turned** 58:18
**turning** 18:4, 69:5
**turns** 65:11
**twice** 65:13
**Two** 6:24, 8:13, 12:16, 16:16, 17:23, 28:4, 28:7, 28:13, 34:3, 43:13, 60:5, 64:4, 72:8, 73:8, 79:20, 91:11, 93:1, 93:2
**two-month** 8:15
**two-tenths** 50:16
**Type** 7:8, 9:13, 20:2, 20:13, 88:24

**< U >**
**ultimately** 45:10, 45:14, 47:12, 49:10
**unauthorized** 83:16
**understand** 5:21, 32:1, 37:14, 41:7, 41:9, 51:3, 57:4, 86:20
**understanding** 12:15, 13:8, 13:14, 14:12, 25:13, 37:23, 40:7, 52:7, 52:11, 56:18, 56:21, 63:17, 63:21, 73:19, 74:1
**understood** 5:24, 82:19, 83:11
**unfortunately** 72:24
**unit** 11:13, 51:3
**UNITED** 1:1
**unless** 65:10
**upset** 76:6
**using** 20:6

**< V >**
**van** 23:22, 24:20,

25:8, 25:11, 27:15, 27:16
**vehicles** 12:3, 43:13, 49:4, 60:12, 74:10, 82:14
**verbal** 17:20
**verbally** 6:3
**video** 40:12, 42:9, 49:5, 49:22, 50:6, 70:11, 70:13, 70:23, 71:7, 71:20, 72:4, 72:15, 72:21, 72:24, 79:1, 93:13
**video/audio** 70:19
**videotaped** 72:7
**view** 12:2
**Virginia** 1:2, 1:32, 2:7, 2:19, 2:30, 2:40, 6:10, 7:16, 8:9, 8:14, 8:18, 8:22, 54:20, 55:10, 95:3, 95:6, 95:19
**vision** 59:9
**visual** 49:22

**< W >**
**W.** 2:10, 2:33
**waive** 94:15
**walk** 79:16
**walked** 48:4, 79:19
**walking** 72:23
**wanted** 24:12
**wants** 84:21
**ways** 61:3
**wearing** 24:17
**weather** 14:17, 14:24
**WEBB** 2:38
**week** 24:8, 70:24
**weeks** 7:16, 8:20, 8:23, 9:3, 10:15, 10:16, 10:18
**Wendy** 40:3
**WESTERN** 1:2
**wet** 15:9, 15:10, 15:11
**Whatever** 47:10,

84:24, 92:3
**when you are** 68:1
**Whenever** 81:5, 84:21
**WHEREOF** 95:18
**Whereupon** 5:2
**whether** 30:20, 36:24, 37:4, 37:5, 37:15, 37:19, 57:1, 57:16, 60:11, 74:16, 74:24, 76:22, 76:23, 81:20, 81:21, 82:9, 87:10, 88:9, 88:23, 90:11, 90:15, 90:16, 90:17
**WHITE** 2:12, 3:6, 11:22, 12:22, 23:22, 24:20, 25:7, 25:11, 32:4, 34:7, 35:9, 35:24, 40:23, 41:2, 41:7, 41:10, 41:20, 46:18, 58:6, 62:4, 62:10, 63:23, 66:7, 67:15, 69:16
**whole** 5:5, 43:9, 92:18
**whom** 6:8
**width** 59:18, 59:21
**Will** 5:22, 5:23, 6:5, 6:16, 24:2, 32:3, 32:11, 35:11, 71:3, 71:9, 76:20, 91:14, 91:19, 91:23, 92:2, 92:7, 92:14, 93:16
**window** 66:13, 66:15
**WITNESS** 9:1, 11:18, 13:11, 13:15, 16:18, 19:24, 21:4, 21:8, 29:2, 32:6, 32:9, 32:13, 34:12, 34:15, 35:17, 36:2, 39:14, 58:13, 60:22, 61:1, 63:21, 67:3, 69:3, 76:10, 76:16, 76:23, 76:24, 77:2, 84:2, 90:22, 91:1, 93:6, 93:19, 94:17,

95:9, 95:18
**witnessed** 16:19,
82:16
**Witnesses** 17:12,
39:22, 51:13, 66:22,
76:12, 93:9
**WITNESSNAME** 3:4
**woman** 17:9, 39:17,
53:16, 58:19
**women** 17:7, 17:8,
51:9, 58:23, 93:9,
93:10, 93:11
**wooden** 38:12
**work** 65:9, 68:20
**worked** 6:24, 8:17,
54:23, 83:11
**worker** 40:2
**working** 45:1, 54:3
**works** 91:9
**wreck** 43:18, 53:15
**wrecked** 24:19
**write** 69:13, 73:5,
76:24, 92:24, 93:2,
93:4
**written** 17:9, 17:11,
17:16, 17:18, 23:17,
51:10, 66:22, 67:8,
72:13, 72:15, 76:17,
77:3
**wrote** 76:12, 77:3


**< Y >**
**year** 9:21, 40:20
**years** 6:12, 6:16,
6:24
**yellow** 33:16
**yes.** 92:19


**< Z >**
**Zampini** 58:4

| GPS Lat. | | | | | | | | | GPS Long. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 7 | . | 4 | 6 | 9 | 4 | 5 | 0 | - | 7 | 9 | . | 8 | 1 | 0 | 6 | 1 | 5 |

## CRASH

| Crash Date MM DD YYYY | Day of Week | MILITARY Time (24 hr clock) | County of Crash | Official DMV Use |
|---|---|---|---|---|
| 10/26/2015 | Monday | 05:15 | BOTETOURT COUNTY | 153055221 |

| ⬭ City of / ⬭ Town of | City or Town Name | | Landmarks at Scene | |

| Location of Crash (route/street) | | Railroad Crossing ID no. (if within 150 ft.) | Local Case Number |
|---|---|---|---|
| INTERSTATE 81 | | | DIV615129246 |

| ⬭ At Intersection With or | 0.80 ✔ Miles ☐ Feet | N S E W ⬭ ⬭ ✔ ⬭ | Location of Crash (route/street) of ROUTE 606 | Mile Marker Number 1 5 8 . 1 0 | Number of Vehicles · 3 |

### VEHICLE # 1

| DRIVER | Driver Fled Scene ⬭ | | |
|---|---|---|---|
| Driver's Name (Last, First, Middle) | | | Gender |
| MARTINEZ JR, ISRAEL | | | ✔ Ⓕ |

| Address (Street and Number) |
|---|
| Confidential |

| City | State | ZIP |
|---|---|---|
| Confidential | | Confidential |

| Birth Date | State | DL | CDL |
|---|---|---|---|
| Confidential | | Ⓨ Ⓝ | ✔ Ⓝ |

| Safety Equip. Used | Air Bag | Ejected | Date of Death | Injury Type | EMS Transport |
|---|---|---|---|---|---|
| 3 | 2 | 1 | MM DD YYYY | 6 | Ⓨ ✔ |

| Summons Issued As Result of Crash | 1 | Offenses Charged to Driver 46.2-852 |
|---|---|---|

## VEHICLE

| Vehicle Owner's Name (Last, First, Middle) | Same as Driver ⬭ |
|---|---|
| SMC, TRANSPORT, LLC | |

| Address (Street and Number) |
|---|
| Confidential |

| City | State | ZIP |
|---|---|---|
| Confidential | | Confidential |

| Vehicle Year | Vehicle Make | Vehicle Model | Disabled | CMV | Towed |
|---|---|---|---|---|---|
| 2003 | FREIGHTLINI | COLUMBIA | ⬭ | ✔ | ⬭ |

| Vehicle Plate Number | State | Approximate Repair Cost |
|---|---|---|
| R199631 | TX | 2000 |

| VIN | ⬭ Oversize |
|---|---|
| 1FUJA6CG63LL12106 | ⬭ Cargo Spill |

| Name of Insurance Company (not agent) | ⬭ Override |
|---|---|
| UNITED SPECIALTY | ⬭ Underride |

| Speed Before Crash | Speed Limit | Maximum Safe Speed | Under | ALL Passengers Age Count | | | Over |
|---|---|---|---|---|---|---|---|
| 5 | 70 | 0 | 8 0 | 8-17 0 | 18-21 0 | | 21 0 |

### VEHICLE # 2

| DRIVER | Driver Fled Scene ⬭ | | |
|---|---|---|---|
| Driver's Name (Last, First, Middle) | | | Gender |
| LESTER, BRANDON, CLARK | | | ✔ Ⓕ |

| Address (Street and Number) |
|---|
| Confidential |

| City | State | ZIP |
|---|---|---|
| Confidential | | Confidential |

| Birth Date | State | DL | CDL |
|---|---|---|---|
| Confidential | VA | ✔ Ⓝ | Ⓨ Ⓝ |

| Safety Equip. Used | Air Bag | Ejected | Date of Death | Injury Type | EMS Transport |
|---|---|---|---|---|---|
| 8 | 2 | 3 | MM DD YYYY | 2 | ✔ Ⓝ |

| Summons Issued As Result of Crash | 2 | Offenses Charged to Driver |
|---|---|---|

## VEHICLE

| Vehicle Owner's Name (Last, First, Middle) | Same as Driver ✔ |
|---|---|
| LESTER, BRANDON, CLARK | |

| Address (Street and Number) |
|---|
| Confidential |

| City | State | ZIP |
|---|---|---|
| Confidential | | Confidential |

| Vehicle Year | Vehicle Make | Vehicle Model | Disabled | CMV | Towed |
|---|---|---|---|---|---|
| 1995 | TOYOTA | TACOMA | ✔ | ⬭ | ✔ |

| Vehicle Plate Number | State | Approximate Repair Cost |
|---|---|---|
| VGA 1541 | VA | 5000 |

| VIN | ⬭ Oversize |
|---|---|
| 4TAUN61C9SZ035791 | ⬭ Cargo Spill |

| Name of Insurance Company (not agent) | ⬭ Override |
|---|---|
| GEICO | ⬭ Underride |

| Speed Before Crash | Speed Limit | Maximum Safe Speed | Under | ALL Passengers Age Count | | | Over |
|---|---|---|---|---|---|---|---|
| 70 | 70 | 70 | 8 0 | 8-17 0 | 18-21 0 | | 21 0 |

## PASSENGER (only if injured or killed) — Vehicle 1

| Name of Injured (Last, First, Middle) | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |
|---|---|---|---|---|---|---|

## PASSENGER (only if injured or killed) — Vehicle 2

| Name of Injured (Last, First, Middle) | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |
|---|---|---|---|---|---|---|

## Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

Diagram:
```
        8
    1  2  3
8   4  5  6   8
       7
        8
```

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Bag, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
6. No Injury (driver only)

EXHIBIT
TPR ATKins #

| Investigating Officer | Badge/Code Number | Agency/Department Name and Code | Reviewing Officer | Report File Date |
|---|---|---|---|---|
| MICHAEL ATKINS | 1593 | VIRGINIA STATE POLICE | | 10/26/2015 |

## CRASH

| | | | | |
|---|---|---|---|---|
| GPS Lat. | 3 7 . 4 6 9 4 5 0 | | | |
| GPS Long. | - 7 9 . 8 1 0 6 1 5 | | | |

| Crash Date | MM | DD | YYYY | Day of Week | MILITARY Time (24 hr clock) | County of Crash | Official DMV Use |
|---|---|---|---|---|---|---|---|
| | 10/26/2015 | | | Monday | 05:15 | BOTETOURT COUNTY | |

○ City of
○ Town of — City or Town Name

Landmarks at Scene

153055221

Location of Crash (route/street)
**INTERSTATE 81**

Railroad Crossing ID no. (if within 150 ft.)

