


Case 7:15-cv-00665-GEC   Document 143-10   Filed 11/02/16   Page 2 of 20   Pageid#: 3369










Case 7:15-cv-00665-GEC Document 145-12 Filed 11/03/17 Page 7 of 20 Pageid#: 3374
























Case 7:15-cv-00665-GEC Document 143-10 Filed 11/02/16 Page 19 of 20 Pageid#: 3386



Case 7:15-cv-00665-GEC   Document 143-10   Filed 11/02/16   Page 20 of 20   Pageid#: 3387