






Case 7:15-cv-00665-GEC Document 143-11 Filed 11/02/16 Page 4 of 20 Pageid#: 3391














Case 7:15-cv-00665-GEC   Document 143-11   Filed 11/02/16   Page 11 of 20   Pageid#: 3398




Case 7:15-cv-00665-GEC   Document 143-11   Filed 11/02/16   Page 13 of 20   Pageid#: 3400





Case 7:15-cv-00665-GEC   Document 143-11   Filed 11/02/16   Page 15 of 20   Pageid#: 3402







MFD. BY TABC INC.
GVWR (LBS) : 5100      DATE 05/95
GAWR (LBS) : FRT. 2650  WITH P225/75R15 TIRES.
                15 X 6JJ RIMS. AT 26PSI COLD.
            RR. 2800   WITH P225/75R15 TIRES.
                15 X 6JJ RIMS. AT 29PSI COLD.
THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL
MOTOR VEHICLE SAFETY STANDARDS IN EFFECT ON THE
DATE OF MANUFACTURE SHOWN ABOVE.
4TAUN61C9SZ035791  TRUCK  RZN161L-TRMDKAB
C/TR 754/FA11  A/TM B02A/W59

Case 7:15-cv-00665-GEC   Document 143-11   Filed 11/02/16   Page 18 of 20   Pageid#: 3405




Case 7:13-cv-00665-GEC   Document 143-11   Filed 11/02/15   Page 20 of 20   Pageid#: 3407