IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON LESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil action No. 7:15-cv-00665 |
| | ) |
| SMC TRANSPORT, LLC. | ) |
| | ) |
| and | ) |
| | ) |
| ISRAEL MARTINEZ, JR., | ) |
| | ) |
| and | ) |
| | ) |
| SALINAS EXPRESS, LLC, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO STRIKE SALINAS EXPRESS, LLC'S BRIEF IN OPPOSITION TO SMC TRANSPORT, LLC'S MOTION FOR SUMMARY JUDGMENT**

Defendant SMC Transport, LLC, by counsel, hereby objects to Salinas Express, LLC's filing of a Brief in Opposition (Docket No. 152) to SMC Transport, LLC's Motion for Summary Judgment and requests to strike the filed brief from the docket. In support of its Motion, SMC Transport, LLC incorporates herein by reference its accompanying Brief in Support.

WHEREFORE, for the foregoing reasons, SMC Transport, LLC, by counsel, objects to the Salinas Express, LLC's filing of a Brief in Opposition to SMC Transport, LLC's Motion for Summary Judgment and requests the Court to strike the filed brief from the docket.

DATED: November 18, 2016  SMC TRANSPORT LLC

/s/_____
Lawrence A. "Lex" Dunn (VSB No. 30324)
Gibson S. Wright (VSB No. 84632)
Attorney for SMC Transport, LLC
Morris & Morris, PC
11 South 12th Street, 5th Floor
Richmond, Virginia 23219
P.O. Box 30
Richmond, Virginia 23218-0030
Phone: 804/344-8300
Fax: 804/344-8359
Email: LDunn@morrismorris.com
       gwright@morrismorris.com

Page **2** of **3**

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and hand-delivered a copy of the foregoing to the following:

Daniel Patrick Frankl
FRANKL MILLER & WEBB, LLP
1711 Grandin Road SW
Roanoke, VA 24015
(540) 527-3515 – Phone
(540) 527-3520 – Fax
dfrankl@franklmillerwebb.com
*Counsel for Salinas Express, LLC*

David W. Hearn
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23219-1998
(804)783-7285 – Phone
(804)783-7291 – Fax
dhearn@sandsanderson.com
*Counsel for Israel Martinez, Jr.*

Melissa Walker Robinson
GLENN ROBINSON & CATHEY PLC
Fulton Motor Lofts
400 Salem Avenue, S.W., Suite 100
Roanoke, VA 24016
(540)767-2206 – Phone
(540)767-2220 – Fax
jwhite@glennrob.com
mrobinson@glennrob.com
vskaff@glennrob.com
*Counsel for Plaintiff*

/s/_____
Lawrence A. "Lex" Dunn(VSB No. 30324)
Attorney for SMC Transport, LLC
Morris & Morris, PC
11 South 12th Street, 5th Floor
Richmond, Virginia 23219
P.O. Box 30
Richmond, Virginia 23218-0030
Phone: 804/344-8300
Fax: 804/344-8359
Email: LDunn@morrismorris.com

Page **3** of **3**

Case 7:15-cv-00665-GEC   Document 156   Filed 11/18/16   Page 3 of 3   Pageid#: 3865