Local Case Number
DIV615129246

○ At Intersection With or **0.80** ✓ Miles ☐ Feet N S ○✓E○ W of **ROUTE 606**

| Mile Marker Number | 1 5 8 . 1 0 | Number of Vehicles | 3 |
|---|---|---|---|

## VEHICLE # 3

### DRIVER
Driver Fled Scene ○

Driver's Name (Last, First, Middle)
**SHIFFLETT, ANTHONY, RAY**

Gender ✓M ○F

Address (Street and Number)
Confidential

| City | State | ZIP |
|---|---|---|
| Confidential | Confidential | Confidential |

| Birth Date | MM DD YY | Drivers License Number | State | DL ○Y ○N | CDL ✓Y ○N |
|---|---|---|---|---|---|
| Confidential | | Confidential | | | |

| Safety Equip. Used | Air Bag | Ejected | Date of Death | Injury Type | EMS Transport |
|---|---|---|---|---|---|
| 3 | 2 | 1 | MM DD YYYY | 2 | ✓Y ○N |

| Summons Issued As Result of Crash | 2 | Offenses Charged to Driver |
|---|---|---|

### VEHICLE
Vehicle Owner's Name (Last, First, Middle)     Same as Driver ○
**CT, WWM, INC**

Address (Street and Number)
Confidential

| City | State | ZIP |
|---|---|---|
| Confidential | Confidential | Confidential |

| Vehicle Year | Vehicle Make | Vehicle Model | Disabled | CMV | Towed |
|---|---|---|---|---|---|
| 2007 | HINO | 165 | ✓ | ✓ | ✓ |

| Vehicle Plate Number | State | Approximate Repair Cost |
|---|---|---|
| TX157469 | VA | 15000 |

VIN
5PVNE8JV372S50623

○ Oversize
○ Cargo Spill
○ Override
○ Underride

Name of Insurance Company (not agent)
**FCCI INSURANCE**

| Speed Before Crash | Speed Limit | Maximum Safe Speed | Under 8 | ALL Passengers Age Count | | | Over 21 |
|---|---|---|---|---|---|---|---|
| 60 | 70 | 0 | 0 | 8-17 0 | 18-20 0 | 21 0 | 0 |

### PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ○Y ○N | Date of Death MM DD YY |
|---|---|---|---|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ○M ○F |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ○Y ○N | Date of Death MM DD YY |
|---|---|---|---|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ○M ○F |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ○Y ○N | Date of Death MM DD YY |
|---|---|---|---|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ○M ○F |
|---|---|---|---|---|---|---|

## VEHICLE #

### DRIVER
Driver Fled Scene ○

Driver's Name (Last, First, Middle)

Gender ○M ○F

Address (Street and Number)

| City | State | ZIP |
|---|---|---|

| Birth Date | MM DD YYYY | Drivers License Number | State | DL ○Y ○N | CDL ○Y ○N |
|---|---|---|---|---|---|

| Safety Equip. Used | Air Bag | Ejected | Date of Death MM DD YYYY | Injury Type | EMS Transport ○Y ○N |
|---|---|---|---|---|---|

| Summons Issued As Result of Crash | | Offenses Charged to Driver |
|---|---|---|

### VEHICLE
Vehicle Owner's Name (Last, First, Middle)     Same as Driver ○

Address (Street and Number)

| City | State | ZIP |
|---|---|---|

| Vehicle Year | Vehicle Make | Vehicle Model | Disabled | CMV | Towed |
|---|---|---|---|---|---|

| Vehicle Plate Number | State | Approximate Repair Cost |
|---|---|---|

VIN

○ Oversize
○ Cargo Spill
○ Override
○ Underride

Name of Insurance Company (not agent)

| Speed Before Crash | Speed Limit | Maximum Safe Speed | Under 8 | ALL Passengers Age Count | | | Over 21 |
|---|---|---|---|---|---|---|---|
| | | | | 8-17 | 18-21 | 21 | |

### PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ○Y ○N | Date of Death MM DD YY |
|---|---|---|---|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ○M ○F |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ○Y ○N | Date of Death MM DD YY |
|---|---|---|---|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ○M ○F |
|---|---|---|---|---|---|---|

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ○Y ○N | Date of Death MM DD YY |
|---|---|---|---|---|---|---|

| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ○M ○F |
|---|---|---|---|---|---|---|

## Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
5. No Injury (driver only)

| Investigating Officer | Badge/Code Number | Agency/Department Name and Code | Reviewing Officer | Report File Date |
|---|---|---|---|---|
| MICHAEL ATKINS | 5563 | VIRGINIA STATE POLICE | | 11/02/2015 |

Officer Initials MA    Badge # 8363

Commonwealth of Virginia • Department of Motor Vehicles
**Police Crash Report**

FR300P (Rev 1/12)
Page 3 of 7

Revised Report ○

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of ○ / Town of ○ | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | | DIV615129246 |

## DRIVER INFORMATION

### Veh 1 / Veh 2

**Driver's Action** P1

- ○ ✔ 1. No Improper Action
- ○ ○ 2. Exceeded Speed Limit
- ○ ○ 3. Exceeded Safe Speed But Not Speed Limit
- ○ ○ 4. Overtaking On Hill
- ○ ○ 5. Overtaking On Curve
- ○ ○ 6. Overtaking at Intersection
- ○ ○ 7. Improper Passing of School Bus
- ○ ○ 8. Cutting In
- ○ ○ 9. Other Improper Passing
- ○ ○ 10. Wrong Side of Road – Not Overtaking
- ○ ○ 11. Did Not Have Right-of-Way
- ○ ○ 12. Following Too Close
- ○ ○ 13. Fail to Signal or Improper Signal
- ○ ○ 14. Improper Turn – Wide Right Turn
- ○ ○ 15. Improper Turn – Cut Corner on Left Turn
- ○ ○ 16. Improper Turn From Wrong Lane
- ○ ○ 17. Other Improper Turn
- ○ ○ 18. Improper Backing
- ○ ○ 19. Improper Start From Parked Position
- ○ ○ 20. Disregarded Officer or Flagger
- ○ ○ 21. Disregarded Traffic Signal
- ○ ○ 22. Disregarded Stop or Yield Sign
- ○ ○ 23. Driver Distraction
- ○ ○ 24. Fail to Stop at Through High way – No Sign
- ○ ○ 25. Drive Through Work Zone
- ○ ○ 26. Fail to Set Out Flares or Flags
- ○ ○ 27. Fail to Dim Headlights
- ○ ○ 28. Driving Without Lights
- ○ ○ 29. Improper Parking Location
- ○ ○ 30. Avoiding Pedestrian
- ○ ○ 31. Avoiding Other Vehicle
- ○ ○ 32. Avoiding Animal
- ○ ○ 33. Crowded Off Highway
- ○ ○ 34. Hit and Run
- ○ ○ 35. Car Ran Away – No Driver
- ○ ○ 36. Blinded by Headlights
- ✔ ○ 37. Other
- ○ ○ 38. Avoiding Object in Roadway
- ○ ○ 39. Eluding Police
- ○ ○ 40. Fail to Maintain Proper Control
- ○ ○ 41. Improper Passing
- ○ ○ 42. Improper or Unsafe Lane Change
- ○ ○ 43. Over Correction

**Condition of Driver Contributing to the Crash** P2

- ✔ ✔ 1. No Defects
- ○ ○ 2. Eyesight Defective
- ○ ○ 3. Hearing Defective
- ○ ○ 4. Other Body Defects
- ○ ○ 5. Illness
- ○ ○ 6. Fatigued
- ○ ○ 7. Apparently Asleep
- ○ ○ 8. Unknown

**Driver Vision Obscured** P3

- ✔ ✔ 1. Not Obscured
- ○ ○ 2. Rain, Snow, etc. on Windshield
- ○ ○ 3. Windshield Otherwise Ob scured
- ○ ○ 4. Vision Obscured by Load on Vehicle
- ○ ○ 5. Trees, Crops, etc.
- ○ ○ 6. Building
- ○ ○ 7. Embankment
- ○ ○ 8. Sign or Signboard
- ○ ○ 9. Hillcrest
- ○ ○ 10. Parked Vehicle(s)
- ○ ○ 11. Moving Vehicle(s)
- ○ ○ 12. Sun or Headlight Glare
- ○ ○ 13. Other
- ○ ○ 14. Blind Spot
- ○ ○ 15. Smoke/Dust
- ○ ○ 16. Stopped Vehicle(s)

**Type of Driver Distractions** P4

- ○ ○ 1. Looking at Roadside Incident
- ○ ○ 2. Driver Fatigue
- ○ ○ 3. Looking at Scenery
- ○ ○ 4. Passenger(s)
- ○ ○ 5. Radio/CD, etc.
- ○ ○ 6. Cell Phone
- ○ ○ 7. Eyes Not on Road
- ○ ○ 8. Daydreaming
- ○ ○ 9. Eating/Drinking
- ○ ○ 10. Adjusting Vehicle Controls
- ○ ○ 11. Other
- ○ ○ 12. Navigation Device
- ○ ○ 13. Texting
- ✔ ✔ 14. No Driver Distraction

**Drinking** P5

- ✔ ✔ 1. Had Not Been Drinking
- ○ ○ 2. Drinking – Obviously Drunk
- ○ ○ 3. Drinking – Ability Im paired
- ○ ○ 4. Drinking – Ability Not Impaired
- ○ ○ 5. Drinking – Not Known Whether Impaired
- ○ ○ 6. Unknown

**Method of Alcohol Determination (by police)** P6

- ✔ ✔ 1. Blood
- ○ ○ 2. Breath
- ○ ○ 3. Refused
- ○ ○ 4. No Test

**Drug Use** P7

- ○ ○ 1. Yes
- ✔ ✔ 2. No

## VEHICLE INFORMATION

### Veh 1 / Veh 2

**Vehicle Maneuver** V1

- ✔ ○ 1. Going Straight Ahead
- ○ ○ 2. Making Right Turn
- ○ ○ 3. Making Left Turn
- ○ ○ 4. Making U-Turn
- ○ ○ 5. Slowing or Stopping
- ○ ○ 6. Merging Into Traffic Lane
- ○ ○ 7. Starting From Parked Position
- ○ ○ 8. Stopped in Traffic Lane
- ○ ○ 9. Ran Off Road – Right
- ○ ○ 10. Ran Off Road – Left
- ○ ○ 11. Parked
- ○ ○ 12. Backing
- ○ ○ 13. Passing
- ○ ○ 14. Changing Lanes
- ✔ ○ 15. Other
- ○ ○ 16. Entering Street From Parking Lot

**Skidding Tire/Mark** V2

- ○ ○ 1. Before Application of Brakes
- ✔ ○ 2. After Application of Brakes
- ○ ○ 3. Before and After Application of Brakes
- ✔ ○ 4. No Visible Skid Mark/Tire Mark

**Vehicle Body Type** V3

- ○ ○ 1. Passenger car
- ✔ ○ 2. Truck – Pick-up/Passenger Truck
- ○ ○ 3. Van
- ○ ○ 4. Truck – Single Unit Truck (2-Axles)
- ○ ○ 5. Motor Home, Recreational Vehicle
- ○ ○ 6. Special Vehicle – Oversized Vehicle/Earthmover/Road Equipment
- ○ ○ 7. Bicycle
- ○ ○ 8. Moped
- ○ ○ 9. Motorcycle
- ○ ○ 10. Emergency Vehicle (Regardless of Vehicle Type)
- ○ ○ 11. Bus – School Bus
- ○ ○ 12. Bus – City Transit Bus/ Privately Owned Church Bus
- ○ ○ 13. Bus – Commercial Bus
- ○ ○ 14. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.
- ○ ○ 15. Special Vehicle – Farm Machinery
- ○ ○ 16. Special Vehicle – ATV
- ○ ○ 17. Special Vehicle – Low-Speed Vehicle
- ○ ○ 18. Truck – Sport Utility Vehicle (SUV)
- ✔ ○ 19. Truck – Single Unit Truck (3 Axles or More)
- ○ ○ 20. Truck – Truck Tractor (Bobtail-No Trailer)

**Vehicle Damage** V4

- ○ ○ 1. Unknown
- ○ ○ 2. No damage
- ○ ○ 3. Overturned
- ○ ○ 4. Motor
- ○ ○ 5. Undercarriage
- ✔ ○ 6. Totaled
- ○ ○ 7. Fire
- ✔ ○ 8. Other

**Vehicle Condition** V5

- ✔ ✔ 1. No Defects
- ○ ○ 2. Lights Defective
- ○ ○ 3. Brakes Defective
- ○ ○ 4. Steering Defective
- ○ ○ 5. Puncture/Blowout
- ○ ○ 6. Worn or Slick Tires
- ○ ○ 7. Motor Trouble
- ○ ○ 8. Chains In Use
- ○ ○ 9. Other
- ○ ○ 10. Vehicle Altered
- ○ ○ 11. Mirrors Defective
- ○ ○ 12. Power Train Defective
- ○ ○ 13. Suspension Defective
- ○ ○ 14. Windows/Windshield Defective
- ○ ○ 15. Wipers Defective
- ○ ○ 16. Wheels Defective
- ○ ○ 17. Exhaust System

**Special Function Motor Vehicle** V6

- ✔ ✔ 1. No Special Function
- ○ ○ 2. Taxi
- ○ ○ 3. School Bus (Public or Private)
- ○ ○ 4. Transit Bus
- ○ ○ 5. Intercity Bus
- ○ ○ 6. Charter Bus
- ○ ○ 7. Other Bus
- ○ ○ 8. Military
- ○ ○ 9. Police
- ○ ○ 10. Ambulance
- ○ ○ 11. Fire Truck
- ○ ○ 12. Tow Truck
- ○ ○ 13. Maintenance
- ○ ○ 14. Unknown

**EMV in service** V7

- ✔ ✔ 1. Yes
- ○ ○ 2. No

**Truck Cover** V8

- ○ ✔ 1. Yes
- ✔ ○ 2. No

Officer Initials MA    Badge # 8363

Revised Report ○

Commonwealth of Virginia • Department of Motor Vehicles
**Police Crash Report**

FR300P (Rev 1/12)

Page 4 of 7

## CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | ○ ○ | DIV615129246 |

## DRIVER INFORMATION

**Veh 3** Veh

### Driver's Action P1 (N/A) (N/A) — Veh 3

✔ ○ 1. No Improper Action
○ ○ 2. Exceeded Speed Limit
○ ○ 3. Exceeded Safe Speed But Not Speed Limit
○ ○ 4. Overtaking On Hill
○ ○ 5. Overtaking On Curve
○ ○ 6. Overtaking at Intersection
○ ○ 7. Improper Passing of School Bus
○ ○ 8. Cutting In
○ ○ 9. Other Improper Passing
○ ○ 10. Wrong Side of Road – Not Overtaking
○ ○ 11. Did Not Have Right-of-Way
○ ○ 12. Following Too Close
○ ○ 13. Fail to Signal or Improper Signal
○ ○ 14. Improper Turn – Wide Right Turn
○ ○ 15. Improper Turn – Cut Corner on Left Turn
○ ○ 16. Improper Turn From Wrong Lane
○ ○ 17. Other Improper Turn
○ ○ 18. Improper Backing
○ ○ 19. Improper Start From Parked Position
○ ○ 20. Disregarded Officer or Flagger
○ ○ 21. Disregarded Traffic Signal
○ ○ 22. Disregarded Stop or Yield Sign
○ ○ 23. Driver Distraction
○ ○ 24. Fail to Stop at Through High way – No Sign
○ ○ 25. Drive Through Work Zone
○ ○ 26. Fail to Set Out Flares or Flags
○ ○ 27. Fail to Dim Headlights
○ ○ 28. Driving Without Lights
○ ○ 29. Improper Parking Location
○ ○ 30. Avoiding Pedestrian
○ ○ 31. Avoiding Other Vehicle
○ ○ 32. Avoiding Animal
○ ○ 33. Crowded Off Highway
○ ○ 34. Hit and Run
○ ○ 35. Car Ran Away – No Driver
○ ○ 36. Blinded by Headlights
○ ○ 37. Other
○ ○ 38. Avoiding Object in Roadway
○ ○ 39. Eluding Police
○ ○ 40. Fail to Maintain Proper Control
○ ○ 41. Improper Passing
○ ○ 42. Improper or Unsafe Lane Change
○ ○ 43. Over Correction

### Condition of Driver P2 Contributing to the Crash (N/A) (N/A)

✔ ○ 1. No Defects
○ ○ 2. Eyesight Defective
○ ○ 3. Hearing Defective
○ ○ 4. Other Body Defects
○ ○ 5. Illness
○ ○ 6. Fatigued
○ ○ 7. Apparently Asleep
○ ○ 8. [Drinking]
○ ○ 9. Unknown

### Driver Vision Obscured P3 (N/A) (N/A)

✔ ○ 1. Not Obscured
○ ○ 2. Rain, Snow, etc. on Windshield
○ ○ 3. Windshield Otherwise Ob scured
○ ○ 4. Vision Obscured by Load on Vehicle
○ ○ 5. Trees, Crops, etc.
○ ○ 6. Building
○ ○ 7. Embankment
○ ○ 8. Sign or Signboard
○ ○ 9. Hillcrest
○ ○ 10. Parked Vehicle(s)
○ ○ 11. Moving Vehicle(s)
○ ○ 12. Sun or Headlight Glare
○ ○ 13. Other
○ ○ 14. Blind Spot
○ ○ 15. Smoke/Dust
○ ○ 16. Stopped Vehicle(s)

### Type of Driver Distractions P4 (N/A) (N/A)

○ ○ 1. Looking at Roadside Incident
○ ○ 2. Driver Fatigue
○ ○ 3. Looking at Scenery
○ ○ 4. Passenger(s)
○ ○ 5. Radio/CD, etc.
○ ○ 6. Cell Phone
○ ○ 7. Eyes Not on Road
○ ○ 8. Daydreaming
○ ○ 9. Eating/Drinking
○ ○ 10. Adjusting Vehicle Controls
○ ○ 11. Other
○ ○ 12. Navigation Device
○ ○ 13. Texting
✔ ○ 14. No Driver Distraction

### Drinking P5 (N/A) (N/A)

✔ ○ 1. Had Not Been Drinking
○ ○ 2. Drinking – Obviously Drunk
○ ○ 3. Drinking – Ability Im paired
○ ○ 4. Drinking – Ability Not Impaired
○ ○ 5. Drinking – Not Known Whether Impaired
○ ○ 6. Unknown

### Method of Alcohol P6 Determination (by police) (✔) (N/A)

○ ○ 1. Blood
○ ○ 2. Breath
○ ○ 3. Refused
○ ○ 4. No Test

### Drug Use P7 (N/A) (N/A)

○ ○ 1. Yes
✔ ○ 2. No

## VEHICLE INFORMATION

**Veh 3** Veh

### Vehicle Maneuver V1 (N/A) (N/A)

✔ ○ 1. Going Straight Ahead
○ ○ 2. Making Right Turn
○ ○ 3. Making Left Turn
○ ○ 4. Making U-Turn
○ ○ 5. Slowing or Stopping
○ ○ 6. Merging Into Traffic Lane
○ ○ 7. Starting From Parked Position
○ ○ 8. Stopped in Traffic Lane
○ ○ 9. Ran Off Road – Right
○ ○ 10. Ran Off Road – Left
○ ○ 11. Parked
○ ○ 12. Backing
○ ○ 13. Passing
○ ○ 14. Changing Lanes
○ ○ 15. Other
○ ○ 16. Entering Street From Parking Lot

### Skidding Tire/Mark V2 (N/A) (N/A)

○ ○ 1. Before Application of Brakes
✔ ○ 2. After Application of Brakes
○ ○ 3. Before and After Application of Brakes
○ ○ 4. No Visible Skid Mark/Tire Mark

### Vehicle Body Type V3 (N/A) (N/A)

○ ○ 1. Passenger car
○ ○ 2. Truck – Pick-up/Passenger Truck
○ ○ 3. Van
✔ ○ 4. Truck – Single Unit Truck (2-Axles)
○ ○ 7. Motor Home, Recreational Vehicle
○ ○ 8. Special Vehicle – Oversized Vehicle/Earthmover/Road Equipment
○ ○ 9. Bicycle
○ ○ 10. Moped
○ ○ 11. Motorcycle
○ ○ 12. Emergency Vehicle (Regardless of Vehicle Type)
○ ○ 13. Bus – School Bus
○ ○ 14. Bus – City Transit Bus/ Privately Owned Church Bus
○ ○ 15. Bus – Commercial Bus
○ ○ 16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.
○ ○ 18. Special Vehicle – Farm Machinery
○ ○ 19. Special Vehicle – ATV
○ ○ 21. Special Vehicle – Low-Speed Vehicle
○ ○ 22. Truck – Sport Utility Vehicle (SUV)
○ ○ 23. Truck – Single Unit Truck (3 Axles or More)
○ ○ 25. Truck – Truck Tractor (Bobtail-No Trailer)

### Vehicle Damage V4 (N/A) (N/A)

○ ○ 1. Unknown
○ ○ 2. No damage
○ ○ 3. Overturned
○ ○ 4. Motor
○ ○ 5. Undercarriage
✔ ○ 6. Totaled
○ ○ 7. Fire
○ ○ 8. Other

### Vehicle Condition V5 (N/A) (N/A)

✔ ○ 1. No Defects
○ ○ 2. Lights Defective
○ ○ 3. Brakes Defective
○ ○ 4. Steering Defective
○ ○ 5. Puncture/Blowout
○ ○ 6. Worn or Slick Tires
○ ○ 7. Motor Trouble
○ ○ 8. Chains In Use
○ ○ 9. Other
○ ○ 10. Vehicle Altered
○ ○ 11. Mirrors Defective
○ ○ 12. Power Train Defective
○ ○ 13. Suspension Defective
○ ○ 14. Windows/Windshield Defective
○ ○ 15. Wipers Defective
○ ○ 16. Wheels Defective
○ ○ 17. Exhaust System

### Special Function V6 Motor Vehicle (N/A) (N/A)

✔ ○ 1. No Special Function
○ ○ 2. Taxi
○ ○ 3. School Bus (Public or Private)
○ ○ 4. Transit Bus
○ ○ 5. Intercity Bus
○ ○ 6. Charter Bus
○ ○ 7. Other Bus
○ ○ 8. Military
○ ○ 9. Police
○ ○ 10. Ambulance
○ ○ 11. Fire Truck
○ ○ 12. Tow Truck
○ ○ 13. Maintenance
○ ○ 14. Unknown

### EMV in service V7 (✔) (N/A)

○ ○ 1. Yes
○ ○ 2. No

### Truck Cover V8 (N/A) (N/A)

✔ ○ 1. Yes
○ ○ 2. No

Revised Report ○

# Police Crash Report

## CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of ○ / Town of ○ | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | | DIV615129246 |

# CRASH INFORMATION

## Location of First Harmful Event In Relation to Roadway    C1
✓ 1. On Roadway
○ 2. Shoulder
○ 3. Median
○ 4. Roadside
○ 5. Gore
○ 6. Separator
○ 7. In Parking Lane or Zone
○ 8. Off Roadway, Location Unknown
○ 9. Outside Right-of-Way

## Weather Condition    C2
✓ 1. No Adverse Condition
   (Clear/Cloudy)
○ 3. Fog
○ 4. Mist
○ 5. Rain
○ 6. Snow
○ 7. Sleet/Hail
○ 8. Smoke/Dust
○ 9. Other
○ 10. Blowing Sand, Soil, Dirt, or Snow
○ 11. Severe Crosswinds

## Light Conditions    C3
○ 1. Dawn
○ 2. Daylight
○ 3. Dusk
○ 4. Darkness – Road Lighted
✓ 5. Darkness – Road Not Lighted
○ 6. Darkness – Unknown Road Lighting
○ 7. Unknown

## Traffic Control Device    C4
✓ 1. Yes – Working
○ 2. Yes – Working and Obscured
○ 3. Yes – Not Working
○ 4. Yes – Not Working and Obscured
○ 5. Yes – Missing
○ 6. No Traffic Control Device Present

## Traffic Control Type    C5
○ 1. No Traffic Control
○ 2. Officer or Flagger
○ 3. Traffic Signal
○ 4. Stop Sign
○ 5. Slow or Warning Sign
✓ 6. Traffic Lanes Marked
○ 7. No Passing Lines
○ 8. Yield Sign
○ 9. One Way Road or Street
○ 10. Railroad Crossing With Markings and Signs
○ 11. Railroad Crossing With Signals
○ 12. Railroad Crossing With Gate and Signals
○ 13. Other
○ 14. Pedestrian Crosswalk
○ 15. Reduced Speed – School Zone
○ 16. Reduced Speed – Work Zone
○ 17. Highway Safety Corridor

## Roadway Alignment    C6
✓ 1. Straight – Level
○ 2. Curve – Level
○ 3. Grade – Straight
○ 4. Grade – Curve
○ 5. Hillcrest – Straight
○ 6. Hillcrest – Curve
○ 7. Dip – Straight
○ 8. Dip – Curve
○ 9. Other
○ 10. On/Off Ramp

## Roadway Surface Condition    C7
✓ 1. Dry
○ 2. Wet
○ 3. Snowy
○ 4. Icy
○ 5. Muddy
○ 6. Oil/Other Fluids
○ 7. Other
○ 8. Natural Debris
○ 9. Water (Standing, Moving)
○ 10. Slush
○ 11. Sand, Dirt, Gravel

## Roadway Surface Type    C8
○ 1. Concrete
✓ 2. Blacktop, Asphalt, Bituminous
○ 3. Brick or Block
○ 4. Slag, Gravel, Stone
○ 5. Dirt
○ 6. Other

## Roadway Description    C9
○ 1. Two-Way, Not Divided
○ 2. Two-Way, Divided, Unprotected Median
✓ 3. Two-Way, Divided, Positive Median Barrier
○ 4. One-Way, Not Divided
○ 5. Unknown

## Roadway Defects    C10
✓ 1. No Defects
○ 2. Holes, Ruts, Bumps
○ 3. Soft or Low Shoulder
○ 4. Under Repair
○ 5. Loose Material
○ 6. Restricted Width
○ 7. Slick Pavement
○ 8. Roadway Obstructed
○ 9. Other
○ 10. Edge Pavement Drop Off

## Relation to Roadway    C11
### Interchange Area:
○ 1. Main-Line Roadway
○ 2. Acceleration/Deceleration Lanes
○ 3. Gore Area (Between Ramp and Highway Edgelines)
○ 4. Collector/Distributor Road
○ 5. On Entrance/Exit Ramp
○ 6. Intersection at end of Ramp
○ 7. Other location not listed above within an interchange area (median, shoulder and roadside)

### Intersection Area:
✓ 8. Non-Intersection
○ 9. Within Intersection
○ 10. Intersection-Related - Within 150'
○ 11. Intersection-Related - Outside 150'

### Other Location:
○ 12. Crossover Related
○ 13. Driveway, Alley-Access - Related
○ 14. Railway Grade Crossing
○ 15. Other Crossing (Crossings for Bikes, School, etc.)

## Intersection Type    C12
✓ 1. Not at Intersection
○ 2. Two Approaches
○ 3. Three Approaches
○ 4. Four Approaches
○ 5. Five-Point, or more
○ 6. Roundabout

## Work Zone    C13
○ 1. Yes
✓ 2. No

## Work Zone Workers Present    C14
○ 1. With Law Enforcement
○ 2. With No Law Enforcement
○ 3. No Workers Present

## Work Zone Location    C15
○ 1. Advance Warning Area
○ 2. Transition Area
○ 3. Activity Area
○ 4. Termination Area

## Work Zone Type    C16
○ 1. Lane Closure
○ 2. Lane Shift/Crossover
○ 3. Work on Shoulder or Median
○ 4. Intermittent or Moving Work
○ 5. Other

## School Zone    C17
○ 1. Yes
○ 2. Yes - With School Activity
✓ 3. No

## Type of Collision    C18
○ 1. Rear End
✓ 2. Angle
○ 3. Head On
○ 4. Sideswipe – Same Direction
○ 5. Sideswipe – Opposite Direction
○ 6. Fixed Object in Road
○ 7. Train
○ 8. Non-Collision
○ 9. Fixed Object – Off Road
○ 10. Deer
○ 11. Other Animal
○ 12. Pedestrian
○ 13. Bicyclist
○ 14. Motorcyclist
○ 15. Backed Into
○ 16. Other

## CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | ○ City of | Local Case Number |
|---|---|---|---|---|
| 10/26/2015 | 05:15 | BOTETOURT COUNTY | ○ Town of | DIV615129246 |

## CRASH DIAGRAM

**VEHICLE #** 1

Fill In Impact Area(s).
Initial Impact. 11

Veh Dir of Travel–N/S/E/W

**VEHICLE #** 3

Fill In Impact Area(s).
Initial Impact. 12

Veh Dir of Travel–N/S/E/W

INTERSTATE 81

**VEHICLE #** 2

Fill In Impact Area(s).
Initial Impact. 12

Veh Dir of Travel–N/S/E/W

**VEHICLE #**

Fill In Impact Area(s).
Initial Impact.

Veh Dir of Travel–N/S/E/W

## DAMAGE TO PROPERTY OTHER THAN VEHICLES

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property |
|---|---|---|---|---|
| | | | | ○ Yes ○ No |

## CRASH DESCRIPTION

VEHICLE 1 WAS IN THE REST AREA. VEHICLE 2 AND VEHICLE 3 WAS TRAVELING SOUTH ON INTERSTATE 81. VEHICLE 1 EXITED THE REST AREA IN THE WRONG DIRECTION. VEHICLE 1 STRUCK VEHICLE 2. VEHICLE 3 THEN STRUCK VEHICLE 2.

## CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | | | | 20 | 2 | 20 | 20 | 30 | | 20 |

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 20 | 30 | 2 | | 20 | | | | | | |

First Harmful Event of Entire Crash that Results in First Injury or Damage. 20

**COLLISION WITH FIXED OBJECT**
1. Bank Or Ledge
2. Trees
3. Utility Pole
4. Fence Or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass,
   Culvert, etc.
8. Sign, Traffic Signal
9. Impact Cushioning Device
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support
18. Mailbox

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle In Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone
    Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision

Commonwealth of Virginia • Department of Motor Vehicles

## Police Crash Report

FR300P (Rev 1/12)

Revised Report ◯

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of ◯ | Local Case Number |
|---|---|---|---|---|
| MM DD YYYY 10/26/2015 | 05:15 | BOTETOURT COUNTY | Town of ◯ | DIV615129246 |

## COMMERCIAL MOTOR VEHICLE SECTION

### This form is being completed because the vehicle is:

| ✔ A Truck or Truck Combination Rating Greater Than 10,000 lbs. (GVWR/GCWR) | ◯ Any Motor Vehicle That Seats 9 or More People, Including the Driver | ◯ A Vehicle of Any Type with a Hazardous Materials Placard Regardless of Weight |
|---|---|---|

### AND The crash resulted in:

| A fatality: any person(s) killed in or outside of any vehicle (truck, bus, car, etc.) involved in the crash or who dies within 30 days of the crash as a result of an injury sustained in the crash | OR | An injury: any person(s) injured as a result of the crash who immediately receives medical treatment away from the crash scene | OR | A tow-away: any motor vehicle (truck, bus, car, etc.) disabled as a result of the crash and transported away from the scene by a tow truck or other vehicle |
|---|---|---|---|---|

## VEHICLE # 1

### Vehicle Configuration V10

- ◯ 1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
- ◯ 2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
- ◯ 3. Bus (Seats 9-15 People, Including Driver)
- ◯ 4. Bus (Seats for 16 People or More, Including Driver)
- ◯ 5. Single Unit Truck (2 Axles, 6 Tires)
- ◯ 6. Single Unit Truck (3 or More Axles)
- ✔ 7. Truck Trailer(s) [Single-Unit Truck Pulling Trailer(s)]
- ◯ 8. Truck Tractor (Bobtail)
- ◯ 9. Tractor/Semi-trailer (One Trailer)
- ◯ 10. Tractor/Doubles (Two Trailers)
- ◯ 11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

### Cargo Body Type V11

- ◯ 1. Bus (Seats 9-15 People, Including Driver)
- ◯ 2. Bus (Seats For 16 People or More, Including Driver)
- ◯ 3. Van/Enclosed Box
- ◯ 4. Cargo Tank
- ◯ 5. Flatbed
- ◯ 6. Dump
- ◯ 7. Concrete Mixer
- ◯ 8. Auto Transporter
- ◯ 9. Garbage/Refuse
- ◯ 10. Grain/Chips/Gravel
- ◯ 11. Pole-Trailer
- ✔ 12. Vehicle Towing Another Motor Vehicle
- ◯ 13. Intermodal Container Chassis
- ◯ 14. Logging
- ◯ 15. Other Cargo Body (Not Listed Above)
- ◯ 16. Not Applicable/ No Cargo Body

### License P8 Class

- ✔ Class A
- ◯ Class B
- ◯ Class C
- ◯ Class DRL (regular drivers license)
- ◯ Class M

**GVWR/ GCWR V12**
- ◯ 1. 10,000 lbs. or Less
- ◯ 2. 10,001–26,000 lbs.
- ✔ 3. Greater Than 26,000 lbs.

### Commercial Endorsement P9

- ◯ T–Double Trailer
- ◯ P–Passenger Vehicle
- ◯ N–Tank Vehicle
- ◯ H–Required To Be Placarded for Hazardous Materials
- ◯ X–Combined Tank/HAZMAT
- ✔ 0–Other

### Hazardous Material

Hazardous Material Placard:  ◯ Ⓨ  ✔

| HM 4–Digit | | | | | HM Placard Name | | HM Class | | HM Cargo Present Ⓨ ✔ | HM Cargo Released Ⓨ ✔ |
|---|---|---|---|---|---|---|---|---|---|---|

### Carrier Identification

**Commercial Motor Carrier Name**
S.M.C. TRANSPORT

**Address (P.O. Box if No Street Address)**
2309 LARGO STREET

| Carrier's ID Number | State (Intrastate Only) | City | State | Zip |
|---|---|---|---|---|
| US DOT# 2 4 3 5 8 7 9 0 | | WESLACO | TX | 78596 |

### Commercial/Non-Commercial V13

- ✔ 1. Interstate Carrier
- ◯ 2. Intrastate Carrier
- ◯ 3. Not in Commerce-Government (Trucks and Buses)
- ◯ 4. Not in Commerce-Other Truck (Over 10,000 lbs.)

## VEHICLE # 3

### Vehicle Configuration V10

- ◯ 1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
- ◯ 2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
- ◯ 3. Bus (Seats 9-15 People, Including Driver)
- ◯ 4. Bus (Seats for 16 People or More, Including Driver)
- ✔ 5. Single Unit Truck (2 Axles, 6 Tires)
- ◯ 6. Single Unit Truck (3 or More Axles)
- ◯ 7. Truck Trailer(s) [Single-Unit Truck Pulling Trailer(s)]
- ◯ 8. Truck Tractor (Bobtail)
- ◯ 9. Tractor/Semi-trailer (One Trailer)
- ◯ 10. Tractor/Doubles (Two Trailers)
- ◯ 11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

### Cargo Body Type V11

- ◯ 1. Bus (Seats 9-15 People, Including Driver)
- ◯ 2. Bus (Seats For 16 People or More, Including Driver)
- ✔ 3. Van/Enclosed Box
- ◯ 4. Cargo Tank
- ◯ 5. Flatbed
- ◯ 6. Dump
- ◯ 7. Concrete Mixer
- ◯ 8. Auto Transporter
- ◯ 9. Garbage/Refuse
- ◯ 10. Grain/Chips/Gravel
- ◯ 11. Pole-Trailer
- ◯ 12. Vehicle Towing Another Motor Vehicle
- ◯ 13. Intermodal Container Chassis
- ◯ 14. Logging
- ◯ 15. Other Cargo Body (Not Listed Above)
- ◯ 16. Not Applicable/ No Cargo Body

### License P8 Class

- ◯ Class A
- ✔ Class B
- ◯ Class C
- ◯ Class DRL (regular drivers license)
- ◯ Class M

**GVWR/ GCWR V12**
- ◯ 1. 10,000 lbs. or Less
- ✔ 2. 10,001–26,000 lbs.
- ◯ 3. Greater Than 26,000 lbs.

### Commercial Endorsement P9

- ◯ T–Double Trailer
- ◯ P–Passenger Vehicle
- ◯ N–Tank Vehicle
- ◯ H–Required To Be Placarded for Hazardous Materials
- ◯ X–Combined Tank/HAZMAT
- ✔ 0–Other

### Hazardous Material

Hazardous Material Placard:  ◯ Ⓨ  ✔

| HM 4–Digit | | | | | HM Placard Name | | HM Class | | HM Cargo Present Ⓨ ✔ | HM Cargo Released Ⓨ ✔ |
|---|---|---|---|---|---|---|---|---|---|---|

### Carrier Identification

**Commercial Motor Carrier Name**
CT WWM INC

**Address (P.O. Box if No Street Address)**
PO BOX 174

| Carrier's ID Number | State (Intrastate Only) | City | State | Zip |
|---|---|---|---|---|
| US DOT# | | | | |

### Commercial/Non-Commercial V13

- ✔ 1. Interstate Carrier
- ◯ 2. Intrastate Carrier
- ◯ 3. Not in Commerce-Government (Trucks and Buses)
- ◯ 4. Not in Commerce-Other Truck (Over 10,000 lbs.)

Revised Report ○

0707A

## CRASH

| | | | | |
|---|---|---|---|---|
| Crash Date | MM 10 | DD 26 | YYYY 2015 | Day of Week MON | MILITARY Time (24 hr clock) 0515 |

GPS Lat. 3 7 4 6 9 4 5 0

GPS Long. 7 9 8 1 0 6 15

County of Crash: BOTETOURT

Official DMV Use: 1530SSdd1

○ City of
○ Town of

Landmarks at Scene

Location of Crash (route/street): I-81

Railroad Crossing ID no. (if within 150 ft.)

Local Case Number: DLV615129246

○ At Intersection With or · 8   ☑ Miles ☐ Feet ○ N ⊘ S ○ E ○ W ○ of

Location of Crash (route/street): ROUTE 606

Mile Marker Number: 158.110

Number of Vehicles: J

## VEHICLE # 1

### DRIVER
Driver Fled Scene ○

Driver's Name (Last, First, Middle): MARTINEZ, ISRAEL JR

Gender ⊘ ○

Address (Street and Number): **Confidential**

State: **Confidential** ZIP: **Confidential**

Birth Date: **Confidential** MM DD YYYY

Drivers License Number: **Confidential**

State: **Confidential** DL ○ CDL ○

Safety Equip. Used: 3   Air Bag: 2   Ejected: MM   Date of Death: DD YYYY   Injury Type: 6   EMS Transport ○ ⊘

Summons: 1   Offenses Charged to Driver
Result of Crash: 46.1.853

### VEHICLE
Vehicle Owner's Name (Last, First, Middle): SMC TRANSPORT LLC   Same as Driver ○

Address (Street and Number): **Confidential**

State: **Confidential** ZIP: **Confidential**

| Vehicle Year 2003 | Vehicle Make FRHTLINER | Vehicle Model COLUMBIA | Disabled ○ | CMV ⊘ | Towed ○ |

Vehicle Plate Number: R199631   State: TX   Approximate Repair Cost: 2,000

VIN: 1FUJA6CG63LL12206

○ Oversize
○ Cargo Spill
○ Override
○ Underride

Name of Insurance Company (not agent): UNITED SPECIALTY INSURANCE

| Speed Before Crash 5 | Speed Limit 70 | Maximum Safe Speed 0 | Under 8 | ALL Passengers Age Count 8-17 | 18-21 | Over 21 |

## VEHICLE # 2

### DRIVER
Driver Fled Scene ○

Driver's Name (Last, First, Middle): LESTER BRANDON CLARK

Gender ⊘ ○

Address (Street and Number): **Confidential**

City: **Confidential**

State: **Confidential** ZIP: **Confidential**

Birth Date: **Confidential** MM DD YYYY

Drivers License Number: **Confidential**

State: **Confidential** DL ○ CDL ○

Safety Equip. Used: 8   Air Bag: 2   3   MM DD YYYY   Injury Type: 2   EMS Transport ⊘ ○

Summons: 2   Offenses Charged to Driver
Issued As
Result of Crash

### VEHICLE
Vehicle Owner's Name (Last, First, Middle):   Same as Driver ⊘

Address (Street and Number):

City:

State: ZIP:

| Vehicle Year 1995 | Vehicle Make TOYOTA | Vehicle Model TACOMA | Disabled ⊘ | CMV ○ | Towed ⊘ |

Vehicle Plate Number: VGA 1541   State: VA   Approximate Repair Cost: 5,000

VIN: 4TAUN61C9SZ035791

○ Oversize
○ Cargo Spill
○ Override
○ Underride

Name of Insurance Company (not agent): GEICO

| Speed Before Crash 70 | Speed Limit 70 | Maximum Safe Speed 70 | Under 8 | ALL Passengers Age Count 8-17 | 18-21 | Over 21 |

## PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ⊘ ⊕ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ⊕ ⊕ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ⊘ ⊕ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ⊕ ○ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ⊘ ⊕ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ⊕ ⊕ |

## PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ⊘ ⊕ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ⊕ ⊕ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ⊘ ⊕ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ⊕ ⊕ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport ⊘ ⊕ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender ⊕ ⊕ |

### Codes
B

POSITION IN/ON VEHICLE
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

SAFETY EQUIPMENT USED
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
9. Not Applicable

AIRBAG
1. Deployed - Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed - Side
7. Deployed - Other (Knee, etc.)
8. Deployed - Combination

EJECTED FROM VEHICLE
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

SUMMONS ISSUED AS
A RESULT OF CRASH
1. Yes
3. Pending

INJURY TYPE
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
6. No Injury (driver only)

Investigating Officer

Badge/Code Number

Case 7:15-cv-00665-GEC Document 143-54, etc. Filed 11/02/16 Page 33 of 82 Pageid#: 3216

SP-50(Rev 9/21/11)          **POLICE CRASH REPORT**          Page _2_ of _9_

# CRASH

| Crash Date | MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | | |
|---|---|---|---|---|---|
| | 10 26 2015 | 0515 | BOTETOURT | ○ City of<br>○ Town of | Local Case Number<br>D1U615 12924 |

## DRIVER INFORMATION

| Veh 1 | Veh 2 | | Veh 1 | Veh 2 | | Veh 1 | Veh 2 |
|---|---|---|---|---|---|---|---|

### Driver's Action P1

1. No Improper Action
2. Exceeded Speed Limit
3. Exceeded Safe Speed But Not Speed Limit
4. Overtaking On Hill
5. Overtaking On Curve
6. Overtaking at Intersection
7. Improper Passing of School Bus
8. Cutting In
9. Other Improper Passing
10. Wrong Side of Road — Not Overtaking
11. Did Not Have Right-of-Way
12. Following Too Close
13. Fail to Signal or Improper Signal
14. Improper Turn — Wide Right Turn
15. Improper Turn — Cut Corner on Left Turn
16. Improper Turn Turn from Wrong Lane
17. Other Improper Turn
18. Improper Backing
19. Improper Start From Parked Position
20. Disregarded Officer or Flagger
21. Disregarded Traffic Signal
22. Disregarded Stop or Yield Sign
24. Fail to Stop at Through High way — No Sign
25. Drive Through Work Zone
26. Fail to Set Out Flares or Flags
27. Fail to Dim Headlights
28. Driving Without Lights
29. Improper Parking Location
30. Avoiding Pedestrian
31. Avoiding Other Vehicle
32. Avoiding Animal
33. Crowded Off Highway
34. Hit and Run
35. Car Ran Away — No Driver
36. Blinded by Headlights
37. Other
38. Avoiding Object in Roadway
39. Eluding Police
40. Fail to Maintain Proper Control
41. Improper Passing
42. Improper or Unsafe Lane Change
43. Over Correction

### Condition of Driver P2
### Contributing to the Crash

1. No Defects
2. Eyesight Defective
3. Hearing Defective
4. Other Body Defects
5. Illness
6. Fatigued
7. Apparently Asleep
8. Other
9. Unknown

### Driver Vision Obscured P3

1. Not Obscured
2. Rain, Snow, etc. on Windshield
3. Windshield Otherwise Obscured
4. Vision Obscured by Load on Vehicle
5. Trees, Crops, etc.
6. Building
7. Embankment
8. Sign or Signboard
9. Hillcrest
10. Parked Vehicle(s)
11. Moving Vehicle(s)
12. Sun or Headlight Glare
13. Other
14. Blind Spot
15. Smoke/Dust
16. Stopped Vehicle(s)

### Type of Driver P4
### Distractions

1. Looking at Roadside Incident
2. Driver Fatigue
3. Looking at Scenery
4. Passenger(s)
5. Radio/CD, etc.
6. Cell Phone
7. Eyes Not on Road
8. Daydreaming
9. Eating/Drinking
10. Adjusting Vehicle Controls
11. Other
12. Navigation Device
13. Texting
14. No Driver Distraction

### Drinking P5

1. Had Not Been Drinking
2. Drinking — Obviously Drunk
3. Drinking — Ability Impaired
4. Drinking — Ability Not Impaired
5. Drinking — Not Known Whether Impaired
6. Unknown

### Method of Alcohol P6
### Determination (by police)

1. Blood
2. Breath
3. Refused
4. No Test

### Drug Use P7

1. Yes
2. No
3. Unknown

## VEHICLE INFORMATION

| Veh 1 | Veh 2 | | Veh 1 | Veh 2 |
|---|---|---|---|---|

### Vehicle Maneuver V1

1. Going Straight Ahead
2. Making Right Turn
3. Making Left Turn
4. Making U-Turn
5. Slowing or Stopping
6. Merging Into Traffic Lane
7. Starting From Parked Position
8. Stopped in Traffic Lane
9. Ran Off Road — Right
10. Ran Off Road — Left
11. Parked
12. Backing
13. Passing
14. Changing Lanes
15. Other
16. Entering Street From Parking Lot

### Skidding Tire/Mark V2

1. Before Application of Brakes
2. After Application of Brakes
3. Before and After Application of Brakes
4. No Visible Skid Mark/Tire Mark

### Vehicle Body Type V3

1. Passenger car
2. Truck — Pick-up/Passenger Truck
3. Van
4. Truck — Single Unit Truck (2-Axles)
5. Motor Home, Recreational Vehicle
6. Special Vehicle — Oversized Vehicle/Earthmover/Road Equipment
9. Bicycle
10. Moped
11. Motorcycle
12. Emergency Vehicle (Regardless of Vehicle Type)
13. Bus — School Bus
14. Bus — City Transit Bus/Privately Owned Church Bus
15. Bus — Commercial Bus
16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.
18. Special Vehicle — Farm Machinery
19. Special Vehicle — ATV
21. Special Vehicle — Low-Speed Vehicle
22. Truck — Sport Utility Vehicle (SUV)
23. Truck — Single Unit Truck (3 Axles or More)
25. Truck — Truck Tractor (Bobtail-No Trailer)

### Vehicle Damage V4

1. Unknown
2. No damage
3. Overturned
4. Motor
5. Undercarriage
6. Totaled
7. Fire
8. Other

### Vehicle Condition V5

1. No Defects
2. Lights Defective
3. Brakes Defective
4. Steering Defective
5. Puncture/Blowout
6. Worn or Slick Tires
7. Motor Trouble
8. Chains In Use
9. Other
10. Vehicle Altered
11. Mirrors Defective
12. Power Train Defective
13. Suspension Defective
14. Windows/Windshield Defective
15. Wipers Defective
16. Wheels Defective
17. Exhaust System

### Special Function V6
### Motor Vehicle

1. No Special Function
2. Taxi
3. School Bus (Public or Private)
4. Transit Bus
5. Intercity Bus
6. Charter Bus
7. Other Bus
8. Military
9. Police
10. Ambulance
11. Fire Truck
12. Tow Truck
13. Maintenance
14. Unknown

### EMV in service V7

1. Yes
2. No

### Truck Cover V8

1. Yes
2. No

Case 7:15-cv-00665-GEC   Document 143-7   Filed 11/02/16   Page 34 of 82   Pageid#: 3217

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | | Local Case Number |
|---|---|---|---|---|
| 10 26 2015 | 0515 | BOTETOURT | ○ City of ___  ○ Town of ___ | D1V615702016 |

## CRASH INFORMATION

### Location of First Harmful Event In Relation to Roadway   C1
☑ 1. On Roadway
○ 2. Shoulder
○ 3. Median
○ 4. Roadside
○ 5. Gore
○ 6. Separator
○ 7. In Parking Lane or Zone
○ 8. Off Roadway, Location Unknown
○ 9. Outside Right-of-Way

### Weather Condition   C2
☑ 1. No Adverse Condition (Clear/Cloudy)
○ 3. Fog
○ 4. Mist
○ 5. Rain
○ 6. Snow
○ 7. Sleet/Hail
○ 8. Smoke/Dust
○ 9. Other
○ 10. Blowing Sand, Soil, Dirt, or Snow
○ 11. Severe Crosswinds

### Light Conditions   C3
○ 1. Dawn
○ 2. Daylight
○ 3. Dusk
○ 4. Darkness—Road Lighted
☑ 5. Darkness—Road Not Lighted
○ 6. Darkness—Unknown Road Lighting
○ 7. Unknown

### Traffic Control Device   C4
☑ 1. Yes -- Working
○ 2. Yes -- Working and Obscured
○ 3. Yes -- Not Working
○ 4. Yes -- Not Working and Obscured
○ 5. Yes -- Missing
○ 6. No Traffic Control Device Present

### Traffic Control Type   C5
○ 1. No Traffic Control
○ 2. Officer or Flagger
○ 3. Traffic Signal
○ 4. Stop Sign
○ 5. Slow or Warning Sign
○ 6. Traffic Lanes Marked
○ 7. No Passing Lines
○ 8. Yield Sign
○ 9. One Way Road or Street
○ 10. Railroad Crossing With Markings and Signs
○ 11. Railroad Crossing With Signals
○ 12. Railroad Crossing With Gate and Signals
○ 13. Other
○ 14. Pedestrian Crosswalk
○ 15. Reduced Speed – School Zone
○ 16. Reduced Speed – Work Zone
○ 17. Highway Safety Corridor

### Roadway Alignment   C6
☑ 1. Straight – Level
○ 2. Curve – Level
○ 3. Grade – Straight
○ 4. Grade – Curve
○ 5. Hillcrest – Straight
○ 6. Hillcrest – Curve
○ 7. Dip – Straight
○ 8. Dip – Curve
○ 9. Other
○ 10. On/Off Ramp

### Roadway Surface Condition   C7
☑ 1. Dry
○ 2. Wet
○ 3. Snowy
○ 4. Icy
○ 5. Muddy
○ 6. Oil/Other Fluids
○ 7. Other
○ 8. Natural Debris
○ 9. Water (Standing, Moving)
○ 10. Slush
○ 11. Sand, Dirt, Gravel

### Roadway Surface Type   C8
○ 1. Concrete
☑ 2. Blacktop, Asphalt, Bituminous
○ 3. Brick or Block
○ 4. Slag, Gravel, Stone
○ 5. Dirt
○ 6. Other

### Roadway Description   C9
○ 1. Two-Way, Not Divided
○ 2. Two-Way, Divided, Unprotected Median
☑ 3. Two-Way, Divided, Positive Median Barrier
○ 4. One-Way, Not Divided
○ 5. Unknown

### Roadway Defects   C10
☑ 1. No Defects
○ 2. Holes, Ruts, Bumps
○ 3. Soft or Low Shoulder
○ 4. Under Repair
○ 5. Loose Material
○ 6. Restricted Width
○ 7. Slick Pavement
○ 8. Roadway Obstructed
○ 9. Other
○ 10. Edge Pavement Drop Off

### Relation to Roadway   C11
**Interchange Area:**
○ 1. Main-Line Roadway
○ 2. Acceleration/Deceleration Lanes
○ 3. Gore Area (Between Ramp and Highway Edgelines)
○ 4. Collector/Distributor Road
☑ 5. On Entrance/Exit Ramp
○ 6. Intersection at end of Ramp
○ 7. Other location not listed above within an interchange area (median, shoulder and roadside)

**Intersection Area:**
○ 8. Non-Intersection
○ 9. Within Intersection
○ 10. Intersection-Related - Within 150'
○ 11. Intersection-Related - Outside 150'

**Other Location:**
○ 12. Crossover Related
○ 13. Driveway, Alley-Access - Related
○ 14. Railway Grade Crossing
○ 15. Other Crossing (Crossings for Bikes, School, etc.)

### Intersection Type   C12
○ 1. Not at Intersection
○ 2. Two Approaches
○ 3. Three Approaches
○ 4. Four Approaches
○ 5. Five-Point, or more
○ 6. Roundabout

### Work Zone   C13
○ 1. Yes
☑ 2. No

### Work Zone Workers Present   C14
○ 1. With Law Enforcement
○ 2. With No Law Enforcement
○ 3. No Workers Present

### Work Zone Location   C15
○ 1. Advance Warning Area
○ 2. Transition Area
○ 3. Activity Area
○ 4. Termination Area

### Work Zone Type   C16
○ 1. Lane Closure
○ 2. Lane Shift/Crossover
○ 3. Work on Shoulder or Median
○ 4. Intermittent or Moving Work
○ 5. Other

### School Zone   C17
○ 1. Yes
○ 2. Yes - With School Activity
☑ 3. No

### Type of Collision   C18
○ 1. Rear End
○ 2. Angle
○ 3. Head On
○ 4. Sideswipe – Same Direction
○ 5. Sideswipe – Opposite Direction
○ 6. Fixed Object In Road
○ 7. Train
○ 8. Non-Collision
○ 9. Fixed Object – Off Road
○ 10. Deer
○ 11. Other Animal
○ 12. Pedestrian
○ 15. Backed Into
○ 16. Other



**CRASH**

| Crash Date | MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of | Town of | Local Case Number |
|---|---|---|---|---|---|---|
| 10 26 2015 | | 0515 | BOTETOURT | | | D1U6151a9246 |

**CRASH DIAGRAM**

VEHICLE # 1
Fill in Impact Area(s).
Initial Impact. 11

Veh Dir of Travel–N/S/E/W

VEHICLE # 2
Fill in Impact Area(s).
Initial Impact. 1

Veh Dir of Travel–N/S/E/W

VEHICLE # 5
Fill In Impact Area(s).
Initial Impact. 12

Veh Dir of Travel–N/S/E/W

VEHICLE #
Fill in Impact Area(s).
Initial Impact.

Veh Dir of Travel–N/S/E/W

DRIVER A

Indicate North by Arrow

**DAMAGE TO PROPERTY OTHER THAN VEHICLES**

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property |
|---|---|---|---|---|

**CRASH DESCRIPTION**

V1 WAS IN THE REST AREA. V2 & V3 WAS TRAVELING SOUTH ON 7-81
V1 EXITED THE REST AREA THE WRONG WAY. V1 STRUCK V2. V2 THEN
STRUCK V3.

**CRASH EVENTS**

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | | | | 20 | 3 | 20 | 2 | | | 20 |
| 2 | 20 | 20 | 30 | | 20 | | | | | | |

| First Harmful Event of Entire Crash that Results in First Injury or Damage.  20 | COLLISION WITH FIXED OBJECT<br>1. Bank Or Ledge<br>2. Trees<br>3. Utility Pole<br>4. Fence Or Post<br>5. Guard Rail<br>6. Parked Vehicle<br>7. Tunnel, Bridge, Underpass, Culvert, etc.<br>8. Sign, Traffic Signal<br>9. Impact Cushioning Device | 10. Other<br>11. Jersey Wall<br>12. Building/Structure<br>13. Curb<br>14. Ditch<br>15. Other Fixed Object<br>16. Other Traffic Barrier<br>17. Traffic Sign Support<br>18. Mailbox | COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT<br>19. Pedestrian<br>20. Motor Vehicle In Transport<br>21. Train<br>22. Bicycle<br>23. Animal | 24. Work Zone<br>   Maintenance Equipment<br>25. Other Movable Object<br>26. Unknown Movable Object<br>27. Other | NON-COLLISION<br>28. Ran Off Road<br>29. Jack Knife<br>30. Overturn (Rollover)<br>31. Downhill Runaway<br>32. Cargo Loss or Shift<br>33. Explosion or Fire<br>34. Separation of Units | 35. Cross Median<br>36. Cross Centerline<br>37. Equipment Failure (Tire, etc)<br>38. Immersion<br>39. Fell/Jumped From Vehicle<br>40. Thrown or Falling Object<br>41. Non-Collision Unknown<br>42. Other Non-Collision |

FIRM _____

DATE CALLED: _____ TIME CALLED: _____

REQUEST OWNER/OPERATOR: _____

NEAREST: YES _____ NO _____

WITNESS NAME: _WITNESS STATEMENTS on_

ADDRESS: _SEPERATE PAPER._

LOCATION: _____

STATEMENT: ~~YES A~~

WITNESS NAME: _____

ADDRESS: _____

LOCATION: _____

STATEMENT: _UNABLE TO GET STATEMENT_
_DUE TO INJURY._

STATEMENT OF OPERATOR NUMBER _____

STATEMENT OF OPERATOR NUMBER _____



I-81

INDICATE NORTH BY ARROW

**INVESTIGATION DETAILS**

DATE: 10/26/15                    TIME NOTIFIED: 0540          TIME OF ARRIVAL: 0552

DRIVER 2 TAKEN TOO RMH AS SOON AS 7 ARRIVED.

DRIVER 3. UNCONCIOUS. FLOWN TO RMH.

MARTINEZ STATEMENT IS ON MY VIDEO.

Revised Report ◯

Commonwealth of Virginia • Department of Motor Vehicles

# Police Crash Report

(Rev 4/9/12)

0 7 0 7 A    Page 5 of 9

## CRASH

| | | | | | | GPS Lat. | | | GPS Long. | |
|---|---|---|---|---|---|---|---|---|---|---|

| Crash Date | MM | DD | YYYY | Day of Week | MILITARY Time (24 hr clock) | County of Crash | | Official DMV Use |
|---|---|---|---|---|---|---|---|---|

◯ City of

◯ Town of

Location of Crash (route/street)

Landmarks at Scene

Railroad Crossing ID no. (if within 150 ft.)

Local Case Number

◯ At Intersection With or _____ ☐ Miles ☐ Feet  N S E W ◯◯◯◯ of

Location of Crash (route/street)

Mile Marker Number

Number of Vehicles

## VEHICLE # 3

### DRIVER

Driver's Name (Last, First, Middle)

SHIFFLETT, ANTHONY RAY

Driver Fled Scene ◯

Gender ⊘Ⓜ Ⓕ

Address (Street and Number)

Confidential

| City | State | |
|---|---|---|
| Confidential | Confidential | |

| Birth Date | Confidential | Drivers License Number | Confidential | State | DL Ⓐ Ⓒ ⊘ Ⓗ | CDL Ⓨ Ⓝ Ⓗ |
|---|---|---|---|---|---|---|

| Safety Equip. Used 3 | Air Bag 2 | Ejected 1 | Date of Death MM DD YYYY | Injury Type 3 | EMS Transport ⊘ Ⓝ |
|---|---|---|---|---|---|

| Summons Issued As | Offenses Charged to Driver |
|---|---|
| 2 | |

### VEHICLE

Vehicle Owner's Name (Last, First, Middle)

CT WWM INC

Same as Driver ◯

Address (Street and Number)

Confidential

| City | State | ZIP |
|---|---|---|
| Confidential | Confidential | Confidential |

| Vehicle Year 2007 | Vehicle Make | Vehicle Model | Disabled ◯ | CMV ◯ | Towed ◯ |
|---|---|---|---|---|---|

| Vehicle Plate Number TX 157469 | State VA | Approximate Repair Cost 5,000 |
|---|---|---|

| VIN SPVNE8JV3725506a3 | | Oversize ◯ Cargo Spill ◯ |
|---|---|---|

| Name of Insurance Company (not agent) FCCT INSURANCE | Override ◯ Underride ◯ |
|---|---|

| Speed Before Crash 60 | Speed Limit 70 | Maximum Safe Speed 70 | Under 8 | ALL Passengers Age Count 8-17 / 18-21 | Over 21 |
|---|---|---|---|---|---|

### DRIVER

Driver's Name (Last, First, Middle)

Driver Fled Scene ◯

Gender Ⓜ Ⓕ

Address (Street and Number)

| City | State | ZIP |
|---|---|---|

| Birth Date MM DD YYYY | Drivers License Number | State | DL Ⓐ Ⓒ Ⓓ Ⓗ | CDL Ⓨ Ⓝ Ⓗ |
|---|---|---|---|---|

| Safety Equip. Used | Air Bag | Ejected | Date of Death MM DD YYYY | Injury Type Ⓨ Ⓝ |
|---|---|---|---|---|

| Summons Issued As Result of Crash | Offenses Charged to Driver |
|---|---|

### VEHICLE

Vehicle Owner's Name (Last, First, Middle)

Same as Driver ◯

Address (Street and Number)

Confidential

| City | State | ZIP |
|---|---|---|
| Confidential | | Confidential |

| Vehicle Year | Vehicle Make | Vehicle Model | Disabled ◯ | CMV ◯ | Towed ◯ |
|---|---|---|---|---|---|

| Vehicle Plate Number | State | Approximate Repair Cost |
|---|---|---|

| VIN | | Oversize ◯ Cargo Spill ◯ |
|---|---|---|

| Name of Insurance Company (not agent) | Override ◯ Underride ◯ |
|---|---|

| Speed Before Crash | Speed Limit | Maximum Safe Speed | Under 8 | ALL Passengers Age Count 8-17 / 18-21 | Over 21 |
|---|---|---|---|---|---|

## PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | | | | | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport Ⓨ Ⓝ | Date of Death MM DD YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |

## PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | | | | | EMS Transport Ⓨ Ⓝ | Date of Death MM YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport Ⓨ Ⓝ | Date of Death MM YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |

| Name of Injured (Last, First, Middle) | | | | | EMS Transport Ⓨ Ⓝ | Date of Death MM YY |
|---|---|---|---|---|---|---|
| Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate MM DD YYYY | Gender Ⓜ Ⓕ |

### Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. Not Applicable

**AIRBAG**
1. Deployed - Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed - Side
7. Deployed - Other (Knee,
8. Deployed - Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
5. No Injury (driver only)

Case 7:15-cv-00665-GEC Document 143 Filed 11/02/16 Page 39 of 82 Pageid#: 3222

Investigating Officer _____    Badge/Code Number    Agency/Department Name and Code    Field Notes

# CRASH

| Crash Date MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | City of | Local Case Number |
|---|---|---|---|---|
| 10 06 2021 | 0515 | BOTETOURT | Town of | DIV615129246 |

## DRIVER INFORMATION

### Veh [3] Veh

**Driver's Action    P1**
1. No Improper Action
2. Exceeded Speed Limit
3. Exceeded Safe Speed But Not Speed Limit
4. Overtaking On Hill
5. Overtaking On Curve
6. Overtaking at Intersection
7. Improper Passing of School Bus
8. Cutting In
9. Other Improper Passing
10. Wrong Side of Road — Not Overtaking
11. Did Not Have Right-of-Way
12. Following Too Close
13. Fail to Signal or Improper Signal
14. Improper Turn — Wide Right Turn
15. Improper Turn — Cut Corner on Left Turn
16. Improper Turn From Wrong Lane
17. Other Improper Turn
18. Improper Backing
19. Improper Start From Parked Position
20. Disregarded Officer or Flagger
21. Disregarded Traffic Signal
22. Disregarded Stop or Yield Sign
24. Fail to Stop at Through High way – No Sign
25. Drive Through Work Zone
26. Fail to Set Out Flares or Flags
27. Fail to Dim Headlights
28. Driving Without Lights
29. Improper Parking Location
30. Avoiding Pedestrian
31. Avoiding Other Vehicle
32. Avoiding Animal
33. Crowded Off Highway
34. Hit and Run
35. Car Ran Away – No Driver
36. Blinded by Headlights
37. Other
38. Avoiding Object in Roadway
39. Eluding Police
40. Fail to Maintain Proper Control
41. Improper Passing
42. Improper or Unsafe Lane Change
43. Over Correction

**Condition of Driver Contributing to the Crash    P2**
1. No Defects
2. Eyesight Defective
3. Hearing Defective
4. Other Body Defects
5. Illness
6. Fatigued
7. Apparently Asleep
8. Other

### Veh [3] Veh

**Driver Vision Obscured P3**
1. Not Obscured
2. Rain, Snow, etc. on Windshield
3. Windshield Otherwise Obscured
4. Vision Obscured by Load on Vehicle
5. Trees, Crops, etc.
6. Building
7. Embankment
8. Sign or Signboard
9. Hillcrest
10. Parked Vehicle(s)
11. Moving Vehicle(s)
12. Sun or Headlight Glare
13. Other
14. Blind Spot
15. Smoke/Dust
16. Stopped Vehicle(s)

**Type of Driver Distractions    P4**
1. Looking at Roadside Incident
2. Driver Fatigue
3. Looking at Scenery
4. Passenger(s)
5. Radio/CD, etc.
6. Cell Phone
7. Eyes Not on Road
8. Daydreaming
9. Eating/Drinking
10. Adjusting Vehicle Controls
11. Other
12. Navigation Device
13. Texting
14. No Driver Distraction

**Drinking    P5**
1. Had Not Been Drinking
2. Drinking – Obviously Drunk
3. Drinking – Ability Impaired
4. Drinking – Ability Not Impaired
5. Drinking – Not Known Whether Impaired
6. Unknown

**Method of Alcohol Determination (by police)    P6**
1. Blood
2. Breath
3. Refused
4. No Test

**Drug Use    P7**
1. Yes
2. No
3. Unknown

## VEHICLE INFORMATION

### Veh [5] Veh

**Vehicle Maneuver    V1**
1. Going Straight Ahead
2. Making Right Turn
3. Making Left Turn
4. Making U-Turn
5. Slowing or Stopping
6. Merging Into Traffic Lane
7. Starting From Parked Position
8. Stopped in Traffic Lane
9. Ran Off Road – Right
10. Ran Off Road – Left
11. Parked
12. Backing
13. Passing
14. Changing Lanes
15. Other
16. Entering Street From Parking Lot

**Skidding Tire/Mark    V2**
1. Before Application of Brakes
2. After Application of Brakes
3. Before and After Application of Brakes
4. No Visible Skid Mark/Tire Mark

**Vehicle Body Type    V3**
1. Passenger car
2. Truck – Pick-up/Passenger Truck
3. Van
4. Truck – Single Unit Truck (2-Axles)
7. Motor Home, Recreational Vehicle
8. Special Vehicle – Oversized Vehicle/Earthmover/Road Equipment
9. Bicycle
10. Moped
11. Motorcycle
12. Emergency Vehicle (Regardless of Vehicle Type)
13. Bus – School Bus
14. Bus – City Transit Bus/Privately Owned Church Bus
15. Bus – Commercial Bus
16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.
18. Special Vehicle – Farm Machinery
19. Special Vehicle – ATV
21. Special Vehicle – Low-Speed Vehicle
22. Truck – Sport Utility Vehicle (SUV)
23. Truck – Single Unit Truck (3 Axles or More)
25. Truck – Truck Tractor (Bobtail-No Trailer)

### Veh [5] Veh

**Vehicle Damage    V4**
1. Unknown
2. No damage
3. Overturned
4. Motor
5. Undercarriage
6. Totaled
7. Fire
8. Other

**Vehicle Condition    V5**
1. No Defects
2. Lights Defective
3. Brakes Defective
4. Steering Defective
5. Puncture/Blowout
6. Worn or Slick Tires
7. Motor Trouble
8. Chains In Use
9. Other
10. Vehicle Altered
11. Mirrors Defective
12. Power Train Defective
13. Suspension Defective
14. Windows/Windshield Defective
15. Wipers Defective
16. Wheels Defective
17. Exhaust System

**Special Function    V6**
1. No Special Function
2. Taxi
3. School Bus (Public or Private)
4. Transit Bus
5. Intercity Bus
6. Charter Bus
7. Other Bus
8. Military
9. Police
10. Ambulance
11. Fire Truck
12. Tow Truck
13. Maintenance
14. Unknown

**EMV in service    V7**
1. Yes
2. No

**Truck Cover    V8**
2. No

# CRASH

| Crash Date | MM DD YYYY | MILITARY Time (24 hr clock) | County of Crash | ○ City of ○ Town of | Local Case Number |
|---|---|---|---|---|---|
| | 10 | | | | |

## CRASH INFORMATION



### Location of First Harmful Event In Relation to Roadway    C1

1. On Roadway
2. Shoulder
3. Median
4. Roadside
5. Gore
6. Separator
7. In Parking Lane or Zone
8. Off Roadway, Location Unknown
9. Outside Right-of-Way

### Weather Condition    C2

1. No Adverse Condition (Clear/Cloudy)
3. Fog
4. Mist
5. Rain
6. Snow
7. Sleet/Hail
8. Smoke/Dust
9. Other
10. Blowing Sand, Soil, Dirt, or Snow
11. Severe Crosswinds

### Light Conditions    C3

1. Dawn
2. Daylight
3. Dusk
4. Darkness –Road Lighted
5. Darkness –Road Not Lighted
6. Darkness –Unknown Road Lighting
7. Unknown

### Traffic Control Device    C4

1. Yes – Working
2. Yes – Working and Obscured
3. Yes – Not Working
4. Yes – Not Working and Obscured
5. Yes – Missing
6. No Traffic Control Device Present

### Traffic Control Type    C5

1. No Traffic Control
2. Officer or Flagger
3. Traffic Signal
4. Stop Sign
5. Slow or Warning Sign
6. Traffic Lanes Marked
7. No Passing Lines
8. Yield Sign
9. One Way Road or Street
10. Railroad Crossing With Markings and Signs
11. Railroad Crossing With Signals
12. Railroad Crossing With Gate and Signals
13. Other
14. Pedestrian Crosswalk
15. Reduced Speed – School Zone
16. Reduced Speed – Work Zone
17. Highway Safety Corridor

### Roadway Alignment    C6

1. Straight – Level
2. Curve – Level
3. Grade – Straight
4. Grade – Curve
5. Hillcrest – Straight
6. Hillcrest – Curve
7. Dip – Straight
8. Dip – Curve
9. Other
10. On/Off Ramp

### Roadway Surface Condition    C7

1. Dry
2. Wet
3. Snowy
4. Icy
5. Muddy
6. Oil/Other Fluids
7. Other
8. Natural Debris
9. Water (Standing, Moving)
10. Slush
11. Sand, Dirt, Gravel

### Roadway Surface Type    C8

1. Concrete
2. Blacktop, Asphalt, Bituminous
3. Brick or Block
4. Slag, Gravel, Stone
5. Dirt
6. Other



### Roadway Description    C9

1. Two-Way, Not Divided
2. Two-Way, Divided, Unprotected Median
3. Two-Way, Divided, Positive Median Barrier
4. One-Way, Not Divided
5. Unknown

### Roadway Defects    C10

1. No Defects
2. Holes, Ruts, Bumps
3. Soft or Low Shoulder
4. Under Repair
5. Loose Material
6. Restricted Width
7. Slick Pavement
8. Roadway Obstructed
9. Other
10. Edge Pavement Drop Off

### Relation to Roadway    C11

**Interchange Area:**
1. Main-Line Roadway
2. Acceleration/Deceleration Lanes
3. Gore Area (Between Ramp and Highway Edgelines)
4. Collector/Distributor Road
5. On Entrance/Exit Ramp
6. Intersection at end of Ramp
7. Other location not listed above within an interchange area (median, shoulder and roadside)

**Intersection Area:**
8. Non-Intersection
9. Within Intersection
10. Intersection-Related - Within 150'
11. Intersection-Related - Outside 150'

**Other Location:**
12. Crossover Related
13. Driveway, Alley-Access - Related
14. Railway Grade Crossing
15. Other Crossing (Crossings for Bikes, School, etc.)



### Intersection Type    C12

1. Not at Intersection
2. Two Approaches
3. Three Approaches
4. Four Approaches
5. Five-Point, or more
6. Roundabout

### Work Zone    C13

1. Yes
2. No

### Work Zone Workers Present    C14

1. With Law Enforcement
2. With No Law Enforcement
3. No Workers Present

### Work Zone Location    C15

1. Advance Warning Area
2. Transition Area
3. Activity Area
4. Termination Area

### Work Zone Type    C16

1. Lane Closure
2. Lane Shift/Crossover
3. Work on Shoulder or Median
4. Intermittent or Moving Work
5. Other

### School Zone    C17

1. Yes
2. Yes - With School Activity
3. No

### Type of Collision    C18

1. Rear End
2. Angle
3. Head On
4. Sideswipe – Same Direction
5. Sideswipe – Opposite Direction
6. Fixed Object in Road
7. Train
8. Non-Collision
9. Fixed Object – Off Road
10. Deer
11. Other Animal
12. Pedestrian
13. Backed Into
16. Other

# CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|

## CRASH DIAGRAM

**VEHICLE #**

Fill In Impact Area(s). Initial Impact.

12
11  1
10  2
9  13  3
8  4
7  5
6

Veh Dir of Travel—N/S/E/W

**VEHICLE #**

Fill In Impact Area(s). Initial Impact.

12
11  1
10  2
9  13  3
8  4
7  5
6

Veh Dir of Travel—N/S/E/W

**VEHICLE #**

Fill In Impact Area(s). Initial Impact.

12
11  1
10  2
9  13  3
8  4
7  5
6

Veh Dir of Travel—N/S/E/W

**VEHICLE #**

Fill In Impact Area(s). Initial Impact.

12
11  1
10  2
9  13  3
8  4
7  5
6

Indicate North by Arrow

Veh Dir of Travel—N/S/E/W

## DAMAGE TO PROPERTY OTHER THAN VEHICLES

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property Yes / No |
|---|---|---|---|---|

## CRASH DESCRIPTION

## CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**First Harmful Event of Entire Crash that Results in First Injury or Damage.**

**COLLISION WITH FIXED OBJECT**
1. Bank Or Ledge
2. Trees
3. Utility Pole
4. Fence Or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass, Culvert, etc.
8. Sign, Traffic Signal
9. Impact Cushioning Device
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support
18. Mailbox

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle In Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision

FIRM _____

DATE CALLED: _____ TIME CALLED: _____

REQUEST OWNER/OPERATOR: _____

NEAREST: YES _____ NO _____

WITNESS NAME: _____

ADDRESS: _____

LOCATION: _____

STATEMENT: MARTINEC   CELL   IT

Confidential   (CELL).

WITNESS NAME: _____

ADDRESS: _____

LOCATION: _____

STATEMENT: _____

STATEMENT OF OPERATOR NUMBER _____

STATEMENT OF OPERATOR NUMBER _____

1.

Karen Bingaman

Confidential

Confidential

Coming South 81 -
Approaching Resstop,
Saw blue truck in highway
disabled.
Truck comes by me
in left lane
Doesn't see truck
+ slams into

Noticed truck
inside Restop coming out
wRong way!
Stopped to chock on
blue truck when noticed
man in Right side of



②

Road. Got over to him
with others. He was standing
+ screaming. Said he
got thrown from truck.

Debara Day, Brown

Confidential

Heard crash observed blue truck tumble to the right side of highway. The trailor truck proceeded to flip cab around & fall over. My daughter Ran to truck to check on driver. No one there. She said she heard a man yell across the highway, She proceeded w/ the guy to help.

Beginning
As we was driving into the Rest stop a tractor trailor was come out the wrong way.

Debra Brown

Witness:
Christine Zampini - Confidential

Our car was pulling into
the rest stop when we observed
sparks and a pop. From the left tire
At that time I had assumed
it to be a blown tire.
Aprox 3 sec after the
sparks and pop I observed
the blue pick-up truck
land in front of us.
I left our car checked the
truck which had no passengers.
I heard screaming across
the road. I observed a
man, later Identified as
Brandon Lester, yelling "hey"
When I was able to cross
the road Mr Lester stated
he was thrown from his car.
He was confused but able
to take direction.
———>

2.

he reported his name,
DOB, girlfriend, + dogs to
myself. I instructed him to lay down
+ and held his neck for
support. Mr. Lester refused to
state where he was going
but several times asked to
have someone call his girlfriend.
Additionally, he reported prior injury
to his lower back.

Christine
Zampini

Monday
10-26-15

As I was about to exit to the VA Rest Area, I slowed from the exit ramp to a complete stop, on the left hand shoulder, as I was about to enter the entrance of the Rest Area itself.

I had big rig type headlights facing me in my rental vehicle VA Plates — VHC4257. As there was no pathway to immediately enter the Rest Stop, and no other exiting traffic behind me, I waited to the left shoulder of the exit, and observed a Truck & Trailer that was parked on the right shoulder (not far enough in to be in Big Rig Parking

2.

There was a truck driver
behind that Big Rig (on
his cell phone) behind the
truck & trailer. My passenger
side window was down
then, and as the headlights
facing me backed up, I
realized that they were
from SMC Transport's
Big Rig Towing. The tow
driver was already hooked
up and nearly ready to
back up the disabled
rig - cab only into the
Trucker's Parking area. Then
he started backing the tow up.
When opportunity & space
was available, I went
left through the truckers
parking, as the vehicle
entrance was blocked by him

and the disabled rigs. When
I got to the end of the
truckers' parking, I waited
for exiting vehicle traffic
(one car) and I doubled
back into the VA Rest
Stop vehicle parking. I
was only back as far as
the North side of the
Rest Stop building as
the VA Rest Stop attendant
and I heard the impact
of what sounded like
one-two vehicles and a
big rig. It sounded
like a rig hitting a
sand barrel barrier,
and I knew someone
else must have gotten
clipped by a trucker
that didn't have room
to exit the off ramp.

4.

I stayed. Brandon was
in the blue vehicle that
got clipped by the truck.

Christie Burdette Mortensen

[redacted]

[redacted]

Headed to WSS, WV



B

N

S

Google earth

feet
meters

500
100

EXHIBIT
Lester
4/11/16
m85



G    E

F

Google earth

Google earth

feet
meters                    100                    500

A    B    C    D

EXHIBIT
TPR ATKINS #2
4/11/16
mjB





EXHIBIT

TR ATKINS #3

4/14/16





EXHIBIT
TPR INTVIEWS 3A
4/11/16
MB





EXHIBIT
DR. ATKINS 3B
4/11/16



EXHIBIT
TPP ATKINS 30
11/11/16
njb





EXHIBIT
TRS MEANS 30





EXHIBIT
TPR ATKINS 3E 4|11|16
MJB





EXHIBIT
TPR #3RVS 3F
4/10/16
mg/B





EXHIBIT

TRE ATKINS 36

4/11/16
mgB





TPR ATKINS
4/11/16
mgB

EXHIBIT 34









EXHIBIT
TPR ATKINS 35
4/11/16
mjB





EXHIBIT
TRP ATKINS 3K
4/11/16
MgB





TRP Atkins

EXHIBIT

4

8/8/16
MB



